Chad L. Belville
AZ Bar 020771
4742 N. 24th Street Suite 315
Phoenix, AZ 85016
602-904-5485
Fax: 602-291-6953
Email: cbelville@azbar.org
Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Cybernet Entertainment LLC,<br>a New York Company,<br><br>         Plaintiff,<br><br>         v.<br><br>IG Media Inc. and International Media Ltd.<br>dba YouJizz.com JizzHut.com<br>and JizzOnline.com     and OnlyJizz.com<br>and MoviesGuy.com and JizzBo.com<br>and HotFunHouse.com<br>and Igor Gens<br>and DOES 1-10 inclusive and<br>DOE COMPANIES 1-100 inclusive<br>_____ | ) )<br>) )<br>) )<br>) )<br>) )<br>) )<br>) )<br>) )<br>) )<br>) )<br>) )<br>) )<br>) )<br>) )<br>) ) | **No.**<br><br>**COMPLAINT**<br><br>and<br><br>JURY DEMAND |

Plaintiff Cybernet Entertainment LLC (hereinafter referred to as "Plaintiff" or

"Cybernet") by and through its counsel, for its complaint against Defendants IG Media Inc. dba

YouJizz.com and JizzHut.com and JizzOnline.com and OnlyJizz.com and JizzBo.com  and

MoviesGuy.com and HotFunHouse.com and YouJizzPremium.com and Igor Gens  (collectively

hereinafter referred to as "Defendant" or "Defendants") based upon federal question and supplementary jurisdiction, for just cause  presents the Court with the following Complaint and requests for relief.

INTRODUCTION

Piracy of copyrighted and trademarked works is a multi-billion dollar, global industry of theft.  The piracy of legal adult entertainment is the training ground for all other forms of online piracy – audio books, television shows, digital music files, and general release Hollywood movies.  USA Today wrote, "Online porn often leads high-tech way"[1] and it is a fact that pornography lead the technological advances and mass acceptance of VHS, DVD's, the growth of the Internet, streaming video, online advertising, online payment processing, and downloads. Online piracy of pornography has lead the way for piracy of more mainstream copyrighted works; it has provided a roadmap at a significant cost to the legitimate and legal adult and mainstream entertainment industries.  The pirates of pornography are masterful at their craft and execute with precision.  They diligently find ways to hide assets and identities while exploiting weaknesses in their prey.  Piracy such as that committed by Defendants is committed only for profit; no party engages in piracy out of any feeling of philanthropic responsibility or to further constitutional free expression.  The Rand Institute's 2009 publication Film, Piracy, Organized Crime, and Terrorism determined that "Piracy is high in payoff – with profit margins greater than those of illegal narcotics – and low in risk often taking place under the radar of law enforcement. In addition, terrorist groups have in some cases used the proceeds of film piracy to finance their

---

[1] Available at http://www.usatoday.com/money/industries/technology/2004-03-09-onlineporn_x.htm (last visited Apr. 11, 2012).

activities.  Besides being a threat to the global information economy, counterfeiting threatens public safety and national security."[2]

In May 2011, Assistant Attorney General Lanny A. Breuer of the Criminal Division during a speech to the International Anti-Counterfeiting Coalition Spring Conference said, "[Intellectual Property] IP Crime is a serious threat.  It jeopardizes the health and safety of consumers.  It stifles creativity.  And it has a negative effect on the American economy.[3] Piracy is not a victimless crime and piracy of legal adult materials leads to greater occurrences of piracy across all other forms of online intellectual property.  It is against this backdrop that the following Complaint is respectfully submitted to the Court.

<u>JURISDICTION AND VENUE</u>

1.      Plaintiff is a Limited Liability Company organized under the laws of the State of New York, registered in California, with its principal place of business in San Francisco, California.

2.      Upon information and belief, Defendant Igor Gens owns and operates IG Media Inc. and International Media, Ltd. as alter egos, with beneficial ownership of www.YouJizz.com, JizzHut.com, JizzOnline.com, OnlyJizz.com, JizzBo.com, MoviesGuy.com, and HotFunHouse.com.

3.      Upon information and belief, IG Media Inc. has a business address of 2376 West 19th Avenue, Vancouver, British Columbia V6L 1C6 Canada.

4.      Upon information and belief, International Media Ltd. has a business address of 303 Shirley Street, PO Box N-492, Nassau, Bahamas.

---

[2] Available at http://www.rand.org/pubs/monographs/2009/RAND_MG742.pdf (last visited Apr. 11, 2012).
[3] FBI Counterintelligence Strategic Partnership Newsletter, Page 3, available at http://www.ndiastl.org/wp-content/uploads/2011/07/Newsletter-July.pdf (last visited Apr. 11, 2012)

5.      Defendants have a common registered DMCA agent.  Agent is listed as Larry G. Walters, Esq., Walters Law Group, 781 Douglas Avenue, Altamonte Springs, FL 32714.

6.      As set forth in further detail below, to collect the proceeds of its copyright infringement enterprise, Defendants utilize third-party payment processors.  One of these third party payment processors is located at 3111 N. University Drive, Suite 1000, Coral Springs, FL 33065; [See Attachment 10 Segpay Contact Page].

7.      The YouJizz, JizzOnline, JizzBo, and OnlyJizz domain names are held by defendants using a registrar located in Scottsdale, Arizona and privacy protection service located at 15111 N. Hayden Road, Suite 160, PMB 353, Scottsdale, Arizona. Jurisdiction is proper where defendants have registered an Internet domain.  [See Attachment 3 Whois Records for Defendants].

8.      The JizzHut, HotFunhouse and MoviesGuy domain names are held by defendants using a registrar and privacy protection service located at P.O. Box 6592, Metairie, LA 70009. [See Attachment 3 WhoIs Records for Defendants]

9.      The Court has personal jurisdiction over the Defendants, who have engaged in business activities in and directed to this district, and have committed tortious acts within this district or directed at this district.  Defendants have registered their primary domain names with Domains By Proxy, a domain registrar located in Arizona.  Defendant Gens therefore consented to jurisdiction in Arizona by virtue of signing the registration agreement.  Further, registering the YouJizz.com domain names in Arizona makes the domain name and its operators subject to jurisdiction in Arizona.

10.      Each alien defendant is subject to jurisdiction in any district. See 28 U.S.C. 1391 ("An alien may be sued in any district.") See also Fed. R. Civ. P. 4(k)(2).

4

11.     This Court has subject matter jurisdiction over Plaintiff's federal claims pursuant to 17 U.S.C. § 101 et seq., Section 32 of the Lanham Act, 15 U.S.C. §1114(1), 15 U.S.C. § 1121, 15 U.S.C. §1125, 28 U.S.C. §1331 and 28 U.S.C. §1338.

12.     Venue is appropriate in this District pursuant to 28 U.S.C. § 1391(b) and/or (c).

13.     This Court has personal jurisdiction pursuant to 28 U.S.C. §§ 1391(b), (c) and/or (d) and 28 U.S.C. § 1400(a).

<u>PARTIES</u>

14.     Cybernet Entertainment LLC, a New York Limited Liability Company registered in California, (Plaintiff or Plaintiffs herein) is the rightful trademark, copyright, and intellectual property owner of the United States trademarks, copyrights, and intellectual property that is the basis for this action.

15.     Cybernet Entertainment LLC (Cybernet) is the global leader in the production of legal, high quality, authentic adult fetish motion pictures. The company started at a Columbia University graduate dormitory in 1997 and rapidly expanded, purchasing the 200,000 square foot State Armory and Arsenal in San Francisco to locate its production studios, offices, and technology center only ten years later. Cybernet grew quickly due to very high quality production, attention to detail in sets, scenes, and procedures, exemplary customer service and successful business models.

16.     The production of pornography is one of the most scrutinized and policed legal enterprises in the country, where state, local and federal regulations all require "the purveyors of porn" to comply with a myriad of laws and record keeping schemes.  Producers navigate the various legal requirements at great expense in order to remain compliant, carefully building government-required databases that must be maintained for inspection even beyond the life of the company.  Cybernet has meticulously complied with the various laws, rules, and regulations

imposed upon production of legitimate adult entertainment and set a high bar for ethical conduct, including pre- and post- interviews with actors and actresses showing willing if not enthusiastic participation in the production of its videos.  Legitimate producers do not "make" anyone do anything – only consenting adults participate, and the final product is only sold to consenting adults through age-restricted channels.  Both men and women participate in front of and behind the camera at jobs that require real skill and dedication.  As the "mainstream" actor James Franco pointed out "I got a video camera and my girlfriend and I decided to film ourselves.  We watched it back and said, 'Yeah, let's never do that again.'  Those people in pornos, they are great performers.  They're not just doing it, they're selling it to an audience." Huffington Post August 10, 2011 "James Franco Documentary: Disappointing Sex Tape Inspires Film on Kink.com" available at http://www.huffingtonpost.com/2011/08/10/james-franco-porn-documentary_n_923962.html (last visited April. 11, 2012).

17.    Cybernet itself directly employs over 100 people, with the majority of those being technical, high tech, programming, and white collar positions.

18.    Cybernet, also known as Kink.com, has grown from a side project by a graduate student to the world's most recognized and respected company promoting the acceptance of human sexuality.  Cybernet is headquartered in the historic State Armory and Arsenal, generally referred to as the San Francisco Armory, a 200,000 square foot facility that served its sole tenant, the California National Guard, until the 1970's.  After the well-publicized purchase of this landmark building in the usually "live and let live" City of San Francisco, Cybernet faced pushback and protests from neighbors who did not want the producer of adult fetish films occupying the landmark structure.  Taking a positive and pro-active approach to its situation, Cybernet has striven to be a good corporate neighbor and member of its community, updating and utilizing its vast "drill court" for community events and earning support of local groups.

Wall Street Journal Online, "Mission Warms to Its Porn Neighbor" December 16, 2010,

available at

http://online.wsj.com/article/SB10001424052748704457604576012100653510490.html  (last

visited Apr. 11, 2012).

19.     Cybernet's popularity has made it one of the most easily recognized brands in the

adult industry and a global leader in legal adult fetish films. Plaintiff's highly sought after

intellectual property is distributed on a wide range of platforms around the globe, including pay-

per-view, internet and mobile devices.  As part of a pattern of sound business practices, Cybernet

has protected its trade names such as Kink.com, Naked Kombat, HogTied, Devine Bitches,

Bound Gods, Public Disgrace, The Training of O, The Upper Floor, and Ultimate Surrender

through United States trademark and service mark registrations and protected its videos through

United States copyright registrations.

20.     Plaintiff is the producer, distributor, and exclusive licensor of its own motion

pictures in the United States.  Plaintiff is engaged in the business of producing, distributing,

and/or licensing to others, the rights to copy, distribute, transmit and exhibit copyrighted motion

pictures and/or other audio visual works.  Plaintiff expends significant amounts of time, money

and other resources to produce high quality products, develop supply chains and distribution

systems, and build premium brand recognition of their products.

21.     Plaintiff, either directly or through its affiliates or licensees, distributes its

copyrighted works in various forms, without limitation, over the Internet, pay-per-view, video on

demand, download, digital video discs (DVD's), and other formats, by selling them directly or

indirectly to the home viewing market or licensing others to do so.

22.     Plaintiff has registered with the United States Copyright Office its copyrighted

works identified in the paragraphs below.  Plaintiff has taken industry standard steps to identify

its products, including placing recorded warnings at the beginning and end of video productions that appear whenever those videos are played.  Plaintiff's videos are watermarked with Plaintiff's readily identifiable logos and many of Plaintiff's videos begin with a very recognizable opening scene of the famous Armory where the company is located.

23.     Plaintiff's HOGTIED trademark and service mark have been continuously used in commerce since August 1997.  U.S. Trademark Registration No. 77110175 was registered on November 20, 2007.

24.     Plaintiff has expended considerable effort and expense in promoting its trademark and the goods sold under the trademark HOGTIED.  As a result, the purchasing public has come to know, rely upon and recognize the mark HOGTIED as an international brand of high quality adult entertainment.

25.     Plaintiff's red stylized "K" on a black background trademark and service mark has been continuously used in commerce since September 2006.  U.S. Trademark Registration No. 77001274 was registered on March 25, 2008.

26.     Plaintiff has expended considerable effort and expense in promoting its trademark and the goods branded with the service mark red stylized "K" on a black background.  As a result, the purchasing public has come to know, rely upon and recognize the stylized red "K" design as identifying Plaintiff's work, an international brand of high quality adult entertainment.

27.     Plaintiff's Kink.com trademark and service mark has been continuously used in commerce since February 2006.  U.S. Trademark Registration No. 3379745 was registered on February 5, 2008.

28.     Plaintiff has expended considerable effort and expense in promoting its trademark and the goods sold under the trademark service mark Kink.com.  As a result, the purchasing

public has come to know, rely upon and recognize the mark Kink.com as identifying Plaintiff's work, an international brand of high quality adult entertainment.

29.     Plaintiff's NAKED KOMBAT trademark and service mark have been continuously used in commerce since August 2008.  U.S. Trademark Registration No. 4007725 was registered on August 2, 2011.

30.     Plaintiff has expended considerable effort and expense in promoting its trademark and the goods sold under the trademark service mark NAKED KOMBAT.  As a result, the purchasing public has come to know, rely upon and recognize the mark NAKED KOMBAT as an international brand of high quality adult entertainment.

31.     Plaintiff's PUBLIC DISGRACE trademark and service mark have been continuously used in commerce since August 2008.  U.S. Trademark Registration No. 3899554 was registered on January 4, 2011.

32.     Plaintiff has expended considerable effort and expense in promoting its trademark and the goods sold under the trademark PUBLIC DISGRACE.  As a result, the purchasing public has come to know, rely upon and recognize the mark PUBLIC DISGRACE as an international brand of high quality adult entertainment.

33.     Plaintiff's "THE TRAINING OF O" trademark and service mark have been continuously used in commerce since August 2007.  U.S. Trademark Registration No. 3899553 was registered on January 4, 2011.

34.     Plaintiff has expended considerable effort and expense in promoting its trademark and the goods sold under the trademark THE TRAINING OF O.  As a result, the purchasing public has come to know, rely upon and recognize the mark THE TRAINING OF O as an international brand of high quality adult entertainment.

35.     Plaintiff's THE UPPER FLOOR trademark and service mark have been continuously used in commerce since December 2010.  U.S. Trademark Registration No. 3870504 was registered on November 2, 2010.

36.     Plaintiff has expended considerable effort and expense in promoting its trademark and the goods sold under the trademark THE UPPER FLOOR.  As a result, the purchasing public has come to know, rely upon and recognize the mark THE UPPER FLOOR as an international brand of high quality adult entertainment.

37.     Plaintiff's ULTIMATE SURRENDER trademark and service mark have been continuously used in commerce since June 22, 2004.  U.S. Trademark Registration No. 3273365 was registered on August 7, 2007.

38.     Plaintiff has expended considerable effort and expense in promoting its trademark and the goods sold under the trademark ULTIMATE SURRENDER.  As a result, the purchasing public has come to know, rely upon and recognize the mark ULTIMATE SURRENDER as an international brand of high quality adult entertainment.

39.     Plaintiff's BOUND GODS trademark and service mark have been continuously used in commerce since August 2008.  U.S. Trademark Registration No. 3899552 was registered on January 4, 2011.

40.     Plaintiff has expended considerable effort and expense in promoting its trademark and the goods sold under the trademark BOUND GODS. As a result, the purchasing public has come to know, rely upon and recognize the mark BOUND GODS as an international brand of high quality adult entertainment.

41.     Plaintiff's DIVINE BITCHES trademark and service mark have been continuously used in commerce since October 2009.  U.S. Trademark Registration No. 3870498 was registered on November 2, 2010.

42.     Plaintiff has expended considerable effort and expense in promoting its trademark and the goods sold under the trademark DIVINE BITCHES.  As a result, the purchasing public has come to know, rely upon and recognize the mark DIVINE BITCHES as an international brand of high quality adult entertainment.

43.     Plaintiff has produced, published and catalogued in excess of 10,000 adults-only or adult-oriented audio-visual works and holds over 2200 United States copyrights for its works.

44.     Upon information and belief, Defendant Igor Gens utilizes a shell corporation known as International Media Ltd.., which has a business address of 303 Shirley Street, PO Box N-492, Nassau, Bahamas and also utilizes IG Media Inc., with a business address of 2376 West 19th Avenue, Vancouver, British Columbia V6L 1C6 Canada. These two companies are alter egos of Gens, dominated by Gens, used to evade liability due to illegal copyright infringement. Evidence to pierce the corporate veil will be offered following discovery.

45.     Upon information and belief, Defendants conduct business as YouJizz.com, JizzHut.com, JizzOnline.com, OnlyJizz.com, JizzBo.com, HotFunHouse.com, MoviesGuy.com, and YouJizzPremium.com; and operate the respective websites [hereinafter Defendants]

46.     Upon information and belief, Defendants directly financially benefit from all sales to YouJizzPremium.com.

47.     Defendants compete against Plaintiff in the distribution and sale of adults-only audio-visual works through Internet distribution and divert potential customers from Plaintiff.

48.     Defendants list Larry G. Walters, Esq., Walters Law Group, 781 Douglas Avenue, Altamonte Springs, FL 32714 as designated DMCA agent.

49.     Defendants utilize a third-party payment processor commonly known as SegPay, which is located at 3111 N. University Drive, Suite 100, Coral Springs, FL 33065.

50.     Defendants utilize hosting services of Reflected Networks, with data centers in Chicago, IL; New York, NY; and Waltham, MA.

51.     Upon information and belief, Plaintiff avers that each Defendant, individually, corporately, jointly and/or severally, acted intentionally, knowingly, negligently or through willful blindness, as an agent, or representative of each and every, all and singular, the other Defendants, and acted to further the ends of the illegal and improper purposes alleged herein in a common course or scheme to infringe on the Plaintiff's copyrighted intellectual property for illegal profit and monetary gain.

<u>STATEMENT OF FACTS</u>

52.     Upon information and belief, YouJizz.com, JizzHut.com, JizzOnline.com, JizzBo.com, MoviesGuy.com, and HotFunHouse.com are websites that provide adult-oriented audio-visual content to the general public without request for age-verification.

53.     Upon information and belief, the YouJizz.com website is visited by over 5 million internet surfers per month. [See Attachment 1 Compete.com results with estimates and public details]. Upon information and belief, Alexa, a website rating service, ranks YouJizz.com as the #225 most visited website in the world.  [See Attachment 2 Alexa Ranking].  For comparison purposes only, Google.com and Facebook.com are ranked 1 and 2, respectively.  On May 15, 2012, sites with more traffic than the Defendant per Alexa include Wal-Mart Online at #193, FoxNews.com # 195, Skype.com at # 166 and NetFlix.com at # 102.  Websites that have less traffic than the Defendant include such widely known entities as Wall Street Journal (236) and NBA.com (252) and Target.com (312).  Defendant is arguably one of the most visited websites in the world.  These enormous numbers of visitors result in Plaintiff's copyrighted works being viewed thousands or even hundreds of thousands of times on Defendant's website.  Defendant

proudly displays the number of instances in which a particular piece of media has been played on its website as number of "views".  One video has been viewed over 1,544,000 times!

54.     Copyright law states that any material that is "reproduced, performed, publicly displayed, or made into a derivative work without permission" is an illegal violation of the rights of the copyright owner.  By its definition each view constitutes a separate and distinct instance of infringement that is produced on a viewer's computer.  Plaintiff's intellectual property has been viewed over eight million (8,000,000) times, available for months and for some videos, years, on Defendant's websites. With the enormous amount of internet users on Defendant's websites, the number of uncompensated views grows daily thus furthering the number of copyright infringements and contributing to the further dilution of the Plaintiff's trade and service marks.

55.     Upon information and belief, Defendants allow third parties to display Plaintiff's intellectual property to third parties on third party websites for the purpose of driving traffic back to Defendants.  Defendants have enabled this feature by providing an "embed code" for every video on its site.  An internet user can copy and paste the embed code on another website where the video can then be viewed.  The number of views displayed on Defendants' websites does not reflect the number of views on those sites.  This significantly increases the number of views. This number grows daily thus furthering the number of copyright infringements and contributing to the further dilution of the Plaintiff's trade and service marks.

56.     Upon information and belief, a large portion of videos available on the websites appear to be copyrighted videos that, upon information and belief, are not owned by Defendant but are owned by well-known and long-established members of the adult –oriented audio -visual entertainment industry.

57.     Upon information and belief, the Defendant does not qualify for safe harbor protection under the Digital Millennium Copyright Act (DMCA).  Although Defendant

registered a DMCA Agent in September 2011, Defendant does not meet all requirements for safe harbor.

58.     Upon information and belief, the respective Defendant websites draw from a common database, as seen by common features in the unique respective URL addresses.  If a user uploads a video to one Defendant website, the other Defendant websites will draw upon and use that data to create unique pages to display the video.  Therefore, Defendant may claim a video is user uploaded for one website, but the other websites are not displaying user uploaded content – rather those websites are sourcing their videos independently of the user. With full knowledge of their actions, Defendants are intentionally creating unique, search engine optimized web pages on completely separate websites for the purpose of earning revenue utilizing the display and distribution of Plaintiff's videos without any license from the rightful owner.

59.     Plaintiff owns the worldwide rights to its extensive archive of high-quality content.

60.     Plaintiff has dedicated significant resources to create, distribute, and protect its works.  In addition, Plaintiff dedicates resources to be in compliance with applicable laws in order to protect the integrity of their works and the overall adult entertainment industry.

61.     The viability and profitability of Plaintiff is based upon monies and revenue earned from Plaintiff's intellectual property, including copyrights in Plaintiff's films.

62.     The Internet, in conjunction with recent significant advances in technology, hardware and software, has resulted in the availability of effective means for circumventing the intellectual property ownership rights in nearly every industry, including adult entertainment. The pervasive and intense online infringement is nearly crippling the adult entertainment

industry, providing unfettered, unregulated, free access to copyrighted works originally produced by reputable businesses and persons.

63.     Upon information and belief, these infringers are without any accountability to governmental requirements or regulations, without any actual investment in the creation of the works, and without any commitment to the vision of the future of the industry.  Nonetheless, these infringers utilize, display, and distribute copyrighted works for which they have no right or proper license for their own commercial and significant financial benefit.  These actions have caused and continue to cause significant damage to the business and reputation of the true copyright owners.

