Exhibit 1 YouJizz Compete Ranking



# youjizz.com

UNIQUE VISITORS | UPDATED MARCH 2012 | US DATA ONLY



## Want to know more?

Get the whole story with Compete PRO

## Compare traffic between different sites



Compare up to 100 sites at a time on **unique visitors**, **pageviews**, **visits**, **time on site**, and more

See up to **two years** of historical traffic to identify trends within industries and competitive sets.

## See **where their traffic** comes from

Discover **new partnership opportunities** to pursue. See which sites are **sending traffic to your competitor's** site, and which sites your **competitor sends traffic to**. Keep tabs on your partner sites to make sure you're **getting the best deal**.



## Discover which **keywords** drive their traffic



Improve your search marketing by understanding which **keywords are driving the most traffic** to your competitors' websites. Compete's keyword and search metrics include **paid versus organic search trends**, historical search referral data, and more, enabling you to create **optimized SEO/SEM campaigns** that attract and engage your most important customers.

Exhibit P Youjizz Compete Ranking

© Copyright to Compete.com - A Kantar Media Company

**Visit Compete.com** | **Plans and Pricing**

