



Exhibit 2 YouJizz Alexa Ranking

Alexa The Web Information Company

Log In or Create an Account Help

Home | Site Tools | Top Sites | Site Info | What's Hot | Toolbar | Dashboard

Search for more

**You may be interested in...**

| | Query | Activity |
|---|---|---|
| 1 | Madelyn Marie | |
| 2 | Free | |
| 3 | Free Tube | |
| 4 | Youjiiz | |
| 5 | Tube | |
| 6 | Tube 8 | |
| 7 | Oral Creampie | |
| 8 | Katie Kox | |
| 9 | Janet Mason | |
| 10 | Pron Tube | |

## youjizz.com

Youjizz.com

This site is **not certified**.

Statistics Summary for **youjizz.com**

There are 224 sites with a better three-month global Alexa traffic rank than Youjizz.com. It has a bounce rate of about 18% (i.e., 18% of visits consist of only one pageview). The time spent in a... Show More

**Alexa Traffic Rank**

225 Global Rank

183 Rank in US

**Reputation**

2,691 Sites Linking In

2 Reviews

**Did you know?** You can enhance your Site Listing by displaying your Visitors and Pageviews. Find out how!

### High Impact Search Queries for Youjizz.com

| | Query | Impact |
|---|---|---|
| 1 | youjiz | High |
| 2 | you jiz | Low |
| 3 | portube | Low |
| 4 | criss strokes | Low |
| 5 | best free | Low |
| 6 | massage | Low |
| 7 | تيوب | Low |

View the complete Search Analytics

Traffic Stats | Search Analytics | Audience | Contact Info | Reviews | Related Links | Clickstream

### Search Traffic

The percentage of site visits from search engines.

| Period | Percent of Site Traffic |
|---|---|
| Last 30 days | 10.3% |
| Last 7 days | 10.3% |
| Yesterday | 9.8% |

### Top Queries from Search Traffic

The top queries driving traffic to youjizz.com from search engines. Updated monthly.

| | Query | Percent of Search Traffic |
|---|---|---|
| 1 | youjiz | 0.63% |
| 2 | tube 8 | 0.58% |
| 3 | youjiiz | 0.52% |
| 4 | sara jay | 0.18% |
| 5 | portube | 0.16% |
| 6 | سكس تيوب | 0.14% |
| 7 | you jiz | 0.11% |
| 8 | creampie | 0.11% |
| 9 | youjzz | 0.09% |
| 10 | youji | 0.08% |

Keyword Research Tool - Find More Keywords

Sponsored Links

Identify which keywords are searched for, which keywords drive the most traffic and what the PPC bids are using Trellian's KeywordDiscovery.com keyword tool.

### Search Traffic on the Rise and Decline

The top queries from search engines driving relatively more/less traffic to youjizz.com in the current month than the previous month. Updated monthly.

| | Search Query | 1 Month Increase |
|---|---|---|
| 1 | youjiiz | 0.29% |
| 2 | sara jay | 0.17% |

| | Search Query | 1 Month Decline |
|---|---|---|
| 1 | سكس تيوب | 0.26% |
| 2 | extreme oiled | 0.08% |
| 3 | you jiz | 0.06% |

### Top Search Queries for Youjizz.com

| | Query | Percent of Search Traffic |
|---|---|---|
| 1 | youjiz | 0.63% |
| 2 | tube 8 | 0.58% |

### Search Advertising Metrics Highlights

Data provided by iSpionage. Visit iSpionage to discover additional information metrics for youjizz.com.

Web2PDF converted by Web2PDFConvert.com

| Last Month Stats (Estimated) | |
|---|---|
| PPC Budget | |
| Last Month Clicks | |
| Avg. Ad Position | 0 |
| Google PPC Keywords | 0 |
| Yahoo PPC Keywords | 0 |



Advertiser: youjizz.com



| | | |
|---|---|---|
| 3 | youjiiz | 0.52% |
| 4 | sara jay | 0.18% |
| 5 | portube | 0.16% |
| 6 | سكس تيوب | 0.14% |
| 7 | you jiz | 0.11% |

View the complete Search Analytics

Wayback Machine
See how Youjizz.com looked in the past

Like youjizz.com? Download the Alexa toolbar and access exclusive analytics content.

