Exhibit 3 WhoIs Defendants



| youjizz.com | Whois Searc | Search |

Open a FREE Account | Log in | Help

| HOME | RESEARCH | MONITOR | BUY DOMAINS | LEARN | OPEN AN ACCOUNT |

More Domains
Reverse Whois
History Details
Get Notified
Trademark Monitor
Screenshot History

Whois > YouJizz.com

## YouJizz.com Whois Record

+1  Tweet  Like  3



| Teen Cams | Big Tits Cams | Ebony Cams | House |
| Lesbian Cams | Couple Cams | Latina Cams | Asia |
| Anal Cams | Pregnant Cams | BBW Cams | Huge |
| Group Sex Cams | Milf Cams | Shemale Cams | Gay |

**Whois Record** | Site Profile | Registration | Server Stats | My Whois

Reverse Whois: **"Domains By Proxy, LLC" was found in about 11,729,298 other domains**
Registrar History: **3 registrars** with 3 drops.
NS History: **13 changes** on 14 unique name servers over **5** years.
IP History: **13 changes** on 8 unique IP addresses over **5** years.
Whois History: **1,114 records** have been archived since **2007-10-24** .
Reverse IP: **6 other sites** hosted on this server.

Log in or Create a FREE account to start monitoring this domain name

**DomainTools for Windows®**
Now you can access domain ownership records anytime, anywhere... **right from your own desktop!** Download Now>

Registrant:
    Domains By Proxy, LLC
    DomainsByProxy.com
    15111 N. Hayden Rd., Ste 160, PMB 353
    Scottsdale, Arizona 85260
    United States

    Registered through: GoDaddy.com, LLC (http://www.godaddy.com)
    Domain Name: YOUJIZZ.COM
       Created on: 22-Oct-07
       Expires on: 22-Oct-13
       Last Updated on: 14-Oct-10

    Administrative Contact:
       Private, Registration   youjizz.com@domainsbyproxy.com

    Domains By Proxy, LLC
    DomainsByProxy.com
    15111 N. Hayden Rd., Ste 160, PMB 353
    Scottsdale, Arizona 85260
    United States
    (480) 624-2599      Fax -- (480) 624-2598

    Technical Contact:
       Private, Registration   youjizz.com@domainsbyproxy.com

    Domains By Proxy, LLC
    DomainsByProxy.com
    15111 N. Hayden Rd., Ste 160, PMB 353
    Scottsdale, Arizona 85260
    United States
    (480) 624-2599      Fax -- (480) 624-2598

    Domain servers in listed order:
       NS1.SWIFTCO.NET
       NS2.SWIFTCO.NET

             Backorder This Domain





Country TLDs | General TLDs

Available domains for registration:
☐ YouJizz.jp    Register
☐ YouJizz.tw    Register
**Register All Selected >**

TRY SEOmoz FREE!

Searching for amateur porn?
1. A-Affordable Auto Insurance
2100 E. Beltline Road, Carrollton, TX 75006
http://www.aaffordableauto.com/
2. ACE Cash Express - Serving
Carrollton, TX 75006
www.acecashexpress.com
3. ACE Cash Express - Serving Dallas,
Dallas, TX 75201
www.acecashexpress.com
4. ACE Cash Express - Serving Plano,
Plano, TX 75074
www.acecashexpress.com
AdChoices

Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Careers | Contact Us | Site Map

© 2012 DomainTools, LLC All rights reserved.





**Web2PDF**
converted by Web2PDFConvert.com



Open a FREE Account | Log in | Help

jizzhut.com    Whois Search    Search

HOME  RESEARCH  MONITOR  BUY DOMAINS  LEARN  OPEN AN ACCOUNT

More Domains
Reverse Whois
History Details
Get Notified
Trademark Monitor
Screenshot History

Whois > jizzhut.com

g +1    Tweet    Like

## jizzhut.com Whois Record



| | | | |
|---|---|---|---|
| Lesbian Cams | Ebony Cams | Teen Cams | House |
| Big Tits Cams | Latina Cams | Asian Cams | Coup |
| Pregnant Cams | BBW Cams | Anal Cams | Group |
| Amateur Cams | Pornstar Cams | Shemale Cams | Gay |

**Whois Record** | Site Profile | Registration | Server Stats | My Whois



Registrar History: 1 registrar
NS History: 6 changes on 6 unique name servers over 9 years.
IP History: 9 changes on 8 unique IP addresses over 8 years.
Whois History: 1,561 records have been archived since 2002-08-14.
Reverse IP: 6 other sites hosted on this server.

