Exhibit 6 Join Form two versions



Exhibit 6 Join Form two versions

**Existing Member? Login Here**

Username: 

Password: 

E-Mail: 

○ **12 Months**    **$7.39/m**
Full Access - Save 50%

○ **1 Month**    **$29.95/m**
Full Access - Most popular plan

○ **1 Day Trial**    **$1.00**
Try us out

⦿ Join By Credit Card

Premium membership may not include videos from www.youjizz.com



You'll also receive special email offers sent to you by youjizzpremium .

Annual memberships do not rebill automatically.
Monthly memberships rebill at $ 29.95 per month until cancelled.
Trial memberships rebill at $ 34.95 per month until cancelled.

All performers on this website are 18 years or older.
Click here for records required pursuant to 18 U.S.C. 2257 Record Keeping Requirements Compliance Statement.
By entering this site, you swear that you are of legal age in your area to view adult material and that you wish to view such material.

Terms & Conditions | Privacy Policy | Support | Webmaster

Case 2:12-cv-01101-SPL   Document 1-6   Filed 05/24/12   Page 3 of 3

Exhibit 6 Join Form two versions

Please visit WTS | Epoch | Segpay, our authorized sales agents.

Please visit Vendo, our authorized reseller.

© Copyright 2012
youjizzpremium

Membership to www.youjizzpremium.com does not provide access to videos depicting Rape/Bestiality,
Incest /Pedophiles, Sodomy, Necromania. Questions/comments/report any unauthorized use.

Videos from http://www.youjizz.com are not necessarily available with your http://www.youjizzpremium.com membership.

Webexpansion Cyprus Ltd., 33 Larnakos, Office 101, Nicosia - 1046, Cyprus
Johnsburg Ltd. 72 High Street, Haslemere, Surrey, UK, GU27 2LA
Manwin Billing MU Ltd, Suite 501, St James Court, St Denis Street, Port-Louis, Mauritius