

**Billing Questions:**
If you have questions about your credit card or bank statement, need to cancel a subscription or need to request a refund, you can reach us the following ways:

**Online Customer Support:**
Click here for Online Customer Support.
**By Telephone:** US & Canadian Residents: 866-450-4000
**Direct Dial Number:** +1-514-788-5368

**By Email:** Help@SegPay.com
**By Chat:** Live Chat

**Contact Address:**
SegPay, 3111 N. University Dr. Suite 1000, Coral Springs, FL 33065, USA

**Sales:**
If you would like to find out more about SegPay, please email us at sales, sales@segpay.com. You can also telephone our **sales department at 800-996-0398**.

**Client Support:**
If you're having technical difficulties making your Web site interact with the SegPay payment system, **call 888-345-0873** or email techsupport@segpay.com.

© 2008 SegPay, Corp. All rights reserved.

