John P. Flynn (# 015065)
Todd A. Williams (# 020066)
DIOGUARDI FLYNN LLP
7001 N. Scottsdale Road, Suite 2060
Scottsdale, AZ 85253
Telephone: (480) 951-8800
Facsimile: (480) 951-8824
jflynn@dioguardiflynn.com
twilliams@dioguardiflynn.com

*Attorneys for International Media, Inc., incorrectly named herein as International Media, Ltd.*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Cybernet Entertainment LLC, A New York Company,<br><br>Plaintiff,<br><br>v.<br><br>IG Media Inc. and International Media Ltd. dba YouJizz.com and JizzHut.com and JizzOnline.com and OnlyJizz.com and MoviesGuy.com and JizzBo.com and HotFunHouse.com and Igor Gens and DOES 1-10 inclusive and DOES COMPANIES 1-100 inclusive<br><br>Defendants, | Case No. 2:12-cv-01101-SRB<br><br>**DECLARATION OF IGOR GENS** |

I, Igor Gens, declare as follows based on my own personal knowledge and belief:

1. I am over 18 years of age.

2. I am the President of International Media, Inc. ("International Media), incorrectly named in this action as International Media, Ltd.

1

3. I have dual citizenship in both Canada and Poland. I do not live in Arizona, or in the United States.

4. International Media is a Bahamian Corporation with a business address of 303 Shirley Street, P.O. Box N-492, Nassau, Bahamas.

5. International Media is not registered or licensed to do business in Arizona, and does not pay taxes in Arizona. Similarly, International Media is not registered or licensed to do business in any state in the United States, and does not pay taxes in any state in the United States.

6. International Media has no offices or employees in Arizona, or in any state in the United States.

7. International Media does not maintain bank accounts in Arizona or within any state in the United States. International Media does not own any real estate or other property in either Arizona or the United States.

8. International Media does not target print, television, or radio advertising in or towards Arizona or in or towards any state in the United States.

9. International Media does not utilize the services of any Arizona-based vendors (other than the exception noted in Paragraph 11 below).

10. With two limited exceptions described below, International Media has no contacts with the state of Arizona.

11. The first exception to the absence of contacts with Arizona is that certain Internet domain names held by International Media are registered with a domain registrar located in Arizona – Domains By Proxy. A domain registrar is a company that manages the registration of Internet domain names.

12. The second exception to the absence of contacts with Arizona is that the domains held by International Media are accessible through the Internet from anywhere in the world, including by individuals in Arizona.

13. International Media has very few additional contacts with the United States as a whole. International Media appointed an agent for the very limited purpose

of receiving and forwarding Digital Millenium Copyright Act ("DMCA") takedown notices. That person is located in Florida. Other than accepting and forwarding DMCA notices, he performs no other services for International Media. Finally, as noted below, International Media also has an agreement with an advertising broker who is located in the United States, and two direct advertising customer relationships with customers in the United States. Together with the contacts listed above, these are all of International Media's contacts with the United States.

14. The websites operated by International Media are open and free of charge to anyone accessing the Internet over the age of 18. Visitors to the sites, including visitors from Arizona and from the United States in general, are not charged a fee to access the sites and do not enter into any form of contractual agreement with International Media.

15. Similarly, individuals that upload videos or content to the websites operated by International Media, including individuals from Arizona and from the United States in general, are not compensated by International Media and do not enter into any form of contractual agreement with International Media.

16. International Media generates revenue solely through the sale of advertising space on its various websites. International Media has two customers that advertise on its websites with whom it handles the customer relationship directly, and all other revenues are generated utilizing the services of an Internet advertising broker to sell space on its websites. Advertisers that pay to advertise on International Media's websites pay the fees for their advertising to the broker, and the broker remits a single monthly check to International Media that combines all advertising revenue regardless of its source.

17. The "YouJizz Premium" website referenced in Exhibit 6 to the Complaint is neither owned nor operated by International Media. Indeed, the premium site is no longer operational and has not been operational for some time. When the premium site was operational, it was what is known as a "white label" site, which is owned and

operated by a third party. International Media did not own or control the white label site. Instead, International Media had an agreement with a third-party content provider (which was located outside of the United States) that hosted and ran the "premium membership" site. The third-party provider not only ran the premium site and provided all of the content, it also exclusively handled all billing for the site and received all revenue. To the best of my knowledge, this is how most adult "tube" websites operate.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 6 day of August, 2012.

*Igor Gens* (signature)

Igor Gens, President
International Media, Inc.