John P. Flynn (# 015065)
Todd A. Williams (# 020066)
DIOGUARDI FLYNN LLP
7001 N. Scottsdale Road, Suite 2060
Scottsdale, AZ 85253
Telephone: (480) 951-8800
Facsimile: (480) 951-8824
jflynn@dioguardiflynn.com
twilliams@dioguardiflynn.com

*Attorneys for International Media, Inc., incorrectly named herein as International Media, Ltd.*

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Cybernet Entertainment LLC, A New York Company, <br><br> Plaintiff, <br><br> v. <br><br> IG Media Inc. and International Media Ltd. dba YouJizz.com JizzHut.com and JizzOnline.com and OnlyJizz.com and MoviesGuy.com and JizzBo.com and HotFunHouse.com and Igor Gens and DOES 1-10 inclusive and DOES COMPANIES 1-100 inclusive <br><br> Defendants, | Case No. 2:12-cv-01101-SRB <br><br> **CORPORATE DISCLOSURE STATEMENT** |

This Corporate Disclosure Statement is filed on behalf of International Media Ltd. In compliance with the provisions of: *(check one)*

☒ Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

☐ Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies

any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

☐ Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

☒ No such corporation.

☐ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. *(Attach additional pages if needed.)*
_____Relationship_____

☐ Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)*
_____Relationship_____

☐ Other(please explain)
_____
_____

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

Dated this 7th day of August, 2012.

              DIOGUARDI FLYNN LLP


            By: ____/s/ John Flynn_____
               John P. Flynn
               Todd A. Williams
               7001 N. Scottsdale Road, Suite 2060
               Scottsdale, AZ 85253
               *Attorneys for IG Media Inc.;*
               *International Media Ltd.;and Igor Gens*

1 | I hereby certify that on August 7th, 2012, I electronically transmitted the attached document to the Clerk of the United States District Court, District of Arizona, using the
2 | Online e-filing system.
3 |
4 |
5 | By_____/s/ Megan Barber_____
6 |
7 |
8 |
9 |
10 |
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |