## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Cybernet Entertainment LLC,

    Plaintiff(s)/Petitioner(s),

vs.

IG Media Inc. and International Media Ltd. dba YouJixx.com JizzHut.com and JizzOnline.com, et al.,

    Defendant(s)/Respondent(s)

CASE NO: 2:12-cv-01101-SRB

Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(2)

[FILED ✓  LODGED __  RECEIVED __  COPY __   AUG 1 4 2012   CLERK U S DISTRICT COURT DISTRICT OF ARIZONA   BY _____ DEPUTY]

**NOTICE: $50.00 APPLICATION FEE REQUIRED!**

I, Evan Fray-Witzer, hereby apply to the Court under LRCiv 83.1(b)(2) for pro hac vice admission to appear and practice in this action on behalf of International Media, Inc.

**City and State of Principal Residence:** Boston, Massachusetts
**Firm Name:** Ciampa Fray-Witzer, LLP
**Address:** 20 Park Plaza **Suite:** 804
**City:** Boston **State:** MA **Zip:** 02116
**Firm/Business Phone:** (617) 426-0000
**Firm Fax Phone:** (617) 423-4855 **E-mail Address:** evan@CFWlegal.com

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? |
|---|---|---|
| Massachusetts | 12/15/1993 | ✓ Yes   ☐ No* |
| New Hampshire | 05/31/1994 | ✓ Yes   ☐ No* |
| First Circuit Court of Appeals *** (see below) | 05/04/1997 | ✓ Yes   ☐ No* |

* Explain: *** United States Supreme Court — 01/12/2012

(An Original Certificate of Good Standing from a FEDERAL BAR in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| Case Number | Title of Action | Date Granted or Denied* |
|---|---|---|
| N/A | | |

* Explain:

**ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.**

*If you answer YES to either of the following questions, please explain all circumstances on a separate page.*

Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court?  ☐ Yes  ✓ No

Have you ever been disbarred from practice in any Court?  ☐ Yes  ✓ No

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I certify that I have read and will ascribe to the Standards for Professional Conduct, will comply with the Rules of Practice of the United States District Court for the District of Arizona ("Local Rules"), and will subscribe to receive court notices as required by LRCiv 83.1(c).

**Date:** 8/6/12      **Signature of Applicant:** /s/ E. Fray-W.

**Fee Receipt #:** phx 125104

(Rev. 04/12)

AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

DISTRICT OF  MASSACHUSETTS

## CERTIFICATE OF GOOD STANDING

I, Sarah A. Thornton, Clerk of this Court,

certify that **Evan Fray-Witzer**, Bar 564349,

was duly admitted to practice in this Court on

**February 24, 1995**, and is in good standing
DATE

as a member of the Bar of this Court.

Dated at Boston, Massachusetts on **August 8, 2012**.
LOCATION                                          DATE

Sarah A. Thornton
CLERK

DEPUTY CLERK