

Up Load Tab

Ex 2 YouJizz Home Page

Sign Up Free! Login Upload! Check us out 100% FREE on your mobile device now! Filter Content: Straight / Gay / Shemale / All Set Homepage: Popular / Newest

YouJizz Yes sir!

POPULAR | NEWEST | TOP RATED | RANDOM | LIVE SEX | FREE CAMS | LIVE GIRLS | MEET & FUCK | XXX GAMES | BARELY LEGAL

DOWNLOAD VIDEOS | GF REVENGE | 18+ TEENZ | 18 in HD | CATEGORIES | REAL GF VIDS

Search YouJizz

Passion-HD Tight Shaved Dainty Te...
Time: 7:01 Views: 397920

Cheating art lesson
Time: 16:07 Views: 1453835

Stripper in the house
Time: 8:53 Views: 305843

Huge bottle fucking amateur sluts...
Time: 9:39 Views: 252791

Latina Hottie
Time: 19:57 Views: 668679

Naked soccer part 2
Time: 63:58 Views: 765968

Click Here Time: 30:56

Click Here Time: 25:30

Click Here Time: 35:09

Click Here Time: 37:00

Web2PDF
converted by Web2PDFConvert.com

Ex 2 Youjizz Home Page

Stripper party
Time: 9:34    Views: 202251

The perfect ass for fucking
Time: 15:19    Views: 576909

Japanese hentai coed with bigtits...
Time: 5:37    Views: 165632

Maria Valverde - Madrid 1987
Time: 6:12    Views: 168712

mom in bathroom
Time: 23:02    Views: 661608

Molly Mason Creampie
Time: 21:37    Views: 661413

Sayaka Minami
Time: 14:08    Views: 2209267

Jayden Jaymes in Fishnets
Time: 24:28    Views: 272526

He walked out the door and she fu...
Time: 6:20    Views: 126412

Good Fuck at home
Time: 42:03    Views: 1186080



converted by Web2PDFConvert.com





Ex 2 YouJizz Home Page

**Hot asian takes on a black cock**
Time: 28:51 Views: 399333

**Tentacle Ecstasy Part 1**
Time: 34:50 Views: 500889

**Shocked shy Teen groped in Bus**
Time: 25:05 Views: 1690089

**Hot orgy with sexy maid Simone**
Time: 21:23 Views: 556207

**Asian Nurse and Cleaning Lady Hel...**
Time: 21:02 Views: 505263

**Office Slut Rachel Has Her Way**
Time: 23:36 Views: 743740

**Busty young Britney for you**
Time: 12:14 Views: 702341

**All Costume No Panty Creampies Fu...**
Time: 58:27 Views: 195165

**Shaved Teen Beauty Fucked And Cre...**
Time: 5:31 Views: 102107

**Mother and Daughter Part 2 of 4**
Time: 22:01 Views: 2085667

Click Here Time: 30:56

Click Here Time: 30:56

Click Here Time: 25:30

FREE FULL LENGTH
"STOLEN" TEEN PORN VIDS!
VIEW ALL NOW!

Click Here Time: 30:56

converted by Web2PDFConvert.com

Ex 2 YouJizz Home Page

**Lesbian ass massage with Zuzinka**
Time: 12:37   Views: 72330

**Lesbians in the Restroom**
Time: 10:44   Views: 387004

**Japan Sex School**
Time: 18:34   Views: 4951817

**FakeAgent Saucy Spaniard!**
Time: 11:46   Views: 77673

**Good friend mother and daughter t...**
Time: 67:04   Views: 1242554

**Monica Sweetheart**
Time: 24:59   Views: 177669

**Corrupt fMinds cd1**
Time: 47:51   Views: 219280

**Ashlynn Brooke fucked and jizzed ...**
Time: 24:59   Views: 1034456

**Julia Taylor Sex Trap**
Time: 37:33   Views: 2714189

**Young Threesome sex**
Time: 6:00   Views: 2282998



converted by Web2PDFConvert.com

Ex 2 YouJizz Home Page



**Tokyo Hot**
Time: 30:30   Views: 2046392

**When the camera starts rolling, g...**
Time: 5:50   Views: 49983

**Paige Turnah**
Time: 40:58   Views: 494465

**Jap chick do facial**
Time: 44:38   Views: 1033133

**Jap chick get double**
Time: 39:34   Views: 212465

**Japanese tall woman saki aoyama 1...**
Time: 34:00   Views: 1286066

**Mature adultery night**
Time: 36:24   Views: 1648314

**Japanese girls**
Time: 30:08   Views: 3233876

**Teen gets it on with hardcore dou...**

**mother and daughter anal**

converted by Web2PDFConvert.com



converted by Web2PDFConvert.com



Ghetto hentai with nice bigtits g...
Time: 5:43 Views: 37777

CZECH STREETS - VERONIKA
Time: 7:01 Views: 422003

Slender girl get a massage and mo...
Time: 5:31 Views: 36209

Diamond Foxxx is THE boss
Time: 36:24 Views: 59508

Jenny Filipino Amateur Teen Recei...
Time: 12:16 Views: 40908

charming threesome with two blond...
Time: 5:36 Views: 35921

MrSkin.com - Busty Blonde Celebri...
Time: 3:28 Views: 39013

Scooby will do
Time: 17:38 Views: 937654

FakeAgent Cute Amateur sucks me d...
Time: 10:23 Views: 36560

Real amateur gets payed money for...
Time: 6:10 Views: 36500

1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28

Web2PDF
converted by Web2PDFConvert.com

**29** **30** **31** **32** **33** **34** **35** **36** **37** **38** **39** **40** **41** **42** **43** **44** **45** **46** **47** **48** **49** **50** **51** **52** **53** **54** **55** **56** **57** **58** **59** **60** ... **2251** **2252** **Next »**





YouJizz.com, 2012.

DMCA | Content Protection | Content Partner | Privacy | 2257 | Terms & Conditions | Help | Advertise | Mobile Porn

converted by Web2PDFConvert.com