

Ex 3 Arizona Targeted Advertisement

Skin Diamond BDSM 1 part 3 - Mozilla Firefox

File   Edit   View   History   Bookmarks   Tools   Help

Skin Diamond BDSM 1 part 3

www.jizzonline.com/videos/skin-diamond-bdsm-1-part-3-2303088.html

Search Defender

KINK.COM

00:03 / 24:10

**Skin Diamond BDSM 1 Part 3**

Runtime: 24:11

Add To Favorites

Rating: 4.2/5 (22 votes cast)

Tags: skin diamond , brunette , exotic , bondage , bdsm , pussyplay , whip , toys , fetish

FullHD

FACEBOOK SLUTS (18+)

JuicyLucy 18          Fountain

spreadDP3, 26          Chandler

popmycher, 25          Fountain

11:41 AM
8/20/2012

