# Ex 4 YoujizzPremium Login Page

We are no longer accepting new members, we apologize for the inconvenience.
If you are a Youjizz Premium member, please log in below.



Username:
Password:
Verification:

Type the code

Forgot Your Password?

All performers on this website are 18 years or older.
Click here for records required pursuant to 18 U.S.C. 2257 Record Keeping Requirements Compliance Statement.
By entering this site, you swear that you are of legal age in your area to view adult material and that you wish to view such material.

Terms & Conditions | Privacy Policy | Support | Webmaster

Please visit WTS | Epoch | Segpay, our authorized sales agents.

Please visit Vendo, our authorized reseller.

© Copyright 2012
Youjizz Premium

Webexpansion Cyprus Ltd., 33 Larnakos, Office 101, Nicosia - 1046, Cyprus
Johnsburg Ltd. 72 High Street, Haslemere, Surrey, UK, GU27 2LA
Manwin Billing MU Ltd, Suite 501, St James Court, St Denis Street, Port-Louis, Mauritius
Manwin Billing US Corp, 1209 Orange Street, Wilmington, DE- 19801, USA