

Ex 5 Server Stats

Open a FREE Account | Log in | Help

DomainTools

jizzhut.com | Whois Search | Search

More Domains
Reverse Whois
History Details
Get Notified
Trademark Monitor
Screenshot History

Lesbian Cams
Ebony Cams
Teen Cams
House Wife Cams
Big Tits Cams
Latina Cams
Asian Cams
Couple Cams
Pregnant Cams
BBW Cams
Mature Cams
Anal Cams
Group Sex Cams
Amateur Cams
Pornstar Cams
Huge Tits Cams
Big Ass Cams
Milf Cams
Lingerie Cams
Shemale Cams
Gay Cams

# Whois Record For jizzhut.com

Tweet | Like

Lesbian Cams | Ebony Cams | Teen Cams | House Wife Cams
Big Tits Cams | Latina Cams | Asian Cams | Couple Cams
Pregnant Cams | BBW Cams | Anal Cams | Group Sex Cams
Amateur Cams | Pornstar Cams | Shemale Cams | Gay Cams

Whois Record | Site Profile | Registration | **Server Stats** | My Whois

Server Type: Apache
IP Address: 216.18.239.118 Reverse-IP | Ping | DNS Lookup | Traceroute
ASN: **AS33569**
IP Location: **- United States - Allhostshop.com**
Response Code: 200
Domain Status: **Registered And Active Website**

**Country TLDs** | General TLDs

Available domains for registration:

- jizzhut.dk Register
- jizzhut.fr Register
- jizzhut.jp Register
- jizzhut.mx Register
- jizzhut.tw Register

Register All Selected >

## Related Results

**Public Arrest Records**
1) Enter Name and State. 2) Access Full Background Checks Instantly.
www.InstantCheckmate.com

**Investigate any Domain**
Free Domain and DNS reports. Owner info, provider info, page rank etc
www.abongo.com

**Woman is 51 But Looks 25**
Mom reveals simple wrinkle secret that has angered doctors...
ConsumerLifestyles.org

**Money Market Rates**
Get The Best Money Market Rates With Exclusive Online Offers.
firstcountybank.com

AdChoices Chitika | Opt out?

Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Careers | Contact Us | Site Map

© 2012 DomainTools, LLC All rights reserved.

Available on the App Store

**Open a FREE Account** | Log in | Help



moviesguy.com    Whois Search    Search

| More Domains | **Whois Record For MoviesGuy.com** | | | Tweet | Like |
|---|---|---|---|---|---|
| Reverse Whois | | | | | |
| History Details | Lesbian Cams | Ebony Cams | Teen Cams | House Wife Cams | |
| Get Notified | Big Tits Cams | Latina Cams | Asian Cams | Couple Cams | |
| Trademark Monitor | Pregnant Cams | BBW Cams | Anal Cams | Group Sex Cams | |
| Screenshot History | Amateur Cams | Pornstar Cams | Shemale Cams | Gay Cams | |

- Milf Cams
- Teen Cams
- Big Tits Cams
- Lesbian Cams
- Ebony Cams
- Couple Cams
- Pregnant Cams
- Latina Cams
- Asian Cams
- BBW Cams
- Mature Cams
- Anal Cams
- Group Sex Cams
- Amateur Cams
- Pornstar Cams
- Huge Tits Cams
- Big Ass Cams
- House Wife Cams
- Lingerie Cams
- Shemale Cams
- Gay Cams

Whois Record | Site Profile | Registration | **Server Stats** | My Whois

| | |
|---|---|
| Server Type: | Apache |
| IP Address: | 66.254.109.120   Reverse-IP   |   Ping   |   DNS Lookup   |   Traceroute |
| ASN: | AS29789 |
| IP Location: | - United States - Reflected Networks Inc |
| Response Code: | 200 |
| Domain Status: | **Registered And Active Website** |



**Country TLDs**  General TLDs

Available domains for registration:

| | |
|---|---|
| MoviesGuy.at | Register |
| MoviesGuy.ch | Register |
| MoviesGuy.dk | Register |
| MoviesGuy.es | Register |
| MoviesGuy.eu | Register |
| MoviesGuy.fr | Register |
| MoviesGuy.it | Register |
| MoviesGuy.jp | Register |
| MoviesGuy.mx | Register |
| MoviesGuy.pl | Register |

Register All Selected >   Show all (12) >

Ex 5 Server Stats

**Related Results**

Hot Penny Stock – BION
Why Savvy Investors Consider Agriculture "The Next Bull Cycle ".
BioNitrogen.com/Invest_Today

Investigate any Domain
Free Domain and DNS reports. Owner info, provider info, page rank etc
www.abongo.com

Quick Auto
Your Credit Connection, Buy-Here Pay-Here Used Cars for IN, IL, MI, OH
www.quickauto.com

Woman is 51 But Looks 25
Mom publishes simple wrinkle secret that has angered doctors...
ConsumerLifestyles.org

AdChoices Chitika | Opt out?

Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Careers | Contact Us | Site Map

© **2012 DomainTools, LLC** All rights reserved.





