

**Open a FREE Account** | Log in  |  Help

jizzbo.com    Whois Search    Search

More Domains
Reverse Whois
History Details
Get Notified
Trademark Monitor
Screenshot History

## Whois Record For JizzBo.com

Tweet    Like

| Teen Cams | Big Tits Cams | Ebony Cams | House Wife Cams |
| Lesbian Cams | Couple Cams | Latina Cams | Asian Cams |
| Anal Cams | Pregnant Cams | BBW Cams | Huge Tits Cams |
| Group Sex Cams | Milf Cams | Shemale Cams | Gay Cams |

House Wife Cams
Lesbian Cams
Ebony Cams
Teen Cams
Big Tits Cams
Couple Cams
Pregnant Cams
Latina Cams
Asian Cams
BBW Cams
Mature Cams
Anal Cams
Group Sex Cams
Amateur Cams
Pornstar Cams
Huge Tits Cams
Big Ass Cams
Milf Cams
Lingerie Cams
Shemale Cams
Gay Cams

**Whois Record**  Site Profile  Registration  Server Stats  My Whois

Reverse Whois:  **"Domains By Proxy, LLC" was found in about 9,704,335 other domains**
Registrar History:  **2 registrars** with **3** drops.
NS History:  **6 changes** on **5** unique name servers over **7** years.
IP History:  **9 changes** on **7** unique IP addresses over **7** years.
Whois History:  **639 records** have been archived **since 2007-10-23** .
Reverse IP:  **6 other sites** hosted on this server.

Log In or Create a FREE account to start monitoring this domain name

**DomainTools for Windows®**
Now you can access domain ownership records anytime, anywhere... **right from your own desktop!**   Download Now>

```
Registrant:
    Domains By Proxy, LLC

    Registered through: GoDaddy.com, LLC (http://www.godaddy.com)
    Domain Name: JIZZBO.COM

    Domain servers in listed order:
       NS1.SWIFTCO.NET
       NS2.SWIFTCO.NET
```

You must **Register** or **Log in** to view the Whois record for this domain name



**Country TLDs**  General TLDs

Available domains for registration:

| JizzBo.at | Register |
| JizzBo.be | Register |
| JizzBo.ch | Register |
| JizzBo.co.uk | Register |
| JizzBo.dk | Register |
| JizzBo.es | Register |
| JizzBo.eu | Register |
| JizzBo.fr | Register |
| JizzBo.in | Register |
| JizzBo.it | Register |

**Register All Selected >**    Show all (16) >



Case 2:12-cv-01101-SPL   Document 19-6   Filed 08/21/12   Page 2 of 5

Ex 6 Registrations

**Related Results**


**Investigate any Domain**
Free Domain and DNS reports. Owner info, provider info, page rank etc
www.abongo.com


**Quick Auto**
Your Credit Connection, Buy-Here Pay-Here Used Cars for IN, IL, MI, OH
www.quickauto.com


**Womans is 51 But Looks 25**
Mom publishes simple wrinkle secret that has angered doctors...
ConsumerLifestyles.org


**Learn how to invest**
Free articles, videos and lessons to teach you how to invest in stocks!
www.WealthLift.com

AdChoices ▷                Chitika | Opt out? 🔍

Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Careers | Contact Us | Site Map

© **2012 DomainTools, LLC** All rights reserved.





Open a FREE Account | Log in | Help

DomainTools

jizzonline.com | Whois Search | Search

More Domains
Reverse Whois
History Details
Get Notified
Trademark Monitor
Screenshot History

Milf Cams
Teen Cams
Big Tits Cams
Lesbian Cams
Ebony Cams
Couple Cams
Pregnant Cams
Latina Cams
Asian Cams
BBW Cams
Mature Cams
Anal Cams
Group Sex Cams
Amateur Cams
Pornstar Cams
Huge Tits Cams
Big Ass Cams
House Wife Cams
Lingerie Cams
Shemale Cams
Gay Cams

## Whois Record For JizzOnline.com

Tweet | Like

| | | | |
|---|---|---|---|
| Teen Cams | Big Tits Cams | Ebony Cams | House Wife Cams |
| Lesbian Cams | Couple Cams | Latina Cams | Asian Cams |
| Anal Cams | Pregnant Cams | BBW Cams | Huge Tits Cams |
| Group Sex Cams | Milf Cams | Shemale Cams | Gay Cams |

**Whois Record** | Site Profile | Registration | Server Stats | My Whois

| | |
|---|---|
| Reverse Whois: | **"Domains By Proxy, LLC" was found in about 9,704,335 other domains** |
| Registrar History: | 1 registrar |
| NS History: | 5 changes on **6** unique name servers over **7** years. |
| IP History: | 10 changes on **9** unique IP addresses over **7** years. |
| Whois History: | 745 records have been archived **since 2005-05-30** . |
| Reverse IP: | 6 other sites hosted on this server. |

