Ex 7 GoDaddy Terms

**C LOSE  W INDOW**                                                                                                **P RINT**

# GO DADDY
# TERMS OF USE

**Last Revised: August 5, 2011**

**PLEASE READ THESE TERMS OF USE CAREFULLY, AS THEY CONTAIN IMPORTANT INFORMATION REGARDING YOUR LEGAL RIGHTS AND REMEDIES.**

## 1. OVERVIEW

Welcome to this website (this "Site"), which is owned and operated by GoDaddy.com, LLC, a Delaware limited liability company ("Go Daddy").  These Terms of Use (these "Terms of Use") set forth the terms and conditions of your use of this Site and the products and services (individually and collectively, the "Services") found at this Site.

Whether you are simply browsing this Site or are a Go Daddy customer, your use of this Site signifies that you have read, understand, acknowledge and agree to be bound by these Terms of Use, along with the following policies and agreements, which are incorporated herein by reference:

- Privacy Policy
- Anti-Spam Policy
- Civil Subpoena Policy
- Criminal Subpoena Policy
- Dispute On Transfer Away Form
- Uniform Domain Name Dispute Resolution Policy
- ICANN Transfer Dispute Resolution Policy
- Trademark and/or Copyright Infringement Policy
- Brand Guidelines
- Permissions Policy

The terms "we", "us" or "our" shall refer to Go Daddy.  The terms "you", "your", "User" or "customer" shall refer to any individual or entity who accepts these Terms of Use by using this Site or the Services found at this Site.  Nothing in these Terms of Use shall be deemed to confer any third-party rights or benefits.

Go Daddy, in its sole and absolute discretion, may change or modify these Terms of Use, and any policies or agreements which are incorporated herein, at any time, and such changes or modifications shall be effective immediately upon posting to this Site.  You acknowledge and agree that (i) Go Daddy may notify you of such changes or modifications by posting them to this Site and (ii) your use of this Site or the Services found at this Site after such changes or modifications have been made (as indicated by the "Last Revised" date at the top of this page) shall constitute your acceptance of these Terms of Use as last revised.  If you do not agree to be bound by these Terms of Use as last revised, do not use (or continue to use) this Site or the Services found at this Site.

## 2. ELIGIBILITY; AUTHORITY

This Site and the Services found at this Site are available only to Users who can form legally binding contracts under applicable law.  By using this Site or the Services found at this Site, you represent and warrant that you are (i) at least eighteen (18) years of age and/or (ii) otherwise recognized as being able to form legally binding contracts under applicable law.

If you are agreeing to these Terms of Use on behalf of a corporate entity, you represent and warrant

that you have the legal authority to bind such corporate entity to these Terms of Use, in which case the terms "you", "your", "User" or "customer" shall refer to such corporate entity. If, after your agreement to these Terms of Use, Go Daddy finds that you do not have the legal authority to bind such corporate entity, you will be personally responsible for the obligations contained in these Terms of Use. Go Daddy shall not be liable for any loss or damage resulting from Go Daddy's reliance on any instruction, notice, document or communication reasonably believed by Go Daddy to be genuine and originating from an authorized representative of your corporate entity. If there is reasonable doubt about the authenticity of any such instruction, notice, document or communication, Go Daddy reserves the right (but undertakes no duty) to require additional authentication from you.

## 3. ACCOUNTS; TRANSFER OF DATA ABROAD

<u>Accounts</u>.  In order to access some of the features of this Site or use some of the Services found at this Site, you will have to create an account (an "<u>Account</u>"). You represent and warrant to Go Daddy that all information you submit when you create your Account is accurate, current and complete, and that you will keep your Account information accurate, current and complete.  If Go Daddy has reason to believe that your Account information is untrue, inaccurate, out-of-date or incomplete, Go Daddy reserves the right, in its sole and absolute discretion, to suspend or terminate your Account.  You are solely responsible for the activity that occurs on your Account, whether authorized by you or not, and you must keep your Account information secure, including without limitation your customer number/login, password, payment method(s), and shopper PIN.  For security purposes, Go Daddy recommends that you change your password and shopper PIN at least once every six (6) months for each Account you have with Go Daddy.  You must notify Go Daddy immediately of any breach of security or unauthorized use of your Account. Go Daddy will not be liable for any loss you incur due to any unauthorized use of your Account. You, however, may be liable for any loss Go Daddy or others incur caused by your Account, whether caused by you, or by an authorized person, or by an unauthorized person.

<u>Transfer of Data Abroad</u>.  If you are visiting this Site from a country other than the country in which our servers are located, your communications with us may result in the transfer of information (including your Account information) across international boundaries.  By visiting this Site and communicating electronically with us, you consent to such transfers.

## 4. GENERAL RULES OF CONDUCT

You acknowledge and agree that:

  i. Your use of this Site and the Services found at this Site, including any content you submit, will comply with these Terms of Use and all applicable local, state, national and international laws, rules and regulations.
 ii. You will not impersonate another User or any other person or entity, or submit content on behalf of another User or any other person or entity, without their express prior written consent.
iii. You will not collect or harvest (or permit anyone else to collect or harvest) any User Content (as defined below) or any non-public or personally identifiable information about another User or any other person or entity without their express prior written consent.
 iv. You will not use this Site or the Services found at this Site in a manner (as determined by Go Daddy in its sole and absolute discretion) that:

   - Is illegal, or promotes or encourages illegal activity;
   - Promotes, encourages or engages in defamatory, harassing, abusive or otherwise objectionable behavior;
   - Promotes, encourages or engages in child pornography or the exploitation of children;
   - Promotes, encourages or engages in hate speech, hate crime, terrorism, violence against people, animals, or property, or intolerance of or against any protected class;

- Promotes, encourages or engages in any spam or other unsolicited bulk email, or computer or network hacking or cracking;
- Violates the Ryan Haight Online Pharmacy Consumer Protection Act of 2008 or similar legislation, or promotes, encourages or engages in the sale or distribution of prescription medication without a valid prescription;
- Infringes on the intellectual property rights of another User or any other person or entity;
- Violates the privacy or publicity rights of another User or any other person or entity, or breaches any duty of confidentiality that you owe to another User or any other person or entity;
- Interferes with the operation of this Site or the Services found at this Site;
- Contains or installs any viruses, worms, bugs, Trojan horses or other code, files or programs designed to, or capable of, disrupting, damaging or limiting the functionality of any software or hardware; or
- Contains false or deceptive language, or unsubstantiated or comparative claims, regarding Go Daddy or Go Daddy's Services.

v. You will not copy or distribute in any medium any part of this Site or the Services found at this Site, except where expressly authorized by Go Daddy.

vi. You will not modify or alter any part of this Site or the Services found at this Site or any of its related technologies.

vii. You will not access Go Daddy Content (as defined below) or User Content through any technology or means other than through this Site itself, or as Go Daddy may designate.

viii. You agree to back-up all of your User Content so that you can access and use it when needed. Go Daddy does not warrant that it backs-up any Account or User Content, and you agree to accept as a risk the loss of any and all of your User Content.

ix. You will not use this Site or the Services found at this Site, including any of Go Daddy's related technologies, for any commercial use without Go Daddy's express prior written consent.

