Home | Newest | Meet & Fuck | College Rules | BEST Porn Reviews | Top Rated | Random Videos | Bookmark

Download Vids | MoviesGuy Free Membership | Live Girls | Teen Sluts | Free Porn | Search MoviesGuy

# User Terms and Conditions For:

www.youjizz.com

www.jizzhut.com

www.jizzonline.com

www.moviesguy.com

www.jizzbo.com

www.onlyjizz.com

www.hotfunhouse.com

[Last Modified on May 31, 2011]

1. **PREAMBLE**

    By accessing this website (including all material contained therein), you declare your assent to the following User Terms and Conditions (hereinafter "Terms and Conditions" or "Agreement") and our Privacy Policy. Please read them carefully.

    The provisions of this Agreement will govern Your use of Our Website(s), and You should therefore take some time to read t Agreement carefully. Our Website is different from many other websites on the Internet as it contains advertisements, communications, and links posted by independent third parties, over which We exert no control. We do not get involved in ar disputes that may develop between Our advertisers and others, and We do not facilitate communication between third parties Therefore, You are urged to use Your own good judgment and common sense when responding to such advertisements, as V are not responsible for any interactions occurring between Our Users and Our advertisers. Federal law protects sites like Our from civil claims, so We encourage You to independently research any information found in Our advertisements, before makir any decisions. We hope that You thoroughly enjoy Our services, and anticipate that You will find Our Website useful and informative. Should You have any questions or comments regarding Our Website, or its policies, please feel free to contact U at: youjizzadmin@gmail.com.

    1. Through these Terms and Conditions, We are placing legal conditions on Your use of this Website and making certain promises to You:
        1. You must agree to <u>all</u> of the conditions in this Agreement. You do not <u>need</u> to use Our Website, therefore if You do not wish to be bound by each and every provision in this Agreement, then You are not welcome to use this Website and should leave and use another service.
        2. This Website is for adults only. If You are under the age of eighteen (18) You are <u>not</u> to use this Website at all. Misrepresentation of Your age to gain access to Our Website is considered a breach of this Agreement and computer hacking under federal law. If You are under eighteen (18) years of age, STAY OUT!
    2. If You do not understand all of the terms in this Agreement, then You should consult with a lawyer before using the Website.
    3. **Party Definitions and Introductory Terms -** The operative parties referred to in this Agreement are defined as follows:
        1. **Us, We, the Company -** International Media, Ltd., is the operator of this website, along with any successor, predecessor and/or affiliated domains (the "Site" or "Sites"). Hereinafter, International Media, Ltd. shall be referred to as "Company." When first-person pronouns are used in this Agreement, (Us, We, Our, Ours, etc.)

these provisions are referring to Company as publisher of this Site and/or the Sites listed at the beginning of this Agreement. Additionally, when the terms "the Site" or "Site" are used, these terms refer to any of the websites listed at the beginning of this Agreement, unless a site is specifically exempt from this Agreement. Our Site(s), and the Services the Site provides ("Services"), may contain images and content, including but not limited to text, software, images, graphics, data, messages, or any other information, and any other website content owned, operated, licensed, or controlled by the Company (collectively, "Materials").

2. **You, the User -** As the User of this Site and/or Services, this Agreement will refer to the User as "You" or through any second-person pronouns, such as "Yours," etc. Hereinafter, the User of the Site and/or Services shall be referred to in applicable second-person pronouns. You certify that You are over eighteen (18) years of age.

3. **User vs. Member -** For the purposes of this Agreement, all Members are Users, but not all Users are Members. This Agreement applies to all Users whether they are Members or not. You become a User by accessing the Site or Service in any way. You need not become a Member of the Site to make this Agreement apply to You. You become a Member by registering with the Site for a User ID and password, as discussed below.

4. **What this Agreement is -** This Agreement is a legal contract between You and the Company. You should treat it as any other legal contract by reading its provisions carefully, as they will affect Your legal rights. By accessing the Site in any manner, You are affirmatively agreeing to be bound by all of the terms contained in this Agreement. You may not pick and choose which terms apply to You. If You do not agree with all of the terms in this Agreement, You must cease all access and use of the Site and any other services provided by the Company. Nothing in this Agreement is intended to create any enforcement rights by third parties.

5. **Consideration -** Consideration for Your acquiescence to all of the provisions in this Agreement has been provided to You in the form of allowing You to use Our Site and Our Services. You agree that such Consideration is both adequate and that it is received upon Your viewing or using any portion of any of Our Site(s) and/or Services.

6. **Electronic Signatures / Assent Required:**
    1. Nobody is authorized to access this Site or use the Services unless they have signed this Agreement. Such signature does not need to be a physical signature, since electronic acceptance of this Agreement is permitted by applicable law. You manifest Your agreement to this Agreement by taking any act demonstrating Your assent thereto. Most likely, You have clicked or will click a button containing the words "I agree" or some similar syntax. You should understand that this has the same legal effect as You placing Your physical signature on any other legal contract. If You click any link, button, or other device provided to You in any part of Our Site's interface, then you have legally agreed to all of these Terms and Conditions. Additionally, by using any part of Our Site or Services in any manner, You understand and agree that We will consider such use as Your affirmation of Your complete and unconditional acceptance to all of the terms in this Agreement.

