Ex 10 ARIN Data

WHOIS-RWS

| Network | |
|---|---|
| NetRange | 66.254.96.0 - 66.254.127.255 |
| CIDR | 66.254.96.0/19 |
| Name | REFLECTED-1 |
| Handle | NET-66-254-96-0-1 |
| Parent | NET66 (NET-66-0-0-0-0) |
| Net Type | Direct Allocation |
| Origin AS | |
| Organization | Reflected Networks, Inc. (REFLE-2) |
| Registration Date | 2003-09-05 |
| Last Updated | 2012-02-24 |
| Comments | |
| RESTful Link | http://whois.arin.net/rest/net/NET-66-254-96-0-1 |

| Function | Point of Contact |
|---|---|
| NOC | NETWO226-ARIN (NETWO226-ARIN) |
| Tech | NETWO226-ARIN (NETWO226-ARIN) |
| Abuse | ABUSE671-ARIN (ABUSE671-ARIN) |

| | |
|---|---|
| See Also | Related organization's POC records. |
| See Also | Related delegations. |

| Organization | |
|---|---|
| Name | Reflected Networks, Inc. |
| Handle | REFLE-2 |
| Street | 738 Main St PMB 140 |
| City | Waltham |
| State/Province | MA |
| Postal Code | 02451 |
| Country | US |
| Registration Date | 2003-04-17 |
| Last Updated | 2011-02-18 |
| Comments | |
| RESTful Link | http://whois.arin.net/rest/org/REFLE-2 |
| Referral Server | rwhois://rwhois.reflected.net:4321 |

Case 2:12-cv-01101-SPL   Document 19-10   Filed 08/21/12   Page 2 of 9

Ex 10 ARIN Data

| Function | Point of Contact |
|---|---|
| Abuse | ABUSE671-ARIN (ABUSE671-ARIN) |
| NOC | NETWO226-ARIN (NETWO226-ARIN) |
| Tech | NETWO226-ARIN (NETWO226-ARIN) |
| Admin | NETWO226-ARIN (NETWO226-ARIN) |

| Point of Contact | |
|---|---|
| Note | ARIN has attempted to validate the data for this POC, but has received no response from the POC since 2012-02-18 |
| Name | Abuse |
| Handle | ABUSE671-ARIN |
| Company | Reflected Networks |
| Street | 738 Main St PMB 140 |
| City | Waltham |
| State/Province | MA |
| Postal Code | 02451 |
| Country | US |
| Registration Date | 2004-07-20 |
| Last Updated | 2011-02-18 |
| Comments | |
| Phone | +1-877-888-3800 (Office) |
| Email | abuse@reflected.net |
| RESTful Link | http://whois.arin.net/rest/poc/ABUSE671-ARIN |

| Point of Contact | |
|---|---|
| Note | ARIN has attempted to validate the data for this POC, but has received no response from the POC since 2012-02-18 |
| Name | Network Operations |
| Handle | NETWO226-ARIN |
| Company | Reflected Networks, Inc. |
| Street | 738 Main St PMB 140 |
| City | Waltham |
| State/Province | MA |
| Postal Code | 02451 |
| Country | US |
| Registration Date | 2003-04-17 |
| Last Updated | 2011-02-18 |
| Comments | |

| | |
|---|---|
| Phone | +1-877-888-3800 (Office) |
| Email | hostmaster@reflected.net |
| RESTful Link | http://whois.arin.net/rest/poc/NETWO226-ARIN |

**WHOIS-RWS**

| Network | |
|---|---|
| NetRange | 66.254.96.0 - 66.254.127.255 |
| CIDR | 66.254.96.0/19 |
| Name | REFLECTED-1 |
| Handle | NET-66-254-96-0-1 |
| Parent | NET66 (NET-66-0-0-0-0) |
| Net Type | Direct Allocation |
| Origin AS | |
| Organization | Reflected Networks, Inc. (REFLE-2) |
| Registration Date | 2003-09-05 |
| Last Updated | 2012-02-24 |
| Comments | |
| RESTful Link | http://whois.arin.net/rest/net/NET-66-254-96-0-1 |

| Function | Point of Contact |
|---|---|
| Tech | NETWO226-ARIN (NETWO226-ARIN) |
| Abuse | ABUSE671-ARIN (ABUSE671-ARIN) |
| NOC | NETWO226-ARIN (NETWO226-ARIN) |

| | |
|---|---|
| See Also | Related organization's POC records. |
| See Also | Related delegations. |

| Organization | |
|---|---|
| Name | Reflected Networks, Inc. |
| Handle | REFLE-2 |
| Street | 738 Main St PMB 140 |
| City | Waltham |
| State/Province | MA |
| Postal Code | 02451 |
| Country | US |
| Registration Date | 2003-04-17 |
| Last Updated | 2011-02-18 |
| Comments | |
| RESTful Link | http://whois.arin.net/rest/org/REFLE-2 |
| Referral Server | rwhois://rwhois.reflected.net:4321 |

