Case 2:12-cv-01101-SPL   Document 19-11   Filed 08/21/12   Page 1 of 2

Ex911 Statsie Data



| | | | 166 |
|---|---|---|---|
| Enter valid domain name... | Check Website | Like | 647 |
| | | Tweet | 198 |

**jizzonline.com**  |  Rank #12974  |  **0 %**  |  Outbound: 0(0)  |  Inbound: 5  |  PR: 3

jizzonline.com position in Alexa is 12974 (according to data from 2012-04-22). It has no change from last week. We detect that jizzonline.com has 2 nameservers: *ns2.swiftco.net, ns1.swiftco.net*. You have the option for viewing all of the sites with the same nameservers. We found 5 inbound links (backlinks) for jizzonline.com and you can view all of them below. jizzonline.com uses Google Analytics with the following account: UA-3428380-2. There are also 4 sites with the same account.

IP: 216.18.239.119
Seattle Washington (WA) United States (US)

**Nameservers**
ns2.swiftco.net - 280 site(s) with the same NS
ns1.swiftco.net - 280 site(s) with the same NS

Google Links: 3 | Indexed Pages: 125000 updated 2011-04-14
PageRank: **3** updated 2011-04-14

Alexa ranking table for **jizzonline.com**



| Date | Position | Change |
|---|---|---|
| 2012-04-22 | #12974 | 0% |
| 2012-04-15 | #12918 | ▲ 1% |
| 2012-04-08 | #13079 | 0% |
| 2012-04-01 | #13026 | ▼ 1% |
| 2012-03-25 | #12889 | 0% |

### jizzonline.com Worth

We have estimated the price of jizzonline.com analyzing unique visitors, search traffic and realtime advertising rates to $51,881 You can put our price widget on your web site in order to get attention to your customers.





<a href="http://statsie.c  |  <a href="http://statsie.c

### We found **101** sites with ip addresses near **216.18.239.119**

This could also indicates that there are connection between these domains. It could be mutual owner or shared hosting, it could not be said for sure

| Website | IP | Traffic Rank | Change |
|---|---|---|---|
| asiancravings.com | 216.18.239.99 | 997935 | 0% - |
| teenietarts.com | 216.18.239.100 | n/a | 0% - |
| youjizz.com | 216.18.239.117 | 235 | 0% - |
| moviesguy.com | 216.18.239.118 | 52333 | 1% ▲ |
| spank69.com | 216.18.239.118 | 586286 | 26% ▼ |
| **jizzonline.com** | **216.18.239.119** | **12351** | **5%** ▼ |
| freemovieportal.com | 216.18.239.120 | 864570 | 0% - |
| freshauditions.biz | 216.18.239.120 | 983960 | 23% ▼ |
| hotfunhouse.com | 216.18.239.120 | 492519 | 10% ▲ |
| iknowthatgal.com | 216.18.239.120 | 895076 | 30% ▼ |

View all   click here to view full list with filter options

### Outbound links information for **jizzonline.com**

If a site has a lot of outcoming links (these are links from the site to other sites) it is not good for the site authority, and also it can be a signal that the site is exchanging link ads. These practices are a good reason for search engines to block the sites for manipulating the results.

*No outbound links found for jizzonline.com*

### Inbound links information for **jizzonline.com**

More links to the site, mean better authority of the site in search engines, and also if the links are from quality sites, it makes the page more reliable and trustworthy.

Case 2:12-cv-01101-SPL   Document 19-11   Filed 08/21/12   Page 2 of 2

Ex9-1 Statsie Data

We found 5 inbound links to jizzonline.com.

| Website | Traffic Rank | Link Anchor | Date Checked |
|---|---|---|---|
| prematurecum.com | 755913 | Sexy Sara Stone | 18 Jul 2011 |
| moviesorgy.com | 976666 | Cumshots | 18 Jul 2011 |
| bolk.jouwpagina.nl | 1M+ | JIZZ ONLINE | 27 Aug 2011 |
| cumshot-elvezes.linkpark.hu | 1M+ | An | 30 Jul 2011 |
| szexhirdetesek.linkpark.hu | 1M+ | Jizz Online | 13 Dec 2011 |

jizzonline.com uses Google Analytics with id: **UA-3428380-2**

| site | Google Analytics account |
|---|---|
| jizzbo.com | UA-3428380-5 |
| jizzhut.com | UA-3428380-4 |
| moviesguy.com | UA-3428380-6 |
| youjizz.com | UA-3428380-1 |

### HTML Validation

**Address:** jizzonline.com
**Result:** 549 errors, 15 warnings
**Encoding:** utf-8
**Doctype:** XHTML 1.0 Transitional
Checked: 2012-04-27

Internet webpages are written by means of programming languages like HTML or XHTML. These languages have technical specifications they include vocabulary and machine-readable formal grammar. Checking documents against these rules is called validation (using Markup Validator). The validator examines the validity of Web pages written in XHTML, HTML, SMIL, etc. Click here to get elaborate study of your site.

### Recently reviewed sites

xg4ken.com (alexa: 67461 / outbound: 0 / inbound: 0) | martensy.pl (alexa: 535147 / outbound: 2 / inbound: 0) | mega-porno.ru (alexa: 17783 / outbound: 2 / inbound: 330) | scotthovind.com (alexa: 969817 / outbound: 21 / inbound: 3) | sha1.fr (alexa: 979776 / outbound: 2 / inbound: 2) | exeter.ac.uk (alexa: 45389 / outbound: 4 / inbound: 80) | maximatch.com (alexa: 611322 / outbound: 11 / inbound: 1) | vivirlatino.com (alexa: 885859 / outbound: 37 / inbound: 66) | declacob.com.br (alexa: 656709 / outbound: 7 / inbound: 0) | sexe-mature69.com (alexa: 988306 / outbound: 4 / inbound: 3) | railstutorial.ru (alexa: 305785 / outbound: 102 / inbound: 3) | reflectionsofabookaholic.com (alexa: 955462 / outbound: 0 / inbound: 40) | pierrechauvin.free.fr (alexa: 992764 / outbound: 20 / inbound: 3) | 10gao.com (alexa: 919094 / outbound: 1 / inbound: 0) | iaxtalk.com (alexa: 904357 / outbound: 1 / inbound: 3) | saitebi.com (alexa: 634460 / outbound: 1 / inbound: 1) | sccu.com (alexa: 42895 / outbound: 1 / inbound: 1) | vizyonkolik.com (alexa: 21804 / outbound: 6 / inbound: 16) | decor3.ru (alexa: 527227 / outbound: 0 / inbound: 1) | sabdalangit.wordpress.com (alexa: 756359 / outbound: 89 / inbound: 35) |

website analysis | top sites | cool websites | contact us | privacy policy | remove site