
Open a FREE Account | Log in | Help

moviesguy.com | Whois Search | Search

HOME | RESEARCH | MONITOR | BUY DOMAINS | LEARN | OPEN AN ACCOUNT

- More Domains
- Reverse Whois
- History Details
- Get Notified
- Trademark Monitor
- Screenshot History

Whois > MoviesGuy.com

# MoviesGuy.com Whois Record

+1 | Tweet | Like



| Whois Record | Site Profile | Registration | Server Stats | My Whois |

Registrar History: **1 registrar**
NS History: **5 changes** on **6** unique name servers over **8** years.
IP History: **7 changes** on **6** unique IP addresses over **8** years.
Whois History: **1,506 records** have been archived **since 2002-08-14** .
Reverse IP: **8 other sites** hosted on this server.

Log In or Create a FREE account to start monitoring this domain name

**DomainTools for Windows®**
Now you can access domain ownership records anytime, anywhere... **right from your own desktop!** Download Now>

```
Registrant:
 Direct Privacy ID A2FC3
 P.O. Box 6592
 Metairie, LA 70009
 US
 1-504-355-0082

Domain Name: MOVIESGUY.COM

Administrative Contact:
 Direct Privacy ID A2FC3, Domain Name Proxy Service, Inc
    moviesguy.com@domainnameproxyservice.com
 P.O. Box 6592
 Metairie, LA 70009
 US
 1-504-355-0082

Technical Contact:
 Direct Privacy ID A2FC3, Domain Name Proxy Service, Inc
    moviesguy.com@domainnameproxyservice.com
 P.O. Box 6592
 Metairie, LA 70009
 US
 1-504-355-0082

Record last updated 05-13-2011 03:40:13 PM
Record expires on 02-16-2013
Record created on 02-15-2001

Domain servers in listed order:
        NS1.SWIFTCO.NET         204.8.32.200
        NS2.SWIFTCO.NET         204.8.32.201
```

Backorder This Domain





Country TLDs | General TLDs

Available domains for registration:

| ☐ MoviesGuy.at | Register |
| ☐ MoviesGuy.be | Register |
| ☐ MoviesGuy.ch | Register |
| ☐ MoviesGuy.co.uk | Register |
| ☐ MoviesGuy.dk | Register |
| ☐ MoviesGuy.es | Register |
| ☐ MoviesGuy.eu | Register |
| ☐ MoviesGuy.fr | Register |
| ☐ MoviesGuy.in | Register |
| ☐ MoviesGuy.it | Register |

**Register All Selected >** | Show all (15) >



## Whois Directory

a b c d e f g h i j k l m n o p q r s t u v w x y z 0 1 2 3 4 5 6 7 8 9

Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Careers | Contact Us | Site Map

© 2012 DomainTools, LLC All rights reserved.





Web2PDF
converted by Web2PDFConvert.com

Ex 12 Registrations

Open a FREE Account | Log in | Help

DomainTools

hotfunhouse.com Whois Search Search

HOME | RESEARCH | MONITOR | BUY DOMAINS | LEARN | OPEN AN ACCOUNT

More Domains
Reverse Whois
History Details
Get Notified
Trademark Monitor
Screenshot History

Whois > HotFunHouse.com

# HotFunHouse.com Whois Record

+1 Tweet Like

| | | | |
|---|---|---|---|
| Lesbian Cams | Ebony Cams | Teen Cams | House |
| Big Tits Cams | Latina Cams | Asian Cams | Coup |
| Pregnant Cams | BBW Cams | Anal Cams | Group |
| Amateur Cams | Pornstar Cams | Shemale Cams | Gay |

Whois Record | Site Profile | Registration | Server Stats | My Whois

Registrar History: 1 registrar
NS History: 4 changes on 5 unique name servers over 8 years.
IP History: 10 changes on 9 unique IP addresses over 8 years.
Whois History: 306 records have been archived since 2003-11-10 .
Reverse IP: 8 other sites hosted on this server.

