Chad L. Belville
AZ Bar 020771
4742 N. 24th Street Suite 315
Phoenix, AZ 85016
602-904-5485
Fax: 602-291-6953
Email: cbelville@azbar.org
Attorney for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Cybernet Entertainment LLC, ) <br> a New York Company, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> IG Media Inc. and International Media Ltd. ) <br> dba YouJizz.com JizzHut.com ) <br> and JizzOnline.com and OnlyJizz.com ) <br> and MoviesGuy.com and JizzBo.com ) <br> and HotFunHouse.com ) <br> and Igor Gens ) <br> and DOES 1-10 inclusive and ) <br> DOE COMPANIES 1-100 inclusive ) <br> ) <br> _____) | **No.** 2:12-cv-01101-SRB <br><br> **DECLARATION OF** <br> **JASON TUCKER** |

I, Jason Tucker, declare under penalty of perjury that:

I am over the age of 18 years old, make this declaration based upon personal knowledge and, if called to testify could and would testify competently to the facts set forth herein.

I am a director of Battleship Stance LLC, a leading intellectual property management and anti-piracy enforcement company. I am a consultant and Enforcement Officer for major award winning adult entertainment studios including the publicly traded Private Media Group's Fraserside IP LLC division, Zero Tolerance Entertainment, Third Degree Films, Wicked Pictures, Channel One Communications, and Plaintiff Cybernet Entertainment aka Kink.com to name a few.

I have been involved in the industry of legal adult erotic entertainment production, marketing and management at an executive level for over ten (10) years serving for over six years as President of a company that owns and licenses one of the world's largest erotic libraries of images.

I have been involved in over 50 copyright infringement cases serving in most as an expert witness including most recently Liberty Media Holdings LLC v. FF Magnat Limited et al dba Oron.com Case No.: 2:12-cv-1057-GMN-RJJ.

As an Adult Industry Executive, I have been quoted or featured in publications including Newsweek, BusinessWeek, USA Today, Wired and the Washington Post and frequently am requested to speak on panels and seminars at industry events on various industry related tropics but specifically on Internet Piracy, copyright and trademark infringement.

I have purchased, managed, operated, and sold top-level adult domain names such as Erotica.com, SexSlaves.com and Wetdreams.com.

I have made myself familiar with the corporate structure of Cybernet Entertainment, sibling companies, and its related entities.

I have made myself familiar with the company methods, procedures, production and ownership of their copyrighted and trademarked materials.

I have reviewed and documented and/or supervised the review and documentation of the evidence of infringements committed by Defendants which are outlined in the Complaint.

I am personally aware of the methods utilized by Cybernet Entertainment and can attest to the facts and that Cybernet Entertainment works require and/or have required great sums of money to create detailed story lines; film in locations; construct detailed and intricate sets; employ talented writers, directors, actors, and editors; use the highest quality production and post-production equipment; and exceed the production value of typical adult erotic entertainment.

Cybernet has produced, published and catalogued in excess of 10,000 adult-only or adult oriented audio-visual works and holds over 2200 United States copyrights for its works.

Cybernet has protected its trade names such as Kink.com, Naked Kombat, HogTied, Devine Bitches, Bound Gods, Public Disgrace, The Training of O, The Upper Floor, and Ultimate Surrender through United States Trademark and Service mark registrations.

I have documented and can testify with evidence that YouJizz.com, Jizzbo.com, Jizzonline.com, Moviesguy.com, Hotfunhouse.com, Jizzhut.com and Onlyjizz.com are hosted in the United States. See Exhibit 5, Server Stats

The sites at issue use Google's Analytics software to track all of the locations from which all of its users come from and among other collected data, knows all actions as a user travels through those sites.  The Defendants' Google analytics codes include  # UA-3428380.  This information would provide a picture of just how many of the millions of its users are coming from Arizona.

