# Interim Designation of Agent to Receive Notification of Claimed Infringement

**Full Legal Name of Service Provider:** International Media, Ltd.

**Alternative Name(s) of Service Provider (including all names under which the service provider is doing business):** youjizz.com, jizzhut.com, jizzonline.com, moviesguy.com, jizzbo.com, onlyjizz.com, hotfunhouse.com

**Address of Service Provider:** 303 Shirley Street, PO Box N-492, Nassau, Bahamas

**Name of Agent Designated to Receive Notification of Claimed Infringement:** Lawrence G. Walters, Esquire

**Full Address of Designated Agent to which Notification Should be Sent** (a P.O. Box or similar designation is not acceptable except where it is the only address that can be used in the geographic location): 195 W. Pine Ave., Longwood, FL 32750

**Telephone Number of Designated Agent:** (407) 975-9150

**Facsimile Number of Designated Agent:** (407) 774-6151

**Email Address of Designated Agent:** Notice@DMCANotice.com

**Signature of Officer or Representative of the Designating Service Provider:**
Date: 05/20/11

**Typed or Printed Name and Title:** Lawrence G. Walters, Esquire

Note: This Interim Designation Must be Accompanied by a Filing Fee*
Made Payable to the Register of Copyrights.
*Note: Current and adjusted fees are available on the Copyright website at www.copyright.gov/docs/fees.html


Scanned MAY 2 4 2011


162666308


Received MAY 0 2 2011 Copyright Office