IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cybernet Entertainment LLC, | No. CV 12-1101-PHX-SRB |
| Plaintiff, | **ORDER** |
| vs. | |
| IG Media, Inc., et al., | |
| Defendants. | |

IT IS ORDERED pursuant to Rule 4(m), Fed. R. Civ. P., that this action shall be dismissed as to Defendants IG Media, Inc., Igor Gens and all fictitious Defendants without further notice after September 21, 2012, unless before then Plaintiff has served defendants with the summons and complaint and has filed with the Clerk of the Court proof thereof pursuant to Rule 4(*l*) or has shown good cause for the failure to timely serve.

DATED this 24th day of August, 2012.

_____
Susan R. Bolton
United States District Judge