John P. Flynn (# 015065)
Todd A. Williams (# 020066)
DIOGUARDI FLYNN LLP
7001 N. Scottsdale Road, Suite 2060
Scottsdale, AZ 85253
Telephone: (480) 951-8800
Facsimile: (480) 951-8824
jflynn@dioguardiflynn.com
twilliams@dioguardiflynn.com

Valentin D. Gurvits (# 643572)
Boston Law Group, LLP
825 Beacon Street, Suite 20
Newton Centre, MA 02459
Telephone: (617) 928-1804
Facsimile: (617) 928-1802
vgurvits@bostonlawgroup.com

Evan Fray-Witzer (#564349)
Ciampa Fray-Witzer, LLP
20 Park Plaza, Suite 804
Boston, MA 02116
Telephone: (617) 426-0000
Facsimile: (617) 423-4855
evan@CFWlegal.com

*Attorneys for International Media, Inc., incorrectly named herein as International Media, Ltd.*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Cybernet Entertainment LLC, A New York Company,<br><br>             Plaintiff,<br><br>v.<br><br>IG Media Inc. and International Media Ltd. dba YouJizz.com JizzHut.com and JizzOnline.com and OnlyJizz.com and MoviesGuy.com and JizzBo.com and HotFunHouse.com and Igor Gens and DOES 1-10 inclusive and DOES COMPANIES 1-100 inclusive<br><br>             Defendants. | Case No. 2:12-cv-01101-SRB<br><br>**SUPPLEMENTAL DECLARATION OF IGOR GENS IN SUPPORT OF REPLY TO INTERNATIONAL MEDIA, INC.'S MOTION TO DISMISS** |

D0076568/10410-001                                   1

I, Igor Gens, declare as follows based on my own personal knowledge and belief:

1. I am over 18 years of age.

2. I am the President of International Media, Inc. ("International Media), incorrectly named in this action as International Media, Ltd.

3. This Supplemental Declaration is provided in support of the Reply to International Media, Inc.'s Motion to Dismiss. This Supplemental Declaration is being submitted in order to respond to and correct, where necessary, inaccurate and/or misleading information presented to this Court by Plaintiff Cybernet Entertainment, L.L.C. in its August 21, 2012 Response ("Cybernet Response"), including the false information included within the Affidavit of Jason Tucker filed as an Exhibit to the Cybernet Response.

4. International Media entered into the Domain Name Proxy Agreement with the domain registrar – Domains By Proxy - with the belief and understanding that any disputes arising from **domain name disputes** would be under the jurisdiction of the U.S. District Court for the District of Arizona. The express language of the Agreement unequivocally confirms that International Media understandably agreed to resolve solely **domain name disputes** in this jurisdiction, which is exactly what every other domain registrar requires for its service contracts. Specifically, paragraph 10(b) of the Agreement states in relevant part: "For the adjudication of **domain name registration disputes**, you agree to submit to the exclusive jurisdiction and venue of the U.S. District Court for the District of Arizona located in Phoenix, Arizona." (Emphasis added).

5. Ignoring the lack of merit of Cybernet's claims, this lawsuit has nothing to do with a domain name registration dispute – it is a copyright lawsuit and nothing more. International Media, a foreign corporation, did not agree to litigate copyright lawsuits brought by third-parties (*i.e.*, strangers) to the Domains By Proxy Agreement that has absolutely nothing to do with domain name registration disputes – *e.g.*, the

1  specific scope of services provided to International Media by its domain registrar,
2  Domains by Proxy. Had I known that the Domains By Proxy Terms of Use could
3  conceivably be interpreted as consenting to jurisdiction in Arizona for any lawsuit other
4  than suits relating directly to the registration of International Media's domain names,
5  International Media would not have agreed to those terms.

6.  International Media does not "target" Arizona or U.S. residents for that matter in regards to the operation of websites. Information is made available via the Internet and people from all over the world visit the sites. In point of fact, the Tucker Affidavit and Alexa.com printouts he references do not confirm or remotely establish that a majority or even specified percentage of visitors are from Arizona or anywhere else within the U.S. U.S. visitors to International Media's collective websites constitute a minority of the sites' visitors. And notwithstanding the Tucker Affidavit's conclusory statements, the number of purported Arizona resident visitors is a tiny fraction.

7.  The assertions contained in the Cybernet Response that International Media "shares" revenue with and benefits financially from the owner/operator of the youjizzpremium.com site are false. Youjizzpremium.com pays the same type of flat advertising fee that International Media's other advertising customers pay.

I declare under penalty of perjury that the foregoing is true and correct.
DATED this 10 day of September, 2012.

_____
Igor Gens, President
International Media, Inc.