1  Chad L. Belville
   AZ Bar 020771
2  4742 N. 24th Street Suite 315
3  Phoenix, AZ 85016
   602-904-5485
4  Fax: 602-291-6953
   Email: cbelville@azbar.org
5  Attorney for Plaintiff

6

7
                    **IN THE UNITED STATES DISTRICT COURT**
8
                               **DISTRICT OF ARIZONA**
9

10 | Cybernet Entertainment LLC, a New York Company, | No. 2:12-cv-01101-SRB |
   |---|---|
11 | Plaintiff, | |
12 | vs. | NOTICE OF FILING COPYRIGHT, TRADEMARK, OR PATENT INFORMATION |
13 | IG Media Inc. and International Media Ltd. dba YouJizz.com JizzHut.com and JizzOnline.com and OnlyJizz.com and MoviesGuy.com and JizzBo.com and HotFunHouse.com; and Igor Gens and DOES 1-10 inclusive; and DOE COMPANIES 1-100 inclusive, | |
   | Defendants. | |

20  **NOTICE IS HEREBY GIVEN THAT** the Plaintiff has submitted for filing the

21  trademark and copyright information requested in the Court's Minute Order of September

22  13, 2012 (Doc 22, Docket Text, no document attached) regarding this case.

23  An itemized list consisting of each trademark that is the subject of this litigation, the

24  date of each trademark, and the holder of the trademark; and each registration number for

25  the copyrights that are the subject of the litigation, the title of the works for each

26

copyright, and the author or authors for each copyright, is attached to this notice and submitted for filing herein.

DATED: 18 September, 2012          Respectfully submitted,

By: /s/ Chad L. Belville
Chad Belville, Attorney at Law
*Arizona Bar 020771*
4742 North 24th Street, Suite 315
Phoenix, AZ 85016

MAILING ADDRESS:
P.O. Box 17879
Phoenix, AZ 85011

Telephone: 602-904-5485
FAX: 602-297-6953
E-mail cbelville@azbar.org

ATTORNEY FOR PLAINTIFF

CERTIFICATE OF SERVICE

I, Chad Belville, do hereby certify that on September 18, 2012, a copy of this document was served upon the Attorneys for Defendants through the Court's Electronic Case Filing System.

/s/ Chad Belville