Chad L. Belville
AZ Bar 020771
4742 N. 24th Street Suite 315
Phoenix, AZ 85016
602-904-5485
Fax: 602-291-6953
Email: cbelville@azbar.org
Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Cybernet Entertainment LLC, a New York Company,<br><br>Plaintiff,<br><br>vs.<br><br>IG Media Inc. and International Media Ltd.<br>dba YouJizz.com JizzHut.com and JizzOnline.com and OnlyJizz.com and MoviesGuy.com and JizzBo.com and HotFunHouse.com; and Igor Gens and DOES 1-10 inclusive; and DOE COMPANIES 1-100 inclusive,<br><br>Defendants. | No. 2:12-cv-01101-SRB<br><br>PLAINTIFF'S ITEMIZED LIST OF COPYRIGHT AND TRADEMARK INFORMATION THE SUBJECT OF THIS LITIGATION |

Plaintiff submits the attached trademark and copyright information for filing as requested in the Court's Minute Order of September 13, 2012 (Doc 22).

DATED: September 18, 2012          Respectfully submitted,

By: /s/ Chad L. Belville
Chad Belville, Attorney at Law
*Arizona Bar 020771*
4742 North 24th Street, Suite 315
Phoenix, AZ 85016

MAILING ADDRESS:
P.O. Box 17879
Phoenix, AZ 85011

Telephone:  602-904-5485
FAX:  602-297-6953
E-mail cbelville@azbar.org

ATTORNEY FOR PLAINTIFF

CERTIFICATE OF SERVICE

I, Chad Belville, do hereby certify that on September 18, 2012, a copy of this document was served upon the Attorneys for Defendants through the Court's Electronic Case Filing System.

/s/ Chad Belville