No. 2:12-cv-01101-SRB

**Cybernet Entertainment LLC Trademark Information**:

| Trademark Number | Date of Trademark | Holder of Trademark |
|---|---|---|
| 3396959 | 03/18/2008 | Cybernet Entertainment, LLC |
| 3379745 | 02/05/2008 | Cybernet Entertainment, LLC |
| 3870498 | 11/02/2010 | Cybernet Entertainment, LLC |
| 3338653 | 11/20/2007 | Cybernet Entertainment, LLC |
| 3273365 | 08/07/2007 | Cybernet Entertainment, LLC |
| 3870498 | 11/02/2010 | Cybernet Entertainment, LLC |
| 3273365 | 08/07/2007 | Cybernet Entertainment, LLC |