**No. 2:12-cv-01101-SRB**

**Cybernet Entertainment LLC Copyright Information**:

| Registration Number | Title of the Work | Author |
|---|---|---|
| PA0001764840 | 15187 | Cybernet Entertainment, LLC |
| PA0001763549 | 15161 | Cybernet Entertainment, LLC |
| PA0001763863 | 12414 | Cybernet Entertainment, LLC |
| PA0001766566 | 11229 | Cybernet Entertainment, LLC |
| PA0001772450 | 5328 | Cybernet Entertainment, LLC |
| PA0001765162 | 11163 | Cybernet Entertainment, LLC |
| PA0001764829 | 15190 | Cybernet Entertainment, LLC |
| PA0001736464 | 13703 | Cybernet Entertainment, LLC |
| PA0001767775 | 10043 | Cybernet Entertainment, LLC |
| PA0001771563 | 9423 | Cybernet Entertainment, LLC |
| PA0001780818 | 4957 | Cybernet Entertainment, LLC |
| PA0001762435 | 14419 | Cybernet Entertainment, LLC |
| PA0001762437 | 14418 | Cybernet Entertainment, LLC |
| PA0001762879 | 15233 | Cybernet Entertainment, LLC |
| PA0001763768 | 14417 | Cybernet Entertainment, LLC |
| PA0001768918 | 10089 | Cybernet Entertainment, LLC |
| PA0001769021 | 9849 | Cybernet Entertainment, LLC |
| PA0001772017 | 5456 | Cybernet Entertainment, LLC |
| PA0001772985 | 5555 | Cybernet Entertainment, LLC |
| PA0001767843 | 10091 | Cybernet Entertainment, LLC |
| PA0001780838 | 5776 | Cybernet Entertainment, LLC |
| PA0001768843 | 10383 | Cybernet Entertainment, LLC |
| PA0001781457 | 6514 | Cybernet Entertainment, LLC |
| PA0001773280 | 5523 | Cybernet Entertainment, LLC |
| PA0001769360 | 9527 | Cybernet Entertainment, LLC |
| PA0001772215 | 5307 | Cybernet Entertainment, LLC |
| PA0001763534 | 13862 | Cybernet Entertainment, LLC |
| PA0001765087 | 11056 | Cybernet Entertainment, LLC |
| PA0001770431 | 5118 | Cybernet Entertainment, LLC |
| PA0001763701 | 13247 | Cybernet Entertainment, LLC |
| PA0001765157 | 10909 | Cybernet Entertainment, LLC |
| PA0001768625 | 10434 | Cybernet Entertainment, LLC |
| PA0001768889 | 10315 | Cybernet Entertainment, LLC |
| PA0001769033 | 11182 | Cybernet Entertainment, LLC |
| PA0001740086368 | 3544 | Cybernet Entertainment, LLC |
| PA0001766710 | 16135 | Cybernet Entertainment, LLC |
| PA0001780951 | 5839 | Cybernet Entertainment, LLC |
| PA0001780912 | 6303 | Cybernet Entertainment, LLC |
| PA0001740039153 | 2891 | Cybernet Entertainment, LLC |
| PA0001698265575 | 15438 | Cybernet Entertainment, LLC |
| PA0001780853 | 4136 | Cybernet Entertainment, LLC |
| PA0001769021 | 9848 | Cybernet Entertainment, LLC |
| PA0001766710 | 16136 | Cybernet Entertainment, LLC |