Chad L. Belville
AZ Bar 020771
4742 N. 24th Street Suite 315
Phoenix, AZ 85016
602-904-5485
Fax: 602-291-6953
Email: cbelville@azbar.org
Attorney for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Cybernet Entertainment LLC, a New York Company, | No. 2:12-cv-01101-SRB |
| Plaintiff, | |
| v. | **PLAINTIFF'S MOTION FOR ADDITIONAL TIME TO SERVE DEFENDANTS IGOR GENS AND IG MEDIA, INC.** |
| IG Media Inc. and International Media Ltd. dba YouJizz.com JizzHut.com and JizzOnline.com and OnlyJizz.com and MoviesGuy.com and JizzBo.com and HotFunHouse.com and Igor Gens and DOES 1-10 inclusive and DOE COMPANIES 1-100 inclusive, | |
| Defendants. | |

COMES NOW, Plaintiff, Cybernet Entertainment LLC (hereinafter referred to as "Plaintiff" or "Cybernet") by and through its counsel, and moves the Court, respectfully requesting additional time within which to achieve service of process on Defendants Igor Gens and IG Media, Inc. There is good cause for this request for extension of time, in that Defendants are located outside the United States, per their own filings, and under

1

Rule 4(m) the time limit for service does not apply and most importantly, the Defendants have appeared, without reservation, to file a responsive pleading.

The purpose of service is to notify the defendant(s) of the proceeding, and here, the defendant(s), by and through their attorneys of record, have demonstrated they have knowledge of the action filed against them.

Defendant International Media has filed a responsive pleading in its Motion to Dismiss (Doc 14), where Plaintiff has Responded (Doc 19) and Defendant has Replied (Doc 21).  The Defendant cannot be said to be uninformed when it has filed a responsive pleading, and has not filed that pleading as a special appearance.

Defendant International Media, Ltd. was served in Nassau, Bahamas, and has filed its response. A return of service is being filed contemporaneously with this motion.

Plaintiff would draw the Court's attention to the fact that in filing International Media, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction (Doc 14), Counsel signed the motion in its signature block, stating "Attorneys for IG Media Inc.; International Media Ltd., and Igor Gens."  Although the Motion to Dismiss was designated as being filed by International Media Ltd, Mr. Flynn's signature block listed <u>all</u> three defendants, not just International Media Ltd.

In his own Affidavit, Igor Gens acknowledges that he is the President of International Media Inc. (Doc 14 Attachment 1). Igor Gens cannot file an affidavit as part of a dispositive motion and concurrently deny he has sufficient knowledge of the case to defend himself.

## CONCLUSION

Plaintiff respectfully requests additional time to serve the remaining Defendants outside the United States.

DATED: September 21, 2012     Respectfully submitted,

By:   /s/ Chad L. Belville

Chad Belville, Attorney at Law
*Arizona Bar 020771*
4742 North 24th Street, Suite 315
Phoenix, AZ 85016

MAILING ADDRESS:     P.O. Box 17879
Phoenix, AZ 85011

Telephone:  602-904-5485
FAX:  602-297-6953
E-mail cbelville@azbar.org
ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I, Chad Belville, do hereby certify that on September 21st, 2012, a copy of Plaintiff's Motion was served upon the Attorneys for Defendants through the Court's Electronic Case Filing System.

/s/ Chad Belville