

**OFFICE OF THE ATTORNEY GENERAL AND MINISTRY OF LEGAL AFFAIRS**

P.O. BOX N-3007
EAST HILL STREET
NASSAU, THE BAHAMAS
TEL.: (242) 502-0400 FAX.: (242) 356-4179

File No. ......LEG/CON/97/4/SERVICE OF PROCESS/INTL MEDIA LTD
In replying please quote this number.

26th July, 2012

**BY COURIER**
Chad L. Belville
Attorney At Law
4742 N. 24th Street, Suite 315
Phoenix, Arizona 85016
United States of America

Dear Mr. Belville,

Re:   Request for Service of Process Pursuant to the Hague Convention of Service Abroad of Judicial or Extrajudicial Documents
**INTERNATIONAL MEDIA LTD.**

We refer to the matter at caption.

We advise that the subject documents were served on the company at caption by personally serving its Registered Agent, Glinton, Sweeting, O'Brien Corporate Services Ltd., situated 303 Shirley Street, in city of Nassau, The Bahamas, on 16th July, 2012.

Please find attached hereto the following documents:

1.   Affidavit of Service of Police Reserve Constable Number 815 James Cooper evidencing service upon **INTERNATIONAL MEDIA LTD.**

2.   Certificate of Service issued by Ms. Donna Newton, Registrar of the Supreme Court of The Bahamas evidencing that the foreign process has been served in accordance with the laws of the Commonwealth of The Bahamas.

Kindly note that the cost for effecting service of the subject documents amounts to the sum of Eighty Dollars (USD$80.00) payable by check or international money order and should be made out to:

**JAMES COOPER**

The envelope should be addressed to:

> DIRECTOR OF LEGAL AFFAIRS
> c/o OFFICE OF THE ATTORNEY-GENERAL
> P. O. BOX N-3007
> NASSAU, THE BAHAMAS

    For any further inquiry, you may contact the undersigned at (242) 502-9575, fax (242) 325-0339, or by email at crystalnewman@bahamas.gov.bs.

We obliged to be of assistance in this matter.

Sincerely,

*[signature]*

Mrs. Crystal J. Newman
(for) DIRECTOR OF LEGAL AFFAIRS

/cn
Attachment

COMMONWEALTH OF THE BAHAMAS

New Providence

## CERTIFICATE OF SERVICE OF FOREIGN PROCESS

I, **DONNA NEWTON,** Registrar of The Supreme Court of The Bahamas hereby certify that the documents annexed hereto are as follows:-

(1) The process received with a Request for Service, and

(2) A copy of the evidence of service upon **INTERNATIONAL MEDIA LIMITED,** the Company named in the process.

AND I certify that such service so proved, and the proof thereof, are such as required by the law and practice of The Bahamas Supreme Court regulating the service of the legal process in The Bahamas and the proof thereof.

AND I certify that the cost of effecting of such service, as duly certified by the Registrar of The Supreme Court amounts to the sum of Eighty Dollars (USD$80.00) and should be paid to **JAMES COOPER.**

Dated this 20th day of July A. D., 2012.

_____
REGISTRAR OF THE SUPREME COURT

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| Cybernet Entertainment LLC,<br>A New York Company<br>*Plaintiff*<br>v.<br>IG Media Inc., International Media Ltd,<br>and Igor Gens, et al.<br>*Defendant* | Civil Action No. 2:12-cv-01101-SRB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
International Media Ltd.
303 Shirley Street
P.O. Box N-492
Nassau, Bahamas

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Chad L. Belville
Attorney at Law
4742 N. 24th Street, Suite 315
Phoenix, Arizona 85016
Telephone: 602-904-5485

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____    _____
Signature

12:45 pm, May 30, 2012
s/ Brian D. Karth, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF ARIZONA

CIVIL ACTION NO. 2:12-cv-01101-SRB

CYBERNET ETNTERIMNET LLC     Plaintiff

v.

