IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cybernet Entertainment LLC, ) | CV 12-1101-PHX-SRB |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| IG Media, Inc., et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

On September 21, 2012, Plaintiff filed a Motion for Additional Time to Serve Defendants Igor Gens and IG Media, Inc.

IT IS ORDERED that the Motion for Additional Time to Serve Defendants Igor Gens and IG Media, Inc. will be denied within 3 days of the date of this order if counsel does not comply with the ECF Administrative Policies and Procedures Manual, Section II(G), specifically, subparagraph 1b.

DATED this 24th day of September, 2012.

_Susan R. Bolton_
Susan R. Bolton
United States District Judge