John P. Flynn (# 015065)
Todd A. Williams (# 020066)
DIOGUARDI FLYNN LLP
7001 N. Scottsdale Road, Suite 2060
Scottsdale, AZ 85253
Telephone: (480) 951-8800
Facsimile: (480) 951-8824
jflynn@dioguardiflynn.com
twilliams@dioguardiflynn.com

*Attorneys for International Media, Inc., incorrectly named herein as International Media, Ltd.*

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Cybernet Entertainment LLC,<br>A New York Company,<br><br>Plaintiff,<br><br>v.<br><br>IG Media Inc. and International Media Ltd. dba YouJixx.com JizzHut.com and JizzOnline.com and OnlyJizz.com and MoviesGuy.com and JizzBo.com and HotFunHouse.com and Igor Gens and DOES 1-10 inclusive and DOES COMPANIES 1-100 inclusive<br><br>Defendants. | Case No. 2:12-cv-01101-SRB<br><br>**INTERNATIONAL MEDIA, INC.'S RESPONSE TO PLAINTIFF'S MOTION FOR ADDITIONAL TIME TO SERVE DEFENDANTS IGOR GENS AND IG MEDIA, INC.** |

Plaintiff's Motion for Additional Time to Serve Defendants Igor Gens and IG Media, Inc. (the "Motion") is based almost entirely on the false assertion that International Media Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction was somehow filed on behalf of all of the defendants in this matter despite the clear intention of the Motion to Dismiss. Perhaps more importantly, Plaintiff's Motion is devoid of any

mention of any efforts by Plaintiff to serve the remaining defendants to date. Because Plaintiff's Motion fails to establish good cause for the requested extension, it should be denied.

**I.      The Motion to Dismiss was Filed on Behalf of International Media, Inc. Only**

Plaintiff's Motion is based, in large part, on Plaintiff's assertion that Defendants Igor Gens and IG Media, Inc. have file a responsive pleading in the form of International Media, Inc's Motion to Dismiss for Lack of Personal Jurisdiction [dkt. 14]. The Motion to Dismiss, however, could scarcely be more clear that it was filed on behalf of International Media, Inc. The title of the Motion to Dismiss was "International Media, Inc's Motion to Dismiss for Lack of Personal Jurisdiction." The entire "Facts" section of the Motion to Dismiss is devoted to a discussion of International Media's contacts with the forum, and the entire "Argument" section of the Motion to Dismiss is devoted to applying the law to these Facts related to International Media. Lest there be any doubt, footnote 2 of the Motion to Dismiss notes that it "is brought only by International Media because it is the only Defendant served in this case to date."

While undersigned counsel acknowledge that references to Igor Gens and IG Media, Inc. were inadvertently included in counsel's signature block at the end of the Motion to Dismiss, that error does nothing to alter the party who actually filed the Motion to Dismiss. Only International Media has been served, paid its initial appearance fee, and filed a responsive pleading. Indeed, Plaintiff's counsel knows the Motion to Dismiss did not constitute a responsive pleading on behalf of Igor Gens or IG Media, Inc. because the instant Motion would have been completely unnecessary if these defendants had filed a responsive pleading. Plaintiff's argument here is nothing more than an ill-conceived effort to obtain a strategic advantage based on an inadvertent, non-substantive error and should be rejected by the Court.

**II.      Plaintiff Fails to Demonstrate "Good Cause"**

Plaintiff's Motion is most notable for what it does not contain – any reference or discussion relating to the effort Plaintiff has made to serve Igor Gens and IG Media, Inc.

to date. Plaintiff does not assert that it has made any effort to serve the remaining defendants in this matter, much less the type of extensive efforts required to demonstrate "good cause" under Rule 4(m), Fed.R.Civ.P. Simply stated, Plaintiff's Motion fails to identify any efforts made to serve the remaining defendants to date, fails to provide any reason or explanation why service has not been accomplished, fails to provide any information as to when the Court can expect service to be accomplished, and fails to specify the length of the extension requested.

Under these circumstances, Plaintiff's request for additional time to serve defendants should be denied.

RESPECTFULLY SUBMITTED this 9th day of October, 2012.

DIOGUARDI FLYNN LLP


By:   /s/John P. Flynn
        John P. Flynn
        Todd A. Williams
        7001 N. Scottsdale Road, Suite 2060
        Scottsdale, AZ 85253
        *Attorneys for International Media, Inc.,*
        *incorrectly named herein as*
        *International Media Ltd.*

### CERTIFICATE OF SERVICE

I hereby certify that on October 8th, 2012, I electronically transmitted the attached document to the Clerk of the United States District Court, District of Arizona, using the online e-filing system.

By   /s/Megan Barber