Chad L. Belville
AZ Bar 020771
4742 N. 24th Street Suite 315
Phoenix, AZ 85016
602-904-5485
Fax: 602-291-6953
Email: cbelville@azbar.org
Attorney for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Cybernet Entertainment LLC,<br>a New York Company,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>IG Media Inc. and International Media Ltd.<br>dba YouJizz.com JizzHut.com<br>and JizzOnline.com and OnlyJizz.com<br>and MoviesGuy.com and JizzBo.com<br>and HotFunHouse.com<br>and Igor Gens<br>and DOES 1-10 inclusive and<br>DOE COMPANIES 1-100 inclusive,<br><br>　　　　Defendants.<br>_____ | **No. 2:12-cv-01101-SRB**<br><br>**PLAINTIFF'S REPLY TO INTERNATIONAL MEDIA, INC.'S RESPONSE TO MOTION FOR ADDITIONAL TIME TO SERVE DEFENDANTS IGOR GENS AND IG MEDIA, INC.** |

　　　　Plaintiff Cybernet Entertainment LLC (hereinafter referred to as "Plaintiff" or "Cybernet") by and through its counsel, files this Reply to International Media, Inc.'s Response to Plaintiff's Motion for Additional Time to Serve Defendants Igor Gens and IG Media Inc.  As the Federal Rules of Civil Procedure allow and expect defendants

1

outside the United States to take longer to serve, the exception to the time limits imposed by Fed. R. Civ. Pro. 4(m) does apply here.

Defendant International Media, Inc.'s Response does not address Plaintiff's citation to the exception to Rule 4(m) that states, "This subdivision (m) does not apply to service in a foreign country under Rule 4(f) or 4(j)(1)." It is quite clear that service upon a defendant in a foreign country is not required to be completed within the same 120 day period as service upon a defendant located within the United States.

Rule 4(f) applies to serving an individual in a foreign country.  Igor Gens, an as-yet-unserved Defendant and the Affiant in Defendant International Media Inc.'s Motion to Dismiss, states "I have dual citizenship in both Canada and Poland.  I do not live in Arizona, or in the United States." Igor Gens Declaration, Doc. 14-1, Paragraph 3.  Under the Federal Rules, a Plaintiff like Cybernet attempting to serve a Defendant like Igor Gens or IG Media in a foreign country is not constrained by the time limit for service found in Rule 4(m).

Defendant International Media, Inc. tries to walk a very fine line where it does not represent Igor Gens and IG Media, but also makes arguments on Gens' and IG Media's behalf.  Once Defendant Igor Gens and IG Media are served in Canada, Plaintiff expects International Media, Inc.'s present counsel to file an appearance on their behalf.

## CONCLUSION

Defendants Igor Gens and IG Media Inc. are located outside the United States, thus Rule 4(m) requiring service within 120 days of filing the complaint does not apply. A process server is attempting to serve these defendants, and the Plaintiff respectfully requests additional time to complete service upon these foreign defendants.

DATED:  October 16, 2012         Respectfully submitted,

By:    /s/ Chad L. Belville

Chad Belville, Attorney at Law
*Arizona Bar 020771*
4742 North 24th Street, Suite 315
Phoenix, AZ 85016

MAILING ADDRESS:        P.O. Box 17879
Phoenix, AZ 85011

Telephone:  602-904-5485
FAX:  602-297-6953
E-mail cbelville@azbar.org

ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I, Chad Belville, do hereby certify that on October 16, 2012, a copy of Plaintiff's Motion was served upon the Attorneys for Defendants through the Court's Electronic Case Filing System.

/s/ Chad Belville

3