AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 2:12-CV-01101-SRB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Igor Gens**
was received by me on *(date)* **10/17/2012**.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☑ I left the summons at the individual's residence or usual place of abode with *(name)* **Bruno Vogel (co-tenant)**, a person of suitable age and discretion who resides there,
on *(date)* **10/31/2012**, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ **995.00** for services, for a total of $ **995.00**.

I declare under penalty of perjury that this information is true.

Date: **11/02/2012**

*Server's signature*

**Don Miles, Process Server**
*Printed name and title*

Process Service Network
5775 East Los Angeles Avenue, #218
Simi Valley, CA 93063
*Server's address*

Additional information regarding attempted service, etc:

Addess of service: 9200 Auburn Dr., Richmond, British Columbia, V7A 5A8, Canada

Served: 10/31/2012, at 9:12 PM

Documents served: Summons in a Civil Action; Complaint and Jury Demand, with Exhibits 1-8; Civil Case Cover Sheet.