1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                        FOR THE DISTRICT OF ARIZONA

8

9    Cybernet Entertainment LLC,          )    No. CV12-1101-PHX-SRB
                                          )
10                 Plaintiff,             )    **ORDER**
                                          )
11   vs.                                  )
                                          )
12                                        )
     IG Media Inc., et al.,               )
13                                        )
                   Defendants.            )
14                                        )
                                          )
15   _____     )

16

17        The Court has considered Plaintiff's Motion for Additional Time to Serve Defendants

18   Igor Gens and IG Media, Inc. Defendant International Media, Inc. has filed a response and

19   Plaintiff has replied.  Defendants IG Media, Inc. and Igor Gens have not appeared.  Because

20   the 120 days time to accomplish service provided in Rule 4(m), Fed. R. Civ. P. is not

21   applicable to service outside the United States dismissal for lack of service is not warranted.

22   However, service must be accomplished within a reasonable time after the filing of the

23   complaint.  Plaintiff filed its Complaint on May 24, 2012. The Court will allow Plaintiff until

24   December 31, 2012 to serve Defendants IG Media, Inc. and Igor Gens.

25        IT IS ORDERED granting Plaintiff's Motion for Additional Time to Serve Defendants

26   Igor Gens and IG Media, Inc. (Doc. 24)  Plaintiff shall complete service on Defendants Igor

27   Gens and IG Media, Inc. by December 31, 2012. This case will be dismissed without

28

1    prejudice as to any Defendant not served by that date as evidenced by an affidavit of service

2    filed no later than January 3, 2013.

3

4         DATED this 19th day of November, 2012.

5

6

7                               Susan R. Bolton

8                              United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28