John P. Flynn (# 015065)
Peter J. Moolenaar (# 024487)
DIOGUARDI FLYNN LLP
7001 N. Scottsdale Road, Suite 2060
Scottsdale, AZ 85253
Telephone: (480) 951-8800
Facsimile: (480) 951-8824
jflynn@dioguardiflynn.com
pmoolenaar@dioguardiflynn.com

*Attorneys for International Media, Inc., incorrectly
named herein as International Media, Ltd. and Igor Gens*

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Cybernet Entertainment LLC,<br>A New York Company,<br><br>Plaintiff,<br><br>v.<br><br>IG Media Inc. and International Media Ltd. dba YouJizz.com and JizzHut.com and JizzOnline.com and OnlyJizz.com and MoviesGuy.com and JizzBo.com and HotFunHouse.com and Igor Gens and DOES 1-10 inclusive and DOES COMPANIES 1-100 inclusive<br><br>Defendants. | Case No. 2:12-cv-01101-SRB<br><br>**DECLARATION OF IGOR GENS** |

I, Igor Gens, declare as follows based on my own personal knowledge and belief:

1. I am over 18 years of age.

2. I have dual citizenship in both Canada and Poland. I do not live in Arizona, or in the United States.

3. I have reviewed a copy of the Proof of Service (Document 29) filed in this lawsuit on November 9, 2012 by attorney Chad Belville, legal counsel for Plaintiff Cybernet Entertainment LLC.

4. The Proof of Service was executed <u>under penalty of perjury</u> by a US process server, Don Miles, Process Service Network, 5775 East Los Angeles Avenue, Simi Valley, CA 93063.

5. The Proof of service falsely asserts as follows:

   a. Some form of Summons, Complaint, Jury Demand, Exhibits and Civil Cover sheet were "left" with an individual purportedly named "Bruno Vogel" at a residence located at 9200 Auburn Dr., Richmond, British Columbia, V7A 5A8, Canada (the "False Residence").

   b. The individual named Bruno Vogel was identified as a "co-tenant".

   c. The False Residence is described as my "residence or usual place of abode".

6. I neither reside in nor is the False Residence my usual place of abode.

7. I have never met and do not know any individual named Bruno Vogel.

8. I am not now and have never been in any co-tenancy relationship with an individual named Bruno Vogel.

9. I am not in a co-tenancy relationship with any individual.

10. My parents, Arkady Radik Gens and Ewa Gens-Lenartowicz owned the False Residence from on or about October 10, 1996 to May 15, 2006. *See* November 13, 2012 Title History Report, attached as Exhibit "A".

11. I have not resided in the False Residence and it has not been my usual place of abode for more than a decade.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 19 day of November, 2012.

*/s/ Igor Gens*
Igor Gens

# EXHIBIT A

## Owner Location Report

**Disclaimer**

This information is obtained from various sources and is determined as of the specific dates set out in the Assessment Act. As a result, BC Assessment cannot warrant that it is current or accurate, and provides it for your convenience only. Use of this information without verification from original sources is at your own risk.

©BC Assessment

| | | | |
|---|---|---|---|
| **Report Date:** | Nov 13, 2012 | **Report Time:** | 12:31:01 PM |
| **Folio:** | 7648454-7 MO | **For:** | PO84034 |
| **Roll Year:** | 2012 | **Roll Number:** | R-070-205-006 |
| **Area:** | 11 | **Jurisdiction:** | 320 |
| **School District:** | 38 | | |
| **Neighbourhood:** | 005 - SHELLMONT RESIDENTIAL | | |
| **Property Address:** | 9200 AUBURN DR RICHMOND BC V7A 5A8 | | |
| **Owner Name:** | RICKY LEUNG/HSUEH MEI LEONG | **# of Owners:** | 2 |
| **Owner Address:** | 9200 AUBURN DR RICHMOND BC V7A 5A8 | | |
| **Document No:** | BB74716 | | |
| **PID:** | 004-685-814 | | |
| **Legal Description:** | Lot 6, Block 4N, Plan 72456, Section 26, Range 6W, New Westminster Land District | | |

