1
2
3
4
5
6
7
8

# IN THE UNITED STATES DISTRICT COURT

9

## DISTRICT OF ARIZONA

10 Cybernet Entertainment LLC,
11 A New York Company,

                                                    Case No. 2:12-cv-01101-SRB
12          Plaintiff,

13 v.                                          **DECLARATION OF RICKY LEUNG**

14 IG Media Inc. and International Media Ltd.
   dba YouJizz.com JizzHut.com and
15 JizzOnline.com and OnlyJizz.com and
   MoviesGuy.com and JizzBo.com and
16 HotFunHouse.com and Igor Gens
   and DOES 1-10 inclusive and DOES
17 COMPANIES 1-100 inclusive

18          Defendants.

19
20

21          I, Ricky Leung, declare as follows based on my own personal knowledge and
22 belief:

23          1.    I am over 18 years of age.

24          2.    I make this Declaration based on my personal knowledge and beliefs.

25          3.    Along with Isueh Mei Leong, I own and live at the residence located at

26 9200 Auburn Drive, Richmond, British Columbia V7A 5A8, Canada (the "Residence").

27                              Page 1 of 2
                          Declaration of Ricky Leung
28

1  Hsueh Mei Long and I have jointly owned the Residence since on or about March 28,
2  2007.

3      4.    I have never met and do not know Bruno Vogel. Bruno Vogel did not
4  reside in and was not temporarily or otherwise staying at the Residence as his usual
5  place of abode on October 31, 2012.

6      5.    I do not know and I have never met Igor Gens.

7      6.    Igor Gens has never lived in or otherwise stayed at the Residence since
8  the time that I have owned the Residence.

9      7.    Igor Gens and has never been in a co-tenancy relationship with me or
10  Hsueh Mei Leong as it concerns the Residence or any other real estate.

11      8.    I do not know and have never met California Process Server Don Miles. I
12  was shown a copy of the Proof of Service (Document 29) executed by Mr. Miles under
13  penalty of perjury which I am informed was filed in the US lawsuit identified in this
14  Declaration (the "Lawsuit"). Mr. Miles did not deliver a package of documents relating
15  to the Lawsuit to me or any other individual living at the Residence on October 31,
16  2012 at 9:12 p.m.

17      I declare under penalty of perjury that the foregoing is true and correct.

18      DATED this 20 day of November, 2012.

19
20
21      Ricky Leung
22
23
24
25
26
27      Page 2 of 2
28      Declaration of Ricky Leung