IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Cybernet Entertainment LLC,<br>A New York Company,<br><br>Plaintiff,<br><br>v.<br><br>IG Media Inc. and International Media Ltd. dba YouJizz.com JizzHut.com and JizzOnline.com and OnlyJizz.com and MoviesGuy.com and JizzBo.com and HotFunHouse.com and Igor Gens and DOES 1-10 inclusive and DOES COMPANIES 1-100 inclusive<br><br>Defendants. | Case No. 2:12-cv-01101-SRB<br><br>**DECLARATION OF HSUEH MEI LEONG** |

I, Hsueh Mei Leong, declare as follows based on my own personal knowledge and belief:

1. I am over 18 years of age.
2. I make this Declaration based on my personal knowledge and beliefs.

Page 1 of 2
Declaration of Hsueh Mei Leong

3. Along with Ricky Leung, I own and live at the residence located at 9200 Auburn Drive, Richmond, British Columbia V7A 5A8, Canada (the "Residence"). Ricky Leung and I have jointly owned the Residence since on or about March 28, 2007.

4. I have never met and do not know Bruno Vogel. Bruno Vogel did not reside in and was not temporarily or otherwise staying at the Residence as his usual place of abode on October 31, 2012.

5. I do not know and I have never met Igor Gens.

6. Igor Gens has never lived in or otherwise stayed at the Residence since the time that I have owned the Residence.

7. Igor Gens has never been in a co-tenancy relationship with me or Ricky Leung as it concerns the Residence or any other real estate.

8. I do not know and have never met California Process Server Don Miles. I was shown a copy of the Proof of Service (Document 29) executed by Mr. Miles under penalty of perjury which I was informed was filed in the US lawsuit identified in this Declaration (the "Lawsuit"). Mr. Miles did not deliver a package of documents relating to the Lawsuit to me or any other individual living at the Residence on October 31, 2012 at 9:12 p.m.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 20 day of November, 2012.

_____
Hsueh Mei Leong

Page 2 of 2
Declaration of Hsueh Mei Leong