| | |
|---|---|
| **From:** | John P. Flynn |
| **Sent:** | Monday, November 12, 2012 2:11 PM |
| **To:** | cbelville@azbar.org |
| **Cc:** | Peter Moolenaar; Toni Hannigan; Client Filing; vgurvits@bostonlawgroup.com; Evan Fray-Witzer; Megan Barber |
| **Subject:** | Cybernet Entertainment LLC v. IG Media Inc. et al |
| **Attachments:** | Proof of Service.pdf |

Mr. Belville:

The attached erroneous Proof of Service was filed with the AZ federal court last Friday. By copy of this email, I am requesting that you immediately withdraw this filing. Please be advised of the following, which will be confirmed to the Court via an appropriate declaration and Canadian real estate title records easily retrieved by your office or your process server before undertaking the offending activities.

1. Mr. Gens has never spoken to, met or heard of Mr. Bruno Vogel. This gentleman is identified in your filed Proof of Service as Mr. Gens' supposed "co-tenant".
    a. Mr. Gens has no "co-tenant".
2. Mr. Gens does not reside at the "Address of Service" identified by your process server as being the location he purportedly completed service in this matter upon Mr. Gens. We are informed the residence located at that address was owned by Mr. Gens' parents, which they sold many years ago. Mr. Gens has also confirmed that he has not resided in that residence for approximately twenty (20) years, regardless of when his parents sold their home.

Ignoring what appears to procedurally improper attempted service of process in Canada, your process server attested under penalty of perjury to the accuracy of the information set forth in the erroneous Proof of Service filed on Friday. Without waiving any defenses, rights or remedies afforded our clients, we respectfully request you take immediate action to withdraw the improper and wholly inaccurate Proof of Service.

Although we trust it will not prove necessary, we will proceed tomorrow to prepare the requisite dispositive motion and request recovery of fees and costs incurred if forced to proceed in that manner. In the interim, and as always, please feel free to contact me or my co-counsel (copied herein) if you would like to discuss this matter further. Otherwise, we will hopefully receive the necessary and appropriate withdrawal filing today so we don't have to proceed with any unnecessary and wasteful motion practice.

Sincerely,

**John P. Flynn**
Attorney at Law
**Dioguardi Flynn LLP**
7001 N. Scottsdale Road
Suite 2060
Scottsdale, Arizona 85253
P | 480-951-8803
F | 480-951-8824
**www.DioguardiFlynn.com**



RELATIONSHIPS • RESULTS

1

This electronic mail transmission contains information from the law firm Dioguardi Flynn LLP that may be confidential or privileged. Such information is solely for the intended recipient, and use by any other party is not authorized. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this message, its contents or any attachments is prohibited. Any wrongful interception of this message is punishable as a Federal Crime. If you have received this message in error, please notify the sender immediately by telephone (480-951-8803) or by electronic mail at jflynn@dioguardiflynn.com.

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.  2:12-CV-01101-SRB

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Igor Gens

was received by me on *(date)*         10/17/2012

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☑ I left the summons at the individual's residence or usual place of abode with *(name)*   Bruno Vogel (co-tenant)

_____ , a person of suitable age and discretion who resides there,

on *(date)*      10/31/2012      , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $   995.00   for services, for a total of $   995.00

I declare under penalty of perjury that this information is true.

Date:     11/02/2012

_____
Server's signature

Don Miles, Process Server
*Printed name and title*

Process Service Network
5775 East Los Angeles Avenue, #218
Simi Valley, CA 93063
*Server's address*

Additional information regarding attempted service, etc:

Addess of service:  9200 Auburn Dr., Richmond, British Columbia, V7A 5A8, Canada

Served: 10/31/2012, at 9:12 PM

Documents served: Summons in a Civil Action; Complaint and Jury Demand, with Exhibits 1-8; Civil Case Cover Sheet.