| | |
|---|---|
| **From:** | chadknowslaw@gmail.com on behalf of Chad Belville [cbelville@azbar.org] |
| **Sent:** | Wednesday, November 14, 2012 3:22 PM |
| **To:** | John P. Flynn |
| **Cc:** | Peter Moolenaar; Toni Hannigan; Client Filing; vgurvits@bostonlawgroup.com; Evan Fray-Witzer; Megan Barber |
| **Subject:** | Re: Cybernet Entertainment LLC v. IG Media Inc. et al |

If you will not provide an address for the defendant to be served and challenge this service, I will file a motion for alternate service. If you are truly concerned about wasting the Court's time, then either provide another address or accept service. You are free to challenge jurisdiction but this is really a waste of everyone's time.

Chad Belville

On Wed, Nov 14, 2012 at 3:13 PM, John P. Flynn <jflynn@dioguardiflynn.com> wrote:

Mr. Belville:

We are preparing the MTD at this time, which I expect to file before the end of this week. I thought it appropriate to provide one last opportunity for you and your US based and unauthorized California process server to withdraw the inaccurate Proof of Service. Attached is a copy of a current Canadian "title report" retrieved confirming Mr. Gens' parents' prior ownership of the subject Residence some 14 (plus) years ago. The attached confirms the sale of the Residence. The unauthorized US process server attempted to effect service on some third-party/stranger who presumably had permission to be on the Property from the current owner, Ricky Leung. Remarkably, he attested under penalty of perjury to the accuracy of the information set forth therein. Ignoring the fact that on the face of the Proof of Service, Mr. Miles did not have the authority to attempt service of the Arizona lawsuit in Canada, the confirmed fallacious nature of the Proof will undoubtedly prove quite problematic for Mr. Miles given the sworn declaration.

We maintain our request that your withdraw the ineffective Proof of Service. We should not have to burden the Court with quashing this inaccurate and ineffective Proof. Regardless, we will proceed as previously noted unless the withdrawal is immediately undertaken and confirmation received by this office.

Thank you

**John P. Flynn**

Attorney at Law

**Dioguardi Flynn LLP**

7001 N. Scottsdale Road

Suite 2060

Scottsdale, Arizona 85253

P | 480-951-8803

F | 480-951-8824

www.DioguardiFlynn.com



This electronic mail transmission contains information from the law firm Dioguardi Flynn LLP that may be confidential or privileged. Such information is solely for the intended recipient, and use by any other party is not authorized. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this message, its contents or any attachments is prohibited. Any wrongful interception of this message is punishable as a Federal Crime. If you have received this message in error, please notify the sender immediately by telephone (480-951-8803) or by electronic mail at jflynn@dioguardiflynn.com.

**From:** chadknowslaw@gmail.com [mailto:chadknowslaw@gmail.com] **On Behalf Of** Chad Belville
**Sent:** Tuesday, November 13, 2012 4:51 PM
**To:** John P. Flynn
**Cc:** Peter Moolenaar; Toni Hannigan; Client Filing; vgurvits@bostonlawgroup.com; Evan Fray-Witzer; Megan Barber
**Subject:** Re: Cybernet Entertainment LLC v. IG Media Inc. et al

Mr. Flynn;

Not surprisingly, the process server has a story that differs from your client's. However, he stated that if you would be so kind as to provide an address where Mr. Gens does admit to live, he will serve Mr. Gens at that location.

Respectfully,

Chad Belville

On Tue, Nov 13, 2012 at 3:04 PM, John P. Flynn <jflynn@dioguardiflynn.com> wrote:

Mr. Belville:

I have just returned from court/meetings and confirmed that nothing has been received from your office in response to my email request below relating to withdrawal of the fallacious Proof of Service. Because the filing is premised upon false information presented under penalty of perjury, we will proceed with our motion practice and seek an award of all fees and costs incurred. If the required withdrawal is received after fees and costs have been incurred by this office and co-counsel re our preparation of the required motion and before or after the filing is submitted, we will still be required to proceed in our effort to recover reimbursement of expenses unnecessarily incurred unless reimbursement payment is received directly from your office and/or client.

Please immediately advise if the withdrawal paperwork will be filed before the end of the day and we will delay our preparatory activities until 5 p.m. AZ today.

