


















## Process Server in Canada



Process Service Network specializes in process service in Canada and has process servers in every area of the country, including British Columbia, Yukon, Northwest Territories, Alberta, Saskatchewan, Manitoba, Ontario, Quebec, Newfoundland, New Brunswick, Nova Scotia, Prince Edward Island, and every major city including Montreal, Toronto, Victoria, Winnipeg, Halifax, Calgary, Edmonton, Vancouver, and many more. We are one of the few firms that handle international service of process and investigations, and offer competitive rates. Our job is to cut through the bureaucracy and red tape to get the service completed with as little delay as possible. We have been in business since 1978 and have developed close working relationships with key individuals in most countries throughout the world. The founder and CEO of *Process Service Network* was a Political Science major in college with a focus on international relations and is actively involved in a worldwide organization through which he has developed business and personal relationships in over 80 nations worldwide. He is also an International Circle member of the World Affairs Council and an Associate Member of the American Bar Association (ABA).

Unlike some of our competitors who claim to be experts, we actually are familiar with the laws, customs and current practices in the countries where documents are to be served. With offices in 8 countries, serving major regions around the world, we stay on top of current events and service strategies. Our personal relationships and close dealings with the judicial authorities in the U.S. Department of State and many countries allow us to have a better understanding of their procedures and requirements.

### Why Choose Process Service Network?
* Our extensive network of both process servers and connections in Canada get your documents delivered in a timely manner
* We deliver your documents through methods that are accepted in all courts worldwide
* We will serve your legal documents anywhere in the world
* We provide you with a team of skilled, knowledgeable, diligent and competent international service specialists




The following is a summary of the methods available for service in Canada as well as a specific proposal for process service.

## FORMAL SERVICE

Many countries are signatories to *The Hague Service Convention* (treaty) that governs service of process to be effected between participating nations; Canada is one of them. Service may be made by formal service through the Central Authority which itself arranges for service by methods prescribed in the particular Province. Although CANADA is a signer of the Hague Service Convention, it is common to use the *informal* method of service. The time frame for formal service can range from 1 to 3 months (recently 1 1/2 months).

> Advantage: Enforceable judgment.
> Disadvantage: The time frame is generally longer than the informal method.

## INFORMAL SERVICE

Private process servers may serve documents in most countries, whether a signer of the *Hague Service Convention*, or not. Service is normally handled in a manner similar to methods used in the United States. Service in Canada is very efficient and similar to the time frames within the United States. Since we pay the process server a bonus (at our own expense) for prompt service, the normal delays are usually reduced. Currently, the time frame for the completion of informal service is approximately 1 week.

> Advantage: The time frame is generally shorter than the formal method.
> Disadvantage: Judgment "may" not be enforceable in Canada.

## LETTERS ROGATORY

*Letters Rogatory* is used for obtaining evidence or serving pleadings in countries which are not signers of the Hague Service Convention. They are a request from a court in the United States to a court in a foreign country requesting international judicial assistance related to service of process. This method is time consuming, cumbersome, and should be used only when other options are not available. The use of this method may result in habitual time delays of up to 1 year in the execution of requests. This method should only be used if no treaty is in force or if you are serving a Subpoena.

## TRANSLATIONS

The official language in Canada is English, except in Quebec Province where the official language is French. For cases in Quebec, the U.S. State Department *recommends* translation, but it is not a requirement unless the formal method is used. It is possible, although rare, that a demurer could be filed based upon lack of understanding by the defendant as to the nature and meaning of un-translated documents. We offer translation services at rates quoted below.

## RATES

| Service of process* | |
| --- | --- |
| Formal | Click here for Formal Service pricing options (+ $85.00 Bailiff's fee) |
| Informal | $395.00  (+ $85.00 Bailiff's fee) |
| Expedited | $1975.00 + $85.00 Bailiff's fee |

| Informal | (within 30 days, guaranteed) |
|---|---|
| *All fess are per defendant/address | |
| | |
| Translation | Not required, except in Quebec province where French is the official language. Cost: $ 0.38 word into French. ( Proper nouns are not translated ) |

[Related Article]

## COMPARE OUR SERVICES

Click on the following button to compare our services and pricing to that of our top three competitors!

[Comparison Chart]



DECLARATIONS: We provide formal declarations on the status of service upon request, as required by your court, at no additional charge. We subscribe to the U.S. Department of State weekly up-dates on international service of process and the Central Intelligence Agency briefings on social conditions abroad and monitor problems in nations that might affect the completion of the service. Estimated time for completion of service is subject to change depending on current conditions.

WARNING: Beware of companies that quote suspiciously low rates. They often come back later with an excuse for an additional charge. Our rates are firm for one address quoted. Other companies are actually brokerage firms or website developers, not process service agencies, who farm out assignments to companies that are not knowledgeable or qualified on international service of process.

DISCLAIMER: The information contained herein is provided for general information only and may not be accurate at the time of service in a particular case or country. Questions involving specific services should be directed to our office. Care should be exercised in choosing the method of service (formal/informal) if eventual enforcement of a U.S. judgment is anticipated in the country where the documents are to be served. No legal advice is intended in the statements contained herein.  Assignments for international service of process are accepted on the basis that the assigning law firm has researched all applicable laws.  Process Service Network and its agents assume no liability for its actions in the course of any phase of the service of process assignment.

# Process Service Network™

**Mailing address: 5775 East Los Angeles Avenue #218, Simi Valley, CA 93063**

**Phone: (800)4-1-PROCESS or (800)417-7623**
**Fax: (805)577-1546 * E-mail: processnet@sbcglobal.net**

Make check payable to:   **Process Service Network**



**(800)417-7623**

**U.S. Government CAGE No: 5ACG6**



**Pay now with Credit Card**



**Pay now with PayPal**

*Specializing in International Service and "hard-to-serve" cases*



**What we will need to get it served:**

**International Service of Process**

1. **If sending via email:** a PDF version of the service documents <u>combined into one (1) file</u>.
   **If sending via FedEx, mail, or similar:** <u>three (3) copies</u> of the documents to be served
   (Note: all 3 sets can be copies; original documents are not required, **except for service to India - India requires one (1) original set.**)

2. **A letter of instructions** advising us the defendant's name, service address, and requested method of service (i.e. formal or informal).

3. **Payment** for the service fees in U.S. dollars (we will bill you for the translation costs, if translation is required).

**Domestic (United States) Service of Process**

1. **If sending via email:** a PDF version of the service documents <u>combined into one (1) file</u>.
   **If sending via FedEx, mail, or similar:** <u>two (2) copies</u> of the documents to be served
   (Note: both sets can be copies; original documents are not required)

2. **A letter of instructions** advising us the defendant's name and service address.

3. **Payment** for the service fees in U.S. dollars.

A note about copies:  Service documents sent to us for domestic assignments are subject to a $.25/page copy fee for large files (100+ pages).  Copy fees are waived for international assignments.

Click here for our Terms and Conditions

Note:  We've been in business since 1978, so we must be doing it right.

Process Service Network™ is a registered trademark.
Copyright @1998 - 2012.   All rights reserved.

*Providing service to the legal profession since 1978*






Find us on
Facebook

Follow us on
Twitter