1  Chad L. Belville
   AZ Bar 020771
2  4742 N. 24th Street Suite 315
   Phoenix, AZ 85016
3  602-904-5485
   Fax: 602-291-6953
4  Email: cbelville@azbar.org
   Attorney for Plaintiff
5

6              **IN THE UNITED STATES DISTRICT COURT**
                         **DISTRICT OF ARIZONA**
7

8

9  Cybernet Entertainment LLC,            )
   a New York Company,                    )     **No. CV 12-01101-PHX-SRB**
10                                         )
          Plaintiff,                       )
11                                         )
                                           )     **MOTION TO EXTEND TIME**
       v.                                  )     **TO RESPOND TO IGOR GENS'**
12                                         )     **MOTION TO DISMISS**
                                           )
13                                         )
   IG Media Inc. and International Media Ltd. )
14 dba YouJizz.com JizzHut.com             )     *(FIRST REQUEST)*
   and JizzOnline.com and OnlyJizz.com     )
15 and MoviesGuy.com and JizzBo.com        )
   and HotFunHouse.com                     )
16 and Igor Gens                           )
   and DOES 1-10 inclusive and             )
17 DOE COMPANIES 1-100 inclusive           )
                                           )
18 _____ )
19

20       Plaintiff Cybernet Entertainment LLC (hereinafter referred to as "Plaintiff" or

21 "Cybernet") by and through its counsel, pursuant to Local Rule 7.3, moves the Court for

22 an extension of time to file a Response to the Motion to Dismiss for Insufficient Service

23 of Process filed by Defendant Igor Gens. In support of its Motion, Plaintiff states:

24

25

26
                                      1

1. This is the first request for an extension of time to respond to the Motion to Dismiss.

2. Plaintiff's process server has been on vacation and will return 13 December 2012. His affidavit is necessary for Plaintiff's response to the Motion to Dismiss.

3. Plaintiff requests an additional 7 days, until December 17, 2012, within which to file its Response.

4. Counsel for Defendant has no objection to the requested extension.

DATED:  7 December, 2012          Respectfully submitted,

                                  By:/s/ Chad L. Belville

                                  Chad Belville, Attorney at Law
                                  *Arizona Bar 020771*
                                  4742 North 24th Street, Suite 315
                                  Phoenix, AZ 85016

                                  MAILING ADDRESS:
                                  P.O. Box 17879
                                  Phoenix, AZ 85011

                                  Telephone:  602-904-5485
                                  FAX:  602-297-6953
                                  E-mail cbelville@azbar.org

                                  ATTORNEY FOR PLAINTIFF

CERTIFICATE OF SERVICE

   I, Chad Belville, do hereby certify that on December 7, 2012 a copy of Plaintiff's Motion was served upon the Attorneys for Defendants through the Court's Electronic Case Filing System.

                                  /s/ Chad Belville