# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Cybernet Entertainment LLC,<br>a New York Company,<br><br>    Plaintiff,<br><br>    v.<br><br>IG Media Inc. and International Media Ltd.<br>dba YouJizz.com JizzHut.com<br>and JizzOnline.com and OnlyJizz.com<br>and MoviesGuy.com and JizzBo.com<br>and HotFunHouse.com<br>and Igor Gens<br>and DOES 1-10 inclusive and<br>DOE COMPANIES 1-100 inclusive<br>_____ | No. CV 12-01101-PHX-SRB<br><br>**ORDER** |

Pursuant to Local Rule 7.3, and good cause appearing, the Court finds that Plaintiff should be granted an extension of time to file a Response to the Motion to Dismiss for Insufficient Service of Process filed by Defendant Igor Gens.

IT IS THEREFORE ORDERED, that Plaintiff shall have until December 17, 2012 to file its Response to the Motion to Dismiss of Defendant Igor Gens.

Dated this 10th day of December, 2012.

_____
Susan R. Bolton
United States District Judge