**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| CYBERNET ENTERTAINMENT LLC, | ] | CASE NO. LAV 12V05861 |
| | ] | |
| v. | ] | DECLARATION OF |
| | ] | NELSON TUCKER |
| IG MEDIA, INC, ET AL. | ] | |
| _____ | ] | |

I, Nelson Tucker, declare under penalty of perjury of the laws of the United States of America, that the following is true and correct and that I could and would competently testify, if called, that:

1. I am the CEO of Process Service Network, LLC, a process server with extensive experience in international service of process, am over the age of 18 years, and not a party to the within-named action. I have been a Registered Process Server and owner of Process Service Network, LLC since 1978. I have authored three (3) books on service of process, investigations and court filing procedures and have conducted training seminars for the past 27 years. I regularly serve, or cause to be served, legal documents domestically and worldwide and <u>supervise all international service assignments</u> for clients who make assignments to us. I am the President of Process Service University. I have conducted MCLE courses on international service of process for major law firms and state Bar Associations. I

am a Life Member of the *National Association of Investigative Specialists* and the *International Process Servers Association*. I serve on the Advisory Board of Professional Process Server Network. I am qualified as an expert in my field and can competently testify to the facts stated and declared within.

2. On or about October 9, 2012, I received an assignment from the law offices of Chad L. Belville along with written instructions to serve the named Defendant, Igor Gens ("Defendant"), in the case Cybernet Entertainment LLC v. IG Media Inc., et al., Case No. 2:12-cv-01101-SRB, at his home address of 9200 Auburn Drive, Richmond, BC V7A 5A8, Canada.

3. On October 15, 2012, I forward the service to a process server in the Vancouver area, Don Miles. He is a resident of British Columbia and not California, as stated in Igor Gens' Motion to Dismiss. He is a competent person and has authority to serve legal process in Canada. He acted as a sub-contractor for us and our address appeared on the proof of service since we were the company hired by attorney for Plaintiff.

4. On November 4, 2012, I received a proof of service signed by the process server indicating that the Defendant was served on October 31, 2012, by substituted service.

5. The address provided to us in paragraph 2 above, was based on the public records of the BC Registry Services, a governmental agency.  BC Registry Services provided a written report, dated June 20, 2012, entitled "BC Company Summary for IG Media Inc." IG Media Inc. is a co-Defendant in the instant case. (see Exhibit "A" attached). That report showed Igor Gens as the President and Director of the corporation with a mailing and delivery address of 9200 Auburn Dr., Richmond BC V7A 5A8, Canada.

6. The proof of service speaks for itself.  Substituted service was made on a person who identified himself as Bruno Vogel.  I was advised by the process server, after the service was completed, that he believed that Vogel might be the Defendant, Gens, due to his behavior at the time of service. The process server sent me a photo of the residence, 9200 Auburn Drive, Richmond, BC V7A 5A8, Canada, that he downloaded from Google Earth and confirmed that it was the same residence where the documents were served. (See Exhibit "B" attached).

7. I have reviewed Igor Gens' Motion to Dismiss for Insufficient Service of Process. As a qualified expert witness on the subject of "service of process," I find several deficiencies in the motion, as described below.

8. In paragraph 11 of the Declaration of Igor Gens, he states

under penalty of perjury that he has not resided at the Auburn Drive address for over a decade. Yet, public records show that same address to be his current address. Under the laws of the Province of British Columbia, corporations are required to notify BC Registry Services of changes of address of 1) Registered Office, 2) Business Office, 3) Directors on file, and 4) Officers. IG Media, Inc., of which Gens is both President and Director, failed to notify the government office (BC Registry Services) of a change of address.

9. In the motion, Defendant fails to point out that British Columbia law, Rule 4-4 of the Supreme Court Civil Rules, provides for alternative methods of service.

"*(1) If it is impracticable to serve a document by personal service or if the person to be served by personal service*

> *(a) cannot be found after a diligent search, or (b) is evading service of the documents,*

*the court may, on application without notice, make an order for substituted service granting permission to use an alternative method of service.*

*If an alternative service method is permitted*

*(2) If a document is to be served by an alternative method permitted under subrule (1), a copy of the entered substituted service order that granted permission to use that alternative method must be served with the document unless*

> *(a) the court otherwise orders, or*

4

DECLARATION OF NELSON TUCKER

*(b) the alternative method of service permitted under subrule (1) is service by advertisement."*

However, that section applies to cases originating in British Columbia and the requirement of a court order does not affect a service originating in a foreign court which is to be served within British Columbia. There is no rule or law in British Columbia prohibiting substituted service.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Dated this 13th day of December, 2012, at Simi Valley, CA.

*/s/ Nelson Tucker*

Nelson Tucker

EXHIBIT A



Mailing Address:
PO Box 9431 Stn Prov Govt
Victoria BC V8W 9V3
www.corporateonline.gov.bc.ca

Location:
2nd Floor - 940 Blanshard Street
Victoria BC
250 356-8626

# BC Company Summary
## For
## IG MEDIA INC.

| | |
|---|---|
| Date and Time of Search: | June 20, 2012 03:12 PM Pacific Time |
| Currency Date: | March 20, 2012 |

## ACTIVE

| | | | |
|---|---|---|---|
| Incorporation Number: | BC0674624 | | |
| Name of Company: | IG MEDIA INC. | | |
| Recognition Date: | Incorporated on August 05, 2003 | In Liquidation: | No |
| Last Annual Report Filed: | August 05, 2010 | Receiver: | No |

### DISSOLUTION/RESTORATION INFORMATION

| Filing/Event | Date of Filing |
|---|---|
| Full Restoration | August 08, 2008 |
| System Dissolution - Fail to File | October 23, 2006 |

### REGISTERED OFFICE INFORMATION

**Mailing Address:**
6800 FRANCIS RD
RICHMOND BC V7C 1K5
CANADA

**Delivery Address:**
6800 FRANCIS RD
RICHMOND BC V7C 1K5
CANADA

### RECORDS OFFICE INFORMATION

**Mailing Address:**
6800 FRANCIS RD
RICHMOND BC V7C 1K5
CANADA

**Delivery Address:**
6800 FRANCIS RD
RICHMOND BC V7C 1K5
CANADA

### DIRECTOR INFORMATION

**Last Name, First Name, Middle Name:**
GENS, IGOR

**Mailing Address:**
9200 AUBURN DR
RICHMOND BC V7A 5A8
CANADA

**Delivery Address:**
9200 AUBURN DR
RICHMOND BC V7A 5A8
CANADA

"A"

EXHIBIT A

## OFFICER INFORMATION AS AT August 05, 2010

**Last Name, First Name, Middle Name:**
GENS, IGOR

**Office(s) Held:**  (President)

**Mailing Address:**
9200 AUBURN DR
RICHMOND BC V7A 5A8
CANADA

**Delivery Address:**
9200 AUBURN DR
RICHMOND BC V7A 5A8
CANADA

"A"

BC0674624 Page: 2 of 2

EXHIBIT A






"B"