

Mailing Address:
PO Box 9431 Stn Prov Govt
Victoria BC  V8W 9V3

**www.bcregistryservices.gov.bc.ca**

Location:
2nd Floor – 940 Blanshard Street
Victoria BC

# MAINTAINING YOUR BC COMPANY

The British Columbia *Business Corporations Act* requires all incorporated companies to file information about the company with the Corporate Registry office.

Unless you are instructed to do so by registry staff, the Regulation under the *Business Corporations Act* requires the electronic version of all of the filings listed below to be filed on the **Internet**. Each filing listed has online help information you can access and a video demonstration to help you through the process.

Visit **www.corporateonline.gov.bc.ca** and complete your filing using a credit card OR for BC OnLine customers, file using your BC OnLine account.

## ANNUAL REPORT (Form 6)

**Filing Fee $43.39
and a BC OnLine service fee of $1.50 plus HST**

A company must file an annual report each year within two months after each anniversary of the date on which the company was recognized. A recognition date is the company's date of incorporation, amalgamation or continuation into the province.

An Annual Report Reminder containing information on the company as of the anniversary date of recognition **may** be received by the company each year to remind the company to file its annual report.

A company which used a credit card to incorporate will receive an Annual Report Reminder by email (should your company email address be on file), otherwise it will be mailed to the registered office of the company. A company which used a BC OnLine account to incorporate will not receive an annual reminder. Should you receive an Annual Report Reminder your Access Code for filing your annual report online at **www.corporateonline.gov.bc.ca** is located in Box **C** of the Annual Report Reminder **OR** as provided in the emailed annual report reminder.

## NOTICE OF CHANGE OF ADDRESS (Form 2)

**Filing Fee $20.00
and a BC OnLine service fee of $1.50 plus HST**

A company that has been authorized to do so may change one or both of the mailing and delivery addresses of either or both its registered office and records office by filing this notice with the Corporate Registry. It is important to file this document, as the registered office mailing address is the address used for mailing the annual report reminder to the company and any notices concerning the commencement of dissolution of your company. This notice takes effect at the beginning of the day following the date on which the Notice of Change of Address is filed with the registrar (12:01 a.m. Pacific Time).

## NOTICE OF CHANGE OF DIRECTORS (Form 10)

**Filing Fee $20.00
and a BC OnLine service fee of $1.50 plus HST**

A company must, within 15 days after the date of change in its directors or in the address of any of its directors, file a Notice of Change of Directors with the registrar. A separate notice is required for each date of change.

> **Failure to comply with the filing requirements of the *Business Corporations Act* may result in a company being dissolved and struck from the register.**

## ADDITIONAL INFORMATION

If you have questions about the information contained in any of the notices, contact the Corporate Registry at **250 356-8626**. If calling from the Greater Vancouver area, the direct dial free line is **604 775-1047**. Corporate Registry staff **cannot** provide legal or business advice.

For questions about connecting to the system to file electronically over the Internet, contact the BC OnLine help desk at **250 953-8200** or **1 800 663-6102** from 8:00 a.m. to 7:00 p.m. Monday to Friday. Internet terminals are located at most Service BC Centre offices, libraries and at Internet cafés. The Corporate Online system is available for online filing from 6:00 a.m. to 10:00 p.m. Monday through Saturday and from 1:00 p.m. to 10:00 p.m. on Sunday, including statutory holidays. Note that due to system maintenance, the Sunday opening at 1:00 p.m. is not guaranteed, although every effort will be made to ensure the system is available at that time.

For information regarding fees and procedure for BC Registry Services' Preferred Service Provider Dye & Durham to file on your behalf, go to their website at **www.dyedurhambc.com** or call **1 800 665-6211**. You should contact Dye & Durham to confirm the total fees required, before sending your documents for filing.