| | |
|---|---|
| 1 | John P. Flynn (# 015065) |
| 2 | Peter J. Moolenaar (# 024487) |
|   | DIOGUARDI FLYNN LLP |
| 3 | 7001 N. Scottsdale Road, Suite 2060 |
|   | Scottsdale, Arizona  85253 |
| 4 | Telephone: (480) 951-8800 |
|   | Facsimile:   (480) 951-8824 |
| 5 | jflynn@dioguardiflynn.com |
|   | pmoolenaar@dioguardiflynn.com |
| 6 | |
|   | *Attorneys for International Media, Inc., incorrectly* |
| 7 | *named herein as International Media, Ltd.* |

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Cybernet Entertainment LLC, A New York Company, | |
| | Case No. CV 12-01101-PHX-SRB |
| Plaintiff, | |
| | **STIPULATION TO EXTEND TIME FOR DEFENDANT INTERNATIONAL MEDIA, INC. TO FILE RESPONSIVE PLEADING** |
| v. | |
| IG Media Inc. and International Media Ltd. dba YouJizz.com JizzHut.com and JizzOnline.com and OnlyJizz.com and MoviesGuy.com and JizzBo.com and HotFunHouse.com and Igor Gens and DOES 1-10 inclusive and DOES COMPANIES 1-100 inclusive, | **(First Request)** |
| Defendants, | |

Defendant International Media Inc. ("Defendant") and Plaintiff Cybernet Entertainment, LLC ("Plaintiff") (collectively, the "Parties") by and through counsel, and pursuant to Local Rule 7.3, hereby request this Court extend the deadline for Defendant to file its responsive pleading for the reasons set forth below.

1  By Order dated November 30, 2012, Defendant's Motion to Dismiss for Lack of Personal Jurisdiction was denied. (Document 32). Therefore, Defendant's responsive pleading is due to be filed this even date, December 17, 2012. Defendant has filed a Motion for Stay of Proceedings Pending Appeal ("Motion for Stay") concurrently with this Stipulation. Defendant will be promptly seeking appellate review of the November 30th Order.

This Stipulation is therefore filed to postpone Defendant's obligation to file its responsive pleading to Plaintiff's Complaint until no earlier than five (5) judicial days following the Court's ruling on the Motion to Stay, or upon such later date as ordered by this Court in ruling upon the Motion to Stay.

**RESPECTFULLY SUBMITTED** this 17th day of December, 2012.

**DIOGUARDI FLYNN LLP**

By: /s/ John P. Flynn
John P. Flynn
Peter J. Moolenaar
*Attorneys for Defendant International Media, Inc., incorrectly named herein as International Media, Ltd.*

By: /s/ Chad L. Belville
Chad L. Belville, Attorney at Law
*Attorney for Plaintiff Cybernet Entertainment LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 17, 2012, I electronically transmitted the attached document to the Clerk of the United States District Court, District of Arizona, using the online e-filing system.

_/s/Megan Barber_