IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cybernet Entertainment LLC, ) | CV 12-01101-PHX-SRB |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| IG Media, Inc., et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

On December 17, 2012, Defendant filed a Stipulation to Extend Time for Defendant International Media to File Responsive Pleading.

IT IS ORDERED that the Stipulation to Extend Time will be denied within 3 days of the date of this order if counsel does not comply with the ECF Administrative Policies and Procedures Manual, Section II(G), specifically, subparagraph 1b.

DATED this 18th day of December, 2012.

_____
Susan R. Bolton
United States District Judge