**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Cybernet Entertainment LLC,<br>A New York Company,<br><br>                    Plaintiff,<br><br>v.<br><br>IG Media Inc. and International<br>Media Ltd. dba YouJizz.com<br>JizzHut.com and JizzOnline.com and<br>OnlyJizz.com and MoviesGuy.com<br>and JizzBo.com and<br>HotFunHouse.com and Igor Gens<br>and DOES 1-10 inclusive and DOES<br>COMPANIES 1-100 inclusive,<br><br>                    Defendants, | No. CV 12-01101-PHX-SRB<br><br>**ORDER** |

Pursuant to Local Rule 7.3, and good cause appearing as set forth in the Parties' Stipulation to Extend Time for Defendant International Media, Inc. to File Responsive Pleading, the Court finds that Defendant International Media, Inc. ("Defendant") should be granted an extension of time to file its responsive pleading in this matter.

IT IS THEREFORE ORDERED that Defendant shall have until five (5) judicial days after the Court's ruling on Defendant's Motion for Stay of Proceedings Pending Appeal to file its responsive pleading.

Dated this 19th day of December, 2012.

_____
Susan R. Bolton
United States District Judge