1  John P. Flynn (# 015065)
   Peter J. Moolenaar (# 024487)
2  DIOGUARDI FLYNN LLP
   7001 N. Scottsdale Road, Suite 2060
3  Scottsdale, Arizona 85253
   Telephone: (480) 951-8800
4  Facsimile:  (480) 951-8824
   jflynn@dioguardiflynn.com
5  pmoolenaar@dioguardiflynn.com

6  *Attorneys for International Media, Inc., incorrectly
   named herein as International Media, Ltd. and Igor Gens*
7

8

9              IN THE UNITED STATES DISTRICT COURT

10                    DISTRICT OF ARIZONA

11 Cybernet Entertainment LLC,
   A New York Company,
12                                      Case No. CV 12-01101-PHX-SRB
13                   Plaintiff,
                                        **STIPULATION TO EXTEND
14 v.                                   TIME FOR DEFENDANT
                                        IGOR GENS TO FILE REPLY
15                                      IN SUPPORT OF HIS MOTION
   IG Media Inc. and International Media TO DISMISS AND RESPONSE
16 Ltd. dba YouJizz.com JizzHut.com and  TO REQUEST FOR ORDER
   JizzOnline.com and OnlyJizz.com and   PERMITTING ALTERNATIVE
17 MoviesGuy.com and JizzBo.com and      SERVICE OF THE SUMMONS
                                         AND COMPLAINT ON
18 HotFunHouse.com and Igor Gens         DEFENDANT IGOR GENS**
   and DOES 1-10 inclusive and DOES
19 COMPANIES 1-100 inclusive,            (First Request)
20
21                   Defendants.

22

23         Defendant International Media, Inc. and Igor Gens ("Defendants") and

24 Plaintiff Cybernet Entertainment, LLC ("Plaintiff") by and through counsel, and

25 pursuant to Local Rule 7.3, hereby request this Court extend the deadline for

26 Defendant Igor Gens to file his reply and responsive pleadings for the reasons set

27 forth below.

28

Plaintiff filed its Response to Igor Gens' Motion to Dismiss and Alternatively, Motion for Order Permitting Alternative Service of the Summons and Complaint on Defendant Igor Gens on December 17, 2012. (Document 35). Therefore, Defendant's Reply in Support of his Motion to Dismiss is due to be filed on January 4, 2013, and Defendant's Response for Order Permitting Alternative Service of the Summons and Complaint on Defendant Igor Gens is due to be filed on January 3, 2013.

Due to the holiday season, long-planned family vacations out-of-state, the imminent birth of the child of one of Defendants' counsel, and the service of one of Defendants' counsel on the Fiesta Bowl Committee (which involves substantial out-of-office obligations), this Stipulation is filed to extend Defendant Igor Gens' obligation to file his Reply In Support of his Motion to Dismiss and Response to Plaintiff's Motion for Order Permitting Alternative Service of the Summons and Complaint on Defendant Igor Gens until Friday, January 11, 2013.

**RESPECTFULLY SUBMITTED** this 20th day of December, 2012.

**DIOGUARDI FLYNN LLP**

By: /s/ John P. Flynn
John P. Flynn
Peter J. Moolenaar
*Attorneys for Defendants International Media, Inc., incorrectly named herein as International Media, Ltd. and Igor Gens*

By: /s/ Chad L. Belville
Chad L. Belville, Attorney at Law
*Attorney for Plaintiff Cybernet Entertainment LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 20, 2012, I electronically transmitted the attached document to the Clerk of the United States District Court, District of Arizona, using the online e-filing system.

/s/Megan Barber