1

2

3

4

5

6 **IN THE UNITED STATES DISTRICT COURT**

7 **DISTRICT OF ARIZONA**

8  Cybernet Entertainment LLC,
   A New York Company,

9                              Plaintiff,        No. CV 12-01101-PHX-SRB

10  v.                                           **[PROPOSED] ORDER**

11  IG Media Inc. and International
12  Media Ltd. dba YouJizz.com
    JizzHut.com and JizzOnline.com and
13  OnlyJizz.com and MoviesGuy.com
    and JizzBo.com and
14  HotFunHouse.com and Igor Gens
    and DOES 1-10 inclusive and DOES
15  COMPANIES 1-100 inclusive,

16                              Defendants.

17

18          Pursuant to Local Rule 7.3, and good cause appearing as set forth in the

19  Parties' Stipulation to Extend Time for Igor Gens to File His Reply in Support of

20  His Motion to Dismiss and Response to Plainitiff's Motion for Alternative Service

21  of Defendant Igor Gens, the Court finds that Defendant Igor Gens should be

22  granted an extension of time to file his reply and responsive pleadings in this

23  matter.

24          IT IS THEREFORE ORDERED, that Defendant Igor Gens shall have until

25  Friday, January 11, 2013, to file his Reply in Support of Its Motion to Dismiss and

26  Response to Plaintiff's Motion for Alternative Service of Defendant Igor Gens.

27

28
                                        _____
                                        Susan R. Bolton
                                        United States District Judge