# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Cybernet Entertainment LLC,<br>A New York Company,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>IG Media Inc. and International Media Ltd. dba YouJizz.com JizzHut.com and JizzOnline.com and OnlyJizz.com and MoviesGuy.com and JizzBo.com and HotFunHouse.com and Igor Gens and Does 1-10 inclusive and Does Companies 1-100 inclusive,<br><br>　　　　　　　　Defendants. | No. CV 12-01101-PHX-SRB<br><br>**ORDER** |

　　　Pursuant to Local Rule 7.3, and good cause appearing as set forth in the Parties' Stipulation to Extend Time for Igor Gens to File His Reply in Support of His Motion to Dismiss and Response to Plaintiff's Motion for Alternative Service of Defendant Igor Gens [Doc. 41], the Court finds that Defendant Igor Gens should be granted an extension of time to file his reply and responsive pleadings in this matter.

　　　IT IS THEREFORE ORDERED that Defendant Igor Gens shall have until Friday, January 11, 2013, to file his Reply in Support of Its Motion to Dismiss and Response to Plaintiff's Motion for Alternative Service of Defendant Igor Gens.

　　　　　　　　　　Dated this 21st day of December, 2012.

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　Susan R. Bolton
　　　　　　　　　　　　　　　United States District Judge