John P. Flynn (# 015065)
Peter J. Moolenaar (# 024487)
DIOGUARDI FLYNN LLP
7001 N. Scottsdale Road, Suite 2060
Scottsdale, AZ 85253
Telephone: (480) 951-8800
Facsimile: (480) 951-8824
jflynn@dioguardiflynn.com
pmoolenaar@dioguardiflynn.com

Valentin D. Gurvits (# 643572)
Boston Law Group, LLP
825 Beacon Street, Suite 20
Newton Centre, MA  02459
Telephone: (617) 928-1804
Facsimile: (617) 928-1802
vgurvits@bostonlawgroup.com
*Pro Hac Vice*

Evan Fray-Witzer (#564349)
Ciampa Fray-Witzer, LLP
20 Park Plaza, Suite 804
Boston, MA 02116
Telephone: (617) 426-0000
Facsimile: (617) 423-4855
evan@CFWlegal.com
*Pro Hac Vice*

*Attorneys for International Media, Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Cybernet Entertainment LLC,<br>A New York Company,<br><br>                                    Plaintiff,<br><br>v.<br><br>IG Media Inc. and International Media Ltd. dba YouJizz.com JizzHut.com and JizzOnline.com and OnlyJizz.com and MoviesGuy.com and JizzBo.com and HotFunHouse.com and Igor Gens and DOES 1-10 inclusive and DOES COMPANIES 1-100 inclusive<br><br>                                    Defendants, | Case No. 2:12-cv-01101-SRB<br><br>**INTERNATIONAL MEDIA INC.'S MOTION FOR LEAVE TO FILE OVERSIZE BRIEF** |

Pursuant to Local Rule 7.2(e), International Media respectfully moves for leave to file an oversized brief in support of its Motion to Alter or Amend Court's Order Dated November 30, 2012. In support of this Motion, International Media states as follows:

1. The Motion, a copy of which is attached hereto as Exhibit 1, is approximately twenty two pages in length (excluding the caption, signature block, and certificate of service).

2. By necessity, a motion brought under 28 U.S.C. § 1292(b) requires the movant to compare the case law of multiple jurisdiction and numerous courts. Doing so has required additional length for International Media's Brief.

3. In addition, International Media identified – and briefed – seven different areas of law for which it believes there exist a "substantial ground for difference of opinion." To properly discuss these issues and to assist this Court in rendering a decision on the same, the additional brief length is required.

4. No party will be prejudiced by the allowance of this motion and, indeed, International Media would have no objection of the Plaintiff were to require additional space in its response to the present motion.

For all of the reasons outlined above, International Media respectfully requests that its Motion for Leave to File Overlength brief be allowed and that the attached brief be deemed filed in its current form.

2

| | |
|---|---|
| 1 | Respectfully submitted this 27th day of December 2012, |
| 2 | International Media, Inc., |
|   | By its attorneys, |

/s/ Evan Fray-Witzer
Evan Fray-Witzer (#564349)
Ciampa Fray-Witzer, LLP
20 Park Plaza, Suite 804
Boston, MA 02116
Telephone: (617) 426-0000
Facsimile: (617) 423-4855
evan@CFWlegal.com
*Pro Hac Vice*

Valentin D. Gurvits (# 643572)
Boston Law Group, LLP
825 Beacon Street, Suite 20
Newton Centre, MA  02459
Telephone: (617) 928-1804
Facsimile: (617) 928-1802
vgurvits@bostonlawgroup.com
*Pro Hac Vice*

John P. Flynn (# 015065)
Peter J. Moolenaar (# 024487)
DIOGUARDI FLYNN LLP
7001 N. Scottsdale Road, Suite 2060
Scottsdale, AZ 85253
Telephone: (480) 951-8800
Facsimile: (480) 951-8824
jflynn@dioguardiflynn.com
pmoolenaar@dioguardiflynn.com

3

**CERTIFICATE OF SERVICE**

I hereby certify that on December 27, 2012, I electronically transmitted the attached document to the Clerk of the United States District Court, District of Arizona, using the online e-filing system.

By:     /s/ Evan Fray-Witzer

4