**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Cybernet Entertainment LLC,<br>A New York Company,<br><br>                    Plaintiff,<br><br>v.<br><br>IG Media Inc. and International Media Ltd. dba YouJizz.com JizzHut.com and JizzOnline.com and OnlyJizz.com and MoviesGuy.com and JizzBo.com and HotFunHouse.com and Igor Gens and DOES 1-10 inclusive and DOES COMPANIES 1-100 inclusive<br><br>                    Defendants, | Case No. 2:12-cv-01101-SRB<br><br>**PROPOSED ORDER** |

The Court hereby allows International Media's Motion for Leave to File Oversized Brief. The Brief as attached to International Media's Motion for Leave is hereby deemed to be filed.

_____