**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA**

Cybernet Entertainment LLC,
A New York Company,

                Plaintiff,

v.

IG Media Inc. and International Media Ltd. dba YouJizz.com JizzHut.com and JizzOnline.com and OnlyJizz.com and MoviesGuy.com and JizzBo.com and HotFunHouse.com and Igor Gens and DOES 1-10 inclusive and DOES COMPANIES 1-100 inclusive

                Defendants,

Case No. 2:12-cv-01101-SRB

**PROPOSED ORDER**

      The Court hereby allows International Media's Motion for Leave to Alter or Amend the Court's Order Dated November 30, 2012. Accordingly, the Court's Order is amended to add the following language at the end:

      "The Court further finds that such order involves a controlling question of law as to which there is substantial ground for difference of opinion and that an immediate appeal from the order may materially advance the ultimate termination of the litigation. In addition, the Court stays the present litigation until such time as the Ninth Circuit Court of Appeals either (a) denies International Media's petition for interlocutory review, or (b) issues a decision on International Media's interlocutory appeal."

_____