AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 2:12-CV-01101-SRB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  IG Media, Inc.

was received by me on *(date)*  10/17/2012  .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: I served the summons, via substituted service, on Justine Sahota (person in charge of business at time of service), who accepted on behalf of Patrick Watson (Agent for Service)

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 12/19/2012

*Server's signature*

Mike Hubbert, Process Server
*Printed name and title*

Process Service Network
5775 East Los Angeles Avenue, #218
Simi Valley, CA 93063
*Server's address*

Additional information regarding attempted service, etc:

Addess of service: 6800 Francis Road, Richmond, British Columbia, V7C 1K5, Canada

Served: 12/14/2012, at 11:54 AM

Documents served: Summons in a Civil Action; Complaint and Jury Demand, with Exhibits 1-8; Civil Case Cover Sheet.

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 2:12-CV-01317-JWS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  IG Media, Inc.

was received by me on *(date)*  10/25/2012  .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: I served the summons, via substituted service, on Justine Sahota (person in charge of business at time of service), who accepted on behalf of Patrick Watson (Agent for Service)

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date:  12/19/2012

*Server's signature*

Mike Hubbert, Process Server
*Printed name and title*

Process Service Network
5775 East Los Angeles Avenue, #218
Simi Valley, CA 93063
*Server's address*

Additional information regarding attempted service, etc:

Addess of service: 6800 Francis Road, Richmond, British Columbia, V7C 1K5, Canada

Served: 12/14/2012, at 11:54 AM

Documents served: Summons in a Civil Action; Complaint and Jury Demand, with Exhibits 1-8; Civil Case Cover Sheet.