**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Cybernet Entertainment LLC,<br>A New York Company,<br><br>Plaintiff,<br><br>v.<br><br>IG Media Inc. and International Media Ltd. dba YouJizz.com and JizzHut.com and JizzOnline.com and OnlyJizz.com and MoviesGuy.com and JizzBo.com and HotFunHouse.com and Igor Gens and DOES 1-10 inclusive and DOES COMPANIES 1-100 inclusive<br><br>Defendants. | Case No. 2:12-cv-01101-PHX-SRB<br><br>**ORDER** |

The Court has considered International Media's Motion for Leave to File Oversized Brief re: Motion to Alter or Amend Court's Order Dated November 30, 2012.

IT IS ORDERED granting International Media's Motion for Leave to File Oversized Brief (Doc. 43). The motion lodged at docket entry #45 shall be deemed filed this date.

Dated this 4th day of January, 2013.

_____
Susan R. Bolton
United States District Judge