1  John P. Flynn (# 015065)
   Peter J. Moolenaar (# 024487)
2  DIOGUARDI FLYNN LLP
   7001 N. Scottsdale Road, Suite 2060
3  Scottsdale, Arizona  85253
   Telephone: (480) 951-8800
4  Facsimile:   (480) 951-8824
   jflynn@dioguardiflynn.com
5  pmoolenaar@dioguardiflynn.com

6  *Attorneys for International Media, Inc., incorrectly
   named herein as International Media, Ltd., IG Media Inc. and Igor Gens*

7

8

9              **IN THE UNITED STATES DISTRICT COURT**

10                      **DISTRICT OF ARIZONA**

11  Cybernet Entertainment LLC,
    A New York Company,
12                                              Case No. CV 12-01101-PHX-SRB
13                           Plaintiff,
                                                **STIPULATION TO**
14  v.                                          **EXTEND TIME FOR**
                                                **(1) DEFENDANT IG**
15                                              **MEDIA INC. TO FILE**
    IG Media Inc. and International Media       **RESPONSIVE**
16  Ltd. dba YouJizz.com JizzHut.com and        **PLEADING**
    JizzOnline.com and OnlyJizz.com and
17  MoviesGuy.com and JizzBo.com and            **(First Request)**
    HotFunHouse.com and Igor Gens
18  and DOES 1-10 inclusive and DOES            **&**
19  COMPANIES 1-100 inclusive,
                                                **DEFENDANT IGOR GENS TO**
20                                              **FILE REPLY IN SUPPORT OF**
                                                **MOTION TO DISMISS/**
21                           Defendants.        **RESPONSE TO PLAINTIFF'S**
                                                **MOTION FOR**
22                                              **ALTERNATIVE SERVICE**
23                                              **(Second Request)**
24

25      Defendants IG Media Inc. and Igor Gens ("Defendants") and Plaintiff

26  Cybernet Entertainment, LLC ("Plaintiff") by and through counsel, and pursuant

27  to Local Rule 7.3, hereby request this Court extend the deadline for (1)

28  Defendant IG Media Inc. to file its responsive pleading and (2) Defendant Igor

1  Gens to file his Reply in Support of Motion to Dismiss/Response to Plaintiff's
2  Motion for Alternative Service for the reasons set forth below.
3      Plaintiff filed its Response to Igor Gens' Motion to Dismiss and
4  Alternatively, Motion for Order Permitting Alternative Service of the Summons
5  and Complaint on Defendant Igor Gens on December 17, 2012.  (Document 35).
6      On December 17, 2012, a Stipulation to Extend Time for Defendant
7  International Media, Inc. to File Responsive Pleading was filed. (Document 36).
8  This Stipulation was filed because Defendants have requested a Stay order
9  pending pursuit of an interlocutory appeal.
10     On December 19, 2012, this Court entered an Order granting the above-
11 referenced Stipulation, providing Defendant International Media, Inc. until five
12 (5) judicial days after the Court's ruling on the Motion for Stay Pending Appeal
13 to file its responsive pleading. (Document 40).
14     On December 20, 2012 a Stipulation to Extend Time for Defendant Igor
15 Gens to File Reply in Support of His Motion to Dismiss and Response to
16 Request for Order Permitting Alternative Service of the Summons and
17 Complaint on Defendant Igor Gens was filed.  (Document 41).
18     On December 21, 2012 this Court signed an Order granting the above-
19 referenced Stipulation, and granting Defendant Igor Gens until Friday, January
20 11, 2013, to file his Reply in Support of His Motion to Dismiss and Response to
21 Plaintiff's Motion for Alternative Service of Defendant Igor Gens.  (Document
22 42).
23     On January 2, 2013, Plaintiff filed its Proof of Service asserting service of
24 process upon Defendant IG Media, Inc. of the Summons and Complaint was
25 effective on December 14, 2012.  (Document 44).
26     Although no Defendants acknowledge that effective service has been
27 perfected in this action, the jurisdictional issues which are subject to the Motion
28 to Stay (and the related interlocutory Appeal) are the same or almost entirely

1  overlap. Therefore, in the interest of judicial and litigant economy, the Parties
2  hereby request that this Court extend the deadline for (1) Defendant IG Media
3  Inc. to file its responsive pleading and (2) Defendant Igor Gens to file his Reply
4  in Support of Motion to Dismiss/Response to Plaintiff's Motion for Alternative
5  Service, to coincide and remain consistent with the extension granted via this
6  Court's December 19, 2012 Order (Document 40). To wit, the movants request
7  that the requisite briefing deadline be extended such that each subject Defendant
8  shall have five (5) judicial days after the Court's ruling on Defendant
9  International Media, Inc.'s Motion for Stay of Proceedings Pending Appeal to
10 file their briefs.

**RESPECTFULLY SUBMITTED** this 4th day of January, 2013.

**DIOGUARDI FLYNN LLP**

By: /s/ John P. Flynn
John P. Flynn
Peter J. Moolenaar
*Attorneys for Defendants International Media, Inc., incorrectly named herein as International Media, Ltd., IG Media Inc. and Igor Gens*

By: /s/ Chad L. Belville
Chad L. Belville, Attorney at Law
*Attorney for Plaintiff Cybernet Entertainment LLC*

### CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2013, I electronically transmitted the attached document to the Clerk of the United States District Court, District of Arizona, using the online e-filing system.

/s/Megan Barber