IN THE COURT OF APPEALS
STATE OF ARIZONA
DIVISION ONE

| | |
|---|---|
| KB HOME TUCSON, INC., an Arizona Corporation,<br><br>　　　　　　　　　　Appellant,<br>　vs.<br><br>THE CHARTER OAK FIRE INSURANCE COMPANY; TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY; DRACHMAN LEED INSURANCE INC., an Arizona corporation; AMERICAN E&S INSURANCE BROKERS OF CALIFORNIA, INC., a foreign corporation,<br><br>　　　　　　　　　　Appellees. | 1 CA-CV 12-0681<br><br>MARICOPA COUNTY SUPERIOR COURT CASE NO. CV2007-007842 (Consolidated with CV2008-017049)<br><br>**[PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE OPENING BRIEF** |

Pursuant to the foregoing stipulation and good cause appearing, it is ORDERED that the Appellant is granted an extension of time to and including December 20, 2012, within which to file the opening brief in this matter.

DATED this __ day of November, 2012.

_____
Judge of the Court of Appeals

1