| | |
|---|---|
| 1 | John P. Flynn (# 015065) |
| 2 | Peter J. Moolenaar (# 024487) |
|   | DIOGUARDI FLYNN LLP |
| 3 | 7001 N. Scottsdale Road, Suite 2060 |
|   | Scottsdale, Arizona  85253 |
| 4 | Telephone: (480) 951-8800 |
|   | Facsimile:   (480) 951-8824 |
| 5 | jflynn@dioguardiflynn.com |
|   | pmoolenaar@dioguardiflynn.com |

*Attorneys for International Media, Inc., incorrectly named herein as International Media, Ltd., IG Media Inc. and Igor Gens*

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Cybernet Entertainment LLC, A New York Company, | Case No. CV 12-01101-PHX-SRB |
| Plaintiff, | **NOTICE OF ERRATA** |
| v. | |
| IG Media Inc. and International Media Ltd. dba YouJizz.com JizzHut.com and JizzOnline.com and OnlyJizz.com and MoviesGuy.com and JizzBo.com and HotFunHouse.com and Igor Gens and DOES 1-10 inclusive and DOES COMPANIES 1-100 inclusive, | |
| Defendants. | |

Defendants International Media Inc., IG Media Inc. and Igor Gens ("Defendants"), by and through the undersigned counsel, hereby submit this Notice of Errata to correct Defendant's Proposed Order (Document 47-1) filed in the above-captioned action on January 4, 2013, in which the wrong document was inadvertently submitted as Exhibit 1 to Document 47.  The Court has been advised of the situation.

1    Accordingly, Defendants are hereby attaching the correct Proposed Order
2 to Document 47 as "Exhibit 2." A copy of Exhibit 2 is attached hereto as
3 Attachment 1 and is meant to replace Document 47-1.

4

5    **RESPECTFULLY SUBMITTED** this 4th day of January, 2013.

6

7                               **DIOGUARDI FLYNN LLP**

8
                                By:  /s/   John P. Flynn
9                                    John P. Flynn
                                     Peter J. Moolenaar
10                                   *Attorneys for Defendants International*
                                     *Media, Inc., incorrectly named herein*
11                                   *as International Media, Ltd., IG Media*
                                     *Inc. and Igor Gens*
12

13

14

15                           **CERTIFICATE OF SERVICE**

16    I hereby certify that on January 4, 2013, I electronically transmitted the
attached document to the Clerk of the United States District Court, District of
17 Arizona, using the online e-filing system.

18

19    /s/Megan Barber

20

21

22

23

24

25

26

27

28