1
2
3
4
5
6

# IN THE UNITED STATES DISTRICT COURT

7

## DISTRICT OF ARIZONA

8    Cybernet Entertainment LLC,
     A New York Company,

9                                    No. CV 12-01101-PHX-SRB
                        Plaintiff,

10

     v.                              **[PROPOSED] ORDER**

11
     IG Media Inc. and International Media
12   Ltd. dba YouJizz.com JizzHut.com
     and JizzOnline.com and OnlyJizz.com
13   and MoviesGuy.com and JizzBo.com
     and HotFunHouse.com and Igor Gens
14   and DOES 1-10 inclusive and DOES
     COMPANIES 1-100 inclusive,

15
                        Defendants.
16

17

18          Pursuant to Local Rule 7.3, and good cause appearing as set forth in the

19   Parties' Stipulation to Extend Time for Defendant IG Media Inc. to File its

20   Responsive Pleading and Defendant Igor Gens to File Reply in Support of Motion

21   to Dismiss/Response to Plaintiff's Motion for Alternative Service, the Court finds

22   that the requested extensions should be granted in this in this matter.

            IT IS THEREFORE ORDERED, that Defendant IG Media Inc. shall have
23
     until five (5) judicial days after the Court's ruling on Defendant International
24
     Media, Inc.'s Motion for Stay of Proceedings Pending Appeal to file its responsive
25
     pleading to Plaintiff's Complaint.
26
            IT IS FURTHER ORDERED that Defendant Igor Gens shall have until
27
     five (5) judicial days after the Court's ruling on Defendant International Media,
28

1

1  Inc.'s Motion for Stay of Proceedings Pending Appeal to file his Reply in Support

2  of Motion to Dismiss/Response to Plaintiff's Motion for Alternative Service.

3

4          DATED this _____ day of January, 2013.

5

6                                          _____

7                                              Susan R. Bolton
                                            United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                        2