# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Cybernet Entertainment LLC,<br>A New York Company,<br><br>                  Plaintiff,<br><br>v.<br><br>IG Media Inc. and International Media Ltd. dba YouJizz.com JizzHut.com and JizzOnline.com and OnlyJizz.com and MoviesGuy.com and JizzBo.com and HotFunHouse.com and Igor Gens and Does 1-10 inclusive and Does Companies 1-100 inclusive,<br><br>                  Defendants. | No. CV 12-01101-PHX-SRB<br><br>**ORDER** |

      Pursuant to Local Rule 7.3, and good cause appearing as set forth in the Parties' Stipulation to Extend Time for Defendant IG Media Inc. to File its Responsive Pleading and Defendant Igor Gens to File Reply in Support of Motion to Dismiss/Response to Plaintiff's Motion for Alternative Service [Doc. 47], the Court finds that the requested extensions should be granted in this in this matter.

      IT IS THEREFORE ORDERED that Defendant IG Media Inc. shall have until five (5) judicial days after the Court's ruling on Defendant International Media, Inc.'s Motion for Stay of Proceedings Pending Appeal to file its responsive pleading to Plaintiff's Complaint.

      IT IS FURTHER ORDERED that Defendant Igor Gens shall have until five (5) judicial days after the Court's ruling on Defendant International Media,

Inc.'s Motion for Stay of Proceedings Pending Appeal to file his Reply in Support of Motion to Dismiss/Response to Plaintiff's Motion for Alternative Service.

Dated this 7th day of January, 2013.

_____
Susan R. Bolton
United States District Judge

2