John P. Flynn (# 015065)
Peter J. Moolenaar (# 024487)
DIOGUARDI FLYNN LLP
7001 N. Scottsdale Road, Suite 2060
Scottsdale, AZ 85253
Telephone: (480) 951-8800
Facsimile: (480) 951-8824
jflynn@dioguardiflynn.com
pmoolenaar@dioguardiflynn.com

Valentin D. Gurvits (# 643572)
Boston Law Group, LLP
825 Beacon Street, Suite 20
Newton Centre, MA 02459
Telephone: (617) 928-1804
Facsimile: (617) 928-1802
vgurvits@bostonlawgroup.com
*Pro Hac Vice*

Evan Fray-Witzer (#564349)
Ciampa Fray-Witzer, LLP
20 Park Plaza, Suite 804
Boston, MA 02116
Telephone: (617) 426-0000
Facsimile: (617) 423-4855
evan@CFWlegal.com
*Pro Hac Vice*

*Attorneys for International Media, Inc.*

Chad L. Belville (AZ Bar 020771)
4742 N. 24th Street Suite 315
Phoenix, AZ 85016
602-904-5485
Fax: 602-291-6953
cbelville@azbar.org

*Attorney for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Cybernet Entertainment LLC,<br>A New York Company,<br><br>                              Plaintiff,<br><br>v.<br><br>IG Media Inc., et al.<br><br>                              Defendants, | Case No. 2:12-cv-01101-SRB<br><br>**PARTIES' JOINT STIPULATION AND REQUEST FOR TELEPHONIC CONFERENCE** |

1

The Parties to the above-captioned action hereby stipulate as follows:

1. Without waiving any of their defenses concerning personal jurisdiction (or any other defenses other than for improper service of process), defendants IG Media, Inc., International Media, Inc., and Igor Gens (collectively, "Defendants") does hereby agree to accept, through their counsel, service of process of the Summons and Complaint in this matter, effective as of the date of this Stipulation. Such service shall be deemed to be complete without the requirement that the Plaintiff provide additional copies of the Summons or Complaint.

2. Without agreeing to the underlying substantive merits of Defendants' arguments, Plaintiff Cybernet Entertainment, LLC, agrees that immediate interlocutory review is appropriate and, therefore, it does hereby agree and assent to the Court allowing Defendants' Motion To Alter or Amend Court's Order of November 30, 2012.

3. The Parties agree further that all deadlines in this case should be stayed until such time as the Defendants' interlocutory appeal is decided by the Ninth Circuit Court of Appeals.

4. The Parties also request that this Court set a telephonic conference at its convenience so as to discuss the setting and scheduling of deadlines in light of the foregoing.

For the reasons stated hereinabove, the parties respectfully request that this Court approve and endorse the attached draft Order.

Respectfully submitted,

**International Media, Inc.,**
By its attorneys,

/s/ Evan Fray-Witzer
Evan Fray-Witzer (#564349)
Ciampa Fray-Witzer, LLP
20 Park Plaza, Suite 804
Boston, MA 02116
Telephone: (617) 426-0000
Facsimile: (617) 423-4855
evan@CFWlegal.com
*Pro Hac Vice*

Valentin D. Gurvits (# 643572)
Boston Law Group, LLP
825 Beacon Street, Suite 20
Newton Centre, MA  02459
Telephone: (617) 928-1804
Facsimile: (617) 928-1802
vgurvits@bostonlawgroup.com
*Pro Hac Vice*

John P. Flynn (# 015065)
Peter J. Moolenaar (# 024487)
DIOGUARDI FLYNN LLP
7001 N. Scottsdale Road, Suite 2060
Scottsdale, AZ 85253
Telephone: (480) 951-8800
Facsimile: (480) 951-8824
jflynn@dioguardiflynn.com
pmoolenaar@dioguardiflynn.com

**Cybernet Entertainment, LLC,**
By its attorney,

/s/ Chad Belville
Chad L. Belville (AZ Bar 020771)
4742 N. 24th Street Suite 315
Phoenix, AZ 85016
602-904-5485
Fax: 602-291-6953
cbelville@azbar.org

## **CERTIFICATE OF SERVICE**

     I hereby certify that on January 17, 2013, I electronically transmitted the attached document to the Clerk of the United States District Court, District of Arizona, using the online e-filing system.

                                                By:    /s/ Evan Fray-Witzer