IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cybernet Entertainment LLC, ) | No. CV12-01101-PHX-SRB |
| )  Plaintiffs, ) | **ORDER** |
| ) vs. ) | |
| ) IG Media, Inc., et al. ) | |
| )  Defendants. ) | |

    On December 17, 2012 Defendant International Media, Inc. filed a Motion for Stay of Proceedings Pending Appeal. Without opposition;

    IT IS ORDERED granting Defendant's Motion for Stay of Proceedings Pending Appeal. (Doc. 37).

    IT IS FURTHER ORDERED that the parties notify this Court immediately of the Court of Appeals' acceptance or rejection of Defendant's request to appeal.

    DATED this 1st day of February, 2013.

_____
Susan R. Bolton
United States District Judge