1
2
3
4
5
6
**THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA**

7
8  Cybernet Entertainment LLC,
   A New York Company,
9                           Case No. 2:12-cv-01101-SRB
                 Plaintiff,
10
                            **ORDER**
11  v.
12
13  IG Media Inc. and International Media
    Ltd. dba YouJizz.com JizzHut.com and
    JizzOnline.com and OnlyJizz.com and
14  MoviesGuy.com and JizzBo.com and
    HotFunHouse.com and Igor Gens and
15  DOES 1-10 inclusive and DOES
    COMPANIES 1-100 inclusive
16
17               Defendants,
18
19     On the joint motion of the parties (Doc. 51) the Court hereby Orders:
20     1.    The Complaint and Summons is deemed to be served on
21  Defendants IG Media, Inc, International Media, Ltd., and Igor Gens as of the
22  date of this Order. The Plaintiff is not required to serve an additional copy of
23  the Summons or Complaint on the Defendants for such service to be effective.
24     2.    The Defendants' Motion for Leave to Alter or Amend the
25  Court's Order Dated November 30, 2012 is granted. (Doc. 48)
26       Accordingly, the Court's Order is amended to add the following
27  language at the end:
28

"The Court further finds that such order involves a controlling question of law as to which there is substantial ground for difference of opinion and that an immediate appeal from the order may materially advance the ultimate termination of the litigation. In addition, the Court stays the present litigation until such time as the Ninth Circuit Court of Appeals either (a) denies International Media's petition for interlocutory review, or (b) issues a decision on International Media's interlocutory appeal."

IT IS FURTHER ORDERED denying the request for a scheduling conference due to the stay Order issued this date.

Dated this 1st day of February, 2013.

_____
Susan R. Bolton
United States District Judge

2