IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cybernet Enteratinment, LLC,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>IG Media, Inc., et al.,<br><br>　　　　Defendants. | No. CV-12-01101-PHX-SRB<br><br>**ORDER** |

In light of the Court granting the Parties Joint Stipulation (Doc. 51);

IT IS ORDERED IGOR Gens' Motion to Dismiss for Insufficient Service of Process (Doc. 31) and Plaintiff's Motion for Order Permitting Alternative Service of the Summons and Complaint on Defendant Igor Gens (Doc. 35) are denied as moot.

DATED this 12th day of February, 2013.

_____
Susan R. Bolton
United States District Judge