FILED

APR 25 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CYBERNET ENTERTAINMENT LLC, a New York Company,<br><br>        Plaintiff - Respondent,<br><br>  v.<br><br>IG MEDIA INCORPORATED, d/b/a HotFunHouse.com, d/b/a JizzBo.com, d/b/a JizzHut.com, d/b/a JizzOnline.com, d/b/a MoviesGuy.com, d/b/a OnlyJizz.com, d/b/a YouJizz.com,<br><br>        Defendant - Petitioner. | No. 13-80020<br><br>D.C. No. 2:12-cv-01101-SRB<br>District of Arizona,<br>Phoenix<br><br><br>ORDER |

Before: TROTT and NGUYEN, Circuit Judges.

      The unopposed petition for permission to appeal pursuant to 28 U.S.C. § 1292(b) is denied.

RJ/MOATT