**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Cybernet Entertainment LLC, a New York Company, | |
| Plaintiff, | No.: CV-12-01101-PHX-SRB |
| vs. | **ORDER DISMISSING FICTITIOUS DEFENDANTS** |
| IG Media Inc. and International Media Ltd. dba YouJizz.com, JizzHut.com and JizzOnline.com and OnlyJizz.com, and MoviesGuy.com and JizzBo.com and HotFunHouse.com and Igor Gens and DOES 1-10 inclusive and DOE COMPANIES 1-100 inclusive, | |
| Defendants. | |

Pursuant to the foregoing Minute Entry dated June 18, 2013,

IT IS ORDERED dismissing fictitious defendants DOES 1-10 and DOE COMPANIES 1-100.  All future pleadings shall reflect these changes.

Dated this 19th day of June, 2013.

_____
Susan R. Bolton
United States District Judge