John P. Flynn, (AZ SBN 015065)
Peter J. Moolenaar (AZ SBN 024487)
**DIOGUARDI FLYNN LLP**
7001 N. Scottsdale Road, Suite 2060
Scottsdale, AZ 85253
Telephone : (480) 951-8800
Facsimile:  (480) 951-8824
jflynn@DioguardiFlynn.com
pmoolenaar@DioguardiFlynn.com

Valentin D. Gurvits (MA SBN 643572)
**BOSTON LAW GROUP, LLP**
825 Beacon Street, Suite 20
Newton Centre, MA 02459
Telephone: (617) 928-1804
Facsimile:  (617) 928-1802
vgurvits@bostonlawgroup.com
*Pro Hac Vice*

Evan Fray-Witzer (MA SBN 564349)
**CIAMPA FRAY-WITZER, LLP**
20 Park Plaza, Suite 804
Boston, MA 02116
Telephone: (617) 426-0000
Facsimile:  (617) 423-4855
evan@CFWlegal.com
*Pro Hac Vice*

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Cybernet Entertainment LLC, a New York Company;<br><br>Plaintiff,<br><br>vs.<br><br>IG Media Inc. and International Media Ltd. dba YouJizz.Com, JizzHut.Com, and JizzOnline.com, and OnlyJizz.com and MoviesGuy.com and Jizzbo.com and HotFunHouse.com and Igor Gens and Does 1-10 Inclusive and Doe,<br><br>Defendants. | **NO.: 12-CV-01101-PHX-SRB**<br><br>**STIPULATION FOR EXTENSION OF TIME TO SUBMIT F.R.C.P. RULE 26(a) INITIAL DISCLOSURE STATEMENTS**<br><br>**(First Request)** |

Plaintiff Cybernet Entertainment, LLC, and Defendants IG Media, Inc., International Media, Ltd. and Igor Gens, by and through undersigned counsel, hereby

1  stipulate and agree that the parties' deadline to submit their F.R.C.P. Rule 26(a) Initial
2  Disclosure Statements be extended two weeks to July 15, 2013.
3      This extension is needed so that the Parties have adequate time to identify all
4  requisite witnesses and documents in this matter.
5      The Parties respectfully request the Court enter the attached proposed form of
6  Order extending the time for the Parties to submit their F.R.C.P. Rule 26(a) Initial
7  Disclosure Statements.
8      **RESPECTFULLY SUBMITTED** this 1st day of July, 2013.

**Attorney for Plaintiff**

By /s/ Chad Belville
Chad Belville
4742 North 24th Street, Suite 315
Phoenix, AZ 85016

**Attorneys for Defendants**

By: /s/ John P. Flynn
John P. Flynn (AZ SBN 015065)
Peter J. Moolenaar (AZ SBN 024487)
DIOGUARDI FLYNN LLP
7001 N. Scottsdale Road, Suite 2060
Scottsdale, AZ 85253
Telephone: (480) 951-8800
Facsimile: (480) 951-8824
jflynn@dioguardiflynn.com
pmoolenaar@dioguardiflynn.com

Evan Fray-Witzer (MA SBN 564349)
CIAMPA FRAY-WITZER, LLP
20 Park Plaza, Suite 804
Boston, MA 02116
Telephone: (617) 426-0000
Facsimile: (617) 423-4855
evan@CFWlegal.com
*Pro Hac Vice*

Valentin D. Gurvits (MA SBN 643572)
BOSTON LAW GROUP, LLP
825 Beacon Street, Suite 20
Newton Centre, MA 02459
Telephone: (617) 928-1804
Facsimile: (617) 928-1802
vgurvits@bostonlawgroup.com
*Pro Hac Vice*

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of July, 2013, I electronically transmitted the attached document to the Clerk of the United States District Court, District of Arizona, using the online e-filing system.

/s/ T. Hannigan