**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Cybernet Entertainment LLC, a New York Company;<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>IG Media Inc. and International Media Ltd. dba YouJizz.Com, JizzHut.Com, and JizzOnline.com, and OnlyJizz.com and MoviesGuy.com and Jizzbo.com and HotFunHouse.com and Igor Gens and Does 1-10 Inclusive and Doe,<br><br>　　　　　　Defendants. | NO.: CV-12-01101-PHX-SRB<br><br>**ORDER FOR EXTENSION OF TIME TO SUBMIT F.R.C.P. RULE 26(a) INITIAL DISCLOSURE STATEMENTS**<br><br>**(First Request)** |

　　The Court having reviewed the Parties' Stipulation for Extension of Time to Submit F.R.C.P. Rule 26(a) Initial Disclosure Statements, and good cause appearing,

　　IT IS HEREBY ORDERED extending the time for the Parties to submit their Initial Disclosure Statements to and including July 15, 2013.

Dated this 2nd day of July, 2013.

_____
Susan R. Bolton
United States District Judge