John P. Flynn, (AZ SBN 015065)
Peter J. Moolenaar (AZ SBN 024487)
**DIOGUARDI FLYNN LLP**
7001 N. Scottsdale Road, Suite 2060
Scottsdale, Arizona 85253
Telephone : ( 480) 951-8800
Facsimile:    (480) 951-8824
jflynn@DioguardiFlynn.com
pmoolenaar@DioguardiFlynn.com

Valentin D. Gurvits (MA SBN 643572)
**BOSTON LAW GROUP, LLP**
825 Beacon Street, Suite 20
Newton Centre, MA  02459
Telephone:   (617) 928-1804
Facsimile:    (617) 928-1802
vgurvits@bostonlawgroup.com
*Pro Hac Vice*

Evan Fray-Witzer (MA SBN 564349)
**CIAMPA FRAY-WITZER, LLP**
20 Park Plaza, Suite 804
Boston, MA 02116
Telephone:   (617) 426-0000
Facsimile:    (617) 423-4855
evan@CFWlegal.com
*Pro Hac Vice*

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Cybernet Entertainment LLC, a New York Company;<br><br>Plaintiff,<br><br>vs.<br><br>IG Media Inc. and International Media Ltd. dba YouJizz.Com, JizzHut.Com, and JizzOnline.com, and OnlyJizz.com and MoviesGuy.com and Jizzbo.com and HotFunHouse.com and Igor Gens and Does 1-10 Inclusive and Doe,<br><br>Defendants. | **NO.: 12-CV-01101-PHX-SRB**<br><br>**NOTICE OF SERVICE OF DEFENDANTS' F.R.C.P. RULE 26 INITIAL DISCLOSURE STATEMENT** |

**NOTICE IS HEREBY GIVEN** pursuant to F.R.C.P. Rule 26(a) and this Court's June 18, 2013 Order, that Defendants IG Media Inc. ("IG Media"),

D0086972/10410-001                                              -1-

1 | International Media, Inc., incorrectly named herein as International Media, Ltd.
2 | ("International Media"), and Igor Gens ("Gens") (collectively "Defendants"), served
3 | their Initial Disclosure Statement on this date to counsel for Plaintiff.

4 | **RESPECTFULLY SUBMITTED** this 15th day of July, 2013.

5 | **Attorneys for Defendants**

By:  /s/   Peter J. Moolenaar
John P. Flynn (AZ SBN 015065)
Peter J. Moolenaar (AZ SBN 024487)
DIOGUARDI FLYNN LLP
7001 N. Scottsdale Road, Suite 2060
Scottsdale, AZ 85253
Telephone: (480) 951-8800
Facsimile: (480) 951-8824
jflynn@dioguardiflynn.com
pmoolenaar@dioguardiflynn.com

Evan Fray-Witzer (MA SBN 564349)
CIAMPA FRAY-WITZER, LLP
20 Park Plaza, Suite 804
Boston, MA 02116
Telephone: (617) 426-0000
Facsimile: (617) 423-4855
evan@CFWlegal.com
*Pro Hac Vice*

Valentin D. Gurvits (MA SBN 643572)
BOSTON LAW GROUP, LLP
825 Beacon Street, Suite 20
Newton Centre, MA  02459
Telephone: (617) 928-1804
Facsimile: (617) 928-1802
vgurvits@bostonlawgroup.com
*Pro Hac Vice*

# CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2013, I electronically transmitted the foregoing document to the Clerk of the United States District Court, District of Arizona, using the ECF System for filing and transmittal of a Notice of Electronic File to the following ECF registrant:

Chad L. Belville
Attorney at Law
4742 N. 24th Street, Suite 315
Phoenix, AZ  85016
cbelville@azbar.org
*Attorney for Plaintiff*


  /s/   T. Hannigan