IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cybernet Entertainment LLC,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>IG Media Incorporated, et al.,<br><br>　　　　Defendants. | No. CV-12-01101-PHX-SRB<br><br>**ORDER** |

On June 18, 2013, a supplemental minute order issued [Doc. 62] advising counsel that this matter has been designated as a copyright, trademark or patent case. Counsel was directed to either complete and file the attached form, which would be provided to the Patent and Trademark Office and/or Copyright Office, or file a notice indicating the reason the form is not necessary within 7 days of the date of the minute order. As of this date, counsel has neither submitted the completed form or filed the appropriate notice.

IT IS ORDERED that counsel either file the completed form or submit the notice not later than **14 days** from the date of this Order. Failure to comply with this Court Order shall result in sanctions being imposed.

DATED this 2nd day of August, 2013.

_____
Susan R. Bolton
United States District Judge