## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Cybernet Entertainment LLC

    Plaintiff(s)/Petitioner(s),

vs.

IG Media Incorporated, et al.

    Defendant(s)/Respondent(s)

CASE NO: CV-12-01101-PHX-SRB

Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(2)

FILED ___ LODGED ___
RECEIVED ___ COPY ___
AUG 12 2013
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

### NOTICE: $50.00 APPLICATION FEE REQUIRED!

I, **Spencer D. Freeman**, hereby apply to the Court under LRCiv 83.1(b)(2) for pro hac vice admission to appear and practice in this action on behalf of **Cybernet Entertainment LLC**.

**City and State of Principal Residence:** Tacoma, Washington
**Firm Name:** Freeman Law Firm, Inc.
**Address:** 1107 1/2 Tacoma Avenue South    **Suite:**
**City:** Tacoma    **State:** WA    **Zip:** 98402
**Firm/Business Phone:** (253) 383-4500
**Firm Fax Phone:** (253) 383-4501    **E-mail Address:** sfreeman@freemanlawfirm.or

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? | |
|---|---|---|---|
| United States Supreme Court | 01/09/2012 | ✓ Yes | ☐ No* |
| Ninth Circuit Court of Appeals | 05/15/2010 | ✓ Yes | ☐ No* |
| Western District of Washington | 11/16/2001 | ✓ Yes | ☐ No* |

* Explain:

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| Case Number | Title of Action | Date Granted or Denied* |
|---|---|---|
| | | |
| | | |

* Explain:

ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.
*If you answer YES to either of the following questions, please explain all circumstances on a separate page.*

Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court?  ☐ Yes  ✓ No
Have you ever been disbarred from practice in any Court?  ☐ Yes  ✓ No

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor and regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I certify that I have read and will ascribe to the Standards for Professional Conduct, will comply with the Rules of Practice of the United States District Court for the District of Arizona ("Local Rules"), and will subscribe to receive court notices as required by LRCiv 83.1(c).

August 8, 2013
**Date**

**Signature of Applicant**

**Fee Receipt #** _____    (Rev. 04/12)

| **Title of Court** | **Date of Admission** | **Good Standing** |
|---|---|---|
| Eastern District of Washington | 02/04/2003 | Yes |

# CERTIFICATE OF GOOD STANDING

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

I, William M. McCool, Clerk of the United States District Court for the Western District of Washington, Do Hereby Certify that SPENCER D FREEMAN was admitted to practice in said Court on 11/6/2001 to the Western District of Washington, and is in good standing as a member of the bar of said Court.

Dated at Tacoma, Washington on July 30, 2013.

William M. McCool
Clerk

By _____
Deputy Clerk