Chad L. Belville, AZ Bar 020771
Attorney for Plaintiff Cybernet Entertainment.
4742 N. 24th Street, Suite 315
Phoenix, AZ 85016
Telephone: (602) 904-5485
Facsimile: (602) 291-6953
Email: cbelville@azbar.org

Spencer D. Freeman, WSBA#25069
Attorney for Plaintiff Cybernet Entertainment.
1107 ½ Tacoma Avenue South
Tacoma, WA 98402
Telephone: (253) 383-4500
Facsimile: (253) 383-4501
Email: sfreeman@freemanlawfirm.org
(Pro Hac Vice)

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA
PHOENIX DIVISION

| | |
|---|---|
| CYBERNET ENTERTAINMENT, LLC, a New York Company,<br><br>    Plaintiff,<br><br>vs.<br><br>IG MEDIA INC., et al.,<br><br>    Defendants. | **Case No.: 2:12-cv-01101 SRB**<br><br>**[PROPOSED] ORDER** |

The Plaintiff has shown a substantial likelihood of success on merit of its claims sufficient for the Court to issue a limited temporary restraining order.  Plaintiff alleges copyright infringement, contributory infringement, vicarious copyright infringement, and inducement of copyright infringement.  To show a substantial likelihood of prevailing on the merits of a

- 1

copyright claim, Plaintiff must show that: (1) it owns the copyright to which its infringement claims relate; an d(2) Defendants violated one of the Plaintiff's exclusive rights in the works. *See Fesit Publ'ns, Inc. v. Rural Tel. Serv. Co. Inc.,* 499 U.S. 340, 361 (12991); *Latimer v. Roaring Toyz. Inc.,* 601 F.3d 1224, 1232-33 (11th Cir. 2010); *Sid & Marty Kroft Television Prods. Inc. v. McDonald's Corp.,* 562 F.2d 1157, 1162 (9th Cir. 1977); *Educational Testing Servs. V. Katzman,* 793 F.2d 533, 538 (3rd Cir. 1977).  These two factors have been clearly established by the Plaintiff.

      Finding that Plaintiff has good cause for the relief herein, it is hereby ordered that:

1. Any bank or financial institution in the Untied States with an account belonging to IG Media, Inc., International Media, Inc, Igor Gens, Youjizz.com, Jizzhut.com, Jizzonline.com, Onlyjizz.com, Jizzbo.com, Moviesguy.com, Hotfunhouse.com, or anyone acting demonstrably in concert with them, will immediately freeze those funds from being withdrawn or transferred for a period of thirty (30) days until a hearing on Preliminary Injunction can be held;

2. PayPal, Inc. will immediately freeze any and all funds in any accounts belonging to IG Media, Inc., International Media, Inc, Igor Gens, Youjizz.com, Jizzhut.com, Jizzonline.com, Onlyjizz.com, Jizzbo.com, Moviesguy.com, Hotfunhouse.com, or anyone acting demonstrably in concert with them for a period of thirty (30) days until a hearing on Preliminary Injunction can be held;

3. SegPay will immediately freeze any and all funds in any accounts belonging to IG Media, Inc., International Media, Inc, Igor Gens, Youjizz.com, Jizzhut.com, Jizzonline.com, Onlyjizz.com, Jizzbo.com, Moviesguy.com, Hotfunhouse.com, or anyone acting demonstrably in concert with them for a period of thirty (30) days until a hearing on Preliminary Injunction can be held;

4. WTS will immediately freeze any and all funds in any accounts belonging to IG

Media, Inc., International Media, Inc, Igor Gens, Youjizz.com, Jizzhut.com, Jizzonline.com, Onlyjizz.com, Jizzbo.com, Moviesguy.com, Hotfunhouse.com, or anyone acting demonstrably in concert with them for a period of thirty (30) days until a hearing on Preliminary Injunction can be held;

5. CCBill will immediately freeze any and all funds in any accounts belonging to IG Media, Inc., International Media, Inc, Igor Gens, Youjizz.com, Jizzhut.com, Jizzonline.com, Onlyjizz.com, Jizzbo.com, Moviesguy.com, Hotfunhouse.com, or anyone acting demonstrably in concert with them for a period of thirty (30) days until a hearing on Preliminary Injunction can be held;

6. Manwin Billing US Corp. will immediately freeze any and all funds in any accounts belonging to IG Media, Inc., International Media, Inc, Igor Gens, Youjizz.com, Jizzhut.com, Jizzonline.com, Onlyjizz.com, Jizzbo.com, Moviesguy.com, Hotfunhouse.com, or anyone acting demonstrably in concert with them for a period of thirty (30) days until a hearing on Preliminary Injunction can be held;

7. Epoch will immediately freeze any and all funds in any accounts belonging to IG Media, Inc., International Media, Inc, Igor Gens, Youjizz.com, Jizzhut.com, Jizzonline.com, Onlyjizz.com, Jizzbo.com, Moviesguy.com, Hotfunhouse.com, or anyone acting demonstrably in concert with them for a period of thirty (30) days until a hearing on Preliminary Injunction can be held;

8. Defendants are hereby enjoined from disgorging or dissipating any funds, property, domain names, or other assets until further notice.

\\\

\\

\

**IT IS HEREBY ORDERED.**

Dated: _____, 2013.

_____
United States District Court Judge