64.     Upon information and belief, Infringers, such as Defendant through the website Defendants, have taken advantage of the existence of legitimate Web sites that properly facilitate the exchange of user-generated content.  Defendant websites are truly subscription membership web sites hiding behind the veneer of a simple user-generated content exchange site.  Defendants sell premium memberships to its upsell website and pay third parties to send traffic to its websites like a membership website.  [See Attachment 9 Defendants Join Form].

65.     Defendants enjoy direct financial benefits from unauthorized display of Plaintiff's copyrighted content, which deprives Defendants of any safe harbor defenses under the Digital Millennium Copyright Act.  Defendant's websites are designed for the sole purpose of taking commercial advantage of copyrighted works without any authority whatsoever and derive benefit from the copyrighted works.  This significant commercial and financial advantage is obtained without purchasing or licensing any rights from the copyright holder nor incurring the significant expense of creating and generating the content itself.

66.     Upon information and belief, Defendants' business model of using unauthorized works without compensation to the works' legitimate owners has significantly contributed to the

ability of Defendants to become some of the most visited websites in the world.  Defendant offers unauthorized content for free that legitimate competitors must pay for, with extraordinary results.  Defendant then sells premium access to users attracted by the unauthorized content with more extraordinary results.  An illegitimate business model based on unauthorized use of competitor's goods will be able to drive out legitimate competitors.

67.     Upon information and belief, Defendant has created, owns, and/or operates the Internet Web sites YouJizz.com, JizzHut.com, OnlyJizz.com, JizzBo.com, MoviesGuy.com, and HotFunHouse.com.  In concert with the Doe Defendants, Defendant Defendants uses these sites to display and distribute Plaintiff's films, among others, to Internet Users. Defendants and the Doe Defendants each know, or have reason to know, that there is no proper license or authority to display and distribute Plaintiff's films on Defendants' websites and no proper license or authority to or obtain commercial financial gain from such display and distribution.

68.     Defendants use the websites to gather a vast and extensive collection of infringed films to display and distribute. The websites are filled with infringing material, and the websites, working together, draw upon a common database.  Most, if not a very large portion, of the content indexed on or available on the website is infringing, unauthorized copyrighted content, including Plaintiff's copyrighted works.  The fundamental purpose of the website is to capitalize on the illegal dissemination and contribute to the illegal dissemination of infringing works. This display and distribution provides Defendant Defendants with significant monthly revenues, and hinders Plaintiff's rightful ability to derive financial benefits from their own films.

69.     Upon information and belief, the display and distribution of Plaintiff's films are accompanied by advertisements that generate Defendants significant annual revenue. Advertisers purchase ad space on certain pages and in certain locations on the websites due to the known or estimated Internet traffic that views the particular page or location.  The volume of

Internet traffic on such page or location is directly attributable to the quality of content displayed and distributed.  Thus, the quality of Plaintiff's films is directly responsible for the revenue generated by the sale of ad space on Defendants' websites.

70.     Upon information and belief, the commercial financial benefit and deception regarding the purpose of Defendants' websites is not limited to the large revenues generated through sale of third party advertising space.  As opposed to legitimate user generated content exchange sites, Defendants' website induce the Internet user to pay subscription fees.

71.     Upon information and belief, Defendants do not initially allow users to view high quality versions of Plaintiff's films or download Plaintiff's film to the user's computer, although a user may view the films by lower quality streaming.  If the Internet user wishes to view the film in High Definition, or download the video, the user is presented with the option of becoming a Premium Member. The various options presented to the website user include a one (1) day trial for $1.00 that converts to a recurring membership the following day, a one (1) month Premium Membership for $29.95 that renews every 30 days until cancelled, or an annual membership of $88.68.

72.     Upon information and belief, Defendants uses the services of a Florida-based payment processor, SegPay, among others, to collect credit and debit card payments from users who sign up for a premium membership.  Financial benefits from the infringement flow through this processor to Defendants. [See Attachment 9 Defendants Join Form and Attachment 10 SegPay Contact Page].

73.     Upon information and belief, this Paid Premium Membership entices the website user to view Plaintiff's works in HD, download the unauthorized and uncompensated copyrighted work belonging to Plaintiff, receive 24/7 customer support, increase download

speeds, and interact with other paid subscribers; all allowing Defendants to directly commercially benefit from Plaintiff's work without any benefit to Plaintiff.

74.     Upon information and belief, the Internet user, initially lead to believe that Defendants' websites are completely free viewing sites, is presented with paid options to enhance the viewing experience of unauthorized works owned by Plaintiff.  The user is permitted to download the films only with further financial benefit to Defendant.  Defendants give away unauthorized viewing of Plaintiff's property then entice potential consumers with unauthorized copies of Plaintiff's property without any benefit to Plaintiff.

75.     Upon information and belief, Plaintiff's copyrighted works have been and continue to be infringed by Defendants and the Doe Defendants through the reproduction, distribution, and public display of Plaintiff's films by and through the Internet Web site Defendants for which Defendant owns the domain registrations and/or is the beneficial owner and to which Defendants and the Doe Defendants, stakeholders of the site, provide essential equipment and support.

76.     Upon information and belief, the high volume of Internet traffic generated at Defendants' websites is due to the option Internet users are presented in viewing the infringed content for free, rather than obtaining the viewing rights legally and knowingly paying for such rights.

77.     On or about March 2012, an initial search of Defendant's website revealed and documented over 400 separate instances of copyright infringement of Plaintiff's copyrighted and trademarked intellectual property.  As of the date of this Complaint, a total of 420 instances of infringement, identified by name and registration number in the following paragraphs, were documented as being displayed and distributed on the various Defendant websites.  Each of these films were displayed and distributed by Defendants and the Doe Defendants, each individually

18

and acting in concert with each other, without the consent of, or licensing by, Cybernet, the copyright owner and registrant of the motion picture.

78.     Plaintiff marks each film with a copyright notice and trademark in order to inform the public of Plaintiff's ownership.  Upon information and belief Defendants have altered Plaintiff's films in that these notices and marks have been removed or obscured.  Defendants intentionally delete, blur or obscure Plaintiff's watermarks and logos from Plaintiff's videos displayed on Defendants' website, causing consumers to be confused as to the origin of the audio-video content.  The manipulation of identifying marks is also evidence of knowledge and intent to infringe Plaintiff's intellectual property rights.

79.     Upon information and belief, Defendants have actual knowledge and clear notice of this extensive infringement of Plaintiff's titles or else is willfully blind to the rampant infringement.  The infringement is clear and obvious even to the most naïve observer.  Plaintiff's films are indexed, displayed and distributed on Defendant websites through Defendant and the Doe Defendants acting in concert.  Plaintiff's and other major producers' trademarks are used to index infringing material along with obfuscation of watermarks and other identifiers which is evidence of knowledge and intent.

80.     By virtue of the conduct alleged herein, Defendants knowingly promote, participate in, facilitate, assist, enable, materially contribute to, encourage, and induce copyright and trademark infringement, and thereby have infringed, secondarily infringed, and induced infringement by others, the copyrights and trademarks in Plaintiff's copyrighted work, including but not limited to those listing the paragraphs below.

81.     Plaintiffs have incurred attorneys' fee and other costs in this action.

82.     All conditions precedent to the maintenance of this action have occurred, have been performed, or have otherwise been satisfied.

19

## CLAIMS FOR RELIEF

## COUNT I

## Copyright Infringement

83.     In March 2012, Plaintiff documented www.youjizz.com display and offer for viewing Plaintiff's copyrighted work 15187, protected by Copyright Registration PA0001764840 and Trademark Registration 3396959; specifically located at http://www.youjizz.com/videos/kinky-redhead-2318718.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner. According to Defendant website, this video was viewed 11,803 times.

84.     In March 2012, Plaintiff documented www.youjizz.com display and offer for viewing Plaintiff's copyrighted work 15161, protected by Copyright Registration PA0001763549 and Trademark Registration 3396959 and 3379745; specifically located at http://www.youjizz.com/videos/dia-zerva-and-ariel-x-part-2-2279474.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 48,265 times.

85.     In March 2012, Plaintiff documented www.youjizz.com display and offer for viewing Plaintiff's copyrighted work 12414, protected by Copyright Registration PA0001763863 and Trademark Registration 3396959; specifically located at http://www.youjizz.com/videos/dragon-lily-bdsm-part-1-2269723.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 100,104 times.

86.      In March 2012, Plaintiff documented www.youjizz.com display and offer for viewing Plaintiff's copyrighted work 11229, protected by Copyright Registration PA0001766566 and Trademark Registration 3396959; specifically located at http://www.youjizz.com/videos/holly-heart-bdsm-4--2305524.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 55,803 times.

87.      In March 2012, Plaintiff documented www.youjizz.com display and offer for viewing Plaintiff's copyrighted work 11229, protected by Copyright Registration PA0001766566and Trademark Registration 3396959; specifically located at http://www.youjizz.com/videos/holly-heart-bdsm-2305868.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner. According to Defendant website, this video was viewed 211,061 times.

88.      In March 2012, Plaintiff documented www.youjizz.com display and offer for viewing Plaintiff's copyrighted work 5328, protected by Copyright Registration PA0001772450 and Trademark Registration 3396959; specifically located http://www.youjizz.com/videos/circe-borges-bdsm-2287746.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 21,062 times.

89.      In March 2012, Plaintiff documented www.youjizz.com display and offer for viewing Plaintiff's copyrighted work 11163, protected by Copyright Registration PA0001765162 and Trademark Registration 3396959 and 3379745 and 3870498; specifically located at

http://www.youjizz.com/videos/male-domination-2262792.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner. According to Defendant website, this video was viewed 71,047 times.

90.     In March 2012, Plaintiff documented www.youjizz.com display and offer for viewing Plaintiff's copyrighted work 15190, protected by Copyright Registration PA0001764829 and Trademark Registration 3396959; specifically located at http://www.youjizz.com/videos/fucking-machines-and-alysa-2305833.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 101,100 times.

91.     In March 2012, Plaintiff documented www.youjizz.com display and offer for viewing Plaintiff's copyrighted work 13703, protected by Copyright Registration PA0001763464 and Trademark Registration 3396959 and 3379745; specifically located at http://www.youjizz.com/videos/annie-cruz-fuck-machine---2287399.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 108,387 times.

92.     In March 2012, Plaintiff documented www.youjizz.com display and offer for viewing Plaintiff's copyrighted work 10043, protected by Copyright Registration PA0001767775 and Trademark Registration 3396959; specifically located at http://www.youjizz.com/videos/machine-fucked-at-the-pub-2172757.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or

licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 126,166 times.

93.    In March 2012, Plaintiff documented www.youjizz.com display and offer for viewing Plaintiff's copyrighted work 9423, protected by Copyright Registration PA0001771563 and Trademark Registration 3396959 and 3379745; specifically located at http://www.youjizz.com/videos/sex-machines-2214553.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner. According to Defendant website, this video was viewed 30,205 times.

94.    In March 2012, Plaintiff documented www.youjizz.com display and offer for viewing Plaintiff's copyrighted work 4957, protected by Copyright Registration PA1780818and Trademark Registration 3396959; specifically located at  http://www.youjizz.com/videos/isis-love-dominates-vai-bdsm--2293212.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 40,455 times.

95.    In March 2012, Plaintiff documented www.youjizz.com display and offer for viewing Plaintiff's copyrighted work 14419, protected by Copyright Registration PA0001762435 and Trademark Registration 3396959 and 3379745; specifically located at http://www.youjizz.com/videos/skin-diamond-bdsm-1-part-3-2303088.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 38,252 times.

96.     In March 2012, Plaintiff documented www.youjizz.com display and offer for viewing Plaintiff's copyrighted work 14418, protected by Copyright Registration PA0001762437 and Trademark Registration 3396959 and 3379745; specifically located at http://www.youjizz.com/videos/skin-diamond-bdsm-1-2303116.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 55,370 times.

97.     In March 2012, Plaintiff documented www.youjizz.com display and offer for viewing Plaintiff's copyrighted work 15233, protected by Copyright Registration PA0001762879 and Trademark Registration 3396959 and 3379745 and  3338653; specifically located at http://www.youjizz.com/videos/a-brooke-tied-on-a-chair-2286341.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 382,679 times.

98.     In March 2012, Plaintiff documented www.youjizz.com display and offer for viewing Plaintiff's copyrighted work 14417, protected by Copyright Registration PA0001763768 and Trademark Registration 3396959 and 3379745; specifically located at http://www.youjizz.com/videos/skin-diamond-bdsm-1--2303092.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 45,094 times.

99.     In March 2012, Plaintiff documented www.youjizz.com display and offer for viewing Plaintiff's copyrighted work 10089, protected by Copyright Registration PA0001768918 and Trademark Registration 3396959 and 3379745 and 3338653; specifically located at

http://www.youjizz.com/videos/fuckmeat-2181052.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner. According to Defendant website, this video was viewed 163,104 times.

100.    In March 2012, Plaintiff documented www.youjizz.com display and offer for viewing Plaintiff's copyrighted work 9849, protected by Copyright Registration PA0001769021 and Trademark Registration 3396959 and 3379745 and 3338653; specifically located at http://www.youjizz.com/videos/bdsm-big-tit-teen-2-2187747.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 50,096 times.

101.    In March 2012, Plaintiff documented www.youjizz.com display and offer for viewing Plaintiff's copyrighted work 9849, protected by Copyright Registration PA0001769021 and Trademark Registration 3396959 and 3379745 and 3338653; specifically located at http://www.youjizz.com/videos/bdsm-big-tit-teen-2291487.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 23,836 times.

102.    In March 2012, Plaintiff documented www.youjizz.com display and offer for viewing Plaintiff's copyrighted work 5456, protected by Copyright Registration PA0001772017 and Trademark Registration 3396959 and  3338653; specifically located at http://www.youjizz.com/videos/busty-blonde-bound-on-a-chair-2165487.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or

licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 102,448 times.

103.    In March 2012, Plaintiff documented www.youjizz.com display and offer for viewing Plaintiff's copyrighted work 5555, protected by Copyright Registration PA0001772958 and Trademark Registration 3396959 and  3338653; specifically located at http://www.youjizz.com/videos/bdsm-lesbian-rope-bondage-2211381.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 555,052 times.

104.    In March 2012, Plaintiff documented www.youjizz.com display and offer for viewing Plaintiff's copyrighted work 10091, protected by Copyright Registration PA0001767843 and Trademark Registration 3396959; specifically located at http://www.youjizz.com/videos/girl-tied-to-bench-with-legs-up-getting-asshole-fucked-2165490.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 70,019 times.

105.    In March 2012, Plaintiff documented www.youjizz.com display and offer for viewing Plaintiff's copyrighted work 5776, protected by Copyright Registration PA1780838and Trademark Registration 3396959; specifically located at http://www.youjizz.com/videos/slut-forced-to-fuck-in-public-2173306.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 377,265 times.

106.     In March 2012, Plaintiff documented www.youjizz.com display and offer for viewing Plaintiff's copyrighted work 10383, protected by Copyright Registration PA0001768843 and Trademark Registration 3396959; specifically located at http://www.youjizz.com/videos/wife-surprises-sub-slut-and-hubby-2172753.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 48,115 times.

107.     In March 2012, Plaintiff documented www.youjizz.com display and offer for viewing Plaintiff's copyrighted work 6514, protected by Copyright Registration PA1781457and Trademark Registration 3396959; specifically located at http://www.youjizz.com/videos/felony-steve-holmes-erik-everhard-hogtied--146691.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 82,815 times.

108.     In March 2012, Plaintiff documented www.youjizz.com display and offer for viewing Plaintiff's copyrighted work 5223, protected by Copyright Registration PA0001773280 and Trademark Registration 3396959; specifically located http://www.youjizz.com/videos/mya-anal-tied-2335211.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 61,422 times.

109.     In March 2012, Plaintiff documented www.youjizz.com display and offer for viewing Plaintiff's copyrighted work 9527, protected by Copyright Registration PA0001769360

and Trademark Registration 3396959; specifically located http://www.youjizz.com/videos/bdsm-gangbang--2179103.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 43,419 times.

110.    In March 2012, Plaintiff documented www.youjizz.com display and offer for viewing Plaintiff's copyrighted work 5307, protected by Copyright Registration PA0001772215 and Trademark Registration 3396959; specifically located http://www.youjizz.com/videos/all-tied-up-and-ready-to-blow-2170590.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 160,843 times.

111.    In March 2012, Plaintiff documented www.youjizz.com display and offer for viewing Plaintiff's copyrighted work 13862, protected by Copyright Registration PA0001763534 and Trademark Registration 3396959; specifically located http://www.youjizz.com/videos/day-2-skin-diamond-2259502.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 31,612 times.

112.    In March 2012, Plaintiff documented www.youjizz.com display and offer for viewing Plaintiff's copyrighted work 11056, protected by Copyright Registration PA0001765087 and Trademark Registration 3396959 specifically located http://www.youjizz.com/videos/ariel-x-bdsm-2-part-1-2276747.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the

copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 104,164 times.

113.    In March 2012, Plaintiff documented www.youjizz.com display and offer for viewing Plaintiff's copyrighted work 11056, protected by Copyright Registration PA0001765087 and Trademark Registration 3396959; specifically located http://www.youjizz.com/videos/ariel-x-bdsm-4-2295288.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 42,870 times.

114.    In March 2012, Plaintiff documented www.youjizz.com display and offer for viewing Plaintiff's copyrighted work 5118, protected by Copyright Registration PA0001770431 and Trademark Registration 3396959 and 3379745; specifically located http://www.youjizz.com/videos/the-training-of-amber-rayne---day-4-2258663.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 21,174 times.

115.    In March 2012, Plaintiff documented www.youjizz.com display and offer for viewing Plaintiff's copyrighted work 13247, protected by Copyright Registration PA0001763701 and Trademark Registration 3396959 and 3379745 and 3273365; specifically located http://www.youjizz.com/videos/samantha-takes-on-jesse-cox-2294877.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 40,180 times.

116.     In March 2012, Plaintiff documented www.youjizz.com display and offer for viewing Plaintiff's copyrighted work 10909, protected by Copyright Registration PA0001765157 and Trademark Registration 3396959 and 3273365; specifically located http://www.youjizz.com/videos/wrestling-fuck--2198588.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner. According to Defendant website, this video was viewed 40,174 times.

117.     In March 2012, Plaintiff documented www.youjizz.com display and offer for viewing Plaintiff's copyrighted work 10434, protected by Copyright Registration PA0001768625 and Trademark Registration 3396959 and 3273365; specifically located http://www.youjizz.com/videos/two-chicks-in-a-sex-wrestling-comp-2172756.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 111,540 times.

118.     In March 2012, Plaintiff documented www.youjizz.com display and offer for viewing Plaintiff's copyrighted work 10315, protected by Copyright Registration PA0001768889 and Trademark Registration 3396959 and 3273365; specifically located http://www.youjizz.com/videos/wrestling-fuck-02-2198567.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 89,914 times.

119.     In March 2012, Plaintiff documented www.youjizz.com display and offer for viewing Plaintiff's copyrighted work 11182, protected by Copyright Registration PA0001769033

and Trademark Registration 3396959 and 3273365; specifically located http://www.youjizz.com/videos/wrestling-ends-in-hot-domination--2270176.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 25,176 times.

120.    In March 2012, Plaintiff documented www.youjizz.com display and offer for viewing Plaintiff's copyrighted work 11182, protected by Copyright Registration PA0001769033 and Trademark Registration 3396959 and 3273365; specifically located http://www.youjizz.com/videos/wrestling-fuck-03-2198434.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 145,188 times.

121.    In March 2012, Plaintiff documented www.youjizz.com display and offer for viewing Plaintiff's copyrighted work 3544, protected by Copyright Registration 1-740086383 and Trademark Registration 3396959 and 3273365 and; 3379745; specifically located http://www.youjizz.com/videos/hot-strapon-wrestling-146587.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 17,014 times.

122.    In March 2012, Plaintiff documented www.youjizz.com display and offer for viewing Plaintiff's copyrighted work 16136, protected by Copyright Registration PA0001766710 and Trademark Registration 3396959 and 3379745; specifically located http://www.youjizz.com/videos/some-like-it-rough-2337293.html.  This copyrighted and

trademark protected work was displayed on Defendants website without the consent of, or

licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and

trademark owner.  According to Defendant website, this video was viewed 38,127 times.

123.    In March 2012, Plaintiff documented www.youjizz.com display and offer for

viewing Plaintiff's copyrighted work 5839, protected by Copyright Registration PA1780951and

Trademark Registration 3396959 and 3379745; specifically located

http://www.youjizz.com/videos/princess-donna-and-vai-2287384.html.  This copyrighted and

trademark protected work was displayed on Defendants website without the consent of, or

licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and

trademark owner.  According to Defendant website, this video was viewed 135,298 times.

124.    In March 2012, Plaintiff documented www.youjizz.com display and offer for

viewing Plaintiff's copyrighted work 6303, protected by Copyright Registration PA1780912and

Trademark Registration 3396959 and 3379745; specifically located

http://www.youjizz.com/videos/cecilia-vega-bdsm--2295553.html.  This copyrighted and

trademark protected work was displayed on Defendants website without the consent of, or

licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and

trademark owner.  According to Defendant website, this video was viewed 28,457 times.

125.    In March 2012, Plaintiff documented www.youjizz.com display and offer for

viewing Plaintiff's copyrighted work 6303, protected by Copyright Registration PA1780912and

Trademark Registration 3396959 and 3379745; specifically located

http://www.youjizz.com/videos/cecilia-vega-bdsm-with-princess-donna-2295873.html.  This

copyrighted and trademark protected work was displayed on Defendants website without the

consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion

picture and trademark owner.  According to Defendant website, this video was viewed 96,343 times.

126.    In March 2012, Plaintiff documented www.youjizz.com display and offer for viewing Plaintiff's copyrighted work 2891, protected by Copyright Registration 1-740039153 and Trademark Registration 3396959; specifically located http://www.youjizz.com/videos/sydnee-capri-bdsm-4-2203078.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 78,002 times.

127.    In March 2012, Plaintiff documented www.youjizz.com display and offer for viewing Plaintiff's copyrighted work 2891, protected by Copyright Registration 1-740039153 and Trademark Registration 3396959 and 3379745; specifically located http://www.youjizz.com/videos/sydnee-capri-bdsm-3-with-princess-donna-2308434.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 18,003 times.

128.    In March 2012, Plaintiff documented www.youjizz.com display and offer for viewing Plaintiff's copyrighted work 15438, protected by Copyright Registration 1-698265575 and Trademark Registration 3396959 and 3379745; specifically located http://www.youjizz.com/videos/airport-cavity-search-2287683.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed **716,277** times.