### High Impact Search Queries for youjizz.com

Popular queries that are relevant to this site and are actively targeted by competitors advertising on search engines. Click on queries below to discover who is advertising for these queries.

| Query | Impact Factor | Query Popularity | QCI |
|---|---|---|---|
| youjiz | 6.57 | 48 | 13 |
| you jiz | 1.39 | 38 | 15 |
| portube | 1.22 | 39 | 10 |
| criss strokes | 0.86 | 25 | 90 |
| best free | 0.47 | 22 | 10 |
| massage | 0.43 | 52 | 42 |
| تيوب | 0.27 | 47 | 10 |
| you ji | 0.26 | 25 | 13 |
| shower | 0.26 | 39 | 50 |
| youj | 0.25 | 30 | 15 |
| russian mom and son | 0.25 | 31 | 10 |
| delta white | 0.24 | 38 | 21 |
| esperanza gomez | 0.21 | 43 | 16 |
| download | 0.21 | 65 | 17 |
| cream pie | 0.20 | 36 | 21 |
| grey tube | 0.20 | 8 | 60 |
| chloe lamb | 0.19 | 39 | 26 |
| kaede matsushima | 0.19 | 29 | 30 |
| you por | 0.18 | 34 | 10 |
| college | 0.17 | 47 | 40 |
| jewels | 0.16 | 37 | 31 |
| nicole coco | 0.15 | 25 | 10 |
| yojiiz | 0.15 | 23 | 20 |
| cartoon | 0.14 | 52 | 18 |
| youtube | 0.14 | 94 | 15 |
| japanese | 0.14 | 48 | 18 |
| mya g | 0.14 | 42 | 10 |
| www.you | 0.13 | 32 | 27 |
| free cartoon | 0.13 | 19 | 21 |
| you tube | 0.12 | 81 | 15 |

### Search Engine Marketing (SEM) Activity by youjizz.com

Ads for youjizz.com have appeared on major search engines when people performed the queries below. Click on the queries below to discover more information.

No data available for youjizz.com

### Search Engine Marketing (SEM) Opportunities for youjizz.com

Queries that provide opportunities for this site to advertise through Search Engine Marketing (SEM) to get more traffic. They are popular queries that are relevant to the site, and have low competition in search engine marketing. Learn More

| Query | SEM opportunity | Query Popularity | QCI |
|---|---|---|---|
| google wave | 0.54 | 77 | 11 |
| badjojo | 0.51 | 67 | 10 |
| 2012 | 0.51 | 73 | 32 |
| feliz navidad | 0.54 | 48 | 13 |
| tony hsieh | | | 20 |
| quick start | 1.23 | 25 | 15 |
| clarks | | | 45 |
| yellow pages | 0.50 | 68 | 27 |
| free music | 0.49 | 52 | 59 |
| radio stations | 0.48 | 44 | 55 |
| songs | 0.46 | 50 | 47 |
| new songs | 0.46 | 44 | 33 |
| betsey johnson | 1.11 | 44 | 37 |
| jack spade | 1.09 | 36 | 34 |
| time in | 4.74 | 22 | 10 |
| statistics for | 4.12 | 2 | 10 |
| tutorial | 3.59 | 49 | 12 |
| episodes | 3.46 | 33 | 18 |
| digitalpoint | 3.29 | 50 | 12 |
| ip whois | 3.21 | 49 | 12 |
| counter strike | 2.87 | 58 | 17 |
| maktoob | 2.87 | 47 | 12 |

Company — About, Jobs
Help — Help System, Tour, Contact Us
Alexa Tools for Site Owners — Get a Site Audit for your site, Create a Custom Toolbar, Edit your site listing
Related Services — Free Website Content

Download the Alexa Toolbar!
Privacy Policy | Terms of Use
©Alexa Internet, Inc.
An amazon.com company


converted by Web2PDFConvert.com