Log In or Create a FREE account to start monitoring this domain name

**DomainTools for Windows®**
Now you can access domain ownership records anytime, anywhere... right from your own desktop! Download Now>

Registrant:
 Direct Privacy ID 81BAF
 P.O. Box 6592
 Metairie, LA 70009
 US
 1-504-355-0082

Domain Name: JIZZHUT.COM

Administrative Contact:
 Direct Privacy ID 81BAF, Domain Name Proxy Service, Inc
 jizzhut.com@domainnameproxyservice.com
 P.O. Box 6592
 Metairie, LA 70009
 US
 1-504-355-0082

Technical Contact:
 Direct Privacy ID 81BAF, Domain Name Proxy Service, Inc
 jizzhut.com@domainnameproxyservice.com
 P.O. Box 6592
 Metairie, LA 70009
 US
 1-504-355-0082

Record last updated 05-13-2011 03:40:05 PM
Record expires on 10-24-2013
Record created on 10-24-2001

Domain servers in listed order:
 NS1.SWIFTCO.NET       204.8.32.200
 NS2.SWIFTCO.NET       204.8.32.201

Backorder This Domain



GRAB YOUR .IT DOMAIN FOR ONLY 5EUR / $7.50

Country TLDs | General TLDs

Available domains for registration:

☐ jizzhut.at       Register
☐ jizzhut.dk       Register
☐ jizzhut.es       Register
☐ jizzhut.fr       Register
☐ jizzhut.in       Register
☐ jizzhut.jp       Register
☐ jizzhut.mx       Register
☐ jizzhut.tw       Register

Register All Selected >

TRY SEOmoz FREE!

Searching for amateur porn?

1. Veterinary Care Clinic
   Affordable Veterinary Care for Your Pets. Call Today. Richardson TX.
   www.TheVetHouse.com

2. Prestonwood Pet Clinic
   Experienced Dental Veterinarians. Call Us Today for an Appointment!
   http://www.PrestonwoodPepperSqClinic.com

3. Buckingham-Plano Road Veterinary
   Full-Service Veterinary Clinic. Give Us a Call Now to Make an Appt.
   http://www.Bprvc.net

4. Rutherford Veterinary Hospital
   We provide pet care, including health & grooming services. Call us.
   http://www.RutherfordVet.com

AdChoices

© 2012 DomainTools, LLC All rights reserved.

Web2PDF
converted by Web2PDFConvert.com

Exhibit 3 Whois Defendants





Exhibit 3 Whois Defendants



Open a FREE Account | Log in | Help

jizzonline.com    Whois Search    Search

HOME  RESEARCH  MONITOR  BUY DOMAINS  LEARN  OPEN AN ACCOUNT

Whois > JizzOnline.com

More Domains
Reverse Whois
History Details
Get Notified
Trademark Monitor
Screenshot History

+1  Tweet

## JizzOnline.com Whois Record



| Teen Cams | Big Tits Cams | Ebony Cams | House |
| Lesbian Cams | Couple Cams | Latina Cams | Asia |
| Anal Cams | Pregnant Cams | BBW Cams | Huge |
| Group Sex Cams | Milf Cams | Shemale Cams | Gay |

**Whois Record** | Site Profile | Registration | Server Stats | My Whois



Reverse Whois: "Domains By Proxy, LLC" was found in about 11,729,298 other domains
Registrar History: 1 registrar
NS History: 5 changes on 6 unique name servers over 7 years.
IP History: 10 changes on 9 unique IP addresses over 7 years.
Whois History: 750 records have been archived since 2005-05-30.
Reverse IP: 6 other sites hosted on this server.