Ex 5 Server Stats

Open a FREE Account | Log in | Help

onlyjizz.com Whois Search Search

More Domains
Reverse Whois
History Details
Get Notified
Trademark Monitor
Screenshot History

Milf Cams
Teen Cams
Big Tits Cams
Lesbian Cams
Ebony Cams
Couple Cams
Pregnant Cams
Latina Cams
Asian Cams
BBW Cams
Mature Cams
Anal Cams
Group Sex Cams
Amateur Cams
Pornstar Cams
Huge Tits Cams
Big Ass Cams
House Wife Cams
Lingerie Cams
Shemale Cams
Gay Cams

## Whois Record For onlyjizz.com

Tweet Like

| Teen Cams | Big Tits Cams | Ebony Cams | House Wife Cams |
|---|---|---|---|
| Lesbian Cams | Couple Cams | Latina Cams | Asian Cams |
| Anal Cams | Pregnant Cams | BBW Cams | Huge Tits Cams |
| Group Sex Cams | Milf Cams | Shemale Cams | Gay Cams |

Whois Record | Site Profile | Registration | **Server Stats** | My Whois

Server Type: Apache
IP Address: 66.254.109.120 Reverse-IP | Ping | DNS Lookup | Traceroute
ASN: **AS29789**
IP Location: **- United States - Reflected Networks Inc**
Response Code: 200
Domain Status: **Registered And Active Website**

euroDNS GRAB YOUR .DE DOMAIN FOR ONLY 4EUR / $6.00* *For Indication Purposes DE PROMO

**Country TLDs** | General TLDs

Available domains for registration:

- onlyjizz.at Register
- onlyjizz.be Register
- onlyjizz.ch Register
- onlyjizz.cn Register
- onlyjizz.co.uk Register
- onlyjizz.dk Register
- onlyjizz.es Register
- onlyjizz.eu Register
- onlyjizz.fr Register
- onlyjizz.in Register

Register All Selected > Show all (18) >

$99/month TRY SEOmoz FREE! SEOmoz

onlyjizz.com - Porn Tube, You Porn, Free Porn Movies, Sex Videos, XX... http://whois.domaintools.com/onlyjizz.com

Ex 5 Server Stats

**Related Results**

Investigate any Domain
Free Domain and DNS reports. Owner info, provider info, page rank etc
www.abongo.com

Total Hedge Fund Services
Accounting, admin, tax, marketing, website, start up & more.
www.completehedge.com

Top Anti Aging up to -57%
Quality Anti Aging at great prices: Find Anti Aging & save up to 57%!
www.Anti-Aging.news72.com

Woman is 51 But Looks 25
Mom reveals simple wrinkle secret that has angered doctors...
ConsumerLifestyles.org

AdChoices

Chitika | Opt out?

Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Careers | Contact Us | Site Map

© **2012 DomainTools, LLC** All rights reserved.

Available on the
App Store

2 of 2 3/9/2012 12:45 PM





Ex 5 Server Stats

Open a FREE Account | Log in | Help

DomainTools

youjizz.com | Whois Search | Search

More Domains
Reverse Whois
History Details
Get Notified
Trademark Monitor
Screenshot History

## Whois Record For YouJizz.com

Tweet | Like 2

| | | | |
|---|---|---|---|
| Teen Cams | Big Tits Cams | Ebony Cams | House Wife Cams |
| Lesbian Cams | Couple Cams | Latina Cams | Asian Cams |
| Anal Cams | Pregnant Cams | BBW Cams | Huge Tits Cams |
| Group Sex Cams | Milf Cams | Shemale Cams | Gay Cams |

Lesbian Cams
Ebony Cams
Teen Cams
House Wife Cams
Big Tits Cams
Latina Cams
Asian Cams
Couple Cams
Pregnant Cams
BBW Cams
Mature Cams
Anal Cams
Group Sex Cams
Amateur Cams
Pornstar Cams
Huge Tits Cams
Big Ass Cams
Milf Cams
Lingerie Cams
Shemale Cams
Gay Cams

Whois Record | Site Profile | Registration | **Server Stats** | My Whois

Server Type: Apache
IP Address: 66.254.109.120 Reverse-IP | Ping | DNS Lookup | Traceroute
ASN: **AS29789**
IP Location: **- United States - Reflected Networks Inc**
Response Code: 200
Domain Status: **Registered And Active Website**

**Country TLDs** | General TLDs

Available domains for registration:

- YouJizz.jp Register
- YouJizz.tw Register

Register All Selected >

**Related Results**

**Investigate any Domain**
Free Domain and DNS reports. Owner info, provider info, page rank etc
www.abongo.com

**Quick Auto**
Your Credit Connection, Buy-Here Pay-Here Used Cars for IN, IL, MI, OH
www.quickauto.com

**Womans is 51 But Looks 25**
Mom publishes simple wrinkle secret that has angered doctors...
ConsumerLifestyles.org

**Learn how to invest**
Free articles, videos and lessons to teach you how to invest in stocks!
www.WealthLift.com

AdChoices Chitika | Opt out?

Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Careers | Contact Us | Site Map

© 2012 DomainTools, LLC All rights reserved.