Log In or Create a FREE account to start monitoring this domain name

```
Registrant:
   Domains By Proxy, LLC

   Registered through: GoDaddy.com, LLC (http://www.godaddy.com)
   Domain Name: JIZZONLINE.COM

   Domain servers in listed order:
      NS1.SWIFTCO.NET
      NS2.SWIFTCO.NET
```

**You must Register or Log in to view the Whois record for this domain name**

**Country TLDs** | General TLDs

Available domains for registration:

| | |
|---|---|
| JizzOnline.at | Register |
| JizzOnline.co.uk | Register |
| JizzOnline.dk | Register |
| JizzOnline.fr | Register |
| JizzOnline.jp | Register |
| JizzOnline.mx | Register |
| JizzOnline.se | Register |
| JizzOnline.tw | Register |

Register All Selected >

**Related Results**

**Investigate any Domain**
Free Domain and DNS reports. Owner info, provider info, page rank etc
www.abongo.com

**Woman is 51 But Looks 25**
Mom publishes simple wrinkle secret that has angered doctors...
ConsumerLifestyles.org

**Local What Is Mutual Fund**
Find What Is Mutual Fund Near You. See Actual Customer Reviews!
Local.com

**ING DIRECT Investing**
Buy Stocks for $4 - No Minimums. $50 Account Bonus. Learn More!
www.sharebuilder.com/ingdirect

AdChoices Chitika | Opt out?

Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Careers | Contact Us | Site Map

Case 2:12-cv-01101-SPL Document 19-6 Filed 08/21/12 Page 4 of 5

Ex 6 Registrations

© **2012 DomainTools, LLC** All rights reserved.



Ex 6 Registrations

Open a FREE Account | Log in | Help



youjizz.com | Whois Search | Search

More Domains
Reverse Whois
History Details
Get Notified
Trademark Monitor
Screenshot History

## Whois Record For YouJizz.com

Tweet | Like 2

| Teen Cams | Big Tits Cams | Ebony Cams | House Wife Cams |
| Lesbian Cams | Couple Cams | Latina Cams | Asian Cams |
| Anal Cams | Pregnant Cams | BBW Cams | Huge Tits Cams |
| Group Sex Cams | Milf Cams | Shemale Cams | Gay Cams |

- Lesbian Cams
- Ebony Cams
- Teen Cams
- House Wife Cams
- Big Tits Cams
- Latina Cams
- Asian Cams
- Couple Cams
- Pregnant Cams
- BBW Cams
- Mature Cams
- Anal Cams
- Group Sex Cams
- Amateur Cams
- Pornstar Cams
- Huge Tits Cams
- Big Ass Cams
- Milf Cams
- Lingerie Cams
- Shemale Cams
- Gay Cams

**Whois Record**  Site Profile  Registration  Server Stats  My Whois

Reverse Whois:   **"Domains By Proxy, LLC" was found in about 9,704,335 other domains**
Registrar History:  **3 registrars** with **3** drops.
NS History:   **13 changes** on **14** unique name servers over **5** years.
IP History:   **13 changes** on **8** unique IP addresses over **5** years.
Whois History:  **1,098 records** have been archived since **2007-10-24** .
Reverse IP:   **6 other sites** hosted on this server.

Log In or Create a FREE account to start monitoring this domain name



```
Registrant:
   Domains By Proxy, LLC

   Registered through: GoDaddy.com, LLC (http://www.godaddy.com)
   Domain Name: YOUJIZZ.COM

   Domain servers in listed order:
      NS1.SWIFTCO.NET
      NS2.SWIFTCO.NET
```



**Country TLDs**   General TLDs

Available domains for registration:

☐ YouJizz.jp    Register
☐ YouJizz.tw    Register

**Register All Selected >**





**Related Results**


**Investigate any Domain**
Free Domain and DNS reports. Owner info, provider info, page rank etc
www.abongo.com


**Quick Auto**
Your Credit Connection, Buy-Here Pay-Here Used Cars for IN, IL, MI, OH
www.quickauto.com


**Womans is 51 But Looks 25**
Mom publishes simple wrinkle secret that has angered doctors...
ConsumerLifestyles.org


**Learn how to invest**
Free articles, videos and lessons to teach you how to invest in stocks!
www.WealthLift.com

   Chitika | Opt out? 

Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Careers | Contact Us | Site Map

© 2012 DomainTools, LLC All rights reserved.