Go Daddy reserves the right to modify, change, or discontinue any aspect of this Site or the Services found at this Site, including without limitation prices and fees for the same, at any time.

## 5. YOUR USE OF GO DADDY CONTENT AND USER CONTENT

In addition to the general rules above, the provisions in this Section 5 apply specifically to your use of Go Daddy Content and User Content posted to Go Daddy's corporate websites (i.e., those sites which Go Daddy directly controls or maintains). The applicable provisions are not intended to and do not have the effect of transferring any ownership or licensed rights (including intellectual property rights) you may have in content posted to your hosted websites.

<u>Go Daddy Content</u>. Except for User Content, the content on this Site and the Services found at this Site, including without limitation the text, software, scripts, source code, API, graphics, photos, sounds, music, videos and interactive features and the trademarks, service marks and logos contained therein ("<u>Go Daddy Content</u>"), are owned by or licensed to Go Daddy in perpetuity, and are subject to copyright, trademark, and/or patent protection in the United States and foreign countries, and other intellectual property rights under United States and foreign laws. Go Daddy Content is provided to you "as is", "as available" and "with all faults" for your information and personal, non-commercial use only and may not be downloaded, copied, reproduced, distributed, transmitted, broadcast, displayed, sold, licensed, or otherwise exploited for any purposes whatsoever without the express prior written consent of Go Daddy. No right or license under any copyright, trademark, patent, or other proprietary right or license is granted by these Terms of Use. Go Daddy reserves all rights not expressly granted in and to the Go Daddy Content, this Site and the Services found at this Site, and these Terms of Use do not transfer ownership of any of these rights.

<u>User Content</u>. Some of the features of this Site or the Services found at this Site may allow Users to

view, post, publish, share, store, or manage (a) ideas, opinions, recommendations, or advice ("User Submissions"), or (b) literary, artistic, musical, or other content, including but not limited to photos and videos (together with User Submissions, "User Content"). By posting or publishing User Content to this Site or to the Services found at this Site, you represent and warrant to Go Daddy that (i) you have all necessary rights to distribute User Content via this Site or via the Services found at this Site, either because you are the author of the User Content and have the right to distribute the same, or because you have the appropriate distribution rights, licenses, consents, and/or permissions to use, in writing, from the copyright or other owner of the User Content, and (ii) you do not violate the rights of any third party.

*Security*. You agree not to circumvent, disable or otherwise interfere with the security-related features of this Site or the Services found at this Site (including without limitation those features that prevent or restrict use or copying of any Go Daddy Content or User Content) or enforce limitations on the use of this Site or the Services found at this Site, the Go Daddy Content or the User Content therein.

## 6. GO DADDY'S USE OF USER CONTENT

The provisions in this Section 6 apply specifically to Go Daddy's use of User Content posted to Go Daddy's corporate websites (i.e., those sites which Go Daddy directly controls or maintains). The applicable provisions are not intended to and do not have the effect of transferring any ownership or licensed rights (including intellectual property rights) you may have in content posted to your hosted websites.

*Generally*. You shall be solely responsible for any and all of your User Content or User Content that is submitted through your Account, and the consequences of, and requirements for, distributing it.

*With Respect to User Submissions*. You acknowledge and agree that:

  i. Your User Submissions are entirely voluntary.
  ii. Your User Submissions do not establish a confidential relationship or obligate Go Daddy to treat your User Submissions as confidential or secret.
  iii. Go Daddy has no obligation, either express or implied, to develop or use your User Submissions, and no compensation is due to you or to anyone else for any intentional or unintentional use of your User Submissions.
  iv. Go Daddy may be working on the same or similar content, it may already know of such content from other sources, it may simply wish to develop this (or similar) content on its own, or it may have taken / will take some other action.

Go Daddy shall own exclusive rights (including all intellectual property and other proprietary rights) to any User Submissions posted to this Site, and shall be entitled to the unrestricted use and dissemination of any User Submissions posted to this Site for any purpose, commercial or otherwise, without acknowledgment or compensation to you or to anyone else.

*With Respect to User Content (Other Than User Submissions)*.

If you have a website hosted by Go Daddy or another service provider, you shall retain all of your ownership or licensed rights in User Content posted to your website.

However, if you post or publish your User Content to this Site, you authorize Go Daddy to use the intellectual property and other proprietary rights in and to your User Content to enable inclusion and use of the User Content in the manner contemplated by this Site and these Terms of Use. Accordingly, you hereby grant Go Daddy a worldwide, non-exclusive, royalty-free, sublicensable (through multiple tiers), and transferable license to use, reproduce, distribute, prepare derivative works of, combine with other works, display, and perform your User Content in connection with this Site and Go Daddy's (and Go Daddy's affiliates') business(es), including without limitation for promoting and redistributing all or part of this Site in any media formats and through any media channels without restrictions of any kind and without payment or other consideration of any kind, or permission or notification, to you or any third party. You also hereby grant each User of this Site a

Case 2:12-cv-01101-SPL   Document 19-7   Filed 08/21/12   Page 5 of 15

non-exclusive license to access your User Content (with the exception of User Content that you designate "private" or "password protected") through this Site, and to use, reproduce, distribute, prepare derivative works of, combine with other works, display, and perform your User Content as permitted through the functionality of this Site and under these Terms of Use. The above licenses granted by you in your User Content terminate within a commercially reasonable time after you remove or delete your User Content from this Site. You understand and agree, however, that Go Daddy may retain (but not distribute, display, or perform) server copies of your User Content that have been removed or deleted. The above licenses granted by you in your User Content are perpetual and irrevocable.  Notwithstanding anything to the contrary contained herein, Go Daddy shall not use any User Content that has been designated "private" or "password protected" by you for the purpose of promoting this Site or Go Daddy's (or Go Daddy's affiliates') business(es).