    2. If You fail to sign this Agreement, You understand that You are an unauthorized user of the Site and Services, despite any payments made or subscriptions sold to You. No act or omission by Us should be interpreted as a waiver of the requirement that You assent to this Agreement. If You fail to do so, You are still bound by the terms of this Agreement by virtue of Your viewing the Site or using any portion of the Site or Our Services.

7. If You are seeking information regarding any illegal activities, please leave this Site immediately and do not attempt to use the Services. You acknowledge that You are aware of the community standards in your community, and You will only access the content on the Site and/or use the Services if You believe that the content on the Site does not offend the community standards prevalent in Your community.

8. You agree not to use the Services or access the Site if doing so would violate the laws of Your state, province, or country.

9. **Revisions to this User Agreement:**
    1. From time to time, We may revise this Agreement. We reserve the right to do so, and You agree that We have this unilateral right. You agree that all modifications or changes to this Agreement are in force and enforceable immediately upon posting. Any updated or edited version supersedes any prior versions immediately upon posting and the prior version is of no continuing legal effect unless the revised version specifically refers to the prior version and keeps the prior version or portions thereof in effect. To the extent any amendment of this Agreement is deemed ineffective or invalid by any court, the parties intend that the prior, effective version of this Agreement be considered valid and enforceable to the fullest extent.

    2. We agree that if We change anything in this Agreement, We will change the "last modified" date at the top of this Agreement so that it is immediately obvious that We have updated the Agreement. You agree to periodically re-visit this web page, and to use the "refresh" button on Your browser when doing so. You agree to note the date the last revision to this Agreement. If the "last modified" date remains unchanged from the last time You reviewed this Agreement, then You may presume that nothing in the Agreement has been changed since the last time You read it. If the "last modified" date has changed, then You can be certain that something in the Agreement has been changed, and that You need to re-review it in order to determine how Your rights and responsibilities may have been affected by the revisions.

3. **Waiver** - if You fail to periodically review this Agreement to determine if any of the terms have changed, You assume all responsibility for Your failure to do so and You agree that such failure amounts to Your affirmative waiver of Your right to review the amended terms. We are not responsible for Your neglect of Your legal rights.

10. **Incorporations by Reference.** Although this Agreement represents the primary terms and conditions of service for Our Site, additional guidelines and rules are hereby incorporated by reference. The document(s) which can be found on Our Site, and which are specifically incorporated by reference, and are therefore part and parcel of this Agreement are the following:

[add link to Privacy Notice here]

2. ACCESS
    1. **By accessing the Site, you certify that:**
        1. **You are using the Site solely for personal, noncommercial purposes;**
        2. **You will not copy or distribute any part of the Site without Our prior written authorization;**
        3. **You will fully comply with these Terms And Conditions as well as Privacy Policy.**
3. ACCOUNTS
    1. Although much of the Site is available without creating an account, certain features of the Site may require an account before access is granted. You may never use another's account without permission. If You create an account, You are solely responsible for the activity that occurs on Your account, and You must keep Your account password secure. You must notify the Site immediately of any breach of security or unauthorized use of Your account. Although the Site will not be liable for Your losses caused by any unauthorized use of Your account, You may be liable for the losses of the Site others due to such unauthorized use.
    2. You understand and agree that by creating an account on any of the Sites listed at the beginning of this Agreement, You will be able to use such account with any and all of the Sites. As explained below, any content that You upload via Our Services will be accessible from any of the Sites listed above.
    3. The Site has the right to suspend or terminate Your account (including paid accounts if available) at any time, with or without cause, and may refuse any and all current or future use of the Site or any portion thereof.
    4. User access to the Site is free of charge. We do not provide paid memberships of any kind. Any premium membership or subscriptions made available via the Site are provided in part or entirely by third parties regardless of any branding or names associated with such memberships. The Site is not responsible for the activities of any third party or the content of any third party Web site, including a third party's use of cookies or any other information (such as IP address, browser type or operating system) collected when You click through links on the Site to their sites or view advertisements. Links to such third party sites are not to be taken as an endorsement by the Site of the third party site or any products promoted, offered or sold on the third party site, or as an indication that such sites are free from computer viruses or anything else that has destructive properties. You are responsible for reviewing any terms and conditions of membership on third party sites.
    5. Memberships may not be transferred or sold to a third party. We and Our affiliates disclaim any and all liability arising from fraudulent entry and use of the Site. If a User or Member fraudulently obtains access, the Site may terminate access and membership immediately and take all necessary and appropriate actions under applicable federal, state, and international laws.
    6. You are entirely responsible for any and all activities conducted through Your account. You agree to notify Us immediately of any unauthorized use of Your password or accounts as well as of any other breach of security.
    7. Subject to Your acceptance of this Agreement, We grant You a limited, nonexclusive, nontransferable personal license access and use the Site, Materials, and the Services contained therein. We provide the Materials and Services on this Site for the personal, non-commercial use by Users of the Site. Users of this Site are granted a single copy license to view the Materials (on a single computer only).
    8. All Materials and Services available on the Site shall be for private non-commercial use only, and all other uses are strictly prohibited. If You are a business entity or commercial concern, Your presence on the Site is not allowed unless is expressly authorized in writing by Us. We reserve the right to pursue vigorous legal action against unauthorized access by business and commercial entities.
    9. We reserve the right to limit the amount of Materials viewed. You agree to prevent any unauthorized copying of the Site or any of the Materials contained therein. Any unauthorized use of the Site or any of the Materials contained therein terminates this limited license effective immediately. This is a license to use and access the Site for its intended purpose and is not a transfer of title. You will not copy or redistribute any of the content appearing on this Site. We reserve the right to terminate this license at any time if You breach or violate any provision of this Agreement, in which case You will be obligated to immediately destroy any information or Materials You have downloaded, printed or otherwise copied from this Site. Violators of this limited license may be prosecuted to the fullest extent under the applicable law.
    10. **Service Interruption**: From time to time due to technological factors, scheduled software uploads and other factors beyond Our control, the Service may be temporarily interrupted and/or access to the Site and the ability to log into the