| Function | Point of Contact |
|---|---|
| Admin | NETWO226-ARIN (NETWO226-ARIN) |
| Tech | NETWO226-ARIN (NETWO226-ARIN) |
| NOC | NETWO226-ARIN (NETWO226-ARIN) |
| Abuse | ABUSE671-ARIN (ABUSE671-ARIN) |

| Point of Contact | |
|---|---|
| Note | ARIN has attempted to validate the data for this POC, but has received no response from the POC since 2012-02-18 |
| Name | Network Operations |
| Handle | NETWO226-ARIN |
| Company | Reflected Networks, Inc. |
| Street | 738 Main St PMB 140 |
| City | Waltham |
| State/Province | MA |
| Postal Code | 02451 |
| Country | US |
| Registration Date | 2003-04-17 |
| Last Updated | 2011-02-18 |
| Comments | |
| Phone | +1-877-888-3800 (Office) |
| Email | hostmaster@reflected.net |
| RESTful Link | http://whois.arin.net/rest/poc/NETWO226-ARIN |

| Point of Contact | |
|---|---|
| Note | ARIN has attempted to validate the data for this POC, but has received no response from the POC since 2012-02-18 |
| Name | Abuse |
| Handle | ABUSE671-ARIN |
| Company | Reflected Networks |
| Street | 738 Main St PMB 140 |
| City | Waltham |
| State/Province | MA |
| Postal Code | 02451 |
| Country | US |
| Registration Date | 2004-07-20 |
| Last Updated | 2011-02-18 |
| Comments | |

| Phone | +1-877-888-3800 (Office) |
| --- | --- |
| Email | abuse@reflected.net |
| RESTful Link | http://whois.arin.net/rest/poc/ABUSE671-ARIN |

Ex 10 ARIN Data

**WHOIS-RWS**

| Network | |
|---|---|
| NetRange | 66.254.96.0 - 66.254.127.255 |
| CIDR | 66.254.96.0/19 |
| Name | REFLECTED-1 |
| Handle | NET-66-254-96-0-1 |
| Parent | NET66 (NET-66-0-0-0-0) |
| Net Type | Direct Allocation |
| Origin AS | |
| Organization | Reflected Networks, Inc. (REFLE-2) |
| Registration Date | 2003-09-05 |
| Last Updated | 2012-02-24 |
| Comments | |
| RESTful Link | http://whois.arin.net/rest/net/NET-66-254-96-0-1 |

| Function | Point of Contact |
|---|---|
| Tech | NETWO226-ARIN (NETWO226-ARIN) |
| Abuse | ABUSE671-ARIN (ABUSE671-ARIN) |
| NOC | NETWO226-ARIN (NETWO226-ARIN) |

| | |
|---|---|
| See Also | Related organization's POC records. |
| See Also | Related delegations. |

| Organization | |
|---|---|
| Name | Reflected Networks, Inc. |
| Handle | REFLE-2 |
| Street | 738 Main St PMB 140 |
| City | Waltham |
| State/Province | MA |
| Postal Code | 02451 |
| Country | US |
| Registration Date | 2003-04-17 |
| Last Updated | 2011-02-18 |
| Comments | |
| RESTful Link | http://whois.arin.net/rest/org/REFLE-2 |
| Referral Server | rwhois://rwhois.reflected.net:4321 |

| Function | Point of Contact |
|---|---|
| Tech | NETWO226-ARIN (NETWO226-ARIN) |
| Abuse | ABUSE671-ARIN (ABUSE671-ARIN) |
| NOC | NETWO226-ARIN (NETWO226-ARIN) |
| Admin | NETWO226-ARIN (NETWO226-ARIN) |

| Point of Contact | |
|---|---|
| Note | ARIN has attempted to validate the data for this POC, but has received no response from the POC since 2012-02-18 |
| Name | Network Operations |
| Handle | NETWO226-ARIN |
| Company | Reflected Networks, Inc. |
| Street | 738 Main St PMB 140 |
| City | Waltham |
| State/Province | MA |
| Postal Code | 02451 |
| Country | US |
| Registration Date | 2003-04-17 |
| Last Updated | 2011-02-18 |
| Comments | |
| Phone | +1-877-888-3800 (Office) |
| Email | hostmaster@reflected.net |
| RESTful Link | http://whois.arin.net/rest/poc/NETWO226-ARIN |

| Point of Contact | |
|---|---|
| Note | ARIN has attempted to validate the data for this POC, but has received no response from the POC since 2012-02-18 |
| Name | Abuse |
| Handle | ABUSE671-ARIN |
| Company | Reflected Networks |
| Street | 738 Main St PMB 140 |
| City | Waltham |
| State/Province | MA |
| Postal Code | 02451 |
| Country | US |
| Registration Date | 2004-07-20 |
| Last Updated | 2011-02-18 |
| Comments | |

Case 2:12-cv-01101-SPL   Document 19-10   Filed 08/21/12   Page 9 of 9

Ex 10 ARIN Data

| | |
|---|---|
| Phone | +1-877-888-3800 (Office) |
| Email | abuse@reflected.net |
| RESTful Link | http://whois.arin.net/rest/poc/ABUSE671-ARIN |