Log In or Create a FREE account to start monitoring this domain name

WHOIS FOR WINDOWS USERS FREE LOOKUP TOOL Get it NOW DomainTools

```
Registrant:
 Direct Privacy ID 2F4EC
 P.O. Box 6592
 Metairie, LA 70009
 US
 1-504-355-0082

Domain Name: HOTFUNHOUSE.COM

Administrative Contact:
 Direct Privacy ID 2F4EC, Domain Name Proxy Service, Inc
 hotfunhouse.com@domainnameproxyservice.com
 P.O. Box 6592
 Metairie, LA 70009
 US
 1-504-355-0082

Technical Contact:
 Direct Privacy ID 2F4EC, Domain Name Proxy Service, Inc
 hotfunhouse.com@domainnameproxyservice.com
 P.O. Box 6592
 Metairie, LA 70009
 US
 1-504-355-0082

Record last updated 05-13-2011 03:40:03 PM
Record expires on 04-26-2013
Record created on 04-26-2000

Domain servers in listed order:
        NS1.SWIFTCO.NET        204.8.32.200
        NS2.SWIFTCO.NET        204.8.32.201
```

Backorder This Domain

euroDNS DTES12A ONLY 4.99EUR New + Tranfer until 31/12/2012 .ES

.CO FIND THE WEB ADDRESS YOU REALLY WANT.

Country TLDs | General TLDs

Available domains for registration:

HotFunHouse.jp Register
HotFunHouse.mx Register
HotFunHouse.nl Register
HotFunHouse.pl Register
HotFunHouse.ru Register
HotFunHouse.se Register
HotFunHouse.tw Register

Register All Selected >

solve your SEO puzzle TRY SEOmoz PRO SEOmoz

Whois Directory

a b c d e f g h i j k l m n o p q r s t u v w x y z 0 1 2 3 4 5 6 7 8 9

Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Careers | Contact Us | Site Map

© 2012 DomainTools, LLC All rights reserved.

Available on the App Store

Web2PDF converted by Web2PDFConvert.com



Web2PDF
converted by Web2PDFConvert.com



Ex 12 Registrations

Open a FREE Account | Log in | Help

DomainTools

jizzhut.com | Whois Search | Search

HOME | RESEARCH | MONITOR | BUY DOMAINS | LEARN | OPEN AN ACCOUNT

More Domains
Reverse Whois
History Details
Get Notified
Trademark Monitor
Screenshot History

Whois > jizzhut.com

+1 Tweet Like 2

# jizzhut.com Whois Record

Teen Cams | Big Tits Cams | Ebony Cams | House
Lesbian Cams | Couple Cams | Latina Cams | Asia
Anal Cams | Pregnant Cams | BBW Cams | Huge
Group Sex Cams | Milf Cams | Shemale Cams | Gay

Whois Record | Site Profile | Registration | Server Stats | My Whois

Registrar History: 1 registrar
NS History: 6 changes on 6 unique name servers over 9 years.
IP History: 9 changes on 8 unique IP addresses over 8 years.
Whois History: 1,665 records have been archived since 2002-08-14 .
Reverse IP: 8 other sites hosted on this server.

Log In or Create a FREE account to start monitoring this domain name

**DomainTools for Windows®**
Now you can access domain ownership records anytime, anywhere... **right from your own desktop!** Download Now>

```
Registrant:
 Direct Privacy ID 81BAF
 P.O. Box 6592
 Metairie, LA 70009
 US
 1-504-355-0082

Domain Name: JIZZHUT.COM

Administrative Contact:
 Direct Privacy ID 81BAF, Domain Name Proxy Service, Inc
 jizzhut.com@domainnameproxyservice.com
 P.O. Box 6592
 Metairie, LA 70009
 US
 1-504-355-0082

Technical Contact:
 Direct Privacy ID 81BAF, Domain Name Proxy Service, Inc
 jizzhut.com@domainnameproxyservice.com
 P.O. Box 6592
 Metairie, LA 70009
 US
 1-504-355-0082

Record last updated 05-13-2011 03:40:05 PM
Record expires on 10-24-2013
Record created on 10-24-2001

Domain servers in listed order:
        NS1.SWIFTCO.NET        204.8.32.200
        NS2.SWIFTCO.NET        204.8.32.201
```

Backorder This Domain

eurodns DTCOUK12A ONLY 3.99EUR New + Tranfer until 31/12/2012 .CO.UK

.CO FIND THE WEB ADDRESS YOU REALLY WANT.

Country TLDs | General TLDs

Available domains for registration:

| | |
|---|---|
| jizzhut.at | Register |
| jizzhut.dk | Register |
| jizzhut.es | Register |
| jizzhut.fr | Register |
| jizzhut.jp | Register |
| jizzhut.mx | Register |
| jizzhut.tw | Register |

Register All Selected >

solve your SEO puzzle TRY SEOmoz PRO

Whois Directory

a b c d e f g h i j k l m n o p q r s t u v w x y z 0 1 2 3 4 5 6 7 8 9

Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Careers | Contact Us | Site Map

© 2012 DomainTools, LLC All rights reserved.

Available on the App Store

Web2PDF converted by Web2PDFConvert.com

converted by Web2PDFConvert.com