I visited the Defendants various websites outlined in the complaint in March 2012 from my office located in Phoenix, Arizona and documented geographically specific advertising on their site.  The advertising was targeting me and other Arizona residents offering "Facebook Sluts (18+)" with different usernames, ages and locations in Arizona. See Exhibit 3 Arizona Targeted Advertising

YOUJIZZ.com:

At the website Youjizz.com, I was shown user Susansex, Age 19 from Gilbert, Arizona; user SashaJ328, Age 21 from Laveen, Arizona; and sexyAss, Age 28 from Laveen, Arizona.  All three cities are located in Maricopa County, Arizona See Exhibit 3 Arizona Targeted Advertising

On March 7, 2012 and prior to the filing of the complaint, I documented that Youjizz.com had been registered through GoDaddy.com, LLC.  See: Exhibit 6 Registrations

From personal knowledge and from reading the GoDaddy.com Terms of Use that it is a company located in Scottsdale, Arizona. See Exhibit 7, GoDaddy and Domains by Proxy Agreements

On Youjizz.com and all other Defendant listed websites, the Frequently Asked Questions (FAQ) and all support page or contact pages use a Gmail Email address. Gmail is a service provided by Google Inc. ("Google"), located at 1600 Amphitheatre Parkway, Mountain View, CA 94043, United States. See Exhibit 8 Google Terms of Service and Exhibit 9 YouJizz FAQ

On March 7, 2012, I documented that Youjizz.com was hosted at Reflected Networks Inc on IP Address 66.254.109.120 Further review through American Registry for Internet Numbers (ARIN) revealed that the IP addresses assigned to Reflfected Networks and Reflected Networks were located in Waltham, Massachusetts. See Exhibit 5 Server Stats and Exhibit 10 ARIN Data Stats

Alexa.com "the web information company" ranks Youjizz.com in the top 200 websites one the internet with over 25% of its traffic coming from the US.  See Exhibit 1 Alexa Rank

JIZZBO.com:

At the website Jizzbo.com, I was shown user SexyChris, Age 20 located in Laveen, Arizona; oumGetit, Age 28 in Glendale, Arizona; and lesboMeg,Age 27 in Cashion, Arizona.  All three cities are located in Maricopa County, Arizona.  See Exhibit 3 Arizona Targeted Advertising

On March 7, 2012 and prior to the filing of the complaint, I documented that Jizzbo.com had been registered through GoDaddy.com, LLC.  See: Exhibit 6 Registrations

I understand from reading the GoDaddy.com Terms of Use that it is a company located in Scottsdale, Arizona.  See Exhibit 7

On March 7, 2012, I documented that Jizzbo.com was hosted at Reflected Networks Inc on IP Address 66.254.109.120.  Further review through American Registry for Internet Numbers (ARIN) revealed that the IP addresses assigned to Reflected Networks and Reflected Networks were located in Waltham, Massachusetts See Exhibit 5 Server Stats and Exhibit 10 ARIN Data

JIZZONLINE:

At the website Jizzonline.com, I was shown user JuicyLucy, Age 18 in Fountain, Arizona and SpreadDPS, Age 26 from Chandler, Arizona.  These cities are located in Maricopa County, Arizona.  See Exhibit 3 Arizona Targeted Advertising

On March 7, 2012 and prior to the filing of the complaint, I documented that JizzOnline.com had been registered through GoDaddy.com, LLC.  See Exhibit 6 Registrations

I understand from reading the GoDaddy.com Terms of Use that it is a company located in Scottsdale, Arizona. See Exhibit 7

On March 7, 2012, I documented that Jizzonline.com was hosted at Reflected Networks Inc on IP Address 66.254.109.120  Further review through American Registry for Internet Numbers (ARIN) revealed that the IP addresses assigned to Reflected Networks and Reflected Networks were located in Waltham, Massachusetts The website appeared to be routing its name servers through a DNS server located at the hosting Company Swiftco located in Washington State.  See Exhibit 5 Server Stats and Exhibit 10 ARIN Data Stats.  See Exhibit 11 Statsie Data

The pattern articulated above is consistent for all of the websites identified in the complaint.

I documented that JizzHut, HotFunHouse and MoviesGuy are purportedly held by Defendants using a registrar and privacy protection service located at P.O. Box 6592, Metairie, LA 70009.  Exhibit 12, Registrations

Further, based upon my experience and judgment, I am certain that Defendant's website contained large amounts of unauthorized, copyrighted materials.

Signed this 21 Day of August, 2012

_Jason Tucker_