IG MEDIA INC.;
INTERNATIONAL MEDIA LTD.;
IGOR GENS, et. al.
    Defendant

## AFFIDAVIT OF SERVICE

**I, JAMES COOPER,** Police Reserve Constable Number 815 of the Royal Bahamas Police Force and resident of Elizabeth Estates, in the Eastern District of the Island of New Providence one of the Islands of the Commonwealth of The Bahamas make Oath and say as follows:

1. That acting on instructions of Counsel and Attorney-at-Law in the Office of the Attorney General, having carriage of this matter, I did on the 16th day of July, A.D., 2012, serve on **INTERNTIONAL MEDIA LTD.,** one of the Defendant in this action, with true copies of the Summons in a Civil Action and the Complaint and Jury Demand, by personally serving its Registered Agent, Glinton, Sweeting, O'Brien Corporate Services Ltd., situated 303 Shirley Street, in the city of Nassau, The Bahamas.

2. That the said copy of the Summons in a Civil Action and the Complaint and Jury Demand are duly sealed with the Seal of The Court of the United States District Court for the District of Arizona, Arizona, U.S.A., out of which they were issued.

3. That at the time of delivery, **Angelique Nairn, Receptionist,** accepted and dated in my presence the Certificate attached to the Request for Service of Judicial or Extrajudicial Documents certifying service of the foreign process.

4. That the signed and dated Certificate certifying service of the foreign process is now produced and shown to me and marked as Exhibit **"JC-1."** a copy of the same is attached hereto.

5. That the facts herein deposed to are true and correct to the best of my information and belief.

**SWORN TO** at Nassau, N. P., )
The Bahamas this 20th day )
of July A. D., 2012 )  _____
                                                                   **JAMES COOPER**

**BEFORE ME,**

_____
**REGISTRAR OF THE SUPREME COURT**

IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF ARIZONA

CIVIL ACTION NO. 2:12-cv-01101-SRB

CYBERNET ETNTERIMNET LLC                                      Plaintiff

v.

IG MEDIA INC.;
INTERNATIONAL MEDIA LTD.;
IGOR GENS, et. al.
                                                              Defendant

## CERTIFICATE

This is the Exhibit marked "JC-1." referred to in the Affidavit of **JAMES COOPER**, Police Reserve Constable Number 815 of the Royal Bahamas Police Force sworn before me this 20th day of July A. D., 2012.

_____
REGISTRAR OF THE SUPREME COURT

Int'l Medical Ltd "JC-1"

# Certificate

The undersigned authority has the honor to certify, in conformity with article 6 of the Convention,
1) that the document has been served*
   the (date) X July 16th, 2012
   at (place, street, number) X GLINTON, SWEETING, O'BRIEN, 303 Shirley Street

---

--in one of the following methods authorized by article 5—
   ___ (a) in accordance with the provisions of sub-paragraph (a)
       of the first paragraph of article 5 of the Convention*
   ___ (b) in accordance with the following particular method*:
   _____
   _____

   ___ (c) by delivery to the addressee, who accepted it voluntarily*

The documents referred to in the request have been delivered to:
X (identity and description of person) Angelique Nairn
_____

-- relationship to addressee (family, business or other): X Reception
_____

2) that the document has not been served, by reason of the following
facts*:_____
_____
_____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is required to pay or reimburse the expenses detailed in the attached statement.*

Annexes

Documents returned:
_____
_____

[Stamp: JUL 1 6 2012 Nassau, Bahamas]

Done at: X Nassau , the Bahamas 16 July 2012

In appropriate cases, documents
establishing the service:
_____
_____

Signature and/or stamp.

James Cooper #815

*Delete if inappropriate.

2                                                                                       USM-94

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

CIVIL ACTION NO. 2:12-cv-01101-SRB

CYBERNET ETNTERIMNET LLC

                                  Plaintiff

v.

IG MEDIA INC.;
INTERNATIONAL MEDIA LTD.;
IGOR GENS, et. al.

                                  Defendant

**AFFIDAVIT OF SERVICE**

Office of The Attorney-General
Post Office Building
3rd - 7th Floors
Post Office Building
East Hill Street
Nassau, The Bahamas