**Additional Owners:**                              **Associated PIDs:**
No Additional Owners

Case 2:12-cv-01101-SPL   Document 31-1   Filed 11/21/12   Page 6 of 13

SRS                                                                                               Page 1 of 1

- Search by PID 004-685-814:
  - 004-685-814 S/72456/////6
    PENDING APPLICATIONS:NONE
    ○ BB74716 NW REGISTERED LEUNG, RICKY
    ○ BA93373 NW CANCELLED SHUM, DENNIS
    ○ BK308640 NW CANCELLED GENS, ARKADY RADIK
    ○ AD70072 NW CANCELLED FUNG, HENRY MAN SANG
    ○ AA165692 NW CANCELLED HARCUS, RONALD EDWARD
    ○ Z148983E NW CANCELLED TAU HOLDINGS LTD.

Reference No: 7500981                                                              Order No: 7648454-7



# Title Summarizer

TITLE: BB74716                     DATE: 12/11/13
PID: 004-685-814                   TIME: 12:41:26
                                   ORDER NO: 7648454-7

No comparison was made to a previous title. Search title not on file

| | |
|---|---|
| LAND TITLE OFFICE: | NEW WESTMINSTER |
| DATE OF LAST TRANSFER: | 28 MARCH, 2007 |
| TAXATION AUTHORITY: | CITY OF RICHMOND |

**REGISTERED OWNER IN FEE SIMPLE:**

RICKY LEUNG, WORKER
HSUEH MEI LEONG, WORKER
9200 AUBURN DRIVE
RICHMOND, BC
V7A 5A8
AS JOINT TENANTS

**DESCRIPTION OF LAND:**

PARCEL IDENTIFIER: 004-685-814
LOT 6 SECTION 26 BLOCK 4 NORTH RANGE 6 WEST NEW WESTMINSTER DISTRICT PLAN 72456

**CHARGES:**

FULLY REGISTERED FINANCIAL

| | |
|---|---|
| MORTGAGE | BB74717 |
| MORTGAGE | BB1181884   2010-08-2 |

FULLY REGISTERED NON-FINANCIAL

| | |
|---|---|
| STATUTORY RIGHT OF WAY | RD185850 |
| STATUTORY RIGHT OF WAY | RD185851 |
| STATUTORY RIGHT OF WAY | RD185852 |
| STATUTORY RIGHT OF WAY | BH277185 |