Sincerely,

**John P. Flynn**

Attorney at Law

**Dioguardi Flynn LLP**

7001 N. Scottsdale Road

Suite 2060

Scottsdale, Arizona 85253

P | 480-951-8803

F | 480-951-8824

www.DioguardiFlynn.com



**This electronic mail transmission contains information from the law firm Dioguardi Flynn LLP that may be confidential or privileged. Such information is solely for the intended recipient, and use by any other party is not authorized. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this message, its contents or any attachments is prohibited. Any wrongful interception of this message is punishable as a Federal Crime. If you have received this message in error, please notify the sender immediately by telephone (480-951-8803) or by electronic mail at jflynn@dioguardiflynn.com.**

**From:** John P. Flynn
**Sent:** Monday, November 12, 2012 2:11 PM
**To:** 'cbelville@azbar.org'
**Cc:** Peter Moolenaar; Toni Hannigan; Client Filing; 'vgurvits@bostonlawgroup.com'; 'Evan Fray-Witzer'; Megan Barber

**Subject:** Cybernet Entertainment LLC v. IG Media Inc. et al

Mr. Belville:

The attached erroneous Proof of Service was filed with the AZ federal court last Friday. By copy of this email, I am requesting that you immediately withdraw this filing. Please be advised of the following, which will be confirmed to the Court via an appropriate declaration and Canadian real estate title records easily retrieved by your office or your process server before undertaking the offending activities.

1.   Mr. Gens has never spoken to, met or heard of Mr. Bruno Vogel. This gentleman is identified in your filed Proof of Service as Mr. Gens' supposed "co-tenant".

     a.   Mr. Gens has no "co-tenant".

2.   Mr. Gens does not reside at the "Address of Service" identified by your process server as being the location he purportedly completed service in this matter upon Mr. Gens. We are informed the residence located at that address was owned by Mr. Gens' parents, which they sold many years ago. Mr. Gens has also confirmed that he has not resided in that residence for approximately twenty (20) years, regardless of when his parents sold their home.

Ignoring what appears to procedurally improper attempted service of process in Canada, your process server attested under penalty of perjury to the accuracy of the information set forth in the erroneous Proof of Service filed on Friday. Without waiving any defenses, rights or remedies afforded our clients, we respectfully request you take immediate action to withdraw the improper and wholly inaccurate Proof of Service.

Although we trust it will not prove necessary, we will proceed tomorrow to prepare the requisite dispositive motion and request recovery of fees and costs incurred if forced to proceed in that manner. In the interim, and as always, please feel free to contact me or my co-counsel (copied herein) if you would like to discuss this matter further. Otherwise, we will hopefully receive the necessary and appropriate withdrawal filing today so we don't have to proceed with any unnecessary and wasteful motion practice.

Sincerely,

**John P. Flynn**

Attorney at Law

**Dioguardi Flynn LLP**

7001 N. Scottsdale Road

Suite 2060

Scottsdale, Arizona 85253

P | 480-951-8803

F | 480-951-8824

www.DioguardiFlynn.com



This electronic mail transmission contains information from the law firm Dioguardi Flynn LLP that may be confidential or privileged. Such information is solely for the intended recipient, and use by any other party is not authorized. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this message, its contents or any attachments is prohibited. Any wrongful interception of this message is punishable as a Federal Crime. If you have received this message in error, please notify the sender immediately by telephone (480-951-8803) or by electronic mail at jflynn@dioguardiflynn.com.

--
Chad Belville
PO Box 17879
Phoenix, AZ 85011
FAX 602-297-6953
Admitted to Iowa and Arizona;

Federal Districts of Arizona, Colorado and the Northern District of Iowa;

The 8th, 9th and 10th Circuit Courts of Appeals

The United States Supreme Court

IMPORTANT NOTICE: THIS COMMUNICATION MAY BE PRIVILEGED OR CONFIDENTIAL. This message is intended only for the the person to whom it is directed. If you are not the intended recipient, do not

copy, forward, or distribute this message. If you received this message in error, please immediately delete it from your system and contact the attorney at the phone number above.

--
Chad Belville
PO Box 17879
Phoenix, AZ 85011
FAX 602-297-6953
Admitted to Iowa and Arizona;
Federal Districts of Arizona, Colorado and the Northern District of Iowa;
The 8th, 9th and 10th Circuit Courts of Appeals
The United States Supreme Court

IMPORTANT NOTICE: THIS COMMUNICATION MAY BE PRIVILEGED OR CONFIDENTIAL. This message is intended only for the the person to whom it is directed. If you are not the intended recipient, do not copy, forward, or distribute this message. If you received this message in error, please immediately delete it from your system and contact the attorney at the phone number above.