129.    In March 2012, Plaintiff documented www.youjizz.com display and offer for viewing Plaintiff's copyrighted work 4136, protected by Copyright Registration PA1780853 and Trademark Registration 3396959 and 3379745; specifically located http://www.youjizz.com/videos/sammie-rhodes-fucking-machine-147804.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 213,979 times.

130.    In March 2012, Plaintiff documented www.youjizz.com display and offer for viewing Plaintiff's copyrighted work 14595 and Trademark Registration 3396959 and 3379745 and 3338653; specifically located http://www.youjizz.com/videos/dont-fucking-cum-2293364.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.

131.    In March 2012, Plaintiff documented www.youjizz.com display and offer for viewing Plaintiff's copyrighted work 14427 and Trademark Registration 3396959 and 3379745; specifically located http://www.youjizz.com/videos/lorelei-leeday-4-2333568.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 7,925 times.

132.    In March 2012, Plaintiff documented www.youjizz.com display and offer for viewing Plaintiff's copyrighted work 8574 and Trademark Registration 3396959 and 3379745; specifically located http://www.youjizz.com/videos/breann-benson-being-fucked-hard-by-machine-2354716.html. This copyrighted and trademark protected work was displayed on

Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.

133.    In March 2012, Plaintiff documented www.youjizz.com display and offer for viewing Plaintiff's copyrighted work 8351 and Trademark Registration 3396959 and 3379745; specifically located http://www.youjizz.com/videos/tia-ling-bdsm-pt-2-2306960.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 187,987 times..

134.    In March 2012, Plaintiff documented www.youjizz.com display and offer for viewing Plaintiff's copyrighted work 7529 and Trademark Registration 3396959 and 3379745; specifically located http://www.youjizz.com/videos/tori-black--fucking-machines-2255574.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 264,040 times.

135.    In March 2012, Plaintiff documented www.youjizz.com display and offer for viewing Plaintiff's copyrighted work 7529 and Trademark Registration 3396959 and 3379745; specifically located http://www.youjizz.com/videos/tori-black-fucking-machine--anal-vol-1-2220339.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 1,544,685 times.

136.    In March 2012, Plaintiff documented www.youjizz.com display and offer for viewing Plaintiff's copyrighted work 7382 and Trademark Registration 3396959 and 3379745; specifically located http://www.youjizz.com/videos/pepper-foxxx-lesbian-bondage-215286.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 140,637 times.

137.    In March 2012, Plaintiff documented www.youjizz.com display and offer for viewing Plaintiff's copyrighted work 7181 and Trademark Registration 3396959 and 3379745; specifically located http://www.youjizz.com/videos/hot-lesbians-bdsm-2274406.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 140,415 times.

138.    In March 2012, Plaintiff documented www.youjizz.com display and offer for viewing Plaintiff's copyrighted work 7137 and Trademark Registration 3396959 and 3379745; specifically located http://www.youjizz.com/videos/sindee-jennings--fucking-machines-2258555.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 112,950 times.

139.    In March 2012, Plaintiff documented www.youjizz.com display and offer for viewing Plaintiff's copyrighted work 6166 and Trademark Registration 3396959 and 3379745 and 3273365; specifically located http://www.youjizz.com/videos/vendetta-and-kira-fucking-

wrestling-119587.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 141,936 times.

140.    In March 2012, Plaintiff documented www.youjizz.com display and offer for viewing Plaintiff's copyrighted work 5888 and Trademark Registration 3396959 and 3379745; specifically located http://www.youjizz.com/videos/winner-fucks-the-loser--143908.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 120,633 times.

141.    In March 2012, Plaintiff documented www.youjizz.com display and offer for viewing Plaintiff's copyrighted work 5790 and Trademark Registration 3396959 and 3379745; specifically located http://www.youjizz.com/videos/ariel-x-karrlie-dawn---naked-catfighting-122415.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 394,614 times.

142.    In March 2012, Plaintiff documented www.youjizz.com display and offer for viewing Plaintiff's copyrighted work 16723 and Trademark Registration 3396959 and 3379745; specifically located http://www.youjizz.com/videos/bondage-domination-compilation-2360731.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright

37

owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 44,791 times.

143.    In March 2012, Plaintiff documented www.jizzbo.com display and offer for viewing Plaintiff's copyrighted work 15187, protected by Copyright Registration PA0001764840 and Trademark Registration 3396959; specifically located at http://www.jizzbo.com/videos/kinky-redhead-2318718.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner. According to Defendant website, this video was viewed 11,803 times.

144.    In March 2012, Plaintiff documented www.jizzbo.com display and offer for viewing Plaintiff's copyrighted work 15161, protected by Copyright Registration PA0001763549 and Trademark Registration 3396959 and 3379745; specifically located at http://www.jizzbo.com/videos/dia-zerva-and-ariel-x-part-2-2279474.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 48,265 times.

145.    In March 2012, Plaintiff documented www.jizzbo.com display and offer for viewing Plaintiff's copyrighted work 12414, protected by Copyright Registration PA0001763863 and Trademark Registration 3396959; specifically located at http://www.jizzbo.com/videos/dragon-lily-bdsm-part-1-2269723.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 100,104 times.

146.    In March 2012, Plaintiff documented www.jizzbo.com display and offer for viewing Plaintiff's copyrighted work 11229, protected by Copyright Registration PA0001766566 and Trademark Registration 3396959; specifically located at http://www.jizzbo.com/videos/holly-heart-bdsm-4--2305524.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 55,803 times.

147.    In March 2012, Plaintiff documented www.jizzbo.com display and offer for viewing Plaintiff's copyrighted work 11229, protected by Copyright Registration PA0001766566and Trademark Registration 3396959; specifically located at http://www.jizzbo.com/videos/holly-heart-bdsm-2305868.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner. According to Defendant website, this video was viewed 211,061 times.

148.    In March 2012, Plaintiff documented www.jizzbo.com display and offer for viewing Plaintiff's copyrighted work 5328, protected by Copyright Registration PA0001772450 and Trademark Registration 3396959; specifically located http://www.jizzbo.com/videos/circe-borges-bdsm-2287746.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 21,062 times.

149.    In March 2012, Plaintiff documented www.jizzbo.com display and offer for viewing Plaintiff's copyrighted work 11163, protected by Copyright Registration PA0001765162 and Trademark Registration 3396959 and 3379745 and 3870498; specifically located at

http://www.jizzbo.com/videos/male-domination-2262792.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner. According to Defendant website, this video was viewed 71,047 times.

150.   In March 2012, Plaintiff documented www.jizzbo.com display and offer for viewing Plaintiff's copyrighted work 15190, protected by Copyright Registration PA0001764829 and Trademark Registration 3396959; specifically located at http://www.jizzbo.com/videos/fucking-machines-and-alysa-2305833.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 101,100 times.

151.   In March 2012, Plaintiff documented www.jizzbo.com display and offer for viewing Plaintiff's copyrighted work 13703, protected by Copyright Registration PA0001763464 and Trademark Registration 3396959 and 3379745; specifically located at http://www.jizzbo.com/videos/annie-cruz-fuck-machine---2287399.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 108,387 times.

152.   In March 2012, Plaintiff documented www.jizzbo.com display and offer for viewing Plaintiff's copyrighted work 10043, protected by Copyright Registration PA0001767775 and Trademark Registration 3396959; specifically located at http://www.jizzbo.com/videos/machine-fucked-at-the-pub-2172757.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or

licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 126,166 times.

153.    In March 2012, Plaintiff documented www.jizzbo.com display and offer for viewing Plaintiff's copyrighted work 9423, protected by Copyright Registration PA0001771563 and Trademark Registration 3396959 and 3379745; specifically located at http://www.jizzbo.com/videos/sex-machines-2214553.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner. According to Defendant website, this video was viewed 30,205 times.

154.    In March 2012, Plaintiff documented www.jizzbo.com display and offer for viewing Plaintiff's copyrighted work 4957, protected by Copyright Registration PA1780818and Trademark Registration 3396959; specifically located at  http://www.jizzbo.com/videos/isis-love-dominates-vai-bdsm--2293212.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 40,455 times.

155.    In March 2012, Plaintiff documented www.jizzbo.com display and offer for viewing Plaintiff's copyrighted work 14419, protected by Copyright Registration PA0001762435 and Trademark Registration 3396959 and 3379745; specifically located at http://www.jizzbo.com/videos/skin-diamond-bdsm-1-part-3-2303088.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 38,252 times.

156.    In March 2012, Plaintiff documented www.jizzbo.com display and offer for viewing Plaintiff's copyrighted work 14418, protected by Copyright Registration PA0001762437 and Trademark Registration 3396959 and 3379745; specifically located at http://www.jizzbo.com/videos/skin-diamond-bdsm-1-2303116.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 55,370 times.

157.    In March 2012, Plaintiff documented www.jizzbo.com display and offer for viewing Plaintiff's copyrighted work 15233, protected by Copyright Registration PA0001762879 and Trademark Registration 3396959 and 3379745 and  3338653; specifically located at http://www.jizzbo.com/videos/a-brooke-tied-on-a-chair-2286341.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 382,679 times.

158.    In March 2012, Plaintiff documented www.jizzbo.com display and offer for viewing Plaintiff's copyrighted work 14417, protected by Copyright Registration PA0001763768 and Trademark Registration 3396959 and 3379745; specifically located at http://www.jizzbo.com/videos/skin-diamond-bdsm-1--2303092.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 45,094 times.

159.    In March 2012, Plaintiff documented www.jizzbo.com display and offer for viewing Plaintiff's copyrighted work 10089, protected by Copyright Registration PA0001768918 and Trademark Registration 3396959 and 3379745 and 3338653; specifically located at

http://www.jizzbo.com/videos/fuckmeat-2181052.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner. According to Defendant website, this video was viewed 163,104 times.

160.    In March 2012, Plaintiff documented www.jizzbo.com display and offer for viewing Plaintiff's copyrighted work 9849, protected by Copyright Registration PA0001769021 and Trademark Registration 3396959 and 3379745 and 3338653; specifically located at http://www.jizzbo.com/videos/bdsm-big-tit-teen-2-2187747.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 50,096 times.

161.    In March 2012, Plaintiff documented www.jizzbo.com display and offer for viewing Plaintiff's copyrighted work 9849, protected by Copyright Registration PA0001769021 and Trademark Registration 3396959 and 3379745 and 3338653; specifically located at http://www.jizzbo.com/videos/bdsm-big-tit-teen-2291487.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner. According to Defendant website, this video was viewed 23,836 times.

162.    In March 2012, Plaintiff documented www.jizzbo.com display and offer for viewing Plaintiff's copyrighted work 5456, protected by Copyright Registration PA0001772017 and Trademark Registration 3396959 and  3338653; specifically located at http://www.jizzbo.com/videos/busty-blonde-bound-on-a-chair-2165487.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or

43

licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 102,448 times.

163.    In March 2012, Plaintiff documented www.jizzbo.com display and offer for viewing Plaintiff's copyrighted work 5555, protected by Copyright Registration PA0001772958 and Trademark Registration 3396959 and  3338653; specifically located at http://www.jizzbo.com/videos/bdsm-lesbian-rope-bondage-2211381.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 555,052 times.

164.    In March 2012, Plaintiff documented www.jizzbo.com display and offer for viewing Plaintiff's copyrighted work 10091, protected by Copyright Registration PA0001767843 and Trademark Registration 3396959; specifically located at http://www.jizzbo.com/videos/girl-tied-to-bench-with-legs-up-getting-asshole-fucked-2165490.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 70,019 times.

165.    In March 2012, Plaintiff documented www.jizzbo.com display and offer for viewing Plaintiff's copyrighted work 5776, protected by Copyright Registration PA1780838and Trademark Registration 3396959; specifically located at http://www.jizzbo.com/videos/slut-forced-to-fuck-in-public-2173306.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 377,265 times.

166.    In March 2012, Plaintiff documented www.jizzbo.com display and offer for viewing Plaintiff's copyrighted work 10383, protected by Copyright Registration PA0001768843 and Trademark Registration 3396959; specifically located at http://www.jizzbo.com/videos/wife-surprises-sub-slut-and-hubby-2172753.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 48,115 times.

167.    In March 2012, Plaintiff documented www.jizzbo.com display and offer for viewing Plaintiff's copyrighted work 6514, protected by Copyright Registration PA1781457and Trademark Registration 3396959; specifically located at http://www.jizzbo.com/videos/felony-steve-holmes-erik-everhard-hogtied--146691.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 82,815 times.

168.    In March 2012, Plaintiff documented www.jizzbo.com display and offer for viewing Plaintiff's copyrighted work 5223, protected by Copyright Registration PA0001773280 and Trademark Registration 3396959; specifically located http://www.jizzbo.com/videos/mya-anal-tied-2335211.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 61,422 times.

169.    In March 2012, Plaintiff documented www.jizzbo.com display and offer for viewing Plaintiff's copyrighted work 9527, protected by Copyright Registration PA0001769360 and Trademark Registration 3396959; specifically located http://www.jizzbo.com/videos/bdsm-

gangbang--2179103.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 43,419 times.

170.    In March 2012, Plaintiff documented www.jizzbo.com display and offer for viewing Plaintiff's copyrighted work 5307, protected by Copyright Registration PA0001772215 and Trademark Registration 3396959; specifically located http://www.jizzbo.com/videos/all-tied-up-and-ready-to-blow-2170590.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 160,843 times.

171.    In March 2012, Plaintiff documented www.jizzbo.com display and offer for viewing Plaintiff's copyrighted work 13862, protected by Copyright Registration PA0001763534 and Trademark Registration 3396959; specifically located http://www.jizzbo.com/videos/day-2-skin-diamond-2259502.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 31,612 times.

172.    In March 2012, Plaintiff documented www.jizzbo.com display and offer for viewing Plaintiff's copyrighted work 11056, protected by Copyright Registration PA0001765087 and Trademark Registration 3396959 specifically located http://www.jizzbo.com/videos/ariel-x-bdsm-2-part-1-2276747.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the

copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 104,164 times.

173.    In March 2012, Plaintiff documented www.jizzbo.com display and offer for viewing Plaintiff's copyrighted work 11056, protected by Copyright Registration PA0001765087 and Trademark Registration 3396959; specifically located http://www.jizzbo.com/videos/ariel-x-bdsm-4-2295288.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 42,870 times.

174.    In March 2012, Plaintiff documented www.jizzbo.com display and offer for viewing Plaintiff's copyrighted work 5118, protected by Copyright Registration PA0001770431 and Trademark Registration 3396959 and 3379745; specifically located http://www.jizzbo.com/videos/the-training-of-amber-rayne---day-4-2258663.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 21,174 times.

175.    In March 2012, Plaintiff documented www.jizzbo.com display and offer for viewing Plaintiff's copyrighted work 13247, protected by Copyright Registration PA0001763701 and Trademark Registration 3396959 and 3379745 and 3273365; specifically located http://www.jizzbo.com/videos/samantha-takes-on-jesse-cox-2294877.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 40,180 times.

176.     In March 2012, Plaintiff documented www.jizzbo.com display and offer for viewing Plaintiff's copyrighted work 10909, protected by Copyright Registration PA0001765157 and Trademark Registration 3396959 and 3273365; specifically located http://www.jizzbo.com/videos/wrestling-fuck--2198588.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner. According to Defendant website, this video was viewed 40,174 times.

177.     In March 2012, Plaintiff documented www.jizzbo.com display and offer for viewing Plaintiff's copyrighted work 10434, protected by Copyright Registration PA0001768625 and Trademark Registration 3396959 and 3273365; specifically located http://www.jizzbo.com/videos/two-chicks-in-a-sex-wrestling-comp-2172756.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 111,540 times.

178.     In March 2012, Plaintiff documented www.jizzbo.com display and offer for viewing Plaintiff's copyrighted work 10315, protected by Copyright Registration PA0001768889 and Trademark Registration 3396959 and 3273365; specifically located http://www.jizzbo.com/videos/wrestling-fuck-02-2198567.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 89,914 times.

179.     In March 2012, Plaintiff documented www.jizzbo.com display and offer for viewing Plaintiff's copyrighted work 11182, protected by Copyright Registration PA0001769033

48

and Trademark Registration 3396959 and 3273365; specifically located http://www.jizzbo.com/videos/wrestling-ends-in-hot-domination--2270176.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 25,176 times.

180.    In March 2012, Plaintiff documented www.jizzbo.com display and offer for viewing Plaintiff's copyrighted work 11182, protected by Copyright Registration PA0001769033 and Trademark Registration 3396959 and 3273365; specifically located http://www.jizzbo.com/videos/wrestling-fuck-03-2198434.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 145,188 times.

181.    In March 2012, Plaintiff documented www.jizzbo.com display and offer for viewing Plaintiff's copyrighted work 3544, protected by Copyright Registration 1-740086383 and Trademark Registration 3396959 and 3273365 and; 3379745; specifically located http://www.jizzbo.com/videos/hot-strapon-wrestling-146587.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 17,014 times.

182.    In March 2012, Plaintiff documented www.jizzbo.com display and offer for viewing Plaintiff's copyrighted work 16136, protected by Copyright Registration PA0001766710 and Trademark Registration 3396959 and 3379745; specifically located http://www.jizzbo.com/videos/some-like-it-rough-2337293.html.  This copyrighted and

trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 38,127 times.

183.    In March 2012, Plaintiff documented www.jizzbo.com display and offer for viewing Plaintiff's copyrighted work 5839, protected by Copyright Registration PA1780951and Trademark Registration 3396959 and 3379745; specifically located http://www.jizzbo.com/videos/princess-donna-and-vai-2287384.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 135,298 times.

184.    In March 2012, Plaintiff documented www.jizzbo.com display and offer for viewing Plaintiff's copyrighted work 6303, protected by Copyright Registration PA1780912and Trademark Registration 3396959 and 3379745; specifically located http://www.jizzbo.com/videos/cecilia-vega-bdsm--2295553.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 28,457 times.

185.    In March 2012, Plaintiff documented www.jizzbo.com display and offer for viewing Plaintiff's copyrighted work 6303, protected by Copyright Registration PA1780912and Trademark Registration 3396959 and 3379745; specifically located http://www.jizzbo.com/videos/cecilia-vega-bdsm-with-princess-donna-2295873.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion

picture and trademark owner.  According to Defendant website, this video was viewed 96,343 times.

186.     In March 2012, Plaintiff documented www.jizzbo.com display and offer for viewing Plaintiff's copyrighted work 2891, protected by Copyright Registration 1-740039153 and Trademark Registration 3396959; specifically located http://www.jizzbo.com/videos/sydnee-capri-bdsm-4-2203078.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 78,002 times.

187.     In March 2012, Plaintiff documented www.jizzbo.com display and offer for viewing Plaintiff's copyrighted work 2891, protected by Copyright Registration 1-740039153 and Trademark Registration 3396959 and 3379745; specifically located http://www.jizzbo.com/videos/sydnee-capri-bdsm-3-with-princess-donna-2308434.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 18,003 times.

188.     In March 2012, Plaintiff documented www.jizzbo.com display and offer for viewing Plaintiff's copyrighted work 15438, protected by Copyright Registration 1-698265575 and Trademark Registration 3396959 and 3379745; specifically located http://www.jizzbo.com/videos/airport-cavity-search-2287683.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed **716,277** times.

189.    In March 2012, Plaintiff documented www.jizzbo.com display and offer for viewing Plaintiff's copyrighted work 4136, protected by Copyright Registration PA1780853 and Trademark Registration 3396959 and 3379745; specifically located http://www.jizzbo.com/videos/sammie-rhodes-fucking-machine-147804.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 213,979 times.

190.    In March 2012, Plaintiff documented www.jizzbo.com display and offer for viewing Plaintiff's copyrighted work 14595 and Trademark Registration 3396959 and 3379745 and 3338653; specifically located http://www.jizzbo.com/videos/dont-fucking-cum-2293364.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.

191.    In March 2012, Plaintiff documented www.jizzbo.com display and offer for viewing Plaintiff's copyrighted work 14427 and Trademark Registration 3396959 and 3379745; specifically located http://www.jizzbo.com/videos/lorelei-leeday-4-2333568.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 7,925 times.

192.    In March 2012, Plaintiff documented www.jizzbo.com display and offer for viewing Plaintiff's copyrighted work 8574 and Trademark Registration 3396959 and 3379745; specifically located http://www.jizzbo.com/videos/breann-benson-being-fucked-hard-by-machine-2354716.html. This copyrighted and trademark protected work was displayed on

Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.

193.    In March 2012, Plaintiff documented www.jizzbo.com display and offer for viewing Plaintiff's copyrighted work 8351 and Trademark Registration 3396959 and 3379745; specifically located http://www.jizzbo.com/videos/tia-ling-bdsm-pt-2-2306960.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 187,987 times..

194.    In March 2012, Plaintiff documented www.jizzbo.com display and offer for viewing Plaintiff's copyrighted work 7529 and Trademark Registration 3396959 and 3379745; specifically located http://www.jizzbo.com/videos/tori-black--fucking-machines-2255574.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 264,040 times.

195.    In March 2012, Plaintiff documented www.jizzbo.com display and offer for viewing Plaintiff's copyrighted work 7529 and Trademark Registration 3396959 and 3379745; specifically located http://www.jizzbo.com/videos/tori-black-fucking-machine--anal-vol-1-2220339.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 1,544,685 times.

196.    In March 2012, Plaintiff documented www.jizzbo.com display and offer for viewing Plaintiff's copyrighted work 7382 and Trademark Registration 3396959 and 3379745; specifically located http://www.jizzbo.com/videos/pepper-foxxx-lesbian-bondage-215286.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 140,637 times.

197.    In March 2012, Plaintiff documented www.jizzbo.com display and offer for viewing Plaintiff's copyrighted work 7181 and Trademark Registration 3396959 and 3379745; specifically located http://www.jizzbo.com/videos/hot-lesbians-bdsm-2274406.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 140,415 times.

198.    In March 2012, Plaintiff documented www.jizzbo.com display and offer for viewing Plaintiff's copyrighted work 7137 and Trademark Registration 3396959 and 3379745; specifically located http://www.jizzbo.com/videos/sindee-jennings--fucking-machines-2258555.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 112,950 times.

199.    In March 2012, Plaintiff documented www.jizzbo.com display and offer for viewing Plaintiff's copyrighted work 6166 and Trademark Registration 3396959 and 3379745 and 3273365; specifically located http://www.jizzbo.com/videos/vendetta-and-kira-fucking-

wrestling-119587.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 141,936 times.