Log in or Create a FREE account to start monitoring this domain name

DomainTools for Windows®
Now you can access domain ownership records anytime, anywhere... right from your own desktop! Download Now >

Registrant:
   Domains By Proxy, LLC
   DomainsByProxy.com
   15111 N. Hayden Rd., Ste 160, PMB 353
   Scottsdale, Arizona 85260
   United States

   Registered through: GoDaddy.com, LLC (http://www.godaddy.com)
   Domain Name: JIZZONLINE.COM
      Created on: 17-Apr-05
      Expires on: 17-Apr-13
      Last Updated on: 02-Jan-12

   Administrative Contact:
      Private, Registration   jizzonline.com@domainsbyproxy.com

      Domains By Proxy, LLC
      DomainsByProxy.com
      15111 N. Hayden Rd., Ste 160, PMB 353
      Scottsdale, Arizona 85260
      United States
      (480) 624-2599    Fax -- (480) 624-2598

   Technical Contact:
      Private, Registration   jizzonline.com@domainsbyproxy.com

      Domains By Proxy, LLC
      DomainsByProxy.com
      15111 N. Hayden Rd., Ste 160, PMB 353
      Scottsdale, Arizona 85260
      United States
      (480) 624-2599    Fax -- (480) 624-2598

   Domain servers in listed order:
      NS1.SWIFTCO.NET
      NS2.SWIFTCO.NET

              Backorder This Domain



Country TLDs | General TLDs

Available domains for registration:
JizzOnline.at — Register
JizzOnline.co.uk — Register
JizzOnline.dk — Register
JizzOnline.fr — Register
JizzOnline.jp — Register
JizzOnline.mx — Register
JizzOnline.se — Register
JizzOnline.tw — Register
Register All Selected >



Related Results
1. HOTT Stock #1 in 2012
The only online social HOTT stock voting system. Rate this stock now!
nasdaqstockranking.com/HOTT
2. Download Whois
Download Latest Version 100% Free Download Whois Riht Now!
WInportal.com/whois
3. HOT to Blow Up in 2012?
Don't trade HOT until you get our trusted free weekly trading advice!
www.TheBestNewsletters.com
4. Hot Stock Picks
Today's News & Updates on Top-Performing Stocks, Free Alerts!
www.BestMicroCapStock.com
AdChoices

© 2012 DomainTools, LLC All rights reserved.



converted by Web2PDFConvert.com





Open a FREE Account | Log in | Help

onlyjizz.com | Whois Searc▼ | **Search**

HOME | RESEARCH | MONITOR | BUY DOMAINS | LEARN | OPEN AN ACCOUNT

More Domains
Reverse Whois
History Details
Get Notified
Trademark Monitor
Screenshot History

Whois > onlyjizz.com

g +1   Tweet   f Like

## onlyjizz.com Whois Record



| Teen Cams | Big Tits Cams | Ebony Cams | House |
| Lesbian Cams | Couple Cams | Latina Cams | Asia |
| Anal Cams | Pregnant Cams | BBW Cams | Huge T |
| Group Sex Cams | Milf Cams | Shemale Cams | Gay |

**Whois Record** | Site Profile | Registration | Server Stats | My Whois

Reverse Whois: **"Domains By Proxy, LLC"** was found in about **11,729,298** other domains
Registrar History: **2 registrars** with **3** drops.
NS History: **19 changes** on **11** unique name servers over **8** years.
IP History: **11 changes** on **10** unique IP addresses over **8** years.
Whois History: **1,168 records** have been archived **since 2006-05-31** .
Reverse IP: **6 other sites** hosted on this server.

Log in or Create a FREE account to start monitoring this domain name

WHOIS FOR WINDOWS USERS   FREE LOOKUP TOOL   Get it NOW   DomainTools

Registrant:
    Domains By Proxy, LLC
    DomainsByProxy.com
    15111 N. Hayden Rd., Ste 160, PMB 353
    Scottsdale, Arizona 85260
    United States

    Registered through: GoDaddy.com, LLC (http://www.godaddy.com)
    Domain Name: ONLYJIZZ.COM
       Created on: 30-Mar-06
       Expires on: 30-Mar-13
       Last Updated on: 02-Jan-12

    Administrative Contact:
       Private, Registration   onlyjizz.com@domainsbyproxy.com
       Domains By Proxy, LLC
       DomainsByProxy.com
       15111 N. Hayden Rd., Ste 160, PMB 353
       Scottsdale, Arizona 85260
       United States
       (480) 624-2599     Fax -- (480) 624-2598