Available on the App Store

Ex 5 Server Stats

Open a FREE Account | Log in | Help

DomainTools

jizzonline.com | Whois Search | Search

More Domains
Reverse Whois
History Details
Get Notified
Trademark Monitor
Screenshot History

## Whois Record For JizzOnline.com

Tweet | Like

| | | | |
|---|---|---|---|
| Teen Cams | Big Tits Cams | Ebony Cams | House Wife Cams |
| Lesbian Cams | Couple Cams | Latina Cams | Asian Cams |
| Anal Cams | Pregnant Cams | BBW Cams | Huge Tits Cams |
| Group Sex Cams | Milf Cams | Shemale Cams | Gay Cams |

Milf Cams
Teen Cams
Big Tits Cams
Lesbian Cams
Ebony Cams
Couple Cams
Pregnant Cams
Latina Cams
Asian Cams
BBW Cams
Mature Cams
Anal Cams
Group Sex Cams
Amateur Cams
Pornstar Cams
Huge Tits Cams
Big Ass Cams
House Wife Cams
Lingerie Cams
Shemale Cams
Gay Cams

Whois Record | Site Profile | Registration | **Server Stats** | My Whois

| | |
|---|---|
| Server Type: | Apache |
| IP Address: | 66.254.109.120 Reverse-IP \| Ping \| DNS Lookup \| Traceroute |
| ASN: | **AS29789** |
| IP Location: | **- United States - Reflected Networks Inc** |
| Response Code: | 200 |
| Domain Status: | **Registered And Active Website** |

**Country TLDs** | General TLDs

Available domains for registration:

- JizzOnline.at — Register
- JizzOnline.co.uk — Register
- JizzOnline.dk — Register
- JizzOnline.fr — Register
- JizzOnline.jp — Register
- JizzOnline.mx — Register
- JizzOnline.se — Register
- JizzOnline.tw — Register

Register All Selected >

**Related Results**

**Investigate any Domain**
Free Domain and DNS reports. Owner info, provider info, page rank etc
www.abongo.com

**Woman is 51 But Looks 25**
Mom publishes simple wrinkle secret that has angered doctors...
ConsumerLifestyles.org

**Local What Is Mutual Fund**
Find What Is Mutual Fund Near You. See Actual Customer Reviews!
Local.com

**ING DIRECT Investing**
Buy Stocks for $4 - No Minimums. $50 Account Bonus. Learn More!
www.sharebuilder.com/ingdirect

AdChoices Chitika | Opt out?

Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Careers | Contact Us | Site Map



© **2012 DomainTools, LLC** All rights reserved.



Ex 5 Server Stats

jizzbo.com Whois Search Search

## Whois Record For JizzBo.com

Tweet Like

Teen Cams | Big Tits Cams | Ebony Cams | House Wife Cams
Lesbian Cams | Couple Cams | Latina Cams | Asian Cams
Anal Cams | Pregnant Cams | BBW Cams | Huge Tits Cams
Group Sex Cams | Milf Cams | Shemale Cams | Gay Cams

House Wife Cams
Lesbian Cams
Ebony Cams
Teen Cams
Big Tits Cams
Couple Cams
Pregnant Cams
Latina Cams
Asian Cams
BBW Cams
Mature Cams
Anal Cams
Group Sex Cams
Amateur Cams
Pornstar Cams
Huge Tits Cams
Big Ass Cams
Milf Cams
Lingerie Cams
Shemale Cams
Gay Cams

Whois Record | Site Profile | Registration | **Server Stats** | My Whois

| | |
|---|---|
| Server Type: | Apache |
| IP Address: | 66.254.109.120 Reverse-IP \| Ping \| DNS Lookup \| Traceroute |
| ASN: | **AS29789** |
| IP Location: | **- United States - Reflected Networks Inc** |
| Response Code: | 200 |
| Domain Status: | **Registered And Active Website** |

euroDNS GRAB YOUR .ES DOMAIN FOR ONLY 5EUR / $7.50* *For Indication Purposes .ES PROMO

**Country TLDs** | General TLDs

Available domains for registration:

- JizzBo.at Register
- JizzBo.be Register
- JizzBo.ch Register
- JizzBo.co.uk Register
- JizzBo.dk Register
- JizzBo.es Register
- JizzBo.eu Register
- JizzBo.fr Register
- JizzBo.in Register
- JizzBo.it Register

**Register All Selected >** **Show all** (16) >

solve your SEO puzzle TRY SEOmoz PRO SEOmoz

Ex 5 Server Stats

**Related Results**

**Investigate any Domain**
Free Domain and DNS reports. Owner info, provider info, page rank etc
www.abongo.com

**Quick Auto**
Your Credit Connection, Buy-Here Pay-Here Used Cars for IN, IL, MI, OH
www.quickauto.com

**Womans is 51 But Looks 25**
Mom publishes simple wrinkle secret that has angered doctors...
ConsumerLifestyles.org

**Learn how to invest**
Free articles, videos and lessons to teach you how to invest in stocks!
www.WealthLift.com

AdChoices Chitika | Opt out?

Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Careers | Contact Us | Site Map

© **2012 DomainTools, LLC** All rights reserved.