## 7. MONITORING OF CONTENT; ACCOUNT TERMINATION POLICY

Go Daddy generally does not pre-screen User Content (whether posted to a website hosted by Go Daddy or posted to this Site).  However, Go Daddy reserves the right (but undertakes no duty) to do so and decide whether any item of User Content is appropriate and/or complies with these Terms of Use. Go Daddy may remove any item of User Content (whether posted to a website hosted by Go Daddy or posted to this Site) and/or terminate a User's access to this Site or the Services found at this Site for posting or publishing any material in violation of these Terms of Use, or for otherwise violating these Terms of Use (as determined by Go Daddy in its sole and absolute discretion), at any time and without prior notice. Go Daddy may also terminate a User's access to this Site or the Services found at this Site if Go Daddy has reason to believe the User is a repeat offender.  If Go Daddy terminates your access to this Site or the Services found at this Site, Go Daddy may, in its sole and absolute discretion, remove and destroy any data and files stored by you on its servers.

## 8. ADDITIONAL RESERVATION OF RIGHTS

Go Daddy expressly reserves the right to deny, cancel, terminate, suspend, lock, or modify access to (or control of) any Account or Services (including the right to cancel or transfer any domain name registration) for any reason (as determined by Go Daddy in its sole and absolute discretion), including but not limited to the following: (i) to correct mistakes made by Go Daddy in offering or delivering any Services (including any domain name registration), (ii) to protect the integrity and stability of, and correct mistakes made by, any domain name registry, (iii) to assist with our fraud and abuse detection and prevention efforts, (iv) to comply with applicable local, state, national and international laws, rules and regulations, (v) to comply with requests of law enforcement, including subpoena requests, (vi) to comply with any dispute resolution process, (vii) to defend any legal action or threatened legal action without consideration for whether such legal action or threatened legal action is eventually determined to be with or without merit, or (viii) to avoid any civil or criminal liability on the part of Go Daddy, its officers, directors, employees and agents, as well as Go Daddy's affiliates.

Go Daddy expressly reserves the right to review every Account for excessive space and bandwidth utilization, and to terminate or apply additional fees to those Accounts that exceed allowed levels.

## 9. NO SPAM; LIQUIDATED DAMAGES

You acknowledge you have read, understand and agree to be bound by Go Daddy's Anti-Spam Policy referenced above and available here.  You agree Go Daddy may immediately terminate any Account which it believes, in its sole and absolute discretion, is transmitting or is otherwise connected with any spam or other unsolicited bulk email. In addition, if actual damages cannot be reasonably calculated then you agree to pay Go Daddy liquidated damages in the amount of $1.00 for each piece of spam or unsolicited bulk email transmitted from or otherwise connected with your Account.

## 10. TRADEMARK AND/OR COPYRIGHT CLAIMS

Go Daddy supports the protection of intellectual property.  If you would like to submit (i) a trademark claim for violation of a mark on which you hold a valid, registered trademark or service mark, or (ii) a copyright claim for material on which you hold a bona fide copyright, please refer to Go Daddy's

Trademark and/or Copyright Infringement Policy referenced above and available here.

## 11. LINKS TO THIRD-PARTY WEBSITES

This Site and the Services found at this Site may contain links to third-party websites that are not owned or controlled by Go Daddy. Go Daddy assumes no responsibility for the content, terms and conditions, privacy policies, or practices of any third-party websites. In addition, Go Daddy does not censor or edit the content of any third-party websites. By using this Site or the Services found at this Site, you expressly release Go Daddy from any and all liability arising from your use of any third-party website. Accordingly, Go Daddy encourages you to be aware when you leave this Site or the Services found at this Site and to review the terms and conditions, privacy policies, and other governing documents of each other website that you may visit.

## 12. DISCLAIMER OF REPRESENTATIONS AND WARRANTIES

YOU SPECIFICALLY ACKNOWLEDGE AND AGREE THAT YOUR USE OF THIS SITE AND THE SERVICES FOUND AT THIS SITE SHALL BE AT YOUR OWN RISK AND THAT THIS SITE AND THE SERVICES FOUND AT THIS SITE ARE PROVIDED "AS IS", "AS AVAILABLE" AND "WITH ALL FAULTS". GO DADDY, ITS OFFICERS, DIRECTORS, EMPLOYEES, AND AGENTS DISCLAIM ALL WARRANTIES, STATUTORY, EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, ANY IMPLIED WARRANTIES OF TITLE, MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE AND NON-INFRINGEMENT. GO DADDY, ITS OFFICERS, DIRECTORS, EMPLOYEES, AND AGENTS MAKE NO REPRESENTATIONS OR WARRANTIES ABOUT (I) THE ACCURACY, COMPLETENESS, OR CONTENT OF THIS SITE, (II) THE ACCURACY, COMPLETENESS, OR CONTENT OF ANY SITES LINKED (THROUGH HYPERLINKS, BANNER ADVERTISING OR OTHERWISE) TO THIS SITE, AND/OR (III) THE SERVICES FOUND AT THIS SITE OR ANY SITES LINKED (THROUGH HYPERLINKS, BANNER ADVERTISING OR OTHERWISE) TO THIS SITE, AND GO DADDY ASSUMES NO LIABILITY OR RESPONSIBILITY FOR THE SAME.

IN ADDITION, YOU SPECIFICALLY ACKNOWLEDGE AND AGREE THAT NO ORAL OR WRITTEN INFORMATION OR ADVICE PROVIDED BY GO DADDY, ITS OFFICERS, DIRECTORS, EMPLOYEES, OR AGENTS (INCLUDING WITHOUT LIMITATION ITS CALL CENTER OR CUSTOMER SERVICE REPRESENTATIVES) WILL (I) CONSTITUTE LEGAL OR FINANCIAL ADVICE OR (II) CREATE A WARRANTY OF ANY KIND WITH RESPECT TO THIS SITE OR THE SERVICES FOUND AT THIS SITE, AND USERS SHOULD NOT RELY ON ANY SUCH INFORMATION OR ADVICE.