Site may not be available. You agree to hold Us harmless against any such interruption of or inability to access the Service.

11. **Agreement to Receive Notifications and Other Communications**: We reserve the right to send electronic mail or other messages to You and to other Members. The purpose of these communications may include but is not limited to:
    1. Provide information to You regarding products or services offered by Our affiliates or partners;
    2. Inform You about any of Our related products or services;
    3. Provide You with information about any item that We think, in Our sole discretion, may be of interest to You.

4. **SPECIAL CONSIDERATIONS REGARDING MINORS**
    1. **Age of Majority**. In order to use the Site or any Services provided by the Company, You must have attained the age majority in Your jurisdiction. You represent and warrant You are at least eighteen (18) or twenty-one (21) years of age depending on the age of majority in Your jurisdiction, and that You have the legal capacity to enter into this Agreement If You are not at least eighteen (18) or twenty-one (21) years of age, depending on the age of majority in Your jurisdiction, You must exit the Site immediately and may not use or access the Site or the Services in any manner.
    2. We specifically disclaim any responsibility or liability for any misrepresentations regarding a User's age.
    3. **You represent and warrant that You will not allow any minor access to this Site or Services. Users should implement parental control protections, such as computer hardware, software, or filtering services, which may help Users to limit minors' access to harmful material. You acknowledge that if Your computer or mobile device can be accessed by a minor, that You will take all precautions to keep Our Materials from being viewed by minors. You additionally acknowledge that if You are a parent, it is Your responsibility, and not Ours, to keep any age-restricted content from being displayed to Your children or wards.**
    4. **WE HAVE A ZERO TOLERANCE POLICY FOR MATERIAL INVOLVING MINORS AND A ZERO TOLERANCE POLICY REGARDING PEDOPHILES OR ANY PEDOPHILIC ACTIVITY.**
        1. **You understand that all depictions of all persons on this Site and in all Materials produced or published by Us are of persons over the age of eighteen (18) as of the date of the production of the depiction. We take great measures to ensure that no underage individuals are depicted in any of Our Materials.**
        2. **If You seek any form of material involving minors (including so-called "virtual" pornography involving minors), You must exit this Site and cease using Our Services immediately. We do not provide this kind of material and We do not tolerate those who provide this kind of material nor do We tolerate consumers of this kind of material.**
        3. **In order to further Our zero-tolerance policy, You agree that You will report any images, real or simulated, that appear to depict minors on Our Site. If You see any images or other depictions that are questionable, You agree to report these images by contacting Us at:** youjizzadmin@gmail.com.
        4. **Include with Your report any appropriate evidence, including the date and time of identification. All reports will immediately be investigated and the appropriate action will be taken.**
        5. **We enthusiastically cooperate with any law-enforcement agency investigating child pornography. If You suspect other outside websites are participating in unlawful activities involving minors, please report them to a child pornography reporting service such as ASACP.org;**

        http://www.asacp.org/index.php?content=report

        or the N.C.M.E.C. Cybertip Hotline:

        https://secure.missingkids.com/missingkids/servlet/CybertipServlet?LanguageCountry=en_US

5. **IMAGES AND CONTENT**
    1. Our Site(s) and Services contain images and content, including but not limited to text, software, images, graphics, data, messages, or any other information, and any other website content owned, operated, licensed, or controlled by Us.
    2. You acknowledge and stipulate that all of the Materials constitute expressive content that is fully protected by the Canadian Charter of Rights and Freedoms, the First Amendment of the U.S. Constitution, and other similar legal principles.
    3. You acknowledge and understand that some or all of the Materials on Our Site and transmitted via Our Services may be inappropriate for viewing by minors. You acknowledge that You are aware of the nature of the Materials provided on through the Site and that You are not offended by such Materials, and that You access the Site and Services freely, voluntarily, willingly, and for Your own personal enjoyment.
    4. **Section 230 Notice:** You acknowledge Your responsibility to prevent minors under Your care from accessing harmful or inappropriate material. You agree not to allow minors to view any such content, and You agree to take responsible measures to prevent them from doing so. Numerous commercial online safety filters are available which may help users limit minors' access to harmful or inappropriate material. Pursuant to 47 U.S.C. §230(d), You are hereby informed that You can research such services at websites such as: http://www.getnetwise.org or http://www.child-internet-

safety.com/internet_filters.php, among others. Please note that We make no representation or warranty regarding any of the products or services referenced on such sites, and We recommend that You conduct appropriate due diligence before purchasing or installing any online filter. You agree to take particular steps to prevent minors from viewing Our Site or the content received via Our Services if Your computer or mobile device can be accessed by a minor. Finally, You agree that if You are a parent or guardian of a minor child, it is Your responsibility, not Ours, to keep any age-restricted content on Our Site or Services from being displayed or accessed by Your children or wards.