**MISCELLANEOUS NOTES:**

73729 POSTING PLAN

## END OF REPORT

**LIMITATION OF LIABILITY AND INDEMNITY.**
The information attached hereto (the "Information") was retrieved by Dye & Durham Corporation ("D&D") from the data base of land title records owned by the Land Title and Survey Authority of British Columbia ("LTSA"). In partial consideration of D&D providing the information to you, from the database of land title records owned by the LTSA, you agree as follows: (a) The LTSA has not guaranteed the accuracy of the Information, the information may not be completely free of errors, and you agree to assume the entire risk of the Information being incorrect, inaccurate, or incomplete. LTSA and therefore D&D make no warranty or representation, either express or implied, with respect to the information or as to its reliability or fitness for a particular purpose. (b) LTSA and therefore D&D, its directors, officers, servants, agents, contractors, and employees (the "D&D Group") assume no responsibility or liability of any kind in respect of the use of the information by you or any other person and the LTSA and therefore the D&D Group will not be liable for any damages of any kind whatsoever arising out of the use of the information.   (c) You indemnify and saves harmless the LTSA and therefore the D&D Group against any and all losses, claims, damages, actions, costs and expenses sustained, incurred or suffered by any person who uses or relies upon the Information. (d) You agree to the above in addition to the full terms and conditions limiting the liability of LTSA and therefore D&D and indemnifying LTSA and therefore D&D, a complete copy of which can be found at the following Internet address:   https://www.dyedurhambc.com/public/limitationofliability.pdf. (e) You acknowledge and agree that if not for the limitations and indemnity set out herein, D&D would not provide the information to you.

```
Reference No: 7500981                                           Order No: 7648454-7
Date: 12/11/13           TITLE SEARCH PRINT          Time: 12:41:26
Requestor: (PO20240)
                         TITLE - BB74716


NEW WESTMINSTER LAND TITLE OFFICE        TITLE NO: BB74716
                                    FROM TITLE NO: BA93373

APPLICATION FOR REGISTRATION RECEIVED ON:  28 MARCH, 2007
                                 ENTERED:  02 APRIL, 2007

REGISTERED OWNER IN FEE SIMPLE:
  RICKY LEUNG, WORKER
  HSUEH MEI LEONG, WORKER
  9200 AUBURN DRIVE
  RICHMOND, BC
  V7A 5A8
  AS JOINT TENANTS

TAXATION AUTHORITY:
  CITY OF RICHMOND

DESCRIPTION OF LAND:
  PARCEL IDENTIFIER: 004-685-814
  LOT 6 SECTION 26 BLOCK 4 NORTH RANGE 6 WEST NEW WESTMINSTER DISTRICT PLAN
  72456

LEGAL NOTATIONS: NONE

CHARGES, LIENS AND INTERESTS:
 NATURE OF CHARGE
   CHARGE NUMBER     DATE       TIME

 STATUTORY RIGHT OF WAY
   RD185850     1983-04-29   09:29
     REGISTERED OWNER OF CHARGE:
       TOWNSHIP OF RICHMOND
          RD185850
     REMARKS: ANCILLARY RIGHTS
              INTER ALIA

 STATUTORY RIGHT OF WAY
   RD185851     1983-04-29   09:29
     REGISTERED OWNER OF CHARGE:
       BRITISH COLUMBIA HYDRO AND POWER AUTHORITY
          RD185851
     REMARKS: ANCILLARY RIGHTS
              (SEE RD185850)
              INTER ALIA
              ASSIGNED TO BH277185

 STATUTORY RIGHT OF WAY
   RD185852     1983-04-29   09:29
     REGISTERED OWNER OF CHARGE:
       BRITISH COLUMBIA TELEPHONE COMPANY
          RD185852
     REMARKS: ANCILLARY RIGHTS
              (SEE RD185850)
              INTER ALIA

 STATUTORY RIGHT OF WAY
```

Reference No: 7500981                                                                                      Order No: 7648454-7

```
  BH277185      1994-07-26  12:41
   REGISTERED OWNER OF CHARGE:
    BRITISH COLUMBIA HYDRO AND POWER AUTHORITY
    AND
    BC GAS UTILITY LTD.
    (INC. NO. 368681)
        BH277185
   REMARKS: ASSIGNMENT OF STATUTORY RIGHT OF WAY RD185851;
            RECEIVED 29/04/1983 @ 09:29;
            PLAN 65874,
            ANCILLARY RIGHTS, SEE RD185850,
            INTER ALIA

 MORTGAGE
  BA93374       2006-05-08  14:54       CANCELLED BY: BB388146    2007-04-20
   REGISTERED OWNER OF CHARGE:
    BANK OF MONTREAL
        BA93374

 ASSIGNMENT OF RENTS
  BA93375       2006-05-08  14:54       CANCELLED BY: BB388147    2007-04-20
   REGISTERED OWNER OF CHARGE:
    BANK OF MONTREAL
        BA93375

 MORTGAGE
  BB74717       2007-03-28  11:00
   REGISTERED OWNER OF CHARGE:
    BANK OF MONTREAL
        BB74717

 MORTGAGE
  BB1181884     2010-08-20  11:20
   REGISTERED OWNER OF CHARGE:
    BANK OF MONTREAL
        BB1181884
```

"CAUTION - CHARGES MAY NOT APPEAR IN ORDER OF PRIORITY. SEE SECTION 28, L.T.A."