200.    In March 2012, Plaintiff documented www.jizzbo.com display and offer for viewing Plaintiff's copyrighted work 5888 and Trademark Registration 3396959 and 3379745; specifically located http://www.jizzbo.com/videos/winner-fucks-the-loser--143908.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 120,633 times.

201.    In March 2012, Plaintiff documented www.jizzbo.com display and offer for viewing Plaintiff's copyrighted work 5790 and Trademark Registration 3396959 and 3379745; specifically located http://www.jizzbo.com/videos/ariel-x-karrlie-dawn---naked-catfighting-122415.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 394,614 times.

202.    In March 2012, Plaintiff documented www.jizzbo.com display and offer for viewing Plaintiff's copyrighted work 16723 and Trademark Registration 3396959 and 3379745; specifically located http://www.jizzbo.com/videos/bondage-domination-compilation-2360731.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright

owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 44,791 times.

203.    In March 2012, Plaintiff documented www.onlyjizz.com display and offer for viewing Plaintiff's copyrighted work 15187, protected by Copyright Registration PA0001764840 and Trademark Registration 3396959; specifically located at http://www.onlyjizz.com/videos/kinky-redhead-2318718.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner. According to Defendant website, this video was viewed 11,803 times.

204.    In March 2012, Plaintiff documented www.onlyjizz.com display and offer for viewing Plaintiff's copyrighted work 15161, protected by Copyright Registration PA0001763549 and Trademark Registration 3396959 and 3379745; specifically located at http://www.onlyjizz.com/videos/dia-zerva-and-ariel-x-part-2-2279474.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 48,265 times.

205.    In March 2012, Plaintiff documented www.onlyjizz.com display and offer for viewing Plaintiff's copyrighted work 12414, protected by Copyright Registration PA0001763863 and Trademark Registration 3396959; specifically located at http://www.onlyjizz.com/videos/dragon-lily-bdsm-part-1-2269723.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 100,104 times.

206.     In March 2012, Plaintiff documented www.onlyjizz.com display and offer for viewing Plaintiff's copyrighted work 11229, protected by Copyright Registration PA0001766566 and Trademark Registration 3396959; specifically located at http://www.onlyjizz.com/videos/holly-heart-bdsm-4--2305524.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 55,803 times.

207.     In March 2012, Plaintiff documented www.onlyjizz.com display and offer for viewing Plaintiff's copyrighted work 11229, protected by Copyright Registration PA0001766566and Trademark Registration 3396959; specifically located at http://www.onlyjizz.com/videos/holly-heart-bdsm-2305868.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 211,061 times.

208.     In March 2012, Plaintiff documented www.onlyjizz.com display and offer for viewing Plaintiff's copyrighted work 5328, protected by Copyright Registration PA0001772450 and Trademark Registration 3396959; specifically located http://www.onlyjizz.com/videos/circe-borges-bdsm-2287746.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 21,062 times.

209.     In March 2012, Plaintiff documented www.onlyjizz.com display and offer for viewing Plaintiff's copyrighted work 11163, protected by Copyright Registration PA0001765162 and Trademark Registration 3396959 and 3379745 and 3870498; specifically located at

http://www.onlyjizz.com/videos/male-domination-2262792.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 71,047 times.

210.    In March 2012, Plaintiff documented www.onlyjizz.com display and offer for viewing Plaintiff's copyrighted work 15190, protected by Copyright Registration PA0001764829 and Trademark Registration 3396959; specifically located at http://www.onlyjizz.com/videos/fucking-machines-and-alysa-2305833.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 101,100 times.

211.    In March 2012, Plaintiff documented www.onlyjizz.com display and offer for viewing Plaintiff's copyrighted work 13703, protected by Copyright Registration PA0001763464 and Trademark Registration 3396959 and 3379745; specifically located at http://www.onlyjizz.com/videos/annie-cruz-fuck-machine---2287399.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 108,387 times.

212.    In March 2012, Plaintiff documented www.onlyjizz.com display and offer for viewing Plaintiff's copyrighted work 10043, protected by Copyright Registration PA0001767775 and Trademark Registration 3396959; specifically located at http://www.onlyjizz.com/videos/machine-fucked-at-the-pub-2172757.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or

licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 126,166 times.

213.    In March 2012, Plaintiff documented www.onlyjizz.com display and offer for viewing Plaintiff's copyrighted work 9423, protected by Copyright Registration PA0001771563 and Trademark Registration 3396959 and 3379745; specifically located at http://www.onlyjizz.com/videos/sex-machines-2214553.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner. According to Defendant website, this video was viewed 30,205 times.

214.    OK In March 2012, Plaintiff documented www.onlyjizz.com display and offer for viewing Plaintiff's copyrighted work 4957, protected by Copyright Registration PA1780818and Trademark Registration 3396959; specifically located at  http://www.onlyjizz.com/videos/isis-love-dominates-vai-bdsm--2293212.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 40,455 times.

215.    In March 2012, Plaintiff documented www.onlyjizz.com display and offer for viewing Plaintiff's copyrighted work 14419, protected by Copyright Registration PA0001762435 and Trademark Registration 3396959 and 3379745; specifically located at http://www.onlyjizz.com/videos/skin-diamond-bdsm-1-part-3-2303088.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 38,252 times.

216.    In March 2012, Plaintiff documented www.onlyjizz.com display and offer for viewing Plaintiff's copyrighted work 14418, protected by Copyright Registration PA0001762437 and Trademark Registration 3396959 and 3379745; specifically located at http://www.onlyjizz.com/videos/skin-diamond-bdsm-1-2303116.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 55,370 times.

217.    In March 2012, Plaintiff documented www.onlyjizz.com display and offer for viewing Plaintiff's copyrighted work 15233, protected by Copyright Registration PA0001762879 and Trademark Registration 3396959 and 3379745 and  3338653; specifically located at http://www.onlyjizz.com/videos/a-brooke-tied-on-a-chair-2286341.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 382,679 times.

218.    In March 2012, Plaintiff documented www.onlyjizz.com display and offer for viewing Plaintiff's copyrighted work 14417, protected by Copyright Registration PA0001763768 and Trademark Registration 3396959 and 3379745; specifically located at http://www.onlyjizz.com/videos/skin-diamond-bdsm-1--2303092.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 45,094 times.

219.    In March 2012, Plaintiff documented www.onlyjizz.com display and offer for viewing Plaintiff's copyrighted work 10089, protected by Copyright Registration PA0001768918 and Trademark Registration 3396959 and 3379745 and 3338653; specifically located at

http://www.onlyjizz.com/videos/fuckmeat-2181052.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner. According to Defendant website, this video was viewed 163,104 times.

220.    In March 2012, Plaintiff documented www.onlyjizz.com display and offer for viewing Plaintiff's copyrighted work 9849, protected by Copyright Registration PA0001769021 and Trademark Registration 3396959 and 3379745 and 3338653; specifically located at http://www.onlyjizz.com/videos/bdsm-big-tit-teen-2-2187747.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner. According to Defendant website, this video was viewed 50,096 times.

221.    In March 2012, Plaintiff documented www.onlyjizz.com display and offer for viewing Plaintiff's copyrighted work 9849, protected by Copyright Registration PA0001769021 and Trademark Registration 3396959 and 3379745 and 3338653; specifically located at http://www.onlyjizz.com/videos/bdsm-big-tit-teen-2291487.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner. According to Defendant website, this video was viewed 23,836 times.

222.    OK In March 2012, Plaintiff documented www.onlyjizz.com display and offer for viewing Plaintiff's copyrighted work 5456, protected by Copyright Registration PA0001772017 and Trademark Registration 3396959 and  3338653; specifically located at http://www.onlyjizz.com/videos/busty-blonde-bound-on-a-chair-2165487.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion

picture and trademark owner.  According to Defendant website, this video was viewed 102,448 times.

223.    In March 2012, Plaintiff documented www.onlyjizz.com display and offer for viewing Plaintiff's copyrighted work 5555, protected by Copyright Registration PA0001772958 and Trademark Registration 3396959 and  3338653; specifically located at http://www.onlyjizz.com/videos/bdsm-lesbian-rope-bondage-2211381.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 555,052 times.

224.    In March 2012, Plaintiff documented www.onlyjizz.com display and offer for viewing Plaintiff's copyrighted work 10091, protected by Copyright Registration PA0001767843 and Trademark Registration 3396959; specifically located at http://www.onlyjizz.com/videos/girl-tied-to-bench-with-legs-up-getting-asshole-fucked-2165490.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 70,019 times.

225.    In March 2012, Plaintiff documented www.onlyjizz.com display and offer for viewing Plaintiff's copyrighted work 5776, protected by Copyright Registration PA1780838and Trademark Registration 3396959; specifically located at http://www.onlyjizz.com/videos/slut-forced-to-fuck-in-public-2173306.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 377,265 times.

226.     In March 2012, Plaintiff documented www.onlyjizz.com display and offer for viewing Plaintiff's copyrighted work 10383, protected by Copyright Registration PA0001768843 and Trademark Registration 3396959; specifically located at http://www.onlyjizz.com/videos/wife-surprises-sub-slut-and-hubby-2172753.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 48,115 times.

227.     In March 2012, Plaintiff documented www.onlyjizz.com display and offer for viewing Plaintiff's copyrighted work 6514, protected by Copyright Registration PA1781457and Trademark Registration 3396959; specifically located at http://www.onlyjizz.com/videos/felony-steve-holmes-erik-everhard-hogtied--146691.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 82,815 times.

228.     In March 2012, Plaintiff documented www.onlyjizz.com display and offer for viewing Plaintiff's copyrighted work 5223, protected by Copyright Registration PA0001773280 and Trademark Registration 3396959; specifically located http://www.onlyjizz.com/videos/mya-anal-tied-2335211.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 61,422 times.

229.     In March 2012, Plaintiff documented www.onlyjizz.com display and offer for viewing Plaintiff's copyrighted work 9527, protected by Copyright Registration PA0001769360

and Trademark Registration 3396959; specifically located

http://www.onlyjizz.com/videos/bdsm-gangbang--2179103.html.  This copyrighted and

trademark protected work was displayed on Defendants website without the consent of, or

licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and

trademark owner.  According to Defendant website, this video was viewed 43,419 times.

230.    In March 2012, Plaintiff documented www.onlyjizz.com display and offer for

viewing Plaintiff's copyrighted work 5307, protected by Copyright Registration PA0001772215

and Trademark Registration 3396959; specifically located http://www.onlyjizz.com/videos/all-

tied-up-and-ready-to-blow-2170590.html.  This copyrighted and trademark protected work was

displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment

LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant

website, this video was viewed 160,843 times.

231.    In March 2012, Plaintiff documented www.onlyjizz.com display and offer for

viewing Plaintiff's copyrighted work 13862, protected by Copyright Registration PA0001763534

and Trademark Registration 3396959; specifically located http://www.onlyjizz.com/videos/day-

2-skin-diamond-2259502.html.  This copyrighted and trademark protected work was displayed

on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the

copyright owner of the motion picture and trademark owner.  According to Defendant website,

this video was viewed 31,612 times.

232.    In March 2012, Plaintiff documented www.onlyjizz.com display and offer for

viewing Plaintiff's copyrighted work 11056, protected by Copyright Registration PA0001765087

and Trademark Registration 3396959 specifically located http://www.onlyjizz.com/videos/ariel-

x-bdsm-2-part-1-2276747.html.  This copyrighted and trademark protected work was displayed

on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the

copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 104,164 times.

233.    In March 2012, Plaintiff documented www.onlyjizz.com display and offer for viewing Plaintiff's copyrighted work 11056, protected by Copyright Registration PA0001765087 and Trademark Registration 3396959; specifically located http://www.onlyjizz.com/videos/ariel-x-bdsm-4-2295288.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 42,870 times.

234.    In March 2012, Plaintiff documented www.onlyjizz.com display and offer for viewing Plaintiff's copyrighted work 5118, protected by Copyright Registration PA0001770431 and Trademark Registration 3396959 and 3379745; specifically located http://www.onlyjizz.com/videos/the-training-of-amber-rayne---day-4-2258663.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 21,174 times.

235.    In March 2012, Plaintiff documented www.onlyjizz.com display and offer for viewing Plaintiff's copyrighted work 13247, protected by Copyright Registration PA0001763701 and Trademark Registration 3396959 and 3379745 and 3273365; specifically located http://www.onlyjizz.com/videos/samantha-takes-on-jesse-cox-2294877.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 40,180 times.

236.     In March 2012, Plaintiff documented www.onlyjizz.com display and offer for viewing Plaintiff's copyrighted work 10909, protected by Copyright Registration PA0001765157 and Trademark Registration 3396959 and 3273365; specifically located http://www.onlyjizz.com/videos/wrestling-fuck--2198588.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner. According to Defendant website, this video was viewed 40,174 times.

237.     In March 2012, Plaintiff documented www.onlyjizz.com display and offer for viewing Plaintiff's copyrighted work 10434, protected by Copyright Registration PA0001768625 and Trademark Registration 3396959 and 3273365; specifically located http://www.onlyjizz.com/videos/two-chicks-in-a-sex-wrestling-comp-2172756.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 111,540 times.

238.     In March 2012, Plaintiff documented www.onlyjizz.com display and offer for viewing Plaintiff's copyrighted work 10315, protected by Copyright Registration PA0001768889 and Trademark Registration 3396959 and 3273365; specifically located http://www.onlyjizz.com/videos/wrestling-fuck-02-2198567.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 89,914 times.

239.     In March 2012, Plaintiff documented www.onlyjizz.com display and offer for viewing Plaintiff's copyrighted work 11182, protected by Copyright Registration PA0001769033

and Trademark Registration 3396959 and 3273365; specifically located

http://www.onlyjizz.com/videos/wrestling-ends-in-hot-domination--2270176.html.  This

copyrighted and trademark protected work was displayed on Defendants website without the

consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion

picture and trademark owner.  According to Defendant website, this video was viewed 25,176

times.

240.    In March 2012, Plaintiff documented www.onlyjizz.com display and offer for

viewing Plaintiff's copyrighted work 11182, protected by Copyright Registration PA0001769033

and Trademark Registration 3396959 and 3273365; specifically located

http://www.onlyjizz.com/videos/wrestling-fuck-03-2198434.html.  This copyrighted and

trademark protected work was displayed on Defendants website without the consent of, or

licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and

trademark owner.  According to Defendant website, this video was viewed 145,188 times.

241.    In March 2012, Plaintiff documented www.onlyjizz.com display and offer for

viewing Plaintiff's copyrighted work 3544, protected by Copyright Registration 1-740086383

and Trademark Registration 3396959 and 3273365 and; 3379745; specifically located

http://www.onlyjizz.com/videos/hot-strapon-wrestling-146587.html.  This copyrighted and

trademark protected work was displayed on Defendants website without the consent of, or

licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and

trademark owner.  According to Defendant website, this video was viewed 17,014 times.

242.    In March 2012, Plaintiff documented www.onlyjizz.com display and offer for

viewing Plaintiff's copyrighted work 16136, protected by Copyright Registration PA0001766710

and Trademark Registration 3396959 and 3379745; specifically located

http://www.onlyjizz.com/videos/some-like-it-rough-2337293.html.  This copyrighted and

trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 38,127 times.

243.    In March 2012, Plaintiff documented www.onlyjizz.com display and offer for viewing Plaintiff's copyrighted work 5839, protected by Copyright Registration PA1780951and Trademark Registration 3396959 and 3379745; specifically located http://www.onlyjizz.com/videos/princess-donna-and-vai-2287384.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 135,298 times.

244.    In March 2012, Plaintiff documented www.onlyjizz.com display and offer for viewing Plaintiff's copyrighted work 6303, protected by Copyright Registration PA1780912and Trademark Registration 3396959 and 3379745; specifically located http://www.onlyjizz.com/videos/cecilia-vega-bdsm--2295553.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 28,457 times.

245.    In March 2012, Plaintiff documented www.onlyjizz.com display and offer for viewing Plaintiff's copyrighted work 6303, protected by Copyright Registration PA1780912and Trademark Registration 3396959 and 3379745; specifically located http://www.onlyjizz.com/videos/cecilia-vega-bdsm-with-princess-donna-2295873.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion

picture and trademark owner.  According to Defendant website, this video was viewed 96,343 times.

246.    In March 2012, Plaintiff documented www.onlyjizz.com display and offer for viewing Plaintiff's copyrighted work 2891, protected by Copyright Registration 1-740039153 and Trademark Registration 3396959; specifically located http://www.onlyjizz.com/videos/sydnee-capri-bdsm-4-2203078.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 78,002 times.

247.    In March 2012, Plaintiff documented www.onlyjizz.com display and offer for viewing Plaintiff's copyrighted work 2891, protected by Copyright Registration 1-740039153 and Trademark Registration 3396959 and 3379745; specifically located http://www.onlyjizz.com/videos/sydnee-capri-bdsm-3-with-princess-donna-2308434.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 18,003 times.

248.    In March 2012, Plaintiff documented www.onlyjizz.com display and offer for viewing Plaintiff's copyrighted work 15438, protected by Copyright Registration 1-698265575 and Trademark Registration 3396959 and 3379745; specifically located http://www.onlyjizz.com/videos/airport-cavity-search-2287683.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed **716,277** times.

249.    In March 2012, Plaintiff documented www.onlyjizz.com display and offer for viewing Plaintiff's copyrighted work 4136, protected by Copyright Registration PA1780853 and Trademark Registration 3396959 and 3379745; specifically located http://www.onlyjizz.com/videos/sammie-rhodes-fucking-machine-147804.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 213,979 times.

250.    In March 2012, Plaintiff documented www.onlyjizz.com display and offer for viewing Plaintiff's copyrighted work 14595 and Trademark Registration 3396959 and 3379745 and 3338653; specifically located http://www.onlyjizz.com/videos/dont-fucking-cum-2293364.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.

251.    In March 2012, Plaintiff documented www.onlyjizz.com display and offer for viewing Plaintiff's copyrighted work 14427 and Trademark Registration 3396959 and 3379745; specifically located http://www.onlyjizz.com/videos/lorelei-leeday-4-2333568.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 7,925 times.

252.    In March 2012, Plaintiff documented www.onlyjizz.com display and offer for viewing Plaintiff's copyrighted work 8574 and Trademark Registration 3396959 and 3379745; specifically located http://www.onlyjizz.com/videos/breann-benson-being-fucked-hard-by-

machine-2354716.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.

253.    In March 2012, Plaintiff documented www.onlyjizz.com display and offer for viewing Plaintiff's copyrighted work 8351 and Trademark Registration 3396959 and 3379745; specifically located http://www.onlyjizz.com/videos/tia-ling-bdsm-pt-2-2306960.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 187,987 times.

254.    In March 2012, Plaintiff documented www.onlyjizz.com display and offer for viewing Plaintiff's copyrighted work 7529 and Trademark Registration 3396959 and 3379745; specifically located http://www.onlyjizz.com/videos/tori-black--fucking-machines-2255574.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 264,040 times.

255.    In March 2012, Plaintiff documented www.onlyjizz.com display and offer for viewing Plaintiff's copyrighted work 7529 and Trademark Registration 3396959 and 3379745; specifically located http://www.onlyjizz.com/videos/tori-black-fucking-machine--anal-vol-1-2220339.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 1,544,685 times.

256.    In March 2012, Plaintiff documented www.onlyjizz.com display and offer for viewing Plaintiff's copyrighted work 7382 and Trademark Registration 3396959 and 3379745; specifically located http://www.onlyjizz.com/videos/pepper-foxxx-lesbian-bondage-215286.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 140,637 times.

257.    In March 2012, Plaintiff documented www.onlyjizz.com display and offer for viewing Plaintiff's copyrighted work 7181 and Trademark Registration 3396959 and 3379745; specifically located http://www.onlyjizz.com/videos/hot-lesbians-bdsm-2274406.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 140,415 times.

258.    In March 2012, Plaintiff documented www.onlyjizz.com display and offer for viewing Plaintiff's copyrighted work 7137 and Trademark Registration 3396959 and 3379745; specifically located http://www.onlyjizz.com/videos/sindee-jennings--fucking-machines-2258555.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 112,950 times.

259.    In March 2012, Plaintiff documented www.onlyjizz.com display and offer for viewing Plaintiff's copyrighted work 6166 and Trademark Registration 3396959 and 3379745 and 3273365; specifically located http://www.onlyjizz.com/videos/vendetta-and-kira-fucking-

wrestling-119587.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 141,936 times.

260.    In March 2012, Plaintiff documented www.onlyjizz.com display and offer for viewing Plaintiff's copyrighted work 5888 and Trademark Registration 3396959 and 3379745; specifically located http://www.onlyjizz.com/videos/winner-fucks-the-loser--143908.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 120,633 times.

261.    In March 2012, Plaintiff documented www.onlyjizz.com display and offer for viewing Plaintiff's copyrighted work 5790 and Trademark Registration 3396959 and 3379745; specifically located http://www.onlyjizz.com/videos/ariel-x-karrlie-dawn---naked-catfighting-122415.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 394,614 times.

262.    In March 2012, Plaintiff documented www.onlyjizz.com display and offer for viewing Plaintiff's copyrighted work 16723 and Trademark Registration 3396959 and 3379745; specifically located http://www.onlyjizz.com/videos/bondage-domination-compilation-2360731.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright

owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 44,791 times.

263.    In March 2012, Plaintiff documented www.jizzhut.com display and offer for viewing Plaintiff's copyrighted work 15187, protected by Copyright Registration PA0001764840 and Trademark Registration 3396959; specifically located at http://www.jizzhut.com/videos/kinky-redhead-2318718.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner. According to Defendant website, this video was viewed 11,803 times.

264.    In March 2012, Plaintiff documented www.jizzhut.com display and offer for viewing Plaintiff's copyrighted work 15161, protected by Copyright Registration PA0001763549 and Trademark Registration 3396959 and 3379745; specifically located at http://www.jizzhut.com/videos/dia-zerva-and-ariel-x-part-2-2279474.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 48,265 times.

265.    In March 2012, Plaintiff documented www.jizzhut.com display and offer for viewing Plaintiff's copyrighted work 12414, protected by Copyright Registration PA0001763863 and Trademark Registration 3396959; specifically located at http://www.jizzhut.com/videos/dragon-lily-bdsm-part-1-2269723.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 100,104 times.

266.     In March 2012, Plaintiff documented www.jizzhut.com display and offer for viewing Plaintiff's copyrighted work 11229, protected by Copyright Registration PA0001766566 and Trademark Registration 3396959; specifically located at http://www.jizzhut.com/videos/holly-heart-bdsm-4--2305524.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 55,803 times.