    Technical Contact:
       Private, Registration   onlyjizz.com@domainsbyproxy.com
       Domains By Proxy, LLC
       DomainsByProxy.com
       15111 N. Hayden Rd., Ste 160, PMB 353
       Scottsdale, Arizona 85260
       United States
       (480) 624-2599     Fax -- (480) 624-2598

    Domain servers in listed order:
       NS1.SWIFTCO.NET
       NS2.SWIFTCO.NET

Backorder This Domain



**Country TLDs** | General TLDs

Available domains for registration:

☐ onlyjizz.at — Register
☐ onlyjizz.be — Register
☐ onlyjizz.ch — Register
☐ onlyjizz.co.uk — Register
☐ onlyjizz.dk — Register
☐ onlyjizz.es — Register
☐ onlyjizz.eu — Register
☐ onlyjizz.fr — Register
☐ onlyjizz.in — Register
☐ onlyjizz.it — Register

**Register All Selected >**   **Show all (17) >**



Searching for **hot babes**?

1. **Lenahan & Dempsey P.C.**
   116 North Washington Ave Suite 400 - The Kane Building, Scranton, PA 18503
   www.LenahanDempsey.com

2. **Hot Babes**
   Find **Hot Babes** near you. The Web's Local Search Engine!
   Local.com

3. **Looking For Hot Babes?**
   Find What You Need. Look For **Hot Babes** Here Now
   www.MonsterMarketplace.com

4. **Searching for Hot Babes?**
   Discover 100+ answers for **Hot Babes**
   www.Answered-Questions.com

AdChoices ▷

Web2PDF
converted by Web2PDFConvert.com

Exhibit 3 Whois Defendants

© 2012 DomainTools, LLC All rights reserved.







Open a FREE Account | Log in | Help

moviesguy.com     Whois Search     Search

HOME | RESEARCH | MONITOR | BUY DOMAINS | LEARN | OPEN AN ACCOUNT

More Domains
Reverse Whois
History Details
Get Notified
Trademark Monitor
Screenshot History

Whois > MoviesGuy.com

## MoviesGuy.com Whois Record

+1  Tweet  Like



| Teen Cams | Big Tits Cams | Ebony Cams | House |
| Lesbian Cams | Couple Cams | Latina Cams | Asia |
| Anal Cams | Pregnant Cams | BBW Cams | Huge T |
| Group Sex Cams | Milf Cams | Shemale Cams | Gay |

**Whois Record** | Site Profile | Registration | Server Stats | My Whois

Registrar History:  **1 registrar**
NS History:  **5 changes** on **6** unique name servers over **8** years.
IP History:  **7 changes** on **6** unique IP addresses over **8** years.
Whois History:  **1,402 records** have been archived since 2002-08-14 .
Reverse IP:  **6 other sites** hosted on this server.

**Log In** or **Create a FREE account** to start monitoring this domain name

**DomainTools for Windows®**
Now you can access domain ownership records anytime, anywhere... right from your own desktop! **Download Now>**

```
Registrant:
 Direct Privacy ID A2FC3
 P.O. Box 6592
 Metairie, LA 70009
 US
 1-504-355-0082

Domain Name: MOVIESGUY.COM

Administrative Contact:
 Direct Privacy ID A2FC3, Domain Name Proxy Service, Inc
 moviesguy.com@domainnameproxyservice.com

 P.O. Box 6592
 Metairie, LA 70009
 US
 1-504-355-0082

Technical Contact:
 Direct Privacy ID A2FC3, Domain Name Proxy Service, Inc
 moviesguy.com@domainnameproxyservice.com

 P.O. Box 6592
 Metairie, LA 70009
 US
 1-504-355-0082

Record last updated 05-13-2011 03:40:13 PM
Record expires on 02-16-2013
Record created on 02-15-2001

Domain servers in listed order:
 NS1.SWIFTCO.NET      204.8.32.200
 NS2.SWIFTCO.NET      204.8.32.201
```

**Backorder This Domain**





**Country TLDs** | General TLDs

Available domains for registration:

☐ MoviesGuy.at          Register
☐ MoviesGuy.ch          Register
☐ MoviesGuy.dk          Register
☐ MoviesGuy.es          Register
☐ MoviesGuy.eu          Register
☐ MoviesGuy.fr          Register
☐ MoviesGuy.in          Register
☐ MoviesGuy.it          Register
☐ MoviesGuy.jp          Register
☐ MoviesGuy.mx          Register

**Register All Selected >**     **Show all (13) >**



Searching for **hot babes**?