THE FOREGOING DISCLAIMER OF REPRESENTATIONS AND WARRANTIES SHALL APPLY TO THE FULLEST EXTENT PERMITTED BY LAW, AND SHALL SURVIVE ANY TERMINATION OR EXPIRATION OF THESE TERMS OF USE OR YOUR USE OF THIS SITE OR THE SERVICES FOUND AT THIS SITE.

## 13. LIMITATION OF LIABILITY

IN NO EVENT SHALL GO DADDY, ITS OFFICERS, DIRECTORS, EMPLOYEES, OR AGENTS BE LIABLE TO YOU OR ANY OTHER PERSON OR ENTITY FOR ANY DIRECT, INDIRECT, INCIDENTAL, SPECIAL, PUNITIVE, OR CONSEQUENTIAL DAMAGES WHATSOEVER, INCLUDING ANY THAT MAY RESULT FROM (I) THE ACCURACY, COMPLETENESS, OR CONTENT OF THIS SITE, (II) THE ACCURACY, COMPLETENESS, OR CONTENT OF ANY SITES LINKED (THROUGH HYPERLINKS, BANNER ADVERTISING OR OTHERWISE) TO THIS SITE, (III) THE SERVICES FOUND AT THIS SITE OR ANY SITES LINKED (THROUGH HYPERLINKS, BANNER ADVERTISING OR OTHERWISE) TO THIS SITE, (IV) PERSONAL INJURY OR PROPERTY DAMAGE OF ANY NATURE WHATSOEVER, (V) THIRD-PARTY CONDUCT OF ANY NATURE WHATSOEVER, (VI) ANY UNAUTHORIZED ACCESS TO OR USE OF OUR SERVERS AND/OR ANY AND ALL CONTENT, PERSONAL INFORMATION, FINANCIAL INFORMATION OR OTHER INFORMATION AND DATA STORED THEREIN, (VII) ANY INTERRUPTION OR CESSATION OF SERVICES TO OR FROM THIS SITE OR ANY SITES LINKED (THROUGH HYPERLINKS, BANNER ADVERTISING OR OTHERWISE) TO THIS SITE, (VIII) ANY VIRUSES, WORMS, BUGS, TROJAN HORSES, OR THE LIKE, WHICH MAY BE TRANSMITTED TO OR FROM THIS SITE OR ANY SITES LINKED (THROUGH HYPERLINKS, BANNER ADVERTISING

OR OTHERWISE) TO THIS SITE, (IX) ANY USER CONTENT OR CONTENT THAT IS DEFAMATORY, HARASSING, ABUSIVE, HARMFUL TO MINORS OR ANY PROTECTED CLASS, PORNOGRAPHIC, "X-RATED", OBSCENE OR OTHERWISE OBJECTIONABLE, AND/OR (X) ANY LOSS OR DAMAGE OF ANY KIND INCURRED AS A RESULT OF YOUR USE OF THIS SITE OR THE SERVICES FOUND AT THIS SITE, WHETHER BASED ON WARRANTY, CONTRACT, TORT, OR ANY OTHER LEGAL OR EQUITABLE THEORY, AND WHETHER OR NOT GO DADDY IS ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.

IN ADDITION, YOU SPECIFICALLY ACKNOWLEDGE AND AGREE THAT ANY CAUSE OF ACTION ARISING OUT OF OR RELATED TO THIS SITE OR THE SERVICES FOUND AT THIS SITE MUST BE COMMENCED WITHIN ONE (1) YEAR AFTER THE CAUSE OF ACTION ACCRUES, OTHERWISE SUCH CAUSE OF ACTION SHALL BE PERMANENTLY BARRED.

IN ADDITION, YOU SPECIFICALLY ACKNOWLEDGE AND AGREE THAT IN NO EVENT SHALL GO DADDY'S TOTAL AGGREGATE LIABILITY EXCEED THE TOTAL AMOUNT PAID BY YOU FOR THE PARTICULAR SERVICES THAT ARE THE SUBJECT OF THE CAUSE OF ACTION.

THE FOREGOING LIMITATION OF LIABILITY SHALL APPLY TO THE FULLEST EXTENT PERMITTED BY LAW, AND SHALL SURVIVE ANY TERMINATION OR EXPIRATION OF THESE TERMS OF USE OR YOUR USE OF THIS SITE OR THE SERVICES FOUND AT THIS SITE.

## 14. INDEMNITY

You agree to protect, defend, indemnify and hold harmless Go Daddy and its officers, directors, employees, and agents, from and against any and all claims, demands, costs, expenses, losses, liabilities and damages of every kind and nature (including, without limitation, reasonable attorneys' fees) imposed upon or incurred by Go Daddy directly or indirectly arising from (i) your use of and access to this Site or the Services found at this Site; (ii) your violation of any provision of these Terms of Use or the policies or agreements which are incorporated herein; and/or (iii) your violation of any third-party right, including without limitation any intellectual property or other proprietary right. The indemnification obligations under this section shall survive any termination or expiration of these Terms of Use or your use of this Site or the Services found at this Site.

## 15. SUCCESSORS AND ASSIGNS

These Terms of Use shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors and assigns.

## 16. NO THIRD-PARTY BENEFICIARIES

Nothing in these Terms of Use shall be deemed to confer any third-party rights or benefits.

## 17. U.S. EXPORT LAWS

This Site and the Services found at this Site are subject to the export laws, restrictions, regulations and administrative acts of the United States Department of Commerce, Department of Treasury Office of Foreign Assets Control ("OFAC"), State Department, and other United States authorities (collectively, "U.S. Export Laws").  Users shall not export or re-export, or allow the export or re-export of, the Services found at this Site in violation of any U.S. Export Laws.  None of the Services found at this Site may be downloaded or otherwise exported or re-exported (i) into (or to a national or resident of) any country with which the United States has embargoed trade; or (ii) to anyone on the U.S. Treasury Department's list of Specially Designated Nationals or the U.S. Commerce Department's Denied Persons List, or any other denied parties lists under U.S. Export Laws.  By using this Site and the Services found at this Site, you agree to the foregoing and represent and warrant that you are not a national or resident of, located in, or under the control of, any restricted country; and you are not on any denied parties list; and you agree to comply with all U.S. Export Laws (including "anti-boycott", "deemed export" and "deemed re-export" regulations).  If you access this Site or the Services found at this Site from  other countries or jurisdictions, you do so on your own initiative and you are responsible for compliance with the local laws of that jurisdiction, if and to the extent those local laws are applicable and do not conflict with U.S. Export Laws.  If such laws

conflict with U.S. Export Laws, you shall not access this Site or the Services found at this Site. The obligations under this section shall survive any termination or expiration of these Terms of Use or your use of this Site or the Services found at this Site.