5. Pursuant to the Communications Decency Act ("CDA"), 47 U.S.C. § 230(c)(1), and court decisions interpreting the scope of the CDA, You acknowledge and understand that We operate as the provider of an interactive computer service. Thus, We are immune from, and cannot be held responsible for, claims arising from the publication or transmission of the content of other Users and third parties. We do not create such content, and We are not responsible for the publication of remarks or communications of third-parties that may arguably rise to the level of being actionable under federal or state laws including, but not limited to, the publication of material that might be considered defamatory, or violative of privacy or publicity rights. Note, that federal law allows Us to remove or block any content found to be offensive, defamatory, obscene or otherwise violative of Our policies, without impacting Our status as the provider of an interactive computer service. Nothing contained in this Agreement is intended to limit or alter the immunity from claims provided by Section 230 of the Communications Decency Act, and no third parties are intended to benefit from this Agreement between You and Us.

6. **USERNAMES AND COMMENTS**
   1. Your privilege to make comments and to participate in the Site is dependent on Your continued compliance with these Terms and Conditions, specifically including the Community Standards and User Conduct Policy below. The Site may revoke Your privileges, terminate Your registration/account or take any other measures deemed by the Site to be appropriate, in its sole discretion, to enforce these Terms and Conditions if violations are brought to Our attention. You agree that the Site may change, remove or replace any username for any reason. We may refuse to grant You, and You may not use, a Site username that is already being used by someone else; that may be construed as impersonating a company or another person; that belongs to a company or another person; that violates the intellectual property or other rights of any entity or person; that is offensive; or that We reject for any other reason. Please note that usernames may be viewed by the public, so You should not choose a username that personally identifies You.
   2. Although the Site does not have the obligation to review Your submissions prior to posting, all submissions are subject to the Site's Community Standards and User Conduct Policy below.

7. **COMMUNITY STANDARDS AND USER CONDUCT POLICY**
   1. You agree that You are entirely responsible for any submission that You post, email or otherwise transmit to or via the Site, whether publicly posted or privately transmitted. If We determine that You provide or intend to provide any services or material in violation of any law, Your ability to use the Site and Services will be terminated immediately without any reimbursement of any payment You may have made to Us.
   2. In addition, You will not use the Site or the Services to:
      1. Upload, or otherwise make available files or products that contain images, photographs, software or other material protected by intellectual property laws, including, by way of example, and not as limitation, copyright or trademark laws (or by rights of privacy or publicity) unless You own or control the rights thereto or have received all necessary consents to do same;
      2. Upload, post, email or otherwise transmit any submission that is unlawful, harmful, threatening, abusive, harassing, tortious, defamatory, libelous, invasive of another's privacy, hateful, or racially, ethnically or otherwise objectionable;
      3. Harm or unlawfully exploit minors in any way (including but not limited to uploading, posting, emailing, or otherwise transmitting any submission involving a minor);
      4. Upload, post, email otherwise transmit any submission depicting animal cruelty;
      5. Impersonate any person or entity, or falsely state or otherwise misrepresent Your affiliation with a person or entity;
      6. Forge headers or otherwise attempt to disguise the origin of any submission transmitted through the Site;
      7. Upload, post, email or otherwise transmit any submission that You do not have a right to transmit under contractual or fiduciary relationships (such as inside information, proprietary and confidential information learned or disclosed as part of employment relationships or under nondisclosure agreements);
      8. Upload, post, email or otherwise transmit any unsolicited or unauthorized advertising, promotional materials, "junk mail," "spam," "chain letters," "pyramid schemes," or any other form of solicitation, except in those areas that We may designate for such purpose;
      9. Interfere with or disrupt the Site, or servers or networks connected to the Site, or disobey any requirements, procedures, policies or regulations of networks or third party providers connected to, or providing the Site;
      10. Intentionally or unintentionally violate any applicable local, state, national or international law, and any regulations having the force of law;
      11. "Stalk" or otherwise harass another member or User of the Site;