DUPLICATE INDEFEASIBLE TITLE: NONE OUTSTANDING

TRANSFERS: NONE

PENDING APPLICATIONS: NONE

CORRECTIONS: NONE

```
Date: 13-Nov-2012           TITLE SEARCH PRINT              Time: 12:58:50
Requestor: (PO84034)        DYE & DURHAM                    Page 001 of 002
Folio: 7648454-7  MO        TITLE - BA93373


  NEW WESTMINSTER LAND TITLE OFFICE         TITLE NO: BA93373
                                        FROM TITLE NO: BK308640

  APPLICATION FOR REGISTRATION RECEIVED ON:  08 MAY, 2006
                                  ENTERED:   15 MAY, 2006
                          TITLE CANCELLED:   02 APRIL, 2007

  REGISTERED OWNER IN FEE SIMPLE:
    DENNIS SHUM, CONTRACTOR
    9200 AUBURN DRIVE
    RICHMOND, BC
    V7A 4Y5

  TAXATION AUTHORITY:
    CITY OF RICHMOND

  DESCRIPTION OF LAND:
    PARCEL IDENTIFIER: 004-685-814
    LOT 6 SECTION 26 BLOCK 4 NORTH RANGE 6 WEST NEW WESTMINSTER DISTRICT PLAN
    72456

  LEGAL NOTATIONS: NONE

  CHARGES, LIENS AND INTERESTS:
   NATURE OF CHARGE
     CHARGE NUMBER    DATE     TIME

   STATUTORY RIGHT OF WAY
     RD185850     1983-04-29  09:29
       REGISTERED OWNER OF CHARGE:
         TOWNSHIP OF RICHMOND
             RD185850
       REMARKS: ANCILLARY RIGHTS
                INTER ALIA

   STATUTORY RIGHT OF WAY
     RD185851     1983-04-29  09:29
       REGISTERED OWNER OF CHARGE:
         BRITISH COLUMBIA HYDRO AND POWER AUTHORITY
             RD185851
       REMARKS: ANCILLARY RIGHTS
                (SEE RD185850)
                INTER ALIA
                ASSIGNED TO BH277185

   STATUTORY RIGHT OF WAY
     RD185852     1983-04-29  09:29
       REGISTERED OWNER OF CHARGE:
         BRITISH COLUMBIA TELEPHONE COMPANY
             RD185852
       REMARKS: ANCILLARY RIGHTS
                (SEE RD185850)
                INTER ALIA
```

```
      STATUTORY RIGHT OF WAY
      Date: 13-Nov-2012         TITLE SEARCH PRINT              Time: 12:58:50
      Requestor: (PO84034)      DYE & DURHAM                    Page 002 of 002
      Folio: 7648454-7  MO      TITLE - BA93373

        BH277185      1994-07-26  12:41
         REGISTERED OWNER OF CHARGE:
           BRITISH COLUMBIA HYDRO AND POWER AUTHORITY
           AND
           BC GAS UTILITY LTD.
           (INC. NO. 368681)
              BH277185
         REMARKS: ASSIGNMENT OF STATUTORY RIGHT OF WAY RD185851;
                  RECEIVED 29/04/1983 @ 09:29;
                  PLAN 65874,
                  ANCILLARY RIGHTS, SEE RD185850,
                  INTER ALIA

      MORTGAGE
        BA93374       2006-05-08  14:54
         REGISTERED OWNER OF CHARGE:
           BANK OF MONTREAL
              BA93374

      ASSIGNMENT OF RENTS
        BA93375       2006-05-08  14:54
         REGISTERED OWNER OF CHARGE:
           BANK OF MONTREAL
              BA93375

    "CAUTION - CHARGES MAY NOT APPEAR IN ORDER OF PRIORITY. SEE SECTION 28, L.T.A."