267.     In March 2012, Plaintiff documented www.jizzhut.com display and offer for viewing Plaintiff's copyrighted work 11229, protected by Copyright Registration PA0001766566and Trademark Registration 3396959; specifically located at http://www.jizzhut.com/videos/holly-heart-bdsm-2305868.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner. According to Defendant website, this video was viewed 211,061 times.

268.     In March 2012, Plaintiff documented www.jizzhut.com display and offer for viewing Plaintiff's copyrighted work 5328, protected by Copyright Registration PA0001772450 and Trademark Registration 3396959; specifically located http://www.jizzhut.com/videos/circe-borges-bdsm-2287746.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 21,062 times.

269.     In March 2012, Plaintiff documented www.jizzhut.com display and offer for viewing Plaintiff's copyrighted work 11163, protected by Copyright Registration PA0001765162 and Trademark Registration 3396959 and 3379745 and 3870498; specifically located at

http://www.jizzhut.com/videos/male-domination-2262792.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner. According to Defendant website, this video was viewed 71,047 times.

270.    In March 2012, Plaintiff documented www.jizzhut.com display and offer for viewing Plaintiff's copyrighted work 15190, protected by Copyright Registration PA0001764829 and Trademark Registration 3396959; specifically located at http://www.jizzhut.com/videos/fucking-machines-and-alysa-2305833.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 101,100 times.

271.    In March 2012, Plaintiff documented www.jizzhut.com display and offer for viewing Plaintiff's copyrighted work 13703, protected by Copyright Registration PA0001763464 and Trademark Registration 3396959 and 3379745; specifically located at http://www.jizzhut.com/videos/annie-cruz-fuck-machine---2287399.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 108,387 times.

272.    In March 2012, Plaintiff documented www.jizzhut.com display and offer for viewing Plaintiff's copyrighted work 10043, protected by Copyright Registration PA0001767775 and Trademark Registration 3396959; specifically located at http://www.jizzhut.com/videos/machine-fucked-at-the-pub-2172757.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or

licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and

trademark owner.  According to Defendant website, this video was viewed 126,166 times.

273.    In March 2012, Plaintiff documented www.jizzhut.com display and offer for

viewing Plaintiff's copyrighted work 9423, protected by Copyright Registration PA0001771563

and Trademark Registration 3396959 and 3379745; specifically located at

http://www.jizzhut.com/videos/sex-machines-2214553.html. This copyrighted and trademark

protected work was displayed on Defendants website without the consent of, or licensing by,

Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.

According to Defendant website, this video was viewed 30,205 times.

274.    OK In March 2012, Plaintiff documented www.jizzhut.com display and offer for

viewing Plaintiff's copyrighted work 4957, protected by Copyright Registration PA1780818and

Trademark Registration 3396959; specifically located at  http://www.jizzhut.com/videos/isis-

love-dominates-vai-bdsm--2293212.html. This copyrighted and trademark protected work was

displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment

LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant

website, this video was viewed 40,455 times.

275.    In March 2012, Plaintiff documented www.jizzhut.com display and offer for

viewing Plaintiff's copyrighted work 14419, protected by Copyright Registration PA0001762435

and Trademark Registration 3396959 and 3379745; specifically located at

http://www.jizzhut.com/videos/skin-diamond-bdsm-1-part-3-2303088.html. This copyrighted

and trademark protected work was displayed on Defendants website without the consent of, or

licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and

trademark owner.  According to Defendant website, this video was viewed 38,252 times.

276.    In March 2012, Plaintiff documented www.jizzhut.com display and offer for viewing Plaintiff's copyrighted work 14418, protected by Copyright Registration PA0001762437 and Trademark Registration 3396959 and 3379745; specifically located at http://www.jizzhut.com/videos/skin-diamond-bdsm-1-2303116.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 55,370 times.

277.    In March 2012, Plaintiff documented www.jizzhut.com display and offer for viewing Plaintiff's copyrighted work 15233, protected by Copyright Registration PA0001762879 and Trademark Registration 3396959 and 3379745 and  3338653; specifically located at http://www.jizzhut.com/videos/a-brooke-tied-on-a-chair-2286341.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 382,679 times.

278.    In March 2012, Plaintiff documented www.jizzhut.com display and offer for viewing Plaintiff's copyrighted work 14417, protected by Copyright Registration PA0001763768 and Trademark Registration 3396959 and 3379745; specifically located at http://www.jizzhut.com/videos/skin-diamond-bdsm-1--2303092.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 45,094 times.

279.    In March 2012, Plaintiff documented www.jizzhut.com display and offer for viewing Plaintiff's copyrighted work 10089, protected by Copyright Registration PA0001768918 and Trademark Registration 3396959 and 3379745 and 3338653; specifically located at

http://www.jizzhut.com/videos/fuckmeat-2181052.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner. According to Defendant website, this video was viewed 163,104 times.

280.    In March 2012, Plaintiff documented www.jizzhut.com display and offer for viewing Plaintiff's copyrighted work 9849, protected by Copyright Registration PA0001769021 and Trademark Registration 3396959 and 3379745 and 3338653; specifically located at http://www.jizzhut.com/videos/bdsm-big-tit-teen-2-2187747.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 50,096 times.

281.    In March 2012, Plaintiff documented www.jizzhut.com display and offer for viewing Plaintiff's copyrighted work 9849, protected by Copyright Registration PA0001769021 and Trademark Registration 3396959 and 3379745 and 3338653; specifically located at http://www.jizzhut.com/videos/bdsm-big-tit-teen-2291487.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 23,836 times.

282.    OK In March 2012, Plaintiff documented www.jizzhut.com display and offer for viewing Plaintiff's copyrighted work 5456, protected by Copyright Registration PA0001772017 and Trademark Registration 3396959 and  3338653; specifically located at http://www.jizzhut.com/videos/busty-blonde-bound-on-a-chair-2165487.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or

licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 102,448 times.

283.    In March 2012, Plaintiff documented www.jizzhut.com display and offer for viewing Plaintiff's copyrighted work 5555, protected by Copyright Registration PA0001772958 and Trademark Registration 3396959 and  3338653; specifically located at http://www.jizzhut.com/videos/bdsm-lesbian-rope-bondage-2211381.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 555,052 times.

284.    In March 2012, Plaintiff documented www.jizzhut.com display and offer for viewing Plaintiff's copyrighted work 10091, protected by Copyright Registration PA0001767843 and Trademark Registration 3396959; specifically located at http://www.jizzhut.com/videos/girl-tied-to-bench-with-legs-up-getting-asshole-fucked-2165490.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 70,019 times.

285.    In March 2012, Plaintiff documented www.jizzhut.com display and offer for viewing Plaintiff's copyrighted work 5776, protected by Copyright Registration PA1780838and Trademark Registration 3396959; specifically located at http://www.jizzhut.com/videos/slut-forced-to-fuck-in-public-2173306.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 377,265 times.

80

286.     In March 2012, Plaintiff documented www.jizzhut.com display and offer for viewing Plaintiff's copyrighted work 10383, protected by Copyright Registration PA0001768843 and Trademark Registration 3396959; specifically located at http://www.jizzhut.com/videos/wife-surprises-sub-slut-and-hubby-2172753.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 48,115 times.

287.     In March 2012, Plaintiff documented www.jizzhut.com display and offer for viewing Plaintiff's copyrighted work 6514, protected by Copyright Registration PA1781457and Trademark Registration 3396959; specifically located at http://www.jizzhut.com/videos/felony-steve-holmes-erik-everhard-hogtied--146691.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 82,815 times.

288.     In March 2012, Plaintiff documented www.jizzhut.com display and offer for viewing Plaintiff's copyrighted work 5223, protected by Copyright Registration PA0001773280 and Trademark Registration 3396959; specifically located http://www.jizzhut.com/videos/mya-anal-tied-2335211.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 61,422 times.

289.     In March 2012, Plaintiff documented www.jizzhut.com display and offer for viewing Plaintiff's copyrighted work 9527, protected by Copyright Registration PA0001769360

and Trademark Registration 3396959; specifically located http://www.jizzhut.com/videos/bdsm-gangbang--2179103.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 43,419 times.

290.    In March 2012, Plaintiff documented www.jizzhut.com display and offer for viewing Plaintiff's copyrighted work 5307, protected by Copyright Registration PA0001772215 and Trademark Registration 3396959; specifically located http://www.jizzhut.com/videos/all-tied-up-and-ready-to-blow-2170590.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 160,843 times.

291.    In March 2012, Plaintiff documented www.jizzhut.com display and offer for viewing Plaintiff's copyrighted work 13862, protected by Copyright Registration PA0001763534 and Trademark Registration 3396959; specifically located http://www.jizzhut.com/videos/day-2-skin-diamond-2259502.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 31,612 times.

292.    In March 2012, Plaintiff documented www.jizzhut.com display and offer for viewing Plaintiff's copyrighted work 11056, protected by Copyright Registration PA0001765087 and Trademark Registration 3396959 specifically located http://www.jizzhut.com/videos/ariel-x-bdsm-2-part-1-2276747.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the

copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 104,164 times.

293.    In March 2012, Plaintiff documented www.jizzhut.com display and offer for viewing Plaintiff's copyrighted work 11056, protected by Copyright Registration PA0001765087 and Trademark Registration 3396959; specifically located http://www.jizzhut.com/videos/ariel-x-bdsm-4-2295288.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 42,870 times.

294.    In March 2012, Plaintiff documented www.jizzhut.com display and offer for viewing Plaintiff's copyrighted work 5118, protected by Copyright Registration PA0001770431 and Trademark Registration 3396959 and 3379745; specifically located http://www.jizzhut.com/videos/the-training-of-amber-rayne---day-4-2258663.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 21,174 times.

295.    In March 2012, Plaintiff documented www.jizzhut.com display and offer for viewing Plaintiff's copyrighted work 13247, protected by Copyright Registration PA0001763701 and Trademark Registration 3396959 and 3379745 and 3273365; specifically located http://www.jizzhut.com/videos/samantha-takes-on-jesse-cox-2294877.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 40,180 times.

296.   In March 2012, Plaintiff documented www.jizzhut.com display and offer for viewing Plaintiff's copyrighted work 10909, protected by Copyright Registration PA0001765157 and Trademark Registration 3396959 and 3273365; specifically located http://www.jizzhut.com/videos/wrestling-fuck--2198588.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner. According to Defendant website, this video was viewed 40,174 times.

297.   In March 2012, Plaintiff documented www.jizzhut.com display and offer for viewing Plaintiff's copyrighted work 10434, protected by Copyright Registration PA0001768625 and Trademark Registration 3396959 and 3273365; specifically located http://www.jizzhut.com/videos/two-chicks-in-a-sex-wrestling-comp-2172756.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 111,540 times.

298.   In March 2012, Plaintiff documented www.jizzhut.com display and offer for viewing Plaintiff's copyrighted work 10315, protected by Copyright Registration PA0001768889 and Trademark Registration 3396959 and 3273365; specifically located http://www.jizzhut.com/videos/wrestling-fuck-02-2198567.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 89,914 times.

299.   In March 2012, Plaintiff documented www.jizzhut.com display and offer for viewing Plaintiff's copyrighted work 11182, protected by Copyright Registration PA0001769033

and Trademark Registration 3396959 and 3273365; specifically located http://www.jizzhut.com/videos/wrestling-ends-in-hot-domination--2270176.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner. According to Defendant website, this video was viewed 25,176 times.

300.    In March 2012, Plaintiff documented www.jizzhut.com display and offer for viewing Plaintiff's copyrighted work 11182, protected by Copyright Registration PA0001769033 and Trademark Registration 3396959 and 3273365; specifically located http://www.jizzhut.com/videos/wrestling-fuck-03-2198434.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner. According to Defendant website, this video was viewed 145,188 times.

301.    In March 2012, Plaintiff documented www.jizzhut.com display and offer for viewing Plaintiff's copyrighted work 3544, protected by Copyright Registration 1-740086383 and Trademark Registration 3396959 and 3273365 and; 3379745; specifically located http://www.jizzhut.com/videos/hot-strapon-wrestling-146587.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner. According to Defendant website, this video was viewed 17,014 times.

302.    In March 2012, Plaintiff documented www.jizzhut.com display and offer for viewing Plaintiff's copyrighted work 16136, protected by Copyright Registration PA0001766710 and Trademark Registration 3396959 and 3379745; specifically located http://www.jizzhut.com/videos/some-like-it-rough-2337293.html. This copyrighted and

trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 38,127 times.

303.   In March 2012, Plaintiff documented www.jizzhut.com display and offer for viewing Plaintiff's copyrighted work 5839, protected by Copyright Registration PA1780951and Trademark Registration 3396959 and 3379745; specifically located http://www.jizzhut.com/videos/princess-donna-and-vai-2287384.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 135,298 times.

304.   In March 2012, Plaintiff documented www.jizzhut.com display and offer for viewing Plaintiff's copyrighted work 6303, protected by Copyright Registration PA1780912and Trademark Registration 3396959 and 3379745; specifically located http://www.jizzhut.com/videos/cecilia-vega-bdsm--2295553.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 28,457 times.

305.   In March 2012, Plaintiff documented www.jizzhut.com display and offer for viewing Plaintiff's copyrighted work 6303, protected by Copyright Registration PA1780912and Trademark Registration 3396959 and 3379745; specifically located http://www.jizzhut.com/videos/cecilia-vega-bdsm-with-princess-donna-2295873.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion

picture and trademark owner.  According to Defendant website, this video was viewed 96,343 times.

306.    In March 2012, Plaintiff documented www.jizzhut.com display and offer for viewing Plaintiff's copyrighted work 2891, protected by Copyright Registration 1-740039153 and Trademark Registration 3396959; specifically located http://www.jizzhut.com/videos/sydnee-capri-bdsm-4-2203078.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 78,002 times.

307.    In March 2012, Plaintiff documented www.jizzhut.com display and offer for viewing Plaintiff's copyrighted work 2891, protected by Copyright Registration 1-740039153 and Trademark Registration 3396959 and 3379745; specifically located http://www.jizzhut.com/videos/sydnee-capri-bdsm-3-with-princess-donna-2308434.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 18,003 times.

308.    In March 2012, Plaintiff documented www.jizzhut.com display and offer for viewing Plaintiff's copyrighted work 15438, protected by Copyright Registration 1-698265575 and Trademark Registration 3396959 and 3379745; specifically located http://www.jizzhut.com/videos/airport-cavity-search-2287683.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed **716,277** times.

309.    In March 2012, Plaintiff documented www.jizzhut.com display and offer for viewing Plaintiff's copyrighted work 4136, protected by Copyright Registration PA1780853 and Trademark Registration 3396959 and 3379745; specifically located http://www.jizzhut.com/videos/sammie-rhodes-fucking-machine-147804.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 213,979 times.

310.    In March 2012, Plaintiff documented www.jizzhut.com display and offer for viewing Plaintiff's copyrighted work 14595 and Trademark Registration 3396959 and 3379745 and 3338653; specifically located http://www.jizzhut.com/videos/dont-fucking-cum-2293364.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.

311.    In March 2012, Plaintiff documented www.jizzhut.com display and offer for viewing Plaintiff's copyrighted work 14427 and Trademark Registration 3396959 and 3379745; specifically located http://www.jizzhut.com/videos/lorelei-leeday-4-2333568.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 7,925 times.

312.    In March 2012, Plaintiff documented www.jizzhut.com display and offer for viewing Plaintiff's copyrighted work 8574 and Trademark Registration 3396959 and 3379745; specifically located http://www.jizzhut.com/videos/breann-benson-being-fucked-hard-by-machine-2354716.html. This copyrighted and trademark protected work was displayed on

Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.

313. In March 2012, Plaintiff documented www.jizzhut.com display and offer for viewing Plaintiff's copyrighted work 8351 and Trademark Registration 3396959 and 3379745; specifically located http://www.jizzhut.com/videos/tia-ling-bdsm-pt-2-2306960.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner. According to Defendant website, this video was viewed 187,987 times..

314. In March 2012, Plaintiff documented www.jizzhut.com display and offer for viewing Plaintiff's copyrighted work 7529 and Trademark Registration 3396959 and 3379745; specifically located http://www.jizzhut.com/videos/tori-black--fucking-machines-2255574.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner. According to Defendant website, this video was viewed 264,040 times.

315. In March 2012, Plaintiff documented www.jizzhut.com display and offer for viewing Plaintiff's copyrighted work 7529 and Trademark Registration 3396959 and 3379745; specifically located http://www.jizzhut.com/videos/tori-black-fucking-machine--anal-vol-1-2220339.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner. According to Defendant website, this video was viewed **1,544,685** times.

316.    In March 2012, Plaintiff documented www.jizzhut.com display and offer for viewing Plaintiff's copyrighted work 7382 and Trademark Registration 3396959 and 3379745; specifically located http://www.jizzhut.com/videos/pepper-foxxx-lesbian-bondage-215286.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 140,637 times.

317.    In March 2012, Plaintiff documented www.jizzhut.com display and offer for viewing Plaintiff's copyrighted work 7181 and Trademark Registration 3396959 and 3379745; specifically located http://www.jizzhut.com/videos/hot-lesbians-bdsm-2274406.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 140,415 times.

318.    In March 2012, Plaintiff documented www.jizzhut.com display and offer for viewing Plaintiff's copyrighted work 7137 and Trademark Registration 3396959 and 3379745; specifically located http://www.jizzhut.com/videos/sindee-jennings--fucking-machines-2258555.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 112,950 times.

319.    In March 2012, Plaintiff documented www.jizzhut.com display and offer for viewing Plaintiff's copyrighted work 6166 and Trademark Registration 3396959 and 3379745 and 3273365; specifically located http://www.jizzhut.com/videos/vendetta-and-kira-fucking-

90

wrestling-119587.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 141,936 times.

320.    In March 2012, Plaintiff documented www.jizzhut.com display and offer for viewing Plaintiff's copyrighted work 5888 and Trademark Registration 3396959 and 3379745; specifically located http://www.jizzhut.com/videos/winner-fucks-the-loser--143908.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 120,633 times.

321.    In March 2012, Plaintiff documented www.jizzhut.com display and offer for viewing Plaintiff's copyrighted work 5790 and Trademark Registration 3396959 and 3379745; specifically located http://www.jizzhut.com/videos/ariel-x-karrlie-dawn---naked-catfighting-122415.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 394,614 times.

322.    In March 2012, Plaintiff documented www.jizzhut.com display and offer for viewing Plaintiff's copyrighted work 16723 and Trademark Registration 3396959 and 3379745; specifically located http://www.jizzhut.com/videos/bondage-domination-compilation-2360731.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright

owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 44,791 times.

323.    In March 2012, Plaintiff documented www.jizzonline.com display and offer for viewing Plaintiff's copyrighted work 15187, protected by Copyright Registration PA0001764840 and Trademark Registration 3396959; specifically located at http://www.jizzonline.com/videos/kinky-redhead-2318718.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner. According to Defendant website, this video was viewed 11,803 times.

324.    In March 2012, Plaintiff documented www.jizzonline.com display and offer for viewing Plaintiff's copyrighted work 15161, protected by Copyright Registration PA0001763549 and Trademark Registration 3396959 and 3379745; specifically located at http://www.jizzonline.com/videos/dia-zerva-and-ariel-x-part-2-2279474.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 48,265 times.

325.    In March 2012, Plaintiff documented www.jizzonline.com display and offer for viewing Plaintiff's copyrighted work 12414, protected by Copyright Registration PA0001763863 and Trademark Registration 3396959; specifically located at http://www.jizzonline.com/videos/dragon-lily-bdsm-part-1-2269723.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 100,104 times.

326.    In March 2012, Plaintiff documented www.jizzonline.com display and offer for viewing Plaintiff's copyrighted work 11229, protected by Copyright Registration PA0001766566 and Trademark Registration 3396959; specifically located at http://www.jizzonline.com/videos/holly-heart-bdsm-4--2305524.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 55,803 times.

327.    In March 2012, Plaintiff documented www.jizzonline.com display and offer for viewing Plaintiff's copyrighted work 11229, protected by Copyright Registration PA0001766566and Trademark Registration 3396959; specifically located at http://www.jizzonline.com/videos/holly-heart-bdsm-2305868.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 211,061 times.

328.    In March 2012, Plaintiff documented www.jizzonline.com display and offer for viewing Plaintiff's copyrighted work 5328, protected by Copyright Registration PA0001772450 and Trademark Registration 3396959; specifically located http://www.jizzonline.com/videos/circe-borges-bdsm-2287746.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 21,062 times.

329.    In March 2012, Plaintiff documented www.jizzonline.com display and offer for viewing Plaintiff's copyrighted work 11163, protected by Copyright Registration PA0001765162 and Trademark Registration 3396959 and 3379745 and 3870498; specifically located at

http://www.jizzonline.com/videos/male-domination-2262792.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 71,047 times.

330.    In March 2012, Plaintiff documented www.jizzonline.com display and offer for viewing Plaintiff's copyrighted work 15190, protected by Copyright Registration PA0001764829 and Trademark Registration 3396959; specifically located at http://www.jizzonline.com/videos/fucking-machines-and-alysa-2305833.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 101,100 times.

331.    In March 2012, Plaintiff documented www.jizzonline.com display and offer for viewing Plaintiff's copyrighted work 13703, protected by Copyright Registration PA0001763464 and Trademark Registration 3396959 and 3379745; specifically located at http://www.jizzonline.com/videos/annie-cruz-fuck-machine---2287399.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 108,387 times.

332.    In March 2012, Plaintiff documented www.jizzonline.com display and offer for viewing Plaintiff's copyrighted work 10043, protected by Copyright Registration PA0001767775 and Trademark Registration 3396959; specifically located at http://www.jizzonline.com/videos/machine-fucked-at-the-pub-2172757.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or

licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 126,166 times.

333.    In March 2012, Plaintiff documented www.jizzonline.com display and offer for viewing Plaintiff's copyrighted work 9423, protected by Copyright Registration PA0001771563 and Trademark Registration 3396959 and 3379745; specifically located at http://www.jizzonline.com/videos/sex-machines-2214553.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner. According to Defendant website, this video was viewed 30,205 times.

334.    OK In March 2012, Plaintiff documented www.jizzonline.com display and offer for viewing Plaintiff's copyrighted work 4957, protected by Copyright Registration PA1780818and Trademark Registration 3396959; specifically located at http://www.jizzonline.com/videos/isis-love-dominates-vai-bdsm--2293212.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 40,455 times.