1. **Just Great Kids Wear**
   Cute Kids Bedding for Boys & Girls. Come Browse Our Selection Today!
   http://www.JustGreatKidsWear.com

2. **Cook Diamonds Inc**
   Add Some Pizazz and Make Others Jealous! Call Our Jewelry Store.
   http://www.CookDiamonds.com

3. **Hot Babes**
   Find **Hot Babes** near you. The Web's Local Search Engine!
   Local.com

4. **Looking For Hot Babes?**
   Find What You Need. Look For **Hot Babes** Here Now
   www.MonsterMarketplace.com

AdChoices ▷

Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Careers | Contact Us | Site Map

© 2012 DomainTools, LLC All rights reserved.





Exhibit 3 Whols Defendants



Open a FREE Account | Log in | Help

jizzbo.com    Whois Searc▾    Search

| HOME | RESEARCH | MONITOR | BUY DOMAINS | LEARN | OPEN AN ACCOUNT |

More Domains
Reverse Whois
History Details
Get Notified
Trademark Monitor
Screenshot History

Whois > JizzBo.com

g +1   Tweet   Like

## JizzBo.com Whois Record



| Teen Cams | Big Tits Cams | Ebony Cams | House |
| Lesbian Cams | Couple Cams | Latina Cams | Asia |
| Anal Cams | Pregnant Cams | BBW Cams | Huge T |
| Group Sex Cams | Milf Cams | Shemale Cams | Gay |

**Whois Record** | Site Profile | Registration | Server Stats | My Whois

Reverse Whois: **"Domains By Proxy, LLC" was found in about 11,763,219 other domains**
Registrar History: **2 registrars** with 3 drops.
NS History: **6 changes** on 5 unique name servers over 7 years.
IP History: **9 changes** on 7 unique IP addresses over 7 years.
Whois History: **642 records** have been archived **since 2007-10-23** .
Reverse IP: **6 other sites** hosted on this server.

Log in or Create a FREE account to start monitoring this domain name

**DomainTools for Windows®**
Now you can access domain ownership records anytime, anywhere... **right from your own desktop!** Download Now>

```
Registrant:
    Domains By Proxy, LLC
    DomainsByProxy.com
    15111 N. Hayden Rd., Ste 160, PMB 353
    Scottsdale, Arizona 85260
    United States

    Registered through: GoDaddy.com, LLC (http://www.godaddy.com)
    Domain Name: JIZZBO.COM
        Created on: 08-Feb-06
        Expires on: 08-Feb-13
        Last Updated on: 02-Jan-12

    Administrative Contact:
        Private, Registration    jizzbo.com@domainsbyproxy.com

        Domains By Proxy, LLC
        DomainsByProxy.com
        15111 N. Hayden Rd., Ste 160, PMB 353
        Scottsdale, Arizona 85260
        United States
        (480) 624-2599      Fax -- (480) 624-2598

    Technical Contact:
        Private, Registration    jizzbo.com@domainsbyproxy.com

        Domains By Proxy, LLC
        DomainsByProxy.com
        15111 N. Hayden Rd., Ste 160, PMB 353
        Scottsdale, Arizona 85260
        United States
        (480) 624-2599      Fax -- (480) 624-2598

    Domain servers in listed order:
        NS1.SWIFTCO.NET
        NS2.SWIFTCO.NET
```

Backorder This Domain

**Whois Directory**

a b c d e f g h i j k l m n o p q r s t u v w x y z 0 1 2 3 4 5 6 7 8 9



**Country TLDs** | General TLDs

Available domains for registration:

☐ JizzBo.at — Register
☐ JizzBo.be — Register
☐ JizzBo.ch — Register
☐ JizzBo.co.uk — Register
☐ JizzBo.dk — Register
☐ JizzBo.es — Register
☐ JizzBo.eu — Register
☐ JizzBo.fr — Register
☐ JizzBo.in — Register
☐ JizzBo.it — Register

**Register All Selected >**    **Show all (16) >**



Searching for **amateur porn**?