## 18. COMPLIANCE WITH LOCAL LAWS

Go Daddy makes no representation or warranty that the content available on this Site or the Services found at this Site are appropriate in every country or jurisdiction, and access to this Site or the Services found at this Site from countries or jurisdictions where its content is illegal is prohibited. Users who choose to access this Site or the Services found at this Site are responsible for compliance with all local laws, rules and regulations.

## 19. GOVERNING LAW; JURISDICTION; VENUE; WAIVER OF TRIAL BY JURY

Except for disputes governed by the Uniform Domain Name Dispute Resolution Policy referenced above and available here, these Terms of Use shall be governed by and construed in accordance with the federal law of the United States and the state law of Arizona, whichever is applicable, without regard to conflict of laws principles. You agree that any action relating to or arising out of these Terms of Use shall be brought in the state or federal courts of Maricopa County, Arizona, and you hereby consent to (and waive all defenses of lack of personal jurisdiction and forum non conveniens with respect to) jurisdiction and venue in the state and federal courts of Maricopa County, Arizona. You agree to waive the right to trial by jury in any action or proceeding that takes place relating to or arising out of these Terms of Use.

## 20. TITLES AND HEADINGS; INDEPENDENT COVENANTS; SEVERABILITY

The titles and headings of these Terms of Use are for convenience and ease of reference only and shall not be utilized in any way to construe or interpret the agreement of the parties as otherwise set forth herein. Each covenant and agreement in these Terms of Use shall be construed for all purposes to be a separate and independent covenant or agreement. If a court of competent jurisdiction holds any provision (or portion of a provision) of these Terms of Use to be illegal, invalid, or otherwise unenforceable, the remaining provisions (or portions of provisions) of these Terms of Use shall not be affected thereby and shall be found to be valid and enforceable to the fullest extent permitted by law.

## 21. CONTACT INFORMATION

If you have any questions about these Terms of Use, please contact us by email or regular mail at the following address:

Go Daddy Legal Department
14455 North Hayden Rd.
Suite 219
Scottsdale, AZ 85260
legal@godaddy.com


Revised: 8/5/2011
Copyright © 2010-2011 GoDaddy.com, LLC All Rights Reserved.

## DOMAINS BY PROXY
## DOMAIN NAME PROXY AGREEMENT

**Last Revised: July 2, 2012**

Please read this Domain Name Proxy Agreement ("Agreement") carefully. By using the Services and/or Web site of Domains By Proxy, LLC, a Delaware limited liability company ("DBP"), You (as defined below) agree to all the terms and conditions set forth both herein and in the DBP privacy policy, which is incorporated by reference and can be found by clicking here. You acknowledge that DBP may amend this Agreement at any time upon posting the amended terms on its Web site, and that any new, different or additional features changing the services provided by DBP will automatically be subject to this Agreement. If You do not agree to be bound by, or if You object to, the terms and conditions of this Agreement and any amendments hereto, do not use or access DBP's services. Continued use of DBP's services and its Web site after any such changes to this Agreement have been posted, constitutes Your acceptance of those changes.

This Agreement is by and between DBP and you, your heirs, assigns, agents and contractors ("You") and is made effective as of the date of electronic execution. This Agreement sets forth the terms and conditions of Your relationship with DBP and Your use of DBP's services and represents the entire Agreement between You and DBP. By using DBP's Services, You acknowledge that You have read, understand and agree to be bound by all the terms and conditions of this Agreement, and You further agree to be bound by the terms of this Agreement for transactions entered into by:

i. You on Your behalf;
ii. Anyone acting as Your agent; and
iii. Anyone who uses the account You have established with DBP, whether or not the transactions were on Your behalf and/or authorized by You.

You agree You will be bound by representations made by third parties You use to purchase services from DBP, and statements of a general nature on DBP's web site or in DBP promotional materials will not bind DBP. You further agree to abide by the terms and conditions promulgated by the Internet Corporation for Assigned Names and Numbers ("ICANN") (including the Uniform Domain Name Dispute Resolution Policy ("Dispute Resolution Policy") and Your Registrar (i.e., the ICANN-accredited person or entity through which You register a domain name).

### 1. DESCRIPTION OF DBP'S PRIVATE REGISTRATION SERVICES

The business of DBP is to maximize Your right to privacy to the greatest extent possible. When You subscribe to DBP's private registration service through a DBP-affiliated Registrar, each and any available domain name registration You designate will thereafter be registered in the name of DBP, as Registrant. In exchange for DBP becoming the Registrant of each domain name registration on Your behalf, DBP shall keep Your name, postal address, email address, phone and fax numbers confidential, subject to Section 4 of this Agreement. When DBP becomes the Registrant of Your domain name registration, the following DBP information (and not Your personal information) will be made publicly available in the "Whois" directory as determined by ICANN policy:

i. DBP's name and postal address as Registrant of the domain name;
ii. DBP's email address, postal address and phone number for the domain name registration's technical contact;
iii. DBP's email address, postal address and phone number for the domain name registration's administrative contact;
iv. DBP's email address, postal address and phone number for the domain's name registration's billing contact;
v. The primary and secondary domain name servers You designate for the domain name;
vi. The domain name's original date of registration and expiration date of the registration; and
vii. The identity of Your Registrar.

### 2. FULL BENEFITS OF DOMAIN REGISTRATION RETAINED BY YOU

Although DBP will be the Registrant of each domain name registration You designate, You will retain the full benefits of domain name registration with respect to each such domain name registration, including:

i. The right to sell, transfer or assign each domain name registration, which shall require cancellation of Your account with DBP, subject to Section 4. below;
ii. The right to control the use of each domain name registration, including designating the primary and secondary domain name servers to which each domain name points;
iii. The right to cancel each domain name registration;
iv. The right to cancel Your account with DBP so that You become the Registrant;

Ex. 7 GoDaddy Terms

v. The right to renew each domain name registration upon its expiration, subject to Your Registrar's applicable rules and policies; and

vi. The right to initially resolve any and all monetary, creditor or other claims that arise in connection with a legal or other dispute involving Your domain name registration, subject to DBP's Section 4 rights, which shall, in all events, supersede any and all of Your rights as set forth in this Section 2.