12. Collect or store personal data about other Users, or Members, including via the use of any data mining, bots, or similar data gathering and extraction tools;
13. Duplicate any part of Our Site or the Materials contained therein or received via the Services (except as expressly provided elsewhere);
14. Create any derivative works based on Our Site or any of the Materials contained therein or received via the Services, and You agree and stipulate that any and all derivative works are NOT "fair use";
15. Use Our Site or Services, or any of the Materials contained therein, for any public display, public performance, sale or rental, and You hereby agree and stipulate that any and all such uses are NOT "fair use";
16. Re-distribute Our Site or any of the Materials contained therein or received through the Services, and You hereby agree and stipulate that any and all such uses are NOT "fair use";
17. Remove any copyright or other proprietary notices from Our Site or any of the Materials contained therein;
18. Frame or utilize any framing techniques in connection with Our Site or any of the Materials contained therein;
19. Use any meta-tags or any other "hidden text" using Our Site's name or marks, and You hereby stipulate that any use of the Site's name or marks, or any other marks owned by Us is an infringement upon Our trademark rights, and You stipulate to liquidated damages of five thousand dollars ($5000) per such infringement, plus You agree to pay any and all fees incurred in the recovery of this amount, including attorney's fees and all associated costs;
20. "Deep-link" to any page of Our Site (including the homepage), or avoid agreement to the Site's Terms & Conditions; You may only link to and/or bookmark the main entry page;
21. Circumvent any encryption or other security tools used anywhere on the Site or in conjunction with the Services (including the theft of user names and passwords or using another person's user name and password in order to gain access to a restricted area of the Site);
22. Sell, rent, lease, license, sublicense, transfer, distribute, re-transmit, time-share, use as a service bureau or otherwise assign to any third party the Materials or Services or any of Your rights to access and use the Materials or Services as granted specifically by this Agreement;
23. Use Our Services for any commercial purpose unless expressly agreed to by Us in writing and at Our sole discretion. Without such consent by Us, Your use of the Site and Services is strictly for personal use;
24. Share any information provided to You by another Member unless such Member has given you permission to do so;
25. Use any material or information, including images or photographs, which are made available through the Services in any manner that infringes any copyright, trademark, patent, trade secret, or other proprietary right of any party;
26. Upload files that contain viruses, Trojan horses, worms, time bombs, cancelbots, corrupted files, or any other similar software or programs that may damage the operation of another's property or of the Site and Services;
27. Download any file posted by another user of a Service that You know, or reasonably should know, cannot be legally distributed in such manner;
28. Falsify or delete any author attributions, legal or other proper notices or proprietary designations or labels of the origin or source of software or other material contained in a file that is uploaded;
29. Restrict or inhibit any other user from using and enjoying the Services;
30. **Publish falsehoods or misrepresentations that could damage the Site or any third party;**
31. **Post advertisements or solicitations of business.**

3. **Interference**. Except where expressly permitted by law, You may not translate, reverse-engineer, decompile, disassemble, or make derivative works from any of Our Materials or any other Materials from Our Site. You hereby agree not to use any automatic device or manual process to monitor or reproduce the Site or Materials, and will not use any device, software, computer code, or virus to interfere or attempt to disrupt or damage the Site or any communications on it. If You do not adhere to this provision of this Agreement, You hereby stipulate to and agree to pay liquidated damages of five thousand dollars ($5,000) plus any and all fees associated with recovery of these damages, including attorney's fees and costs.

8. **INTELLECTUAL PROPERTY RIGHTS: All User submissions (as defined below), including without limitation, the text, software, visuals, sounds, music, videos, interactive features and the like ("Content") and the trademarks, service marks and logos contained therein ("Marks"), are deemed to be licensed to the Users of the Site only for their personal, non-public viewing, and are licensed to the Site operator for purposes of providing the Content and Marks to Users of the Site. You may not use, copy, reproduce, distribute, broadcast, display, sell, license, or otherwise exploit the Content and Marks for any other purpose without the prior written consent of the owner(s). The Site has adopted and implemented a policy of terminating the accounts of repeat infringers. A copy of Our Repeat Infringer Policy is available to Our Members, upon request.**
9. **USER SUBMISSIONS**
   1. The Site allows its Users to submit video or other material, and allows the hosting, sharing, and/or publishing of such submissions. By submitting a video or other material to Us, You indicate Your intent for Us to make Your material available on all Sites listed at the beginning of this Agreement.

2. You shall be solely responsible for Your own submissions and the consequences of posting or publishing them. In connection with Your submissions, You affirm/warrant that:
    1. You own or have the necessary licenses, rights, consents, and permissions to use and authorize the Site(s) to use all patent, trademark, trade secret, copyright, privacy, publicity or other proprietary rights in and to all of Your submissions to enable inclusion and use of the submissions in the manner contemplated by these Terms and Conditions;
    2. You have the written consent, release, and/or permission of each and every identifiable person in Your submission to use the name or likeness of each individual for use in Your submissions in the manner contemplated by these Terms and Conditions;
    3. You retain all of Your ownership rights in Your submissions; however, by contributing Your submission to the Site(s), You grant a worldwide, non-exclusive, royalty-free, sublicenseable and transferable right and license to:
        1. Reproduce, transmit, communicate, display, or distribute Your submitted photographs, videos and content, on or as part of Our Site(s), on other Internet site(s), or elsewhere, for promotional or commercial purposes, by means of any technology, whether now known or hereafter to become known;
        2. Reproduce Your photographs, videos and content in digital form of display on the Internet (alone or in combination with other works, including, but not limited to, text, data, images, photographs, illustrations, animation, graphics, video, or audio segments, and hypertext links);
        3. Adapt, modify, or alter Your photographs, videos and content or otherwise create derivative works based upon Your content; and for all other reasonable promotional or commercial uses either as part of the operation of Our Site(s), or as a promotion or operation of any derivative or related businesses.
    4. The license granted by You terminates within a commercially reasonable time after You remove or delete your submission from the Site(s).
3. Although Our Site is not based in the United States, we respect the intellectual property rights of copyright holders, and thus voluntarily comply with the Notice and Takedown provisions of the Digital Millennium Copyright Act ("DMCA"). Our DMCA Notice and Takedown Policy is available here: http://www.youjizz.com/dmca.php.
4. The Site does not endorse any User submission, and expressly disclaims any and all liability in connection with User submissions. The Site does not permit copyright infringing activities or infringement of intellectual property rights on the Site, and will promptly and without prior notice remove all content and User submissions if properly notified of infringements on third party's intellectual property rights. Repeat infringers will have their member access and/or privileges terminated.