    DUPLICATE INDEFEASIBLE TITLE: NONE OUTSTANDING

    TRANSFERS:
     2007-04-02
     ALL.................................................BB74716

    *** CURRENT INFORMATION ONLY - NO CANCELLED INFORMATION SHOWN ***
```

```
Date: 13-Nov-2012        TITLE SEARCH PRINT            Time: 13:00:09
Requestor: (PO84034)     DYE & DURHAM                  Page 001 of 002
Folio: 7648454-7 MO      TITLE - BK308640


NEW WESTMINSTER LAND TITLE OFFICE      TITLE NO: BK308640
                                  FROM TITLE NO: AD70072

APPLICATION FOR REGISTRATION RECEIVED ON:  27 SEPTEMBER, 1996
                                 ENTERED:  10 OCTOBER, 1996
                        TITLE CANCELLED:   15 MAY, 2006

REGISTERED OWNER IN FEE SIMPLE:
   ARKADY RADIK GENS, SUPERVISOR
   EWA GENS-LENARTOWICZ, GEOPHYSICIST
   9200 AUBURN DR
   RICHMOND, BC
   V7A 4Y5

TAXATION AUTHORITY:
   CITY OF RICHMOND

DESCRIPTION OF LAND:
   PARCEL IDENTIFIER: 004-685-814
   LOT 6 SECTION 26 BLOCK 4 NORTH RANGE 6 WEST NEW WESTMINSTER DISTRICT PLAN
   72456

LEGAL NOTATIONS: NONE

CHARGES, LIENS AND INTERESTS:
 NATURE OF CHARGE
   CHARGE NUMBER    DATE      TIME

 STATUTORY RIGHT OF WAY
   RD185850    1983-04-29   09:29
     REGISTERED OWNER OF CHARGE:
       TOWNSHIP OF RICHMOND
          RD185850
     REMARKS: ANCILLARY RIGHTS
              INTER ALIA

 STATUTORY RIGHT OF WAY
   RD185851    1983-04-29   09:29
     REGISTERED OWNER OF CHARGE:
       BRITISH COLUMBIA HYDRO AND POWER AUTHORITY
          RD185851
     REMARKS: ANCILLARY RIGHTS
              (SEE RD185850)
              INTER ALIA
              ASSIGNED TO BH277185

 STATUTORY RIGHT OF WAY
   RD185852    1983-04-29   09:29
     REGISTERED OWNER OF CHARGE:
       BRITISH COLUMBIA TELEPHONE COMPANY
          RD185852
     REMARKS: ANCILLARY RIGHTS
              (SEE RD185850)
              INTER ALIA
```

```
Date: 13-Nov-2012         TITLE SEARCH PRINT              Time: 13:00:09
Requestor: (PO84034)      DYE & DURHAM                    Page 002 of 002
Folio: 7648454-7  MO      TITLE - BK308640
```

STATUTORY RIGHT OF WAY
  BH277185     1994-07-26  12:41
    REGISTERED OWNER OF CHARGE:
      BRITISH COLUMBIA HYDRO AND POWER AUTHORITY
      AND
      BC GAS UTILITY LTD.
      (INC. NO. 368681)
          BH277185
    REMARKS: ASSIGNMENT OF STATUTORY RIGHT OF WAY RD185851;
             RECEIVED 29/04/1983 @ 09:29;
             PLAN 65874,
             ANCILLARY RIGHTS, SEE RD185850,
             INTER ALIA

  MORTGAGE
    BV456505     2003-11-04  09:37
      REGISTERED OWNER OF CHARGE:
        ING BANK OF CANADA
          BV456505

"CAUTION - CHARGES MAY NOT APPEAR IN ORDER OF PRIORITY. SEE SECTION 28, L.T.A."

DUPLICATE INDEFEASIBLE TITLE: NONE OUTSTANDING

TRANSFERS:
 2006-05-15
  ALL.....................................................BA93373

*** CURRENT INFORMATION ONLY - NO CANCELLED INFORMATION SHOWN ***