335.    In March 2012, Plaintiff documented www.jizzonline.com display and offer for viewing Plaintiff's copyrighted work 14419, protected by Copyright Registration PA0001762435 and Trademark Registration 3396959 and 3379745; specifically located at http://www.jizzonline.com/videos/skin-diamond-bdsm-1-part-3-2303088.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 38,252 times.

336.    In March 2012, Plaintiff documented www.jizzonline.com display and offer for viewing Plaintiff's copyrighted work 14418, protected by Copyright Registration PA0001762437 and Trademark Registration 3396959 and 3379745; specifically located at http://www.jizzonline.com/videos/skin-diamond-bdsm-1-2303116.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 55,370 times.

337.    In March 2012, Plaintiff documented www.jizzonline.com display and offer for viewing Plaintiff's copyrighted work 15233, protected by Copyright Registration PA0001762879 and Trademark Registration 3396959 and 3379745 and  3338653; specifically located at http://www.jizzonline.com/videos/a-brooke-tied-on-a-chair-2286341.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 382,679 times.

338.    In March 2012, Plaintiff documented www.jizzonline.com display and offer for viewing Plaintiff's copyrighted work 14417, protected by Copyright Registration PA0001763768 and Trademark Registration 3396959 and 3379745; specifically located at http://www.jizzonline.com/videos/skin-diamond-bdsm-1--2303092.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 45,094 times.

339.    In March 2012, Plaintiff documented www.jizzonline.com display and offer for viewing Plaintiff's copyrighted work 10089, protected by Copyright Registration PA0001768918 and Trademark Registration 3396959 and 3379745 and 3338653; specifically located at

http://www.jizzonline.com/videos/fuckmeat-2181052.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner. According to Defendant website, this video was viewed 163,104 times.

340.    In March 2012, Plaintiff documented www.jizzonline.com display and offer for viewing Plaintiff's copyrighted work 9849, protected by Copyright Registration PA0001769021 and Trademark Registration 3396959 and 3379745 and 3338653; specifically located at http://www.jizzonline.com/videos/bdsm-big-tit-teen-2-2187747.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 50,096 times.

341.    In March 2012, Plaintiff documented www.jizzonline.com display and offer for viewing Plaintiff's copyrighted work 9849, protected by Copyright Registration PA0001769021 and Trademark Registration 3396959 and 3379745 and 3338653; specifically located at http://www.jizzonline.com/videos/bdsm-big-tit-teen-2291487.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 23,836 times.

342.    OK In March 2012, Plaintiff documented www.jizzonline.com display and offer for viewing Plaintiff's copyrighted work 5456, protected by Copyright Registration PA0001772017 and Trademark Registration 3396959 and  3338653; specifically located at http://www.jizzonline.com/videos/busty-blonde-bound-on-a-chair-2165487.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion

picture and trademark owner.  According to Defendant website, this video was viewed 102,448 times.

343.    In March 2012, Plaintiff documented www.jizzonline.com display and offer for viewing Plaintiff's copyrighted work 5555, protected by Copyright Registration PA0001772958 and Trademark Registration 3396959 and  3338653; specifically located at http://www.jizzonline.com/videos/bdsm-lesbian-rope-bondage-2211381.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 555,052 times.

344.    In March 2012, Plaintiff documented www.jizzonline.com display and offer for viewing Plaintiff's copyrighted work 10091, protected by Copyright Registration PA0001767843 and Trademark Registration 3396959; specifically located at http://www.jizzonline.com/videos/girl-tied-to-bench-with-legs-up-getting-asshole-fucked-2165490.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 70,019 times.

345.    In March 2012, Plaintiff documented www.jizzonline.com display and offer for viewing Plaintiff's copyrighted work 5776, protected by Copyright Registration PA1780838and Trademark Registration 3396959; specifically located at http://www.jizzonline.com/videos/slut-forced-to-fuck-in-public-2173306.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 377,265 times.

346.    In March 2012, Plaintiff documented www.jizzonline.com display and offer for viewing Plaintiff's copyrighted work 10383, protected by Copyright Registration PA0001768843 and Trademark Registration 3396959; specifically located at http://www.jizzonline.com/videos/wife-surprises-sub-slut-and-hubby-2172753.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 48,115 times.

347.    In March 2012, Plaintiff documented www.jizzonline.com display and offer for viewing Plaintiff's copyrighted work 6514, protected by Copyright Registration PA1781457and Trademark Registration 3396959; specifically located at http://www.jizzonline.com/videos/felony-steve-holmes-erik-everhard-hogtied--146691.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 82,815 times.

348.    In March 2012, Plaintiff documented www.jizzonline.com display and offer for viewing Plaintiff's copyrighted work 5223, protected by Copyright Registration PA0001773280 and Trademark Registration 3396959; specifically located http://www.jizzonline.com/videos/mya-anal-tied-2335211.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner. According to Defendant website, this video was viewed 61,422 times.

349.    In March 2012, Plaintiff documented www.jizzonline.com display and offer for viewing Plaintiff's copyrighted work 9527, protected by Copyright Registration PA0001769360 and Trademark Registration 3396959; specifically located http://www.jizzonline.com/videos/bdsm-gangbang--2179103.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 43,419 times.

350.    In March 2012, Plaintiff documented www.jizzonline.com display and offer for viewing Plaintiff's copyrighted work 5307, protected by Copyright Registration PA0001772215 and Trademark Registration 3396959; specifically located http://www.jizzonline.com/videos/all-tied-up-and-ready-to-blow-2170590.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 160,843 times.

351.    In March 2012, Plaintiff documented www.jizzonline.com display and offer for viewing Plaintiff's copyrighted work 13862, protected by Copyright Registration PA0001763534 and Trademark Registration 3396959; specifically located http://www.jizzonline.com/videos/day-2-skin-diamond-2259502.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 31,612 times.

352.    In March 2012, Plaintiff documented www.jizzonline.com display and offer for viewing Plaintiff's copyrighted work 11056, protected by Copyright Registration PA0001765087 and Trademark Registration 3396959 specifically located

http://www.jizzonline.com/videos/ariel-x-bdsm-2-part-1-2276747.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 104,164 times.

353.    In March 2012, Plaintiff documented www.jizzonline.com display and offer for viewing Plaintiff's copyrighted work 11056, protected by Copyright Registration PA0001765087 and Trademark Registration 3396959; specifically located http://www.jizzonline.com/videos/ariel-x-bdsm-4-2295288.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 42,870 times.

354.    In March 2012, Plaintiff documented www.jizzonline.com display and offer for viewing Plaintiff's copyrighted work 5118, protected by Copyright Registration PA0001770431 and Trademark Registration 3396959 and 3379745; specifically located http://www.jizzonline.com/videos/the-training-of-amber-rayne---day-4-2258663.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 21,174 times.

355.    In March 2012, Plaintiff documented www.jizzonline.com display and offer for viewing Plaintiff's copyrighted work 13247, protected by Copyright Registration PA0001763701 and Trademark Registration 3396959 and 3379745 and 3273365; specifically located http://www.jizzonline.com/videos/samantha-takes-on-jesse-cox-2294877.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or

licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 40,180 times.

356.    In March 2012, Plaintiff documented www.jizzonline.com display and offer for viewing Plaintiff's copyrighted work 10909, protected by Copyright Registration PA0001765157 and Trademark Registration 3396959 and 3273365; specifically located http://www.jizzonline.com/videos/wrestling-fuck--2198588.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 40,174 times.

357.    In March 2012, Plaintiff documented www.jizzonline.com display and offer for viewing Plaintiff's copyrighted work 10434, protected by Copyright Registration PA0001768625 and Trademark Registration 3396959 and 3273365; specifically located http://www.jizzonline.com/videos/two-chicks-in-a-sex-wrestling-comp-2172756.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 111,540 times.

358.    In March 2012, Plaintiff documented www.jizzonline.com display and offer for viewing Plaintiff's copyrighted work 10315, protected by Copyright Registration PA0001768889 and Trademark Registration 3396959 and 3273365; specifically located http://www.jizzonline.com/videos/wrestling-fuck-02-2198567.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 89,914 times.

359.    In March 2012, Plaintiff documented www.jizzonline.com display and offer for viewing Plaintiff's copyrighted work 11182, protected by Copyright Registration PA0001769033 and Trademark Registration 3396959 and 3273365; specifically located http://www.jizzonline.com/videos/wrestling-ends-in-hot-domination--2270176.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 25,176 times.

360.    In March 2012, Plaintiff documented www.jizzonline.com display and offer for viewing Plaintiff's copyrighted work 11182, protected by Copyright Registration PA0001769033 and Trademark Registration 3396959 and 3273365; specifically located http://www.jizzonline.com/videos/wrestling-fuck-03-2198434.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 145,188 times.

361.    In March 2012, Plaintiff documented www.jizzonline.com display and offer for viewing Plaintiff's copyrighted work 3544, protected by Copyright Registration 1-740086383 and Trademark Registration 3396959 and 3273365 and; 3379745; specifically located http://www.jizzonline.com/videos/hot-strapon-wrestling-146587.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 17,014 times.

362.    In March 2012, Plaintiff documented www.jizzonline.com display and offer for viewing Plaintiff's copyrighted work 16136, protected by Copyright Registration PA0001766710

and Trademark Registration 3396959 and 3379745; specifically located

http://www.jizzonline.com/videos/some-like-it-rough-2337293.html.  This copyrighted and

trademark protected work was displayed on Defendants website without the consent of, or

licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and

trademark owner.  According to Defendant website, this video was viewed 38,127 times.

363.    In March 2012, Plaintiff documented www.jizzonline.com display and offer for

viewing Plaintiff's copyrighted work 5839, protected by Copyright Registration PA1780951and

Trademark Registration 3396959 and 3379745; specifically located

http://www.jizzonline.com/videos/princess-donna-and-vai-2287384.html.  This copyrighted and

trademark protected work was displayed on Defendants website without the consent of, or

licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and

trademark owner.  According to Defendant website, this video was viewed 135,298 times.

364.    In March 2012, Plaintiff documented www.jizzonline.com display and offer for

viewing Plaintiff's copyrighted work 6303, protected by Copyright Registration PA1780912and

Trademark Registration 3396959 and 3379745; specifically located

http://www.jizzonline.com/videos/cecilia-vega-bdsm--2295553.html.  This copyrighted and

trademark protected work was displayed on Defendants website without the consent of, or

licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and

trademark owner.  According to Defendant website, this video was viewed 28,457 times.

365.    In March 2012, Plaintiff documented www.jizzonline.com display and offer for

viewing Plaintiff's copyrighted work 6303, protected by Copyright Registration PA1780912and

Trademark Registration 3396959 and 3379745; specifically located

http://www.jizzonline.com/videos/cecilia-vega-bdsm-with-princess-donna-2295873.html.  This

copyrighted and trademark protected work was displayed on Defendants website without the

consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 96,343 times.

366.    In March 2012, Plaintiff documented www.jizzonline.com display and offer for viewing Plaintiff's copyrighted work 2891, protected by Copyright Registration 1-740039153 and Trademark Registration 3396959; specifically located http://www.jizzonline.com/videos/sydnee-capri-bdsm-4-2203078.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 78,002 times.

367.    In March 2012, Plaintiff documented www.jizzonline.com display and offer for viewing Plaintiff's copyrighted work 2891, protected by Copyright Registration 1-740039153 and Trademark Registration 3396959 and 3379745; specifically located http://www.jizzonline.com/videos/sydnee-capri-bdsm-3-with-princess-donna-2308434.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 18,003 times.

368.    In March 2012, Plaintiff documented www.jizzonline.com display and offer for viewing Plaintiff's copyrighted work 15438, protected by Copyright Registration 1-698265575 and Trademark Registration 3396959 and 3379745; specifically located http://www.jizzonline.com/videos/airport-cavity-search-2287683.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or

licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed **716,277** times.

369.    In March 2012, Plaintiff documented www.jizzonline.com display and offer for viewing Plaintiff's copyrighted work 4136, protected by Copyright Registration PA1780853 and Trademark Registration 3396959 and 3379745; specifically located http://www.jizzonline.com/videos/sammie-rhodes-fucking-machine-147804.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 213,979 times.

370.    In March 2012, Plaintiff documented www.jizzonline.com display and offer for viewing Plaintiff's copyrighted work 14595 and Trademark Registration 3396959 and 3379745 and 3338653; specifically located http://www.jizzonline.com/videos/dont-fucking-cum-2293364.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.

371.    In March 2012, Plaintiff documented www.jizzonline.com display and offer for viewing Plaintiff's copyrighted work 14427 and Trademark Registration 3396959 and 3379745; specifically located http://www.jizzonline.com/videos/lorelei-leeday-4-2333568.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 7,925 times.

372.    In March 2012, Plaintiff documented www.jizzonline.com display and offer for viewing Plaintiff's copyrighted work 8574 and Trademark Registration 3396959 and 3379745; specifically located http://www.jizzonline.com/videos/breann-benson-being-fucked-hard-by-machine-2354716.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.

373.    In March 2012, Plaintiff documented www.jizzonline.com display and offer for viewing Plaintiff's copyrighted work 8351 and Trademark Registration 3396959 and 3379745; specifically located http://www.jizzonline.com/videos/tia-ling-bdsm-pt-2-2306960.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 187,987 times.

374.    In March 2012, Plaintiff documented www.jizzonline.com display and offer for viewing Plaintiff's copyrighted work 7529 and Trademark Registration 3396959 and 3379745; specifically located http://www.jizzonline.com/videos/tori-black--fucking-machines-2255574.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 264,040 times.

375.    In March 2012, Plaintiff documented www.jizzonline.com display and offer for viewing Plaintiff's copyrighted work 7529 and Trademark Registration 3396959 and 3379745; specifically located http://www.jizzonline.com/videos/tori-black-fucking-machine--anal-vol-1-2220339.html. This copyrighted and trademark protected work was displayed on Defendants

website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed **1,544,685** times.

376.     In March 2012, Plaintiff documented www.jizzonline.com display and offer for viewing Plaintiff's copyrighted work 7382 and Trademark Registration 3396959 and 3379745; specifically located http://www.jizzonline.com/videos/pepper-foxxx-lesbian-bondage-215286.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 140,637 times.

377.     In March 2012, Plaintiff documented www.jizzonline.com display and offer for viewing Plaintiff's copyrighted work 7181 and Trademark Registration 3396959 and 3379745; specifically located http://www.jizzonline.com/videos/hot-lesbians-bdsm-2274406.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 140,415 times.

378.     In March 2012, Plaintiff documented www.jizzonline.com display and offer for viewing Plaintiff's copyrighted work 7137 and Trademark Registration 3396959 and 3379745; specifically located http://www.jizzonline.com/videos/sindee-jennings--fucking-machines-2258555.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 112,950 times.

379.   In March 2012, Plaintiff documented www.jizzonline.com display and offer for viewing Plaintiff's copyrighted work 6166 and Trademark Registration 3396959 and 3379745 and 3273365; specifically located http://www.jizzonline.com/videos/vendetta-and-kira-fucking-wrestling-119587.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 141,936 times.

380.   In March 2012, Plaintiff documented www.jizzonline.com display and offer for viewing Plaintiff's copyrighted work 5888 and Trademark Registration 3396959 and 3379745; specifically located http://www.jizzonline.com/videos/winner-fucks-the-loser--143908.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 120,633 times.

381.   In March 2012, Plaintiff documented www.jizzonline.com display and offer for viewing Plaintiff's copyrighted work 5790 and Trademark Registration 3396959 and 3379745; specifically located http://www.jizzonline.com/videos/ariel-x-karrlie-dawn---naked-catfighting-122415.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 394,614 times.

382.   In March 2012, Plaintiff documented www.jizzonline.com display and offer for viewing Plaintiff's copyrighted work 16723 and Trademark Registration 3396959 and 3379745; specifically located http://www.jizzonline.com/videos/bondage-domination-compilation-

2360731.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 44,791 times.

383.    In March 2012, Plaintiff documented www. moviesguy.com display and offer for viewing Plaintiff's copyrighted work 15187, protected by Copyright Registration PA0001764840 and Trademark Registration 3396959; specifically located at http://www.moviesguy.com/videos/kinky-redhead-2318718.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 11,803 times.

384.    In March 2012, Plaintiff documented www.moviesguy.com display and offer for viewing Plaintiff's copyrighted work 15161, protected by Copyright Registration PA0001763549 and Trademark Registration 3396959 and 3379745; specifically located at http://www.moviesguy.com/videos/dia-zerva-and-ariel-x-part-2-2279474.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 48,265 times.

385.    In March 2012, Plaintiff documented www.moviesguy.com display and offer for viewing Plaintiff's copyrighted work 12414, protected by Copyright Registration PA0001763863 and Trademark Registration 3396959; specifically located at http://www.moviesguy.com/videos/dragon-lily-bdsm-part-1-2269723.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or

licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 100,104 times.

386.    In March 2012, Plaintiff documented www.moviesguy.com display and offer for viewing Plaintiff's copyrighted work 11229, protected by Copyright Registration PA0001766566 and Trademark Registration 3396959; specifically located at http://www.moviesguy.com/videos/holly-heart-bdsm-4--2305524.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 55,803 times.

387.    In March 2012, Plaintiff documented www.moviesguy.com display and offer for viewing Plaintiff's copyrighted work 11229, protected by Copyright Registration PA0001766566and Trademark Registration 3396959; specifically located at http://www.moviesguy.com/videos/holly-heart-bdsm-2305868.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 211,061 times.

388.    In March 2012, Plaintiff documented www.moviesguy.com display and offer for viewing Plaintiff's copyrighted work 5328, protected by Copyright Registration PA0001772450 and Trademark Registration 3396959; specifically located http://www.moviesguy.com/videos/circe-borges-bdsm-2287746.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 21,062 times.

389.    In March 2012, Plaintiff documented www.moviesguy.com display and offer for viewing Plaintiff's copyrighted work 11163, protected by Copyright Registration PA0001765162 and Trademark Registration 3396959 and 3379745 and 3870498; specifically located at http://www.moviesguy.com/videos/male-domination-2262792.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 71,047 times.

390.    In March 2012, Plaintiff documented www.moviesguy.com display and offer for viewing Plaintiff's copyrighted work 15190, protected by Copyright Registration PA0001764829 and Trademark Registration 3396959; specifically located at http://www.moviesguy.com/videos/fucking-machines-and-alysa-2305833.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 101,100 times.

391.    In March 2012, Plaintiff documented www.moviesguy.com display and offer for viewing Plaintiff's copyrighted work 13703, protected by Copyright Registration PA0001763464 and Trademark Registration 3396959 and 3379745; specifically located at http://www.moviesguy.com/videos/annie-cruz-fuck-machine---2287399.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 108,387 times.

392.    In March 2012, Plaintiff documented www.moviesguy.com display and offer for viewing Plaintiff's copyrighted work 10043, protected by Copyright Registration PA0001767775 and Trademark Registration 3396959; specifically located at

http://www.moviesguy.com/videos/machine-fucked-at-the-pub-2172757.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 126,166 times.

393.    In March 2012, Plaintiff documented www.moviesguy.com display and offer for viewing Plaintiff's copyrighted work 9423, protected by Copyright Registration PA0001771563 and Trademark Registration 3396959 and 3379745; specifically located at http://www.moviesguy.com/videos/sex-machines-2214553.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner. According to Defendant website, this video was viewed 30,205 times.

394.    In March 2012, Plaintiff documented www.moviesguy.com display and offer for viewing Plaintiff's copyrighted work 4957, protected by Copyright Registration PA1780818and Trademark Registration 3396959; specifically located at http://www.moviesguy.com/videos/isis-love-dominates-vai-bdsm--2293212.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 40,455 times.

395.    In March 2012, Plaintiff documented www.moviesguy.com display and offer for viewing Plaintiff's copyrighted work 14419, protected by Copyright Registration PA0001762435 and Trademark Registration 3396959 and 3379745; specifically located at http://www.moviesguy.com/videos/skin-diamond-bdsm-1-part-3-2303088.html. This copyrighted and trademark protected work was displayed on Defendants website without the

consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 38,252 times.

396.   In March 2012, Plaintiff documented www.moviesguy.com display and offer for viewing Plaintiff's copyrighted work 14418, protected by Copyright Registration PA0001762437 and Trademark Registration 3396959 and 3379745; specifically located at http://www.moviesguy.com/videos/skin-diamond-bdsm-1-2303116.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 55,370 times.

397.   In March 2012, Plaintiff documented www.moviesguy.com display and offer for viewing Plaintiff's copyrighted work 15233, protected by Copyright Registration PA0001762879 and Trademark Registration 3396959 and 3379745 and  3338653; specifically located at http://www.moviesguy.com/videos/a-brooke-tied-on-a-chair-2286341.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 382,679 times.

398.   In March 2012, Plaintiff documented www.moviesguy.com display and offer for viewing Plaintiff's copyrighted work 14417, protected by Copyright Registration PA0001763768 and Trademark Registration 3396959 and 3379745; specifically located at http://www.moviesguy.com/videos/skin-diamond-bdsm-1--2303092.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 45,094 times.

399.    In March 2012, Plaintiff documented www.moviesguy.com display and offer for viewing Plaintiff's copyrighted work 10089, protected by Copyright Registration PA0001768918 and Trademark Registration 3396959 and 3379745 and 3338653; specifically located at http://www.moviesguy.com/videos/fuckmeat-2181052.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner. According to Defendant website, this video was viewed 163,104 times.

400.    In March 2012, Plaintiff documented www.moviesguy.com display and offer for viewing Plaintiff's copyrighted work 9849, protected by Copyright Registration PA0001769021 and Trademark Registration 3396959 and 3379745 and 3338653; specifically located at http://www.moviesguy.com/videos/bdsm-big-tit-teen-2-2187747.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 50,096 times.

401.    In March 2012, Plaintiff documented www.moviesguy.com display and offer for viewing Plaintiff's copyrighted work 9849, protected by Copyright Registration PA0001769021 and Trademark Registration 3396959 and 3379745 and 3338653; specifically located at http://www.moviesguy.com/videos/bdsm-big-tit-teen-2291487.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 23,836 times.

402.    OK In March 2012, Plaintiff documented www.moviesguy.com display and offer for viewing Plaintiff's copyrighted work 5456, protected by Copyright Registration PA0001772017 and Trademark Registration 3396959 and  3338653; specifically located at

http://www.moviesguy.com/videos/busty-blonde-bound-on-a-chair-2165487.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner. According to Defendant website, this video was viewed 102,448 times.