1. **Pediatrics After Hours**
   11661 Preston Road Suite 125, Dallas, TX 75230
   www.PediAfterHours.com

2. **Weight Loss Surgery**
   7777 Forest LnSt. A234, Dallas, TX 75230
   www.ObesitySurgeryDallas.com

3. **Vein Removal Treatment**
   7777 Forest LaneBuilding B, Suite B-248, Dallas, TX 75230
   www.reedervein.com

4. **East John DO**
   2908 E Trinity Mills Rd, Carrollton, TX 75006
   eastjohndocarrollton.usdirectory.com


AdChoices ▷

Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Careers | Contact Us | Site Map

© 2012 DomainTools, LLC All rights reserved.





Exhibit 3 Whois Defendants



Open a FREE Account | Log in | Help

hotfunhouse.com   Whois Search   **Search**

| HOME | RESEARCH | MONITOR | BUY DOMAINS | LEARN | OPEN AN ACCOUNT |

- More Domains
- Reverse Whois
- History Details
- Get Notified
- Trademark Monitor
- Screenshot History

Whois > HotFunHouse.com

g +1   Tweet   Like

## HotFunHouse.com Whois Record



| Teen Cams | Big Tits Cams | Ebony Cams | House |
| Lesbian Cams | Couple Cams | Latina Cams | Asia |
| Anal Cams | Pregnant Cams | BBW Cams | Huge |
| Group Sex Cams | Milf Cams | Shemale Cams | Gay |

**Whois Record** | Site Profile | Registration | Server Stats | My Whois

Registrar History: **1 registrar**
NS History: **4 changes** on **5** unique name servers over **8** years.
IP History: **10 changes** on **9** unique IP addresses over **8** years.
Whois History: **275 records** have been archived since 2003-11-10 .
Reverse IP: **6 other sites** hosted on this server.

**Log In** or **Create a FREE account** to start monitoring this domain name

WHOIS FOR WINDOWS USERS   FREE LOOKUP TOOL!   Get it NOW   DomainTools

Registrant:
  Direct Privacy ID 2F4EC
  P.O. Box 6592
  Metairie, LA 70009
  US
  1-504-355-0082

Domain Name: HOTFUNHOUSE.COM

Administrative Contact:
  Direct Privacy ID 2F4EC, Domain Name Proxy Service, Inc
  **hotfunhouse.com@domainnameproxyservice.com**

  P.O. Box 6592
  Metairie, LA 70009
  US
  1-504-355-0082

Technical Contact:
  Direct Privacy ID 2F4EC, Domain Name Proxy Service, Inc
  **hotfunhouse.com@domainnameproxyservice.com**

  P.O. Box 6592
  Metairie, LA 70009
  US
  1-504-355-0082

Record last updated 05-13-2011 03:40:03 PM
Record expires on 04-26-2013
Record created on 04-26-2000

Domain servers in listed order:
  NS1.SWIFTCO.NET        204.8.32.200
  NS2.SWIFTCO.NET        204.8.32.201

**Backorder This Domain**

### Whois Directory

a b c d e f g h i j k l m n o p q r s t u v w x y z 0 1 2 3 4 5 6 7 8 9



**Country TLDs** | General TLDs

Available domains for registration:

- HotFunHouse.**eu** — Register
- HotFunHouse.**in** — Register
- HotFunHouse.**it** — Register
- HotFunHouse.**jp** — Register
- HotFunHouse.**mx** — Register
- HotFunHouse.**nl** — Register
- HotFunHouse.**pl** — Register
- HotFunHouse.**ru** — Register
- HotFunHouse.**se** — Register
- HotFunHouse.**tw** — Register

**Register All Selected >**



solve your SEO puzzle   TRY SEOmoz PRO

Searching for amateur porn?