### 3. YOUR NOTIFICATION OBLIGATIONS; REPRESENTATION AND WARRANTIES; ACCOUNT SECURITY

**Personal Information**

You agree that for each domain name for which DBP becomes the Registrant on Your behalf, You will provide accurate and current information as to:

i. Your name and postal address;
ii. The email address, postal address, phone and fax numbers for the domain name registration's technical contact;
iii. The email address, postal address, phone and fax numbers for the domain name registration's administrative contact;
iv. The email address, postal address, phone and fax numbers for the domain name registration's billing contact;
v. The primary and secondary domain name servers to which each domain name points; and
vi. The domain name's original date of registration and expiration date.

You agree to:

i. Notify DBP within five (5) business days when any of the personal information You provided upon subscribing to DBP's services, changes;
ii. Respond within five (5) business days to any inquiries made by DBP to determine the validity of personal information provided by You; and
iii. Respond to email messages posted to Your DBP account regarding correspondence DBP has received that is either addressed to or involves Your domain name registration, as more fully set forth in Section 5(b) below.

It is Your responsibility to keep Your personal information current and accurate at all times.

**Renewals**

You agree DBP, as Registrant, will:

i. arrange for Your Registrar to automatically renew on Your behalf, for a period of one (1) year only, any domain name registration that is up for renewal; and
ii. arrange for Your Registrar to charge the credit card You have on file with the Registrar, at the Registrar's then current rates.

Renewal fees, once charged, will be non-refundable. You may also elect to disengage the automatic renewal feature for DBP's private registration services, by logging into Your customer account at Your Registrar's web site and disabling the auto renew option. It is Your responsibility to keep Your credit card information current and accurate, including the expiration date.

**Representations and Warranties**

You warrant that all information provided by You to DBP is truthful, complete, current and accurate. You also warrant that You are using DBP's private registration services in good faith and You have no knowledge of Your domain name infringing upon or conflicting with the legal rights of a third party or a third party's trademark or trade name. You also warrant the domain name being registered by DBP on Your behalf will not be used in connection with any illegal or morally objectionable activity (as defined below in Section 4), or, in connection with the transmission of Spam.

**Account Security**

You agree You are entirely responsible for maintaining the confidentiality of Your customer number/login and password ("Account Access Information").  You agree You are entirely responsible for any and all activities that occur under Your account.  You agree to notify DBP immediately of any unauthorized use of Your account or any other breach of security.  You agree DBP will not be liable for any loss that You may incur as a result of someone else using Your Account Access Information, either with or without Your knowledge.  You further agree You could be held liable for losses incurred by DBP or another party due to someone else using Your Account Access Information.  For security purposes, You should keep Account Access Information in a secure location and take precautions to prevent others from gaining access to Your

Account Access Information. You agree that You will be responsible for all activity in Your account, whether initiated by You, or by others on Your behalf, or by any other means. DBP specifically disclaims liability for any activity in Your account, whether authorized by You or not.

## 4. DBP'S RIGHTS TO DENY, SUSPEND, TERMINATE SERVICE AND TO DISCLOSE YOUR PERSONAL INFORMATION

You understand and agree that DBP has the absolute right and power, in its sole discretion and without any liability to You whatsoever, to either:

i. Close Your account (which means You then become the Registrant of the domain name registration);

ii. Reveal Your name and personal information that You provided to DBP when:
A. Required by law, in the good faith belief that such action is necessary in order to conform to the edicts of the law;
B. To comply with a legal process served upon DBP; or
C. In order to comply with ICANN rules, policies or procedures

iii. Resolve any and all third party claims, whether threatened or made, arising out of Your use of a domain name registered by DBP on Your behalf; or

iv. Take any other action DBP deems necessary:
A. In the event you breach any provision of this Agreement or the DBP Anti-Spam Policy;
B. To protect the integrity and stability of the applicable domain name Registry;
C. To comply with any applicable laws, government rules or requirements, subpoenas, court orders or requests of law enforcement;
D. To comply with ICANN's Dispute Resolution Policy;
E. To avoid any financial loss or legal liability (civil or criminal) on the part of DBP, its parent companies, subsidiaries, affiliates, shareholders, agents, officers, directors and employees;
F. If the domain name DBP registers on Your behalf violates or infringes a third party's trademark, trade name or other legal rights; and
G. If it comes to DBP's attention that You are using DBP's services for purposes of engaging in, participating in, sponsoring or hiding Your involvement in, illegal or morally objectionable activities, including but not limited to, activities which are designed, intended to or otherwise:

   1. Appeal purely to the prurient interests of third parties;

   2. Defame, embarrass, harm, abuse, threaten, or harass third parties;

   3. Violate state or federal laws of the United States and/or foreign territories;

   4. Involve hate crimes, terrorism and child pornography;

   5. Are tortious, vulgar, obscene, invasive of a third party's privacy, racially, ethnically, or otherwise objectionable;

   6. Impersonate the identity of a third party;

   7. Harm minors in any way; or

   8. Relate to or transmit viruses, Trojan Horses, access codes, backdoors, worms, timebombs or any other code, routine, mechanism, device or item that corrupts, damages, impairs, interferes with, intercepts or misappropriates any software, hardware, firmware, network, system, data or personally identifiable information.

You also acknowledge and agree that DBP may, in its sole discretion and without any liability to You whatsoever:

i. Cancel the registration of any domain name DBP has registered on Your behalf during the first thirty (30) days after registration has taken place;

ii. Cancel the registration of any domain name DBP has registered on Your behalf if that name is being used in association with Spam; and/or

iii. Suspend your rights under Section 2 of this Agreement during resolution of a dispute.

You further understand and agree that if DBP is named as a defendant in, or investigated in anticipation of, any legal or administrative proceeding arising out of Your domain name registration or Your use of DBP's services, Your private domain name registration will automatically revert back to You and Your identity will therefore be revealed in the Whois directory as Registrant.

In the event:

i. DBP takes any of the actions set forth in subsection ii A, B, or C above; and
ii. You elect to cancel DBP's services for any reason --

Neither DBP nor your Registrar will refund any fees paid by You whatsoever.