10. **WARRANTY DISCLAIMER**
    1. You agree that your use of the Site shall be at your sole risk. To the fullest extent permitted by law, The Site, its officers, directors, employees, and agents disclaim all warranties, express or implied, in connection with the website and your use thereof. The Site makes no warranties or representations about the accuracy or completeness of the Site's content or the content of any sites linked to this site and assumes no liability or responsibility for any:
        1. errors, mistakes, or inaccuracies OF CONTENT;
        2. personal injury or property damage, of any nature whatsoever, resulting from your access to and use of our site;
        3. unauthorized access to or use of our secure servers and/or any and all personal information and/or financial information stored therein;
        4. interruption or cessation of transmission to or from our site, any bugs, viruses, trojan horses, or the like which may be transmitted to or through our site by any third party;
        5. errors or omissions in any content or for any loss or damage of any kind incurred as a result of the use of any content posted, emailed, transmitted, or otherwise made available via the Site.
        6. The Site reserves the right to delete any CONTENT or link without any notice or warning to the user who uploaded it.
        7. The Site does not warrant, endorse, guarantee, or assume responsibility for any product or service advertised or offered by a third party through the Site or any Linked website or featured in any banner or other advertising, and The Site will not be a party to or in any way be responsible for monitoring any transaction between you and third-party providers of products or services. As with the purchase of a product or service through any medium or in any environment, you should use your best judgment and exercise caution where appropriate.

11. **LIMITATION OF LIABILITY**
    1. **In no event shall The Site, its officers, directors, employees, or agents, be liable to you for any direct, indirect, incidental, special, punitive, or consequential damages whatsoever resulting from any:**
        1. **errors, mistakes, or inaccuracies of content;**
        2. **personal injury or property damage, of any nature whatsoever, resulting from your access to and use of our site;**
        3. **unauthorized access to or use of our secure servers and/or any and all personal information and/or financial information stored therein;**
        4. **interruption or cessation of transmission to or from our site;**
        5. **bugs, viruses, trojan horses, or the like, which may be transmitted to or through our site by any third party;**
        6. **errors or omissions in any content or for any loss or damage of any kind incurred as a result of your use of any content posted, emailed, transmitted, or otherwise made available via the Site, whether based on warranty, contract, tort, or any other legal theory, and whether OR NOT the company is advised of the possibility of such damages.**
    2. **In the event that you do not supply The Site with your e-mail address, you specifically acknowledge and waive any claim based on The Site's good faith disabling of access to, or removal of, material or activity which has been claimed to be infringing, or based on facts or circumstances from which infringing activity appears likely, regardless of whether the material or activity is ultimately determined to be infringing.**
    3. **The foregoing limitation of liability shall apply to the fullest extent permitted by law in the applicable jurisdiction. The Site makes no representations that the site is appropriate or available for use in other locations. Those who access or use the site from other jurisdictions do so at their own volition and are responsible for compliance with local law.**
    4. **You specifically acknowledge that The Site shall not be liable for user submissions or the defamatory, offensive, or illegal conduct of any third party and that the risk of harm or damage from the foregoing rests entirely with you.**
12. **THIS SERVICE IS FOR AMUSEMENT PURPOSES.**
    1. You understand and accept that Our Site and Services is an *entertainment* and *recreational* service. All content depicts consenting models over the age of eighteen (18) that have provided rights to the Site to publish the content. All images are provided for the amusement and entertainment of Our Members and Our Users.
    2. You hereby discharge, acquit, and otherwise release Company, its parent company, its agents, employees, officers, directors, shareholders, attorneys, and affiliates, from any and all allegations, counts, charges, debts, causes of action, and claims relating in any way to the use of, or activities relating to the use of the Site and Services including, but not limited to claims relating to the following:
        1. Sexual Harassment, Negligence, Gross Negligence, Reckless Conduct, Alienation of Affections (to the extent recognized in any jurisdiction), Intentional Infliction of Emotional Distress, Intentional Interference with Contract Advantageous Business Relationship, Defamation, Privacy, Publicity/Commercial Exploitation, Intellectual Property, Statutory Rape, Misrepresentation, any financial loss not due to the fault of the Site, missed meetings, unmet expectations, false identities, fraudulent acts by others, invasion of privacy, release of personal information failed transactions, purchases or functionality of the Site, unavailability of the Site, its functions and/or Services and any other technical failure that may result in inaccessibility to the Site, or any claim based on Vicarious Liability for Torts committed by individuals met on or through the Site and Services, including but not limited to fraud, theft or misuse of personal information, assault, battery, stalking, rape, theft, cheating, perjury, manslaughter, or murder.
        2. The above list is intended to be illustrative only, and not exhaustive of the types or categories of claims released by You. This release is intended by the parties to be interpreted broadly in favor of Us, and thus any ambiguity shall be interpreted in a manner providing release of the broadest claims. This release is intended to be a full release of