403.   In March 2012, Plaintiff documented www.moviesguy.com display and offer for viewing Plaintiff's copyrighted work 5555, protected by Copyright Registration PA0001772958 and Trademark Registration 3396959 and  3338653; specifically located at http://www.moviesguy.com/videos/bdsm-lesbian-rope-bondage-2211381.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner. According to Defendant website, this video was viewed 555,052 times.

404.   In March 2012, Plaintiff documented www.moviesguy.com display and offer for viewing Plaintiff's copyrighted work 10091, protected by Copyright Registration PA0001767843 and Trademark Registration 3396959; specifically located at http://www.moviesguy.com/videos/girl-tied-to-bench-with-legs-up-getting-asshole-fucked-2165490.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner. According to Defendant website, this video was viewed 70,019 times.

405.   In March 2012, Plaintiff documented www.moviesguy.com display and offer for viewing Plaintiff's copyrighted work 5776, protected by Copyright Registration PA1780838and Trademark Registration 3396959; specifically located at http://www.moviesguy.com/videos/slut-forced-to-fuck-in-public-2173306.html. This copyrighted and trademark protected work was

displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 377,265 times.

406.    In March 2012, Plaintiff documented www.moviesguy.com display and offer for viewing Plaintiff's copyrighted work 10383, protected by Copyright Registration PA0001768843 and Trademark Registration 3396959; specifically located at http://www.moviesguy.com/videos/wife-surprises-sub-slut-and-hubby-2172753.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 48,115 times.

407.    In March 2012, Plaintiff documented www.moviesguy.com display and offer for viewing Plaintiff's copyrighted work 6514, protected by Copyright Registration PA1781457and Trademark Registration 3396959; specifically located at http://www.moviesguy.com/videos/felony-steve-holmes-erik-everhard-hogtied--146691.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 82,815 times.

408.    In March 2012, Plaintiff documented www.moviesguy.com display and offer for viewing Plaintiff's copyrighted work 5223, protected by Copyright Registration PA0001773280 and Trademark Registration 3396959; specifically located http://www.moviesguy.com/videos/mya-anal-tied-2335211.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or

licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 61,422 times.

409.    In March 2012, Plaintiff documented www.moviesguy.com display and offer for viewing Plaintiff's copyrighted work 9527, protected by Copyright Registration PA0001769360 and Trademark Registration 3396959; specifically located http://www.moviesguy.com/videos/bdsm-gangbang--2179103.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 43,419 times.

410.    In March 2012, Plaintiff documented www.moviesguy.com display and offer for viewing Plaintiff's copyrighted work 5307, protected by Copyright Registration PA0001772215 and Trademark Registration 3396959; specifically located http://www.moviesguy.com/videos/all-tied-up-and-ready-to-blow-2170590.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 160,843 times.

411.    In March 2012, Plaintiff documented www.moviesguy.com display and offer for viewing Plaintiff's copyrighted work 13862, protected by Copyright Registration PA0001763534 and Trademark Registration 3396959; specifically located http://www.moviesguy.com/videos/day-2-skin-diamond-2259502.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 31,612 times.

412.    In March 2012, Plaintiff documented www.moviesguy.com display and offer for viewing Plaintiff's copyrighted work 11056, protected by Copyright Registration PA0001765087 and Trademark Registration 3396959 specifically located http://www.moviesguy.com/videos/ariel-x-bdsm-2-part-1-2276747.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 104,164 times.

413.    In March 2012, Plaintiff documented www.moviesguy.com display and offer for viewing Plaintiff's copyrighted work 11056, protected by Copyright Registration PA0001765087 and Trademark Registration 3396959; specifically located http://www.moviesguy.com/videos/ariel-x-bdsm-4-2295288.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 42,870 times.

414.    In March 2012, Plaintiff documented www.moviesguy.com display and offer for viewing Plaintiff's copyrighted work 5118, protected by Copyright Registration PA0001770431 and Trademark Registration 3396959 and 3379745; specifically located http://www.moviesguy.com/videos/the-training-of-amber-rayne---day-4-2258663.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 21,174 times.

415.    In March 2012, Plaintiff documented www.moviesguy.com display and offer for viewing Plaintiff's copyrighted work 13247, protected by Copyright Registration PA0001763701

and Trademark Registration 3396959 and 3379745 and 3273365; specifically located http://www.moviesguy.com/videos/samantha-takes-on-jesse-cox-2294877.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 40,180 times.

416.    In March 2012, Plaintiff documented www.moviesguy.com display and offer for viewing Plaintiff's copyrighted work 10909, protected by Copyright Registration PA0001765157 and Trademark Registration 3396959 and 3273365; specifically located http://www.moviesguy.com/videos/wrestling-fuck--2198588.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 40,174 times.

417.    In March 2012, Plaintiff documented www.moviesguy.com display and offer for viewing Plaintiff's copyrighted work 10434, protected by Copyright Registration PA0001768625 and Trademark Registration 3396959 and 3273365; specifically located http://www.moviesguy.com/videos/two-chicks-in-a-sex-wrestling-comp-2172756.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 111,540 times.

418.    In March 2012, Plaintiff documented www.moviesguy.com display and offer for viewing Plaintiff's copyrighted work 10315, protected by Copyright Registration PA0001768889 and Trademark Registration 3396959 and 3273365; specifically located

http://www.moviesguy.com/videos/wrestling-fuck-02-2198567.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 89,914 times.

419.    In March 2012, Plaintiff documented www.moviesguy.com display and offer for viewing Plaintiff's copyrighted work 11182, protected by Copyright Registration PA0001769033 and Trademark Registration 3396959 and 3273365; specifically located http://www.moviesguy.com/videos/wrestling-ends-in-hot-domination--2270176.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 25,176 times.

420.    In March 2012, Plaintiff documented www.moviesguy.com display and offer for viewing Plaintiff's copyrighted work 11182, protected by Copyright Registration PA0001769033 and Trademark Registration 3396959 and 3273365; specifically located http://www.moviesguy.com/videos/wrestling-fuck-03-2198434.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 145,188 times.

421.    In March 2012, Plaintiff documented www.moviesguy.com display and offer for viewing Plaintiff's copyrighted work 3544, protected by Copyright Registration 1-740086383 and Trademark Registration 3396959 and 3273365 and; 3379745; specifically located http://www.moviesguy.com/videos/hot-strapon-wrestling-146587.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or

licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 17,014 times.

422.    In March 2012, Plaintiff documented www.moviesguy.com display and offer for viewing Plaintiff's copyrighted work 16136, protected by Copyright Registration PA0001766710 and Trademark Registration 3396959 and 3379745; specifically located http://www.moviesguy.com/videos/some-like-it-rough-2337293.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 38,127 times.

423.    In March 2012, Plaintiff documented www.moviesguy.com display and offer for viewing Plaintiff's copyrighted work 5839, protected by Copyright Registration PA1780951and Trademark Registration 3396959 and 3379745; specifically located http://www.moviesguy.com/videos/princess-donna-and-vai-2287384.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 135,298 times.

424.    In March 2012, Plaintiff documented www.moviesguy.com display and offer for viewing Plaintiff's copyrighted work 6303, protected by Copyright Registration PA1780912and Trademark Registration 3396959 and 3379745; specifically located http://www.moviesguy.com/videos/cecilia-vega-bdsm--2295553.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 28,457 times.

425.     In March 2012, Plaintiff documented www.moviesguy.com display and offer for viewing Plaintiff's copyrighted work 6303, protected by Copyright Registration PA1780912and Trademark Registration 3396959 and 3379745; specifically located http://www.moviesguy.com/videos/cecilia-vega-bdsm-with-princess-donna-2295873.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 96,343 times.

426.     In March 2012, Plaintiff documented www.moviesguy.com display and offer for viewing Plaintiff's copyrighted work 2891, protected by Copyright Registration 1-740039153 and Trademark Registration 3396959; specifically located http://www.moviesguy.com/videos/sydnee-capri-bdsm-4-2203078.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 78,002 times.

427.     In March 2012, Plaintiff documented www.moviesguy.com display and offer for viewing Plaintiff's copyrighted work 2891, protected by Copyright Registration 1-740039153 and Trademark Registration 3396959 and 3379745; specifically located http://www.moviesguy.com/videos/sydnee-capri-bdsm-3-with-princess-donna-2308434.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 18,003 times.

428.    In March 2012, Plaintiff documented www.moviesguy.com display and offer for viewing Plaintiff's copyrighted work 15438, protected by Copyright Registration 1-698265575 and Trademark Registration 3396959 and 3379745; specifically located http://www.moviesguy.com/videos/airport-cavity-search-2287683.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed **716,277** times.

429.    In March 2012, Plaintiff documented www.moviesguy.com display and offer for viewing Plaintiff's copyrighted work 4136, protected by Copyright Registration PA1780853 and Trademark Registration 3396959 and 3379745; specifically located http://www.moviesguy.com/videos/sammie-rhodes-fucking-machine-147804.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 213,979 times.

430.    In March 2012, Plaintiff documented www.moviesguy.com display and offer for viewing Plaintiff's copyrighted work 14595 and Trademark Registration 3396959 and 3379745 and 3338653; specifically located http://www.moviesguy.com/videos/dont-fucking-cum-2293364.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.

431.    In March 2012, Plaintiff documented www.moviesguy.com display and offer for viewing Plaintiff's copyrighted work 14427 and Trademark Registration 3396959 and 3379745; specifically located http://www.moviesguy.com/videos/lorelei-leeday-4-2333568.html. This

copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 7,925 times.

432.    In March 2012, Plaintiff documented www.moviesguy.com display and offer for viewing Plaintiff's copyrighted work 8574 and Trademark Registration 3396959 and 3379745; specifically located http://www.moviesguy.com/videos/breann-benson-being-fucked-hard-by-machine-2354716.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.

433.    In March 2012, Plaintiff documented www.moviesguy.com display and offer for viewing Plaintiff's copyrighted work 8351 and Trademark Registration 3396959 and 3379745; specifically located http://www.moviesguy.com/videos/tia-ling-bdsm-pt-2-2306960.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 187,987 times..

434.    In March 2012, Plaintiff documented www.moviesguy.com display and offer for viewing Plaintiff's copyrighted work 7529 and Trademark Registration 3396959 and 3379745; specifically located http://www.moviesguy.com/videos/tori-black--fucking-machines-2255574.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 264,040 times.

435.   In March 2012, Plaintiff documented www.moviesguy.com display and offer for viewing Plaintiff's copyrighted work 7529 and Trademark Registration 3396959 and 3379745; specifically located http://www.moviesguy.com/videos/tori-black-fucking-machine--anal-vol-1-2220339.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed **1,544,685** times.

436.   In March 2012, Plaintiff documented www.moviesguy.com display and offer for viewing Plaintiff's copyrighted work 7382 and Trademark Registration 3396959 and 3379745; specifically located http://www.moviesguy.com/videos/pepper-foxxx-lesbian-bondage-215286.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 140,637 times.

437.   In March 2012, Plaintiff documented www.moviesguy.com display and offer for viewing Plaintiff's copyrighted work 7181 and Trademark Registration 3396959 and 3379745; specifically located http://www.moviesguy.com/videos/hot-lesbians-bdsm-2274406.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 140,415 times.

438.   In March 2012, Plaintiff documented www.moviesguy.com display and offer for viewing Plaintiff's copyrighted work 7137 and Trademark Registration 3396959 and 3379745; specifically located http://www.moviesguy.com/videos/sindee-jennings--fucking-machines-

2258555.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 112,950 times.

439.     In March 2012, Plaintiff documented www.moviesguy.com display and offer for viewing Plaintiff's copyrighted work 6166 and Trademark Registration 3396959 and 3379745 and 3273365; specifically located http://www.moviesguy.com/videos/vendetta-and-kira-fucking-wrestling-119587.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 141,936 times.

440.     In March 2012, Plaintiff documented www.moviesguy.com display and offer for viewing Plaintiff's copyrighted work 5888 and Trademark Registration 3396959 and 3379745; specifically located http://www.moviesguy.com/videos/winner-fucks-the-loser--143908.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 120,633 times.

441.     In March 2012, Plaintiff documented www.moviesguy.com display and offer for viewing Plaintiff's copyrighted work 5790 and Trademark Registration 3396959 and 3379745; specifically located http://www.moviesguy.com/videos/ariel-x-karrlie-dawn---naked-catfighting-122415.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright

owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 394,614 times.

442.    In March 2012, Plaintiff documented www.moviesguy.com display and offer for viewing Plaintiff's copyrighted work 16723 and Trademark Registration 3396959 and 3379745; specifically located http://www.moviesguy.com/videos/bondage-domination-compilation-2360731.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 44,791 times.

443.    In March 2012, Plaintiff documented www. hotfunhouse.com display and offer for viewing Plaintiff's copyrighted work 15187, protected by Copyright Registration PA0001764840 and Trademark Registration 3396959; specifically located at http://www.hotfunhouse.com/videos/kinky-redhead-2318718.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 11,803 times.

444.    In March 2012, Plaintiff documented www.hotfunhouse.com display and offer for viewing Plaintiff's copyrighted work 15161, protected by Copyright Registration PA0001763549 and Trademark Registration 3396959 and 3379745; specifically located at http://www.hotfunhouse.com/videos/dia-zerva-and-ariel-x-part-2-2279474.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 48,265 times.

445.    In March 2012, Plaintiff documented www.hotfunhouse.com display and offer for viewing Plaintiff's copyrighted work 12414, protected by Copyright Registration PA0001763863 and Trademark Registration 3396959; specifically located at http://www.hotfunhouse.com/videos/dragon-lily-bdsm-part-1-2269723.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 100,104 times.

446.    In March 2012, Plaintiff documented www.hotfunhouse.com display and offer for viewing Plaintiff's copyrighted work 11229, protected by Copyright Registration PA0001766566 and Trademark Registration 3396959; specifically located at http://www.hotfunhouse.com/videos/holly-heart-bdsm-4--2305524.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 55,803 times.

447.    In March 2012, Plaintiff documented www.hotfunhouse.com display and offer for viewing Plaintiff's copyrighted work 11229, protected by Copyright Registration PA0001766566and Trademark Registration 3396959; specifically located at http://www.hotfunhouse.com/videos/holly-heart-bdsm-2305868.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 211,061 times.

448.    In March 2012, Plaintiff documented www.hotfunhouse.com display and offer for viewing Plaintiff's copyrighted work 5328, protected by Copyright Registration PA0001772450 and Trademark Registration 3396959; specifically located

http://www.hotfunhouse.com/videos/circe-borges-bdsm-2287746.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 21,062 times.

449.    In March 2012, Plaintiff documented www.hotfunhouse.com display and offer for viewing Plaintiff's copyrighted work 11163, protected by Copyright Registration PA0001765162 and Trademark Registration 3396959 and 3379745 and 3870498; specifically located at http://www.hotfunhouse.com/videos/male-domination-2262792.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 71,047 times.

450.    In March 2012, Plaintiff documented www.hotfunhouse.com display and offer for viewing Plaintiff's copyrighted work 15190, protected by Copyright Registration PA0001764829 and Trademark Registration 3396959; specifically located at http://www.hotfunhouse.com/videos/fucking-machines-and-alysa-2305833.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 101,100 times.

451.    In March 2012, Plaintiff documented www.hotfunhouse.com display and offer for viewing Plaintiff's copyrighted work 13703, protected by Copyright Registration PA0001763464 and Trademark Registration 3396959 and 3379745; specifically located at http://www.hotfunhouse.com/videos/annie-cruz-fuck-machine---2287399.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or

licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 108,387 times.

452.   In March 2012, Plaintiff documented www.hotfunhouse.com display and offer for viewing Plaintiff's copyrighted work 10043, protected by Copyright Registration PA0001767775 and Trademark Registration 3396959; specifically located at http://www.hotfunhouse.com/videos/machine-fucked-at-the-pub-2172757.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 126,166 times.

453.   In March 2012, Plaintiff documented www.hotfunhouse.com display and offer for viewing Plaintiff's copyrighted work 9423, protected by Copyright Registration PA0001771563 and Trademark Registration 3396959 and 3379745; specifically located at http://www.hotfunhouse.com/videos/sex-machines-2214553.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 30,205 times.

454.   OK In March 2012, Plaintiff documented www.hotfunhouse.com display and offer for viewing Plaintiff's copyrighted work 4957, protected by Copyright Registration PA1780818and Trademark Registration 3396959; specifically located at http://www.hotfunhouse.com/videos/isis-love-dominates-vai-bdsm--2293212.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 40,455 times.

455.    In March 2012, Plaintiff documented www.hotfunhouse.com display and offer for viewing Plaintiff's copyrighted work 14419, protected by Copyright Registration PA0001762435 and Trademark Registration 3396959 and 3379745; specifically located at http://www.hotfunhouse.com/videos/skin-diamond-bdsm-1-part-3-2303088.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 38,252 times.

456.    In March 2012, Plaintiff documented www.hotfunhouse.com display and offer for viewing Plaintiff's copyrighted work 14418, protected by Copyright Registration PA0001762437 and Trademark Registration 3396959 and 3379745; specifically located at http://www.hotfunhouse.com/videos/skin-diamond-bdsm-1-2303116.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 55,370 times.

457.    In March 2012, Plaintiff documented www.hotfunhouse.com display and offer for viewing Plaintiff's copyrighted work 15233, protected by Copyright Registration PA0001762879 and Trademark Registration 3396959 and 3379745 and  3338653; specifically located at http://www.hotfunhouse.com/videos/a-brooke-tied-on-a-chair-2286341.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 382,679 times.

458.    In March 2012, Plaintiff documented www.hotfunhouse.com display and offer for viewing Plaintiff's copyrighted work 14417, protected by Copyright Registration PA0001763768

and Trademark Registration 3396959 and 3379745; specifically located at http://www.hotfunhouse.com/videos/skin-diamond-bdsm-1--2303092.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 45,094 times.

459.    In March 2012, Plaintiff documented www.hotfunhouse.com display and offer for viewing Plaintiff's copyrighted work 10089, protected by Copyright Registration PA0001768918 and Trademark Registration 3396959 and 3379745 and 3338653; specifically located at http://www.hotfunhouse.com/videos/fuckmeat-2181052.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner. According to Defendant website, this video was viewed 163,104 times.

460.    In March 2012, Plaintiff documented www.hotfunhouse.com display and offer for viewing Plaintiff's copyrighted work 9849, protected by Copyright Registration PA0001769021 and Trademark Registration 3396959 and 3379745 and 3338653; specifically located at http://www.hotfunhouse.com/videos/bdsm-big-tit-teen-2-2187747.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 50,096 times.

461.    In March 2012, Plaintiff documented www.hotfunhouse.com display and offer for viewing Plaintiff's copyrighted work 9849, protected by Copyright Registration PA0001769021 and Trademark Registration 3396959 and 3379745 and 3338653; specifically located at http://www.hotfunhouse.com/videos/bdsm-big-tit-teen-2291487.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or

licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 23,836 times.

462.    OK In March 2012, Plaintiff documented www.hotfunhouse.com display and offer for viewing Plaintiff's copyrighted work 5456, protected by Copyright Registration PA0001772017 and Trademark Registration 3396959 and  3338653; specifically located at http://www.hotfunhouse.com/videos/busty-blonde-bound-on-a-chair-2165487.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 102,448 times.

463.    In March 2012, Plaintiff documented www.hotfunhouse.com display and offer for viewing Plaintiff's copyrighted work 5555, protected by Copyright Registration PA0001772958 and Trademark Registration 3396959 and  3338653; specifically located at http://www.hotfunhouse.com/videos/bdsm-lesbian-rope-bondage-2211381.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 555,052 times.

464.    In March 2012, Plaintiff documented www.hotfunhouse.com display and offer for viewing Plaintiff's copyrighted work 10091, protected by Copyright Registration PA0001767843 and Trademark Registration 3396959; specifically located at http://www.hotfunhouse.com/videos/girl-tied-to-bench-with-legs-up-getting-asshole-fucked-2165490.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright

owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 70,019 times.

465.    In March 2012, Plaintiff documented www.hotfunhouse.com display and offer for viewing Plaintiff's copyrighted work 5776, protected by Copyright Registration PA1780838and Trademark Registration 3396959; specifically located at http://www.hotfunhouse.com/videos/slut-forced-to-fuck-in-public-2173306.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 377,265 times.

466.    In March 2012, Plaintiff documented www.hotfunhouse.com display and offer for viewing Plaintiff's copyrighted work 10383, protected by Copyright Registration PA0001768843 and Trademark Registration 3396959; specifically located at http://www.hotfunhouse.com/videos/wife-surprises-sub-slut-and-hubby-2172753.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 48,115 times.

467.    In March 2012, Plaintiff documented www.hotfunhouse.com display and offer for viewing Plaintiff's copyrighted work 6514, protected by Copyright Registration PA1781457and Trademark Registration 3396959; specifically located at http://www.hotfunhouse.com/videos/felony-steve-holmes-erik-everhard-hogtied--146691.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion

picture and trademark owner.  According to Defendant website, this video was viewed 82,815 times.

468.    In March 2012, Plaintiff documented www.hotfunhouse.com display and offer for viewing Plaintiff's copyrighted work 5223, protected by Copyright Registration PA0001773280 and Trademark Registration 3396959; specifically located http://www.hotfunhouse.com/videos/mya-anal-tied-2335211.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 61,422 times.

469.    In March 2012, Plaintiff documented www.hotfunhouse.com display and offer for viewing Plaintiff's copyrighted work 9527, protected by Copyright Registration PA0001769360 and Trademark Registration 3396959; specifically located http://www.hotfunhouse.com/videos/bdsm-gangbang--2179103.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 43,419 times.

470.    In March 2012, Plaintiff documented www.hotfunhouse.com display and offer for viewing Plaintiff's copyrighted work 5307, protected by Copyright Registration PA0001772215 and Trademark Registration 3396959; specifically located http://www.hotfunhouse.com/videos/all-tied-up-and-ready-to-blow-2170590.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 160,843 times.

136

471.    In March 2012, Plaintiff documented www.hotfunhouse.com display and offer for viewing Plaintiff's copyrighted work 13862, protected by Copyright Registration PA0001763534 and Trademark Registration 3396959; specifically located http://www.hotfunhouse.com/videos/day-2-skin-diamond-2259502.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 31,612 times.

472.    In March 2012, Plaintiff documented www.hotfunhouse.com display and offer for viewing Plaintiff's copyrighted work 11056, protected by Copyright Registration PA0001765087 and Trademark Registration 3396959 specifically located http://www.hotfunhouse.com/videos/ariel-x-bdsm-2-part-1-2276747.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 104,164 times.