1. **Pediatrics After Hours**
   11661 Preston Road Suite 120, Dallas, TX 75230
   www.PediAfterHours.com

2. **Weight Loss Surgery**
   7777 Forest LnSt. A234, Dallas, TX 75230
   www.ObesitySurgeryDallas.com

3. **Vein Removal Treatment**
   7777 Forest LaneBuilding B, Suite B-248, Dallas, TX 75230
   www.reedervein.com

4. **East John DO**
   2908 E Trinity Mills Rd, Carrollton, TX 75006
   eastjohndocarrollton.usdirectory.com

AdChoices

Web2PDF
converted by Web2PDFConvert.com

Exhibit 3 Whols Defendants

© 2012 DomainTools, LLC All rights reserved.







Open a FREE Account | Log in | Help

| youjizzpremium.com | Whois Search ▾ | Search |

HOME   RESEARCH   MONITOR   BUY DOMAINS   LEARN   OPEN AN ACCOUNT

More Domains
Reverse Whois
History Details
Get Notified
Trademark Monitor
Screenshot History

Whois > YouJizzPremium.com

# YouJizzPremium.com Whois Record

+1   Tweet   Like

**Whois Record** | Site Profile | Registration | Server Stats | My Whois

Reverse Whois: **"WhoisPrivacy Limited" owns about** 26,714 other domains
Email Search: d9c1d17f4cde8fe2@whoisprivacy.com is associated with about **6,735 domains**
Registrar History: **2 registrars**
NS History: **2 changes** on **3** unique name servers over **3** years.
IP History: **2 changes** on **2** unique IP addresses over **3** years.
Whois History: **24 records** have been archived **since 2009-04-16**.
Reverse IP: **49 other sites** hosted on this server.

Log In or Create a FREE account to start monitoring this domain name

**DomainTools for Windows®**
Now you can access domain ownership records anytime, anywhere... right from your own desktop! **Download Now >**

```
Domain: YOUJIZZPREMIUM.COM
Registrar: Eurodns S.A.

Registrant:
Company: WhoisPrivacy Limited
Name: Whois Privacy
Address: 3/F, Jonsim Place, 228 Queen's Road East
City: Wanchai
Country: HONG KONG
Postal Code: HK

Administrative Contact:
Company: WhoisPrivacy Limited
Name: Whois Privacy
Address: 3/F, Jonsim Place, 228 Queen's Road East
City: Wanchai
Country: HONG KONG
Postal Code: HK
Phone: +852 5808 1344
Fax: +852 5808 1345
Email: d9c1d17f4cde8fe2@whoisprivacy.com

Technical Contact:
Company: WhoisPrivacy Limited
Name: Whois Privacy
Address: 3/F, Jonsim Place, 228 Queen's Road East
City: Wanchai
Country: HONG KONG
Postal Code: HK
Phone: +852 5808 1344
Fax: +852 5808 1345
Email: d9c1d17f4cde8fe2@whoisprivacy.com

Original Creation Date: 2009-04-15
Expiration Date: 2013-04-14

Status:
clientTransferProhibited

Nameserver Information:
Nameserver: ns.rackspace.com
Nameserver: ns2.rackspace.com
```

Backorder This Domain




**Country TLDs** | General TLDs

Available domains for registration:
- YouJizzPremium**at** — Register
- YouJizzPremium**be** — Register
- YouJizzPremium**ch** — Register
- YouJizzPremium**cn** — Register
- YouJizzPremium**co.uk** — Register
- YouJizzPremium**de** — Register
- YouJizzPremium**dk** — Register
- YouJizzPremium**es** — Register
- YouJizzPremium**eu** — Register
- YouJizzPremium**fr** — Register

**Register All Selected >**   **Show all (19) >**



Exhibit 3 Whols Defendants

**Related Results**

1. **WorkComp Recovery Group**
   Workers compensation consultants who locate
   workers' comp overcharges.
   www.workcompaudit.com

2. **How To Win MegaMillion**
   Professor Reveals How To Win Not Once But 3
   Times.
   www.inboxlotto.in

3. **Download Whols**
   Download Latest Version 100% Free
   Download Whols Riht Now!
   Winportal.com/whois

4. **.com what**
   Ask a Lawyer, Dr, Vet, Mechanic, etc. a
   Question, Get an Answer ASAP
   www.eAnswer.com

   AdChoices ▷

Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Careers | Contact Us | Site Map

© 2012 DomainTools, LLC All rights reserved.