## 5. COMMUNICATIONS FORWARDING

**a. Correspondence Forwarding**

Inasmuch as DBP's name, postal address and phone number will be listed in the Whois directory, You agree DBP will review and forward communications addressed to Your domain name that are received via email, certified or traceable courier mail (such as UPS, FedEx, or DHL), or first class U.S. postal mail. You specifically acknowledge DBP will not forward to You first class postal mail (other than legal notices), "junk" mail or other unsolicited communications (whether delivered through fax, postal mail or telephone), and You further authorize DBP to either discard all such communications or return all such communications to sender unopened. You agree to waive any and all claims arising from Your failure to receive communications directed to Your domain name but not forwarded to You by DBP.

**b. Email Forwarding**

The Whois directory requires an email address for every purchased domain name registration. When You purchase a private domain registration, DBP creates a private email address for that domain, "@domainsbyproxy.com". Thereafter, when messages are sent to Your private email address, DBP handles them according to the email preference You selected for that particular domain. You have three (3) email preferences from which to choose. You can elect to:

i. Have all of the messages forwarded;
ii. Have all of the messages filtered for Spam and then forwarded; or
iii. Have none of the messages forwarded.

**c. Notifications Regarding Correspondence and Your Obligation to Respond**

When DBP receives certified or traceable courier mail or legal notices addressed to Your domain name, DBP will post an email message to Your DBP account. The DBP email message will identify the sender of the correspondence, the date DBP received it, and a brief description of its contents. You will have seventy-two (72) hours to decide whether to reject the correspondence or have it forwarded via overnight courier, facsimile (or both). You will be informed of the charge for both shipping options and the credit card You provide will be billed only after You have affirmatively selected one or both shipping options. You must select a shipping option and the credit card transaction must be successful prior to DBP forwarding the correspondence to You. In the event You do not respond to the DBP email message, DBP will attempt to contact You via telephone. If You do not respond to the DBP email or voice messages and/or the correspondence DBP has received regarding Your domain name registration concerns a legal dispute or otherwise requires immediate forwarding and/or immediate disposition, DBP may immediately reveal Your identity and/or cancel the DBP private registration service regarding either the domain name registration in question or with respect to all of Your private domain name registrations, depending on the circumstances. This means the Whois directory will revert to displaying Your name, postal address, email address and phone number. DBP takes this action because DBP will not become involved in any legal or other matters between You and third parties.

**d. Forwarding Fees**

In consideration for:

i. Handling and forwarding certified and traceable courier mail and certain first class correspondence, and
ii. Responding to and dealing with complaining third parties,

   You agree to pay DBP at the time such services are provided.

DBP may change its forwarding fees at any time. Unless otherwise stated, all fees are posted (and payable by You) in U.S. Dollars. You are responsible for paying all fees and taxes associated with using DBP's forwarding services. Payment shall be made by You providing a valid credit card for charge by DBP, and is non-refundable. If for any reason DBP is unable to charge Your credit card with the full amount of the service provided, or if DBP is charged back for any fee it previously charged to the credit card You provided, You agree DBP may, without notice to You, pursue all available remedies in order to obtain payment, including but not limited to, sale of the domain name registration to a third party, and immediate cancellation of Your account and all services DBP provides to You.

**e. Additional Administrative Fees**

DBP reserves the right to charge a reasonable service fee for administrative tasks outside the scope of its regular services. These include, but are not limited to, customer service issues that cannot be handled via email and require personal service, and disputes requiring legal services. You agree DBP will arrange for Your Registrar to bill these charges to the credit card You have on file with the Registrar. Administrative fees, once charged, will be non-refundable. It is Your responsibility to keep Your credit card information current and accurate, including the expiration date. Failure to do so could result in termination of DBP's services.

You agree to waive the right to trial by jury in any proceeding that takes place relating to or arising out of this Agreement.

## 6. LIMITATIONS OF LIABILITY

UNDER NO CIRCUMSTANCES SHALL DBP BE LIABLE FOR ANY DIRECT, INDIRECT, INCIDENTAL, PUNITIVE, SPECIAL, OR CONSEQUENTIAL DAMAGES FOR ANY REASON WHATSOEVER RELATED TO THIS AGREEMENT, YOUR DOMAIN NAME REGISTRATION, DBP'S SERVICES, USE OR INABILITY TO USE THE DBP WEB SITE OR THE MATERIALS AND CONTENT OF THE WEB SITE OR ANY OTHER WEB SITES LINKED TO THE DBP WEB SITE OR YOUR PROVISION OF ANY PERSONALLY IDENTIFIABLE INFORMATION TO DBP OR ANY THIRD PARTY. THIS LIMITATION APPLIES REGARDLESS OF WHETHER THE ALLEGED LIABILITY IS BASED ON CONTRACT, TORT, WARRANTY, NEGLIGENCE, STRICT LIABILITY OR ANY OTHER BASIS, EVEN IF DBP HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES OR SUCH DAMAGES WERE REASONABLY FORESEEABLE. BECAUSE CERTAIN JURISDICTIONS DO NOT PERMIT THE LIMITATION OR ELIMINATION OF LIABILITY FOR CONSEQUENTIAL OR INCIDENTAL DAMAGES, DBP'S LIABILITY IN SUCH JURISDICTIONS SHALL BE LIMITED TO THE SMALLEST AMOUNT PERMITTED BY LAW.

YOU FURTHER UNDERSTAND AND AGREE THAT DBP DISCLAIMS ANY LOSS OR LIABILITY RESULTING FROM:

  i. THE INADVERTENT DISCLOSURE OR THEFT OF YOUR PERSONAL INFORMATION;
  ii. ACCESS DELAYS OR INTERRUPTIONS TO OUR WEB SITE OR THE WEB SITES OF OUR AFFILIATED REGISTRARS;
  iii. DATA NON-DELIVERY OF MIS-DELIVERY BETWEEN YOU AND DBP;
  iv. THE FAILURE FOR WHATEVER REASON TO RENEW A PRIVATE DOMAIN NAME REGISTRATION;
  v. THE UNAUTHORIZED USE OF YOUR DBP ACCOUNT OR ANY OF DBP'S SERVICES;
  vi. ERRORS, OMISSIONS OR MISSTATEMENTS BY DBP;
  vii. DELETION OF, FAILURE TO STORE, FAILURE TO PROCESS OR ACT UPON EMAIL MESSAGES FORWARDED TO EITHER YOU OR YOUR PRIVATE DOMAIN NAME REGISTRATION;
  viii. PROCESSING OF UPDATED INFORMATION REGARDING YOUR DBP ACCOUNT; AND/OR
  ix. ANY ACT OR OMISSION CAUSED BY YOU OR YOUR AGENTS (WHETHER AUTHORIZED BY YOU OR NOT).