        claims, and the parties acknowledge the legally binding nature of this provision, and the nature of the rights given up in connection therewith.
13. **INDEMNITY**
    1. **To the extent permitted by applicable law, You agree to defend, indemnify and hold harmless the Site, its parent, subsidiary and affiliated corporation(s), their officers, directors, employees and agents, from and against any and all claims, damages, obligations, losses, liabilities, costs, debt, and expenses (including but not limited to attorney's fees) arising from: (i) Your use of and access to the Site; (ii) Your violation of any part of these Terms and Conditions; (iii) Your violation of any third party right, including without limitation any copyright, property, or privacy right; or (iv) any claim that Your content caused damage to a third party. This defense and indemnification obligation will survive these Terms and Conditions and Your use of the Site**
    2. The provision of any services which are in violation of any laws is strictly prohibited. If We determine that You or any User has provided or intends to provide any services or material in violation of any law, Your ability to use the Site and

Services will be terminated immediately without any reimbursement of any payment You may have made to Us. We reserve the right, in Our sole discretion, to cooperate with law enforcement upon legal request and/or advisement of an attorney. We do hereby disclaim any liability for damages that may arise from any User providing any material or servic for any purpose that violates any law. You do hereby agree to defend, indemnify and hold Us harmless from any liabilit that may arise for Us should You violate any law.

3. You also agree to defend and indemnify Us should any third party be harmed by Your illegal actions or should We be obligated to defend any claims including, without limitation, any criminal action brought by any party.
4. Our Site and Services contains material that may be offensive to third parties. You agree to indemnify and hold Us harmless from any liability that may arise from someone viewing any such material originating from You, and You agree to immediately cease review of the Site and use of the Services should You find them offensive.
5. You agree to defend, indemnify, and hold harmless Company, its officers, directors, shareholders, employees, independent contractors, telecommunication providers, and agents, from and against any and all claims, actions, loss, liabilities, expenses, costs, or demands, including without limitation legal and accounting fees, for all damages directly, indirectly, and/or consequentially resulting or allegedly resulting from Your, or You under another person's authority including without limitation to governmental agencies, use, misuse, or inability to use the Site, Services, or any of the Materials contained therein, or Your breach of any of this Agreement. We shall promptly notify You by electronic mail any such claim or suit, and cooperate fully (at Your expense) in the defense of such claim or suit. We reserve the right t participate in the defense of such claim or defense at Our own expense, and choose Our own legal counsel, but are not obligated to do so.

14. **LINKS AND LINKING**
    1. Some websites which are linked to the Site are owned and operated by third parties. Because We have no control ove such websites and resources, You acknowledge and agree that We are not responsible or liable for the availability of such external websites or resources, and do not screen or endorse them, and are not responsible or liable for any content, advertising, services, products, or other materials on or available from such websites or resources.
    2. You further acknowledge and agree that We shall not be responsible or liable, directly or indirectly, for any damage or loss caused or alleged to be caused by or in connection with use of or reliance on any such third-party content, goods services available on or through any such website or resource. If You decide to access any such third party website, Y do so entirely at Your own risk and subject to any terms and conditions and privacy policies posted therein.
    3. You further acknowledge that use of any website controlled, owned or operated by third parties is governed by the terms and conditions of use for those websites, and not by this Agreement or Our Privacy Policy, which is incorporated into this Agreement by reference.
    4. Links to external websites (including external websites that are framed by the Site) or inclusions of advertisements do n constitute an endorsement by Us of such websites or the content, products, advertising, or other materials presented on

        such websites, but are for Your convenience.
    5. You hereby agree to hold Us harmless from any and all damages and liability that may result from the use of links that may appear on the Site or via the Services. We reserve the right to terminate any link or linking program at anytime.

15. **TRADEMARK INFORMATION:**
    1. The name of the Site, is considered a service mark owned by Us. We aggressively defend Our intellectual property rights.
    2. Other manufacturers' product and service names referenced herein may be trademarks and service marks of their respective companies and are the exclusive property of such respective owners, and may not be used publicly without the express written consent of the owners and/or holders of such trademarks and service marks.
    3. All of the marks, logos, domains, and trademarks that You find on the Site and Services may not be used publicly exce with express written permission from Us, and may not be used in any manner that is likely to cause confusion among consumers, or in any manner that disparages or discredits Us.