473.    In March 2012, Plaintiff documented www.hotfunhouse.com display and offer for viewing Plaintiff's copyrighted work 11056, protected by Copyright Registration PA0001765087 and Trademark Registration 3396959; specifically located http://www.hotfunhouse.com/videos/ariel-x-bdsm-4-2295288.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 42,870 times.

474.    In March 2012, Plaintiff documented www.hotfunhouse.com display and offer for viewing Plaintiff's copyrighted work 5118, protected by Copyright Registration PA0001770431 and Trademark Registration 3396959 and 3379745; specifically located

http://www.hotfunhouse.com/videos/the-training-of-amber-rayne---day-4-2258663.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 21,174 times.

475.   In March 2012, Plaintiff documented www.hotfunhouse.com display and offer for viewing Plaintiff's copyrighted work 13247, protected by Copyright Registration PA0001763701 and Trademark Registration 3396959 and 3379745 and 3273365; specifically located http://www.hotfunhouse.com/videos/samantha-takes-on-jesse-cox-2294877.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 40,180 times.

476.   In March 2012, Plaintiff documented www.hotfunhouse.com display and offer for viewing Plaintiff's copyrighted work 10909, protected by Copyright Registration PA0001765157 and Trademark Registration 3396959 and 3273365; specifically located http://www.hotfunhouse.com/videos/wrestling-fuck--2198588.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 40,174 times.

477.   In March 2012, Plaintiff documented www.hotfunhouse.com display and offer for viewing Plaintiff's copyrighted work 10434, protected by Copyright Registration PA0001768625 and Trademark Registration 3396959 and 3273365; specifically located http://www.hotfunhouse.com/videos/two-chicks-in-a-sex-wrestling-comp-2172756.html.  This

copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 111,540 times.

478.    In March 2012, Plaintiff documented www.hotfunhouse.com display and offer for viewing Plaintiff's copyrighted work 10315, protected by Copyright Registration PA0001768889 and Trademark Registration 3396959 and 3273365; specifically located http://www.hotfunhouse.com/videos/wrestling-fuck-02-2198567.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 89,914 times.

479.    In March 2012, Plaintiff documented www.hotfunhouse.com display and offer for viewing Plaintiff's copyrighted work 11182, protected by Copyright Registration PA0001769033 and Trademark Registration 3396959 and 3273365; specifically located http://www.hotfunhouse.com/videos/wrestling-ends-in-hot-domination--2270176.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 25,176 times.

480.    In March 2012, Plaintiff documented www.hotfunhouse.com display and offer for viewing Plaintiff's copyrighted work 11182, protected by Copyright Registration PA0001769033 and Trademark Registration 3396959 and 3273365; specifically located http://www.hotfunhouse.com/videos/wrestling-fuck-03-2198434.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or

licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 145,188 times.

481.    In March 2012, Plaintiff documented www.hotfunhouse.com display and offer for viewing Plaintiff's copyrighted work 3544, protected by Copyright Registration 1-740086383 and Trademark Registration 3396959 and 3273365 and; 3379745; specifically located http://www.hotfunhouse.com/videos/hot-strapon-wrestling-146587.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 17,014 times.

482.    In March 2012, Plaintiff documented www.hotfunhouse.com display and offer for viewing Plaintiff's copyrighted work 16136, protected by Copyright Registration PA0001766710 and Trademark Registration 3396959 and 3379745; specifically located http://www.hotfunhouse.com/videos/some-like-it-rough-2337293.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 38,127 times.

483.    In March 2012, Plaintiff documented www.hotfunhouse.com display and offer for viewing Plaintiff's copyrighted work 5839, protected by Copyright Registration PA1780951and Trademark Registration 3396959 and 3379745; specifically located http://www.hotfunhouse.com/videos/princess-donna-and-vai-2287384.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 135,298 times.

484.    In March 2012, Plaintiff documented www.hotfunhouse.com display and offer for viewing Plaintiff's copyrighted work 6303, protected by Copyright Registration PA1780912and Trademark Registration 3396959 and 3379745; specifically located http://www.hotfunhouse.com/videos/cecilia-vega-bdsm--2295553.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 28,457 times.

485.    In March 2012, Plaintiff documented www.hotfunhouse.com display and offer for viewing Plaintiff's copyrighted work 6303, protected by Copyright Registration PA1780912and Trademark Registration 3396959 and 3379745; specifically located http://www.hotfunhouse.com/videos/cecilia-vega-bdsm-with-princess-donna-2295873.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 96,343 times.

486.    In March 2012, Plaintiff documented www.hotfunhouse.com display and offer for viewing Plaintiff's copyrighted work 2891, protected by Copyright Registration 1-740039153 and Trademark Registration 3396959; specifically located http://www.hotfunhouse.com/videos/sydnee-capri-bdsm-4-2203078.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 78,002 times.

487.     In March 2012, Plaintiff documented www.hotfunhouse.com display and offer for viewing Plaintiff's copyrighted work 2891, protected by Copyright Registration 1-740039153 and Trademark Registration 3396959 and 3379745; specifically located http://www.hotfunhouse.com/videos/sydnee-capri-bdsm-3-with-princess-donna-2308434.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 18,003 times.

488.     In March 2012, Plaintiff documented www.hotfunhouse.com display and offer for viewing Plaintiff's copyrighted work 15438, protected by Copyright Registration 1-698265575 and Trademark Registration 3396959 and 3379745; specifically located http://www.hotfunhouse.com/videos/airport-cavity-search-2287683.html.  This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed **716,277** times.

489.     In March 2012, Plaintiff documented www.hotfunhouse.com display and offer for viewing Plaintiff's copyrighted work 4136, protected by Copyright Registration PA1780853 and Trademark Registration 3396959 and 3379745; specifically located http://www.hotfunhouse.com/videos/sammie-rhodes-fucking-machine-147804.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 213,979 times.

490.    In March 2012, Plaintiff documented www.hotfunhouse.com display and offer for viewing Plaintiff's copyrighted work 14595 and Trademark Registration 3396959 and 3379745 and 3338653; specifically located http://www.hotfunhouse.com/videos/dont-fucking-cum-2293364.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.

491.    In March 2012, Plaintiff documented www.hotfunhouse.com display and offer for viewing Plaintiff's copyrighted work 14427 and Trademark Registration 3396959 and 3379745; specifically located http://www.hotfunhouse.com/videos/lorelei-leeday-4-2333568.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 7,925 times.

492.    In March 2012, Plaintiff documented www.hotfunhouse.com display and offer for viewing Plaintiff's copyrighted work 8574 and Trademark Registration 3396959 and 3379745; specifically located http://www.hotfunhouse.com/videos/breann-benson-being-fucked-hard-by-machine-2354716.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.

493.    In March 2012, Plaintiff documented www.hotfunhouse.com display and offer for viewing Plaintiff's copyrighted work 8351 and Trademark Registration 3396959 and 3379745; specifically located http://www.hotfunhouse.com/videos/tia-ling-bdsm-pt-2-2306960.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion

143

picture and trademark owner.  According to Defendant website, this video was viewed 187,987 times..

494.    In March 2012, Plaintiff documented www.hotfunhouse.com display and offer for viewing Plaintiff's copyrighted work 7529 and Trademark Registration 3396959 and 3379745; specifically located http://www.hotfunhouse.com/videos/tori-black--fucking-machines-2255574.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 264,040 times.

495.    In March 2012, Plaintiff documented www.hotfunhouse.com display and offer for viewing Plaintiff's copyrighted work 7529 and Trademark Registration 3396959 and 3379745; specifically located http://www.hotfunhouse.com/videos/tori-black-fucking-machine--anal-vol-1-2220339.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed **1,544,685** times.

496.    In March 2012, Plaintiff documented www.hotfunhouse.com display and offer for viewing Plaintiff's copyrighted work 7382 and Trademark Registration 3396959 and 3379745; specifically located http://www.hotfunhouse.com/videos/pepper-foxxx-lesbian-bondage-215286.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 140,637 times.

497.    In March 2012, Plaintiff documented www.hotfunhouse.com display and offer for viewing Plaintiff's copyrighted work 7181 and Trademark Registration 3396959 and 3379745; specifically located http://www.hotfunhouse.com/videos/hot-lesbians-bdsm-2274406.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 140,415 times.

498.    In March 2012, Plaintiff documented www.hotfunhouse.com display and offer for viewing Plaintiff's copyrighted work 7137 and Trademark Registration 3396959 and 3379745; specifically located http://www.hotfunhouse.com/videos/sindee-jennings--fucking-machines-2258555.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 112,950 times.

499.    In March 2012, Plaintiff documented www.hotfunhouse.com display and offer for viewing Plaintiff's copyrighted work 6166 and Trademark Registration 3396959 and 3379745 and 3273365; specifically located http://www.hotfunhouse.com/videos/vendetta-and-kira-fucking-wrestling-119587.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 141,936 times.

500.    In March 2012, Plaintiff documented www.hotfunhouse.com display and offer for viewing Plaintiff's copyrighted work 5888 and Trademark Registration 3396959 and 3379745; specifically located http://www.hotfunhouse.com/videos/winner-fucks-the-loser--143908.html.

This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 120,633 times.

501.    In March 2012, Plaintiff documented www.hotfunhouse.com display and offer for viewing Plaintiff's copyrighted work 5790 and Trademark Registration 3396959 and 3379745; specifically located http://www.hotfunhouse.com/videos/ariel-x-karrlie-dawn---naked-catfighting-122415.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 394,614 times.

502.    In March 2012, Plaintiff documented www.hotfunhouse.com display and offer for viewing Plaintiff's copyrighted work 16723 and Trademark Registration 3396959 and 3379745; specifically located http://www.hotfunhouse.com/videos/bondage-domination-compilation-2360731.html. This copyrighted and trademark protected work was displayed on Defendants website without the consent of, or licensing by, Cybernet Entertainment LLC, the copyright owner of the motion picture and trademark owner.  According to Defendant website, this video was viewed 44,791 times.

503.    The foregoing constitutes reproduction, distribution, public performance, public display and/or preparation of derivatives of Cybernet's copyrighted works by Defendants.

504.    Defendants' reproduction, distribution, public performance, public display and/or preparation of derivatives of Cybernet's copyrighted works, as alleged herein, have been done without Plaintiff's permission.

505.    Defendants' reproduction, distribution, public performance, public display and/or preparation of derivatives of Cybernet's copyrighted works, as alleged herein, have not been done for purposes of criticism, comment, news reporting, teaching (including multiple copies for classroom use), scholarship, or research.

506.    Defendants' reproduction, distribution, public performance, public display and/or preparation of derivatives of Cybernet's copyrighted works, as alleged herein, constitute a violation of Plaintiff's exclusive rights, as set forth in 17 U.S.C. § 106.

507.    Defendants' conduct was willful within the meaning of 17 U.S.C. § 101, et seq. At a minimum, Defendants acted with willful blindness and reckless disregard of Plaintiff's registered copyrights.

508.    Because of their wrongful conduct, Defendants are liable to Plaintiff for copyright infringement.  *See* 17 U.S.C. § 501.  Plaintiff suffers and will continue to suffer substantial losses, including, but not limited to, damage to its business reputation and goodwill.

509.    The law permits Plaintiff to recover damages, including readily ascertainable direct losses and all profits Defendants made by their wrongful conduct.  *Id.* § 504. Alternatively, the law permits Plaintiff to recover statutory damages.  *Id.* § 504(c).

510.    Because of Defendants' willful infringement, the law permits enhancement of the allowable statutory damages.  *Id.* § 504(c)(2).

511.    The law permits Plaintiff injunctive relief.  *Id.* § 502.  Further, the law permits a Court Order impounding any and all infringing materials and instrumentalities.  *Id.* § 503.

512.    Plaintiff has no adequate remedy at law for Defendants' wrongful conduct, as follows:

    a.   Plaintiff's copyrights are unique and valuable property having no readily
         determinable market value;

b.   Defendants' infringement harms Plaintiff's business reputation and goodwill such that Plaintiff could not be made whole by any monetary award; and

c.   Defendants' wrongful conduct and damages to Plaintiff are continuing and unremitting.

513.   Plaintiff is entitled to preliminary and permanent injunctive relief prohibiting further infringement of Plaintiff's copyrights.  17 U.S.C. § 502.

<u>Count II</u>

<u>Contributory Copyright Infringement</u>

514.   Plaintiff repeats, re-alleges, and incorporates by reference each and every preceding allegation set forth herein.

515.   On information and belief, Defendants have engaged in the business of knowingly inducing, causing, and/or materially contributing to unauthorized reproduction, adaptation, public display and/or distribution of copies of the Plaintiff's copyrighted works, and thus to the direct infringement of Plaintiff's copyrighted works.

516.   On information and belief, Defendants' actions constitute contributory infringement of Plaintiff's copyrights and exclusive rights under copyright in the Plaintiff's copyrighted works in violation of the Copyright Act, 17 U.S.C. §§ 106 and 501

517.   Defendants' unauthorized publication of Plaintiff's copyrighted works constitutes infringement of Plaintiff's rights in and to each of the copyrighted works and each publication constitutes a separate and distinct infringement.

518.   By enabling, causing, facilitating, materially contributing to, and encouraging the unauthorized publication and reproduction, distribution, and public display of unauthorized copying of Plaintiff's copyrighted works in the manner described above, with full knowledge of

the illegality of such conduct, Defendants have contributed to and induced a vast number of copyright and trademark infringements against Plaintiff.

519.    The unauthorized reproduction, distribution, and public display of Plaintiff's copyrighted works that Defendants enable, cause, materially contribute to and encourage through the acts described above are without Plaintiff's consent and are not otherwise permissible under the Copyright Act.

520.    The acts of infringement by Defendants have been willful, intentional, purposeful and in reckless disregard of and with indifference to Plaintiff's rights.

521.    As a direct and proximate result of the infringements by Defendants of Plaintiff's copyrights and exclusive rights under copyright in the Plaintiff's copyrighted works, Plaintiff is entitled to its actual damages and Defendants' profits pursuant to 17 U.S.C. § 504(b)

522.    Alternatively, Plaintiff is entitled to maximum statutory damages, pursuant to 17 U.S.C. § 504(c), in the amount of $150,000 with respect to each work infringed, or such other amounts as may be proper under 17 U.S.C. § 504(c)

523.    Plaintiff is further entitled to their attorneys' fees and full costs pursuant to 17 U.S.C. § 505

<u>COUNT III</u>

<u>Vicarious Copyright Infringement</u>

524.    Plaintiff repeats, re-alleges, and incorporates by reference each and every preceding allegation set forth herein.

525.    On information and belief, Defendants have engaged in the business of profiting through advertising around Plaintiff's copyrighted works on its website, thus knowingly and vicariously causing and benefiting from the unauthorized reproduction, adaptation, public

display and/or distribution of copies of the Plaintiff's copyrighted works, and thus to the vicarious infringement of Plaintiff's copyrighted works.

526.    On information and belief, Defendants' actions constitute vicarious infringement of Plaintiff's copyrights and exclusive rights under copyright in the Plaintiff's copyrighted works in violation of the Copyright Act, 17 U.S.C. §§ 106 and 501

527.    The infringement of Plaintiff's rights in and to each of the Plaintiff's copyrighted works constituted a separate and distinct infringement.

528.    The acts of infringement by Defendants have been willful, intentional, purposeful and in reckless disregard of and with indifference to Plaintiff's rights.

529.    As a direct and proximate result of the infringements by Defendants of Plaintiff's copyrights and exclusive rights under copyright in the Plaintiff's copyrighted works, Plaintiff is entitled to its actual damages and Defendants' profits pursuant to 17 U.S.C. § 504(b)

530.    Alternatively, Plaintiff is entitled to maximum statutory damages, pursuant to 17 U.S.C. § 504(c), in the amount of $150,000 with respect to each work infringed, or such other amounts as may be proper under 17 U.S.C. § 504(c)

531.    Plaintiff is further entitled to their attorneys' fees and full costs pursuant to 17 U.S.C. § 505

<u>COUNT IV</u>

<u>Inducement of Copyright Infringement</u>

532.    Plaintiff repeats, re-alleges, and incorporates by reference each and every preceding allegation set forth herein.

533.    On information and belief, Defendants have encouraged the illegal uploading and downloading of Plaintiff's copyrighted works by compensating uploaders, thus inducing the unauthorized reproduction, adaptation, public display and/or distribution of copies of the

Plaintiff's copyrighted works, and thus to the direct infringement of Plaintiff's copyrighted works.

534.     Upon information and belief, Defendant's pay third parties to send traffic to Defendant's website, knowing the website gains monetary benefit from unauthorized copyrighted works, thus inducing copyright infringement and illegally benefiting Defendant and third parties from such infringement.

535.     On information and belief, Defendants' actions constitute inducing copyright infringement of Plaintiff's copyrights and exclusive rights under copyright in the Plaintiff's copyrighted works in violation of the Copyright Act, 17 U.S.C. §§ 106 and 501.

536.     The infringement of Plaintiff's rights in and to each of the Plaintiff's copyrighted works constituted a separate and distinct infringement.

537.     The acts of infringement by Defendants have been willful, intentional, purposeful and in reckless disregard of and with indifference to Plaintiff's rights.

538.     As a direct and proximate result of the infringements by Defendants of Plaintiff's copyrights and exclusive rights under copyright in the Plaintiff's copyrighted works, Plaintiff is entitled to its actual damages and Defendants' profits pursuant to 17 U.S.C. § 504(b).

539.     Alternatively, Plaintiff is entitled to maximum statutory damages, pursuant to 17 U.S.C. § 504(c), in the amount of $150,000 with respect to each work infringed, or such other amounts as may be proper under 17 U.S.C. § 504(c).

540.     Plaintiff is further entitled to their attorneys' fees and full costs pursuant to 17 U.S.C. § 505.

<u>COUNT V</u>

<u>False Designation of Origin under the Lanham Act</u>

541.     Plaintiff repeats, re-alleges, and incorporates by reference each and every preceding allegation set forth herein.

542.     Upon information and belief, Defendant's conduct is likely to cause confusion, mistake or deception as to Defendants' affiliations, connection, or association with Plaintiff, or as to the origin, sponsorship or approval of their goods or commercial activities.

543.     Defendants' conduct as alleged herein, including but not necessarily limited to their use of Plaintiff's marks, constitutes false designation of origin pursuant to 15 U.S.C. § 1125(a).

544.     Plaintiff has been damaged by these acts in an amount to be proven at trial. Plaintiff is also entitled under the Lanham Act to injunctive and equitable relief against Defendants.

## PRAYER FOR RELIEF

A.     That Defendants, their agents, servants, officers, directors, employees, attorneys, privies, representatives, successors and assigns and parent and subsidiary corporations or other related entities, and any or all persons in act of concert or participation with any of them, be preliminarily and permanently enjoined from:

(1)     Any further use of Plaintiff trade dress and terms which is confusingly similar thereto;

(2)     Directly or indirectly using Plaintiff trade dress and terms or confusingly similar trade dress and terms, either alone or in combination with other terms, marks, symbols or trade dress;

(3)     Any further use of Plaintiff trade dress or terms, or any element thereof, in connection with the marketing or sale of adult entertainment;

(4)     Performing any action or using any trade dress, terms, or other name, mark, symbol, imagery or slogan which is likely to cause confusion or mistake, or to deceive or otherwise mislead the trade and/or public into believing that Plaintiff and Defendants are one and the same, or in some way connected, or that Plaintiff is the sponsor of Defendants or their products, or the Defendants in some manner are affiliated or associated with, or under the supervision of Plaintiff, or that Defendants' products originate with Plaintiff, or are connected or offered with the approval, consent, authorization, or under the supervision of Plaintiff;

(5)     Marketing or selling any product containing or utilizing Plaintiff' intellectual property or business values; or

(6)     Any other conduct constituting unfair competition with Plaintiff, misappropriation of Plaintiff trade dress or terms or business values, or a violation of the Florida Code.

B.     That Defendants be ordered to transfer the domains youjizz.com, jizzhut.com, jizzbo.com, onlyjizz.com, moviesguy.com, hotfunhouse.com, youjizzpremium.com and all similar domains held by Defendant found in discovery, such as misspellings of the enumerated domains, domains held by Defendant linked to Defendants.com, and the content therein to Plaintiff.

C.     That Defendants be ordered to file with the Court and serve upon Plaintiff, within thirty (30) after the entry of an injunction, a report in writing and under oath, setting forth in detail the manner and form in which Defendants have complied with any ordered injunction;

D.     That Plaintiff be awarded damages in an amount to be determined at trial all infringing activities, including Plaintiff damages and lost profits, Defendants' profits, plus any costs incurred in preventing future confusion, mistake or deception, all from the date of first infringement;

E.     That Defendants pay Plaintiff a sum sufficient to cover the cost of corrective advertising necessary to alleviate any existing or lingering confusion resulting from Defendants' unauthorized use of Plaintiff trade dress and terms;

F.     That Defendants be ordered to account to Plaintiff for all profits, gains and advantages which they have realized as a consequence of their unauthorized use of Plaintiff trade dress and terms, as well as any confusingly similar trade dress or terms;

G.     That Plaintiff be awarded enhanced damages and attorney's fees;

H.     That Plaintiff be awarded pre-judgment and post-judgment interest;

I.     That Plaintiff be awarded costs and expenses incurred in prosecuting this action, including expert witness fees; and

J.     That such other and further preliminary and permanent relief be awarded to Plaintiff as the Court deems appropriate.


**DEMAND FOR JURY TRIAL**

Plaintiff hereby respectfully demands a jury trial as provided by Rule 38(a) of the Federal Rules of Civil Procedure.


DATED:  May 24, 2012                         Respectfully submitted,


By:


/s/ Chad L. Belville

Chad Belville, Attorney at Law
*Arizona Bar 020771*
4742 North 24th Street, Suite 315

154

Phoenix, AZ 85016

MAILING ADDRESS:

P.O. Box 17879
Phoenix, AZ 85011

Telephone:  602-904-5485
FAX:  602-297-6953
E-mail cbelville@azbar.org

ATTORNEY FOR PLAINTIFF

TABLE OF ATTACHMENTS

1.      Compete Results for Defendants

2.      Alexa Ranking for Defendants

3.      WhoIs Defendants Information

4.      Privacy Policy

5.      Terms of Use

6.      Defendants Join Form

7.      SegPay Contact Page (Defendants Payment processor)

8.      Defendants Static Pages

      a.   2257 Statement

      b.   Defendants Advertise Page

      c.   Defendants DMCA Page

      d.   Defendants Free Member Sign up Page