## 7. INDEMNITY

You agree to release, defend, indemnify and hold harmless DBP, its parent companies, subsidiaries, affiliates, shareholders, agents, directors, officers and employees and Your Registrar, from and against any and all claims, demands, liabilities, losses, damages or costs, including reasonable attorney's fees, arising out of or related in any way to this Agreement, the services provided hereunder by DBP, the DBP web site, Your account with DBP, Your use of Your domain name registration, and/or disputes arising in connection with the dispute policy.

## 8. DBP WARRANTY DISCLAIMER

DBP, ITS PARENT COMPANIES, SUBSIDIARIES, AFFILIATES, SHAREHOLDERS, AGENTS, DIRECTORS, OFFICERS, AND EMPLOYEES EXPRESSLY DISCLAIM ALL REPRESENTATIONS AND WARRANTIES OF ANY KIND IN CONNECTION WITH THIS AGREEMENT, THE SERVICE PROVIDED HEREUNDER, THE DBP WEB SITE OR ANY WEB SITES LINKED TO THE DBP WEB SITE, WHETHER EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE AND NON-INFRINGEMENT. ALL DBP SERVICES, AS WELL AS THE DBP WEB SITE, ARE PROVIDED "AS IS". YOUR SUBSCRIPTION TO AND USE OF DBP'S SERVICES AND ITS WEB SITE ARE ENTIRELY AT YOUR RISK. SOME JURISDICTIONS DO NOT ALLOW THE DISCLAIMER OF IMPLIED WARRANTIES, IN WHICH EVENT THE FOREGOING DISCLAIMER MAY NOT APPLY TO YOU.

## 9. COPYRIGHT AND TRADEMARK

You understand and agree that all content and materials contained in this Agreement, the Privacy Policy and the DBP web site found here , are protected by the various copyright, patent, trademark, service mark and trade secret laws of the United

States, as well as any other applicable proprietary rights and laws, and that DBP expressly reserves its rights in and to all such content and materials.

You further understand and agree You are prohibited from using, in any manner whatsoever, any of the afore-described content and materials without the express written permission of DBP. No license or right under any copyright, patent, trademark, service mark or other proprietary right or license is granted to You or conferred upon You by this Agreement or otherwise.

## 10. MISCELLANEOUS PROVISIONS

### a. Severability; Construction; Entire Agreement

If any part of this Agreement shall be held to be illegal, unenforceable or invalid, in whole or in part, such provision shall be modified to the minimum extent necessary to make it legal, enforceable and valid, and the legality, enforceability and validity of the remaining provisions of this Agreement shall not be affected or impaired. The headings herein will not be considered a part of this Agreement. You agree this Agreement, including the policies it incorporates by reference, constitute the complete and only Agreement between You and DBP regarding the services contemplated herein.

### b. Governing Law; Venue; Waiver Of Trial By Jury

This Agreement shall be governed in all respects by the laws and judicial decisions of Maricopa County, Arizona, excluding its conflicts of laws rules. Except as provided immediately below, You agree that any action relating to or arising out of this Agreement, shall be brought exclusively in the courts of Maricopa County, Arizona. For the adjudication of domain name registration disputes, you agree to submit to the exclusive jurisdiction and venue of the U.S. District Court for the District of Arizona located in Phoenix, Arizona. You agree to waive the right to trial by jury in any proceeding, regardless of venue, that takes place relating to or arising out of this Agreement.

### c. Notices

All notices from DBP to You will be sent to the email address You provided to DBP. Notices by email shall be deemed effective twenty-four (24) hours after the email is sent by DBP, unless DBP receives notice that the email address is invalid, in which event DBP may give You notice via first class or certified mail, return receipt requested. All notices from You to DBP shall be sent via certified mail, return receipt requested or traceable courier to:

> Domains By Proxy, LLC
> Attn: General Counsel
> 14747 N Northsight Blvd
> Suite 111, PMB 309
> Scottsdale, AZ 85260

Notices sent via certified mail or traceable courier shall be deemed effective five (5) days after the date of mailing.

### d. Insurance

In the unlikely event You lose Your domain name registration to a third party solely as a result of DBP's negligent actions (and absent fraud or other negligent or willful misconduct committed by a third party), You may be insured against such loss through DBP's Professional Liability Insurance Policy, which is currently underwritten by American International Insurance Company. Of course, every claim is subject to the then-carrier's investigation into the facts and circumstances surrounding such claim. In the event You have reason to believe that circumstances exist which warrant the filing of an insurance claim, please send a written notice (specifying the basis for such claim), via certified mail, return receipt requested, to:

> Domains By Proxy, LLC
> Attn: Insurance Claims
> 14747 N Northsight Blvd
> Suite 111, PMB 309
> Scottsdale, AZ 85260

### e. Indemnification

In the unlikely event You lose Your domain name registration to a third party solely as a result of DBP's willful misconduct, Your Registrar (the "Indemnifying Party") will indemnify and hold You harmless against any losses, damages or costs (including reasonable attorneys fees) resulting from any claim, action, proceeding, suit or demand arising out of or related to the loss of Your domain name registration. Such indemnification obligations under this Section 10(e) are conditioned upon the following:

  i. That You promptly give both DBP and the Indemnifying Party written notice of the claim, demand, or action and provide reasonable assistance to the Indemnifying Party, at its cost and expense, in connection therewith, and
  ii. That the Indemnifying Party has the right, at its option, to control and direct the defense to any settlement of

Case 2:12-cv-01101-SPL   Document 19-7   Filed 08/21/12   Page 15 of 15

Ex. 7 GoDaddy Terms

such claim, demand, or action.

Any notice concerning indemnification shall, with respect to DBP, be sent in accordance with Section 10(c) of this Agreement. With respect to Your Registrar, notices regarding indemnification should be sent in accordance with the notification provisions contained in Your Registrar's Domain Name Registration Agreement.

**f. Term of Agreement; Survival**

The term of this Agreement shall continue in full force and effect as long as DBP is the Registrant for any domain name on Your behalf. Sections 5 (Communications Forwarding), 6 (Limitation of Liability), 7 (Indemnity), 8 (Warranty Disclaimer) and 10 (Miscellaneous Provisions) shall survive any termination or expiration of this Agreement.

Revised: 7/2/2012
Copyright © 2003-2012 Go Daddy Operating Company, LLC All Rights Reserved.