16. **NOTICE:**
    1. **Notice.** Any notice required to be given under this Agreement may be provided by email to a functioning email address of the party to be noticed, by a general posting on the Site, or personal delivery by commercial carrier such as Federal Express or DHL. Notices by customers to Us shall be given by electronic messages unless otherwise specified in the Agreement.
    2. **Change of Address.** Either party may change the address to which notice is to be sent by written notice to the other party pursuant to this provision of the Agreement.
    3. **When Notice is Effective.** Notices shall be deemed effective upon delivery. Notices delivered by overnight carrier sh be deemed delivered on the business day following mailing. Notices mailed by registered or certified with return receipt requested, shall be deemed delivered five (5) days after mailing. Notices delivered by any other method shall be deeme given upon receipt. Notices by email and facsimile transmission, with confirmation from the transmitting machine that the transmission was completed, are acceptable under this Agreement provided that they are delivered one (1) hour after transmission if sent during the recipient's business hours, or 9:00 a.m. (recipient's time) the next business day. Either par

   4. **Refused, Unclaimed, or Undeliverable Notice.** Any correctly addressed notice that is refused, unclaimed, or undeliverable, because of an act or omission of the party to be notified shall be deemed effective as of the first date that said notice was refused or deemed undeliverable by the postal authorities, messenger, facsimile machine, email server, or overnight delivery service.

17. **COMMUNICATIONS NOT PRIVATE:** We do not provide any facility for sending or receiving private or confidential electronic communications. All messages transmitted to Us shall be deemed to be readily accessible to the general public. Visitors should not use this Site or Services to transmit any communication for which the sender intends only the sender and the intended recipient(s) to read. Notice is hereby given that all messages and other content entered into this Site or Services can and may be read by the agents and operators of the Site or Services, regardless of whether they are the intended recipients of such messages.

18. **Arbitration:**
    1. **Binding Arbitration --** If a dispute arises between the Parties arising out of or otherwise relating to this Agreement, the Parties shall meet and negotiate in good faith to attempt to resolve the dispute. If the Parties are unable to resolve the dispute through direct negotiations, then, except as otherwise provided herein, either Party must submit the issue to binding arbitration in accordance with applicable Arbitration Ordinance. Claims subject to arbitration ("Arbitral Claims") shall include, but are not limited to, contract and tort claims of all kinds, and all claims based on any federal, state or local law, statute, or regulation, excepting only claims by Us under applicable worker's compensation law, unemployment insurance claims, intellectual property claims (including but not limited to claims involving copyrights, trademarks, patents, unfair competition, and/or trade secrets), along with actions (regardless of the underlying cause of action) seeking injunctions, attachment, garnishment, and other equitable relief. The arbitration shall be conducted in the Commonwealth of the Bahamas, in a convenient location agreed to by the parties, or absent such agreement, selected by the Arbitrator. The arbitration shall be conducted by a single arbitrator, knowledgeable in Internet and e-Commerce disputes. The arbitrator shall be willing to execute an oath of neutrality.
    2. The Arbitrator shall have no authority to award any punitive or exemplary damages, certify a class action, add any parties, or vary or ignore the provisions of this Agreement. The arbitrators shall be bound by and apply Bahamian law to any dispute submitted for arbitration hereunder, and this Agreement shall be interpreted in accordance with the laws of the Commonwealth of the Bahamas. The arbitrator shall render a written opinion setting forth all material facts and the basis of his or her decision within thirty (30) days of the conclusion of the arbitration proceeding. THE PARTIES HEREBY WAIVE ANY RIGHTS THEY MAY HAVE TO TRIAL BY JURY IN REGARD TO ARBITRAL CLAIMS.
    3. **No waiver of right to arbitration --** There shall be no waiver of the right to arbitration unless such waiver is provided affirmatively and in writing by the waiving party to the other party. There shall be no implied waiver of this right to arbitration. No acts, including the filing of litigation, shall be construed as a waiver or a repudiation of the right to arbitrate.
    4. No action, regardless of form, arising out of or in conjunction with the subject matter of this Agreement, except for claims involving intellectual property, claims to recover outstanding amounts due to Us and claims for indemnification, may be brought by any Party more than one (1) year after the cause of action arose.

19. **RIGHT TO INJUNCTIVE RELIEF.** Both parties acknowledge that remedies at law may be inadequate to provide an aggrieved party with full compensation in the event of the other party's breach, and that in any litigation permitted under this Agreement, an aggrieved party shall therefore be entitled to seek injunctive relief in addition to seeking all other remedies available at law or in equity.

20. *FORCE MAJEURE:* We shall not be responsible for any failure to perform due to unforeseen circumstances or causes beyond Our reasonable control, including but not limited to: acts of God, such as fire, flood, earthquakes, hurricanes, tropical storms or other natural disasters; war, riot, arson, embargoes, acts of civil or military authority, or terrorism; fiber cuts; strikes, or shortages in transportation, facilities, fuel, energy, labor or materials; failure of the telecommunications or information services infrastructure; hacking, SPAM, or any failure of a computer, server or software, for so long as such event continues to delay the Site's or Services' performance.

21. **GENERAL**
    1. These Terms and Conditions, together with the Privacy Policy and any other legal notices published by Us on the Site, shall constitute the entire agreement between You and Us concerning the Site. If any provision of these Terms and Conditions is deemed invalid by a court of competent jurisdiction, the invalidity of such provision shall not affect the validity of the remaining provisions of these Terms and Conditions, which shall remain in full force and effect. No waiver of any term of this these Terms and Conditions shall be deemed a further or continuing waiver of such term or any other term, and the Site's failure to assert any right or provision under these Terms and Conditions shall not constitute a waiver of such right or provision. The Site reserves the right to amend these Terms and Conditions at any time and without notice, and it is Your responsibility to review these Terms and Conditions for any changes. Your use of the Site following

Exhibit 5 Terms of Use