Chad L. Belville, AZ Bar 020771
Attorney for Plaintiff Cybernet Entertainment.
4742 N. 24th Street, Suite 315
Phoenix, AZ 85016
Telephone: (602) 904-5485
Facsimile:  (602) 291-6953
Email: cbelville@azbar.org

Spencer D. Freeman, WSBA#25069
Attorney for Plaintiff Cybernet Entertainment.
1107 ½ Tacoma Avenue South
Tacoma, WA 98402
Telephone: (253) 383-4500
Facsimile:  (253) 383-4501
Email: sfreeman@freemanlawfirm.org
(Pro Hac Vice)

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA
PHOENIX DIVISION

CYBERNET ENTERTAINMENT, LLC, a New York Company,

        Plaintiff,

vs.

IG MEDIA INC., et al.,

        Defendants.

Case No.:  2:12-cv-01101 SRB

**DECLARATION OF JASON TUCKER IN SUPPORT OF PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER**

I, Jason Tucker, declare:

- 1

1.     I am a United States Citizen, over the age of 18 years old, make this declaration based upon personal knowledge and, if called to testify could and would testify competently to the facts set forth herein.

2.     I am a Director of Battleship Stance LLC, a leading intellectual property management and anti-piracy enforcement company. I have been and serve as a consultant and Enforcement Officer for major award winning entertainment studios including the publicly traded Private Media Groups' Fraserside IP LLC, Wicked Pictures, Channel One Communications, Cybernet Entertainment d/b/a Kink.com, and Zero Tolerance Entertainment, Third Degree Films, Black Ice Limited and others.

3.     I have been involved in the industry of legal adult erotic entertainment production, marketing and management at an executive level for over ten (10) years, serving over six years as President of a company that owns and licenses one of the world's largest erotic libraries of images.

4.     I have been involved in over 50 copyright infringement cases serving in most as an expert witness including most recently Liberty Media Holding LLC v. FF Magnat Limited b/d/a/ Oron.com, District of Nevada Cause No. 2:12-cv-1057.

5.     As an Adult Industry Executive, I have been quoted or featured in publications including Newsweek, BusinessWeek, USA Today, Wired, and the Washington Post and frequently speak on panels and seminars at industry events on various industry related topics, but specifically on internet piracy, copyright and trademark infringement and content protection.

6.     I have created, purchased, managed and operated paid membership websites, free sites, affiliate programs, and sold over US $1 Million Dollars in top-level adult domain names such as Erotica.com, SexSlaves.com and Wetdreams.com.

7.     I have made myself familiar with the corporate structure of Cybernet Entertainment. I have made myself familiar with the company methods, procedures, production and ownership of their copyrighted and trademarked materials. I have been, on multiple

-2

occasions, to their headquarters and seen their production facilities and all areas of their production operations first hand.

8.    I have reviewed and documented and/or supervised the review and documentation of the evidence of infringement committed by Defendants outlined in the Complaint, and of those infringements not specifically alleged in the Complaint.

9.    I have reviewed and made myself familiar with Defendants' web sites at issue in the case, including YouJizz.com, JizzHut.com, JizzOnline.com, OnlyJizz.com, JizzBo.com, HotFunHouse.com, and MoviesGuy.com, each displaying free lengthy adult videos, most of which are illegally displayed.

10.    The websites at issue in this case have a significant number of viewers.  For instance, the YouJizz.com website is visited by over 5 million internet surfers per month. Alexa.com, the leading provider of web metrics, ranks the YouJizz.com website as the #162 most visited website in the world.  As a matter of comparison as to the magnitude of the size for the sites at issue, Alexa.com ranks NFL.com at #903, ESPN at #111, WebMD.com at #385, and Disney.com at #555.

11.    These enormous numbers of visitors result in Cybernet's copyrighted works individually being viewed thousands or even hundreds of thousands of times on Defendant's website.

12.    Each of these sites enticed the user to join YouJizzPremium.com.  Defendants directly financially benefit from all sales to YouJizzPremium.com on a recurring paid membership model.  Further, Defendants sell advertising space on each page of each website. The value of the advertising space is directly attributable to the value of the content displayed on the page.  Quite simply, there more desirable that the content is to the end user, the more valuable to advertising space.

13.     Defendants, and their assigns, utilize United States based third-party payment processors, including SegPay, WTS, CCBill, Manwin Billing US Corp, PayPal, and Epoch. Defendants utilize hosting services of Reflected Networks, also located in the United States.

14.     Defendants have registered each website as an Internet Service Provider, and registered a DMCA Agent.  Defendants present their websites as sites that permit third party video uploads, presumably similar to that of the popular mainstream sites such as youtube.com. The intended implication is that the videos viewed on these websites are uploaded by a third party, not placed there nor controlled by the Defendants.  This implication is a fraud.

15.     There are several key differences with Defendants' sites that destroy the intended illusion that the videos are true third party uploads. First, the videos are presented without any indication as to who uploaded the video.  True video upload sites present the name, usually an Internet nickname, of the uploader and when it was uploaded.  Video uploaders engage in uploading videos, in part, to gain the notoriety and credit for the presentation of the video; some are paid for the amount of views or clicks their uploaded videos generate.  Further, Defendants' websites fail to denote the "uploader" or the date of the upload.  There are no philanthropists in this arena; uploads are done for a benefit.

16.     The failure to denote an uploader is not only in conflict with traditional structure of third party upload sites, but it is also in conflict with Defendants' specific representations of their third party uploading program.  Defendants advertise Youjizz Networks (the seven websites) submit accounts.  An uploader can register for an account in order to submit videos.  In exchange for submitting videos, the uploader will receive Link backs through a link text or a banner ad for the uploader.  These link backs would provide financial incentive for the uploader to post content on Defendants' sites.  However, there are no such link backs on Defendants' sites.  The only promotional links are to YouJizz Premium.

17.     Second, the respective Defendant websites draw from a centralized database, as seen by common features in the unique respective URL addresses.  If a user uploads a video to

- 4 -

1   one Defendant website, the other Defendant websites will draw upon and use that data to create
2   unique pages to display the video.  Therefore, Defendant may claim a video is user uploaded for
3   one website, but the other websites are not displaying user-uploaded content – rather those
4   websites are sourcing their videos independently of the user. With full knowledge of their
5   actions, Defendants are intentionally creating unique, search engine optimized web pages on
6   completely separate websites for the purpose of gaining top placement in search engines for the
7   purpose of earning revenue by utilizing the display and distribution of Plaintiff's videos without
8   any license from the rightful owner. If one were to take the URL of a video located on one of
9   Defendants' sites, and change the site name in the URL to that of one of Defendants' other sites,
10  the browser would be directed to the newly inputted Defendant site and that same video is
11  displayed on the site.  Therefore, the exact same video is located at the exact same location on
12  each of Defendant's sites.  If the video were truly a third party upload – the upload would be just
13  on the one site.  Instead, the video is located on centralized servers that are controlled by
14  Defendants and displayed on all of Defendants' sites.  The only conclusion is that Defendant
15  loads the videos on its servers for display on all of their sites.

16         18.     Defendants allow third parties to take videos located on Defendants' sites to
17  display to other third parties on other third party websites for the purpose of driving traffic (end
18  users) back to Defendants.  Defendants have enabled this feature by providing an "embed code"
19  for every video on its *site*.  An internet user can copy and paste the embed code on another
20  website where the video can then be viewed.  The result of this action creates an uncontrollable
21  virus like experience that allows content to be replicated en mass around the internet.  Using that
22  same example, we have identified that patient zero is the Defendant but we cannot stop the
23  spread of the virus like experience created by allowing embedding.

24         19.     A large portion of videos available on the websites appear to be copyrighted
25  videos that, are not owned by Defendant but are owned by well-known and long-established
26

- 5

1  members of the adult –oriented audio -visual entertainment industry.   We have recently

2  discovered over 2000 infringing videos on Defendants websites for our other clients.

3      20.     So severe is Defendants' piracy that they have been censored by certain ISP's. As

4  a solution aka work around, the United Kingdom company Immunicity found it necessary to

5  state that by using their services you can "bypass" the block. (Source:

6  https://immunicity.org/howitworks and https://immunicity.org/blockedsites).

7      21.     Defendants' display and distribution of videos are accompanied by

8  advertisements that generate Defendants significant annual revenue.  Advertisers purchase ad

9  space on certain pages and in certain locations on the websites due to the known or estimated

10 Internet traffic that views the particular page or location.  The volume of Internet traffic on such

11 page or location is directly attributable to the quality of content displayed and distributed.  Thus,

12 the quality of the posted videos is directly responsible for the revenue generated by the sale of ad

13 space on Defendants' websites.

14     22.     Defendants' financial benefit from infringing material is not limited to the large

15 revenues generated through sale of third party advertising space.  As opposed to legitimate user

16 generated content exchange sites, Defendants' website induced the Internet user to pay and if

17 they choose to continue to pay subscription fees to Defendant-owned and controlled YouJizz

18 Premium.

19     23.     Defendants' inducement is as follows:  Defendants do not initially allow users to

20 view high quality versions of the videos or download the videos to the user's computer, although

21 a user may *view* the films by lower quality streaming for free.  At the time this lawsuit was filed,

22 if the Internet user wished to view the film in High Definition, or download the video, the user

23 was presented with the option of becoming a Premium Member. The various options presented

24 to the website user included a one (1) day trial for $1.00 that converts to a recurring membership

25 the following day, a one (1) month Premium Membership for $29.95 that renews every 30 days

26 until cancelled, or an annual membership of $88.68.  As of the date of this motion, Defendants

1   have ceased offering new Premium Memberships, but indicate that current and past members

2   subscriptions automatically renew.

3         24.    The Paid Premium Membership entices the website user to view videos in HD,

4   download the unauthorized and uncompensated copyrighted work belonging to Plaintiff, receive

5   24/7 customer support, increase download speeds, and interact with other paid subscribers; all

6   allowing Defendants to directly commercially benefit from infringed work without any benefit to

7   the copyright holder.  Defendants give away unauthorized viewing of copyrighted videos and

8   then entice potential consumers with more unauthorized copies of videos without any benefit to

9   the copyright holder.

10        25.    Concerned about infringement of its copyrights and trademarks, Cybernet retained

11   the services of our infringement investigation service to search out *Internet* infringements.  In

12   March 2012, a search of Defendant's website revealed 840 separate instances of infringement of

13   Cybernet's intellectual property.  Attached hereto as Exhibit A is a true and correct copy of a

14   spreadsheet that lists each infringement, the exact URL location of the infringement, and the

15   relevant copyright registration.  The original complaint in the instant matter was filed in May

16   2012 asserted 420 of these separately documented instances of violating Cybernet's registered

17   copyrights and trademarks.

18        26.    Shortly after the instant lawsuit was filed, it appeared that the Defendants

19   removed the infringing videos from their websites.  However, in the fall of 2012, these videos

20   were once again displayed on Defendants' websites.  Accordingly, in December 2012, Cybernet

21   sent Defendants' DMCA Registered Agent and their hosting company 840 DMCA compliant

22   take-down notices – one for each of the infringing videos discovered on each of Defendants'

23   websites.

24        27.    Each take down notice included the requisite elements, as evidence by one take-

25   down notice, a true and correct copy of which is attached hereto as Exhibit B.  Each of the 840

26

1   take-down notices looked identical to this example, except for listing the respective infringement

2   and location.

3       28.     These takedown notices were delivered via U.S.P.S and Federal Express.  The

4   delivery slips are attached hereto as Exhibit C.

5       29.     Subsequent to the service of the DMCA take-down notices in December 2012, it

6   was believed, and represented by Defendants, that Defendants had once again removed

7   Cybernet's copyrighted videos and trademarks from the infringing web sites.  My January 2013

8   review of Defendants' web sites indicated that these infringements were taken down.  However,

9   in July 2013, my staff and I discovered that this simply was not true.  Currently, 115 of

10  Cybernet's videos - videos listed in the original complaint *and* subject to the December 2012

11  take-down notices - were discovered on Defendant's web sites.  Attached hereto as Exhibit D is a

12  true and correct copy of a spreadsheet outlining each of these 115 infringements.  Each of these

13  videos were and are located in the exact same URL (webpages) as they were when originally

14  discovered, as listed in the complaint, and listed in the take-down notices.

15      30.     There are only two ways that the videos can be in the same URL as listed in the

16  complaint and DMCA take-down notices.  Either the videos were never actually taken down or

17  the URL was specifically saved for the reposting of the video.  If the re-posted video was posted

18  by a third party, it simply would not be possible for the video to have the same exact URL.  The

19  video would have been assigned a new URL if a third party newly posted the video just based on

20  the very nature of how the technology of the site and sites like those at issue work.  A database

21  and software that gathers, accepts and post videos would not know to post a very specific video

22  to an old and supposedly dead page unless it was manually instructed to.  The re-display of the

23  videos are willful and intentional acts by the Defendants.

24      31.     Further, in July 2013, we discovered that *another* additional 364 Cybernet

25  copyrighted videos have been recently posted and displayed on Defendants' web sites.  These

26

1  videos are different from the 420 listed in the original complaint in this case.  Attached hereto as

2  Exhibit E is a true and correct copy of a spreadsheet which states each infringement.

3       32.    Defendants have begun to systematically move their assets outside the United

4  States.  An Internet website/business has three main assets:  the domain name, the product and

5  customers of the site, and the monies generated through the site.  As of the date of this filing,

6  Defendants have moved all seven of their domain names outside of the United States.

7       33.    At the time of this lawsuit, each of Defendants' websites were registered with a

8  U.S. based registrant through a U.S. based registration company.  As of the date of this filing,

9  each of Defendant's websites' registrar is Eurodns S.A. and registrant is WhoisPrivacy Limited.

10  Eurodns S.A. is a domain name registrar located in Luxembourg.  Most concerning is that

11  WhoisPrivacy Limited is now the privacy registrant – used to hide the identity of an actual owner

12  of a domain - located in Hong Kong, a known for location of significant piracy.  Per the

13  Congressional International Anti-Piracy Caucus of 2010, "China's…markets now have become

14  contaminated with pirated materials via an array of illegal websites…that connect users to

15  infringing websites and content.  Close to half of the audiovisual content available on the world's

16  "top sites" is sourced from "user - generated content" sites in China...The Chinese government

17  has made numerous bilateral commitments to address these forms of piracy." (see URL last

18  viewed on 08232013:  http://www.graphic-

19  design.com/news/congress/2010_IAPC_Watch_List.pdf).  Three years later, similar statements

20  are in their additional reports.

21       34.    Domaintools.com, located at the URL of the same name, has "The most

22  comprehensive WhoIs database on the planet and our proprietary technology let you gather the

23  most complete picture of a domain name you can get anywhere..." (Source:

24  http://www.domaintools.com/research/)

25

26

35.     Attached hereto as Exhibit F is a true and correct copy of a domaintools.com printout from March 7, 2012 for youjizz.com showing that the registrar was GoDaddy and the registrant was DomainsByProxy, LLC, both based in the United States in the State of Arizona.

36.     Attached hereto as Exhibit G is a true and correct copy of a domaintools.com printout from August 9, 2013 for youjizz.com showing that the registrar is Eurodns S.A. and the registrant is WhoIsPrivacy Ltd.

37.     Attached hereto as Exhibit H is a true and correct copy of a domaintools.com printout from March 7, 2012 for onlyjizz.com showing that the registrar was GoDaddy and the registrant was DomainsByProxy, LLC, both based in the United States.

38.     Attached hereto as Exhibit I is a true and correct copy of a domaintools.com printout from August 9, 2013 for onlyjizz.com showing that the registrar is Eurodns S.A. and the registrant is WhoIsPrivacy Ltd.

39.     Attached hereto as Exhibit J is a true and correct copy of a domaintools.com printout from March 7, 2012 for jizzonline.com showing that the registrar was GoDaddy and the registrant was DomainsByProxy, LLC, both based in the United States.

40.     Attached hereto as Exhibit K is a true and correct copy of a domaintools.com printout from August 9, 2013 for jizzonline.com showing that the registrar is Eurodns S.A. and the registrant is WhoIsPrivacy Ltd.

41.     Attached hereto as Exhibit L is a true and correct copy of a domaintools.com printout from March 7, 2012 for jizzhut.com showing that the registrar was GoDaddy and the registrant was DomainsByProxy, LLC, both based in the United States.

42.     Attached hereto as Exhibit M is a true and correct copy of a domaintools.com printout from August 9, 2013 for jizzhut.com showing that the registrar is Eurodns S.A. and the registrant is WhoIsPrivacy Ltd.

43.     Attached hereto as Exhibit N is a true and correct copy of a domaintools.com printout from March 7, 2012 for jizzbo.com showing that the registrar was GoDaddy and the registrant was DomainsByProxy, LLC, both based in the United States.

44.     Attached hereto as Exhibit O is a true and correct copy of a domaintools.com printout from August 9, 2013 for jizzbo.com showing that the registrar is Eurodns S.A. and the registrant is WhoIsPrivacy Ltd.

45.     Attached hereto as Exhibit P is a true and correct copy of a domaintools.com printout from March 7, 2012 for hotfunhouse.com showing that the registrar was GoDaddy and the registrant was DomainsByProxy, LLC, both based in the United States.

46.     Attached hereto as Exhibit Q is a true and correct copy of a domaintools.com printout from August 9, 2013 for hotfunhouse.com showing that the registrar is Eurodns S.A. and the registrant is WhoIsPrivacy Ltd.

47.     Attached hereto as Exhibit R is a true and correct copy of a domaintools.com printout from March 7, 2012 for moviesguys.com showing that the registrar was GoDaddy and the registrant was DomainsByProxy, LLC, both based in the United States.

48.     Attached hereto as Exhibit S is a true and correct copy of a domaintools.com printout from August 7, 2013 for moviesguys.com showing that the registrar was GoDaddy and the registrant was DomainsByProxy, LLC, both based in the United States.

49.     Attached hereto as Exhibit T is a true and correct copy of a domaintools.com printout from August 9, 2013 for moviesguys.com showing that the registrar is Eurodns S.A. and the registrant is WhoIsPrivacy Ltd.

50.     The movement of domain names outside the country is a significant movement and transfer of assets.  Domain names are a significant and valuable asset.  Some of the most popular domain names have sold for significant monies.  For instance:  Insure.com sold in 2009 for $16 million; Sex.com sold in 2006 for $12-$14 million; and Porn.com sold in 2007 for $9.5 million.  Recently, in 2013, 114.com sold for $2.1 million; mathgames.com sold for $725,000;

reverseMortgage.com sold for $600,000; brand.com sold for $500,000; and body.com sold for $380,000. Attached hereto as Exhibits U and V are Internet reporting records, substantiating each of these sales, respectively.

51.     Other entities in Defendants' position have also attempted to move domain assets outside the country, and then move monetary assets outside the country. In *Liberty Media Holdings v. Oron,* Cause No. 2:12-cv-01057, District of Nevada, the Court issued a temporary restraining order after plaintiff established that the defendant was moving its domain name and monetary assets into Hong Kong. (I was consulted as an expert witness and signed a declaration in the *Liberty* case.) In *Datatech v. FF Magnet,* Cause No. 3:12-cv-04500, Northern District of California, the trial court also issued a temporary restraining order due to the defendant's movement of assets to Hong Kong. In *Fraserside v. Dr. Tuber,* Cause No. 12-cv-60931, Southern District of Florida, while the case settled and no motion for temporary restraining order was filed, the defendant transferred the domain names outside the United States while litigation was going on. (I was personally involved with the investigations in the *Fraserside* case.)


I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Execute on the 3rd day of September, 2013 at Phoenix, Arizona.


Jason Tucker

# **<u>EXHIBIT A</u>**

| Date of Infringement | Copyright Registration | Title of Work | US Trademarks | Location of Infringement |
|---|---|---|---|---|
| March 2012 | | 306 | 3396959, 3379745, 3338653 | http://www.youjizz.com/videos/babydoll-worked-over-in-the-stocks--2167749.html |
| March 2012 | | 603 | 3396959, 3379745, 3338653 | http://www.youjizz.com/videos/babydoll-bdsm--2293258.html |
| March 2012 | | 1895 | 3396959, 3379745, 3338653 | http://www.youjizz.com/videos/maya-bdsm-2-2292013.html |
| March 2012 | | 1895 | 3396959, 3379745, 3338653 | http://www.youjizz.com/videos/maya-bdsm-1-2259384.html |
| March 2012 | | 1897 | 3396959, 3379745 | http://www.youjizz.com/videos/maya-bdsm-with-selina-minx-2305877.html |
| March 2012 | | 1916 | 3396959, 3379745, 3338653 | http://www.youjizz.com/videos/jade-marxx-bdsm-part-2-2212938.html |
| March 2012 | | 1916 | 3396959, 3379745, 3338653 | http://www.youjizz.com/videos/jade-marxx-bdsm-part-1-2213033.html |
| March 2012 | | 2092 | 3396959, 3379745, 3338653 | http://www.youjizz.com/videos/sinnamon-love-bdsm-smg-2181247.html |
| March 2012 | | 2241 | 3396959, 3379745, 3273365 | http://www.youjizz.com/videos/wrestling-fuck-08-2200680.html |
| March 2012 | | 2486 | 3396959, 3379745 | http://www.youjizz.com/videos/sydnee-capri-bdsm-2-with-princes-donna-2319032.html |
| March 2012 | | 2645 | 3396959, 3379745 | http://www.youjizz.com/videos/chanta-rose-and-jasmine-byrne-2287756.html |
| March 2012 | | 2780 | 3396959, 3379745 | http://www.youjizz.com/videos/dragonlily-bdsm-3-with-princess-donna-2308479.html |
| March 2012 | | 2786 | 3396959, 3379745, 3338653 | http://www.youjizz.com/videos/sydnee-capri-bdsm-pt1-2201369.html |
| March 2012 | | 2786 | 3396959, 3379745, 3338653 | http://www.youjizz.com/videos/sydnee-capri-bdsm-pt2-2201288.html |
| March 2012 | PA0001781596 | 2891 | 3396959, 3379745 | http://www.youjizz.com/videos/sydnee-capri-bdsm-4-2203078.html |
| March 2012 | PA0001781596 | 2891 | 3396959, 3379745 | http://www.youjizz.com/videos/sydnee-capri-bdsm-3-with-princess-donna-2308434.html |
| March 2012 | | 3043 | 3396959, 3379745 | http://www.youjizz.com/videos/brunette-submits-to-bdsm-session-2305879.html |
| March 2012 | | 3074 | 3396959, 3379745, 3338653 | http://www.youjizz.com/videos/bdsm--asian-kat-2204987.html |
| March 2012 | | 3148 | 3396959, 3379745, 3338653 | http://www.youjizz.com/videos/keeani-lei-bdsm-1-2290500.html |
| March 2012 | | 3487 | 3396959, 3379745 | http://www.youjizz.com/videos/ava-devine-bdsm-3-2308783.html |
| March 2012 | PA0001784428 | 3544 | 3396959, 3273365, 3379745 | http://www.youjizz.com/videos/hot-strapon-wrestling-146587.html |
| March 2012 | | 3609 | 3396959, 3379745, 3338653 | http://www.youjizz.com/videos/tia-tanaka-pussy-torture-192020.html |
| March 2012 | | 3745 | 3396959, 3379745, 3273365 | http://www.youjizz.com/videos/championship-tournament--152658.html |
| March 2012 | | 3799 | 3396959, 3379745 | http://www.youjizz.com/videos/wired-pussy-11-2164719.html |
| March 2012 | | 3874 | 3396959, 3379745 | http://www.youjizz.com/videos/three-girls-and-the-dildo-machines-2176731.html |
| March 2012 | | 3880 | 3396959, 3379745 | http://www.youjizz.com/videos/jada-fire-sex-and-submission-2252785.html |
| March 2012 | PA0001736931 | 3998 | 3396959, 3379745, 3273365 | http://www.youjizz.com/videos/female-wrestling--2268766.html |
| March 2012 | | 4025 | 3396959, 3379745 | http://www.youjizz.com/videos/jade-marxxx-bdsm-1-with-princess-donna-2282022.html |
| March 2012 | | 4033 | 3396959, 3379745 | http://www.youjizz.com/videos/sex-and-submission--2172804.html |
| March 2012 | | 4036 | 3396959, 3379745, 3273365 | http://www.youjizz.com/videos/wrestling-fuck-01-2196059.html |
| March 2012 | PA0001736931 | 4116 | 3396959, 3379745, 3273365 | http://www.youjizz.com/videos/hot-sex-wrestling-action!--142027.html |
| March 2012 | PA0001780853 | 4136 | 3396959, 3379745 | http://www.youjizz.com/videos/sammie-rhodes-fucking-machine-147804.html |
| March 2012 | PA0001736931 | 4670 | 3396959, 3379745 | http://www.youjizz.com/videos/sasha-bound-to-a-table-2274969.html |
| March 2012 | PA0001736931 | 4670 | 3396959, 3379745 | http://www.youjizz.com/videos/sasha-bdsm-------------2274965.html |
| March 2012 | PA0001738616 | 4814 | 3396959, 3379745 | http://www.youjizz.com/videos/bound-and-gagged-by-cock-2172520.html |
| March 2012 | PA0001738616 | 4936 | 3396959, 3379745, 3899553 | http://www.youjizz.com/videos/the-training-of-a-slave--2283240.html |
| March 2012 | PA0001780818 | 4957 | 3396959, 3379745 | http://www.youjizz.com/videos/isis-love-dominates-vai-bdsm--2293212.html |
| March 2012 | PA0001738616 | 5023 | 3396959, 3379745, 3273365 | http://www.youjizz.com/videos/two-chicks-battle-will-lorena-be-0-2-2177643.html |
| March 2012 | PA0001738616 | 5034 | 3396959, 3379745, 3273365 | http://www.youjizz.com/videos/wrestling:-winner-fucks-the-losers-pussy-2177644.html |
| March 2012 | PA0001738616 | 5034 | 3396959, 3379745, 3273365 | http://www.youjizz.com/videos/dana-dearmond-and-harmony-strapon-sex-wrestling-146646.html |
| March 2012 | PA0001738616 | 5045 | 3396959, 3379745, 3273365 | http://www.youjizz.com/videos/hot-catfighting-loser-ger-strapon-fucking-124613.html |
| March 2012 | PA0001738616 | 5045 | 3396959, 3379745, 3273365 | http://www.youjizz.com/videos/eva-gets-her-ass-handed-to-her-2179786.html |
| March 2012 | PA0001770431 | 5118 | 3396959, 3379745, 3899553 | http://www.youjizz.com/videos/the-training-of-amber-rayne---day-4-2258663.html |
| March 2012 | PA0001773280 | 5223 | 3396959, 3379745 | http://www.youjizz.com/videos/mya-anal-tied-2335211.html |
| March 2012 | PA0001772215 | 5307 | 3396959, 3379745 | http://www.youjizz.com/videos/all-tied-up-and-ready-to-blow-2170590.html |
| March 2012 | PA0001772450 | 5328 | 3396959, 3379745 | http://www.youjizz.com/videos/circe-borges-bdsm-2287746.html |
| March 2012 | PA0001772017 | 5456 | 3396959, 3379745, 3338653 | http://www.youjizz.com/videos/busty-blonde-bound-on-a-chair-2165487.html |
| March 2012 | PA0001772958 | 5555 | 3396959, 3379745, 3338653 | http://www.youjizz.com/videos/bdsm-lesbian-rope-bondage-2211381.html |

| March 2012 | PA0001780838 | 5776 | 3396959, 3379745 | http://www.youjizz.com/videos/slut-forced-to-fuck-in-public-2173306.html |
|---|---|---|---|---|
| March 2012 | PA0001738616 | 5790 | 3396959, 3379745, 3273365 | http://www.youjizz.com/videos/ariel-x-karrlie-dawn---naked-catfighting-122415.html |
| March 2012 | PA0001780951 | 5839 | 3396959, 3379745 | http://www.youjizz.com/videos/princess-donna-and-vai-2287384.html |
| March 2012 | PA0001738616 | 5888 | 3396959, 3379745, 3273365 | http://www.youjizz.com/videos/winner-fucks-the-loser--143908.html |
| March 2012 | PA0001736930 | 6077 | 3396959, 3379745 | http://www.youjizz.com/videos/elyse-machines-5-180627.html |
| March 2012 | PA0001736930 | 6164 | 3396959, 3379745 | http://www.youjizz.com/videos/lesbians-dominate-a-straight-girl-2271140.html |
| March 2012 | PA0001736930 | 6166 | 3396959, 3379745, 3273365 | http://www.youjizz.com/videos/vendetta-and-kira-fucking-wrestling-119587.html |
| March 2012 | PA0001780912 | 6303 | 3396959, 3379745 | http://www.youjizz.com/videos/cecilia-vega-bdsm--2295553.html |
| March 2012 | PA0001780912 | 6303 | 3396959, 3379745 | http://www.youjizz.com/videos/cecilia-vega-bdsm-with-princess-donna-2295873.html |
| March 2012 | PA0001736930 | 6325 | 3396959, 3379745, 3273365 | http://www.youjizz.com/videos/catfight-152990.html |
| March 2012 | PA0001736930 | 6372 | 3396959, 3379745, 3899554 | http://www.youjizz.com/videos/crazy-slut-gets-fucked-in-a-cake-factory-2174274.html |
| March 2012 | PA0001736930 | 6399 | 3396959, 3379745, 3273365 | http://www.youjizz.com/videos/two-newcomers-battle-on-a-wrestling-mat--153086.html |
| March 2012 | PA0001736930 | 6424 | 3396959, 3379745, 3899554 | http://www.youjizz.com/videos/a-fucken-corner-store-fuck-2174275.html |
| March 2012 | PA0001781457 | 6514 | 3396959, 3379745, 3338653 | http://www.youjizz.com/videos/felony-steve-holmes-erik-everhard-hogtied--146691.html |
| March 2012 | PA0001736930 | 6590 | 3396959, 3379745 | http://www.youjizz.com/videos/hot-first-time-machine-fucker-2173305.html |
| March 2012 | PA0001736930 | 6629 | 3396959, 3379745 | http://www.youjizz.com/videos/two-lezbos-elbow-deep-in-love-2172748.html |
| March 2012 | PA0001736930 | 6630 | 3396959, 3379745, 3273365 | http://www.youjizz.com/videos/friends-become-enemies-on-wrestling-mat--153204.html |
| March 2012 | PA0001736930 | 6648 | 3396959, 3379745 | http://www.youjizz.com/videos/awesome-ass-and-pussy-play-2179899.html |
| March 2012 | PA0001736930 | 6668 | 3396959, 3379745 | http://www.youjizz.com/videos/kinky-ass-lovers-threesome-2180549.html |
| March 2012 | PA0001736930 | 6860 | 3396959, 3379745 | http://www.youjizz.com/videos/machine-dps-the-shit-out-of-her-2173709.html |
| March 2012 | PA0001736930 | 6887 | 3396959, 3379745 | http://www.youjizz.com/videos/nice-girl-gets-machine-fucked-2173716.html |
| March 2012 | PA0001736930 | 6905 | 3396959, 3379745 | http://www.youjizz.com/videos/check-out-the-tongue-licking-machine-2176469.html |
| March 2012 | PA0001736930 | 6924 | 3396959, 3379745 | http://www.youjizz.com/videos/kinky-orgy-breaks-out-in-operation-room-2247177.html |
| March 2012 | PA0001736930 | 6971 | 3396959, 3379745 | http://www.youjizz.com/videos/geek-girl-prefers-machines-to-cock-2177573.html |
| March 2012 | PA0001736930 | 6974 | 3396959, 3379745 | http://www.youjizz.com/videos/gorgeous-brunette-first-time-machine-fuck-2179752.html |
| March 2012 | PA0001736930 | 6999 | 3396959, 3379745 | http://www.youjizz.com/videos/cute-brunette-gets-fucked-by-machines-2181142.html |
| March 2012 | PA0001736930 | 7137 | 3396959, 3379745 | http://www.youjizz.com/videos/sindee-jennings--fucking-machines-228555.html |
| March 2012 | PA0001736930 | 7151 | 3396959, 3379745 | http://www.youjizz.com/videos/pretty-blonde-goes-for-a-ride-on-fucking-machine-148045.html |
| March 2012 | PA0001736930 | 7181 | 3396959, 3379745 | http://www.youjizz.com/videos/hot-lesbians-bdsm-2274406.html |
| March 2012 | PA0001736930 | 7382 | 3396959, 3379745 | http://www.youjizz.com/videos/wired-pussy-2158826.html |
| March 2012 | PA0001736930 | 7382 | 3396959, 3379745 | http://www.youjizz.com/videos/pepper-foxxx-lesbian-bondage-215286.html |
| March 2012 | PA0001736930 | 7529 | 3396959, 3379745 | http://www.youjizz.com/videos/tori-black--fucking-machines-2255574.html |
| March 2012 | PA0001736930 | 7529 | 3396959, 3379745 | http://www.youjizz.com/videos/tori-black-fucking-machine--anal-vol-1-2220339.html |
| March 2012 | PA0001736929 | 8037 | 3396959, 3379745, 3899554 | http://www.youjizz.com/videos/abused-in-bar-2-of-2-2207588.html |
| March 2012 | PA0001736929 | 8118 | 3396959, 3379745 | http://www.youjizz.com/videos/tia-ling-gets-rough-anal-in-device-bondage-182343.html |
| March 2012 | PA0001736929 | 8351 | 3396959, 3379745, 3899554 | http://www.youjizz.com/videos/tia-ling-bdsm-pt-2-2306960.html |
| March 2012 | PA0001736929 | 8574 | 3396959, 3379745 | http://www.youjizz.com/videos/breann-benson-being-fucked-hard-by-machine-2354716.html |
| March 2012 | PA0001771563 | 9423 | 3396959, 3379745 | http://www.youjizz.com/videos/sex-machines-2214553.html |
| March 2012 | PA0001771488 | 9466 | 3396959, 3379745 | http://www.youjizz.com/videos/device-bondage-lindy-lane-2264614.html |
| March 2012 | PA0001769360 | 9527 | 3396959, 3379745 | http://www.youjizz.com/videos/bdsm-gangbang--2179103.html |
| March 2012 | PA0001769021 | 9849 | 3396959, 3379745, 3338653 | http://www.youjizz.com/videos/bdsm-big-tit-teen-2-2187747.html |
| March 2012 | PA0001769021 | 9849 | 3396959, 3379745, 3338653 | http://www.youjizz.com/videos/bdsm-big-tit-teen-2291487.html |
| March 2012 | PA0001767775 | 10043 | 3396959, 3379745 | http://www.youjizz.com/videos/machine-fucked-at-the-pub-2172757.html |
| March 2012 | PA0001768918 | 10089 | 3396959, 3379745, 3338653 | http://www.youjizz.com/videos/fuckmeat-2181052.html |
| March 2012 | PA0001767843 | 10091 | 3396959, 3379745 | http://www.youjizz.com/videos/girl-tied-to-bench-with-legs-up-getting-asshole-fucked-2165490.html |
| March 2012 | PA0001768889 | 10315 | 3396959, 3379745, 3273365 | http://www.youjizz.com/videos/wrestling-fuck-02-2198567.html |
| March 2012 | PA0001768843 | 10383 | 3396959, 3379745 | http://www.youjizz.com/videos/wife-surprises-sub-slut-and-hubby-2172753.html |
| March 2012 | PA0001768625 | 10434 | 3396959, 3379745, 3273365 | http://www.youjizz.com/videos/two-chicks-in-a-sex-wrestling-comp-2172756.html |
| March 2012 | PA0001765157 | 10909 | 3396959, 3379745, 3273365 | http://www.youjizz.com/videos/wrestling-fuck--2198588.html |

| | | | | |
|---|---|---|---|---|
| March 2012 | PA0001765087 | 11056 | 3396959, 3379745, 3899553 | http://www.youjizz.com/videos/ariel-x-bdsm-2-part-1-2276747.html |
| March 2012 | PA0001765087 | 11056 | 3396959, 3379745, 3899553 | http://www.youjizz.com/videos/ariel-x-bdsm-4-2295288.html |
| March 2012 | PA0001765162 | 11163 | 3396959, 3379745, 3870498 | http://www.youjizz.com/videos/male-domination-2262792.html |
| March 2012 | PA0001769033 | 11182 | 3396959, 3379745, 3273365 | http://www.youjizz.com/videos/wrestling-ends-in-hot-domination--2270176.html |
| March 2012 | PA0001769033 | 11182 | 3396959, 3379745, 3273365 | http://www.youjizz.com/videos/wrestling-fuck-03-2198434.html |
| March 2012 | PA0001766566 | 11229 | 3396959, 3379745 | http://www.youjizz.com/videos/holly-heart-bdsm-4--2305524.html |
| March 2012 | PA0001766566 | 11229 | 3396959, 3379745 | http://www.youjizz.com/videos/holly-heart-bdsm-2305868.html |
| March 2012 | PA0001763863 | 12414 | 3396959, 3379745 | http://www.youjizz.com/videos/dragon-lily-bdsm-part-1-2269723.html |
| March 2012 | PA0001763701 | 13247 | 3396959, 3379745, 3273365 | http://www.youjizz.com/videos/samantha-takes-on-jesse-cox-2294877.html |
| March 2012 | PA0001763464 | 13703 | 3396959, 3379745 | http://www.youjizz.com/videos/annie-cruz-fuck-machine---2287399.html |
| March 2012 | PA0001763534 | 13862 | 3396959, 3379745, 3899553 | http://www.youjizz.com/videos/day-2-skin-diamond-2259502.html |
| March 2012 | PA0001763768 | 14417 | 3396959, 3379745, 3338653 | http://www.youjizz.com/videos/skin-diamond-bdsm-1--2303092.html |
| March 2012 | PA0001762437 | 14418 | 3396959, 3379745, 3338653 | http://www.youjizz.com/videos/skin-diamond-bdsm-1-2303116.html |
| March 2012 | PA0001762435 | 14419 | 3396959, 3379745, 3338653 | http://www.youjizz.com/videos/skin-diamond-bdsm-1-part-3-2303088.html |
| March 2012 | | 14427 | 3396959, 3379745, 3899553 | http://www.youjizz.com/videos/lorelei-leeday-4-2333568.html |
| March 2012 | | 14595 | 3396959, 3379745, 3338653 | http://www.youjizz.com/videos/dont-fucking-cum-2293364.html |
| March 2012 | PA0001763549 | 15161 | 3396959, 3379745 | http://www.youjizz.com/videos/dia-zerva-and-ariel-x-part-2-2279474.html |
| March 2012 | PA0001764837 | 15187 | 3396959, 3379745 | http://www.youjizz.com/videos/kinky-redhead-2318718.html |
| March 2012 | PA0001764829 | 15190 | 3396959, 3379745 | http://www.youjizz.com/videos/fucking-machines-and-alysa-2305833.html |
| March 2012 | PA0001762879 | 15233 | 3396959, 3379745, 3338653 | http://www.youjizz.com/videos/a-brooke-tied-on-a-chair-2286341.html |
| March 2012 | PA0001813485 | 15438 | 3396959, 3379745 | http://www.youjizz.com/videos/airport-cavity-search-2287683.html |
| March 2012 | PA0001766710 | 16136 | 3396959, 3379745 | http://www.youjizz.com/videos/some-like-it-rough-2337293.html |
| March 2012 | | 16723 | 3396959, 3379745 | http://www.youjizz.com/videos/bondage-domination-compilation-2360731.html |
| March 2012 | | 306 | 3396959, 3379745, 3338653 | http://www.hotfunhouse.com/videos/babydoll-worked-over-in-the-stocks--2167749.html |
| March 2012 | | 603 | 3396959, 3379745, 3338653 | http://www.hotfunhouse.com/videos/babydoll-bdsm--2293258.html |
| March 2012 | | 1895 | 3396959, 3379745, 3338653 | http://www.hotfunhouse.com/videos/maya-bdsm-2-2292013.html |
| March 2012 | | 1895 | 3396959, 3379745, 3338653 | http://www.hotfunhouse.com/videos/maya-bdsm-1-2259384.html |
| March 2012 | | 1897 | 3396959, 3379745 | http://www.hotfunhouse.com/videos/maya-bdsm-with-selina-minx-2305877.html |
| March 2012 | | 1916 | 3396959, 3379745, 3338653 | http://www.hotfunhouse.com/videos/jade-marxx-bdsm-part-2-2212938.html |
| March 2012 | | 1916 | 3396959, 3379745, 3338653 | http://www.hotfunhouse.com/videos/jade-marxx-bdsm-part-1-2213033.html |
| March 2012 | | 2092 | 3396959, 3379745, 3338653 | http://www.hotfunhouse.com/videos/sinnamon-love-bdsm-smg-2181247.html |
| March 2012 | | 2241 | 3396959, 3379745, 3273365 | http://www.hotfunhouse.com/videos/wrestling-fuck-08-2200680.html |
| March 2012 | | 2486 | 3396959, 3379745 | http://www.hotfunhouse.com/videos/sydnee-capri-bdsm-2-with-princes-donna-2319032.html |
| March 2012 | | 2645 | 3396959, 3379745 | http://www.hotfunhouse.com/videos/chanta-rose-and-jasmine-byrne-2287756.html |
| March 2012 | | 2780 | 3396959, 3379745 | http://www.hotfunhouse.com/videos/dragonlily-bdsm-3-with-princess-donna-2308479.html |
| March 2012 | | 2786 | 3396959, 3379745, 3338653 | http://www.hotfunhouse.com/videos/sydnee-capri-bdsm-pt1-2201369.html |
| March 2012 | | 2786 | 3396959, 3379745, 3338653 | http://www.hotfunhouse.com/videos/sydnee-capri-bdsm-pt2-2201288.html |
| March 2012 | PA0001781596 | 2891 | 3396959, 3379745 | http://www.hotfunhouse.com/videos/sydnee-capri-bdsm-4-2203078.html |
| March 2012 | PA0001781596 | 2891 | 3396959, 3379745 | http://www.hotfunhouse.com/videos/sydnee-capri-bdsm-3-with-princess-donna-2308434.html |
| March 2012 | | 3043 | 3396959, 3379745 | http://www.hotfunhouse.com/videos/brunette-submits-to-bdsm-session-2305879.html |
| March 2012 | | 3074 | 3396959, 3379745, 3338653 | http://www.hotfunhouse.com/videos/bdsm--asian-kat-2204987.html |
| March 2012 | | 3148 | 3396959, 3379745, 3338653 | http://www.hotfunhouse.com/videos/keeani-lei-bdsm-1-2290500.html |
| March 2012 | | 3487 | 3396959, 3379745 | http://www.hotfunhouse.com/videos/ava-devine-bdsm-3-2308783.html |
| March 2012 | PA0001784428 | 3544 | 3396959, 3273365, 3379745 | http://www.hotfunhouse.com/videos/hot-strapon-wrestling-146587.html |
| March 2012 | | 3609 | 3396959, 3379745, 3338653 | http://www.hotfunhouse.com/videos/tia-tanaka-pussy-torture-192020.html |
| March 2012 | | 3745 | 3396959, 3379745, 3273365 | http://www.hotfunhouse.com/videos/championship-tournament--152658.html |
| March 2012 | | 3799 | 3396959, 3379745 | http://www.hotfunhouse.com/videos/wired-pussy-11-2164719.html |
| March 2012 | | 3874 | 3396959, 3379745 | http://www.hotfunhouse.com/videos/three-girls-and-the-dildo-machines-2176731.html |
| March 2012 | | 3880 | 3396959, 3379745 | http://www.hotfunhouse.com/videos/jada-fire-sex-and-submission-2252785.html |

| March 2012 | PA0001736931 | 3998 | 3396959, 3379745, 3273365 | http://www.hotfunhouse.com/videos/female-wrestling--2268766.html |
|---|---|---|---|---|
| March 2012 | | 4025 | 3396959, 3379745 | http://www.hotfunhouse.com/videos/jade-marxxx-bdsm-1-with-princess-donna-2282022.html |
| March 2012 | | 4033 | 3396959, 3379745 | http://www.hotfunhouse.com/videos/sex-and-submission--2172804.html |
| March 2012 | | 4036 | 3396959, 3379745, 3273365 | http://www.hotfunhouse.com/videos/wrestling-fuck-01-2196059.html |
| March 2012 | PA0001736931 | 4116 | 3396959, 3379745, 3273365 | http://www.hotfunhouse.com/videos/hot-sex-wrestling-action!--142027.html |
| March 2012 | PA0001780853 | 4136 | 3396959, 3379745 | http://www.hotfunhouse.com/videos/sammie-rhodes-fucking-machine-147804.html |
| March 2012 | PA0001736931 | 4670 | 3396959, 3379745 | http://www.hotfunhouse.com/videos/sasha-bound-to-a-table-2274969.html |
| March 2012 | PA0001736931 | 4670 | 3396959, 3379745 | http://www.hotfunhouse.com/videos/sasha-bdsm-------------2274965.html |
| March 2012 | PA0001738616 | 4814 | 3396959, 3379745 | http://www.hotfunhouse.com/videos/bound-and-gagged-by-cock-2172520.html |
| March 2012 | PA0001738616 | 4936 | 3396959, 3379745, 3899553 | http://www.hotfunhouse.com/videos/the-training-of-a-slave--2283240.html |
| March 2012 | PA0001780818 | 4957 | 3396959, 3379745 | http://www.hotfunhouse.com/videos/isis-love-dominates-vai-bdsm--2293212.html |
| March 2012 | PA0001738616 | 5023 | 3396959, 3379745, 3273365 | http://www.hotfunhouse.com/videos/two-chicks-battle-will-lorena-be-0-2-2177643.html |
| March 2012 | PA0001738616 | 5034 | 3396959, 3379745, 3273365 | http://www.hotfunhouse.com/videos/wrestling:-winner-fucks-the-losers-pussy-2177644.html |
| March 2012 | PA0001738616 | 5034 | 3396959, 3379745, 3273365 | http://www.hotfunhouse.com/videos/dana-dearmond-and-harmony-strapon-sex-wrestling-146646.html |
| March 2012 | PA0001738616 | 5045 | 3396959, 3379745, 3273365 | http://www.hotfunhouse.com/videos/hot-catfighting-loser-ger-strapon-fucking-124613.html |
| March 2012 | PA0001738616 | 5045 | 3396959, 3379745, 3273365 | http://www.hotfunhouse.com/videos/eva-gets-her-ass-handed-to-her-2179786.html |
| March 2012 | PA0001770431 | 5118 | 3396959, 3379745, 3899553 | http://www.hotfunhouse.com/videos/the-training-of-amber-rayne---day-4-2258663.html |
| March 2012 | PA0001773280 | 5223 | 3396959, 3379745 | http://www.hotfunhouse.com/videos/mya-anal-tied-2335211.html |
| March 2012 | PA0001772215 | 5307 | 3396959, 3379745 | http://www.hotfunhouse.com/videos/all-tied-up-and-ready-to-blow-2170590.html |
| March 2012 | PA0001772450 | 5328 | 3396959, 3379745 | http://www.hotfunhouse.com/videos/circe-borges-bdsm-2287746.html |
| March 2012 | PA0001772017 | 5456 | 3396959, 3379745, 3338653 | http://www.hotfunhouse.com/videos/busty-blonde-bound-on-a-chair-2165487.html |
| March 2012 | PA0001772958 | 5555 | 3396959, 3379745, 3338653 | http://www.hotfunhouse.com/videos/bdsm-lesbian-rope-bondage-2211381.html |
| March 2012 | PA0001780838 | 5776 | 3396959, 3379745 | http://www.hotfunhouse.com/videos/slut-forced-to-fuck-in-public-2173306.html |
| March 2012 | PA0001738616 | 5790 | 3396959, 3379745, 3273365 | http://www.hotfunhouse.com/videos/ariel-x-karrlie-dawn---naked-catfighting-122415.html |
| March 2012 | PA0001780951 | 5839 | 3396959, 3379745 | http://www.hotfunhouse.com/videos/princess-donna-and-vai-2287384.html |
| March 2012 | PA0001738616 | 5888 | 3396959, 3379745, 3273365 | http://www.hotfunhouse.com/videos/winner-fucks-the-loser--143908.html |
| March 2012 | PA0001736930 | 6077 | 3396959, 3379745 | http://www.hotfunhouse.com/videos/elyse-machines-5-180627.html |
| March 2012 | PA0001736930 | 6164 | 3396959, 3379745 | http://www.hotfunhouse.com/videos/lesbians-dominate-a-straight-girl-2271140.html |
| March 2012 | PA0001736930 | 6166 | 3396959, 3379745, 3273365 | http://www.hotfunhouse.com/videos/vendetta-and-kira-fucking-wrestling-119587.html |
| March 2012 | PA0001780912 | 6303 | 3396959, 3379745 | http://www.hotfunhouse.com/videos/cecilia-vega-bdsm--2295553.html |
| March 2012 | PA0001780912 | 6303 | 3396959, 3379745 | http://www.hotfunhouse.com/videos/cecilia-vega-bdsm-with-princess-donna-2295873.html |
| March 2012 | PA0001736930 | 6325 | 3396959, 3379745, 3273365 | http://www.hotfunhouse.com/videos/catfight-152990.html |
| March 2012 | PA0001736930 | 6372 | 3396959, 3379745, 3899554 | http://www.hotfunhouse.com/videos/crazy-slut-gets-fucked-in-a-cake-factory-2174274.html |
| March 2012 | PA0001736930 | 6399 | 3396959, 3379745, 3273365 | http://www.hotfunhouse.com/videos/two-newcomers-battle-on-a-wrestling-mat--153086.html |
| March 2012 | PA0001736930 | 6424 | 3396959, 3379745, 3899554 | http://www.hotfunhouse.com/videos/a-fucken-corner-store-fuck-2174275.html |
| March 2012 | PA0001781457 | 6514 | 3396959, 3379745, 3338653 | http://www.hotfunhouse.com/videos/felony-steve-holmes-erik-everhard-hogtied--146691.html |
| March 2012 | PA0001736930 | 6590 | 3396959, 3379745 | http://www.hotfunhouse.com/videos/hot-first-time-machine-fucker-2173305.html |
| March 2012 | PA0001736930 | 6629 | 3396959, 3379745 | http://www.hotfunhouse.com/videos/two-lezbos-elbow-deep-in-love-2172748.html |
| March 2012 | PA0001736930 | 6630 | 3396959, 3379745, 3273365 | http://www.hotfunhouse.com/videos/friends-become-enemies-on-wrestling-mat--153204.html |
| March 2012 | PA0001736930 | 6648 | 3396959, 3379745 | http://www.hotfunhouse.com/videos/awesome-ass-and-pussy-play-2179899.html |
| March 2012 | PA0001736930 | 6668 | 3396959, 3379745 | http://www.hotfunhouse.com/videos/kinky-ass-lovers-threesome-2180549.html |
| March 2012 | PA0001736930 | 6860 | 3396959, 3379745 | http://www.hotfunhouse.com/videos/machine-dps-the-shit-out-of-her-2173709.html |
| March 2012 | PA0001736930 | 6887 | 3396959, 3379745 | http://www.hotfunhouse.com/videos/nice-girl-gets-machine-fucked-2173716.html |
| March 2012 | PA0001736930 | 6905 | 3396959, 3379745 | http://www.hotfunhouse.com/videos/check-out-the-tongue-licking-machine-2176469.html |
| March 2012 | PA0001736930 | 6924 | 3396959, 3379745 | http://www.hotfunhouse.com/videos/kinky-orgy-breaks-out-in-operation-room-2247177.html |
| March 2012 | PA0001736930 | 6971 | 3396959, 3379745 | http://www.hotfunhouse.com/videos/geek-girl-prefers-machines-to-cock-2177573.html |
| March 2012 | PA0001736930 | 6974 | 3396959, 3379745 | http://www.hotfunhouse.com/videos/gorgeous-brunette-first-time-machine-fuck-2179752.html |
| March 2012 | PA0001736930 | 6999 | 3396959, 3379745 | http://www.hotfunhouse.com/videos/cute-brunette-gets-fucked-by-machines-2181142.html |
| March 2012 | PA0001736930 | 7137 | 3396959, 3379745 | http://www.hotfunhouse.com/videos/sindee-jennings--fucking-machines-2258555.html |

| March 2012 | PA0001736930 | 7151 | 3396959, 3379745 | http://www.hotfunhouse.com/videos/pretty-blonde-goes-for-a-ride-on-fucking-machine-148045.html |
|---|---|---|---|---|
| March 2012 | PA0001736930 | 7181 | 3396959, 3379745 | http://www.hotfunhouse.com/videos/hot-lesbians-bdsm-2274406.html |
| March 2012 | PA0001736930 | 7382 | 3396959, 3379745 | http://www.hotfunhouse.com/videos/wired-pussy-2158826.html |
| March 2012 | PA0001736930 | 7382 | 3396959, 3379745 | http://www.hotfunhouse.com/videos/pepper-foxxx-lesbian-bondage-215286.html |
| March 2012 | PA0001736930 | 7529 | 3396959, 3379745 | http://www.hotfunhouse.com/videos/tori-black--fucking-machines-2255574.html |
| March 2012 | PA0001736930 | 7529 | 3396959, 3379745 | http://www.hotfunhouse.com/videos/tori-black-fucking-machine--anal-vol-1-2220339.html |
| March 2012 | PA0001736929 | 8037 | 3396959, 3379745, 3899554 | http://www.hotfunhouse.com/videos/abused-in-bar-2-of-2-2207588.html |
| March 2012 | PA0001736929 | 8118 | 3396959, 3379745 | http://www.hotfunhouse.com/videos/tia-ling-gets-rough-anal-in-device-bondage-182343.html |
| March 2012 | PA0001736929 | 8351 | 3396959, 3379745, 3899554 | http://www.hotfunhouse.com/videos/tia-ling-bdsm-pt-2-2306960.html |
| March 2012 | PA0001736929 | 8574 | 3396959, 3379745 | http://www.hotfunhouse.com/videos/breann-benson-being-fucked-hard-by-machine-2354716.html |
| March 2012 | PA0001771563 | 9423 | 3396959, 3379745 | http://www.hotfunhouse.com/videos/sex-machines-2214553.html |
| March 2012 | PA0001771488 | 9466 | 3396959, 3379745 | http://www.hotfunhouse.com/videos/device-bondage-lindy-lane-2264614.html |
| March 2012 | PA0001769360 | 9527 | 3396959, 3379745 | http://www.hotfunhouse.com/videos/bdsm-gangbang--2179103.html |
| March 2012 | PA0001769021 | 9849 | 3396959, 3379745, 3338653 | http://www.hotfunhouse.com/videos/bdsm-big-tit-teen-2-2187747.html |
| March 2012 | PA0001769021 | 9849 | 3396959, 3379745, 3338653 | http://www.hotfunhouse.com/videos/bdsm-big-tit-teen-2291487.html |
| March 2012 | PA0001767775 | 10043 | 3396959, 3379745 | http://www.hotfunhouse.com/videos/machine-fucked-at-the-pub-2172757.html |
| March 2012 | PA0001768918 | 10089 | 3396959, 3379745, 3338653 | http://www.hotfunhouse.com/videos/fuckmeat-2181052.html |
| March 2012 | PA0001767843 | 10091 | 3396959, 3379745 | http://www.hotfunhouse.com/videos/girl-tied-to-bench-with-legs-up-getting-asshole-fucked-2165490.ht |
| March 2012 | PA0001768889 | 10315 | 3396959, 3379745, 3273365 | http://www.hotfunhouse.com/videos/wrestling-fuck-02-2198567.html |
| March 2012 | PA0001768843 | 10383 | 3396959, 3379745 | http://www.hotfunhouse.com/videos/wife-surprises-sub-slut-and-hubby-2172753.html |
| March 2012 | PA0001768625 | 10434 | 3396959, 3379745, 3273365 | http://www.hotfunhouse.com/videos/two-chicks-in-a-sex-wrestling-comp-2172756.html |
| March 2012 | PA0001765157 | 10909 | 3396959, 3379745, 3273365 | http://www.hotfunhouse.com/videos/wrestling-fuck--2198588.html |
| March 2012 | PA0001765087 | 11056 | 3396959, 3379745, 3899553 | http://www.hotfunhouse.com/videos/ariel-x-bdsm-2-part-1-2276747.html |
| March 2012 | PA0001765087 | 11056 | 3396959, 3379745, 3899553 | http://www.hotfunhouse.com/videos/ariel-x-bdsm-4-2295288.html |
| March 2012 | PA0001765162 | 11163 | 3396959, 3379745, 3870498 | http://www.hotfunhouse.com/videos/male-domination-2262792.html |
| March 2012 | PA0001769033 | 11182 | 3396959, 3379745, 3273365 | http://www.hotfunhouse.com/videos/wrestling-ends-in-hot-domination--2270176.html |
| March 2012 | PA0001769033 | 11182 | 3396959, 3379745, 3273365 | http://www.hotfunhouse.com/videos/wrestling-fuck-03-2198434.html |
| March 2012 | PA0001766566 | 11229 | 3396959, 3379745 | http://www.hotfunhouse.com/videos/holly-heart-bdsm-4--2305524.html |
| March 2012 | PA0001766566 | 11229 | 3396959, 3379745 | http://www.hotfunhouse.com/videos/holly-heart-bdsm-2305868.html |
| March 2012 | PA0001763863 | 12414 | 3396959, 3379745 | http://www.hotfunhouse.com/videos/dragon-lily-bdsm-part-1-2269723.html |
| March 2012 | PA0001763701 | 13247 | 3396959, 3379745, 3273365 | http://www.hotfunhouse.com/videos/samantha-takes-on-jesse-cox-2294877.html |
| March 2012 | PA0001763464 | 13703 | 3396959, 3379745 | http://www.hotfunhouse.com/videos/annie-cruz-fuck-machine---2287399.html |
| March 2012 | PA0001763534 | 13862 | 3396959, 3379745, 3899554 | http://www.hotfunhouse.com/videos/day-2-skin-diamond-2259502.html |
| March 2012 | PA0001763768 | 14417 | 3396959, 3379745, 3338653 | http://www.hotfunhouse.com/videos/skin-diamond-bdsm-1--2303092.html |
| March 2012 | PA0001762437 | 14418 | 3396959, 3379745, 3338653 | http://www.hotfunhouse.com/videos/skin-diamond-bdsm-1-2303116.html |
| March 2012 | PA0001762435 | 14419 | 3396959, 3379745, 3338653 | http://www.hotfunhouse.com/videos/skin-diamond-bdsm-1-part-3-2303088.html |
| March 2012 | | 14427 | 3396959, 3379745, 3899553 | http://www.hotfunhouse.com/videos/lorelei-leeday-4-2333568.html |
| March 2012 | | 14595 | 3396959, 3379745, 3338653 | http://www.hotfunhouse.com/videos/dont-fucking-cum-2293364.html |
| March 2012 | PA0001763549 | 15161 | 3396959, 3379745 | http://www.hotfunhouse.com/videos/dia-zerva-and-ariel-x-part-2-2279474.html |
| March 2012 | PA0001764837 | 15187 | 3396959, 3379745 | http://www.hotfunhouse.com/videos/kinky-redhead-2318718.html |
| March 2012 | PA0001764829 | 15190 | 3396959, 3379745 | http://www.hotfunhouse.com/videos/fucking-machines-and-alysa-2305833.html |
| March 2012 | PA0001762879 | 15233 | 3396959, 3379745, 3338653 | http://www.hotfunhouse.com/videos/a-brooke-tied-on-a-chair-2286341.html |
| March 2012 | PA0001813485 | 15438 | 3396959, 3379745 | http://www.hotfunhouse.com/videos/airport-cavity-search-2287683.html |
| March 2012 | PA0001766710 | 16136 | 3396959, 3379745 | http://www.hotfunhouse.com/videos/some-like-it-rough-2337293.html |
| March 2012 | | 16723 | 3396959, 3379745 | http://www.hotfunhouse.com/videos/bondage-domination-compilation-2360731.html |
| March 2012 | | 306 | 3396959, 3379745, 3338653 | http://www.jizzbo.com/videos/babydoll-worked-over-in-the-stocks--2167749.html |
| March 2012 | | 603 | 3396959, 3379745, 3338653 | http://www.jizzbo.com/videos/babydoll-bdsm--2293258.html |
| March 2012 | | 1895 | 3396959, 3379745, 3338653 | http://www.jizzbo.com/videos/maya-bdsm-2-2292013.html |
| March 2012 | | 1895 | 3396959, 3379745, 3338653 | http://www.jizzbo.com/videos/maya-bdsm-1-2259384.html |

| | | | | |
|---|---|---|---|---|
| March 2012 | | 1897 | 3396959, 3379745 | http://www.jizzbo.com/videos/maya-bdsm-with-selina-minx-2305877.html |
| March 2012 | | 1916 | 3396959, 3379745, 3338653 | http://www.jizzbo.com/videos/jade-marxx-bdsm-part-2-2212938.html |
| March 2012 | | 1916 | 3396959, 3379745, 3338653 | http://www.jizzbo.com/videos/jade-marxx-bdsm-part-1-2213033.html |
| March 2012 | | 2092 | 3396959, 3379745, 3338653 | http://www.jizzbo.com/videos/sinnamon-love-bdsm-smg-2181247.html |
| March 2012 | | 2241 | 3396959, 3379745, 3273365 | http://www.jizzbo.com/videos/wrestling-fuck-08-2200680.html |
| March 2012 | | 2486 | 3396959, 3379745 | http://www.jizzbo.com/videos/sydnee-capri-bdsm-2-with-princes-donna-2319032.html |
| March 2012 | | 2645 | 3396959, 3379745 | http://www.jizzbo.com/videos/chanta-rose-and-jasmine-byrne-2287756.html |
| March 2012 | | 2780 | 3396959, 3379745 | http://www.jizzbo.com/videos/dragonlily-bdsm-3-with-princess-donna-2308479.html |
| March 2012 | | 2786 | 3396959, 3379745, 3338653 | http://www.jizzbo.com/videos/sydnee-capri-bdsm-pt1-2201369.html |
| March 2012 | | 2786 | 3396959, 3379745, 3338653 | http://www.jizzbo.com/videos/sydnee-capri-bdsm-pt2-2201288.html |
| March 2012 | PA0001781596 | 2891 | 3396959, 3379745 | http://www.jizzbo.com/videos/sydnee-capri-bdsm-4-2203078.html |
| March 2012 | PA0001781596 | 2891 | 3396959, 3379745 | http://www.jizzbo.com/videos/sydnee-capri-bdsm-3-with-princess-donna-2308434.html |
| March 2012 | | 3043 | 3396959, 3379745 | http://www.jizzbo.com/videos/brunette-submits-to-bdsm-session-2305879.html |
| March 2012 | | 3074 | 3396959, 3379745, 3338653 | http://www.jizzbo.com/videos/bdsm--asian-kat-2204987.html |
| March 2012 | | 3148 | 3396959, 3379745, 3338653 | http://www.jizzbo.com/videos/keeani-lei-bdsm-1-2290500.html |
| March 2012 | | 3487 | 3396959, 3379745 | http://www.jizzbo.com/videos/ava-devine-bdsm-3-2308783.html |
| March 2012 | PA0001784428 | 3544 | 3396959, 3273365, 3379745 | http://www.jizzbo.com/videos/hot-strapon-wrestling-146587.html |
| March 2012 | | 3609 | 3396959, 3379745, 3338653 | http://www.jizzbo.com/videos/tia-tanaka-pussy-torture-192020.html |
| March 2012 | | 3745 | 3396959, 3379745, 3273365 | http://www.jizzbo.com/videos/championship-tournament--152658.html |
| March 2012 | | 3799 | 3396959, 3379745 | http://www.jizzbo.com/videos/wired-pussy-11-2164719.html |
| March 2012 | | 3874 | 3396959, 3379745 | http://www.jizzbo.com/videos/three-girls-and-the-dildo-machines-2176731.html |
| March 2012 | | 3880 | 3396959, 3379745 | http://www.jizzbo.com/videos/jada-fire-sex-and-submission-2252785.html |
| March 2012 | PA0001736931 | 3998 | 3396959, 3379745, 3273365 | http://www.jizzbo.com/videos/female-wrestling--2268766.html |
| March 2012 | | 4025 | 3396959, 3379745 | http://www.jizzbo.com/videos/jade-marxxx-bdsm-1-with-princess-donna-2282022.html |
| March 2012 | | 4033 | 3396959, 3379745 | http://www.jizzbo.com/videos/sex-and-submission--2172804.html |
| March 2012 | | 4036 | 3396959, 3379745, 3273365 | http://www.jizzbo.com/videos/wrestling-fuck-01-2196059.html |
| March 2012 | PA0001736931 | 4116 | 3396959, 3379745, 3273365 | http://www.jizzbo.com/videos/hot-sex-wrestling-action!--142027.html |
| March 2012 | PA0001780853 | 4136 | 3396959, 3379745 | http://www.jizzbo.com/videos/sammie-rhodes-fucking-machine-147804.html |
| March 2012 | PA0001736931 | 4670 | 3396959, 3379745 | http://www.jizzbo.com/videos/sasha-bound-to-a-table-2274969.html |
| March 2012 | PA0001736931 | 4670 | 3396959, 3379745 | http://www.jizzbo.com/videos/sasha-bdsm-------------2274965.html |
| March 2012 | PA0001738616 | 4814 | 3396959, 3379745 | http://www.jizzbo.com/videos/bound-and-gagged-by-cock-2172520.html |
| March 2012 | PA0001738616 | 4936 | 3396959, 3379745, 3899553 | http://www.jizzbo.com/videos/the-training-of-a-slave--2283240.html |
| March 2012 | PA0001780818 | 4957 | 3396959, 3379745 | http://www.jizzbo.com/videos/isis-love-dominates-vai-bdsm--2293212.html |
| March 2012 | PA0001738616 | 5023 | 3396959, 3379745, 3273365 | http://www.jizzbo.com/videos/two-chicks-battle-will-lorena-be-0-2-2177643.html |
| March 2012 | PA0001738616 | 5034 | 3396959, 3379745, 3273365 | http://www.jizzbo.com/videos/wrestling:-winner-fucks-the-losers-pussy-2177644.html |
| March 2012 | PA0001738616 | 5034 | 3396959, 3379745, 3273365 | http://www.jizzbo.com/videos/dana-dearmond-and-harmony-strapon-sex-wrestling-146646.html |
| March 2012 | PA0001738616 | 5045 | 3396959, 3379745, 3273365 | http://www.jizzbo.com/videos/hot-catfighting-loser-ger-strapon-fucking-124613.html |
| March 2012 | PA0001738616 | 5045 | 3396959, 3379745, 3273365 | http://www.jizzbo.com/videos/eva-gets-her-ass-handed-to-her-2179786.html |
| March 2012 | PA0001770431 | 5118 | 3396959, 3379745, 3899553 | http://www.jizzbo.com/videos/the-training-of-amber-rayne---day-4-2258663.html |
| March 2012 | PA0001773280 | 5223 | 3396959, 3379745 | http://www.jizzbo.com/videos/mya-anal-tied-2335211.html |
| March 2012 | PA0001772215 | 5307 | 3396959, 3379745 | http://www.jizzbo.com/videos/all-tied-up-and-ready-to-blow-2170590.html |
| March 2012 | PA0001772450 | 5328 | 3396959, 3379745 | http://www.jizzbo.com/videos/circe-borges-bdsm-2287746.html |
| March 2012 | PA0001772017 | 5456 | 3396959, 3379745, 3338653 | http://www.jizzbo.com/videos/busty-blonde-bound-on-a-chair-2165487.html |
| March 2012 | PA0001772958 | 5555 | 3396959, 3379745, 3338653 | http://www.jizzbo.com/videos/bdsm-lesbian-rope-bondage-2211381.html |
| March 2012 | PA0001780838 | 5776 | 3396959, 3379745 | http://www.jizzbo.com/videos/slut-forced-to-fuck-in-public-2173306.html |
| March 2012 | PA0001738616 | 5790 | 3396959, 3379745, 3273365 | http://www.jizzbo.com/videos/ariel-x-karrlie-dawn---naked-catfighting-122415.html |
| March 2012 | PA0001780951 | 5839 | 3396959, 3379745 | http://www.jizzbo.com/videos/princess-donna-and-vai-2287384.html |
| March 2012 | PA0001738616 | 5888 | 3396959, 3379745, 3273365 | http://www.jizzbo.com/videos/winner-fucks-the-loser--143908.html |
| March 2012 | PA0001736930 | 6077 | 3396959, 3379745 | http://www.jizzbo.com/videos/elyse-machines-5-180627.html |

| March 2012 | PA0001736930 | 6164 | 3396959, 3379745 | http://www.jizzbo.com/videos/lesbians-dominate-a-straight-girl-2271140.html |
|---|---|---|---|---|
| March 2012 | PA0001736930 | 6166 | 3396959, 3379745, 3273365 | http://www.jizzbo.com/videos/vendetta-and-kira-fucking-wrestling-119587.html |
| March 2012 | PA0001780912 | 6303 | 3396959, 3379745 | http://www.jizzbo.com/videos/cecilia-vega-bdsm--2295553.html |
| March 2012 | PA0001780912 | 6303 | 3396959, 3379745 | http://www.jizzbo.com/videos/cecilia-vega-bdsm-with-princess-donna-2295873.html |
| March 2012 | PA0001736930 | 6325 | 3396959, 3379745, 3273365 | http://www.jizzbo.com/videos/catfight-152990.html |
| March 2012 | PA0001736930 | 6372 | 3396959, 3379745, 3899554 | http://www.jizzbo.com/videos/crazy-slut-gets-fucked-in-a-cake-factory-2174274.html |
| March 2012 | PA0001736930 | 6399 | 3396959, 3379745, 3273365 | http://www.jizzbo.com/videos/two-newcomers-battle-on-a-wrestling-mat--153086.html |
| March 2012 | PA0001736930 | 6424 | 3396959, 3379745, 3899554 | http://www.jizzbo.com/videos/a-fucken-corner-store-fuck-2174275.html |
| March 2012 | PA0001781457 | 6514 | 3396959, 3379745, 3338653 | http://www.jizzbo.com/videos/felony-steve-holmes-erik-everhard-hogtied--146691.html |
| March 2012 | PA0001736930 | 6590 | 3396959, 3379745 | http://www.jizzbo.com/videos/hot-first-time-machine-fucker-2173305.html |
| March 2012 | PA0001736930 | 6629 | 3396959, 3379745 | http://www.jizzbo.com/videos/two-lezbos-elbow-deep-in-love-2172748.html |
| March 2012 | PA0001736930 | 6630 | 3396959, 3379745, 3273365 | http://www.jizzbo.com/videos/friends-become-enemies-on-wrestling-mat--153204.html |
| March 2012 | PA0001736930 | 6648 | 3396959, 3379745 | http://www.jizzbo.com/videos/awesome-ass-and-pussy-play-2179899.html |
| March 2012 | PA0001736930 | 6668 | 3396959, 3379745 | http://www.jizzbo.com/videos/kinky-ass-lovers-threesome-2180549.html |
| March 2012 | PA0001736930 | 6860 | 3396959, 3379745 | http://www.jizzbo.com/videos/machine-dps-the-shit-out-of-her-2173709.html |
| March 2012 | PA0001736930 | 6887 | 3396959, 3379745 | http://www.jizzbo.com/videos/nice-girl-gets-machine-fucked-2173716.html |
| March 2012 | PA0001736930 | 6905 | 3396959, 3379745 | http://www.jizzbo.com/videos/check-out-the-tongue-licking-machine-2176469.html |
| March 2012 | PA0001736930 | 6924 | 3396959, 3379745 | http://www.jizzbo.com/videos/kinky-orgy-breaks-out-in-operation-room-2247177.html |
| March 2012 | PA0001736930 | 6971 | 3396959, 3379745 | http://www.jizzbo.com/videos/geek-girl-prefers-machines-to-cock-2177573.html |
| March 2012 | PA0001736930 | 6974 | 3396959, 3379745 | http://www.jizzbo.com/videos/gorgeous-brunette-first-time-machine-fuck-2179752.html |
| March 2012 | PA0001736930 | 6999 | 3396959, 3379745 | http://www.jizzbo.com/videos/cute-brunette-gets-fucked-by-machines-2181142.html |
| March 2012 | PA0001736930 | 7137 | 3396959, 3379745 | http://www.jizzbo.com/videos/sindee-jennings--fucking-machines-2258555.html |
| March 2012 | PA0001736930 | 7151 | 3396959, 3379745 | http://www.jizzbo.com/videos/pretty-blonde-goes-for-a-ride-on-fucking-machine-148045.html |
| March 2012 | PA0001736930 | 7181 | 3396959, 3379745 | http://www.jizzbo.com/videos/hot-lesbians-bdsm-2274406.html |
| March 2012 | PA0001736930 | 7382 | 3396959, 3379745 | http://www.jizzbo.com/videos/wired-pussy-2158826.html |
| March 2012 | PA0001736930 | 7382 | 3396959, 3379745 | http://www.jizzbo.com/videos/pepper-foxxx-lesbian-bondage-215286.html |
| March 2012 | PA0001736930 | 7529 | 3396959, 3379745 | http://www.jizzbo.com/videos/tori-black--fucking-machines-2255574.html |
| March 2012 | PA0001736930 | 7529 | 3396959, 3379745 | http://www.jizzbo.com/videos/tori-black-fucking-machine--anal-vol-1-2220339.html |
| March 2012 | PA0001736929 | 8037 | 3396959, 3379745, 3899554 | http://www.jizzbo.com/videos/abused-in-bar-2-of-2-2207588.html |
| March 2012 | PA0001736929 | 8118 | 3396959, 3379745 | http://www.jizzbo.com/videos/tia-ling-gets-rough-anal-in-device-bondage-182343.html |
| March 2012 | PA0001736929 | 8351 | 3396959, 3379745, 3899554 | http://www.jizzbo.com/videos/tia-ling-bdsm-pt-2-2306960.html |
| March 2012 | PA0001736929 | 8574 | 3396959, 3379745 | http://www.jizzbo.com/videos/breann-benson-being-fucked-hard-by-machine-2354716.html |
| March 2012 | PA0001771563 | 9423 | 3396959, 3379745 | http://www.jizzbo.com/videos/sex-machines-2214553.html |
| March 2012 | PA0001771488 | 9466 | 3396959, 3379745 | http://www.jizzbo.com/videos/device-bondage-lindy-lane-2264614.html |
| March 2012 | PA0001769360 | 9527 | 3396959, 3379745 | http://www.jizzbo.com/videos/bdsm-gangbang--2179103.html |
| March 2012 | PA0001769021 | 9849 | 3396959, 3379745, 3338653 | http://www.jizzbo.com/videos/bdsm-big-tit-teen-2-2187747.html |
| March 2012 | PA0001769021 | 9849 | 3396959, 3379745, 3338653 | http://www.jizzbo.com/videos/bdsm-big-tit-teen-2291487.html |
| March 2012 | PA0001767775 | 10043 | 3396959, 3379745 | http://www.jizzbo.com/videos/machine-fucked-at-the-pub-2172757.html |
| March 2012 | PA0001768918 | 10089 | 3396959, 3379745, 3338653 | http://www.jizzbo.com/videos/fuckmeat-2181052.html |
| March 2012 | PA0001767843 | 10091 | 3396959, 3379745 | http://www.jizzbo.com/videos/girl-tied-to-bench-with-legs-up-getting-asshole-fucked-2165490.html |
| March 2012 | PA0001768889 | 10315 | 3396959, 3379745, 3273365 | http://www.jizzbo.com/videos/wrestling-fuck-02-2198567.html |
| March 2012 | PA0001768843 | 10383 | 3396959, 3379745 | http://www.jizzbo.com/videos/wife-surprises-sub-slut-and-hubby-2172753.html |
| March 2012 | PA0001768625 | 10434 | 3396959, 3379745, 3273365 | http://www.jizzbo.com/videos/two-chicks-in-a-sex-wrestling-comp-2172756.html |
| March 2012 | PA0001765157 | 10909 | 3396959, 3379745, 3273365 | http://www.jizzbo.com/videos/wrestling-fuck--2198588.html |
| March 2012 | PA0001765087 | 11056 | 3396959, 3379745, 3899553 | http://www.jizzbo.com/videos/ariel-x-bdsm-2-part-1-2276747.html |
| March 2012 | PA0001765087 | 11056 | 3396959, 3379745, 3899553 | http://www.jizzbo.com/videos/ariel-x-bdsm-4-2295288.html |
| March 2012 | PA0001765162 | 11163 | 3396959, 3379745, 3870498 | http://www.jizzbo.com/videos/male-domination-2262792.html |
| March 2012 | PA0001769033 | 11182 | 3396959, 3379745, 3273365 | http://www.jizzbo.com/videos/wrestling-ends-in-hot-domination--2270176.html |
| March 2012 | PA0001769033 | 11182 | 3396959, 3379745, 3273365 | http://www.jizzbo.com/videos/wrestling-fuck-03-2198434.html |

| March 2012 | PA0001766566 | 11229 | 3396959, 3379745 | http://www.jizzbo.com/videos/holly-heart-bdsm-4--2305524.html |
|---|---|---|---|---|
| March 2012 | PA0001766566 | 11229 | 3396959, 3379745 | http://www.jizzbo.com/videos/holly-heart-bdsm-2305868.html |
| March 2012 | PA0001763863 | 12414 | 3396959, 3379745 | http://www.jizzbo.com/videos/dragon-lily-bdsm-part-1-2269723.html |
| March 2012 | PA0001763701 | 13247 | 3396959, 3379745, 3273365 | http://www.jizzbo.com/videos/samantha-takes-on-jesse-cox-2294877.html |
| March 2012 | PA0001763464 | 13703 | 3396959, 3379745 | http://www.jizzbo.com/videos/annie-cruz-fuck-machine---2287399.html |
| March 2012 | PA0001763534 | 13862 | 3396959, 3379745, 3899553 | http://www.jizzbo.com/videos/day-2-skin-diamond-2259502.html |
| March 2012 | PA0001763768 | 14417 | 3396959, 3379745, 3338653 | http://www.jizzbo.com/videos/skin-diamond-bdsm-1--2303092.html |
| March 2012 | PA0001762437 | 14418 | 3396959, 3379745, 3338653 | http://www.jizzbo.com/videos/skin-diamond-bdsm-1-2303116.html |
| March 2012 | PA0001762435 | 14419 | 3396959, 3379745, 3338653 | http://www.jizzbo.com/videos/skin-diamond-bdsm-1-part-3-2303088.html |
| March 2012 |  | 14427 | 3396959, 3379745, 3899553 | http://www.jizzbo.com/videos/lorelei-leeday-4-2333568.html |
| March 2012 |  | 14595 | 3396959, 3379745, 3338653 | http://www.jizzbo.com/videos/dont-fucking-cum-2293364.html |
| March 2012 | PA0001763549 | 15161 | 3396959, 3379745 | http://www.jizzbo.com/videos/dia-zerva-and-ariel-x-part-2-2279474.html |
| March 2012 | PA0001764837 | 15187 | 3396959, 3379745 | http://www.jizzbo.com/videos/kinky-redhead-2318718.html |
| March 2012 | PA0001764829 | 15190 | 3396959, 3379745 | http://www.jizzbo.com/videos/fucking-machines-and-alysa-2305833.html |
| March 2012 | PA0001762879 | 15233 | 3396959, 3379745, 3338653 | http://www.jizzbo.com/videos/a-brooke-tied-on-a-chair-2286341.html |
| March 2012 | PA0001813485 | 15438 | 3396959, 3379745 | http://www.jizzbo.com/videos/airport-cavity-search-2287683.html |
| March 2012 | PA0001766710 | 16136 | 3396959, 3379745 | http://www.jizzbo.com/videos/some-like-it-rough-2337293.html |
| March 2012 |  | 16723 | 3396959, 3379745 | http://www.jizzbo.com/videos/bondage-domination-compilation-2360731.html |
| March 2012 |  | 306 | 3396959, 3379745, 3338653 | http://www.jizzhut.com/videos/babydoll-worked-over-in-the-stocks--2167749.html |
| March 2012 |  | 603 | 3396959, 3379745, 3338653 | http://www.jizzhut.com/videos/babydoll-bdsm--2293258.html |
| March 2012 |  | 1895 | 3396959, 3379745, 3338653 | http://www.jizzhut.com/videos/maya-bdsm-2-2292013.html |
| March 2012 |  | 1895 | 3396959, 3379745, 3338653 | http://www.jizzhut.com/videos/maya-bdsm-1-2259384.html |
| March 2012 |  | 1897 | 3396959, 3379745 | http://www.jizzhut.com/videos/maya-bdsm-with-selina-minx-2305877.html |
| March 2012 |  | 1916 | 3396959, 3379745, 3338653 | http://www.jizzhut.com/videos/jade-marxx-bdsm-part-2-2212938.html |
| March 2012 |  | 1916 | 3396959, 3379745, 3338653 | http://www.jizzhut.com/videos/jade-marxx-bdsm-part-1-2213033.html |
| March 2012 |  | 2092 | 3396959, 3379745, 3338653 | http://www.jizzhut.com/videos/sinnamon-love-bdsm-smg-2181247.html |
| March 2012 |  | 2241 | 3396959, 3379745, 3273365 | http://www.jizzhut.com/videos/wrestling-fuck-08-2200680.html |
| March 2012 |  | 2486 | 3396959, 3379745 | http://www.jizzhut.com/videos/sydnee-capri-bdsm-2-with-princes-donna-2319032.html |
| March 2012 |  | 2645 | 3396959, 3379745 | http://www.jizzhut.com/videos/chanta-rose-and-jasmine-byrne-2287756.html |
| March 2012 |  | 2780 | 3396959, 3379745 | http://www.jizzhut.com/videos/dragonlily-bdsm-3-with-princess-donna-2308479.html |
| March 2012 |  | 2786 | 3396959, 3379745, 3338653 | http://www.jizzhut.com/videos/sydnee-capri-bdsm-pt1-2201369.html |
| March 2012 |  | 2786 | 3396959, 3379745, 3338653 | http://www.jizzhut.com/videos/sydnee-capri-bdsm-pt2-2201288.html |
| March 2012 | PA0001781596 | 2891 | 3396959, 3379745 | http://www.jizzhut.com/videos/sydnee-capri-bdsm-4-2203078.html |
| March 2012 | PA0001781596 | 2891 | 3396959, 3379745 | http://www.jizzhut.com/videos/sydnee-capri-bdsm-3-with-princess-donna-2308434.html |
| March 2012 |  | 3043 | 3396959, 3379745 | http://www.jizzhut.com/videos/brunette-submits-to-bdsm-session-2305879.html |
| March 2012 |  | 3074 | 3396959, 3379745, 3338653 | http://www.jizzhut.com/videos/bdsm--asian-kat-2204987.html |
| March 2012 |  | 3148 | 3396959, 3379745, 3338653 | http://www.jizzhut.com/videos/keeani-lei-bdsm-1-2290500.html |
| March 2012 |  | 3487 | 3396959, 3379745 | http://www.jizzhut.com/videos/ava-devine-bdsm-3-2308783.html |
| March 2012 | PA0001784428 | 3544 | 3396959, 3273365, 3379745 | http://www.jizzhut.com/videos/hot-strapon-wrestling-146587.html |
| March 2012 |  | 3609 | 3396959, 3379745, 3338653 | http://www.jizzhut.com/videos/tia-tanaka-pussy-torture-192020.html |
| March 2012 |  | 3745 | 3396959, 3379745, 3273365 | http://www.jizzhut.com/videos/championship-tournament--152658.html |
| March 2012 |  | 3799 | 3396959, 3379745 | http://www.jizzhut.com/videos/wired-pussy-11-2164719.html |
| March 2012 |  | 3874 | 3396959, 3379745 | http://www.jizzhut.com/videos/three-girls-and-the-dildo-machines-2176731.html |
| March 2012 |  | 3880 | 3396959, 3379745 | http://www.jizzhut.com/videos/jada-fire-sex-and-submission-2252785.html |
| March 2012 | PA0001736931 | 3998 | 3396959, 3379745, 3273365 | http://www.jizzhut.com/videos/female-wrestling--2268766.html |
| March 2012 |  | 4025 | 3396959, 3379745 | http://www.jizzhut.com/videos/jade-marxxx-bdsm-1-with-princess-donna-2282022.html |
| March 2012 |  | 4033 | 3396959, 3379745 | http://www.jizzhut.com/videos/sex-and-submission--2172804.html |
| March 2012 |  | 4036 | 3396959, 3379745, 3273365 | http://www.jizzhut.com/videos/wrestling-fuck-01-2196059.html |
| March 2012 | PA0001736931 | 4116 | 3396959, 3379745, 3273365 | http://www.jizzhut.com/videos/hot-sex-wrestling-action!--142027.html |

| | | | | |
|---|---|---|---|---|
| March 2012 | PA0001780853 | 4136 | 3396959, 3379745 | http://www.jizzhut.com/videos/sammie-rhodes-fucking-machine-147804.html |
| March 2012 | PA0001736931 | 4670 | 3396959, 3379745 | http://www.jizzhut.com/videos/sasha-bound-to-a-table-2274969.html |
| March 2012 | PA0001736931 | 4670 | 3396959, 3379745 | http://www.jizzhut.com/videos/sasha-bdsm--------------2274965.html |
| March 2012 | PA0001738616 | 4814 | 3396959, 3379745 | http://www.jizzhut.com/videos/bound-and-gagged-by-cock-2172520.html |
| March 2012 | PA0001738616 | 4936 | 3396959, 3379745, 3899553 | http://www.jizzhut.com/videos/the-training-of-a-slave--2283240.html |
| March 2012 | PA0001780818 | 4957 | 3396959, 3379745 | http://www.jizzhut.com/videos/isis-love-dominates-vai-bdsm--2293212.html |
| March 2012 | PA0001738616 | 5023 | 3396959, 3379745, 3273365 | http://www.jizzhut.com/videos/two-chicks-battle-will-lorena-be-0-2-2177643.html |
| March 2012 | PA0001738616 | 5034 | 3396959, 3379745, 3273365 | http://www.jizzhut.com/videos/wrestling-:-winner-fucks-the-losers-pussy-2177644.html |
| March 2012 | PA0001738616 | 5034 | 3396959, 3379745, 3273365 | http://www.jizzhut.com/videos/dana-dearmond-and-harmony-strapon-sex-wrestling-146646.html |
| March 2012 | PA0001738616 | 5045 | 3396959, 3379745, 3273365 | http://www.jizzhut.com/videos/hot-catfighting-loser-ger-strapon-fucking-124613.html |
| March 2012 | PA0001738616 | 5045 | 3396959, 3379745, 3273365 | http://www.jizzhut.com/videos/eva-gets-her-ass-handed-to-her-2179786.html |
| March 2012 | PA0001770431 | 5118 | 3396959, 3379745, 3899553 | http://www.jizzhut.com/videos/the-training-of-amber-rayne---day-4-2258663.html |
| March 2012 | PA0001773280 | 5223 | 3396959, 3379745 | http://www.jizzhut.com/videos/mya-anal-tied-2335211.html |
| March 2012 | PA0001772215 | 5307 | 3396959, 3379745 | http://www.jizzhut.com/videos/all-tied-up-and-ready-to-blow-2170590.html |
| March 2012 | PA0001772450 | 5328 | 3396959, 3379745 | http://www.jizzhut.com/videos/circe-borges-bdsm-2287746.html |
| March 2012 | PA0001772017 | 5456 | 3396959, 3379745, 3338653 | http://www.jizzhut.com/videos/busty-blonde-bound-on-a-chair-2165487.html |
| March 2012 | PA0001772958 | 5555 | 3396959, 3379745, 3338653 | http://www.jizzhut.com/videos/bdsm-lesbian-rope-bondage-2211381.html |
| March 2012 | PA0001780838 | 5776 | 3396959, 3379745 | http://www.jizzhut.com/videos/slut-forced-to-fuck-in-public-2173306.html |
| March 2012 | PA0001738616 | 5790 | 3396959, 3379745, 3273365 | http://www.jizzhut.com/videos/ariel-x-karrlie-dawn---naked-catfighting-122415.html |
| March 2012 | PA0001780951 | 5839 | 3396959, 3379745 | http://www.jizzhut.com/videos/princess-donna-and-vai-2287384.html |
| March 2012 | PA0001738616 | 5888 | 3396959, 3379745, 3273365 | http://www.jizzhut.com/videos/winner-fucks-the-loser--143908.html |
| March 2012 | PA0001736930 | 6077 | 3396959, 3379745 | http://www.jizzhut.com/videos/elyse-machines-5-180627.html |
| March 2012 | PA0001736930 | 6164 | 3396959, 3379745 | http://www.jizzhut.com/videos/lesbians-dominate-a-straight-girl-2271140.html |
| March 2012 | PA0001736930 | 6166 | 3396959, 3379745, 3273365 | http://www.jizzhut.com/videos/vendetta-and-kira-fucking-wrestling-119587.html |
| March 2012 | PA0001780912 | 6303 | 3396959, 3379745 | http://www.jizzhut.com/videos/cecilia-vega-bdsm--2295553.html |
| March 2012 | PA0001780912 | 6303 | 3396959, 3379745 | http://www.jizzhut.com/videos/cecilia-vega-bdsm-with-princess-donna-2295873.html |
| March 2012 | PA0001736930 | 6325 | 3396959, 3379745, 3273365 | http://www.jizzhut.com/videos/catfight-152990.html |
| March 2012 | PA0001736930 | 6372 | 3396959, 3379745, 3899554 | http://www.jizzhut.com/videos/crazy-slut-gets-fucked-in-a-cake-factory-2174274.html |
| March 2012 | PA0001736930 | 6399 | 3396959, 3379745, 3273365 | http://www.jizzhut.com/videos/two-newcomers-battle-on-a-wrestling-mat--153086.html |
| March 2012 | PA0001736930 | 6424 | 3396959, 3379745, 3899554 | http://www.jizzhut.com/videos/a-fucken-corner-store-fuck-2174275.html |
| March 2012 | PA0001781457 | 6514 | 3396959, 3379745, 3338653 | http://www.jizzhut.com/videos/felony-steve-holmes-erik-everhard-hogtied--146691.html |
| March 2012 | PA0001736930 | 6590 | 3396959, 3379745 | http://www.jizzhut.com/videos/hot-first-time-machine-fucker-2173305.html |
| March 2012 | PA0001736930 | 6629 | 3396959, 3379745 | http://www.jizzhut.com/videos/two-lezbos-elbow-deep-in-love-2172748.html |
| March 2012 | PA0001736930 | 6630 | 3396959, 3379745, 3273365 | http://www.jizzhut.com/videos/friends-become-enemies-on-wrestling-mat--153204.html |
| March 2012 | PA0001736930 | 6648 | 3396959, 3379745 | http://www.jizzhut.com/videos/awesome-ass-and-pussy-play-2179899.html |
| March 2012 | PA0001736930 | 6668 | 3396959, 3379745 | http://www.jizzhut.com/videos/kinky-ass-lovers-threesome-2180549.html |
| March 2012 | PA0001736930 | 6860 | 3396959, 3379745 | http://www.jizzhut.com/videos/machine-dps-the-shit-out-of-her-2173709.html |
| March 2012 | PA0001736930 | 6887 | 3396959, 3379745 | http://www.jizzhut.com/videos/nice-girl-gets-machine-fucked-2173716.html |
| March 2012 | PA0001736930 | 6905 | 3396959, 3379745 | http://www.jizzhut.com/videos/check-out-the-tongue-licking-machine-2176469.html |
| March 2012 | PA0001736930 | 6924 | 3396959, 3379745 | http://www.jizzhut.com/videos/kinky-orgy-breaks-out-in-operation-room-2247177.html |
| March 2012 | PA0001736930 | 6971 | 3396959, 3379745 | http://www.jizzhut.com/videos/geek-girl-prefers-machines-to-cock-2177573.html |
| March 2012 | PA0001736930 | 6974 | 3396959, 3379745 | http://www.jizzhut.com/videos/gorgeous-brunette-first-time-machine-fuck-2179752.html |
| March 2012 | PA0001736930 | 6999 | 3396959, 3379745 | http://www.jizzhut.com/videos/cute-brunette-gets-fucked-by-machines-2181142.html |
| March 2012 | PA0001736930 | 7137 | 3396959, 3379745 | http://www.jizzhut.com/videos/sindee-jennings--fucking-machines-2258555.html |
| March 2012 | PA0001736930 | 7151 | 3396959, 3379745 | http://www.jizzhut.com/videos/pretty-blonde-goes-for-a-ride-on-fucking-machine-148045.html |
| March 2012 | PA0001736930 | 7181 | 3396959, 3379745 | http://www.jizzhut.com/videos/hot-lesbians-bdsm-2274406.html |
| March 2012 | PA0001736930 | 7382 | 3396959, 3379745 | http://www.jizzhut.com/videos/wired-pussy-2158826.html |
| March 2012 | PA0001736930 | 7382 | 3396959, 3379745 | http://www.jizzhut.com/videos/pepper-foxxx-lesbian-bondage-215286.html |
| March 2012 | PA0001736930 | 7529 | 3396959, 3379745 | http://www.jizzhut.com/videos/tori-black--fucking-machines-2255574.html |

| | | | | |
|---|---|---|---|---|
| March 2012 | PA0001736930 | 7529 | 3396959, 3379745 | http://www.jizzhut.com/videos/tori-black-fucking-machine--anal-vol-1-2220339.html |
| March 2012 | PA0001736929 | 8037 | 3396959, 3379745, 3899554 | http://www.jizzhut.com/videos/abused-in-bar-2-of-2-2207588.html |
| March 2012 | PA0001736929 | 8118 | 3396959, 3379745 | http://www.jizzhut.com/videos/tia-ling-gets-rough-anal-in-device-bondage-182343.html |
| March 2012 | PA0001736929 | 8351 | 3396959, 3379745, 3899554 | http://www.jizzhut.com/videos/tia-ling-bdsm-pt-2-2306960.html |
| March 2012 | PA0001736929 | 8574 | 3396959, 3379745 | http://www.jizzhut.com/videos/breann-benson-being-fucked-hard-by-machine-2354716.html |
| March 2012 | PA0001771563 | 9423 | 3396959, 3379745 | http://www.jizzhut.com/videos/sex-machines-2214553.html |
| March 2012 | PA0001771488 | 9466 | 3396959, 3379745 | http://www.jizzhut.com/videos/device-bondage-lindy-lane-2264614.html |
| March 2012 | PA0001769360 | 9527 | 3396959, 3379745 | http://www.jizzhut.com/videos/bdsm-gangbang--2179103.html |
| March 2012 | PA0001769021 | 9849 | 3396959, 3379745, 3338653 | http://www.jizzhut.com/videos/bdsm-big-tit-teen-2-2187747.html |
| March 2012 | PA0001769021 | 9849 | 3396959, 3379745, 3338653 | http://www.jizzhut.com/videos/bdsm-big-tit-teen-2291487.html |
| March 2012 | PA0001767775 | 10043 | 3396959, 3379745 | http://www.jizzhut.com/videos/machine-fucked-at-the-pub-2172757.html |
| March 2012 | PA0001768918 | 10089 | 3396959, 3379745, 3338653 | http://www.jizzhut.com/videos/fuckmeat-2181052.html |
| March 2012 | PA0001767843 | 10091 | 3396959, 3379745 | http://www.jizzhut.com/videos/girl-tied-to-bench-with-legs-up-getting-asshole-fucked-2165490.html |
| March 2012 | PA0001768889 | 10315 | 3396959, 3379745, 3273365 | http://www.jizzhut.com/videos/wrestling-fuck-02-2198567.html |
| March 2012 | PA0001768843 | 10383 | 3396959, 3379745 | http://www.jizzhut.com/videos/wife-surprises-sub-slut-and-hubby-2172753.html |
| March 2012 | PA0001768625 | 10434 | 3396959, 3379745, 3273365 | http://www.jizzhut.com/videos/two-chicks-in-a-sex-wrestling-comp-2172756.html |
| March 2012 | PA0001765157 | 10909 | 3396959, 3379745, 3273365 | http://www.jizzhut.com/videos/wrestling-fuck--2198588.html |
| March 2012 | PA0001765087 | 11056 | 3396959, 3379745, 3899553 | http://www.jizzhut.com/videos/ariel-x-bdsm-2-part-1-2276747.html |
| March 2012 | PA0001765087 | 11056 | 3396959, 3379745, 3899553 | http://www.jizzhut.com/videos/ariel-x-bdsm-4-2295288.html |
| March 2012 | PA0001765162 | 11163 | 3396959, 3379745, 3870498 | http://www.jizzhut.com/videos/male-domination-2262792.html |
| March 2012 | PA0001769033 | 11182 | 3396959, 3379745, 3273365 | http://www.jizzhut.com/videos/wrestling-ends-in-hot-domination--2270176.html |
| March 2012 | PA0001769033 | 11182 | 3396959, 3379745, 3273365 | http://www.jizzhut.com/videos/wrestling-fuck-03-2198434.html |
| March 2012 | PA0001766566 | 11229 | 3396959, 3379745 | http://www.jizzhut.com/videos/holly-heart-bdsm-4--2305524.html |
| March 2012 | PA0001766566 | 11229 | 3396959, 3379745 | http://www.jizzhut.com/videos/holly-heart-bdsm-2305868.html |
| March 2012 | PA0001763863 | 12414 | 3396959, 3379745 | http://www.jizzhut.com/videos/dragon-lily-bdsm-part-1-2269723.html |
| March 2012 | PA0001763701 | 13247 | 3396959, 3379745, 3273365 | http://www.jizzhut.com/videos/samantha-takes-on-jesse-cox-2294877.html |
| March 2012 | PA0001763464 | 13703 | 3396959, 3379745 | http://www.jizzhut.com/videos/annie-cruz-fuck-machine---2287399.html |
| March 2012 | PA0001763534 | 13862 | 3396959, 3379745, 3899553 | http://www.jizzhut.com/videos/day-2-skin-diamond-2259502.html |
| March 2012 | PA0001763768 | 14417 | 3396959, 3379745, 3338653 | http://www.jizzhut.com/videos/skin-diamond-bdsm-1--2303092.html |
| March 2012 | PA0001762437 | 14418 | 3396959, 3379745, 3338653 | http://www.jizzhut.com/videos/skin-diamond-bdsm-1-2303116.html |
| March 2012 | PA0001762435 | 14419 | 3396959, 3379745, 3338653 | http://www.jizzhut.com/videos/skin-diamond-bdsm-1-part-3-2303088.html |
| March 2012 | | 14427 | 3396959, 3379745, 3899553 | http://www.jizzhut.com/videos/lorelei-leeday-4-2333568.html |
| March 2012 | | 14595 | 3396959, 3379745, 3338653 | http://www.jizzhut.com/videos/dont-fucking-cum-2293364.html |
| March 2012 | PA0001763549 | 15161 | 3396959, 3379745 | http://www.jizzhut.com/videos/dia-zerva-and-ariel-x-part-2-2279474.html |
| March 2012 | PA0001764837 | 15187 | 3396959, 3379745 | http://www.jizzhut.com/videos/kinky-redhead-2318718.html |
| March 2012 | PA0001764829 | 15190 | 3396959, 3379745 | http://www.jizzhut.com/videos/fucking-machines-and-alysa-2305833.html |
| March 2012 | PA0001762879 | 15233 | 3396959, 3379745, 3338653 | http://www.jizzhut.com/videos/a-brooke-tied-on-a-chair-2286341.html |
| March 2012 | PA0001813485 | 15438 | 3396959, 3379745 | http://www.jizzhut.com/videos/airport-cavity-search-2287683.html |
| March 2012 | PA0001766710 | 16136 | 3396959, 3379745 | http://www.jizzhut.com/videos/some-like-it-rough-2337293.html |
| March 2012 | | 16723 | 3396959, 3379745 | http://www.jizzhut.com/videos/bondage-domination-compilation-2360731.html |
| March 2012 | | 306 | 3396959, 3379745, 3338653 | http://www.jizzonline.com/videos/babydoll-worked-over-in-the-stocks--2167749.html |
| March 2012 | | 603 | 3396959, 3379745, 3338653 | http://www.jizzonline.com/videos/babydoll-bdsm--2293258.html |
| March 2012 | | 1895 | 3396959, 3379745, 3338653 | http://www.jizzonline.com/videos/maya-bdsm-2-2292013.html |
| March 2012 | | 1895 | 3396959, 3379745, 3338653 | http://www.jizzonline.com/videos/maya-bdsm-1-2259384.html |
| March 2012 | | 1897 | 3396959, 3379745 | http://www.jizzonline.com/videos/maya-bdsm-with-selina-minx-2305877.html |
| March 2012 | | 1916 | 3396959, 3379745, 3338653 | http://www.jizzonline.com/videos/jade-marxx-bdsm-part-2-2212938.html |
| March 2012 | | 1916 | 3396959, 3379745, 3338653 | http://www.jizzonline.com/videos/jade-marxx-bdsm-part-1-2213033.html |
| March 2012 | | 2092 | 3396959, 3379745, 3338653 | http://www.jizzonline.com/videos/sinnamon-love-bdsm-smg-2181247.html |
| March 2012 | | 2241 | 3396959, 3379745, 3273365 | http://www.jizzonline.com/videos/wrestling-fuck-08-2200680.html |

| March 2012 | | 2486 | 3396959, 3379745 | http://www.jizzonline.com/videos/sydnee-capri-bdsm-2-with-princes-donna-2319032.html |
| March 2012 | | 2645 | 3396959, 3379745 | http://www.jizzonline.com/videos/chanta-rose-and-jasmine-byrne-2287756.html |
| March 2012 | | 2780 | 3396959, 3379745 | http://www.jizzonline.com/videos/dragonlily-bdsm-3-with-princess-donna-2308479.html |
| March 2012 | | 2786 | 3396959, 3379745, 3338653 | http://www.jizzonline.com/videos/sydnee-capri-bdsm-pt1-2201369.html |
| March 2012 | | 2786 | 3396959, 3379745, 3338653 | http://www.jizzonline.com/videos/sydnee-capri-bdsm-pt2-2201288.html |
| March 2012 | PA0001781596 | 2891 | 3396959, 3379745 | http://www.jizzonline.com/videos/sydnee-capri-bdsm-4-2203078.html |
| March 2012 | PA0001781596 | 2891 | 3396959, 3379745 | http://www.jizzonline.com/videos/sydnee-capri-bdsm-3-with-princess-donna-2308434.html |
| March 2012 | | 3043 | 3396959, 3379745 | http://www.jizzonline.com/videos/brunette-submits-to-bdsm-session-2305879.html |
| March 2012 | | 3074 | 3396959, 3379745, 3338653 | http://www.jizzonline.com/videos/bdsm--asian-kat-2204987.html |
| March 2012 | | 3148 | 3396959, 3379745, 3338653 | http://www.jizzonline.com/videos/keeani-lei-bdsm-1-2290500.html |
| March 2012 | | 3487 | 3396959, 3379745 | http://www.jizzonline.com/videos/ava-devine-bdsm-3-2308783.html |
| March 2012 | PA0001784428 | 3544 | 3396959, 3273365, 3379745 | http://www.jizzonline.com/videos/hot-strapon-wrestling-146587.html |
| March 2012 | | 3609 | 3396959, 3379745, 3338653 | http://www.jizzonline.com/videos/tia-tanaka-pussy-torture-192020.html |
| March 2012 | | 3745 | 3396959, 3379745, 3273365 | http://www.jizzonline.com/videos/championship-tournament--152658.html |
| March 2012 | | 3799 | 3396959, 3379745 | http://www.jizzonline.com/videos/wired-pussy-11-2164719.html |
| March 2012 | | 3874 | 3396959, 3379745 | http://www.jizzonline.com/videos/three-girls-and-the-dildo-machines-2176731.html |
| March 2012 | | 3880 | 3396959, 3379745 | http://www.jizzonline.com/videos/jada-fire-sex-and-submission-2252785.html |
| March 2012 | PA0001736931 | 3998 | 3396959, 3379745, 3273365 | http://www.jizzonline.com/videos/female-wrestling--2268766.html |
| March 2012 | | 4025 | 3396959, 3379745 | http://www.jizzonline.com/videos/jade-marxxx-bdsm-1-with-princess-donna-2282022.html |
| March 2012 | | 4033 | 3396959, 3379745 | http://www.jizzonline.com/videos/sex-and-submission--2172804.html |
| March 2012 | | 4036 | 3396959, 3379745, 3273365 | http://www.jizzonline.com/videos/wrestling-fuck-01-2196059.html |
| March 2012 | PA0001736931 | 4116 | 3396959, 3379745, 3273365 | http://www.jizzonline.com/videos/hot-sex-wrestling-action!--142027.html |
| March 2012 | PA0001780853 | 4136 | 3396959, 3379745 | http://www.jizzonline.com/videos/sammie-rhodes-fucking-machine-147804.html |
| March 2012 | PA0001736931 | 4670 | 3396959, 3379745 | http://www.jizzonline.com/videos/sasha-bound-to-a-table-2274969.html |
| March 2012 | PA0001736931 | 4670 | 3396959, 3379745 | http://www.jizzonline.com/videos/sasha-bdsm-------------2274965.html |
| March 2012 | PA0001738616 | 4814 | 3396959, 3379745 | http://www.jizzonline.com/videos/bound-and-gagged-by-cock-2172520.html |
| March 2012 | PA0001738616 | 4936 | 3396959, 3379745, 3899553 | http://www.jizzonline.com/videos/the-training-of-a-slave--2283240.html |
| March 2012 | PA0001780818 | 4957 | 3396959, 3379745 | http://www.jizzonline.com/videos/isis-love-dominates-vai-bdsm--2293212.html |
| March 2012 | PA0001738616 | 5023 | 3396959, 3379745, 3273365 | http://www.jizzonline.com/videos/two-chicks-battle-will-lorena-be-0-2-2177643.html |
| March 2012 | PA0001738616 | 5034 | 3396959, 3379745, 3273365 | http://www.jizzonline.com/videos/wrestling:-winner-fucks-the-losers-pussy-2177644.html |
| March 2012 | PA0001738616 | 5034 | 3396959, 3379745, 3273365 | http://www.jizzonline.com/videos/dana-dearmond-and-harmony-strapon-sex-wrestling-146646.html |
| March 2012 | PA0001738616 | 5045 | 3396959, 3379745, 3273365 | http://www.jizzonline.com/videos/hot-catfighting-loser-ger-strapon-fucking-124613.html |
| March 2012 | PA0001738616 | 5045 | 3396959, 3379745, 3273365 | http://www.jizzonline.com/videos/eva-gets-her-ass-handed-to-her-2179786.html |
| March 2012 | PA0001770431 | 5118 | 3396959, 3379745, 3899553 | http://www.jizzonline.com/videos/the-training-of-amber-rayne---day-4-2258663.html |
| March 2012 | PA0001773280 | 5223 | 3396959, 3379745 | http://www.jizzonline.com/videos/mya-anal-tied-2335211.html |
| March 2012 | PA0001772215 | 5307 | 3396959, 3379745 | http://www.jizzonline.com/videos/all-tied-up-and-ready-to-blow-2170590.html |
| March 2012 | PA0001772450 | 5328 | 3396959, 3379745 | http://www.jizzonline.com/videos/circe-borges-bdsm-2287746.html |
| March 2012 | PA0001772017 | 5456 | 3396959, 3379745, 3338653 | http://www.jizzonline.com/videos/busty-blonde-bound-on-a-chair-2165487.html |
| March 2012 | PA0001772958 | 5555 | 3396959, 3379745, 3338653 | http://www.jizzonline.com/videos/bdsm-lesbian-rope-bondage-2211381.html |
| March 2012 | PA0001780838 | 5776 | 3396959, 3379745 | http://www.jizzonline.com/videos/slut-forced-to-fuck-in-public-2173306.html |
| March 2012 | PA0001738616 | 5790 | 3396959, 3379745, 3273365 | http://www.jizzonline.com/videos/ariel-x-karrlie-dawn---naked-catfighting-122415.html |
| March 2012 | PA0001780951 | 5839 | 3396959, 3379745 | http://www.jizzonline.com/videos/princess-donna-and-vai-2287384.html |
| March 2012 | PA0001738616 | 5888 | 3396959, 3379745, 3273365 | http://www.jizzonline.com/videos/winner-fucks-the-loser--143908.html |
| March 2012 | PA0001736930 | 6077 | 3396959, 3379745 | http://www.jizzonline.com/videos/elyse-machines-5-180627.html |
| March 2012 | PA0001736930 | 6164 | 3396959, 3379745 | http://www.jizzonline.com/videos/lesbians-dominate-a-straight-girl-2271140.html |
| March 2012 | PA0001736930 | 6166 | 3396959, 3379745, 3273365 | http://www.jizzonline.com/videos/vendetta-and-kira-fucking-wrestling-119587.html |
| March 2012 | PA0001780912 | 6303 | 3396959, 3379745 | http://www.jizzonline.com/videos/cecilia-vega-bdsm--2295553.html |
| March 2012 | PA0001780912 | 6303 | 3396959, 3379745 | http://www.jizzonline.com/videos/cecilia-vega-bdsm-with-princess-donna-2295873.html |
| March 2012 | PA0001736930 | 6325 | 3396959, 3379745, 3273365 | http://www.jizzonline.com/videos/catfight-152990.html |

| March 2012 | PA0001736930 | 6372 | 3396959, 3379745, 3899554 | http://www.jizzonline.com/videos/crazy-slut-gets-fucked-in-a-cake-factory-2174274.html |
| March 2012 | PA0001736930 | 6399 | 3396959, 3379745, 3273365 | http://www.jizzonline.com/videos/two-newcomers-battle-on-a-wrestling-mat--153086.html |
| March 2012 | PA0001736930 | 6424 | 3396959, 3379745, 3899554 | http://www.jizzonline.com/videos/a-fucken-corner-store-fuck-2174275.html |
| March 2012 | PA0001781457 | 6514 | 3396959, 3379745, 3338653 | http://www.jizzonline.com/videos/felony-steve-holmes-erik-everhard-hogtied--146691.html |
| March 2012 | PA0001736930 | 6590 | 3396959, 3379745 | http://www.jizzonline.com/videos/hot-first-time-machine-fucker-2173305.html |
| March 2012 | PA0001736930 | 6629 | 3396959, 3379745 | http://www.jizzonline.com/videos/two-lezbos-elbow-deep-in-love-2172748.html |
| March 2012 | PA0001736930 | 6630 | 3396959, 3379745, 3273365 | http://www.jizzonline.com/videos/friends-become-enemies-on-wrestling-mat--153204.html |
| March 2012 | PA0001736930 | 6648 | 3396959, 3379745 | http://www.jizzonline.com/videos/awesome-ass-and-pussy-play-2179899.html |
| March 2012 | PA0001736930 | 6668 | 3396959, 3379745 | http://www.jizzonline.com/videos/kinky-ass-lovers-threesome-2180549.html |
| March 2012 | PA0001736930 | 6860 | 3396959, 3379745 | http://www.jizzonline.com/videos/machine-dps-the-shit-out-of-her-2173709.html |
| March 2012 | PA0001736930 | 6887 | 3396959, 3379745 | http://www.jizzonline.com/videos/nice-girl-gets-machine-fucked-2173716.html |
| March 2012 | PA0001736930 | 6905 | 3396959, 3379745 | http://www.jizzonline.com/videos/check-out-the-tongue-licking-machine-2176469.html |
| March 2012 | PA0001736930 | 6924 | 3396959, 3379745 | http://www.jizzonline.com/videos/kinky-orgy-breaks-out-in-operation-room-2247177.html |
| March 2012 | PA0001736930 | 6971 | 3396959, 3379745 | http://www.jizzonline.com/videos/geek-girl-prefers-machines-to-cock-2177573.html |
| March 2012 | PA0001736930 | 6974 | 3396959, 3379745 | http://www.jizzonline.com/videos/gorgeous-brunette-first-time-machine-fuck-2179752.html |
| March 2012 | PA0001736930 | 6999 | 3396959, 3379745 | http://www.jizzonline.com/videos/cute-brunette-gets-fucked-by-machines-2181142.html |
| March 2012 | PA0001736930 | 7137 | 3396959, 3379745 | http://www.jizzonline.com/videos/sindee-jennings--fucking-machines-2258555.html |
| March 2012 | PA0001736930 | 7151 | 3396959, 3379745 | http://www.jizzonline.com/videos/pretty-blonde-goes-for-a-ride-on-fucking-machine-148045.html |
| March 2012 | PA0001736930 | 7181 | 3396959, 3379745 | http://www.jizzonline.com/videos/hot-lesbians-bdsm-2274406.html |
| March 2012 | PA0001736930 | 7382 | 3396959, 3379745 | http://www.jizzonline.com/videos/wired-pussy-2158826.html |
| March 2012 | PA0001736930 | 7382 | 3396959, 3379745 | http://www.jizzonline.com/videos/pepper-foxxx-lesbian-bondage-215286.html |
| March 2012 | PA0001736930 | 7529 | 3396959, 3379745 | http://www.jizzonline.com/videos/tori-black--fucking-machines-2255574.html |
| March 2012 | PA0001736930 | 7529 | 3396959, 3379745 | http://www.jizzonline.com/videos/tori-black-fucking-machine--anal-vol-1-2220339.html |
| March 2012 | PA0001736929 | 8037 | 3396959, 3379745, 3899554 | http://www.jizzonline.com/videos/abused-in-bar-2-of-2-2207588.html |
| March 2012 | PA0001736929 | 8118 | 3396959, 3379745 | http://www.jizzonline.com/videos/tia-ling-gets-rough-anal-in-device-bondage-182343.html |
| March 2012 | PA0001736929 | 8351 | 3396959, 3379745, 3899554 | http://www.jizzonline.com/videos/tia-ling-bdsm-pt-2-2306960.html |
| March 2012 | PA0001736929 | 8574 | 3396959, 3379745 | http://www.jizzonline.com/videos/breann-benson-being-fucked-hard-by-machine-2354716.html |
| March 2012 | PA0001771563 | 9423 | 3396959, 3379745 | http://www.jizzonline.com/videos/sex-machines-2214553.html |
| March 2012 | PA0001771488 | 9466 | 3396959, 3379745 | http://www.jizzonline.com/videos/device-bondage-lindy-lane-2264614.html |
| March 2012 | PA0001769360 | 9527 | 3396959, 3379745 | http://www.jizzonline.com/videos/bdsm-gangbang--2179103.html |
| March 2012 | PA0001769021 | 9849 | 3396959, 3379745, 3338653 | http://www.jizzonline.com/videos/bdsm-big-tit-teen-2-2187747.html |
| March 2012 | PA0001769021 | 9849 | 3396959, 3379745, 3338653 | http://www.jizzonline.com/videos/bdsm-big-tit-teen-2291487.html |
| March 2012 | PA0001767775 | 10043 | 3396959, 3379745 | http://www.jizzonline.com/videos/machine-fucked-at-the-pub-2172757.html |
| March 2012 | PA0001768918 | 10089 | 3396959, 3379745, 3338653 | http://www.jizzonline.com/videos/fuckmeat-2181052.html |
| March 2012 | PA0001767843 | 10091 | 3396959, 3379745 | http://www.jizzonline.com/videos/girl-tied-to-bench-with-legs-up-getting-asshole-fucked-2165490.html |
| March 2012 | PA0001768889 | 10315 | 3396959, 3379745, 3273365 | http://www.jizzonline.com/videos/wrestling-fuck-02-2198567.html |
| March 2012 | PA0001768843 | 10383 | 3396959, 3379745 | http://www.jizzonline.com/videos/wife-surprises-sub-slut-and-hubby-2172753.html |
| March 2012 | PA0001768625 | 10434 | 3396959, 3379745, 3273365 | http://www.jizzonline.com/videos/two-chicks-in-a-sex-wrestling-comp-2172756.html |
| March 2012 | PA0001765157 | 10909 | 3396959, 3379745, 3273365 | http://www.jizzonline.com/videos/wrestling-fuck--2198588.html |
| March 2012 | PA0001765087 | 11056 | 3396959, 3379745, 3899553 | http://www.jizzonline.com/videos/ariel-x-bdsm-2-part-1-2276747.html |
| March 2012 | PA0001765087 | 11056 | 3396959, 3379745, 3899553 | http://www.jizzonline.com/videos/ariel-x-bdsm-4-2295288.html |
| March 2012 | PA0001765162 | 11163 | 3396959, 3379745, 3870498 | http://www.jizzonline.com/videos/male-domination-2262792.html |
| March 2012 | PA0001769033 | 11182 | 3396959, 3379745, 3273365 | http://www.jizzonline.com/videos/wrestling-ends-in-hot-domination--2270176.html |
| March 2012 | PA0001769033 | 11182 | 3396959, 3379745, 3273365 | http://www.jizzonline.com/videos/wrestling-fuck-03-2198434.html |
| March 2012 | PA0001766566 | 11229 | 3396959, 3379745 | http://www.jizzonline.com/videos/holly-heart-bdsm-4--2305524.html |
| March 2012 | PA0001766566 | 11229 | 3396959, 3379745 | http://www.jizzonline.com/videos/holly-heart-bdsm-2305868.html |
| March 2012 | PA0001763863 | 12414 | 3396959, 3379745 | http://www.jizzonline.com/videos/dragon-lily-bdsm-part-1-2269723.html |
| March 2012 | PA0001763701 | 13247 | 3396959, 3379745, 3273365 | http://www.jizzonline.com/videos/samantha-takes-on-jesse-cox-2294877.html |
| March 2012 | PA0001763464 | 13703 | 3396959, 3379745 | http://www.jizzonline.com/videos/annie-cruz-fuck-machine---2287399.html |

| | | | | |
|---|---|---|---|---|
| March 2012 | PA0001763534 | 13862 | 3396959, 3379745, 3899553 | http://www.jizzonline.com/videos/day-2-skin-diamond-2259502.html |
| March 2012 | PA0001763768 | 14417 | 3396959, 3379745, 3338653 | http://www.jizzonline.com/videos/skin-diamond-bdsm-1--2303092.html |
| March 2012 | PA0001762437 | 14418 | 3396959, 3379745, 3338653 | http://www.jizzonline.com/videos/skin-diamond-bdsm-1-2303116.html |
| March 2012 | PA0001762435 | 14419 | 3396959, 3379745, 3338653 | http://www.jizzonline.com/videos/skin-diamond-bdsm-1-part-3-2303088.html |
| March 2012 | | 14427 | 3396959, 3379745, 3899553 | http://www.jizzonline.com/videos/lorelei-leeday-4-2333568.html |
| March 2012 | | 14595 | 3396959, 3379745, 3338653 | http://www.jizzonline.com/videos/dont-fucking-cum-2293364.html |
| March 2012 | PA0001763549 | 15161 | 3396959, 3379745 | http://www.jizzonline.com/videos/dia-zerva-and-ariel-x-part-2-2279474.html |
| March 2012 | PA0001764837 | 15187 | 3396959, 3379745 | http://www.jizzonline.com/videos/kinky-redhead-2318718.html |
| March 2012 | PA0001764829 | 15190 | 3396959, 3379745 | http://www.jizzonline.com/videos/fucking-machines-and-alysa-2305833.html |
| March 2012 | PA0001762879 | 15233 | 3396959, 3379745, 3338653 | http://www.jizzonline.com/videos/a-brooke-tied-on-a-chair-2286341.html |
| March 2012 | PA0001813485 | 15438 | 3396959, 3379745 | http://www.jizzonline.com/videos/airport-cavity-search-2287683.html |
| March 2012 | PA0001766710 | 16136 | 3396959, 3379745 | http://www.jizzonline.com/videos/some-like-it-rough-2337293.html |
| March 2012 | | 16723 | 3396959, 3379745 | http://www.jizzonline.com/videos/bondage-domination-compilation-2360731.html |
| March 2012 | | 306 | 3396959, 3379745, 3338653 | http://www.moviesguy.com/videos/babydoll-worked-over-in-the-stocks--2167749.html |
| March 2012 | | 603 | 3396959, 3379745, 3338653 | http://www.moviesguy.com/videos/babydoll-bdsm--2293258.html |
| March 2012 | | 1895 | 3396959, 3379745, 3338653 | http://www.moviesguy.com/videos/maya-bdsm-2-2292013.html |
| March 2012 | | 1895 | 3396959, 3379745, 3338653 | http://www.moviesguy.com/videos/maya-bdsm-1-2259384.html |
| March 2012 | | 1897 | 3396959, 3379745 | http://www.moviesguy.com/videos/maya-bdsm-with-selina-minx-2305877.html |
| March 2012 | | 1916 | 3396959, 3379745, 3338653 | http://www.moviesguy.com/videos/jade-marxx-bdsm-part-2-2212938.html |
| March 2012 | | 1916 | 3396959, 3379745, 3338653 | http://www.moviesguy.com/videos/jade-marxx-bdsm-part-1-2213033.html |
| March 2012 | | 2092 | 3396959, 3379745, 3338653 | http://www.moviesguy.com/videos/sinnamon-love-bdsm-smg-2181247.html |
| March 2012 | | 2241 | 3396959, 3379745, 3273365 | http://www.moviesguy.com/videos/wrestling-fuck-08-2200680.html |
| March 2012 | | 2486 | 3396959, 3379745 | http://www.moviesguy.com/videos/sydnee-capri-bdsm-2-with-princes-donna-2319032.html |
| March 2012 | | 2645 | 3396959, 3379745 | http://www.moviesguy.com/videos/chanta-rose-and-jasmine-byrne-2287756.html |
| March 2012 | | 2780 | 3396959, 3379745 | http://www.moviesguy.com/videos/dragonlily-bdsm-3-with-princess-donna-2308479.html |
| March 2012 | | 2786 | 3396959, 3379745, 3338653 | http://www.moviesguy.com/videos/sydnee-capri-bdsm-pt1-2201369.html |
| March 2012 | | 2786 | 3396959, 3379745, 3338653 | http://www.moviesguy.com/videos/sydnee-capri-bdsm-pt2-2201288.html |
| March 2012 | PA0001781596 | 2891 | 3396959, 3379745 | http://www.moviesguy.com/videos/sydnee-capri-bdsm-4-2203078.html |
| March 2012 | PA0001781596 | 2891 | 3396959, 3379745 | http://www.moviesguy.com/videos/sydnee-capri-bdsm-3-with-princess-donna-2308434.html |
| March 2012 | | 3043 | 3396959, 3379745 | http://www.moviesguy.com/videos/brunette-submits-to-bdsm-session-2305879.html |
| March 2012 | | 3074 | 3396959, 3379745, 3338653 | http://www.moviesguy.com/videos/bdsm--asian-kat-2204987.html |
| March 2012 | | 3148 | 3396959, 3379745, 3338653 | http://www.moviesguy.com/videos/keeani-lei-bdsm-1-2290500.html |
| March 2012 | | 3487 | 3396959, 3379745 | http://www.moviesguy.com/videos/ava-devine-bdsm-3-2308783.html |
| March 2012 | PA0001784428 | 3544 | 3396959, 3273365, 3379745 | http://www.moviesguy.com/videos/hot-strapon-wrestling-146587.html |
| March 2012 | | 3609 | 3396959, 3379745, 3338653 | http://www.moviesguy.com/videos/tia-tanaka-pussy-torture-192020.html |
| March 2012 | | 3745 | 3396959, 3379745, 3273365 | http://www.moviesguy.com/videos/championship-tournament--152658.html |
| March 2012 | | 3799 | 3396959, 3379745 | http://www.moviesguy.com/videos/wired-pussy-11-2164719.html |
| March 2012 | | 3874 | 3396959, 3379745 | http://www.moviesguy.com/videos/three-girls-and-the-dildo-machines-2176731.html |
| March 2012 | | 3880 | 3396959, 3379745 | http://www.moviesguy.com/videos/jada-fire-sex-and-submission-2252785.html |
| March 2012 | PA0001736931 | 3998 | 3396959, 3379745, 3273365 | http://www.moviesguy.com/videos/female-wrestling--2268766.html |
| March 2012 | | 4025 | 3396959, 3379745 | http://www.moviesguy.com/videos/jade-marxxx-bdsm-1-with-princess-donna-2282022.html |
| March 2012 | | 4033 | 3396959, 3379745 | http://www.moviesguy.com/videos/sex-and-submission--2172804.html |
| March 2012 | | 4036 | 3396959, 3379745, 3273365 | http://www.moviesguy.com/videos/wrestling-fuck-01-2196059.html |
| March 2012 | PA0001736931 | 4116 | 3396959, 3379745, 3273365 | http://www.moviesguy.com/videos/hot-sex-wrestling-action!--142027.html |
| March 2012 | PA0001780853 | 4136 | 3396959, 3379745 | http://www.moviesguy.com/videos/sammie-rhodes-fucking-machine-147804.html |
| March 2012 | PA0001736931 | 4670 | 3396959, 3379745 | http://www.moviesguy.com/videos/sasha-bound-to-a-table-2274969.html |
| March 2012 | PA0001736931 | 4670 | 3396959, 3379745 | http://www.moviesguy.com/videos/sasha-bdsm------------2274965.html |
| March 2012 | PA0001738616 | 4814 | 3396959, 3379745 | http://www.moviesguy.com/videos/bound-and-gagged-by-cock-2172520.html |
| March 2012 | PA0001738616 | 4936 | 3396959, 3379745, 3899553 | http://www.moviesguy.com/videos/the-training-of-a-slave--2283240.html |

| | | | | |
|---|---|---|---|---|
| March 2012 | PA0001780818 | 4957 | 3396959, 3379745 | http://www.moviesguy.com/videos/isis-love-dominates-vai-bdsm--2293212.html |
| March 2012 | PA0001738616 | 5023 | 3396959, 3379745, 3273365 | http://www.moviesguy.com/videos/two-chicks-battle-will-lorena-be-0-2-2177643.html |
| March 2012 | PA0001738616 | 5034 | 3396959, 3379745, 3273365 | http://www.moviesguy.com/videos/wrestling:-winner-fucks-the-losers-pussy-2177644.html |
| March 2012 | PA0001738616 | 5034 | 3396959, 3379745, 3273365 | http://www.moviesguy.com/videos/dana-dearmond-and-harmony-strapon-sex-wrestling-146646.html |
| March 2012 | PA0001738616 | 5045 | 3396959, 3379745, 3273365 | http://www.moviesguy.com/videos/hot-catfighting-loser-ger-strapon-fucking-124613.html |
| March 2012 | PA0001738616 | 5045 | 3396959, 3379745, 3273365 | http://www.moviesguy.com/videos/eva-gets-her-ass-handed-to-her-2177591.html |
| March 2012 | PA0001770431 | 5118 | 3396959, 3379745, 3899553 | http://www.moviesguy.com/videos/the-training-of-amber-rayne---day-4-2258663.html |
| March 2012 | PA0001773280 | 5223 | 3396959, 3379745 | http://www.moviesguy.com/videos/mya-anal-tied-2335211.html |
| March 2012 | PA0001772215 | 5307 | 3396959, 3379745 | http://www.moviesguy.com/videos/all-tied-up-and-ready-to-blow-2170590.html |
| March 2012 | PA0001772450 | 5328 | 3396959, 3379745 | http://www.moviesguy.com/videos/circe-borges-bdsm-2287746.html |
| March 2012 | PA0001772017 | 5456 | 3396959, 3379745, 3338653 | http://www.moviesguy.com/videos/busty-blonde-bound-on-a-chair-2165487.html |
| March 2012 | PA0001772958 | 5555 | 3396959, 3379745, 3338653 | http://www.moviesguy.com/videos/bdsm-lesbian-rope-bondage-2211381.html |
| March 2012 | PA0001780838 | 5776 | 3396959, 3379745 | http://www.moviesguy.com/videos/slut-forced-to-fuck-in-public-2173306.html |
| March 2012 | PA0001738616 | 5790 | 3396959, 3379745, 3273365 | http://www.moviesguy.com/videos/ariel-x-karrlie-dawn---naked-catfighting-122415.html |
| March 2012 | PA0001780951 | 5839 | 3396959, 3379745 | http://www.moviesguy.com/videos/princess-donna-and-vai-2287384.html |
| March 2012 | PA0001738616 | 5888 | 3396959, 3379745, 3273365 | http://www.moviesguy.com/videos/winner-fucks-the-loser--143908.html |
| March 2012 | PA0001736930 | 6077 | 3396959, 3379745 | http://www.moviesguy.com/videos/elyse-machines-5-180627.html |
| March 2012 | PA0001736930 | 6164 | 3396959, 3379745 | http://www.moviesguy.com/videos/lesbians-dominate-a-straight-girl-2271140.html |
| March 2012 | PA0001736930 | 6166 | 3396959, 3379745, 3273365 | http://www.moviesguy.com/videos/vendetta-and-kira-fucking-wrestling-119587.html |
| March 2012 | PA0001780912 | 6303 | 3396959, 3379745 | http://www.moviesguy.com/videos/cecilia-vega-bdsm--2295553.html |
| March 2012 | PA0001780912 | 6303 | 3396959, 3379745 | http://www.moviesguy.com/videos/cecilia-vega-bdsm-with-princess-donna-2295873.html |
| March 2012 | PA0001736930 | 6325 | 3396959, 3379745, 3273365 | http://www.moviesguy.com/videos/catfight-152990.html |
| March 2012 | PA0001736930 | 6372 | 3396959, 3379745, 3899554 | http://www.moviesguy.com/videos/crazy-slut-gets-fucked-in-a-cake-factory-2174274.html |
| March 2012 | PA0001736930 | 6399 | 3396959, 3379745, 3273365 | http://www.moviesguy.com/videos/two-newcomers-battle-on-a-wrestling-mat--153086.html |
| March 2012 | PA0001736930 | 6424 | 3396959, 3379745, 3899554 | http://www.moviesguy.com/videos/a-fucken-corner-store-fuck-2174275.html |
| March 2012 | PA0001781457 | 6514 | 3396959, 3379745, 3338653 | http://www.moviesguy.com/videos/felony-steve-holmes-erik-everhard-hogtied--146691.html |
| March 2012 | PA0001736930 | 6590 | 3396959, 3379745 | http://www.moviesguy.com/videos/hot-first-time-machine-fucker-2173305.html |
| March 2012 | PA0001736930 | 6629 | 3396959, 3379745 | http://www.moviesguy.com/videos/two-lezbos-elbow-deep-in-love-2172748.html |
| March 2012 | PA0001736930 | 6630 | 3396959, 3379745, 3273365 | http://www.moviesguy.com/videos/friends-become-enemies-on-wrestling-mat--153204.html |
| March 2012 | PA0001736930 | 6648 | 3396959, 3379745 | http://www.moviesguy.com/videos/awesome-ass-and-pussy-play-2179899.html |
| March 2012 | PA0001736930 | 6668 | 3396959, 3379745 | http://www.moviesguy.com/videos/kinky-ass-lovers-threesome-2180549.html |
| March 2012 | PA0001736930 | 6860 | 3396959, 3379745 | http://www.moviesguy.com/videos/machine-dps-the-shit-out-of-her-2173709.html |
| March 2012 | PA0001736930 | 6887 | 3396959, 3379745 | http://www.moviesguy.com/videos/nice-girl-gets-machine-fucked-2173716.html |
| March 2012 | PA0001736930 | 6905 | 3396959, 3379745 | http://www.moviesguy.com/videos/check-out-the-tongue-licking-machine-2176469.html |
| March 2012 | PA0001736930 | 6924 | 3396959, 3379745 | http://www.moviesguy.com/videos/kinky-orgy-breaks-out-in-operation-room-2247177.html |
| March 2012 | PA0001736930 | 6971 | 3396959, 3379745 | http://www.moviesguy.com/videos/geek-girl-prefers-machines-to-cock-2177573.html |
| March 2012 | PA0001736930 | 6974 | 3396959, 3379745 | http://www.moviesguy.com/videos/gorgeous-brunette-first-time-machine-fuck-2179752.html |
| March 2012 | PA0001736930 | 6999 | 3396959, 3379745 | http://www.moviesguy.com/videos/cute-brunette-gets-fucked-by-machines-2181142.html |
| March 2012 | PA0001736930 | 7137 | 3396959, 3379745 | http://www.moviesguy.com/videos/sindee-jennings--fucking-machines-2258555.html |
| March 2012 | PA0001736930 | 7151 | 3396959, 3379745 | http://www.moviesguy.com/videos/pretty-blonde-goes-for-a-ride-on-fucking-machine-148045.html |
| March 2012 | PA0001736930 | 7181 | 3396959, 3379745 | http://www.moviesguy.com/videos/hot-lesbians-bdsm-2274406.html |
| March 2012 | PA0001736930 | 7382 | 3396959, 3379745 | http://www.moviesguy.com/videos/wired-pussy-2158826.html |
| March 2012 | PA0001736930 | 7382 | 3396959, 3379745 | http://www.moviesguy.com/videos/pepper-foxxx-lesbian-bondage-215286.html |
| March 2012 | PA0001736930 | 7529 | 3396959, 3379745 | http://www.moviesguy.com/videos/tori-black--fucking-machines-2255574.html |
| March 2012 | PA0001736930 | 7529 | 3396959, 3379745 | http://www.moviesguy.com/videos/tori-black-fucking-machine--anal-vol-1-2220339.html |
| March 2012 | PA0001736929 | 8037 | 3396959, 3379745, 3899554 | http://www.moviesguy.com/videos/abused-in-bar-2-of-2-2207588.html |
| March 2012 | PA0001736929 | 8118 | 3396959, 3379745 | http://www.moviesguy.com/videos/tia-ling-gets-rough-anal-in-devine-bondage-182343.html |
| March 2012 | PA0001736929 | 8351 | 3396959, 3379745, 3899554 | http://www.moviesguy.com/videos/tia-ling-bdsm-pt-2-2306960.html |
| March 2012 | PA0001736929 | 8574 | 3396959, 3379745 | http://www.moviesguy.com/videos/breann-benson-being-fucked-hard-by-machine-2354716.html |

| March 2012 | PA0001771563 | 9423 | 3396959, 3379745 | http://www.moviesguy.com/videos/sex-machines-2214553.html |
|---|---|---|---|---|
| March 2012 | PA0001771488 | 9466 | 3396959, 3379745 | http://www.moviesguy.com/videos/device-bondage-lindy-lane-2264614.html |
| March 2012 | PA0001769360 | 9527 | 3396959, 3379745 | http://www.moviesguy.com/videos/bdsm-gangbang--2179103.html |
| March 2012 | PA0001769021 | 9849 | 3396959, 3379745, 3338653 | http://www.moviesguy.com/videos/bdsm-big-tit-teen-2-2187747.html |
| March 2012 | PA0001769021 | 9849 | 3396959, 3379745, 3338653 | http://www.moviesguy.com/videos/bdsm-big-tit-teen-2291487.html |
| March 2012 | PA0001767775 | 10043 | 3396959, 3379745 | http://www.moviesguy.com/videos/machine-fucked-at-the-pub-2172757.html |
| March 2012 | PA0001768918 | 10089 | 3396959, 3379745, 3338653 | http://www.moviesguy.com/videos/fuckmeat-2181052.html |
| March 2012 | PA0001767843 | 10091 | 3396959, 3379745 | http://www.moviesguy.com/videos/girl-tied-to-bench-with-legs-up-getting-asshole-fucked-2165490.htm |
| March 2012 | PA0001768889 | 10315 | 3396959, 3379745, 3273365 | http://www.moviesguy.com/videos/wrestling-fuck-02-2198567.html |
| March 2012 | PA0001768843 | 10383 | 3396959, 3379745 | http://www.moviesguy.com/videos/wife-surprises-sub-slut-and-hubby-2172753.html |
| March 2012 | PA0001768625 | 10434 | 3396959, 3379745, 3273365 | http://www.moviesguy.com/videos/two-chicks-in-a-sex-wrestling-comp-2172756.html |
| March 2012 | PA0001765157 | 10909 | 3396959, 3379745, 3273365 | http://www.moviesguy.com/videos/wrestling-fuck--2198588.html |
| March 2012 | PA0001765087 | 11056 | 3396959, 3379745, 3899553 | http://www.moviesguy.com/videos/ariel-x-bdsm-2-part-1-2276747.html |
| March 2012 | PA0001765087 | 11056 | 3396959, 3379745, 3899553 | http://www.moviesguy.com/videos/ariel-x-bdsm-4-2295288.html |
| March 2012 | PA0001765162 | 11163 | 3396959, 3379745, 3870498 | http://www.moviesguy.com/videos/male-domination-2262792.html |
| March 2012 | PA0001769033 | 11182 | 3396959, 3379745, 3273365 | http://www.moviesguy.com/videos/wrestling-ends-in-hot-domination--2270176.html |
| March 2012 | PA0001769033 | 11182 | 3396959, 3379745, 3273365 | http://www.moviesguy.com/videos/wrestling-fuck-03-2198434.html |
| March 2012 | PA0001766566 | 11229 | 3396959, 3379745 | http://www.moviesguy.com/videos/holly-heart-bdsm-4--2305524.html |
| March 2012 | PA0001766566 | 11229 | 3396959, 3379745 | http://www.moviesguy.com/videos/holly-heart-bdsm-2305868.html |
| March 2012 | PA0001763863 | 12414 | 3396959, 3379745 | http://www.moviesguy.com/videos/dragon-lily-bdsm-part-1-2269723.html |
| March 2012 | PA0001763701 | 13247 | 3396959, 3379745, 3273365 | http://www.moviesguy.com/videos/samantha-takes-on-jesse-cox-2294877.html |
| March 2012 | PA0001763464 | 13703 | 3396959, 3379745 | http://www.moviesguy.com/videos/annie-cruz-fuck-machine---2287399.html |
| March 2012 | PA0001763534 | 13862 | 3396959, 3379745, 3899553 | http://www.moviesguy.com/videos/day-2-skin-diamond-2259502.html |
| March 2012 | PA0001763768 | 14417 | 3396959, 3379745, 3338653 | http://www.moviesguy.com/videos/skin-diamond-bdsm-1--2303092.html |
| March 2012 | PA0001762437 | 14418 | 3396959, 3379745, 3338653 | http://www.moviesguy.com/videos/skin-diamond-bdsm-1-2303116.html |
| March 2012 | PA0001762435 | 14419 | 3396959, 3379745, 3338653 | http://www.moviesguy.com/videos/skin-diamond-bdsm-1-part-3-2303088.html |
| March 2012 | | 14427 | 3396959, 3379745, 3899553 | http://www.moviesguy.com/videos/lorelei-leeday-4-2333568.html |
| March 2012 | | 14595 | 3396959, 3379745, 3338653 | http://www.moviesguy.com/videos/dont-fucking-cum-2293364.html |
| March 2012 | PA0001763549 | 15161 | 3396959, 3379745 | http://www.moviesguy.com/videos/dia-zerva-and-ariel-x-part-2-2279474.html |
| March 2012 | PA0001764837 | 15187 | 3396959, 3379745 | http://www.moviesguy.com/videos/kinky-redhead-2318718.html |
| March 2012 | PA0001764829 | 15190 | 3396959, 3379745 | http://www.moviesguy.com/videos/fucking-machines-and-alysa-2305833.html |
| March 2012 | PA0001762879 | 15233 | 3396959, 3379745, 3338653 | http://www.moviesguy.com/videos/a-brooke-tied-on-a-chair-2286341.html |
| March 2012 | PA0001813485 | 15438 | 3396959, 3379745 | http://www.moviesguy.com/videos/airport-cavity-search-2287683.html |
| March 2012 | PA0001766710 | 16136 | 3396959, 3379745 | http://www.moviesguy.com/videos/some-like-it-rough-2337293.html |
| March 2012 | | 16723 | 3396959, 3379745 | http://www.moviesguy.com/videos/bondage-domination-compilation-2360731.html |
| March 2012 | | 306 | 3396959, 3379745, 3338653 | http://www.onlyjizz.com/videos/babydoll-worked-over-in-the-stocks--2167749.html |
| March 2012 | | 603 | 3396959, 3379745, 3338653 | http://www.onlyjizz.com/videos/babydoll-bdsm--2293258.html |
| March 2012 | | 1895 | 3396959, 3379745, 3338653 | http://www.onlyjizz.com/videos/maya-bdsm-2-2292013.html |
| March 2012 | | 1895 | 3396959, 3379745, 3338653 | http://www.onlyjizz.com/videos/maya-bdsm-1-2259384.html |
| March 2012 | | 1897 | 3396959, 3379745 | http://www.onlyjizz.com/videos/maya-bdsm-with-selina-minx-2305877.html |
| March 2012 | | 1916 | 3396959, 3379745, 3338653 | http://www.onlyjizz.com/videos/jade-marxx-bdsm-part-2-2212938.html |
| March 2012 | | 1916 | 3396959, 3379745, 3338653 | http://www.onlyjizz.com/videos/jade-marxx-bdsm-part-1-2213033.html |
| March 2012 | | 2092 | 3396959, 3379745, 3338653 | http://www.onlyjizz.com/videos/sinnamon-love-bdsm-smg-2181247.html |
| March 2012 | | 2241 | 3396959, 3379745, 3273365 | http://www.onlyjizz.com/videos/wrestling-fuck-08-2200680.html |
| March 2012 | | 2486 | 3396959, 3379745 | http://www.onlyjizz.com/videos/sydnee-capri-bdsm-2-with-princes-donna-2319032.html |
| March 2012 | | 2645 | 3396959, 3379745 | http://www.onlyjizz.com/videos/chanta-rose-and-jasmine-byrne-2287756.html |
| March 2012 | | 2780 | 3396959, 3379745 | http://www.onlyjizz.com/videos/dragonlily-bdsm-3-with-princess-donna-2308479.html |
| March 2012 | | 2786 | 3396959, 3379745, 3338653 | http://www.onlyjizz.com/videos/sydnee-capri-bdsm-pt1-2201369.html |
| March 2012 | | 2786 | 3396959, 3379745, 3338653 | http://www.onlyjizz.com/videos/sydnee-capri-bdsm-pt2-2201288.html |

| March 2012 | PA0001781596 | 2891 | 3396959, 3379745 | http://www.onlyjizz.com/videos/sydnee-capri-bdsm-4-2203078.html |
|---|---|---|---|---|
| March 2012 | PA0001781596 | 2891 | 3396959, 3379745 | http://www.onlyjizz.com/videos/sydnee-capri-bdsm-3-with-princess-donna-2308434.html |
| March 2012 | | 3043 | 3396959, 3379745 | http://www.onlyjizz.com/videos/brunette-submits-to-bdsm-session-2305879.html |
| March 2012 | | 3074 | 3396959, 3379745, 3338653 | http://www.onlyjizz.com/videos/bdsm--asian-kat-2204987.html |
| March 2012 | | 3148 | 3396959, 3379745, 3338653 | http://www.onlyjizz.com/videos/keeani-lei-bdsm-1-1290500.html |
| March 2012 | | 3487 | 3396959, 3379745 | http://www.onlyjizz.com/videos/ava-devine-bdsm-3-2308783.html |
| March 2012 | PA0001784428 | 3544 | 3396959, 3273365, 3379745 | http://www.onlyjizz.com/videos/hot-strapon-wrestling-146587.html |
| March 2012 | | 3609 | 3396959, 3379745, 3338653 | http://www.onlyjizz.com/videos/tia-tanaka-pussy-torture-192020.html |
| March 2012 | | 3745 | 3396959, 3379745, 3273365 | http://www.onlyjizz.com/videos/championship-tournament--152658.html |
| March 2012 | | 3799 | 3396959, 3379745 | http://www.onlyjizz.com/videos/wired-pussy-11-2164719.html |
| March 2012 | | 3874 | 3396959, 3379745 | http://www.onlyjizz.com/videos/three-girls-and-the-dildo-machines-2176731.html |
| March 2012 | | 3880 | 3396959, 3379745 | http://www.onlyjizz.com/videos/jada-fire-sex-and-submission-2252785.html |
| March 2012 | PA0001736931 | 3998 | 3396959, 3379745, 3273365 | http://www.onlyjizz.com/videos/female-wrestling--2268766.html |
| March 2012 | | 4025 | 3396959, 3379745 | http://www.onlyjizz.com/videos/jade-marxxx-bdsm-1-with-princess-donna-2282022.html |
| March 2012 | | 4033 | 3396959, 3379745 | http://www.onlyjizz.com/videos/sex-and-submission--2172804.html |
| March 2012 | | 4036 | 3396959, 3379745, 3273365 | http://www.onlyjizz.com/videos/wrestling-fuck-01-2196059.html |
| March 2012 | PA0001736931 | 4116 | 3396959, 3379745, 3273365 | http://www.onlyjizz.com/videos/hot-sex-wrestling-action!--142027.html |
| March 2012 | PA0001780853 | 4136 | 3396959, 3379745 | http://www.onlyjizz.com/videos/sammie-rhodes-fucking-machine-147804.html |
| March 2012 | PA0001736931 | 4670 | 3396959, 3379745 | http://www.onlyjizz.com/videos/sasha-bound-to-a-table-2274969.html |
| March 2012 | PA0001736931 | 4670 | 3396959, 3379745 | http://www.onlyjizz.com/videos/sasha-bdsm--------------2274965.html |
| March 2012 | PA0001738616 | 4814 | 3396959, 3379745 | http://www.onlyjizz.com/videos/bound-and-gagged-by-cock-2172520.html |
| March 2012 | PA0001738616 | 4936 | 3396959, 3379745, 3899553 | http://www.onlyjizz.com/videos/the-training-of-a-slave--2283240.html |
| March 2012 | PA0001780818 | 4957 | 3396959, 3379745 | http://www.onlyjizz.com/videos/isis-love-dominates-vai-bdsm--2293212.html |
| March 2012 | PA0001738616 | 5023 | 3396959, 3379745, 3273365 | http://www.onlyjizz.com/videos/two-chicks-battle-will-lorena-be-0-2-2177643.html |
| March 2012 | PA0001738616 | 5034 | 3396959, 3379745, 3273365 | http://www.onlyjizz.com/videos/wrestling::winner-fucks-the-losers-pussy-2177644.html |
| March 2012 | PA0001738616 | 5034 | 3396959, 3379745, 3273365 | http://www.onlyjizz.com/videos/dana-dearmond-and-harmony-strapon-sex-wrestling-146646.html |
| March 2012 | PA0001738616 | 5045 | 3396959, 3379745, 3273365 | http://www.onlyjizz.com/videos/hot-catfighting-loser-ger-strapon-fuck-124613.html |
| March 2012 | PA0001738616 | 5045 | 3396959, 3379745, 3273365 | http://www.onlyjizz.com/videos/eva-gets-her-ass-handed-to-her-2179786.html |
| March 2012 | PA0001770431 | 5118 | 3396959, 3379745, 3899554 | http://www.onlyjizz.com/videos/the-training-of-amber-rayne---day-4-2258663.html |
| March 2012 | PA0001773280 | 5223 | 3396959, 3379745 | http://www.onlyjizz.com/videos/mya-anal-tied-2335211.html |
| March 2012 | PA0001772215 | 5307 | 3396959, 3379745 | http://www.onlyjizz.com/videos/all-tied-up-and-ready-to-blow-2170590.html |
| March 2012 | PA0001772450 | 5328 | 3396959, 3379745 | http://www.onlyjizz.com/videos/circe-borges-bdsm-2287746.html |
| March 2012 | PA0001772017 | 5456 | 3396959, 3379745, 3338653 | http://www.onlyjizz.com/videos/busty-blonde-bound-on-a-chair-2165487.html |
| March 2012 | PA0001772958 | 5555 | 3396959, 3379745, 3338653 | http://www.onlyjizz.com/videos/bdsm-lesbian-rope-bondage-2211381.html |
| March 2012 | PA0001780838 | 5776 | 3396959, 3379745 | http://www.onlyjizz.com/videos/slut-forced-to-fuck-in-public-2173306.html |
| March 2012 | PA0001738616 | 5790 | 3396959, 3379745, 3273365 | http://www.onlyjizz.com/videos/ariel-x-karrlie-dawn---naked-catfighting-122415.html |
| March 2012 | PA0001780951 | 5839 | 3396959, 3379745 | http://www.onlyjizz.com/videos/princess-donna-and-vai-2287384.html |
| March 2012 | PA0001738616 | 5888 | 3396959, 3379745, 3273365 | http://www.onlyjizz.com/videos/winner-fucks-the-loser--143908.html |
| March 2012 | PA0001736930 | 6077 | 3396959, 3379745 | http://www.onlyjizz.com/videos/elyse-machines-5-180627.html |
| March 2012 | PA0001736930 | 6164 | 3396959, 3379745 | http://www.onlyjizz.com/videos/lesbians-dominate-a-straight-girl-2271140.html |
| March 2012 | PA0001736930 | 6166 | 3396959, 3379745, 3273365 | http://www.onlyjizz.com/videos/vendetta-and-kira-fucking-wrestling-119587.html |
| March 2012 | PA0001780912 | 6303 | 3396959, 3379745 | http://www.onlyjizz.com/videos/cecilia-vega-bdsm--2295553.html |
| March 2012 | PA0001780912 | 6303 | 3396959, 3379745 | http://www.onlyjizz.com/videos/cecilia-vega-bdsm-with-princess-donna-2295873.html |
| March 2012 | PA0001736930 | 6325 | 3396959, 3379745, 3273365 | http://www.onlyjizz.com/videos/catfight-152990.html |
| March 2012 | PA0001736930 | 6372 | 3396959, 3379745, 3899554 | http://www.onlyjizz.com/videos/crazy-slut-gets-fucked-in-a-cake-factory-2174274.html |
| March 2012 | PA0001736930 | 6399 | 3396959, 3379745, 3273365 | http://www.onlyjizz.com/videos/two-newcomers-battle-on-a-wrestling-mat--153086.html |
| March 2012 | PA0001736930 | 6424 | 3396959, 3379745, 3899554 | http://www.onlyjizz.com/videos/a-fucken-corner-store-fuck-2174275.html |
| March 2012 | PA0001781457 | 6514 | 3396959, 3379745, 3338653 | http://www.onlyjizz.com/videos/felony-steve-holmes-erik-everhard-hogtied--146691.html |
| March 2012 | PA0001736930 | 6590 | 3396959, 3379745 | http://www.onlyjizz.com/videos/hot-first-time-machine-fucker-2173305.html |

| | | | | |
|---|---|---|---|---|
| March 2012 | PA0001736930 | 6629 | 3396959, 3379745 | http://www.onlyjizz.com/videos/two-lezbos-elbow-deep-in-love-2172748.html |
| March 2012 | PA0001736930 | 6630 | 3396959, 3379745, 3273365 | http://www.onlyjizz.com/videos/friends-become-enemies-on-wrestling-mat--153204.html |
| March 2012 | PA0001736930 | 6648 | 3396959, 3379745 | http://www.onlyjizz.com/videos/awesome-ass-and-pussy-play-2179899.html |
| March 2012 | PA0001736930 | 6668 | 3396959, 3379745 | http://www.onlyjizz.com/videos/kinky-ass-lovers-threesome-2180549.html |
| March 2012 | PA0001736930 | 6860 | 3396959, 3379745 | http://www.onlyjizz.com/videos/machine-dps-the-shit-out-of-her-2173709.html |
| March 2012 | PA0001736930 | 6887 | 3396959, 3379745 | http://www.onlyjizz.com/videos/nice-girl-gets-machine-fucked-2173716.html |
| March 2012 | PA0001736930 | 6905 | 3396959, 3379745 | http://www.onlyjizz.com/videos/check-out-the-tongue-licking-machine-2176469.html |
| March 2012 | PA0001736930 | 6924 | 3396959, 3379745 | http://www.onlyjizz.com/videos/kinky-orgy-breaks-out-in-operation-room-2247177.html |
| March 2012 | PA0001736930 | 6971 | 3396959, 3379745 | http://www.onlyjizz.com/videos/geek-girl-prefers-machines-to-cock-2177573.html |
| March 2012 | PA0001736930 | 6974 | 3396959, 3379745 | http://www.onlyjizz.com/videos/gorgeous-brunette-first-time-machine-fuck-2179752.html |
| March 2012 | PA0001736930 | 6999 | 3396959, 3379745 | http://www.onlyjizz.com/videos/cute-brunette-gets-fucked-by-machines-2181142.html |
| March 2012 | PA0001736930 | 7137 | 3396959, 3379745 | http://www.onlyjizz.com/videos/sindee-jennings--fucking-machines-2258555.html |
| March 2012 | PA0001736930 | 7151 | 3396959, 3379745 | http://www.onlyjizz.com/videos/pretty-blonde-goes-for-a-ride-on-fucking-machine-148045.html |
| March 2012 | PA0001736930 | 7181 | 3396959, 3379745 | http://www.onlyjizz.com/videos/hot-lesbians-bdsm-2274406.html |
| March 2012 | PA0001736930 | 7382 | 3396959, 3379745 | http://www.onlyjizz.com/videos/wired-pussy-2158826.html |
| March 2012 | PA0001736930 | 7382 | 3396959, 3379745 | http://www.onlyjizz.com/videos/pepper-foxxx-lesbian-bondage-215286.html |
| March 2012 | PA0001736930 | 7529 | 3396959, 3379745 | http://www.onlyjizz.com/videos/tori-black--fucking-machines-2255574.html |
| March 2012 | PA0001736930 | 7529 | 3396959, 3379745 | http://www.onlyjizz.com/videos/tori-black-fucking-machine--anal-vol-1-2220339.html |
| March 2012 | PA0001736929 | 8037 | 3396959, 3379745, 3899554 | http://www.onlyjizz.com/videos/abused-in-bar-2-of-2-2207588.html |
| March 2012 | PA0001736929 | 8118 | 3396959, 3379745 | http://www.onlyjizz.com/videos/tia-ling-gets-rough-anal-in-device-bondage-182343.html |
| March 2012 | PA0001736929 | 8351 | 3396959, 3379745, 3899554 | http://www.onlyjizz.com/videos/tia-ling-bdsm-pt-2-2306960.html |
| March 2012 | PA0001736929 | 8574 | 3396959, 3379745 | http://www.onlyjizz.com/videos/breann-benson-being-fucked-hard-by-machine-2354716.html |
| March 2012 | PA0001771563 | 9423 | 3396959, 3379745 | http://www.onlyjizz.com/videos/sex-machines-2214553.html |
| March 2012 | PA0001771488 | 9466 | 3396959, 3379745 | http://www.onlyjizz.com/videos/device-bondage-lindy-lane-2264614.html |
| March 2012 | PA0001769360 | 9527 | 3396959, 3379745 | http://www.onlyjizz.com/videos/bdsm-gangbang--2179103.html |
| March 2012 | PA0001769021 | 9849 | 3396959, 3379745, 3338653 | http://www.onlyjizz.com/videos/bdsm-big-tit-teen-2-2187747.html |
| March 2012 | PA0001769021 | 9849 | 3396959, 3379745, 3338653 | http://www.onlyjizz.com/videos/bdsm-big-tit-teen-2291487.html |
| March 2012 | PA0001767775 | 10043 | 3396959, 3379745 | http://www.onlyjizz.com/videos/machine-fucked-at-the-pub-2172757.html |
| March 2012 | PA0001768918 | 10089 | 3396959, 3379745, 3338653 | http://www.onlyjizz.com/videos/fuckmeat-2181052.html |
| March 2012 | PA0001767843 | 10091 | 3396959, 3379745 | http://www.onlyjizz.com/videos/girl-tied-to-bench-with-legs-up-getting-asshole-fucked-2165490.html |
| March 2012 | PA0001768889 | 10315 | 3396959, 3379745, 3273365 | http://www.onlyjizz.com/videos/wrestling-fuck-02-2198567.html |
| March 2012 | PA0001768843 | 10383 | 3396959, 3379745 | http://www.onlyjizz.com/videos/wife-surprises-sub-slut-and-hubby-2172753.html |
| March 2012 | PA0001768625 | 10434 | 3396959, 3379745, 3273365 | http://www.onlyjizz.com/videos/two-chicks-in-a-sex-wrestling-comp-2172756.html |
| March 2012 | PA0001765157 | 10909 | 3396959, 3379745, 3273365 | http://www.onlyjizz.com/videos/wrestling-fuck--2198588.html |
| March 2012 | PA0001765087 | 11056 | 3396959, 3379745, 3899553 | http://www.onlyjizz.com/videos/ariel-x-bdsm-2-part-1-2276747.html |
| March 2012 | PA0001765087 | 11056 | 3396959, 3379745, 3899553 | http://www.onlyjizz.com/videos/ariel-x-bdsm-4-2295288.html |
| March 2012 | PA0001765162 | 11163 | 3396959, 3379745, 3870498 | http://www.onlyjizz.com/videos/male-domination-2262792.html |
| March 2012 | PA0001769033 | 11182 | 3396959, 3379745, 3273365 | http://www.onlyjizz.com/videos/wrestling-ends-in-hot-domination--2270176.html |
| March 2012 | PA0001769033 | 11182 | 3396959, 3379745, 3273365 | http://www.onlyjizz.com/videos/wrestling-fuck-03-2198434.html |
| March 2012 | PA0001766566 | 11229 | 3396959, 3379745 | http://www.onlyjizz.com/videos/holly-heart-bdsm-4--2305524.html |
| March 2012 | PA0001766566 | 11229 | 3396959, 3379745 | http://www.onlyjizz.com/videos/holly-heart-bdsm-2305868.html |
| March 2012 | PA0001763863 | 12414 | 3396959, 3379745 | http://www.onlyjizz.com/videos/dragon-lily-bdsm-part-1-2269723.html |
| March 2012 | PA0001763701 | 13247 | 3396959, 3379745, 3273365 | http://www.onlyjizz.com/videos/samantha-takes-on-jesse-cox-2294877.html |
| March 2012 | PA0001763464 | 13703 | 3396959, 3379745 | http://www.onlyjizz.com/videos/annie-cruz-fuck-machine---2287399.html |
| March 2012 | PA0001763534 | 13862 | 3396959, 3379745, 3899553 | http://www.onlyjizz.com/videos/day-2-skin-diamond-2259502.html |
| March 2012 | PA0001763768 | 14417 | 3396959, 3379745, 3338653 | http://www.onlyjizz.com/videos/skin-diamond-bdsm-1--2303092.html |
| March 2012 | PA0001762437 | 14418 | 3396959, 3379745, 3338653 | http://www.onlyjizz.com/videos/skin-diamond-bdsm-1-2303116.html |
| March 2012 | PA0001762435 | 14419 | 3396959, 3379745, 3338653 | http://www.onlyjizz.com/videos/skin-diamond-bdsm-1-part-3-2303088.html |
| March 2012 | | 14427 | 3396959, 3379745, 3899553 | http://www.onlyjizz.com/videos/lorelei-leeday-4-2333568.html |

| | | | | |
|---|---|---|---|---|
| March 2012 | | 14595 | 3396959, 3379745, 3338653 | http://www.onlyjizz.com/videos/dont-fucking-cum-2293364.html |
| March 2012 | PA0001763549 | 15161 | 3396959, 3379745 | http://www.onlyjizz.com/videos/dia-zerva-and-ariel-x-part-2-2279474.html |
| March 2012 | PA0001764837 | 15187 | 3396959, 3379745 | http://www.onlyjizz.com/videos/kinky-redhead-2318718.html |
| March 2012 | PA0001764829 | 15190 | 3396959, 3379745 | http://www.onlyjizz.com/videos/fucking-machines-and-alysa-2305833.html |
| March 2012 | PA0001762879 | 15233 | 3396959, 3379745, 3338653 | http://www.onlyjizz.com/videos/a-brooke-tied-on-a-chair-2286341.html |
| March 2012 | PA0001813485 | 15438 | 3396959, 3379745 | http://www.onlyjizz.com/videos/airport-cavity-search-2287683.html |
| March 2012 | PA0001766710 | 16136 | 3396959, 3379745 | http://www.onlyjizz.com/videos/some-like-it-rough-2337293.html |
| March 2012 | | 16723 | 3396959, 3379745 | http://www.onlyjizz.com/videos/bondage-domination-compilation-2360731.html |

# **<u>EXHIBIT B</u>**



December 4, 2012

International Media, Ltd.
Designated Agent: Lawrence G. Walters, Esquire
195 W. Pine Avenue
Longwood, Florida 32750

**DMCA Notice of Copyright and Trademark Infringement**

Dear International Media, Ltd.,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United States of America and the State of California that to the best of my knowledge and belief the foregoing is true and correct and I have the authority to act on behalf of the owner of the copyright(s) and trademarks involved.

I have a good faith belief that the items or materials listed below are not authorized by law for use by the above named domain name owner or their agents and therefore infringes the copyright and trademark owner's rights. I hereby demand that you act expeditiously to remove or disable access to the material or items claimed to be infringing.

My contact information is as follows:
Cybernet Entertainment LLC d/b/a Kink.com
Attn: Jason Tucker
Jason@kink.com
837 Central Avenue, Northwood, IA 50459

Allegedly Infringing items or materials: 15187_mari_mcCray.

Infringing material that I demand be disabled or removed in consideration of the above:
http://www.youjizz.com/videos/kinky-redhead-2318718.html

Location of ORIGINAL WORKS:
http://www.kinkondemand.com/kod/shoot/15187

Furthermore, cease and desist use of Cybernet Entertainment LLC 's Exclusive Trade Marks and provide us with written proof of its removal from the Web site(s): 3396959, 3379745

This correspondence and all of its contents is without prejudice to Cybernet Entertainment LLC and/or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

Jason Tucker
for Cybernet Entertainment LLC d/b/a Kink.com

THE ARMORY   1800 MISSION ST   SAN FRANCISCO, CA 94103
STUDIO (415) 856.0771   FAX (415) 856.0772

# **<u>EXHIBIT C</u>**

S. Postal Service ™ Delivery Confirmation ™ Receipt

Postage and Delivery Confirmation fees must be paid before mailing.

**Article Sent To: (to be completed by mailer)**

International Media Ltd
*(Please Print Clearly)*
195 W. Pine Avenue
Longwood, Florida 32750

DELIVERY CONFIRMATION NUMBER:

5 4 0 1 1 9 7 6 1 0 0 0 1 2 8 6 0 2 1 2 0 3 1 2

Postmark
Here

USPS 85016

DEC - 3 2012

PHOENIX AZ NORTHEAST STATION

**POSTAL CUSTOMER:**
Keep this receipt. For Inquiries:
Access internet web site at
*www.usps.com* ®
or call 1-800-222-1811

**CHECK ONE (POSTAL USE ONLY)**

☐ Priority Mail ™ Service

☐ First-Class Mail ® parcel

☐ Package Services parcel

PS Form 152, May 2002                    (See Reverse)

Postage and Delivery Confirmation fees must be paid before mailing.

**Article Sent To: (to be completed by mailer)**

DELIVERY CONFIRMATION NUMBER: 5395 5395 1976 1976 0001 0001 2860 2860 0312 0312

International Media Ltd

(Please Print Clearly)
195 W. Pine Avenue

Longwood, Florida 32750

**POSTAL CUSTOMER:**
Keep this receipt. For Inquiries:
Access internet web site at
www.usps.com ®
or call 1-800-222-1811

Postmark
Here

**CHECK ONE (POSTAL USE ONLY)**

☐ **Priority Mail™ Service**

☐ **First-Class Mail® parcel**

☐ **Package Services parcel**

PS Form 152, May 2002                    (See Reverse)

**U.S. Postal Service™** Delivery Confirmation™ Receipt

Postage and Delivery Confirmation fees must be paid before mailing.

**Article Sent To: (to be completed by mailer)**

(Please Print Clearly)

International Media Ltd

195 W. Pine Avenue

Longwood, Florida 32750

DELIVERY CONFIRMATION NUMBER:

8 7 1 8 5 4 1 9 7 6 1 0 0 0 0 6 8 4 2 2 7 2 3 1 2 5

**POSTAL CUSTOMER:**
Keep this receipt. For Inquiries:
Access internet web site at
*www.usps.com* ®
or call 1-800-222-1811

Postmark
Here

USPS 850191

DEC - 3 2012

PHOENIX AZ NORTHEAST STATION

**CHECK ONE (POSTAL USE ONLY)**

☐ Priority Mail™ Service

☐ First-Class Mail® parcel

☐ Package Services parcel

PS Form 152, May 2002

(See Reverse)

U.S. Postal Service™ Delivery Confirmation™ Receipt

Postage and Delivery Confirmation fees must be paid before mailing.

**Article Sent To: (to be completed by mailer)**

*(Please Print Clearly)*

International Media Ltd
195 W. Pine Avenue
Longwood, Florida 32750

DELIVERY CONFIRMATION NUMBER: 5525 1976 0001 2860 0312

Postmark Here

**POSTAL CUSTOMER:**
Keep this receipt. For Inquiries:
Access internet web site at
*www.usps.com* ®
or call 1-800-222-1811

**CHECK ONE (POSTAL USE ONLY)**

☐ Priority Mail™ Service
☐ First-Class Mail® parcel
☐ Package Services parcel

PS Form 152, May 2002　　　　　(See Reverse)

# U.S. Postal Service™ Delivery Confirmation™ Receipt

Postage and Delivery Confirmation fees must be paid before mailing.

**Article Sent To: (to be completed by mailer)**

*(Please Print Clearly)*

International Media Ltd

195 W. Pine Avenue

Longwood, Florida 32750

**POSTAL CUSTOMER:**
Keep this receipt. For Inquiries:
Access internet web site at
*www.usps.com* ®
or call 1-800-222-1811

Postmark
Here

DEC - 3 2012

**DELIVERY CONFIRMATION NUMBER:**
2 3 5 4 1 9 7 6 0 0 0 1 2 8 6 0 2 1 3 0

**CHECK ONE (POSTAL USE ONLY)**

☐ Priority Mail™ Service

☐ First-Class Mail® parcel

☐ Package Services parcel

PS Form 152, May 2002                    (See Reverse)

# U.S. Postal Service™ Delivery Confirmation™ Receipt

Postage and Delivery Confirmation fees must be paid before mailing.

**Article Sent To: (to be completed by mailer)**

(Please Print Clearly)

International Media Ltd
195 W. Pine Avenue
Longwood, Florida 32750

Postmark
Here

USPS 850 16

DEC - 3 2012

PHOENIX AZ NORTHEAST STATION

**POSTAL CUSTOMER:**
Keep this receipt. For Inquiries:
Access internet web site at
*www.usps.com* ®
or call 1-800-222-1811

**CHECK ONE (POSTAL USE ONLY)**

☐ Priority Mail™ Service

☐ First-Class Mail® parcel

☐ Package Services parcel

DELIVERY CONFIRMATION NUMBER:

7 5449 1976 0001 2860 2312 03

PS Form 152, May 2002                    (See Reverse)

U.S. Postal Service™ Delivery Confirmation™ Receipt

Postage and Delivery Confirmation fees must be paid before mailing.

**Article Sent To: (to be completed by mailer)**

(Please Print Clearly)

International Media Ltd
195 W. Pine Avenue
Longwood, Florida 32750

Postmark
Here

**POSTAL CUSTOMER:**
Keep this receipt. For Inquiries:
Access internet web site at
*www.usps.com* ®
or call 1-800-222-1811

**CHECK ONE (POSTAL USE ONLY)**

☐ Priority Mail™ Service

☐ First-Class Mail® parcel

☐ Package Services parcel

*DELIVERY CONFIRMATION NUMBER:*

5456 1976 0001 2860 0312

PS Form 152, May 2002

(See Reverse)

# U.S. Postal Service™ Delivery Confirmation™ Receipt

Postage and Delivery Confirmation fees must be paid before mailing.

**Article Sent To: (to be completed by mailer)**

*(Please Print Clearly)*

International Media Ltd

195 W. Pine Avenue

Longwood, Florida 32750

**DELIVERY CONFIRMATION NUMBER:** 0312 2860 0001 1976 5463

Postmark
Here

**POSTAL CUSTOMER:**
Keep this receipt. For Inquiries:
Access internet web site at
*www.usps.com* ®
or call 1-800-222-1811

**CHECK ONE (POSTAL USE ONLY)**

☐ Priority Mail™ Service

☐ First-Class Mail® parcel

☐ Package Services parcel

PS Form 152, May 2002                    (See Reverse)



U.S. Postal Service™ Delivery Confirmation™ Receipt

Postage and Delivery Confirmation fees must be paid before mailing.

**Article Sent To: (to be completed by mailer)**

*(Please Print Clearly)*

International Media Ltd
195 W. Pine Avenue
Longwood, Florida 32750

Postmark
Here

DELIVERY CONFIRMATION NUMBER: 5470 1976 0001 2860 2212 0312

**POSTAL CUSTOMER:**
Keep this receipt. For Inquiries:
Access internet web site at
*www.usps.com* ®
or call 1-800-222-1811

**CHECK ONE (POSTAL USE ONLY)**

☐ Priority Mail™ Service
☐ First-Class Mail® parcel
☐ Package Services parcel

PS Form 152, May 2002

(See Reverse)

Postage and Delivery Confirmation fees must be paid before mailing.

**Article Sent To: (to be completed by mailer)**

*(Please Print Clearly)*

International Media Ltd

195 W. Pine Avenue

Longwood, Florida 32750

Postmark
Here

**DELIVERY CONFIRMATION NUMBER:**

5111 1976 0001 2860 0312

**POSTAL CUSTOMER:**

Keep this receipt. For Inquiries:
Access internet web site at
*www.usps.com* ®
or call 1-800-222-1811

**CHECK ONE (POSTAL USE ONLY)**

☐ Priority Mail™ Service

☐ First-Class Mail® parcel

☐ Package Services parcel

PS Form 152, May 2002

(See Reverse)



# U.S. Postal Service™ Delivery Confirmation™ Receipt

Postage and Delivery Confirmation fees must be paid before mailing.

**Article Sent To: (to be completed by mailer)**

*(Please Print Clearly)*

International Media, Ltd.

195 W. Pine Avenue

Longwood, Florida 32750

**DELIVERY CONFIRMATION NUMBER:**

7147 5241 1976 1413 0001 2860 0212 0312

Postmark
Here

**POSTAL CUSTOMER:**
Keep this receipt. For Inquiries:
Access internet web site at
*www.usps.com* ®
or call 1-800-222-1811

**CHECK ONE (POSTAL USE ONLY)**

☐ **Priority Mail™ Service**

☐ **First-Class Mail® parcel**

☐ **Package Services parcel**

PS Form 152, May 2002                (See Reverse)

U.S. Postal Service™ Delivery Confirmation™ Receipt

Postage and Delivery Confirmation fees must be paid before mailing.

**Article Sent To: (to be completed by mailer)**

*(Please Print Clearly)*

International Media, Ltd.

195 W. Pine Avenue

Longwood, Florida 32750

Postmark
Here

DEC - 3 2012

**POSTAL CUSTOMER:**
Keep this receipt. For Inquiries:
Access internet web site at
*www.usps.com* ®
or call 1-800-222-1811

**CHECK ONE (POSTAL USE ONLY)**

☐ Priority Mail™ Service

☐ First-Class Mail® parcel

☐ Package Services parcel

*DELIVERY CONFIRMATION NUMBER:*

E403 5051 1971 0001 2860 2312

PS Form 152, May 2002

(See Reverse)

# U.S. Postal Service™ Delivery Confirmation™ Receipt

Postage and Delivery Confirmation fees must be paid before mailing.

**Article Sent To: (to be completed by mailer)**

International Media, Ltd.

*(Please Print Clearly)*

195 W. Pine Avenue

Longwood, Florida 32750

DELIVERY CONFIRMATION NUMBER: 5050 1976 0003 2860 0312 0113

Postmark Here

USPS 85016

DEC - 3 2012

PHOENIX NORTHEAST STATION

**POSTAL CUSTOMER:**
Keep this receipt. For Inquiries:
Access internet web site at
*www.usps.com* ®
or call 1-800-222-1811

**CHECK ONE (POSTAL USE ONLY)**

☐ Priority Mail™ Service

☐ First-Class Mail® parcel

☐ Package Services parcel

PS Form 152, May 2002

(See Reverse)

**U.S. Postal Service™ Delivery Confirmation™ Receipt**

Postage and Delivery Confirmation fees must be paid before mailing.

**Article Sent To: (to be completed by mailer)**

*(Please Print Clearly)*

International Media, Ltd.
195 W. Pine Avenue
Longwood, Florida 32750

DELIVERY CONFIRMATION NUMBER:

7 5067 1976 3713 0001 2860 0312



Postmark
Here

DEC - 3 2012

**POSTAL CUSTOMER:**
Keep this receipt. For Inquiries:
Access internet web site at
*www.usps.com ®*
or call 1-800-222-1811

**CHECK ONE (POSTAL USE ONLY)**

☐ Priority Mail™ Service

☐ First-Class Mail® parcel

☐ Package Services parcel

PS Form 152, May 2002                    (See Reverse)

U.S. Postal Service™ Delivery Confirmation™ Receipt

Postage and Delivery Confirmation fees must be paid before mailing.

**Article Sent To: (to be completed by mailer)**

DELIVERY CONFIRMATION NUMBER: 7 5074 1976 0001 0460 2062 0312 0008

*(Please Print Clearly)*

International Media, Ltd.
195 W. Pine Avenue
Longwood, Florida 32750



USPS 85016
Postmark
Here
DEC - 3 2012
PHOENIX AZ NORTHEAST STATION

**POSTAL CUSTOMER:**
Keep this receipt. For Inquiries:
Access internet web site at
*www.usps.com* ®
or call 1-800-222-1811

**CHECK ONE (POSTAL USE ONLY)**

☐ Priority Mail™ Service
☐ First-Class Mail® parcel
☐ Package Services parcel

**PS Form 152, May 2002**

(See Reverse)

U.S. Postal Service™ Delivery Confirmation™ Receipt

Postage and Delivery Confirmation fees must be paid before mailing.

**Article Sent To: (to be completed by mailer)**

*(Please Print Clearly)*

International Media, Ltd.

195 W. Pine Avenue

Longwood, Florida 32750



Postmark
Here

USPS 85018

DEC _ 3 2012

STATION
PHOENIX AZ NORTHEAST

**POSTAL CUSTOMER:**

Keep this receipt. For Inquiries:
Access internet web site at
*www.usps.com* ®
or call 1-800-222-1811

**CHECK ONE (POSTAL USE ONLY)**

[ ] Priority Mail™ Service

[ ] First-Class Mail® parcel

[ ] Package Services parcel

**DELIVERY CONFIRMATION NUMBER:**
7108 5081 9176 1001 2860 0312

PS Form 152, May 2002                    (See Reverse)

U.S. Postal Service™ Delivery Confirmation™ Receipt

Postage and Delivery Confirmation fees must be paid before mailing.

**Article Sent To: (to be completed by mailer)**

**DELIVERY CONFIRMATION NUMBER:** 5265 1976 0001 2660 0312 0

*(Please Print Clearly)* International Media, Ltd.

195 W. Pine Avenue

Longwood, Florida 32750

Postmark
Here

USPS 850910

DEC - 3 2012

PHOENIX AZ STATION

**POSTAL CUSTOMER:**
Keep this receipt. For Inquiries:
Access internet web site at
*www.usps.com* ®
or call 1-800-222-1811

**CHECK ONE (POSTAL USE ONLY)**

Priority Mail™ Service

First-Class Mail® parcel

Package Services parcel

PS Form 152, May 2002                    (See Reverse)

# U.S. Postal Service™ Delivery Confirmation™ Receipt

Postage and Delivery Confirmation fees must be paid before mailing.

**Article Sent To: (to be completed by mailer)**

*(Please Print Clearly)*

International Media, Ltd.

195 W. Pine Avenue

Longwood, Florida 32750

**DELIVERY CONFIRMATION NUMBER:**

7104 5104 1976 1976 0001 2060 2212 0312 0

Postmark
Here

DEC 3 2012

USPS 8901€

PHOENIX AZ NORTHEAST STATION

## POSTAL CUSTOMER:

Keep this receipt. For Inquiries:
Access internet web site at
*www.usps.com* ®
or call 1-800-222-1811

**CHECK ONE (POSTAL USE ONLY)**

☐ Priority Mail™ Service

☐ First-Class Mail® parcel

☐ Package Services parcel

**PS Form 152, May 2002**

(See Reverse)

Postage and Delivery Confirmation fees must be paid before mailing.

**Article Sent To: (to be completed by mailer)**

DELIVERY CONFIRMATION NUMBER: 2272 5276 1976 0001 2060 2 2212 0312 0

*(Please Print Clearly)*
International Media Ltd
195 W. Pine Avenue
Longwood, Florida 32750

Postmark
Here

USPS 85016

DEC 3 2012

PHOENIX AZ STATION

**POSTAL CUSTOMER:**
Keep this receipt. For Inquiries:
Access internet web site at
*www.usps.com* ®
or call 1-800-222-1811

**CHECK ONE (POSTAL USE ONLY)**

☐ Priority Mail™ Service

☐ First-Class Mail® parcel

☐ Package Services parcel

PS Form 152, May 2002

(See Reverse)

# U.S. Postal Service™ Delivery Confirmation™ Receipt

Postage and Delivery Confirmation fees must be paid before mailing.

**Article Sent To: (to be completed by mailer)**

(Please Print Clearly)

International Media Ltd
195 W. Pine Avenue
Longwood, Florida 32750

Postmark
Here

DEC 3 2012

USPS 93.018

PHOENIX AZ NORTHEAST STATION

**POSTAL CUSTOMER:**
Keep this receipt. For Inquiries:
Access internet web site at
*www.usps.com* ®
or call 1-800-222-1811

**CHECK ONE (POSTAL USE ONLY)**

☐ Priority Mail™ Service

☐ First-Class Mail® parcel

☐ Package Services parcel

*DELIVERY CONFIRMATION NUMBER:* 0312 2860 0001 1976 5128

PS Form 152, May 2002        (See Reverse)

# U.S. Postal Service™ Delivery Confirmation™ Receipt

Postage and Delivery Confirmation fees must be paid before mailing.

**DELIVERY CONFIRMATION NUMBER:** 7105 5375 1976 1000 2860 0312

**Article Sent To: (to be completed by mailer)**

*(Please Print Clearly)*

Reflected Networks Inc.
195 W. Pine Avenue
Longwood, Florida 32750



Postmark
Here

## POSTAL CUSTOMER:

Keep this receipt. For Inquiries:
Access internet web site at
*www.usps.com* ®
or call 1-800-222-1811

**CHECK ONE (POSTAL USE ONLY)**

☐ Priority Mail™ Service

☐ First-Class Mail® parcel

☐ Package Services parcel

PS Form 152, May 2002                    (See Reverse)

**U.S. Postal Service™ Delivery Confirmation™ Receipt**

Postage and Delivery Confirmation fees must be paid before mailing.

**Article Sent To: (to be completed by mailer)**

*(Please Print Clearly)*

Reflected Networks Inc.

195 W. Pine Avenue

Longwood, Florida 32750

Postmark
Here

**POSTAL CUSTOMER:**
Keep this receipt. For Inquiries:
Access internet web site at
*www.usps.com* ®
or call 1-800-222-1811

**CHECK ONE (POSTAL USE ONLY)**

☐ Priority Mail™ Service

☐ First-Class Mail® parcel

☐ Package Services parcel

**DELIVERY CONFIRMATION NUMBER:**

5340 5176 1974 0001 2860 1242 0310

PS Form 152, May 2002                    (See Reverse)

U.S. Postal Service™ Delivery Confirmation™ Receipt

Postage and Delivery Confirmation fees must be paid before mailing.

**Article Sent To: (to be completed by mailer)**

*(Please Print Clearly)*

Reflected Networks Inc.
195 W. Pine Avenue
Longwood, Florida 32750

**DELIVERY CONFIRMATION NUMBER:** E E S S 1 9 7 L 1 0 0 0 1 2 6 L 0 2 1 2 0 3 1 2 0

Postmark
Here

USPS 91063

DEC 3 2012

PHOENIX AZ STATION NORTHEAST

**POSTAL CUSTOMER:**
Keep this receipt. For Inquiries:
Access internet web site at
*www.usps.com* ®
or call 1-800-222-1811

**CHECK ONE (POSTAL USE ONLY)**

☐ Priority Mail™ Service

☐ First-Class Mail® parcel

☐ Package Services parcel

PS Form 152, May 2002                    (See Reverse)

# U.S. Postal Service™ Delivery Confirmation™ Receipt

Postage and Delivery Confirmation fees must be paid before mailing.

**Article Sent To: (to be completed by mailer)**

*(Please Print Clearly)*

Reflected Networks Inc.

195 W. Pine Avenue

Longwood, Florida 32750

**DELIVERY CONFIRMATION NUMBER:**

5371 1976 1001 2860 0312

Postmark
Here

**POSTAL CUSTOMER:**
Keep this receipt. For Inquiries:
Access internet web site at
*www.usps.com* ®
or call 1-800-222-1811

**CHECK ONE (POSTAL USE ONLY)**

☐ **Priority Mail™ Service**

☐ **First-Class Mail® parcel**

☐ **Package Services parcel**

**PS Form 152, May 2002**                    (See Reverse)

Postage and Delivery Confirmation fees must be paid before mailing.

**Article Sent To: (to be completed by mailer)**

DELIVERY CONFIRMATION NUMBER:

5314 1976 1001 2860 2312 0313

Reflected Networks Inc.

(Please Print Clearly)

195 W. Pine Avenue

Longwood, Florida 32750

Postmark
Here

**POSTAL CUSTOMER:**
Keep this receipt. For Inquiries:
Access internet web site at
*www.usps.com* ®
or call 1-800-222-1811



**CHECK ONE (POSTAL USE ONLY)**

☐ **Priority Mail™ Service**

☐ **First-Class Mail® parcel**

☐ **Package Services parcel**

PS Form 152, May 2002                    (See Reverse)

# U.S. Postal Service™ Delivery Confirmation™ Receipt

Postage and Delivery Confirmation fees must be paid before mailing.

**Article Sent To: (to be completed by mailer)**

DELIVERY CONFIRMATION NUMBER:

7502 5302 1976 1401 0001 2860 2172 0312

Reflected Networks Inc.

*(Please Print Clearly)*

195 W. Pine Avenue

Longwood, Florida 32750



Postmark
Here

**POSTAL CUSTOMER:**

Keep this receipt. For Inquiries:
Access internet web site at
*www.usps.com* ®
or call 1-800-222-1811

**CHECK ONE (POSTAL USE ONLY)**

☐ Priority Mail™ Service

☐ First-Class Mail® parcel

☐ Package Services parcel

PS Form 152, May 2002                    (See Reverse)

US Postal Service™ Delivery Confirmation™ Receipt

Postage and Delivery Confirmation fees must be paid before mailing.

**Article Sent To: (to be completed by mailer)**

(Please Print Clearly)

Reflected Networks Inc.

195 W. Pine Avenue

Longwood, Florida 32750

**DELIVERY CONFIRMATION NUMBER:** 7208 5287 1976 0001 2860 2312 0313

Postmark
Here

**POSTAL CUSTOMER:**
Keep this receipt. For Inquiries:
Access internet web site at
*www.usps.com* ®
or call 1-800-222-1811

**CHECK ONE (POSTAL USE ONLY)**

☐ Priority Mail™ Service

☐ First-Class Mail® parcel

☐ Package Services parcel

PS Form 152, May 2002                    (See Reverse)



U.S. Postal Service™ Delivery Confirmation™ Receipt

Postage and Delivery Confirmation fees must be paid before mailing.

**Article Sent To: (to be completed by mailer)**

(Please Print Clearly)

Reflected Networks Inc.
195 W. Pine Avenue
Longwood, Florida 32750

DELIVERY CONFIRMATION NUMBER: 9175 5296 1976 0001 2860 2312 0312

**POSTAL CUSTOMER:**
Keep this receipt. For Inquiries:
Access internet web site at
*www.usps.com* ®
or call 1-800-222-1811

Postmark
Here

**CHECK ONE (POSTAL USE ONLY)**

☐ Priority Mail™ Service
☐ First-Class Mail® parcel
☐ Package Services parcel

PS Form 152, May 2002

(See Reverse)

**U.S. Postal Service™ Delivery Confirmation™ Receipt**

Postage and Delivery Confirmation fees must be paid before mailing.

**Article Sent To: (to be completed by mailer)**

*(Please Print Clearly)*

Reflected Networks Inc.

195 W. Pine Avenue

Longwood, Florida 32750

**DELIVERY CONFIRMATION NUMBER:**

7 4087 5485 1976 1 0001 2860 2 0312 0

**POSTAL CUSTOMER:**

Keep this receipt. For Inquiries: Access internet web site at *www.usps.com* ®
or call 1-800-222-1811

Postmark Here

**CHECK ONE (POSTAL USE ONLY)**

☐ Priority Mail™ Service

☐ First-Class Mail® parcel

☐ Package Services parcel

PS Form 152, May 2002

(See Reverse)

# U.S. Postal Service™ Delivery Confirmation™ Receipt

Postage and Delivery Confirmation fees must be paid before mailing.

**Article Sent To: (to be completed by mailer)**

*(Please Print Clearly)*

Reflected Networks Inc.

195 W. Pine Avenue

Longwood, Florida 32750

**DELIVERY CONFIRMATION NUMBER:** 7171 5371 1971 0001 2860 2312 0312



Postmark
Here

**POSTAL CUSTOMER:**
Keep this receipt. For Inquiries:
Access internet web site at
*www.usps.com* ®
or call 1-800-222-1811

**CHECK ONE (POSTAL USE ONLY)**

☐ Priority Mail™ Service

☐ First-Class Mail® parcel

☐ Package Services parcel

PS Form 152, May 2002

(See Reverse)

# U.S. Postal Service™ Delivery Confirmation™ Receipt

Postage and Delivery Confirmation fees must be paid before mailing.

**Article Sent To: (to be completed by mailer)**

*(Please Print Clearly)*

Reflected Networks Inc.

195 W. Pine Avenue

Longwood, Florida 32750

DELIVERY CONFIRMATION NUMBER:

7 5499 1976 1 0001 2860 2 0312

Postmark
Here

**POSTAL CUSTOMER:**

Keep this receipt. For Inquiries:
Access internet web site at
*www.usps.com* ®
or call 1-800-222-1811

**CHECK ONE (POSTAL USE ONLY)**

☐ Priority Mail™ Service

☐ First-Class Mail® parcel

☐ Package Services parcel

PS Form 152, May 2002

(See Reverse)

# U.S. Postal Service™ Delivery Confirmation™ Receipt

Postage and Delivery Confirmation fees must be paid before mailing.

**Article Sent To: (to be completed by mailer)**

*(Please Print Clearly)*

Reflected Networks Inc.

195 W. Pine Avenue

Longwood, Florida 32750

DELIVERY CONFIRMATION NUMBER:

0000 5500 1976 0001 2860 0312

Postmark
Here

DEC - 3 2012

USPS

PHOENIX AZ NORTHEAST STATION

**POSTAL CUSTOMER:**
Keep this receipt. For Inquiries:
Access internet web site at
*www.usps.com* ®
or call 1-800-222-1811

**CHECK ONE (POSTAL USE ONLY)**

☐ Priority Mail™ Service

☐ First-Class Mail® parcel

☐ Package Services parcel

PS Form 152, May 2002

(See Reverse)

# U.S. Postal Service™ Delivery Confirmation™ Receipt

Postage and Delivery Confirmation fees must be paid before mailing.

**Article Sent To: (to be completed by mailer)**

*(Please Print Clearly)*

Reflected Networks Inc.

195 W. Pine Avenue

Longwood, Florida 32750

DELIVERY CONFIRMATION NUMBER: 7176 5517 1976 0001 2860 0312

Postmark Here

DEC - 3 2012

STATION

PHOENIX AZ NORTHEAST

**POSTAL CUSTOMER:**
Keep this receipt. For Inquiries:
Access internet web site at
*www.usps.com* ®
or call 1-800-222-1811

**CHECK ONE (POSTAL USE ONLY)**

☐ Priority Mail™ Service

☐ First-Class Mail® parcel

☐ Package Services parcel

PS Form 152, May 2002

(See Reverse)



**U.S. Postal Service™ Delivery Confirmation™ Receipt**

Postage and Delivery Confirmation fees must be paid before mailing.

**Article Sent To: (to be completed by mailer)**

*(Please Print Clearly)*

Reflected Networks Inc.
195 W. Pine Avenue
Longwood, Florida 32750

DELIVERY CONFIRMATION NUMBER:
7524 5576 1976 0001 2860 2132 0310

Postmark
Here

USPS 98015

DEC - 3 2012

PHOENIX AZ NORTHEAST STATION

**POSTAL CUSTOMER:**
Keep this receipt. For Inquiries:
Access internet web site at
*www.usps.com* ®
or call 1-800-222-1811

**CHECK ONE (POSTAL USE ONLY)**

☐ Priority Mail™ Service

☐ First-Class Mail® parcel

☐ Package Services parcel

PS Form 152, May 2002                    (See Reverse)

**U.S. Postal Service™ Delivery Confirmation™ Receipt**

Postage and Delivery Confirmation fees must be paid before mailing.

**Article Sent To: (to be completed by mailer)**

(Please Print Clearly)

Reflected Networks Inc.

195 W. Pine Avenue

Longwood, Florida 32750

DELIVERY CONFIRMATION NUMBER:

7196 5531 1976 0001 2860 2122 0312

Postmark
Here

**POSTAL CUSTOMER:**

Keep this receipt. For Inquiries:
Access internet web site at
*www.usps.com* ®
or call 1-800-222-1811

**CHECK ONE (POSTAL USE ONLY)**

☐ Priority Mail™ Service

☐ First-Class Mail® parcel

☐ Package Services parcel

PS Form 152, May 2002

(See Reverse)

# U.S. Postal Service ™ Delivery Confirmation™ Receipt

Postage and Delivery Confirmation fees must be paid before mailing.

**Article Sent To: (to be completed by mailer)**

**DELIVERY CONFIRMATION NUMBER:** 8540 5546 1976 1901 0001 2860 2312 0312 0080

(Please Print Clearly)

Reflected Networks Inc.

195 W. Pine Avenue

Longwood, Florida 32750

Postmark
Here

USPS 8520?

DEC - 3 2012

PHOENIX AZ NORTHEAST

STATION

**POSTAL CUSTOMER:**

Keep this receipt. For Inquiries:
Access internet web site at
*www.usps.com* ®
or call 1-800-222-1811

**CHECK ONE (POSTAL USE ONLY)**

☐ Priority Mail™ Service

☐ First-Class Mail® parcel

☐ Package Services parcel

PS Form 152, May 2002                    (See Reverse)



U.S. Postal Service™ Delivery Confirmation™ Receipt

Postage and Delivery Confirmation fees must be paid before mailing.

**Article Sent To: (to be completed by mailer)**

*(Please Print Clearly)*

Reflected Networks Inc.
195 W. Pine Avenue
Longwood, Florida 32750

DELIVERY CONFIRMATION NUMBER:

5555 1726 1001 0001 2860 2212 0312

**POSTAL CUSTOMER:**
Keep this receipt. For Inquiries:
Access internet web site at
*www.usps.com* ®
or call 1-800-222-1811

Postmark
Here

DEC - 3 2012

PHOENIX AZ NORTHEAST

STATION

**CHECK ONE (POSTAL USE ONLY)**

☐ Priority Mail™ Service

☐ First-Class Mail® parcel

☐ Package Services parcel

PS Form 152, May 2002                    (See Reverse)

# U.S. Postal Service™ Delivery Confirmation™ Receipt

Postage and Delivery Confirmation fees must be paid before mailing.

**Article Sent To: (to be completed by mailer)**

*(Please Print Clearly)*

Reflected Networks Inc.

195 W. Pine Avenue

Longwood, Florida 32750

DELIVERY CONFIRMATION NUMBER:

2 5562 1976 0001 2860 2312 0312

Postmark
Here

USPS 85018

DEC - 3 2012

PHOENIX AZ NORTHEAST STATION

**POSTAL CUSTOMER:**

Keep this receipt. For Inquiries:
Access internet web site at
*www.usps.com* ®
or call 1-800-222-1811

**CHECK ONE (POSTAL USE ONLY)**

☐ Priority Mail™ Service

☐ First-Class Mail® parcel

☐ Package Services parcel

**PS Form 152, May 2002**          (See Reverse)

**U.S. Postal Service™ Delivery Confirmation™ Receipt**

Postage and Delivery Confirmation fees must be paid before mailing.

**Article Sent To: (to be completed by mailer)**

*(Please Print Clearly)*

Reflected Networks Inc.

195 W. Pine Avenue

Longwood, Florida 32750

*DELIVERY CONFIRMATION NUMBER:*

4388 5395 1976 0001 2860 0312

Postmark
Here

USPS 85016

DEC - 3 2012

STATION

NORTH PHOENIX

PHOENIX AZ NORTHEAST

**POSTAL CUSTOMER:**

Keep this receipt. For Inquiries:
Access internet web site at
*www.usps.com* ®
or call 1-800-222-1811

**CHECK ONE (POSTAL USE ONLY)**

☐ Priority Mail™ Service

☐ First-Class Mail® parcel

☐ Package Services parcel

PS Form 152, May 2002

(See Reverse)



| | | |
|---|---|---|

**Ship (P/U) date :**
**Tues 12/04/2012**

**Delivered**
*Signed for by: LBROWN*

**Actual delivery :**
**Mon 12/10/2012 3:50 pm**

PHOENIX, AZ  US

LONGWOOD, FL  US

## Travel History

| Date/Time | Activity | Location |
|---|---|---|
| **-  12/10/2012  -  Monday** | | |
| 3:50 pm | Delivered | Longwood, FL |
| 5:35 am | On FedEx vehicle for delivery | SANFORD, FL |
| **-  12/08/2012  -  Saturday** | | |
| 3:57 am | On FedEx vehicle for delivery | SANFORD, FL |
| 3:42 am | At local FedEx facility | SANFORD, FL |
| **-  12/07/2012  -  Friday** | | |
| 8:27 pm | Departed FedEx location | ORLANDO, FL |
| 2:35 pm | Arrived at FedEx location | ORLANDO, FL |
| **-  12/05/2012  -  Wednesday** | | |
| 10:41 am | Departed FedEx location | PHOENIX, AZ |
| **-  12/04/2012  -  Tuesday** | | |
| 9:02 pm | Arrived at FedEx location | PHOENIX, AZ |
| 6:03 pm | Picked up | PHOENIX, AZ |
| 4:55 pm | In FedEx possession<br>Tendered at FedEx location | PHOENIX, AZ |
| 4:55 pm | Shipment information sent to FedEx | |

Local Scan Time

## Shipment Facts

| | | | |
|---|---|---|---|
| **Tracking number** | 468635515157330 | **Service** | FedEx Ground |
| **Weight** | 10.8 lbs | **Dimensions** | 12x9x6 in. |
| **Signature services** | Direct signature required | **Total pieces** | 1 |
| **Packaging** | Package | **Special handling section** | Direct Signature Required |



FEDEX EMPLOYEE PEEL HERE ▼

Order Form
**Must be processed at a FedEx shipping counter.**

Sender's Copy

**1 From** *Please print and press hard.*

Date 12-4-2012

Sender's FedEx Account Number

JASON TUCKER          310 488 8017
CYBERNET ENTERTAINMENT LLC
837 CENTRAL AVE

NORTHWOOD          IA     50459

Lawrence G. Walkers      407 975-9150
INTERNATIONAL MEDIA LTD.
195 W. PINE AVENUE

LONGWOOD
USA          FLORIDA
              32750

**4 Delivery Signature Options**     *If you require a signature, check Direct or Indirect.*

☐ No Signature Required
Package may be left without obtaining a signature for delivery.

☑ Direct Signature
Anyone at the delivery address may sign for delivery. Fee applies.

☐ Indirect Signature
If no one is available at delivery address, anyone at a neighboring address may sign for delivery. Available for U.S. residential shipments only. Fee applies.

**5 FedEx Home Delivery® Convenient Delivery Options**
U.S. residential deliveries for packages up to 70 lbs.

☐ FedEx Date Certain Home Delivery®
Delivery on a specific date you select, Tuesday through Saturday, provided the date is not before the standard delivery time and is within two weeks after it. Fee applies.

☐ FedEx Evening Home Delivery®
Delivery between 5 and 8 p.m. on the scheduled date of delivery. Fee applies.

☐ FedEx Appointment Home Delivery®
Delivery on a specific date and time you select. We attempt to contact the recipient in advance. Fee applies.

**6 Payment**
*Bill transportation charges to:*          Enter FedEx Acct. No. below.

☐ Sender
Acct. No. in Section I will be billed.

☐ Recipient

☐ Third Party

☑ Credit Card

☐ Cash/Check

FedEx Acct. No.

**7 FedEx International Ground Information**

| Commodity Description  REQUIRED | Value for Customs  REQUIRED |
|---|---|
| PAPER DMCA NOTIFICATIONS | 97.00 |
| Total Value for Customs USD | 97.00 |

*Bill duties and taxes to:*

☐ Sender
Acct. No. in Section I will be billed.

☐ Recipient

☐ Third Party
Enter FedEx Acct. No. below.

ALL FedEx International Ground shipments may be subject to duties and taxes, which FedEx does not estimate prior to clearance.

FedEx Acct. No.

| FedEx Use Only | Base Rate | Total Charge |
|---|---|---|
| | $ | $ |
| Tracking Number | | |
| Employee Number | | 5485581 |

**3 Package Information**

☐ Residential Delivery Address     ☒ Nonresidential (Business) Delivery Address

Number of Packages  1     Weight  1     Declared Value $  97.00

Our liability is limited to $100 per package unless you declare a higher value. See back for details. Declared value of $500 or more will default to Direct Signature required. For multiple packages to one delivery address, see the shipping agent to declare a value for each package.

The FedEx Ground Order Form is for FedEx Ground shipments within the U.S., and for FedEx International Ground shipments from the U.S. to Canada. By using this FedEx Ground Order Form, you agree to the service conditions on the back of the Sender's Copy of this document and in the current FedEx Service Guide, including terms that limit our liability. Hazardous materials cannot be shipped using this FedEx Ground Order Form.

Part 156276 Rev. Date 7/10 OP-253WSC • ©1994–2010 FedEx • PRINTED IN U.S.A.  RRDO

fedex.com   1.800.GoFedEx   1.800.463.3339

# Terms and Conditions Summary

*For the current FedEx Service Guide, which contains the complete Terms and Conditions, go to fedex.com.*

**Definitions**   On this FedEx Ground Order Form, "we," "our," "us" and "FedEx" refer to FedEx Ground Package System, Inc. (FedEx Ground), its employees and agents. "You" and "your" refer to the sender, its employees and agents.

**Agreement to Terms**   By giving us your package to deliver, you agree to all the terms on this FedEx Ground Order Form, in the current FedEx Service Guide and as supplemented in the FedEx Retail Counter Rates Book, which is available upon request. You also agree to those terms on behalf of any third party with an interest in the package. If there is a conflict between the current FedEx Service Guide and this FedEx Ground Order Form, the current FedEx Service Guide will control. No one is authorized to change the terms of our Agreement.

**Responsibility for Packaging and Completing the FedEx Ground Order Form**   You are responsible for adequately packaging your goods and properly completing this FedEx Ground Order Form. If you omit the number of packages and/or weight per package, our billing will be based on our best estimate of the number of packages we received and/or an estimated "default" weight per package as determined by us.

**Responsibility for Payment**   Even if you give us different payment instructions, you will always be primarily responsible for all delivery costs, as well as any cost we incur in either returning your package to you or warehousing it pending disposition.

**Limitations on Our Liability and Liabilities Not Assumed**
- Our liability in connection with this package is limited to the lesser of your actual damages or $100, unless you declare a higher value, pay an additional charge and document your actual loss in a timely manner. You may pay an additional charge for each additional $100 of declared value. The declared value does not constitute, nor do we provide, cargo liability insurance.
- In any event, we will not be liable for any damage in excess of the declared value of a shipment.
- We won't be liable:
  - If you or the recipient violates any of the terms of our Agreement.
  - For loss or damage to shipments of prohibited items.
  - For loss, damage or delay caused by events we cannot control, including but not limited to acts of God, perils of the air, weather conditions, acts of public enemies, war, strikes, civil commotions or acts of public authorities with actual or apparent authority.
  - For any special, incidental or consequential damages, including but not limited to loss of income or profits, whether or not FedEx had knowledge that such damages might be incurred.

**Declared Value Limits**
- If you declare a higher value and pay an extra charge, the highest declared value allowed is $50,000 unless your package contains items of extraordinary value, in which case the highest declared value allowed is $1,000.
- Items of extraordinary value include shipments containing such items as artwork, jewelry, furs, precious metals, negotiable instruments and other items listed in the current FedEx Service Guide.

**Filing a Claim**   YOU MUST MAKE ALL CLAIMS IN WRITING and notify us of your claim within strict time limits set out in the current FedEx Service Guide.

You may call our customer service department at 1.800.GoFedEx 1.800.463.3339 to report a claim; however, you must still file a timely written claim.

We aren't obligated to act on any claim until you have paid all transportation charges, and you may not deduct the amount of your claim from those charges.

If the recipient accepts your package without noting any damage on the delivery record, we will assume the package was delivered in good condition. For us to process your claim, you must make the original shipping cartons and packing available for inspection.

**Right to Inspect**   We may, at our option, open and inspect your packages before or after you give them to us to deliver.

**Right of Rejection**   We reserve the right to reject a package when such package would be likely to cause delay or damage to other packages, equipment or personnel; or if the package is prohibited by law; or if the package would violate any terms of our FedEx Ground Order Form or the current FedEx Service Guide.

**C.O.D. Services**   C.O.D. SERVICE IS NOT AVAILABLE WITH THIS FEDEX GROUND ORDER FORM. If C.O.D. service is required, please refer to the current FedEx Service Guide.

**Packages to AK and HI**   Packages tendered to Alaska or Hawaii are subject to aviation security controls by carriers and, when appropriate, other government regulations. Copies of all relevant shipping documents showing the package's consignee, consignor, description and other relevant data will be retained on file until the package completes its air transportation.

**Residential Deliveries**   Residential deliveries include deliveries made to a home or private residence, including locations where a business is operated from the home. Residential deliveries that are not delivered by the Home Delivery Division of FedEx Ground are not eligible for the FedEx Ground money-back guarantee.

**FedEx Home Delivery® Convenient Delivery Options**   FedEx offers three convenient delivery options for shippers using FedEx Home Delivery, and special handling fees apply. See the rates in the current FedEx Service Guide.

**Delivery Signature Options**   FedEx offers delivery signature options for shippers, and special handling fees apply. See the rates in the current FedEx Service Guide. Indirect Signature Required is not available for shipments to nonresidential addresses.

**Money-Back Guarantee**   In the event of untimely delivery, FedEx will, at your request and with some limitations, refund or credit all transportation charges. See the current FedEx Service Guide for more information.

**International Shipments to Canada**   Additional terms and conditions apply to these shipments. Please see the current FedEx Service Guide for complete details.

SHIPPER AGREES NOT TO TENDER HAZARDOUS MATERIALS OR OTHER PROHIBITED ITEMS.

Rev. Date 7/10 • Part 156276 • OP-253WSC

**1 of 1**

# FedEx

| | Hold | SpH | OS | AddH | Resl | Wgt (lbs) | DV | Total Chg |
|---|---|---|---|---|---|---|---|---|
| 468635515157330 | | | | | | 10.80 | $97 | $21.32 |

Part # 156297-435 RIT2 09/12 ***

---

| **Total Charges** | **$21.32** |
|---|---|
| CreditCard xxxxx6612 | |
| Emp # 2017631 | Ship Date:04DEC12 |

# CONDITIONS OF CONTRACT FOR INTERNATIONAL FEDEX SHIPMENTS ONLY

**DEFINITIONS.** On this Air Waybill, "we," "our," "us," and "FedEx" refer to Federal Express Corporation, its subsidiaries and branches and their respective employees, agents and independent contractors. "You" and "your" refer to the shipper, its employees, principals and agents. If your shipment originates outside the United States, your contract of carriage is with the Federal Express subsidiary, branch or independent contractor who originally accepts the shipment from you. "Package" means any container or envelope that is accepted by us for delivery, including any such items tendered by you utilizing our automated systems, meters, manifests or waybills. "Shipment" means all packages which are tendered to and accepted by us on a single Air Waybill. **AGREEMENT TO TERMS.** By giving us your shipment, you agree, regardless of whether you sign the front of this Air Waybill, for yourself and as agent for and on behalf of any other person having an interest in this shipment, to all terms on this NON-NEGOTIABLE Air Waybill, in any applicable tariff, and in our current Service Guide or Standard Conditions of Carriage, copies of which are available upon request. If there is a conflict between this Air Waybill and either the tariff, Service Guide, or Standard Conditions then in effect, the tariff and the terms of any customer automation agreement between the shipper and Federal Express shall control (the Service Guide or Standard Conditions have secondary priority). No one is authorized to alter or modify the terms of our agreement. This Air Waybill shall be binding on us when the shipment is accepted. **YOUR OBLIGATION.** You warrant that each article in the shipment is properly described on this Air Waybill and is acceptable for transport by us, and that the shipment is properly marked, addressed (including postal codes) and packed to ensure safe transportation with ordinary care in handling. **NOTICE CONCERNING LIMITATIONS OF LIABILITY.** All carriage hereunder is subject to the rules relating to liability established by the Warsaw Convention, or other law in the country of departure. If the carriage is an ultimate destination or stop in a country other than the country of departure, the Warsaw Convention may be applicable and in most cases limits our liability for loss of or damage to your shipment. In the U.S., the Warsaw Convention liability limit is U.S. $9.07 per pound (U.S. $20.38 per kilogram), unless you declare a higher value for carriage as described below. The international limit of liability for loss or damage to goods is approximately U.S. $9.07 per pound (U.S. $20.38 per kilogram). **Road Transport Notice.** Shipments transported partly or solely by road may be subject to the road. If a conflict arises between the provisions of the CMR and this Air Waybill, the terms of the CMR shall prevail. **Limitation of Liability.** If not governed by the Warsaw Convention or the terms of the international Carriage of Goods by Road (the "CMR") are subject to the terms and conditions of the CMR, notwithstanding any other provisions of this Agreement to the contrary. For these shipments transported solely by road, if a conflict arises between the provisions of the CMR and this Air Waybill, the terms of the CMR shall prevail. **Limitation of Liability.** If not governed by the Warsaw Convention or the CMR as described above, our maximum liability for loss, damage or delay is limited by this Air Waybill to U.S. $100 per shipment or U.S. $9.07 per pound (U.S. $20.38 per kilo) or equivalent local currency), whichever is greater, unless you declare a higher value for carriage as described below. FedEx does not provide cargo liability or all-risk insurance, but you may pay an additional charge to each individual U.S. $100 (or equivalent local currency) of declared value for carriage. If a higher value for carriage is declared and the additional charge is paid, FedEx's maximum liability will be the lesser of the declared value for carriage or your actual damages. **LIABILITIES NOT ASSURED.** IN ANY EVENT, WE WON'T BE LIABLE FOR ANY DAMAGES, WHETHER DIRECT, INCIDENTAL, SPECIAL, OR CONSEQUENTIAL, IN EXCESS OF THE DECLARED VALUE FOR CARRIAGE (INCLUDING BUT NOT LIMITED TO LOSS OF INCOME OR PROFITS) WHETHER OR NOT WE HAD ANY KNOWLEDGE THAT SUCH DAMAGES MIGHT BE INCURRED, UNLESS SUCH DAMAGES WERE CAUSED BY OUR OWN WILLFUL MISCONDUCT OR GROSS NEGLIGENCE. We won't be liable for your acts or omissions, including but not limited to incorrect declaration of cargo, improper or insufficient packing, securing, marking or addressing of the shipment, or for the acts or omissions of the recipient or anyone else with an interest in the shipment. Also, we won't be liable if you or the recipient violate any of the terms of our agreement. We won't be liable for loss of or damage to shipments of cash, currency or other prohibited items. We won't be liable for loss, damages or delay caused by events we cannot control, including but not limited to acts of God, perils of the air, weather conditions, mechanical delays, acts of public enemies, war, strikes, civil commotions, or acts or omissions of public authorities (including customs and health officials) with actual or apparent authority. **NO WARRANTIES.** We make no warranties, express or implied. **CLAIM FOR LOSS, DAMAGE OR DELAY, ALL CLAIMS MUST BE NOTIFIED TO US WITHIN 15 DAYS AFTER DELIVERY OF THE SHIPMENT, FAIL-ING WHICH NO ACTION MAY BE BROUGHT.** All claims for loss, non-delivery or mis-delivery must be received by us within 90 days after the shipment is accepted by us. The right to damages against us shall be extinguished unless an action is brought within two years after the date of delivery of the shipment or from date on which the shipment should have been delivered. Within 30 days after notification you shall be liable for all transportation charges have been paid; the claim amount may not be deducted from those charges. If the recipient accepts the shipment without noting any damage on the delivery record, we will assume the shipment was delivered in good condition. In order for us to consider a claim for damage, the contents, original shipping cartons, and packing must be available to us for inspection. **RIGHT TO INSPECT.** Your shipment may, at our option or at the request of governmental authorities, be opened and inspected by us or such authorities at any time. **CUSTOMS CLEARANCE.** It is your responsibility to provide proper customs documentation and confirmation, where required. **EXPORT CONTROL.** You authorize Federal Express to act as forwarding agent for you for export control and customs purposes. You hereby certify that all statements and information contained in this air waybill relating to exportation are true and correct. Furthermore, you understand that civil and criminal penalties, including forfeiture and sale, may be imposed for making false or fraudulent statements or for the violation of any United States Laws on exportation, including but not limited to, 13 USC Sec. 305; 22 USC Sec. 401; 19 USC Sec. 1001; 50 USC App. 2410. **MANDATORY LAW.** Insofar as any provision contained in or referred to in this Air Waybill may be contrary to any applicable international treaty, law, government regulations, orders or requirements such provision shall remain in effect as a part of our agreement to the extent that it is not overridden. The invalidity or unenforceability of any provision shall not affect any other part of this Air Waybill. Unless otherwise indicated, the Sender's address indicated on the face of this Air Waybill is the place of execution and the place of departure, and Recipient's address listed on the face of this Air Waybill is the place of destination. Unless otherwise indicated, Federal Express Corporation, P.O. Box 727, Memphis, TN 38194 USA is the first carrier of this shipment.



4881 N 20TH STREET
PHOENIX, AZ 85016

Location:          ZSYKK
Device ID:         ZSYKK-POS2
Employee:          2017631
Transaction:       78069414584

---

GROUND
468635515157330  10.80 lb (S)        21.32
   Direct Signature

Scheduled Delivery Date is 4 business days


Shipment subtotal:       21.32


Total Due:       **21.32**

(V) CreditCard:       21.32
\*\*\*\*\*\*\*\*\*\*\*\*6612


M = Weight entered manually
S = Weight read from scale
T = Taxable item

Subject to additional charges. See FedEx Service Guide
at fedex.com for details. All merchandise sales final.


Visit us at: **fedex.com**
Or call 1.800.GoFedEx
1.800.463.3339

December 4, 2012 4:51:42 PM

# **EXHIBIT D**

| U.S. Trademarks | Link to Video Online | Link to Infringing Materials on Defendant Sites | Evidence # |
|---|---|---|---|
| 3396959, 3379745, 3338653 | http://www.kinkondemand.com/kod/shoot/1895 | http://www.hotfunhouse.com/videos/maya-bdsm-1-2259384.html | HFH1895.avi |
| 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/1897 | http://www.hotfunhouse.com/videos/maya-bdsm-with-selina-minx-2305877.html | HFH1897.avi |
| 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/2486 | http://www.hotfunhouse.com/videos/sydnee-capri-bdsm-2-with-princes-donna-2319032.html | HFH2486.avi |
| 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/2780 | http://www.hotfunhouse.com/videos/dragonlily-bdsm-3-with-princess-donna-2308479.html | HFH2780.avi |
| 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/3043 | http://www.hotfunhouse.com/videos/brunette-submits-to-bdsm-session-2305879.html | HFH3043.avi |
| 3396959, 3379745, 3338653 | http://www.kinkondemand.com/kod/shoot/3148 | http://www.hotfunhouse.com/videos/keeani-lei-bdsm-1-2290500.html | HFH3148.avi |
| 3396959, 3379745, 3273365 | http://www.kinkondemand.com/kod/shoot/3745 | http://www.hotfunhouse.com/videos/championship-tournament--152658.html | HFH3745.avi |
| 3396959, 3379745, 3273365 | http://www.kinkondemand.com/kod/shoot/3998 | http://www.hotfunhouse.com/videos/female-wrestling--2268766.html | HFH3998.avi |
| 3396959, 3379745, 3899553 | http://www.kinkondemand.com/kod/shoot/4936 | http://www.hotfunhouse.com/videos/the-training-of-a-slave--2283240.html | HFH4936.avi |
| 3396959, 3379745, 3273365 | http://www.kinkondemand.com/kod/shoot/5023 | http://www.hotfunhouse.com/videos/eva-gets-her-ass-handed-to-her-2179786.html | HFH5023.avi |
| 3396959, 3379745, 3273365 | http://www.kinkondemand.com/kod/shoot/5045 | http://www.hotfunhouse.com/videos/eva-gets-her-ass-handed-to-her-2179786.html | HFH5045.avi |
| 3396959, 3379745, 3899554 | http://www.kinkondemand.com/kod/shoot/5776 | http://www.hotfunhouse.com/videos/slut-forced-to-fuck-in-public-2173306.html | HFH5776.avi |
| 3396959, 3379745, 3338653 | http://www.kinkondemand.com/kod/shoot/603 | http://www.hotfunhouse.com/videos/babydoll-bdsm--2293258.html | HFH603.avi |
| 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/6905 | http://www.hotfunhouse.com/videos/check-out-the-tongue-licking-machine-2176469.html | HFH6905.avi |
| 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/6999 | http://www.hotfunhouse.com/videos/cute-brunette-gets-fucked-by-machines-2181142.html | HFH6999.avi |
| 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/11229 | http://www.jizzbo.com/videos/holly-heart-bdsm-2305868.html | JB11229.avi |
| 3396959, 3379745, 3338653 | http://www.kinkondemand.com/kod/shoot/14418 | http://www.jizzbo.com/videos/skin-diamond-bdsm-1-2303116.html | JB14418.avi |
| 3396959, 3379745, 3338653 | http://www.kinkondemand.com/kod/shoot/1895 | http://www.jizzbo.com/videos/maya-bdsm-1-2259384.html | JB1895.avi |
| 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/1897 | http://www.jizzbo.com/videos/maya-bdsm-with-selina-minx-2305877.html | JB1897.avi |
| 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/2486 | http://www.jizzbo.com/videos/sydnee-capri-bdsm-2-with-princes-donna-2319032.html | JB2486.avi |
| 3396959, 3379745, 3338653 | http://www.kinkondemand.com/kod/shoot/2786 | http://www.jizzbo.com/videos/sydnee-capri-bdsm-pt1-2201369.html | JB2786.avi |
| 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/3043 | http://www.jizzbo.com/videos/brunette-submits-to-bdsm-session-2305879.html | JB3043.avi |
| 3396959, 3379745, 3338653 | http://www.kinkondemand.com/kod/shoot/3074 | http://www.jizzbo.com/videos/bdsm--asian-kat-2204987.html | JB3074.avi |
| 3396959, 3379745, 3338653 | http://www.kinkondemand.com/kod/shoot/3148 | http://www.jizzbo.com/videos/keeani-lei-bdsm-1-2290500.html | JB3148.avi |
| 3396959, 3379745, 3273365 | http://www.kinkondemand.com/kod/shoot/3745 | http://www.jizzbo.com/videos/championship-tournament--152658.html | JB3745.avi |
| 3396959, 3379745, 3273365 | http://www.kinkondemand.com/kod/shoot/3998 | http://www.jizzbo.com/videos/female-wrestling--2268766.html | JB3998.avi |
| 3396959, 3379745, 3899553 | http://www.kinkondemand.com/kod/shoot/4936 | http://www.jizzbo.com/videos/the-training-of-a-slave--2283240.html | JB4936.avi |
| 3396959, 3379745, 3273365 | http://www.kinkondemand.com/kod/shoot/5023 | http://www.jizzbo.com/videos/two-chicks-battle-will-lorena-be-0-2-2177643.html | JB5023.avi |
| 3396959, 3379745, 3338653 | http://www.kinkondemand.com/kod/shoot/603 | http://www.jizzbo.com/videos/babydoll-bdsm--2293258.html | JB603.avi |
| 3396959, 3379745, 3899554 | http://www.kinkondemand.com/kod/shoot/6424 | http://www.jizzbo.com/videos/a-fucken-corner-store-fuck-2174275.html | JB6424.avi |
| 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/6905 | http://www.jizzbo.com/videos/check-out-the-tongue-licking-machine-2176469.html | JB6905.avi |
| 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/6999 | http://www.jizzbo.com/videos/cute-brunette-gets-fucked-by-machines-2181142.html | JB6999.avi |
| 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/7137 | http://www.jizzbo.com/videos/sindee-jennings--fucking-machines-2258555.html | JB7136.avi |
| 3396959, 3379745, 3338653 | http://www.kinkondemand.com/kod/shoot/9849 | http://www.jizzhut.com/videos/bdsm-big-tit-teen-2291487.html | JH9849.avi |
| 3396959, 3379745, 3338653 | http://www.kinkondemand.com/kod/shoot/1895 | http://www.jizzhut.com/videos/maya-bdsm-1-2259384.html | JH1895.avi |
| 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/1897 | http://www.jizzhut.com/videos/maya-bdsm-with-selina-minx-2305877.html | JH1897.avi |
| 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/2486 | http://www.jizzhut.com/videos/sydnee-capri-bdsm-2-with-princes-donna-2319032.html | JH2486.avi |
| 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/2780 | http://www.jizzhut.com/videos/dragonlily-bdsm-3-with-princess-donna-2308479.html | JH2780.avi |
| 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/3043 | http://www.jizzhut.com/videos/brunette-submits-to-bdsm-session-2305879.html | JH3043.avi |
| 3396959, 3379745, 3338653 | http://www.kinkondemand.com/kod/shoot/3148 | http://www.jizzhut.com/videos/keeani-lei-bdsm-1-2290500.html | JH3148.avi |
| 3396959, 3379745, 3273365 | http://www.kinkondemand.com/kod/shoot/3745 | http://www.jizzhut.com/videos/championship-tournament--152658.html | JH3745.avi |
| 3396959, 3379745, 3273365 | http://www.kinkondemand.com/kod/shoot/3998 | http://www.jizzhut.com/videos/female-wrestling--2268766.html | JH3998.avi |
| 3396959, 3379745, 3899553 | http://www.kinkondemand.com/kod/shoot/4936 | http://www.jizzhut.com/videos/the-training-of-a-slave--2283240.html | JH4936.avi |
| 3396959, 3379745, 3273365 | http://www.kinkondemand.com/kod/shoot/5023 | http://www.jizzhut.com/videos/two-chicks-battle-will-lorena-be-0-2-2177643.html | JH5023.avi |
| 3396959, 3379745, 3273365 | http://www.kinkondemand.com/kod/shoot/5045 | http://www.jizzhut.com/videos/eva-gets-her-ass-handed-to-her-2179786.html | JH5045.avi |
| 3396959, 3379745, 3338653 | http://www.kinkondemand.com/kod/shoot/603 | http://www.jizzhut.com/videos/babydoll-bdsm--2293258.html | JH603.avi |
| 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/6905 | http://www.jizzhut.com/videos/check-out-the-tongue-licking-machine-2176469.html | JH6905.avi |
| 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/6999 | http://www.jizzhut.com/videos/cute-brunette-gets-fucked-by-machines-2181142.html | JH6999.avi |
| 3396959, 3379745, 3338653 | http://www.kinkondemand.com/kod/shoot/1895 | http://www.jizzonline.com/videos/maya-bdsm-1-2259384.html | JO1895.avi |
| 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/1897 | http://www.jizzonline.com/videos/maya-bdsm-with-selina-minx-2305877.html | JO1897.avi |
| 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/2486 | http://www.jizzonline.com/videos/sydnee-capri-bdsm-2-with-princes-donna-2319032.html | JO2486.avi |
| 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/2780 | http://www.jizzonline.com/videos/dragonlily-bdsm-3-with-princess-donna-2308479.html | JO2780.avi |
| 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/3043 | http://www.jizzonline.com/videos/brunette-submits-to-bdsm-session-2305879.html | JO3043.avi |
| 3396959, 3379745, 3338653 | http://www.kinkondemand.com/kod/shoot/3148 | http://www.jizzonline.com/videos/keeani-lei-bdsm-1-2290500.html | JO3148.avi |
| 3396959, 3379745, 3273365 | http://www.kinkondemand.com/kod/shoot/3745 | http://www.jizzonline.com/videos/championship-tournament--152658.html | JO3745.avi |
| 3396959, 3379745, 3273365 | http://www.kinkondemand.com/kod/shoot/3998 | http://www.jizzonline.com/videos/female-wrestling--2268766.html | JO3998.avi |
| 3396959, 3379745, 3899553 | http://www.kinkondemand.com/kod/shoot/4936 | http://www.jizzonline.com/videos/the-training-of-a-slave--2283240.html | JO4936.avi |
| 3396959, 3379745, 3273365 | http://www.kinkondemand.com/kod/shoot/5023 | http://www.jizzonline.com/videos/two-chicks-battle-will-lorena-be-0-2-2177643.html | JO5023.avi |
| 3396959, 3379745, 3273365 | http://www.kinkondemand.com/kod/shoot/5045 | http://www.jizzonline.com/videos/eva-gets-her-ass-handed-to-her-2179786.html | JO5045.avi |
| 3396959, 3379745, 3899554 | http://www.kinkondemand.com/kod/shoot/5776 | http://www.jizzonline.com/videos/slut-forced-to-fuck-in-public-2173306.html | JO5776.avi |
| 3396959, 3379745, 3338653 | http://www.kinkondemand.com/kod/shoot/603 | http://www.jizzonline.com/videos/babydoll-bdsm--2293258.html | JO603.avi |
| 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/6905 | http://www.jizzonline.com/videos/check-out-the-tongue-licking-machine-2176469.html | JO6905.avi |
| 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/6999 | http://www.jizzonline.com/videos/cute-brunette-gets-fucked-by-machines-2181142.html | JO6999.avi |

| | | |
|---|---|---|
| 3396959, 3379745, 3899554 | http://www.kinkondemand.com/kod/shoot/6424 | http://www.hotfunhouse.com/videos/a-fucken-corner-store-fuck-2174275.html | July022013-HFH-DD6424.avi |
| 3396959, 3379745, 3899554 | http://www.kinkondemand.com/kod/shoot/6424 | http://www.jizzbo.com/videos/a-fucken-corner-store-fuck-2174275.html | July022013-JB-DD6424.avi |
| 3396959, 3379745, 3899554 | http://www.kinkondemand.com/kod/shoot/6424 | http://www.jizzhut.com/videos/a-fucken-corner-store-fuck-2174275.html | July022013-JH-DD6424.avi |
| 3396959, 3379745, 3899554 | http://www.kinkondemand.com/kod/shoot/6424 | http://www.jizzonline.com/videos/a-fucken-corner-store-fuck-2174275.html | July022013-JO-DD6424.avi |
| 3396959, 3379745, 3899554 | http://www.kinkondemand.com/kod/shoot/6424 | http://www.moviesguy.com/videos/a-fucken-corner-store-fuck-2174275.html | July022013-MG-DD6424.avi |
| 3396959, 3379745, 3899554 | http://www.kinkondemand.com/kod/shoot/6424 | http://www.onlyjizz.com/videos/a-fucken-corner-store-fuck-2174275.html | July022013-OJ-DD6424.avi |
| 3396959, 3379745, 3899554 | http://www.kinkondemand.com/kod/shoot/6424 | http://www.youjizz.com/videos/a-fucken-corner-store-fuck-2174275.html | July022013-YJ-DD6424.avi |
| 3396959, 3379745, 3338653 | http://www.kinkondemand.com/kod/shoot/1895 | http://www.moviesguy.com/videos/maya-bdsm-1-2259384.html | MG1895.avi |
| 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/1897 | http://www.moviesguy.com/videos/maya-bdsm-with-selina-minx-2305877.html | MG1897.avi |
| 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/2486 | http://www.moviesguy.com/videos/sydnee-capri-bdsm-2-with-princes-donna-2319032.html | MG2486.avi |
| 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/2780 | http://www.moviesguy.com/videos/dragonlily-bdsm-3-with-princess-donna-2308479.html | MG2780.avi |
| 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/3043 | http://www.moviesguy.com/videos/brunette-submits-to-bdsm-session-2305879.html | MG3043.avi |
| 3396959, 3379745, 3338653 | http://www.kinkondemand.com/kod/shoot/3148 | http://www.moviesguy.com/videos/keeani-lei-bdsm-1-2290500.html | MG3148.avi |
| 3396959, 3379745, 3273365 | http://www.kinkondemand.com/kod/shoot/3998 | http://www.moviesguy.com/videos/female-wrestling--2268766.html | MG3998.avi |
| 3396959, 3379745, 3273365 | http://www.kinkondemand.com/kod/shoot/4936 | http://www.moviesguy.com/videos/the-training-of-a-slave--2283240.html | MG4936.avi |
| 3396959, 3379745, 3273365 | http://www.kinkondemand.com/kod/shoot/5023 | http://www.Moviesguy.com/videos/two-chicks-battle-will-lorena-be-0-2-2177643.html | MG5023.avi |
| 3396959, 3379745, 3899554 | http://www.kinkondemand.com/kod/shoot/5045 | http://www.moviesguy.com/videos/eva-gets-her-ass-handed-to-her-2179786.html | MG5045.avi |
| 3396959, 3379745, 3899554 | http://www.kinkondemand.com/kod/shoot/5776 | http://www.moviesguy.com/videos/slut-forced-to-fuck-in-public-2173306.html | MG5776.avi |
| 3396959, 3379745, 3338653 | http://www.kinkondemand.com/kod/shoot/603 | http://www.moviesguy.com/videos/babydoll-bdsm--2293258.html | MG603.avi |
| 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/6905 | http://www.moviesguy.com/videos/check-out-the-tongue-licking-machine-2176469.html | MG6905.avi |
| 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/6999 | http://www.moviesguy.com/videos/cute-brunette-gets-fucked-by-machines-2181142.html | MG6999.avi |
| 3396959, 3379745, 3338653 | http://www.kinkondemand.com/kod/shoot/1895 | http://www.onlyjizz.com/videos/maya-bdsm-1-2259384.html | OJ1895.avi |
| 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/1897 | http://www.onlyjizz.com/videos/maya-bdsm-with-selina-minx-2305877.html | OJ1897.avi |
| 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/2486 | http://www.onlyjizz.com/videos/sydnee-capri-bdsm-2-with-princes-donna-2319032.html | OJ2486.avi |
| 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/2780 | http://www.onlyjizz.com/videos/dragonlily-bdsm-3-with-princess-donna-2308479.html | OJ2780.avi |
| 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/3043 | http://www.onlyjizz.com/videos/brunette-submits-to-bdsm-session-2305879.html | OJ3043.avi |
| 3396959, 3379745, 3338653 | http://www.kinkondemand.com/kod/shoot/3148 | http://www.onlyjizz.com/videos/keeani-lei-bdsm-1-2290500.html | OJ3148.avi |
| 3396959, 3379745, 3273365 | http://www.kinkondemand.com/kod/shoot/3745 | http://www.onlyjizz.com/videos/championship-tournament--152658.html | OJ3745.avi |
| 3396959, 3379745, 3273365 | http://www.kinkondemand.com/kod/shoot/3998 | http://www.onlyjizz.com/videos/female-wrestling--2268766.html | OJ3998.avi |
| 3396959, 3379745, 3899553 | http://www.kinkondemand.com/kod/shoot/4936 | http://www.onlyjizz.com/videos/the-training-of-a-slave--2283240.html | OJ4936.avi |
| 3396959, 3379745, 3273365 | http://www.kinkondemand.com/kod/shoot/5023 | http://www.onlyjizz.com/videos/two-chicks-battle-will-lorena-be-0-2-2177643.html | OJ5023.avi |
| 3396959, 3379745, 3273365 | http://www.kinkondemand.com/kod/shoot/5045 | http://www.onlyjizz.com/videos/eva-gets-her-ass-handed-to-her-2179786.html | OJ5045.avi |
| 3396959, 3379745, 3899554 | http://www.kinkondemand.com/kod/shoot/5776 | http://www.onlyjizz.com/videos/slut-forced-to-fuck-in-public-2173306.html | OJ5776.avi |
| 3396959, 3379745, 3338653 | http://www.kinkondemand.com/kod/shoot/603 | http://www.onlyjizz.com/videos/babydoll-bdsm--2293258.html | OJ603.avi |
| 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/6905 | http://www.onlyjizz.com/videos/check-out-the-tongue-licking-machine-2176469.html | OJ6905.avi |
| 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/6999 | http://www.onlyjizz.com/videos/cute-brunette-gets-fucked-by-machines-2181142.html | OJ6999.avi |
| 3396959, 3379745, 3338653 | http://www.kinkondemand.com/kod/shoot/1895 | http://www.youjizz.com/videos/maya-bdsm-1-2259384.html | YJ1895.avi |
| 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/1897 | http://www.youjizz.com/videos/maya-bdsm-with-selina-minx-2305877.html | YJ1897.avi |
| 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/2486 | http://www.youjizz.com/videos/sydnee-capri-bdsm-2-with-princes-donna-2319032.html | YJ2486.avi |
| 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/2780 | http://www.youjizz.com/videos/dragonlily-bdsm-3-with-princess-donna-2308479.html | YJ2780.avi |
| 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/2891 | http://www.youjizz.com/videos/sydnee-capri-bdsm-4-2203078.html | YJ2891.avi |
| 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/3043 | http://www.youjizz.com/videos/brunette-submits-to-bdsm-session-2305879.html | YJ3043.avi |
| 3396959, 3379745, 3338653 | http://www.kinkondemand.com/kod/shoot/3148 | http://www.youjizz.com/videos/keeani-lei-bdsm-1-2290500.html | YJ3148.avi |
| 3396959, 3379745, 3273365 | http://www.kinkondemand.com/kod/shoot/3745 | http://www.youjizz.com/videos/championship-tournament--152658.html | YJ3745.avi |
| 3396959, 3379745, 3273365 | http://www.kinkondemand.com/kod/shoot/3998 | http://www.youjizz.com/videos/female-wrestling--2268766.html | YJ3998.avi |
| 3396959, 3379745, 3899553 | http://www.kinkondemand.com/kod/shoot/4936 | http://www.youjizz.com/videos/the-training-of-a-slave--2283240.html | YJ4936.avi |
| 3396959, 3379745, 3273365 | http://www.kinkondemand.com/kod/shoot/5023 | http://www.youjizz.com/videos/two-chicks-battle-will-lorena-be-0-2-2177643.html | YJ5023.avi |
| 3396959, 3379745, 3899554 | http://www.kinkondemand.com/kod/shoot/5776 | http://www.youjizz.com/videos/slut-forced-to-fuck-in-public-2173306.html | YJ5776.avi |
| 3396959, 3379745, 3273365 | http://www.kinkondemand.com/kod/shoot/603 | http://www.youjizz.com/videos/babydoll-bdsm--2293258.html | YJ603.avi |
| 3396959, 3379745, 3899554 | http://www.kinkondemand.com/kod/shoot/6424 | http://www.youjizz.com/videos/a-fucken-corner-store-fuck-2174275.html | YJ6424.avi |
| 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/6905 | http://www.youjizz.com/videos/check-out-the-tongue-licking-machine-2176469.html | YJ6905.avi |
| 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/6999 | http://www.youjizz.com/videos/cute-brunette-gets-fucked-by-machines-2181142.html | YJ6999.avi |

# **<u>EXHIBIT E</u>**

| Copyright Registration | Title | Trademark Numbers | Link to Video Online | Location of Infringement | Viewed |
|---|---|---|---|---|---|
| | #### | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/29296 | http://www.youjizz.com/videos/just-her-and-her-fuck-machine-4339651.html | 4,773 |
| | #### | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/29296 | http://www.youjizz.com/videos/fucking-her-pussy-and-ass-with-a-machine-3296161.html | 24,128 |
| | #### | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/28348 | http://www.youjizz.com/videos/multiple-orgasms-with-machines-5943141.html | 594 |
| | #### | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/28268 | http://www.youjizz.com/videos/hardcore-sex-makes-this-slut-squirt-5710421.html | 2,216 |
| | #### | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/27558 | http://www.youjizz.com/videos/the-redheaded-pain-slut-4447801.html | 39,776 |
| | #### | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/27364 | http://www.youjizz.com/videos/cherry-torn-likes-it-rough-4561151.html | 5,881 |
| | #### | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/26040 | http://www.youjizz.com/videos/fucking-machine-makes-her-squirt-5487971.html | 12,204 |
| | #### | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/25089 | http://www.youjizz.com/videos/her-and-her-fucking-machine-4386501.html | 3,573 |
| | #### | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/25089 | http://www.youjizz.com/videos/machine-fucked-5703131.html | 12,445 |
| | #### | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/24602 | http://www.youjizz.com/videos/she-needs-a-lesson-in-manners-4700781.html | 13,371 |
| | #### | 3396959, 3379745, 3870504 | http://www.kinkondemand.com/kod/shoot/19936 | http://www.youjizz.com/videos/amazing-sex-club-4640271.html | 1,175 |
| PA0001818344 | #### | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/17943 | http://www.youjizz.com/videos/bdsm-file-on-tia-ling-2363357.html | 180,675 |
| | #### | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/15934 | http://www.youjizz.com/videos/beauty-gets-hardcore-bondage-gangbang-5169211.html | 30,350 |
| PA0001764889 | #### | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/14993 | http://www.youjizz.com/videos/delicious-pain-2333598.html | 71,936 |
| PA0001764629 | #### | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/13987 | http://www.youjizz.com/videos/jenna-presley-2282649.html | 229,851 |
| PA0001763533 | #### | 3396959, 3379745, 3899553 | http://www.kinkondemand.com/kod/shoot/13863 | http://www.youjizz.com/videos/bdsm-group-sex-5036231.html | 38,565 |
| PA0001767614 | #### | 3396959, 3379745, 3338653 | http://www.kinkondemand.com/kod/shoot/11700 | http://www.youjizz.com/videos/pornstar-tit-abuse-5039201.html | 25,121 |
| PA0001767614 | #### | 3396959, 3379745, 3338653 | http://www.kinkondemand.com/kod/shoot/11700 | http://www.youjizz.com/videos/ms-sara-jay-2471353.html | 729,732 |
| PA0001767614 | #### | 3396959, 3379745, 3338653 | http://www.kinkondemand.com/kod/shoot/11700 | http://www.youjizz.com/videos/machine-in-office-2342226.html | 14,103 |
| PA0001767752 | #### | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/11216 | http://www.youjizz.com/videos/she-likes-machines-2386868.html | 22,495 |
| PA0001770100 | 9954 | 3396959, 3379745, 3870504 | http://www.kinkondemand.com/kod/shoot/9954 | http://www.youjizz.com/videos/pussy-control-3944861.html | 12,118 |
| PA0001769056 | 9835 | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/9835 | http://www.youjizz.com/videos/machine-fucked-5521711.html | 6,096 |
| PA0001767959 | 9818 | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/9818 | http://www.youjizz.com/videos/wired-pussy-2354839.html | 34,403 |
| PA0001769995 | 9239 | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/9239 | http://www.youjizz.com/videos/aurora-bondage-2269426.html | 43,905 |
| | 8790 | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/8790 | http://www.youjizz.com/videos/latina-and-her-sex--machine-3282991.html | 19,978 |
| | 8998 | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/8998 | http://www.youjizz.com/videos/milf-fucking-machine--4681141.html | 32,188 |
| | 8858 | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/8858 | http://www.youjizz.com/videos/milf-machine-fucking--4694831.html | 55,172 |
| | 8449 | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/8449 | http://www.youjizz.com/videos/bdsm-squirting-and-drinking--2359734.html | 639,954 |
| | 7911 | 3396959, 3379745, 3870504 | http://www.kinkondemand.com/kod/shoot/7911 | http://www.youjizz.com/videos/fetish-dinner-197473.html | 77,372 |
| | 7517 | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/7517 | http://www.youjizz.com/videos/rich-bitch-dominated-4574021.html | 110,041 |
| | 7461 | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/7461 | http://www.youjizz.com/videos/device-bondage-5169161.html | 513 |
| | 7334 | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/7334 | http://www.youjizz.com/videos/phoenix-marie-and-a-dildo-machine-4856091.html | 26,056 |
| | 6870 | 3396959, 3379745, 3899554 | http://www.kinkondemand.com/kod/shoot/6870 | http://www.youjizz.com/videos/donna-bell-is-out-there-5311671.html | 16,041 |
| | 6870 | 3396959, 3379745, 3899554 | http://www.kinkondemand.com/kod/shoot/6870 | http://www.youjizz.com/videos/public-sex-175952.html | 442,427 |

| | | | | | |
|---|---|---|---|---|---|
| | 6870 | 3396959, 3379745, 3899554 | http://www.kinkondemand.com/kod/shoot/6870 | http://www.youjizz.com/videos/sexy-blonde-from-romania-city-sex-5760941.html | 140,364 |
| PA0001780850 | 5780 | 3396959, 3379745, 3899554 | http://www.kinkondemand.com/kod/shoot/5780 | http://www.youjizz.com/videos/sex-in-public-2174146.html | 953,285 |
| | 5683 | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/5683 | http://www.youjizz.com/videos/ahrysn-mark-tied-up--4953711.html | 7,152 |
| PA0001772450 | 5328 | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/5328 | http://www.youjizz.com/videos/circe-borges-2363389.html | 19,819 |
| PA0001774563 | 5162 | 3396959, 3379745, 3899553 | http://www.kinkondemand.com/kod/shoot/5162 | http://www.youjizz.com/videos/the-training-of-harmony-day-4-2262769.html | |
| | 5051 | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/5051 | http://www.youjizz.com/videos/daphne-rosen-huge-tit-bondage...4twenty-2157654.html | 318,664 |
| | 4841 | 3396959, 3379745, 3273365 | http://www.kinkondemand.com/kod/shoot/4841 | http://www.youjizz.com/videos/some-girls-like-it-rough-2172365.html | 182,682 |
| | 4572 | 3396959, 3379745, 3338653 | http://www.kinkondemand.com/kod/shoot/4572 | http://www.youjizz.com/videos/gina-caruso-whipped--stimulated--and-suspended-2201403.html | 23,218 |
| | 4498 | 3396959, 3379745, 3338653 | http://www.kinkondemand.com/kod/shoot/4498 | http://www.youjizz.com/videos/bdsm-madison-young-2362149.html | 99,029 |
| | 4298 | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/4298 | http://www.youjizz.com/videos/aria-giovanni-water-bondage--2257066.html | 195,572 |
| | 4285 | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/4285 | http://www.youjizz.com/videos/femdom-slave-2164972.html | 110,133 |
| | 3609 | 3396959, 3379745, 3338653 | http://www.kinkondemand.com/kod/shoot/3609 | http://www.youjizz.com/videos/tia-tanaka-being-tied-up-2468876.html | 91,444 |
| | 3339 | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/3339 | http://www.youjizz.com/videos/dana-vespoli-bdsm-2294906.html | 47,885 |
| | 3269 | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/3269 | http://www.youjizz.com/videos/man-loves-pain-2175408.html | 170,062 |
| | 3230 | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/3230 | http://www.youjizz.com/videos/the-ultimate-submission-4455101.html | 1,616 |
| | 2964 | 3396959, 3379745, 3338653 | http://www.kinkondemand.com/kod/shoot/2964 | http://www.youjizz.com/videos/yellow-kitty-first-time-bondage-2259973.html | 60,359 |
| | 2429 | 3396959, 3379745, 3338653 | http://www.kinkondemand.com/kod/shoot/2429 | http://www.youjizz.com/videos/latin-pornstar-ice-la-fox-2211545.html | 72,035 |
| | 1374 | 3396959, 3379745, 3338653 | http://www.kinkondemand.com/kod/shoot/1374 | http://www.youjizz.com/videos/madison-young-bdsm--2286808.html | 41,986 |
| | #### | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/29296 | http://www.hotfunhouse.com/videos/just-her-and-her-fuck-machine-4339651.html | 4,773 |
| | #### | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/29296 | http://www.hotfunhouse.com/videos/fucking-her-pussy-and-ass-with-a-machine-3296161.html | 24,128 |
| | #### | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/28348 | http://www.hotfunhouse.com/videos/multiple-orgasms-with-machines-5943141.html | 594 |
| | #### | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/28268 | http://www.hotfunhouse.com/videos/hardcore-sex-makes-this-slut-squirt-5710421.html | 2,216 |
| | #### | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/27558 | http://www.hotfunhouse.com/videos/the-redheaded-pain-slut-4447801.html | 39,776 |
| | #### | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/27364 | http://www.hotfunhouse.com/videos/cherry-torn-likes-it-rough-4561151.html | 5,881 |
| | #### | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/26040 | http://www.hotfunhouse.com/videos/fucking-machine-makes-her-squirt-5487971.html | 12,204 |
| | #### | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/25089 | http://www.hotfunhouse.com/videos/her-and-her-fucking-machine-4386501.html | 3,573 |
| | #### | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/25089 | http://www.hotfunhouse.com/videos/machine-fucked-5703131.html | 12,445 |
| | #### | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/24602 | http://www.hotfunhouse.com/videos/she-needs-a-lesson-in-manners-4700781.html | 13,371 |
| | #### | 3396959, 3379745, 3870504 | http://www.kinkondemand.com/kod/shoot/19936 | http://www.hotfunhouse.com/videos/amazing-sex-club-4640271.html | 1,175 |
| PA0001818344 | #### | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/17943 | http://www.hotfunhouse.com/videos/bdsm-file-on-tia-ling-2363357.html | 180,675 |
| | #### | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/15934 | http://www.hotfunhouse.com/videos/beauty-gets-hardcore-bondage-gangbang-5169211.html | 30,350 |
| PA0001764889 | #### | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/14993 | http://www.hotfunhouse.com/videos/delicious-pain-2333598.html | 71,936 |
| PA0001764629 | #### | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/13987 | http://www.hotfunhouse.com/videos/jenna-presley-2282649.html | 229,851 |
| PA0001763533 | #### | 3396959, 3379745, 3899553 | http://www.kinkondemand.com/kod/shoot/13863 | http://www.hotfunhouse.com/videos/bdsm-group-sex-5036231.html | 38,565 |
| PA0001767614 | #### | 3396959, 3379745, 3338653 | http://www.kinkondemand.com/kod/shoot/11700 | http://www.hotfunhouse.com/videos/pornstar-tit-abuse-5039201.html | 25,121 |

| | | | | | |
|---|---|---|---|---|---|
| PA0001767614 | #### | 3396959, 3379745, 3338653 | http://www.kinkondemand.com/kod/shoot/11700 | http://www.hotfunhouse.com/videos/ms-sara-jay-2471353.html | 729,732 |
| PA0001767614 | #### | 3396959, 3379745, 3338653 | http://www.kinkondemand.com/kod/shoot/11700 | http://www.hotfunhouse.com/videos/machine-in-office-2342226.html | 14,103 |
| PA0001767752 | #### | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/11216 | http://www.hotfunhouse.com/videos/she-likes-machines-2386868.html | 22,495 |
| PA0001770100 | 9954 | 3396959, 3379745, 3870504 | http://www.kinkondemand.com/kod/shoot/9954 | http://www.hotfunhouse.com/videos/pussy-control-3944861.html | 12,118 |
| PA0001769056 | 9835 | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/9835 | http://www.hotfunhouse.com/videos/machine-fucked-5521711.html | 6,096 |
| PA0001767959 | 9818 | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/9818 | http://www.hotfunhouse.com/videos/wired-pussy-2354839.html | 34,403 |
| PA0001769995 | 9239 | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/9239 | http://www.hotfunhouse.com/videos/aurora-bondage-2269426.html | 43,905 |
| | 8790 | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/8790 | http://www.hotfunhouse.com/videos/latina-and-her-sex--machine-3282991.html | 19,978 |
| | 8998 | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/8998 | http://www.hotfunhouse.com/videos/milf-fucking-machine--4681141.html | 32,188 |
| | 8858 | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/8858 | http://www.hotfunhouse.com/videos/milf-machine-fucking--4694831.html | 55,172 |
| | 8449 | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/8449 | http://www.hotfunhouse.com/videos/bdsm-squirting-and-drinking--2359734.html | 639,954 |
| | 7911 | 3396959, 3379745, 3870504 | http://www.kinkondemand.com/kod/shoot/7911 | http://www.hotfunhouse.com/videos/fetish-dinner-197473.html | 77,372 |
| | 7517 | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/7517 | http://www.hotfunhouse.com/videos/rich-bitch-dominated-4574021.html | 110,041 |
| | 7461 | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/7461 | http://www.hotfunhouse.com/videos/device-bondage-5169161.html | 513 |
| | 7334 | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/7334 | http://www.hotfunhouse.com/videos/phoenix-marie-and-a-dildo-machine-4856091.html | 26,056 |
| | 6870 | 3396959, 3379745, 3899554 | http://www.kinkondemand.com/kod/shoot/6870 | http://www.hotfunhouse.com/videos/donna-bell-is-out-there-5311671.html | 16,041 |
| | 6870 | 3396959, 3379745, 3899554 | http://www.kinkondemand.com/kod/shoot/6870 | http://www.hotfunhouse.com/videos/public-sex-175952.html | 442,427 |
| | 6870 | 3396959, 3379745, 3899554 | http://www.kinkondemand.com/kod/shoot/6870 | http://www.hotfunhouse.com/videos/sexy-blonde-from-romania-city-sex-5760941.html | 140,364 |
| PA0001780850 | 5780 | 3396959, 3379745, 3899554 | http://www.kinkondemand.com/kod/shoot/5780 | http://www.hotfunhouse.com/videos/sex-in-public-2174146.html | 953,285 |
| | 5683 | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/5683 | http://www.hotfunhouse.com/videos/ahrysn-mark-tied-up--4953711.html | 7,152 |
| PA0001772450 | 5328 | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/5328 | http://www.hotfunhouse.com/videos/circe-borges-2363389.html | 19,819 |
| PA0001774563 | 5162 | 3396959, 3379745, 3899553 | http://www.kinkondemand.com/kod/shoot/5162 | http://www.hotfunhouse.com/videos/the-training-of-harmony-day-4-2262769.html | |
| | 5051 | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/5051 | http://www.hotfunhouse.com/videos/daphne-rosen-huge-tit-bondage...4twenty-2157654.html | 318,664 |
| | 4841 | 3396959, 3379745, 3273365 | http://www.kinkondemand.com/kod/shoot/4841 | http://www.hotfunhouse.com/videos/some-girls-like-it-rough-2172365.html | 182,682 |
| | 4572 | 3396959, 3379745, 3338653 | http://www.kinkondemand.com/kod/shoot/4572 | http://www.hotfunhouse.com/videos/gina-caruso-whipped--stimulated--and-suspended-2201403.html | 23,218 |
| | 4498 | 3396959, 3379745, 3338653 | http://www.kinkondemand.com/kod/shoot/4498 | http://www.hotfunhouse.com/videos/bdsm-madison-young-2362149.html | 99,029 |
| | 4298 | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/4298 | http://www.hotfunhouse.com/videos/aria-giovanni-water-bondage--2257066.html | 195,572 |
| | 4285 | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/4285 | http://www.hotfunhouse.com/videos/femdom-slave-2164972.html | 110,133 |
| | 3609 | 3396959, 3379745, 3338653 | http://www.kinkondemand.com/kod/shoot/3609 | http://www.hotfunhouse.com/videos/tia-tanaka-being-tied-up-2468876.html | 91,444 |
| | 3339 | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/3339 | http://www.hotfunhouse.com/videos/dana-vespoli-bdsm-2294906.html | 47,885 |
| | 3269 | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/3269 | http://www.hotfunhouse.com/videos/man-loves-pain-2175408.html | 170,062 |
| | 3230 | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/3230 | http://www.hotfunhouse.com/videos/the-ultimate-submission-4455101.html | 1,616 |
| | 2964 | 3396959, 3379745, 3338653 | http://www.kinkondemand.com/kod/shoot/2964 | http://www.hotfunhouse.com/videos/yellow-kitty-first-time-bondage-2259973.html | 60,359 |
| | 2429 | 3396959, 3379745, 3338653 | http://www.kinkondemand.com/kod/shoot/2429 | http://www.hotfunhouse.com/videos/latin-pornstar-ice-la-fox-2211545.html | 72,035 |
| | 1374 | 3396959, 3379745, 3338653 | http://www.kinkondemand.com/kod/shoot/1374 | http://www.hotfunhouse.com/videos/madison-young-bdsm--2286808.html | 41,986 |

| | | | | | |
|---|---|---|---|---|---|
| | #### | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/29296 | http://www.jizzbo.com/videos/just-her-and-her-fuck-machine-4339651.html | 4,773 |
| | #### | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/29296 | http://www.jizzbo.com/videos/fucking-her-pussy-and-ass-with-a-machine-3296161.html | 24,128 |
| | #### | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/28348 | http://www.jizzbo.com/videos/multiple-orgasms-with-machines-5943141.html | 594 |
| | #### | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/28268 | http://www.jizzbo.com/videos/hardcore-sex-makes-this-slut-squirt-5710421.html | 2,216 |
| | #### | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/27558 | http://www.jizzbo.com/videos/the-redheaded-pain-slut-4447801.html | 39,776 |
| | #### | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/27364 | http://www.jizzbo.com/videos/cherry-torn-likes-it-rough-4561151.html | 5,881 |
| | #### | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/26040 | http://www.jizzbo.com/videos/fucking-machine-makes-her-squirt-5487971.html | 12,204 |
| | #### | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/25089 | http://www.jizzbo.com/videos/her-and-her-fucking-machine-4386501.html | 3,573 |
| | #### | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/25089 | http://www.jizzbo.com/videos/machine-fucked-5703131.html | 12,445 |
| | #### | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/24602 | http://www.jizzbo.com/videos/she-needs-a-lesson-in-manners-4700781.html | 13,371 |
| | #### | 3396959, 3379745, 3870504 | http://www.kinkondemand.com/kod/shoot/19936 | http://www.jizzbo.com/videos/amazing-sex-club-4640271.html | 1,175 |
| PA0001818344 | #### | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/17943 | http://www.jizzbo.com/videos/bdsm-file-on-tia-ling-2363357.html | 180,675 |
| | #### | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/15934 | http://www.jizzbo.com/videos/beauty-gets-hardcore-bondage-gangbang-5169211.html | 30,350 |
| PA0001764889 | #### | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/14993 | http://www.jizzbo.com/videos/delicious-pain-2333598.html | 71,936 |
| PA0001764629 | #### | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/13987 | http://www.jizzbo.com/videos/jenna-presley-2282649.html | 229,851 |
| PA0001763533 | #### | 3396959, 3379745, 3899553 | http://www.kinkondemand.com/kod/shoot/13863 | http://www.jizzbo.com/videos/bdsm-group-sex-5036231.html | 38,565 |
| PA0001767614 | #### | 3396959, 3379745, 3338653 | http://www.kinkondemand.com/kod/shoot/11700 | http://www.jizzbo.com/videos/pornstar-tit-abuse-5039201.html | 25,121 |
| PA0001767614 | #### | 3396959, 3379745, 3338653 | http://www.kinkondemand.com/kod/shoot/11700 | http://www.jizzbo.com/videos/ms-sara-jay-2471353.html | 729,732 |
| PA0001767614 | #### | 3396959, 3379745, 3338653 | http://www.kinkondemand.com/kod/shoot/11700 | http://www.jizzbo.com/videos/machine-in-office-2342226.html | 14,103 |
| PA0001767752 | #### | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/11216 | http://www.jizzbo.com/videos/she-likes-machines-2386868.html | 22,495 |
| PA0001770100 | 9954 | 3396959, 3379745, 3870504 | http://www.kinkondemand.com/kod/shoot/9954 | http://www.jizzbo.com/videos/pussy-control-3944861.html | 12,118 |
| PA0001769056 | 9835 | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/9835 | http://www.jizzbo.com/videos/machine-fucked-5521711.html | 6,096 |
| PA0001767959 | 9818 | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/9818 | http://www.jizzbo.com/videos/wired-pussy-2354839.html | 34,403 |
| PA0001769995 | 9239 | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/9239 | http://www.jizzbo.com/videos/aurora-bondage-2269426.html | 43,905 |
| | 8790 | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/8790 | http://www.jizzbo.com/videos/latina-and-her-sex--machine-3282991.html | 19,978 |
| | 8998 | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/8998 | http://www.jizzbo.com/videos/milf-fucking-machine--4681141.html | 32,188 |
| | 8858 | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/8858 | http://www.jizzbo.com/videos/milf-machine-fucking--4694831.html | 55,172 |
| | 8449 | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/8449 | http://www.jizzbo.com/videos/bdsm-squirting-and-drinking--2359734.html | 639,954 |
| | 7911 | 3396959, 3379745, 3870504 | http://www.kinkondemand.com/kod/shoot/7911 | http://www.jizzbo.com/videos/fetish-dinner-197473.html | 77,372 |
| | 7517 | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/7517 | http://www.jizzbo.com/videos/rich-bitch-dominated-4574021.html | 110,041 |
| | 7461 | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/7461 | http://www.jizzbo.com/videos/device-bondage-5169161.html | 513 |
| | 7334 | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/7334 | http://www.jizzbo.com/videos/phoenix-marie-and-a-dildo-machine-4856091.html | 26,056 |
| | 6870 | 3396959, 3379745, 3899554 | http://www.kinkondemand.com/kod/shoot/6870 | http://www.jizzbo.com/videos/donna-bell-is-out-there-5311671.html | 16,041 |
| | 6870 | 3396959, 3379745, 3899554 | http://www.kinkondemand.com/kod/shoot/6870 | http://www.jizzbo.com/videos/public-sex-175952.html | 442,427 |
| | 6870 | 3396959, 3379745, 3899554 | http://www.kinkondemand.com/kod/shoot/6870 | http://www.jizzbo.com/videos/sexy-blonde-from-romania-city-sex-5760941.html | 140,364 |

| PA0001780850 | 5780 | 3396959, 3379745, 3899554 | http://www.kinkondemand.com/kod/shoot/5780 | http://www.jizzbo.com/videos/sex-in-public-2174146.html | 953,285 |
|---|---|---|---|---|---|
| | 5683 | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/5683 | http://www.jizzbo.com/videos/ahrysn-mark-tied-up--4953711.html | 7,152 |
| PA0001772450 | 5328 | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/5328 | http://www.jizzbo.com/videos/circe-borges-2363389.html | 19,819 |
| PA0001774563 | 5162 | 3396959, 3379745, 3899553 | http://www.kinkondemand.com/kod/shoot/5162 | http://www.jizzbo.com/videos/the-training-of-harmony-day-4-2262769.html | |
| | 5051 | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/5051 | http://www.jizzbo.com/videos/daphne-rosen-huge-tit-bondage...4twenty-2157654.html | 318,664 |
| | 4841 | 3396959, 3379745, 3273365 | http://www.kinkondemand.com/kod/shoot/4841 | http://www.jizzbo.com/videos/some-girls-like-it-rough-2172365.html | 182,682 |
| | 4572 | 3396959, 3379745, 3338653 | http://www.kinkondemand.com/kod/shoot/4572 | http://www.jizzbo.com/videos/gina-caruso-whipped--stimulated--and-suspended-2201403.html | 23,218 |
| | 4498 | 3396959, 3379745, 3338653 | http://www.kinkondemand.com/kod/shoot/4498 | http://www.jizzbo.com/videos/bdsm-madison-young-2362149.html | 99,029 |
| | 4298 | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/4298 | http://www.jizzbo.com/videos/aria-giovanni-water-bondage--2257066.html | 195,572 |
| | 4285 | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/4285 | http://www.jizzbo.com/videos/femdom-slave-2164972.html | 110,133 |
| | 3609 | 3396959, 3379745, 3338653 | http://www.kinkondemand.com/kod/shoot/3609 | http://www.jizzbo.com/videos/tia-tanaka-being-tied-up-2468876.html | 91,444 |
| | 3339 | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/3339 | http://www.jizzbo.com/videos/dana-vespoli-bdsm-2294906.html | 47,885 |
| | 3269 | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/3269 | http://www.jizzbo.com/videos/man-loves-pain-2175408.html | 170,062 |
| | 3230 | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/3230 | http://www.jizzbo.com/videos/the-ultimate-submission-4455101.html | 1,616 |
| | 2964 | 3396959, 3379745, 3338653 | http://www.kinkondemand.com/kod/shoot/2964 | http://www.jizzbo.com/videos/yellow-kitty-first-time-bondage-2259973.html | 60,359 |
| | 2429 | 3396959, 3379745, 3338653 | http://www.kinkondemand.com/kod/shoot/2429 | http://www.jizzbo.com/videos/latin-pornstar-ice-la-fox-2211545.html | 72,035 |
| | 1374 | 3396959, 3379745, 3338653 | http://www.kinkondemand.com/kod/shoot/1374 | http://www.jizzbo.com/videos/madison-young-bdsm--2286808.html | 41,986 |
| | #### | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/29296 | http://www.jizzhut.com/videos/just-her-and-her-fuck-machine-4339651.html | 4,773 |
| | #### | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/29296 | http://www.jizzhut.com/videos/fucking-her-pussy-and-ass-with-a-machine-3296161.html | 24,128 |
| | #### | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/28348 | http://www.jizzhut.com/videos/multiple-orgasms-with-machines-5943141.html | 594 |
| | #### | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/28268 | http://www.jizzhut.com/videos/hardcore-sex-makes-this-slut-squirt-5710421.html | 2,216 |
| | #### | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/27558 | http://www.jizzhut.com/videos/the-redheaded-pain-slut-4447801.html | 39,776 |
| | #### | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/27364 | http://www.jizzhut.com/videos/cherry-torn-likes-it-rough-4561151.html | 5,881 |
| | #### | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/26040 | http://www.jizzhut.com/videos/fucking-machine-makes-her-squirt-5487971.html | 12,204 |
| | #### | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/25089 | http://www.jizzhut.com/videos/her-and-her-fucking-machine-4386501.html | 3,573 |
| | #### | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/25089 | http://www.jizzhut.com/videos/machine-fucked-5703131.html | 12,445 |
| | #### | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/24602 | http://www.jizzhut.com/videos/she-needs-a-lesson-in-manners-4700781.html | 13,371 |
| | #### | 3396959, 3379745, 3870504 | http://www.kinkondemand.com/kod/shoot/19936 | http://www.jizzhut.com/videos/amazing-sex-club-4640271.html | 1,175 |
| PA0001818344 | #### | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/17943 | http://www.jizzhut.com/videos/bdsm-file-on-tia-ling-2363357.html | 180,675 |
| | #### | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/15934 | http://www.jizzhut.com/videos/beauty-gets-hardcore-bondage-gangbang-5169211.html | 30,350 |
| PA0001764889 | #### | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/14993 | http://www.jizzhut.com/videos/delicious-pain-2333598.html | 71,936 |
| PA0001764629 | #### | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/13987 | http://www.jizzhut.com/videos/jenna-presley-2282649.html | 229,851 |
| PA0001763533 | #### | 3396959, 3379745, 3899553 | http://www.kinkondemand.com/kod/shoot/13863 | http://www.jizzhut.com/videos/bdsm-group-sex-5036231.html | 38,565 |
| PA0001767614 | #### | 3396959, 3379745, 3338653 | http://www.kinkondemand.com/kod/shoot/11700 | http://www.jizzhut.com/videos/pornstar-tit-abuse-5039201.html | 25,121 |
| PA0001767614 | #### | 3396959, 3379745, 3338653 | http://www.kinkondemand.com/kod/shoot/11700 | http://www.jizzhut.com/videos/ms-sara-jay-2471353.html | 729,732 |

| | | | | | |
|---|---|---|---|---|---|
| PA0001767614 | #### | 3396959, 3379745, 3338653 | http://www.kinkondemand.com/kod/shoot/11700 | http://www.jizzhut.com/videos/machine-in-office-2342226.html | 14,103 |
| PA0001767752 | #### | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/11216 | http://www.jizzhut.com/videos/she-likes-machines-2386868.html | 22,495 |
| PA0001770100 | 9954 | 3396959, 3379745, 3870504 | http://www.kinkondemand.com/kod/shoot/9954 | http://www.jizzhut.com/videos/pussy-control-3944861.html | 12,118 |
| PA0001769056 | 9835 | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/9835 | http://www.jizzhut.com/videos/machine-fucked-5521711.html | 6,096 |
| PA0001767959 | 9818 | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/9818 | http://www.jizzhut.com/videos/wired-pussy-2354839.html | 34,403 |
| PA0001769995 | 9239 | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/9239 | http://www.jizzhut.com/videos/aurora-bondage-2269426.html | 43,905 |
| | 8790 | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/8790 | http://www.jizzhut.com/videos/latina-and-her-sex--machine-3282991.html | 19,978 |
| | 8998 | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/8998 | http://www.jizzhut.com/videos/milf-fucking-machine--4681141.html | 32,188 |
| | 8858 | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/8858 | http://www.jizzhut.com/videos/milf-machine-fucking--4694831.html | 55,172 |
| | 8449 | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/8449 | http://www.jizzhut.com/videos/bdsm-squirting-and-drinking--2359734.html | 639,954 |
| | 7911 | 3396959, 3379745, 3870504 | http://www.kinkondemand.com/kod/shoot/7911 | http://www.jizzhut.com/videos/fetish-dinner-197473.html | 77,372 |
| | 7517 | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/7517 | http://www.jizzhut.com/videos/rich-bitch-dominated-4574021.html | 110,041 |
| | 7461 | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/7461 | http://www.jizzhut.com/videos/device-bondage-5169161.html | 513 |
| | 7334 | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/7334 | http://www.jizzhut.com/videos/phoenix-marie-and-a-dildo-machine-4856091.html | 26,056 |
| | 6870 | 3396959, 3379745, 3899554 | http://www.kinkondemand.com/kod/shoot/6870 | http://www.jizzhut.com/videos/donna-bell-is-out-there-5311671.html | 16,041 |
| | 6870 | 3396959, 3379745, 3899554 | http://www.kinkondemand.com/kod/shoot/6870 | http://www.jizzhut.com/videos/public-sex-175952.html | 442,427 |
| | 6870 | 3396959, 3379745, 3899554 | http://www.kinkondemand.com/kod/shoot/6870 | http://www.jizzhut.com/videos/sexy-blonde-from-romania-city-sex-5760941.html | 140,364 |
| PA0001780850 | 5780 | 3396959, 3379745, 3899554 | http://www.kinkondemand.com/kod/shoot/5780 | http://www.jizzhut.com/videos/sex-in-public-2174146.html | 953,285 |
| | 5683 | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/5683 | http://www.jizzhut.com/videos/ahrysn-mark-tied-up--4953711.html | 7,152 |
| PA0001772450 | 5328 | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/5328 | http://www.jizzhut.com/videos/circe-borges-2363389.html | 19,819 |
| PA0001774563 | 5162 | 3396959, 3379745, 3899553 | http://www.kinkondemand.com/kod/shoot/5162 | http://www.jizzhut.com/videos/the-training-of-harmony-day-4-2262769.html | |
| | 5051 | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/5051 | http://www.jizzhut.com/videos/daphne-rosen-huge-tit-bondage...4twenty-2157654.html | 318,664 |
| | 4841 | 3396959, 3379745, 3273365 | http://www.kinkondemand.com/kod/shoot/4841 | http://www.jizzhut.com/videos/some-girls-like-it-rough-2172365.html | 182,682 |
| | 4572 | 3396959, 3379745, 3338653 | http://www.kinkondemand.com/kod/shoot/4572 | http://www.jizzhut.com/videos/gina-caruso-whipped--stimulated--and-suspended-2201403.html | 23,218 |
| | 4498 | 3396959, 3379745, 3338653 | http://www.kinkondemand.com/kod/shoot/4498 | http://www.jizzhut.com/videos/bdsm-madison-young-2362149.html | 99,029 |
| | 4298 | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/4298 | http://www.jizzhut.com/videos/aria-giovanni-water-bondage--2257066.html | 195,572 |
| | 4285 | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/4285 | http://www.jizzhut.com/videos/femdom-slave-2164972.html | 110,133 |
| | 3609 | 3396959, 3379745, 3338653 | http://www.kinkondemand.com/kod/shoot/3609 | http://www.jizzhut.com/videos/tia-tanaka-being-tied-up-2468876.html | 91,444 |
| | 3339 | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/3339 | http://www.jizzhut.com/videos/dana-vespoli-bdsm-2294906.html | 47,885 |
| | 3269 | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/3269 | http://www.jizzhut.com/videos/man-loves-pain-2175408.html | 170,062 |
| | 3230 | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/3230 | http://www.jizzhut.com/videos/the-ultimate-submission-4455101.html | 1,616 |
| | 2964 | 3396959, 3379745, 3338653 | http://www.kinkondemand.com/kod/shoot/2964 | http://www.jizzhut.com/videos/yellow-kitty-first-time-bondage-2259973.html | 60,359 |
| | 2429 | 3396959, 3379745, 3338653 | http://www.kinkondemand.com/kod/shoot/2429 | http://www.jizzhut.com/videos/latin-pornstar-ice-la-fox-2211545.html | 72,035 |
| | 1374 | 3396959, 3379745, 3338653 | http://www.kinkondemand.com/kod/shoot/1374 | http://www.jizzhut.com/videos/madison-young-bdsm--2286808.html | 41,986 |
| | #### | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/29296 | http://www.jizzonline.com/videos/just-her-and-her-fuck-machine-4339651.html | 4,773 |

| | | | | | |
|---|---|---|---|---|---|
| | #### | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/29296 | http://www.jizzonline.com/videos/fucking-her-pussy-and-ass-with-a-machine-3296161.html | 24,128 |
| | #### | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/28348 | http://www.jizzonline.com/videos/multiple-orgasms-with-machines-5943141.html | 594 |
| | #### | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/28268 | http://www.jizzonline.com/videos/hardcore-sex-makes-this-slut-squirt-5710421.html | 2,216 |
| | #### | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/27558 | http://www.jizzonline.com/videos/the-redheaded-pain-slut-4447801.html | 39,776 |
| | #### | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/27364 | http://www.jizzonline.com/videos/cherry-torn-likes-it-rough-4561151.html | 5,881 |
| | #### | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/26040 | http://www.jizzonline.com/videos/fucking-machine-makes-her-squirt-5487971.html | 12,204 |
| | #### | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/25089 | http://www.jizzonline.com/videos/her-and-her-fucking-machine-4386501.html | 3,573 |
| | #### | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/25089 | http://www.jizzonline.com/videos/machine-fucked-5703131.html | 12,445 |
| | #### | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/24602 | http://www.jizzonline.com/videos/she-needs-a-lesson-in-manners-4700781.html | 13,371 |
| | #### | 3396959, 3379745, 3870504 | http://www.kinkondemand.com/kod/shoot/19936 | http://www.jizzonline.com/videos/amazing-sex-club-4640271.html | 1,175 |
| PA0001818344 | #### | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/17943 | http://www.jizzonline.com/videos/bdsm-file-on-tia-ling-2363357.html | 180,675 |
| | #### | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/15934 | http://www.jizzonline.com/videos/beauty-gets-hardcore-bondage-gangbang-5169211.html | 30,350 |
| PA0001764889 | #### | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/14993 | http://www.jizzonline.com/videos/delicious-pain-2333598.html | 71,936 |
| PA0001764629 | #### | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/13987 | http://www.jizzonline.com/videos/jenna-presley-2282649.html | 229,851 |
| PA0001763533 | #### | 3396959, 3379745, 3899553 | http://www.kinkondemand.com/kod/shoot/13863 | http://www.jizzonline.com/videos/bdsm-group-sex-5036231.html | 38,565 |
| PA0001767614 | #### | 3396959, 3379745, 3338653 | http://www.kinkondemand.com/kod/shoot/11700 | http://www.jizzonline.com/videos/pornstar-tit-abuse-5039201.html | 25,121 |
| PA0001767614 | #### | 3396959, 3379745, 3338653 | http://www.kinkondemand.com/kod/shoot/11700 | http://www.jizzonline.com/videos/ms-sara-jay-2471353.html | 729,732 |
| PA0001767614 | #### | 3396959, 3379745, 3338653 | http://www.kinkondemand.com/kod/shoot/11700 | http://www.jizzonline.com/videos/machine-in-office-2342226.html | 14,103 |
| PA0001767752 | #### | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/11216 | http://www.jizzonline.com/videos/she-likes-machines-2386868.html | 22,495 |
| PA0001770100 | 9954 | 3396959, 3379745, 3870504 | http://www.kinkondemand.com/kod/shoot/9954 | http://www.jizzonline.com/videos/pussy-control-3944861.html | 12,118 |
| PA0001769056 | 9835 | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/9835 | http://www.jizzonline.com/videos/machine-fucked-5521711.html | 6,096 |
| PA0001767959 | 9818 | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/9818 | http://www.jizzonline.com/videos/wired-pussy-2354839.html | 34,403 |
| PA0001769995 | 9239 | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/9239 | http://www.jizzonline.com/videos/aurora-bondage-2269426.html | 43,905 |
| | 8790 | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/8790 | http://www.jizzonline.com/videos/latina-and-her-sex--machine-3282991.html | 19,978 |
| | 8998 | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/8998 | http://www.jizzonline.com/videos/milf-fucking-machine--4681141.html | 32,188 |
| | 8858 | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/8858 | http://www.jizzonline.com/videos/milf-machine-fucking--4694831.html | 55,172 |
| | 8449 | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/8449 | http://www.jizzonline.com/videos/bdsm-squirting-and-drinking--2359734.html | 639,954 |
| | 7911 | 3396959, 3379745, 3870504 | http://www.kinkondemand.com/kod/shoot/7911 | http://www.jizzonline.com/videos/fetish-dinner-197473.html | 77,372 |
| | 7517 | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/7517 | http://www.jizzonline.com/videos/rich-bitch-dominated-4574021.html | 110,041 |
| | 7461 | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/7461 | http://www.jizzonline.com/videos/device-bondage-5169161.html | 513 |
| | 7334 | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/7334 | http://www.jizzonline.com/videos/phoenix-marie-and-a-dildo-machine-4856091.html | 26,056 |
| | 6870 | 3396959, 3379745, 3899554 | http://www.kinkondemand.com/kod/shoot/6870 | http://www.jizzonline.com/videos/donna-bell-is-out-there-5311671.html | 16,041 |
| | 6870 | 3396959, 3379745, 3899554 | http://www.kinkondemand.com/kod/shoot/6870 | http://www.jizzonline.com/videos/public-sex-175952.html | 442,427 |
| | 6870 | 3396959, 3379745, 3899554 | http://www.kinkondemand.com/kod/shoot/6870 | http://www.jizzonline.com/videos/sexy-blonde-from-romania-city-sex-5760941.html | 140,364 |
| PA0001780850 | 5780 | 3396959, 3379745, 3899554 | http://www.kinkondemand.com/kod/shoot/5780 | http://www.jizzonline.com/videos/sex-in-public-2174146.html | 953,285 |

| | | | | | |
|---|---|---|---|---|---|
| | 5683 | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/5683 | http://www.jizzonline.com/videos/ahrysn-mark-tied-up--4953711.html | 7,152 |
| PA0001772450 | 5328 | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/5328 | http://www.jizzonline.com/videos/circe-borges-2363389.html | 19,819 |
| PA0001774563 | 5162 | 3396959, 3379745, 3899553 | http://www.kinkondemand.com/kod/shoot/5162 | http://www.jizzonline.com/videos/the-training-of-harmony-day-4-2262769.html | |
| | 5051 | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/5051 | http://www.jizzonline.com/videos/daphne-rosen-huge-tit-bondage...4twenty-2157654.html | 318,664 |
| | 4841 | 3396959, 3379745, 3273365 | http://www.kinkondemand.com/kod/shoot/4841 | http://www.jizzonline.com/videos/some-girls-like-it-rough-2172365.html | 182,682 |
| | 4572 | 3396959, 3379745, 3338653 | http://www.kinkondemand.com/kod/shoot/4572 | http://www.jizzonline.com/videos/gina-caruso-whipped--stimulated--and-suspended-2201403.html | 23,218 |
| | 4498 | 3396959, 3379745, 3338653 | http://www.kinkondemand.com/kod/shoot/4498 | http://www.jizzonline.com/videos/bdsm-madison-young-2362149.html | 99,029 |
| | 4298 | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/4298 | http://www.jizzonline.com/videos/aria-giovanni-water-bondage--2257066.html | 195,572 |
| | 4285 | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/4285 | http://www.jizzonline.com/videos/femdom-slave-2164972.html | 110,133 |
| | 3609 | 3396959, 3379745, 3338653 | http://www.kinkondemand.com/kod/shoot/3609 | http://www.jizzonline.com/videos/tia-tanaka-being-tied-up-2468876.html | 91,444 |
| | 3339 | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/3339 | http://www.jizzonline.com/videos/dana-vespoli-bdsm-2294906.html | 47,885 |
| | 3269 | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/3269 | http://www.jizzonline.com/videos/man-loves-pain-2175408.html | 170,062 |
| | 3230 | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/3230 | http://www.jizzonline.com/videos/the-ultimate-submission-4455101.html | 1,616 |
| | 2964 | 3396959, 3379745, 3338653 | http://www.kinkondemand.com/kod/shoot/2964 | http://www.jizzonline.com/videos/yellow-kitty-first-time-bondage-2259973.html | 60,359 |
| | 2429 | 3396959, 3379745, 3338653 | http://www.kinkondemand.com/kod/shoot/2429 | http://www.jizzonline.com/videos/latin-pornstar-ice-la-fox-2211545.html | 72,035 |
| | 1374 | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/1374 | http://www.jizzonline.com/videos/madison-young-bdsm--2286808.html | 41,986 |
| | #### | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/29296 | http://www.moviesguy.com/videos/just-her-and-her-fuck-machine-4339651.html | 4,773 |
| | #### | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/29296 | http://www.moviesguy.com/videos/fucking-her-pussy-and-ass-with-a-machine-3296161.html | 24,128 |
| | #### | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/28348 | http://www.moviesguy.com/videos/multiple-orgasms-with-machines-5943141.html | 594 |
| | #### | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/28268 | http://www.moviesguy.com/videos/hardcore-sex-makes-this-slut-squirt-5710421.html | 2,216 |
| | #### | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/27558 | http://www.moviesguy.com/videos/the-redheaded-pain-slut-4447801.html | 39,776 |
| | #### | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/27364 | http://www.moviesguy.com/videos/cherry-torn-likes-it-rough-4561151.html | 5,881 |
| | #### | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/26040 | http://www.moviesguy.com/videos/fucking-machine-makes-her-squirt-5487971.html | 12,204 |
| | #### | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/25089 | http://www.moviesguy.com/videos/her-and-her-fucking-machine-4386501.html | 3,573 |
| | #### | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/25089 | http://www.moviesguy.com/videos/machine-fucked-5703131.html | 12,445 |
| | #### | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/24602 | http://www.moviesguy.com/videos/she-needs-a-lesson-in-manners-4700781.html | 13,371 |
| | #### | 3396959, 3379745, 3870504 | http://www.kinkondemand.com/kod/shoot/19936 | http://www.moviesguy.com/videos/amazing-sex-club-4640271.html | 1,175 |
| PA0001818344 | #### | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/17943 | http://www.moviesguy.com/videos/bdsm-file-on-tia-ling-2363357.html | 180,675 |
| PA0001764889 | #### | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/15934 | http://www.moviesguy.com/videos/beauty-gets-hardcore-bondage-gangbang-5169211.html | 30,350 |
| PA0001764629 | #### | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/14993 | http://www.moviesguy.com/videos/delicious-pain-2333598.html | 71,936 |
| | #### | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/13987 | http://www.moviesguy.com/videos/jenna-presley-2282649.html | 229,851 |
| PA0001763533 | #### | 3396959, 3379745, 3899553 | http://www.kinkondemand.com/kod/shoot/13863 | http://www.moviesguy.com/videos/bdsm-group-sex-5036231.html | 38,565 |
| PA0001767614 | #### | 3396959, 3379745, 3338653 | http://www.kinkondemand.com/kod/shoot/11700 | http://www.moviesguy.com/videos/pornstar-tit-abuse-5039201.html | 25,121 |
| PA0001767614 | #### | 3396959, 3379745, 3338653 | http://www.kinkondemand.com/kod/shoot/11700 | http://www.moviesguy.com/videos/ms-sara-jay-2471353.html | 729,732 |
| PA0001767614 | #### | 3396959, 3379745, 3338653 | http://www.kinkondemand.com/kod/shoot/11700 | http://www.moviesguy.com/videos/machine-in-office-2342226.html | 14,103 |

| | | | | | |
|---|---|---|---|---|---|
| PA0001767752 | #### | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/11216 | http://www.moviesguy.com/videos/she-likes-machines-2386868.html | 22,495 |
| PA0001770100 | 9954 | 3396959, 3379745, 3870504 | http://www.kinkondemand.com/kod/shoot/9954 | http://www.moviesguy.com/videos/pussy-control-3944861.html | 12,118 |
| PA0001769056 | 9835 | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/9835 | http://www.moviesguy.com/videos/machine-fucked-5521711.html | 6,096 |
| PA0001767959 | 9818 | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/9818 | http://www.moviesguy.com/videos/wired-pussy-2354839.html | 34,403 |
| PA0001769995 | 9239 | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/9239 | http://www.moviesguy.com/videos/aurora-bondage-2269426.html | 43,905 |
| | 8790 | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/8790 | http://www.moviesguy.com/videos/latina-and-her-sex--machine-3282991.html | 19,978 |
| | 8998 | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/8998 | http://www.moviesguy.com/videos/milf-fucking-machine--4681141.html | 32,188 |
| | 8858 | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/8858 | http://www.moviesguy.com/videos/milf-machine-fucking--4694831.html | 55,172 |
| | 8449 | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/8449 | http://www.moviesguy.com/videos/bdsm-squirting-and-drinking--2359734.html | 639,954 |
| | 7911 | 3396959, 3379745, 3870504 | http://www.kinkondemand.com/kod/shoot/7911 | http://www.moviesguy.com/videos/fetish-dinner-197473.html | 77,372 |
| | 7517 | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/7517 | http://www.moviesguy.com/videos/rich-bitch-dominated-4574021.html | 110,041 |
| | 7461 | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/7461 | http://www.moviesguy.com/videos/device-bondage-5169161.html | 513 |
| | 7334 | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/7334 | http://www.moviesguy.com/videos/phoenix-marie-and-a-dildo-machine-4856091.html | 26,056 |
| | 6870 | 3396959, 3379745, 3899554 | http://www.kinkondemand.com/kod/shoot/6870 | http://www.moviesguy.com/videos/donna-bell-is-out-there-5311671.html | 16,041 |
| | 6870 | 3396959, 3379745, 3899554 | http://www.kinkondemand.com/kod/shoot/6870 | http://www.moviesguy.com/videos/public-sex-175952.html | 442,427 |
| | 6870 | 3396959, 3379745, 3899554 | http://www.kinkondemand.com/kod/shoot/6870 | http://www.moviesguy.com/videos/sexy-blonde-from-romania-city-sex-5760941.html | 140,364 |
| PA0001780850 | 5780 | 3396959, 3379745, 3899554 | http://www.kinkondemand.com/kod/shoot/5780 | http://www.moviesguy.com/videos/sex-in-public-2174146.html | 953,285 |
| | 5683 | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/5683 | http://www.moviesguy.com/videos/ahrysn-mark-tied-up--4953711.html | 7,152 |
| PA0001772450 | 5328 | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/5328 | http://www.moviesguy.com/videos/circe-borges-2363389.html | 19,819 |
| PA0001774563 | 5162 | 3396959, 3379745, 3899553 | http://www.kinkondemand.com/kod/shoot/5162 | http://www.moviesguy.com/videos/the-training-of-harmony-day-4-2262769.html | |
| | 5051 | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/5051 | http://www.moviesguy.com/videos/daphne-rosen-huge-tit-bondage...4twenty-2157654.html | 318,664 |
| | 4841 | 3396959, 3379745, 3273365 | http://www.kinkondemand.com/kod/shoot/4841 | http://www.moviesguy.com/videos/some-girls-like-it-rough-2172365.html | 182,682 |
| | 4572 | 3396959, 3379745, 3338653 | http://www.kinkondemand.com/kod/shoot/4572 | http://www.moviesguy.com/videos/gina-caruso-whipped--stimulated--and-suspended-2201403.html | 23,218 |
| | 4498 | 3396959, 3379745, 3338653 | http://www.kinkondemand.com/kod/shoot/4498 | http://www.moviesguy.com/videos/bdsm-madison-young-2362149.html | 99,029 |
| | 4298 | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/4298 | http://www.moviesguy.com/videos/aria-giovanni-water-bondage--2257066.html | 195,572 |
| | 4285 | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/4285 | http://www.moviesguy.com/videos/femdom-slave-2164972.html | 110,133 |
| | 3609 | 3396959, 3379745, 3338653 | http://www.kinkondemand.com/kod/shoot/3609 | http://www.moviesguy.com/videos/tia-tanaka-being-tied-up-2468876.html | 91,444 |
| | 3339 | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/3339 | http://www.moviesguy.com/videos/dana-vespoli-bdsm-2294906.html | 47,885 |
| | 3269 | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/3269 | http://www.moviesguy.com/videos/man-loves-pain-2175408.html | 170,062 |
| | 3230 | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/3230 | http://www.moviesguy.com/videos/the-ultimate-submission-4455101.html | 1,616 |
| | 2964 | 3396959, 3379745, 3338653 | http://www.kinkondemand.com/kod/shoot/2964 | http://www.moviesguy.com/videos/yellow-kitty-first-time-bondage-2259973.html | 60,359 |
| | 2429 | 3396959, 3379745, 3338653 | http://www.kinkondemand.com/kod/shoot/2429 | http://www.moviesguy.com/videos/latin-pornstar-ice-la-fox-2211545.html | 72,035 |
| | 1374 | 3396959, 3379745, 3338653 | http://www.kinkondemand.com/kod/shoot/1374 | http://www.moviesguy.com/videos/madison-young-bdsm--2286808.html | 41,986 |
| | #### | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/29296 | http://www.onlyjizz.com/videos/just-her-and-her-fuck-machine-4339651.html | 4,773 |
| | #### | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/29296 | http://www.onlyjizz.com/videos/fucking-her-pussy-and-ass-with-a-machine-3296161.html | 24,128 |

| | | | | | |
|---|---|---|---|---|---|
| | #### | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/28348 | http://www.onlyjizz.com/videos/multiple-orgasms-with-machines-5943141.html | 594 |
| | #### | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/28268 | http://www.onlyjizz.com/videos/hardcore-sex-makes-this-slut-squirt-5710421.html | 2,216 |
| | #### | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/27558 | http://www.onlyjizz.com/videos/the-redheaded-pain-slut-4447801.html | 39,776 |
| | #### | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/27364 | http://www.onlyjizz.com/videos/cherry-torn-likes-it-rough-4561151.html | 5,881 |
| | #### | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/26040 | http://www.onlyjizz.com/videos/fucking-machine-makes-her-squirt-5487971.html | 12,204 |
| | #### | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/25089 | http://www.onlyjizz.com/videos/her-and-her-fucking-machine-4386501.html | 3,573 |
| | #### | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/25089 | http://www.onlyjizz.com/videos/machine-fucked-5703131.html | 12,445 |
| | #### | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/24602 | http://www.onlyjizz.com/videos/she-needs-a-lesson-in-manners-4700781.html | 13,371 |
| | #### | 3396959, 3379745, 3870504 | http://www.kinkondemand.com/kod/shoot/19936 | http://www.onlyjizz.com/videos/amazing-sex-club-4640271.html | 1,175 |
| PA0001818344 | #### | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/17943 | http://www.onlyjizz.com/videos/bdsm-file-on-tia-ling-2363357.html | 180,675 |
| | #### | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/15934 | http://www.onlyjizz.com/videos/beauty-gets-hardcore-bondage-gangbang-5169211.html | 30,350 |
| PA0001764889 | #### | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/14993 | http://www.onlyjizz.com/videos/delicious-pain-2333598.html | 71,936 |
| PA0001764629 | #### | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/13987 | http://www.onlyjizz.com/videos/jenna-presley-2282649.html | 229,851 |
| PA0001763533 | #### | 3396959, 3379745, 3899553 | http://www.kinkondemand.com/kod/shoot/13863 | http://www.onlyjizz.com/videos/bdsm-group-sex-5036231.html | 38,565 |
| PA0001767614 | #### | 3396959, 3379745, 3338653 | http://www.kinkondemand.com/kod/shoot/11700 | http://www.onlyjizz.com/videos/pornstar-tit-abuse-5039201.html | 25,121 |
| PA0001767614 | #### | 3396959, 3379745, 3338653 | http://www.kinkondemand.com/kod/shoot/11700 | http://www.onlyjizz.com/videos/ms-sara-jay-2471353.html | 729,732 |
| PA0001767614 | #### | 3396959, 3379745, 3338653 | http://www.kinkondemand.com/kod/shoot/11700 | http://www.onlyjizz.com/videos/machine-in-office-2342226.html | 14,103 |
| PA0001767752 | #### | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/11216 | http://www.onlyjizz.com/videos/she-likes-machines-2386868.html | 22,495 |
| PA0001770100 | 9954 | 3396959, 3379745, 3870504 | http://www.kinkondemand.com/kod/shoot/9954 | http://www.onlyjizz.com/videos/pussy-control-3944861.html | 12,118 |
| PA0001769056 | 9835 | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/9835 | http://www.onlyjizz.com/videos/machine-fucked-5521711.html | 6,096 |
| PA0001767959 | 9818 | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/9818 | http://www.onlyjizz.com/videos/wired-pussy-2354839.html | 34,403 |
| PA0001769995 | 9239 | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/9239 | http://www.onlyjizz.com/videos/aurora-bondage-2269426.html | 43,905 |
| | 8790 | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/8790 | http://www.onlyjizz.com/videos/latina-and-her-sex--machine-3282991.html | 19,978 |
| | 8998 | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/8998 | http://www.onlyjizz.com/videos/milf-fucking-machine--4681141.html | 32,188 |
| | 8858 | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/8858 | http://www.onlyjizz.com/videos/milf-machine-fucking--4694831.html | 55,172 |
| | 8449 | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/8449 | http://www.onlyjizz.com/videos/bdsm-squirting-and-drinking--2359734.html | 639,954 |
| | 7911 | 3396959, 3379745, 3870504 | http://www.kinkondemand.com/kod/shoot/7911 | http://www.onlyjizz.com/videos/fetish-dinner-197473.html | 77,372 |
| | 7517 | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/7517 | http://www.onlyjizz.com/videos/rich-bitch-dominated-4574021.html | 110,041 |
| | 7461 | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/7461 | http://www.onlyjizz.com/videos/device-bondage-5169161.html | 513 |
| | 7334 | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/7334 | http://www.onlyjizz.com/videos/phoenix-marie-and-a-dildo-machine-4856091.html | 26,056 |
| | 6870 | 3396959, 3379745, 3899554 | http://www.kinkondemand.com/kod/shoot/6870 | http://www.onlyjizz.com/videos/donna-bell-is-out-there-5311671.html | 16,041 |
| | 6870 | 3396959, 3379745, 3899554 | http://www.kinkondemand.com/kod/shoot/6870 | http://www.onlyjizz.com/videos/public-sex-175952.html | 442,427 |
| | 6870 | 3396959, 3379745, 3899554 | http://www.kinkondemand.com/kod/shoot/6870 | http://www.onlyjizz.com/videos/sexy-blonde-from-romania-city-sex-5760941.html | 140,364 |
| PA0001780850 | 5780 | 3396959, 3379745, 3899554 | http://www.kinkondemand.com/kod/shoot/5780 | http://www.onlyjizz.com/videos/sex-in-public-2174146.html | 953,285 |
| | 5683 | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/5683 | http://www.onlyjizz.com/videos/ahrysn-mark-tied-up--4953711.html | 7,152 |

| | | | | | |
|---|---|---|---|---|---|
| PA0001772450 | 5328 | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/5328 | http://www.onlyjizz.com/videos/circe-borges-2363389.html | 19,819 |
| PA0001774563 | 5162 | 3396959, 3379745, 3899553 | http://www.kinkondemand.com/kod/shoot/5162 | http://www.onlyjizz.com/videos/the-training-of-harmony-day-4-2262769.html | |
| | 5051 | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/5051 | http://www.onlyjizz.com/videos/daphne-rosen-huge-tit-bondage...4twenty-2157654.html | 318,664 |
| | 4841 | 3396959, 3379745, 3273365 | http://www.kinkondemand.com/kod/shoot/4841 | http://www.onlyjizz.com/videos/some-girls-like-it-rough-2172365.html | 182,682 |
| | 4572 | 3396959, 3379745, 3338653 | http://www.kinkondemand.com/kod/shoot/4572 | http://www.onlyjizz.com/videos/gina-caruso-whipped--stimulated--and-suspended-2201403.html | 23,218 |
| | 4498 | 3396959, 3379745, 3338653 | http://www.kinkondemand.com/kod/shoot/4498 | http://www.onlyjizz.com/videos/bdsm-madison-young-2362149.html | 99,029 |
| | 4298 | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/4298 | http://www.onlyjizz.com/videos/aria-giovanni-water-bondage--2257066.html | 195,572 |
| | 4285 | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/4285 | http://www.onlyjizz.com/videos/femdom-slave-2164972.html | 110,133 |
| | 3609 | 3396959, 3379745, 3338653 | http://www.kinkondemand.com/kod/shoot/3609 | http://www.onlyjizz.com/videos/tia-tanaka-being-tied-up-2468876.html | 91,444 |
| | 3339 | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/3339 | http://www.onlyjizz.com/videos/dana-vespoli-bdsm-2294906.html | 47,885 |
| | 3269 | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/3269 | http://www.onlyjizz.com/videos/man-loves-pain-2175408.html | 170,062 |
| | 3230 | 3396959, 3379745 | http://www.kinkondemand.com/kod/shoot/3230 | http://www.onlyjizz.com/videos/the-ultimate-submission-4455101.html | 1,616 |
| | 2964 | 3396959, 3379745, 3338653 | http://www.kinkondemand.com/kod/shoot/2964 | http://www.onlyjizz.com/videos/yellow-kitty-first-time-bondage-2259973.html | 60,359 |
| | 2429 | 3396959, 3379745, 3338653 | http://www.kinkondemand.com/kod/shoot/2429 | http://www.onlyjizz.com/videos/latin-pornstar-ice-la-fox-2211545.html | 72,035 |
| | 1374 | 3396959, 3379745, 3338653 | http://www.kinkondemand.com/kod/shoot/1374 | http://www.onlyjizz.com/videos/madison-young-bdsm--2286808.html | 41,986 |

# **EXHIBIT F**

Open a FREE Account | Log in | Help





More Domains
Reverse Whois
History Details
Get Notified
Trademark Monitor
Screenshot History

## Whois Record For YouJizz.com

Tweet    Like  2

| | | | |
|---|---|---|---|
| Teen Cams | Big Tits Cams | Ebony Cams | House Wife Cams |
| Lesbian Cams | Couple Cams | Latina Cams | Asian Cams |
| Anal Cams | Pregnant Cams | BBW Cams | Huge Tits Cams |
| Group Sex Cams | Milf Cams | Shemale Cams | Gay Cams |

Lesbian Cams
Ebony Cams
Teen Cams
House Wife Cams
Big Tits Cams
Latina Cams
Asian Cams
Couple Cams
Pregnant Cams
BBW Cams
Mature Cams
Anal Cams
Group Sex Cams
Amateur Cams
Pornstar Cams
Huge Tits Cams
Big Ass Cams
Milf Cams
Lingerie Cams
Shemale Cams
Gay Cams

**Whois Record**    Site Profile    Registration    Server Stats    My Whois

Reverse Whois:  **"Domains By Proxy, LLC"** was found in about 9,704,335 other domains
Registrar History:  **3 registrars** with 3 drops.
NS History:  **13 changes** on **14** unique name servers over **5** years.
IP History:  **13 changes** on **8** unique IP addresses over **5** years.
Whois History:  **1,098 records** have been archived **since 2007-10-24** .
Reverse IP:  **6 other sites** hosted on this server.

Log In or Create a FREE account to start monitoring this domain name



```
Registrant:
   Domains By Proxy, LLC
   Registered through: GoDaddy.com, LLC (http://www.godaddy.com)
   Domain Name: YOUJIZZ.COM

   Domain servers in listed order:
      NS1.SWIFTCO.NET
      NS2.SWIFTCO.NET
```





Country TLDs    General TLDs

Available domains for registration:

YouJizz.**jp**    Register
YouJizz.**tw**    Register

**Register All Selected >**



**Related Results**

  **Investigate any Domain**
Free Domain and DNS reports. Owner info, provider info, page rank etc
www.abongo.com

  **Quick Auto**
Your Credit Connection, Buy-Here Pay-Here Used Cars for IN, IL, MI, OH
www.quickauto.com

  **Womans is 51 But Looks 25**
Mom publishes simple wrinkle secret that has angered doctors...
ConsumerLifestyles.org

  **Learn how to invest**
Free articles, videos and lessons to teach you how to invest in stocks!
www.WealthLift.com

AdChoices ▷                        Chitika | Opt out? 

Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Careers | Contact Us | Site Map

© 2012 DomainTools, LLC All rights reserved.



# **<u>EXHIBIT G</u>**

**DomainTools**

Open a FREE Account | Log in | Help

dnsmadeasy.com     Whois Search     **Search**

**Overview**  **Whois Lookup**  **Reverse Whois**  **Whois History**  **Domain Report**  **Hosting History**  **Screenshots**  **Reverse Name Server**  **Reverse IP**  **DNS**

## YouJizz.com Whois Record

+1

Search Whois Records    youjizz.com                          **Search**

**Whois Record**    Site Profile    Registration    Server Stats    My Whois

### Whois Record

#### Related Domains For Sale or At Auction    `1  2  3  More >`

IphoneDeveloper.com ($10,000)    IphoneParts.com ($10,000)    IphoneWallpaper.com ($5,000)
IphoneUnlocker.com ($10,000)    FixYourIphone.com ($1,000)    IphoneX.com ($10,000)

| | |
|---|---|
| Reverse Whois: | **"WhoisPrivacy Limited"** owns about    **24,063 other domains** |
| Registrar History: | **4 registrars** with **3** drops. |
| NS History: | **14 changes** on **15** unique name servers over **6** years. |
| IP History: | **23 changes** on **9** unique IP addresses over **6** years. |
| Whois History: | **1,438 records** have been archived **since 2007-10-24** . |
| Reverse IP: | **26 other sites** hosted on this server. |

**Log In** or **Create a FREE account** to start monitoring this domain name

Preview the complete **Domain Report for youjizz.com**

```
Domain: YOUJIZZ.COM
Registrar: Eurodns S.A.

Registrant:
Company: WhoisPrivacy Limited
Name: Whois Privacy
Address: 3/F, Jonsim Place, 228 Queen's Road East
City: Wanchai
Country: HONG KONG
Postal Code: HK
Phone: +852 5808 1344
Fax: +852 5808 1345
Email: 46ec181e3d912491@whoisprivacy.com

Administrative Contact:
Company: WhoisPrivacy Limited
Name: Whois Privacy
Address: 3/F, Jonsim Place, 228 Queen's Road East
City: Wanchai
Country: HONG KONG
Postal Code: HK
Phone: +852 5808 1344
Fax: +852 5808 1345
Email: 46ec181e3d912491@whoisprivacy.com

Technical Contact:
Company: WhoisPrivacy Limited
Name: Whois Privacy
Address: 3/F, Jonsim Place, 228 Queen's Road East
City: Wanchai
Country: HONG KONG
Postal Code: HK
Phone: +852 5808 1344
Fax: +852 5808 1345
Email: 46ec181e3d912491@whoisprivacy.com

Original Creation Date: 2007-10-22
Expiration Date: 2022-10-21

Status:
clientTransferProhibited
Nameserver Information:
```



Last checked July 27, 2013

Queue Screenshot for Update

**You the smart one?** Let us
show you **the job you dream of**



| Country TLDs | General TLDs |
|---|---|

Available domains for registration:

| | | |
|---|---|---|
| ☐ | YouJizz.**jp** | Register |
| ☐ | YouJizz.**tw** | Register |

**Register All Selected >**



```
Nameserver: ns0.reflected.net
Nameserver: ns1.reflected.net
```

Backorder this domain or Hire a domain broker

Whois Directory

a b c d e f g h i j k l m n o p q r s t u v w x y z 0 1 2 3 4 5 6 7 8 9

Memberships  |  Developer API  |  About Us  |  Blog  |  Desktop Tools  |  Terms of Service  |  Privacy  |  Support  |  Join Our Team  |  Contact Us  |  Press  |  Site Map

© 2013 DomainTools, LLC All rights reserved.



# **<u>EXHIBIT H</u>**







**DomainTools**

Open a FREE Account | Log in | Help

| onlyjizz.com | Whois Search | **Search** |

More Domains
Reverse Whois
History Details
Get Notified
Trademark Monitor
Screenshot History

**Whois Record For onlyjizz.com**

☐ Tweet    👍 Like

| Teen Cams | Big Tits Cams | Ebony Cams | House Wife Cams |
| Lesbian Cams | Couple Cams | Latina Cams | Asian Cams |
| Anal Cams | Pregnant Cams | BBW Cams | Huge Tits Cams |
| Group Sex Cams | Milf Cams | Shemale Cams | Gay Cams |

Milf Cams
Teen Cams
Big Tits Cams
Lesbian Cams
Ebony Cams
Couple Cams
Pregnant Cams
Latina Cams
Asian Cams
BBW Cams
Mature Cams
Anal Cams
Group Sex Cams
Amateur Cams
Pornstar Cams
Huge Tits Cams
Big Ass Cams
House Wife Cams
Lingerie Cams
Shemale Cams
Gay Cams

**Whois Record**    Site Profile    Registration    Server Stats    My Whois

Reverse Whois:   **"Domains By Proxy, LLC"** was found in about **9,704,335 other domains**
Registrar History:   **2 registrars** with **3** drops.
NS History:   **19 changes** on **11** unique name servers over **8** years.
IP History:   **11 changes** on **10** unique IP addresses over **8** years.
Whois History:   **1,166 records** have been archived **since 2006-05-31** .
Reverse IP:   **6 other sites** hosted on this server.

🕮  **Log In** or **Create a FREE account** to start monitoring this domain name

Access to the Most
Robust Whois Record
Database Available

**Get it NOW** ▶
**DomainTools**

Registrant:
    Domains By Proxy, LLC

    Registered through: GoDaddy.com, LLC (http://www.godaddy.com)
    Domain Name: ONLYJIZZ.COM

    Domain servers in listed order:
        NS1.SWIFTCO.NET
        NS2.SWIFTCO.NET

You must **Register** or **Log in** to view the Whois record for this domain name

**Country TLDs**    General TLDs

Available domains for registration:

☐ onlyjizz.at    Register
☐ onlyjizz.be    Register
☐ onlyjizz.ch    Register
☐ onlyjizz.cn    Register
☐ onlyjizz.co.uk    Register
☐ onlyjizz.dk    Register
☐ onlyjizz.es    Register
☐ onlyjizz.eu    Register
☐ onlyjizz.fr    Register
☐ onlyjizz.in    Register

**Register All Selected >**    **Show all (18) >**

**Related Results**



**Investigate any Domain**
Free Domain and DNS reports. Owner
info, provider info, page rank etc
www.abongo.com



**Total Hedge Fund Services**
Accounting, admin, tax, marketing,
website, start up & more.
www.completehedge.com



**Top Anti Aging up to -57%**
Quality Anti Aging at great prices: Find
Anti Aging & save up to 57%!
www.Anti-Aging.news72.com



**Woman is 51 But Looks 25**
Mom reveals simple wrinkle secret that
has angered doctors...
ConsumerLifestyles.org



AdChoices ▷                Chitika | Opt out? 🔍

Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Careers | Contact Us | Site Map

© 2012 DomainTools, LLC All rights reserved.



# EXHIBIT I

Open a FREE Account | Log in | Help

**Domain**Tools

| jizzhut.com | Whois Search | **Search** |

**Overview**   **Whois Lookup**   **Reverse Whois**   **Whois History**   **Domain Report**   **Hosting History**   **Screenshots**   **Reverse Name Server**   **Reverse IP**   **DNS**

## onlyjizz.com Whois Record



| Search Whois Records | onlyjizz.com | **Search** |

**Whois Record**   Site Profile   Registration   Server Stats   My Whois

### Whois Record



#### Related Domains For Sale or At Auction    `1` `2` `3` `More >`

IphoneDeveloper.com ($10,000)      IphoneParts.com ($10,000)      IphoneWallpaper.com ($5,000)
IphoneUnlocker.com ($10,000)      FixYourIphone.com ($1,000)      IphoneX.com ($10,000)

Reverse Whois:   **"WhoisPrivacy Limited" owns about   24,063 other domains**
Registrar History:   **3 registrars** with **3** drops.
NS changes:   **19 changes** on **11** unique name servers over **9** years.
IP History:   **13 changes** on **11** unique IP addresses over **9** years.
Whois History:   **1,299 records** have been archived **since** 2006-05-31 .
Reverse IP:   **26 other sites** hosted on this server.

🔍 **Log In** or **Create a FREE account** to start monitoring this domain name
📄 Preview the complete **Domain Report for onlyjizz.com**

Last checked March 08, 2013

**Queue Screenshot for Update**

**You the smart one?** Let us
show you **the job you dream of**

```
Domain: ONLYJIZZ.COM
Registrar: Eurodns S.A.

Registrant:
Company: WhoisPrivacy Limited
Name: Whois Privacy
Address: 3/F, Jonsim Place, 228 Queen's Road East
City: Wanchai
Country: HONG KONG
Postal Code: HK
Phone: +852 5808 1344
Fax: +852 5808 1345
Email: 79d8183f44c96fc1@whoisprivacy.com

Administrative Contact:
Company: WhoisPrivacy Limited
Name: Whois Privacy
Address: 3/F, Jonsim Place, 228 Queen's Road East
City: Wanchai
Country: HONG KONG
Postal Code: HK
Phone: +852 5808 1344
Fax: +852 5808 1345
Email: 79d8183f44c96fc1@whoisprivacy.com

Technical Contact:
Company: WhoisPrivacy Limited
Name: Whois Privacy
Address: 3/F, Jonsim Place, 228 Queen's Road East
City: Wanchai
Country: HONG KONG
Postal Code: HK
Phone: +852 5808 1344
Fax: +852 5808 1345
Email: 79d8183f44c96fc1@whoisprivacy.com

Original Creation Date: 2006-03-30
Expiration Date: 2022-03-29

Status:
clientTransferProhibited

Nameserver Information:
```

**Country TLDs**    **General TLDs**

Available domains for registration:

| ☐ | onlyjizz.**at** | Register |
| ☐ | onlyjizz.**be** | Register |
| ☐ | onlyjizz.**ch** | Register |
| ☐ | onlyjizz.**co.uk** | Register |
| ☐ | onlyjizz.**dk** | Register |
| ☐ | onlyjizz.**es** | Register |
| ☐ | onlyjizz.**eu** | Register |
| ☐ | onlyjizz.**fr** | Register |
| ☐ | onlyjizz.**in** | Register |
| ☐ | onlyjizz.**it** | Register |

**Register All Selected >**      **Show all (17) >**



```
Nameserver: ns1.swiftco.net
Nameserver: ns2.swiftco.net
```

Backorder this domain or Hire a domain broker

Whois Directory

a b c d e f g h i j k l m n o p q r s t u v w x y z 0 1 2 3 4 5 6 7 8 9

Memberships   |   Developer API   |   About Us   |   Blog   |   Desktop Tools   |   Terms of Service   |   Privacy   |   Support   |   Join Our Team   |   Contact Us   |   Press   |   Site Map

© 2013 DomainTools, LLC All rights reserved.



# EXHIBIT J



Open a FREE Account    |    Log in    |    Help

jizzonline.com | Whois Search | **Search**

More Domains
Reverse Whois
History Details
Get Notified
Trademark Monitor
Screenshot History

## Whois Record For JizzOnline.com

☐ Tweet    👍 Like

| | | | |
|---|---|---|---|
| Teen Cams | Big Tits Cams | Ebony Cams | House Wife Cams |
| Lesbian Cams | Couple Cams | Latina Cams | Asian Cams |
| Anal Cams | Pregnant Cams | BBW Cams | Huge Tits Cams |
| Group Sex Cams | Milf Cams | Shemale Cams | Gay Cams |

Milf Cams
Teen Cams
Big Tits Cams
Lesbian Cams
Ebony Cams
Couple Cams
Pregnant Cams
Latina Cams
Asian Cams
BBW Cams
Mature Cams
Anal Cams
Group Sex Cams
Amateur Cams
Pornstar Cams
Huge Tits Cams
Big Ass Cams
House Wife Cams
Lingerie Cams
Shemale Cams
Gay Cams

**Whois Record**    Site Profile    Registration    Server Stats    My Whois



|  |  |
|---|---|
| Reverse Whois: | **"Domains By Proxy, LLC"** was found in about 9,704,335 other domains |
| Registrar History: | 1 registrar |
| NS History: | 5 changes on 6 unique name servers over 7 years. |
| IP History: | 10 changes on 9 unique IP addresses over 7 years. |
| Whois History: | 745 records have been archived since 2005-05-30 . |
| Reverse IP: | 6 other sites hosted on this server. |

🕶 Log In or Create a FREE account to start monitoring this domain name



Access to the Most Robust Whois Record Database Available    Get it NOW   DomainTools

**Country TLDs**    General TLDs

Available domains for registration:

| | | |
|---|---|---|
| ☐ JizzOnline.at | | Register |
| ☐ JizzOnline.co.uk | | Register |
| ☐ JizzOnline.dk | | Register |
| ☐ JizzOnline.fr | | Register |
| ☐ JizzOnline.jp | | Register |
| ☐ JizzOnline.mx | | Register |
| ☐ JizzOnline.se | | Register |
| ☐ JizzOnline.tw | | Register |

**Register All Selected >**

```
Registrant:
    Domains By Proxy, LLC

    Registered through: GoDaddy.com, LLC (http://www.godaddy.com)
    Domain Name: JIZZONLINE.COM

    Domain servers in listed order:
        NS1.SWIFTCO.NET
        NS2.SWIFTCO.NET
```

You must **Register** or **Log in** to view the Whois record for this domain name


TRY SEOmoz FREE!

**Related Results**

**Investigate any Domain**
Free Domain and DNS reports. Owner info, provider info, page rank etc
www.abongo.com

**Woman is 51 But Looks 25**
Mom publishes simple wrinkle secret that has angered doctors...
ConsumerLifestyles.org

**Local What Is Mutual Fund**
Find What Is Mutual Fund Near You. See Actual Customer Reviews!
Local.com

**ING DIRECT Investing**
Buy Stocks for $4 - No Minimums. $50 Account Bonus. Learn More!
www.sharebuilder.com/ingdirect

AdChoices ▷                        Chitika | Opt out? 🔍

Memberships  |  Developer API  |  About Us  |  Blog  |  Desktop Tools  |  Terms of Service  |  Privacy  |  Support  |  Careers  |  Contact Us  |  Site Map

1 of 2                                                                                 3/8/2012 10:22 AM

© 2012 DomainTools, LLC All rights reserved.



# EXHIBIT K



Open a FREE Account | Log in | Help

onlyjizz.com　　Whois Search　　**Search**

**Overview**　　**Whois Lookup**　　**Reverse Whois**　　**Whois History**　　**Domain Report**　　**Hosting History**　　**Screenshots**　　**Reverse Name Server**　　**Reverse IP**　　**DNS**

## JizzOnline.com Whois Record

Search Whois Records　jizzonline.com　　Search

Whois Record　　Site Profile　　Registration　　Server Stats　　My Whois

### Whois Record

**Related Domains For Sale or At Auction**　　1  2  3  More >

IphoneDeveloper.com ($10,000)　　IphoneParts.com ($10,000)　　IphoneWallpaper.com ($5,000)
IphoneUnlocker.com ($10,000)　　FixYourIphone.com ($1,000)　　IphoneX.com ($10,000)

Reverse Whois: **"WhoisPrivacy Limited" owns about** 24,063 other domains
Registrar History: 2 registrars
NS History: 5 changes on 6 unique name servers over 8 years.
IP History: 14 changes on 10 unique IP addresses over 8 years.
Whois History: 1,051 records have been archived since 2005-05-30.
Reverse IP: 26 other sites hosted on this server.

Log In or Create a FREE account to start monitoring this domain name

Preview the complete Domain Report for jizzonline.com





Last checked August 07, 2013

Queue Screenshot for Update

**You the smart one?** Let us
show you the job you dream of

```
Domain: JIZZONLINE.COM
Registrar: Eurodns S.A.

Registrant:
Company: WhoisPrivacy Limited
Name: Whois Privacy
Address: 3/F, Jonsim Place, 228 Queen's Road East
City: Wanchai
Country: HONG KONG
Postal Code: HK
Phone: +852 5808 1344
Fax: +852 5808 1345
Email: e194f5fce0e91e7d@whoisprivacy.com

Administrative Contact:
Company: WhoisPrivacy Limited
Name: Whois Privacy
Address: 3/F, Jonsim Place, 228 Queen's Road East
City: Wanchai
Country: HONG KONG
Postal Code: HK
Phone: +852 5808 1344
Fax: +852 5808 1345
Email: e194f5fce0e91e7d@whoisprivacy.com

Technical Contact:
Company: WhoisPrivacy Limited
Name: Whois Privacy
Address: 3/F, Jonsim Place, 228 Queen's Road East
City: Wanchai
Country: HONG KONG
Postal Code: HK
Phone: +852 5808 1344
Fax: +852 5808 1345
Email: e194f5fce0e91e7d@whoisprivacy.com

Original Creation Date: 2005-04-17
Expiration Date: 2022-04-16

Status:
clientTransferProhibited

Nameserver Information:
```

**Country TLDs**　　**General TLDs**

Available domains for registration:

JizzOnline.at　　　Register
JizzOnline.co.uk　　Register
JizzOnline.dk　　　Register
JizzOnline.es　　　Register
JizzOnline.fr　　　Register
JizzOnline.jp　　　Register
JizzOnline.mx　　　Register
JizzOnline.se　　　Register
JizzOnline.tw　　　Register

**Register All Selected >**

```
Nameserver: ns1.swiftco.net
Nameserver: ns2.swiftco.net
```

Backorder this domain or Hire a domain broker

Whois Directory

a b c d e f g h i j k l m n o p q r s t u v w x y z 0 1 2 3 4 5 6 7 8 9

Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Join Our Team | Contact Us | Press | Site Map

© 2013 DomainTools, LLC All rights reserved.



# **<u>EXHIBIT L</u>**



Open a FREE Account | Log in | Help

jizzhut.com | Whois Search | **Search**

More Domains
Reverse Whois
History Details
Get Notified
Trademark Monitor
Screenshot History

## Whois Record For jizzhut.com

Tweet | Like

| | | | |
|---|---|---|---|
| Lesbian Cams | Ebony Cams | Teen Cams | House Wife Cams |
| Big Tits Cams | Latina Cams | Asian Cams | Couple Cams |
| Pregnant Cams | BBW Cams | Anal Cams | Group Sex Cams |
| Amateur Cams | Pornstar Cams | Shemale Cams | Gay Cams |

Lesbian Cams
Ebony Cams
Teen Cams
House Wife Cams
Big Tits Cams
Latina Cams
Asian Cams
Couple Cams
Pregnant Cams
BBW Cams
Mature Cams
Anal Cams
Group Sex Cams
Amateur Cams
Pornstar Cams
Huge Tits Cams
Big Ass Cams
Milf Cams
Lingerie Cams
Shemale Cams
Gay Cams

**Whois Record**    Site Profile    Registration    Server Stats    My Whois

Registrar History:   **1 registrar**
NS History:   **6 changes** on **6** unique name servers over **9** years.
IP History:   **8 changes** on **7** unique IP addresses over **8** years.
Whois History:   **1,478 records** have been archived since **2002-08-14** .
Reverse IP:   **5 other sites** hosted on this server.

**Log In** or **Create a FREE account** to start monitoring this domain name



GRAB YOUR ...ES DOMAIN
FOR ONLY 5EUR / $7.50*
*For Indication Purposes

Country TLDs    General TLDs

Available domains for registration:

| | |
|---|---|
| jizzhut.dk | Register |
| jizzhut.fr | Register |
| jizzhut.jp | Register |
| jizzhut.mx | Register |
| jizzhut.tw | Register |

**Register All Selected >**

WHOIS
FOR WINDOWS
USERS    FREE
LOOKUP
TOOL    Get it NOW
DomainTools

```
Registrant:
    Direct Privacy ID 81BAF
    P.O. Box 6592
    Metairie, LA 70009
    US
    1-504-355-0082

Domain Name: JIZZHUT.COM

Administrative Contact:
    Direct Privacy ID 81BAF, Domain Name Proxy Service, Inc
    jizzhut.com@domainnameproxyservice.com
    P.O. Box 6592
    Metairie, LA 70009
    US
    1-504-355-0082

Technical Contact:
    Direct Privacy ID 81BAF, Domain Name Proxy Service, Inc
    jizzhut.com@domainnameproxyservice.com
    P.O. Box 6592
    Metairie, LA 70009
    US
    1-504-355-0082

Record last updated 05-13-2011 03:40:05 PM
Record expires on 10-24-2013
Record created on 10-24-2001

Domain servers in listed order:
        NS1.SWIFTCO.NET        204.8.32.200
        NS2.SWIFTCO.NET        204.8.32.201
```



$00/month
TRY SEOmoz FREE!
SEOmoz

**Related Results**



**Public Arrest Records**
1) Enter Name and State. 2) Access
Full Background Checks Instantly.
www.InstantCheckmate.com



**Investigate any Domain**
Free Domain and DNS reports. Owner
info, provider info, page rank etc
www.abongo.com

**Woman is 51 But Looks 25**
Mom reveals simple wrinkle secret that
has angered doctors...
ConsumerLifestyles.org



**Money Market Rates**
Get The Best Money Market Rates With
Exclusive Online Offers.
firstcountybank.com

AdChoices ▷                    Chitika | Opt out?

Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Careers | Contact Us | Site Map

© 2012 DomainTools, LLC All rights reserved.



# **<u>EXHIBIT M</u>**



Open a FREE Account | Log in | Help

youjizz.com    Whois Search    **Search**

**Overview**  Whois Lookup  **Reverse Whois**  **Whois History**  **Domain Report**  **Hosting History**  **Screenshots**  **Reverse Name Server**  **Reverse IP**  **DNS**

## jizzhut.com Whois Record

+1

Search Whois Records    jizzhut.com                    Search



Whois Record    Site Profile    Registration    Server Stats    My Whois

### Whois Record

**Related Domains For Sale or At Auction**    1  2  3  More >

IphoneDeveloper.com ($10,000)      IphoneParts.com ($10,000)       IphoneWallpaper.com ($5,000)
IphoneUnlocker.com ($10,000)       FixYourIphone.com ($1,000)       IphoneX.com ($10,000)

Reverse Whois:   **"WhoisPrivacy Limited" owns about   24,063 other domains**
Registrar History:   **2 registrars**
NS History:   **6 changes** on 6 unique name servers over **10** years.
IP History:   **13 changes** on 9 unique IP addresses over 9 years.
Whois History:   **2,018 records** have been archived since 2002-08-14 .
Reverse IP:   **26 other sites** hosted on this server.

Log In or Create a FREE account to start monitoring this domain name

Preview the complete Domain Report for jizzhut.com

Last checked August 07, 2013

Queue Screenshot for Update

**You the smart one?** Let us
show you the job you dream of

```
Domain: JIZZHUT.COM
Registrar: Eurodns S.A.

Registrant:
Company: WhoisPrivacy Limited
Name: Whois Privacy
Address: 3/F, Jonsim Place, 228 Queen's Road East
City: Wanchai
Country: HONG KONG
Postal Code: HK
Phone: +852 5808 1344
Fax: +852 5808 1345
Email: e985a60ff4cf6047@whoisprivacy.com

Administrative Contact:
Company: WhoisPrivacy Limited
Name: Whois Privacy
Address: 3/F, Jonsim Place, 228 Queen's Road East
City: Wanchai
Country: HONG KONG
Postal Code: HK
Phone: +852 5808 1344
Fax: +852 5808 1345
Email: e985a60ff4cf6047@whoisprivacy.com

Technical Contact:
Company: WhoisPrivacy Limited
Name: Whois Privacy
Address: 3/F, Jonsim Place, 228 Queen's Road East
City: Wanchai
Country: HONG KONG
Postal Code: HK
Phone: +852 5808 1344
Fax: +852 5808 1345
Email: e985a60ff4cf6047@whoisprivacy.com

Original Creation Date: 2001-10-24
Expiration Date: 2022-10-23

Status:
clientTransferProhibited

Nameserver Information:
```

**Country TLDs**    **General TLDs**

Available domains for registration:

☐ jizzhut.at        Register
☐ jizzhut.dk        Register
☐ jizzhut.es        Register
☐ jizzhut.fr        Register
☐ jizzhut.jp        Register
☐ jizzhut.mx        Register
☐ jizzhut.se        Register
☐ jizzhut.tw        Register

**Register All Selected >**



```
Nameserver: ns1.swiftco.net
Nameserver: ns2.swiftco.net
```

Backorder this domain or Hire a domain broker

Whois Directory

a b c d e f g h i j k l m n o p q r s t u v w x y z 0 1 2 3 4 5 6 7 8 9

Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Join Our Team | Contact Us | Press | Site Map

© 2013 DomainTools, LLC All rights reserved.



# EXHIBIT N



Open a FREE Account | Log in | Help

| jizzbo.com | Whois Search | **Search** |

More Domains
Reverse Whois
History Details
Get Notified
Trademark Monitor
Screenshot History

## Whois Record For JizzBo.com

☐ Tweet    ☐ Like

| Teen Cams | Big Tits Cams | Ebony Cams | House Wife Cams |
| Lesbian Cams | Couple Cams | Latina Cams | Asian Cams |
| Anal Cams | Pregnant Cams | BBW Cams | Huge Tits Cams |
| Group Sex Cams | Milf Cams | Shemale Cams | Gay Cams |

House Wife Cams
Lesbian Cams
Ebony Cams
Teen Cams
Big Tits Cams
Couple Cams
Pregnant Cams
Latina Cams
Asian Cams
BBW Cams
Mature Cams
Anal Cams
Group Sex Cams
Amateur Cams
Pornstar Cams
Huge Tits Cams
Big Ass Cams
Milf Cams
Lingerie Cams
Shemale Cams
Gay Cams

**Whois Record**    Site Profile    Registration    Server Stats    My Whois



Reverse Whois:   **"Domains By Proxy, LLC"** was found in about **9,704,335** other domains
Registrar History:   **2 registrars** with **3** drops.
NS History:   **6 changes** on **5** unique name servers over **7** years.
IP History:   **9 changes** on **7** unique IP addresses over **7** years.
Whois History:   **639 records** have been archived **since 2007-10-23** .
Reverse IP:   **6 other sites** hosted on this server.

🔍   **Log In** or **Create a FREE account** to start monitoring this domain name

**DomainTools for Windows®**
Now you can access domain ownership records anytime, anywhere... right
from your own desktop!  **Download Now>**

Registrant:
    Domains By Proxy, LLC

    Registered through: GoDaddy.com, LLC (http://www.godaddy.com)
    Domain Name: JIZZBO.COM

    Domain servers in listed order:
        NS1.SWIFTCO.NET
        NS2.SWIFTCO.NET

You must **Register** or **Log in** to view the Whois record for this domain name



Country TLDs    General TLDs

Available domains for registration:

☐ JizzBo.at                          Register
☐ JizzBo.be                          Register
☐ JizzBo.ch                          Register
☐ JizzBo.co.uk                       Register
☐ JizzBo.dk                          Register
☐ JizzBo.es                          Register
☐ JizzBo.eu                          Register
☐ JizzBo.fr                          Register
☐ JizzBo.in                          Register
☐ JizzBo.it                          Register

**Register All Selected >**    **Show all (16) >**



**Related Results**



**Investigate any Domain**
Free Domain and DNS reports. Owner
info, provider info, page rank etc
www.abongo.com



**Quick Auto**
Your Credit Connection, Buy-Here
Pay-Here Used Cars for IN, IL, MI, OH
www.quickauto.com



**Womans is 51 But Looks 25**
Mom publishes simple wrinkle secret
that has angered doctors...
ConsumerLifestyles.org



**Learn how to invest**
Free articles, videos and lessons to
teach you how to invest in stocks!
www.WealthLift.com

AdChoices ▷                    Chitika | Opt out?

Memberships  |  Developer API  |  About Us  |  Blog  |  Desktop Tools  |  Terms of Service  |  Privacy  |  Support  |  Careers  |  Contact Us  |  Site Map

© **2012 DomainTools, LLC** All rights reserved.



# EXHIBIT O





**DomainTools**

Open a FREE Account | Log in | Help

moviesguy.com | Whois Search | **Search**

**Overview**  **Whois Lookup**  **Reverse Whois**  **Whois History**  **Domain Report**  **Hosting History**  **Screenshots**  **Reverse Name Server**  **Reverse IP**  **DNS**

## JizzBo.com Whois Record

+1

Search Whois Records   jizzbo.com                    **Search**

**Whois Record**   Site Profile   Registration   Server Stats   My Whois

### Whois Record

**Related Domains For Sale or At Auction**      1  2  3  More >

IphoneDeveloper.com ($10,000)   IphoneParts.com ($10,000)   IphoneWallpaper.com ($5,000)
IphoneUnlocker.com ($10,000)   FixYourIphone.com ($1,000)   IphoneX.com ($10,000)

Reverse Whois:   **"WhoisPrivacy Limited" owns about   24,063 other domains**
Registrar History:   **3 registrars** with **3** drops.
NS History:   **6 changes** on **5** unique name servers over **8** years.
IP History:   **12 changes** on **8** unique IP addresses over **8** years.
Whois History:   **933 records** have been archived **since 2007-10-23** .
Reverse IP:   **26 other sites** hosted on this server.

Log In or Create a FREE account to start monitoring this domain name

Preview the complete Domain Report for jizzbo.com

Last checked February 08, 2013

Queue Screenshot for Update

**You the smart one?** Let us
show you **the job you dream of**

```
Domain: JIZZBO.COM
Registrar: Eurodns S.A.

Registrant:
Company: WhoisPrivacy Limited
Name: Whois Privacy
Address: 3/F, Jonsim Place, 228 Queen's Road East
City: Wanchai
Country: HONG KONG
Postal Code: HK
Phone: +852 5808 1344
Fax: +852 5808 1345
Email: 9f72a6e356df46db@whoisprivacy.com

Administrative Contact:
Company: WhoisPrivacy Limited
Name: Whois Privacy
Address: 3/F, Jonsim Place, 228 Queen's Road East
City: Wanchai
Country: HONG KONG
Postal Code: HK
Phone: +852 5808 1344
Fax: +852 5808 1345
Email: 9f72a6e356df46db@whoisprivacy.com

Technical Contact:
Company: WhoisPrivacy Limited
Name: Whois Privacy
Address: 3/F, Jonsim Place, 228 Queen's Road East
City: Wanchai
Country: HONG KONG
Postal Code: HK
Phone: +852 5808 1344
Fax: +852 5808 1345
Email: 9f72a6e356df46db@whoisprivacy.com

Original Creation Date: 2006-02-08
Expiration Date: 2022-02-07

Status:
clientTransferProhibited
Nameserver Information:
```

**Country TLDs    General TLDs**

Available domains for registration:

JizzBo.at                         Register
JizzBo.be                         Register
JizzBo.ch                         Register
JizzBo.co.uk                      Register
JizzBo.dk                         Register
JizzBo.eu                         Register
JizzBo.fr                         Register
JizzBo.in                         Register
JizzBo.it                         Register
JizzBo.jp                         Register

**Register All Selected >**    **Show all (16) >**

```
Nameserver: ns1.swiftco.net
Nameserver: ns2.swiftco.net
```

Backorder this domain or Hire a domain broker

Whois Directory

a b c d e f g h i j k l m n o p q r s t u v w x y z 0 1 2 3 4 5 6 7 8 9

Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Join Our Team | Contact Us | Press | Site Map

© 2013 DomainTools, LLC All rights reserved.



# **EXHIBIT P**



Open a FREE Account | Log in | Help

hotfunhouse.com    Whois Search    **Search**

More Domains
Reverse Whois
History Details
Get Notified
Trademark Monitor
Screenshot History

Whois > HotFunHouse.com

### HotFunHouse.com Whois Record

[ Tweet ]  [ Like ]

| | | | |
|---|---|---|---|
| **Teen Cams** | **Big Tits Cams** | **Ebony Cams** | **House Wife Cams** |
| **Lesbian Cams** | **Couple Cams** | **Latina Cams** | **Asian Cams** |
| **Anal Cams** | **Pregnant Cams** | **BBW Cams** | **Huge Tits Cams** |
| **Group Sex Cams** | **Milf Cams** | **Shemale Cams** | **Gay Cams** |

Lesbian Cams
Ebony Cams
Teen Cams
House Wife Cams
Big Tits Cams
Latina Cams
Asian Cams
Couple Cams
Pregnant Cams
BBW Cams
Mature Cams
Anal Cams
Group Sex Cams
Amateur Cams
Pornstar Cams
Huge Tits Cams
Big Ass Cams
Milf Cams
Lingerie Cams
Shemale Cams
Gay Cams

**Whois Record**    Site Profile    Registration    Server Stats    My Whois

Registrar History:   **1 registrar**
NS History:   **4 changes** on **5** unique name servers over **8** years.
IP History:   **10 changes** on **9** unique IP addresses over **8** years.
Whois History:   **263 records** have been archived **since 2003-11-10** .
Reverse IP:   **6 other sites** hosted on this server.

**Log In** or **Create a FREE account** to start monitoring this domain name

**DomainTools for Windows®**
Now you can access domain ownership records anytime, anywhere... **right from your own desktop!   Download Now>**

```
Registrant:
  Direct Privacy ID 2F4EC
  P.O. Box 6592
  Metairie, LA 70009
  US
  1-504-355-0082

Domain Name: HOTFUNHOUSE.COM

Administrative Contact:
  Direct Privacy ID 2F4EC, Domain Name Proxy Service, Inc
  hotfunhouse.com@domainnameproxyservice.com
  P.O. Box 6592
  Metairie, LA 70009
  US
  1-504-355-0082

Technical Contact:
  Direct Privacy ID 2F4EC, Domain Name Proxy Service, Inc
  hotfunhouse.com@domainnameproxyservice.com
  P.O. Box 6592
  Metairie, LA 70009
  US
  1-504-355-0082

Record last updated 05-13-2011 03:40:03 PM
Record expires on 04-26-2013
Record created on 04-26-2000

Domain servers in listed order:
        NS1.SWIFTCO.NET        204.8.32.200
        NS2.SWIFTCO.NET        204.8.32.201
```

**Backorder This Domain**



**Country TLDs**    General TLDs

Available domains for registration:

| HotFunHouse.at | Register |
| HotFunHouse.be | Register |
| HotFunHouse.ch | Register |
| HotFunHouse.co.uk | Register |
| HotFunHouse.dk | Register |
| HotFunHouse.es | Register |
| HotFunHouse.eu | Register |
| HotFunHouse.in | Register |
| HotFunHouse.it | Register |
| HotFunHouse.jp | Register |

**Register All Selected >**     **Show all (16) >**



**Related Results**



**Investigate any Domain**
Free Domain and DNS reports. Owner
info, provider info, page rank etc
www.abongo.com



**A $6 Trillion Opportunity**
Learn Why This Penny Stock Could Go
Stratospheric
www.PennyStockWizard.com



**Quick Auto**
Your Credit Connection, Buy-Here
Pay-Here Used Cars for IN, IL, MI, OH
www.quickauto.com

**Money Market Rates**
See today's Money Markets from 100s
of Banks. Plus news, calcs, tips.
www.BankRate.com

AdChoices ▷                    Chitika | Opt out? 🔍

Memberships   |   Developer API   |   About Us   |   Blog   |   Desktop Tools   |   Terms of Service   |   Privacy   |   Support   |   Careers   |   Contact Us   |   Site Map

© **2012 DomainTools, LLC** All rights reserved.



# EXHIBIT Q



Open a FREE Account | Log in | Help

| jizzonline.com | Whois Search | **Search** |

**Overview**  **Whois Lookup**  **Reverse Whois**  **Whois History**  **Domain Report**  **Hosting History**  **Screenshots**  **Reverse Name Server**  **Reverse IP**  **DNS**

## HotFunHouse.com Whois Record



Search Whois Records | hotfunhouse.com | Search

**Whois Record**   Site Profile   Registration   Server Stats   My Whois

### Whois Record

**Related Domains For Sale or At Auction**          1  2  3  More >

Dysfunctional.com ($6,077)       FunctionalFitness.com ($10,000)     MusicFun.com ($2,588)
Fundamentally.com ($2,800)       Funnell.com ($1,000)                MarketingFunnel.com ($1,877)

Reverse Whois:   "**WhoisPrivacy Limited**" owns about **24,063 other domains**
Registrar History:   **2 registrars**
NS History:   **4 changes** on **5** unique name servers over **9** years.
IP History:   **13 changes** on **10** unique IP addresses over **9** years.
Whois History:   **490 records** have been archived **since 2003-11-10** .
Reverse IP:   **26 other sites** hosted on this server.

Log In or Create a FREE account to start monitoring this domain name

Preview the complete Domain Report for hotfunhouse.com

Last checked January 30, 2013

Queue Screenshot for Update

**You the smart one?** Let us
show you **the job you dream of**

```
Domain: HOTFUNHOUSE.COM
Registrar: Eurodns S.A.

Registrant:
Company: WhoisPrivacy Limited
Name: Whois Privacy
Address: 3/F, Jonsim Place, 228 Queen's Road East
City: Wanchai
Country: HONG KONG
Postal Code: HK
Phone: +852 5808 1344
Fax: +852 5808 1345
Email: 792cb252d8ec6d2f@whoisprivacy.com

Administrative Contact:
Company: WhoisPrivacy Limited
Name: Whois Privacy
Address: 3/F, Jonsim Place, 228 Queen's Road East
City: Wanchai
Country: HONG KONG
Postal Code: HK
Phone: +852 5808 1344
Fax: +852 5808 1345
Email: 792cb252d8ec6d2f@whoisprivacy.com

Technical Contact:
Company: WhoisPrivacy Limited
Name: Whois Privacy
Address: 3/F, Jonsim Place, 228 Queen's Road East
City: Wanchai
Country: HONG KONG
Postal Code: HK
Phone: +852 5808 1344
Fax: +852 5808 1345
Email: 792cb252d8ec6d2f@whoisprivacy.com

Original Creation Date: 2000-04-26
Expiration Date: 2022-04-25

Status:
clientTransferProhibited
Nameserver Information:
```

**Country TLDs**     **General TLDs**

Available domains for registration:

☐ HotFunHouse.at        Register
☐ HotFunHouse.be        Register
☐ HotFunHouse.ch        Register
☐ HotFunHouse.cn        Register
☐ HotFunHouse.co.uk     Register
☐ HotFunHouse.dk        Register
☐ HotFunHouse.es        Register
☐ HotFunHouse.eu        Register
☐ HotFunHouse.in        Register
☐ HotFunHouse.it        Register

**Register All Selected >**    **Show all (17) >**

```
Nameserver: ns1.swiftco.net
Nameserver: ns2.swiftco.net
```

Backorder this domain or Hire a domain broker

Whois Directory

a b c d e f g h i j k l m n o p q r s t u v w x y z 0 1 2 3 4 5 6 7 8 9

Memberships  |  Developer API  |  About Us  |  Blog  |  Desktop Tools  |  Terms of Service  |  Privacy  |  Support  |  Join Our Team  |  Contact Us  |  Press  |  Site Map

© 2013 DomainTools, LLC All rights reserved.



# **<u>EXHIBIT R</u>**







DomainTools

Open a FREE Account | Log in | Help

moviesguy.com | Whois Search | Search

More Domains
Reverse Whois
History Details
Get Notified
Trademark Monitor
Screenshot History

Milf Cams
Teen Cams
Big Tits Cams
Lesbian Cams
Ebony Cams
Couple Cams
Pregnant Cams
Latina Cams
Asian Cams
BBW Cams
Mature Cams
Anal Cams
Group Sex Cams
Amateur Cams
Pornstar Cams
Huge Tits Cams
Big Ass Cams
House Wife Cams
Lingerie Cams
Shemale Cams
Gay Cams

# Whois Record For MoviesGuy.com

Tweet | Like

| | | | |
|---|---|---|---|
| Lesbian Cams | Ebony Cams | Teen Cams | House Wife Cams |
| Big Tits Cams | Latina Cams | Asian Cams | Couple Cams |
| Pregnant Cams | BBW Cams | Anal Cams | Group Sex Cams |
| Amateur Cams | Pornstar Cams | Shemale Cams | Gay Cams |

**Whois Record** | Site Profile | Registration | Server Stats | My Whois

Registrar History: 1 registrar
NS History: 5 changes on **6** unique name servers over **8** years.
IP History: 7 changes on **6** unique IP addresses over **8** years.
Whois History: 1,340 records have been archived **since 2002-08-14** .
Reverse IP: 6 other sites hosted on this server.

Log In or Create a FREE account to start monitoring this domain name

```
Registrant:
 Direct Privacy ID A2FC3
 P.O. Box 6592
 Metairie, LA 70009
 US
 1-504-355-0082

Domain Name: MOVIESGUY.COM

Administrative Contact:
 Direct Privacy ID A2FC3, Domain Name Proxy Service, Inc
 moviesguy.com@domainnameproxyservice.com
 P.O. Box 6592
 Metairie, LA 70009
 US
 1-504-355-0082

Technical Contact:
 Direct Privacy ID A2FC3, Domain Name Proxy Service, Inc
 moviesguy.com@domainnameproxyservice.com
 P.O. Box 6592
 Metairie, LA 70009
 US
 1-504-355-0082

Record last updated 05-13-2011 03:40:13 PM
Record expires on 02-16-2013
Record created on 02-15-2001

Domain servers in listed order:
        NS1.SWIFTCO.NET        204.8.32.200
        NS2.SWIFTCO.NET        204.8.32.201
```

**Country TLDs** | General TLDs

Available domains for registration:

| | |
|---|---|
| MoviesGuy.at | Register |
| MoviesGuy.ch | Register |
| MoviesGuy.dk | Register |
| MoviesGuy.es | Register |
| MoviesGuy.eu | Register |
| MoviesGuy.fr | Register |
| MoviesGuy.it | Register |
| MoviesGuy.jp | Register |
| MoviesGuy.mx | Register |
| MoviesGuy.pl | Register |

Register All Selected > | Show all (12) >

MoviesGuy.com - Free sex porn movies XXX videos hardcore fuck anal ...          http://whois.domaintools.com/moviesguy.com

**Related Results**


**Hot Penny Stock – BION**
Why Savvy Investors Consider
Agriculture "The Next Bull Cycle ".
BioNitrogen.com/Invest_Today


**Investigate any Domain**
Free Domain and DNS reports. Owner
info, provider info, page rank etc
www.abongo.com


**Quick Auto**
Your Credit Connection, Buy-Here
Pay-Here Used Cars for IN, IL, MI, OH
www.quickauto.com


**Woman is 51 But Looks 25**
Mom publishes simple wrinkle secret
that has angered doctors...
ConsumerLifestyles.org

AdChoices ▷                    Chitka | Opt out? 🔍

Memberships   |   Developer API   |   About Us   |   Blog   |   Desktop Tools   |   Terms of Service   |   Privacy   |   Support   |   Careers   |   Contact Us   |   Site Map

© **2012 DomainTools, LLC** All rights reserved.



# EXHIBIT S



Open a FREE Account | Log in | Help

| moviesguys.com | Whois Search | **Search** |

**Overview**   **Whois Lookup**   **Reverse Whois**   **Whois History**   **Domain Report**   **Hosting History**   **Screenshots**   **Reverse Name Server**   **Reverse IP**   **DNS**

## MovieGuys.com Whois Record



Search Whois Records   movieguys.com   Search

Whois Record   Site Profile   Registration   Server Stats   My Whois

### Whois Record

#### Related Domains For Sale or At Auction

| | | | 1 2 3 More > |
|---|---|---|---|
| GuysOnly.com ($5,000) | NiceGuysGuide.com ($888) | TileGuys.com ($3,688) | |
| GuysLove.com ($1,148) | GuysGolf.com ($3,500) | GrassGuys.com ($3,688) | |

Reverse Whois: **"TD Domain Names" owns about**   **7,854 other domains**

Email Search: **tddomainnames@gmail.com** is associated with about **9,444 domains**

Registrar History: **1 registrar**

NS History: **12 changes** on **8** name servers over **5** years.

IP History: **24 changes** on **10** unique IP addresses over **8** years.

Whois History: **48 records** have been archived since **2001-02-02** .

Reverse IP: **81,010 other sites** hosted on this server.

Log In or Create a FREE account to start monitoring this domain name

Preview the complete Domain Report for movieguys.com

```
Domain Name: MOVIEGUYS.COM
Registrar URL: http://www.godaddy.com
Updated Date: 2013-01-28 14:56:38
Creation Date: 1998-02-06 00:00:00
Registrar Expiration Date: 2014-02-05 00:00:00
Registrar: GoDaddy.com, LLC
Registrant Name: Domain Administrator
Registrant Organization: TD Domain Names
Registrant Street: P.O. Box WB 1451
Registrant City: West Bay
Registrant State/Province: Grand Cayman
Registrant Postal Code: KY
Registrant Country: Cayman Islands
Admin Name: Domain Administrator
Admin Organization: TD Domain Names
Admin Street: P.O. Box WB 1451
Admin City: West Bay
Admin State/Province: Grand Cayman
Admin Postal Code: KY
Admin Country: Cayman Islands
Admin Phone: 3459251600
Admin Fax:
Admin Email: tddomainnames@gmail.com

Tech Name: Domain Administrator
Tech Organization: TD Domain Names
Tech Street: P.O. Box WB 1451
Tech City: West Bay
Tech State/Province: Grand Cayman
Tech Postal Code: KY
Tech Country: Cayman Islands
Tech Phone: 3459251600
Tech Fax:
Tech Email: tddomainnames@gmail.com

Name Server: NS1.ABOVE.COM
Name Server: NS2.ABOVE.COM
```

Backorder this domain or Hire a domain broker

Whois Directory



Last checked March 10, 2013

**You the smart one?** Let us show you the job you dream of

**Country TLDs**   **General TLDs**

Available domains for registration:

| | |
|---|---|
| MovieGuys.at | Register |
| MovieGuys.be | Register |
| MovieGuys.ch | Register |
| MovieGuys.cn | Register |
| MovieGuys.co.uk | Register |
| MovieGuys.de | Register |
| MovieGuys.dk | Register |
| MovieGuys.es | Register |
| MovieGuys.eu | Register |
| MovieGuys.fr | Register |

**Register All Selected >**   **Show all (19) >**

a b c d e f g h i j k l m n o p q r s t u v w x y z 0 1 2 3 4 5 6 7 8 9

Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Join Our Team | Contact Us | Press | Site Map

© 2013 **DomainTools, LLC** All rights reserved.



# **EXHIBIT T**



**Domain**Tools

You are logged in as jason_1116 | **Upgrade Your Account** | Log out | Help

| gayforit.com | Whois Search | **Search** |

**Overview**   **Whois Lookup**   **Reverse Whois**   **Whois History**   **Domain Report**   **Hosting History**   **Screenshots**   **Reverse Name Server**   **Reverse IP**   **DNS**

## MoviesGuy.com Whois Record 🖉

Search Whois Records | moviesguy.com | Search

Whois Record    Site Profile    Registration    Server Stats    My Whois

### Whois Record

**Related Domains For Sale or At Auction**   1  2  3  **More >**

Cmovies.com ($3,488)          WatchMovieSite.com ($4,000)     DvdMovieStore.com ($1,288)
KidsMovies.com ($10,000)      HomeMovieSite.com ($1,195)      NewMovieStore.com ($1,395)

Reverse Whois:    **"WhoisPrivacy Limited"** owns about   **24,063 other domains**
Registrar History:    **2 registrars**
NS History:    **5 changes** on **6** unique name servers over **9** years.
IP History:    **10 changes** on **7** unique IP addresses over **9** years.
Whois History:    **1,855 records** have been archived **since 2002-08-14** .
Reverse IP:    **26 other sites** hosted on this server.

🔍  **Monitor This Domain Name**

📄  Preview the complete **Domain Report for moviesguy.com**

```
Domain: MOVIESGUY.COM
Registrar: Eurodns S.A.

Registrant:
Company: WhoisPrivacy Limited
Name: Whois Privacy
Address: 3/F, Jonsim Place, 228 Queen's Road East
City: Wanchai
Country: HONG KONG
Postal Code: HK
Phone: +852 5808 1344
Fax: +852 5808 1345
Email:   381d90990bbbff47@whoisprivacy.com

Administrative Contact:
Company: WhoisPrivacy Limited
Name: Whois Privacy
Address: 3/F, Jonsim Place, 228 Queen's Road East
City: Wanchai
Country: HONG KONG
Postal Code: HK
Phone: +852 5808 1344
Fax: +852 5808 1345
Email:   381d90990bbbff47@whoisprivacy.com

Technical Contact:
Company: WhoisPrivacy Limited
Name: Whois Privacy
Address: 3/F, Jonsim Place, 228 Queen's Road East
City: Wanchai
Country: HONG KONG
Postal Code: HK
Phone: +852 5808 1344
Fax: +852 5808 1345
Email:   381d90990bbbff47@whoisprivacy.com

Original Creation Date: 2001-02-16
Expiration Date: 2022-02-15

Status:
clientTransferProhibited
```



Last checked March 20, 2013

**Queue Screenshot for Update**

**You the smart one?** Let us
show you **the job you dream of**

**Country TLDs**   **General TLDs**

Available domains for registration:

| | MoviesGuy.**at** | Register |
| | MoviesGuy.**be** | Register |
| | MoviesGuy.**ch** | Register |
| | MoviesGuy.**co.uk** | Register |
| | MoviesGuy.**dk** | Register |
| | MoviesGuy.**es** | Register |
| | MoviesGuy.**eu** | Register |
| | MoviesGuy.**fr** | Register |
| | MoviesGuy.**in** | Register |
| | MoviesGuy.**it** | Register |

**Register All Selected >**    **Show all (15) >**

```
Nameserver Information:
Nameserver: ns1.swiftco.net
Nameserver: ns2.swiftco.net
```

Backorder this domain or Hire a domain broker

Whois Directory

a b c d e f g h i j k l m n o p q r s t u v w x y z 0 1 2 3 4 5 6 7 8 9

Memberships  |  Developer API  |  About Us  |  Blog  |  Desktop Tools  |  Terms of Service  |  Privacy  |  Support  |  Join Our Team  |  Contact Us  |  Press  |  Site Map

© 2013 DomainTools, LLC All rights reserved.



# **EXHIBIT U**






Home
Domain Sales
YTD Sales Charts

Featured in Wall Street Journal · Newsweek · USA Today · New York Times · MSNBC · Boston Herald · Montreal Gazette

News Headlines        Articles         Resources         Archive
The Lowdown         Legal Matters      DNJ Newsletter      Classified Ads

August 21, 2013

About Us
E-Mail Us



## New Six-Figure Sale Takes a Place on Our Year-To-Date Top 100 Domain Sales Chart

**Only one new domain** qualified for our **Year to Date Top 100 Sales Chart** this week but that was a big one. **OPS.com** moves into a tie for the #30 position after a **$100,000** sale made through a **Sedo** listing at **GoDaddyAuctions**. The domain was purchased by a Japanese company after being listed by domain pioneer **Garry Chernoff**.



It currently takes at least **$40,000** to earn a spot on the Top 100. The week's second highest sale - **Mail.co.uk** - just missed that mark, going for **$39,235** at Sedo. Still, that is one of the ten biggest country code sales reported so far in 2013 (you will see it at #10 on the **ccTLD YTD Top 100** - the second chart on this page).

Here is how the year's top sellers across all extensions currently stack up (new entries each week are highlighted in **green**):



www.rookmedia.net



### DN Journal's 2013 Year-to-Date Top 100 Domain Sales Chart
#### Highest reported 2013 domain sales in all extensions through Aug. 25, 2013
Euro/Pound to Dollar conversions (€/£ to $) based on
rates in effect when sales were reported by DNJ
(New domains entering the chart each week are highlighted in green)

|     | Domain | Sold For | Where Sold | Date* |
|-----|--------|----------|------------|-------|
| 1. | 114.com | $2,100,000 | Pvt Sale | 7/10/13 |
| 2. | MathGames.com | $725,000 | Pvt Sale | 8/7/13 |
| 3. | ReverseMortgages.com | $600,000 | DomainNameSales | 7/31/13 |
| 4. | Brand.com | $500,000 | WebsiteBrokerage | 7/3/13 |
| 5. | Body.com | $380,000 | Sdo/GoDaddyAuctions | 7/17/13 |
| 6. | Booker.com | $375,000 | Pvt Sale | 1/16/13 |
| 7. tie | DJI.com | $300,000 | Sedo | 7/31/13 |
| 7. tie | Yinhang.com | $300,000 | Sedo | 5/1/13 |
| 7. tie | Mojo.com | $300,000 | DomainAdvisors | 2/15/13 |
| 10. | Moms.com | $252,000 | Sedo | 5/8/13 |
| |  ESCROW.COM  Secure Online Transactions | | | |
| 11. | Trek.com | $245,000 | SharedReviews | 6/26/13 |
| 12. | Apuestas.com ("bets" in Spanish) | €165,000 = $221,100 | Sedo | 2/15/13 |

# EXHIBIT V

# THE MOST EXPENSIVE JOURNAL

IRRG    IDVKIRQ    DUW    HOHFWURQIFV    FROOHFWLEOHHV    UHDOHVWDWH    YHKLFOHV

Make the smart choice for your small business.    $2.95*.COM    GoDaddy    GO

**SEARCH**

Type your search and hit enter

ABOUT    ADVERTISE    CONTACT

# Z ruogiv Wrs 43 P rvwH{shqvlyh Grp dlq Q dp hv

by tom    Comments (64)

For over half a decade, **Business.com** reigned as the world's most expensive domain name after its 1999 sale for $7.5 million. That was shortly after the site was founded by former Walt Disney Internet Group chairman Jake Winebaum and Earthlink founder Sky Dayton. The domain retained its record until 2006, when Match.com founder Gary Kremen decided to get out of the adult entertainment industry and sold **Sex.com** for $14 million (or $12 million, depending on who you ask) in 2006.



While the current market for internet domains is nowhere as solid as it was during the dot-com peak, the market remains strong and is experiencing solid growth. Each year tens of millions of dollars are exchanged during the resale of domains.

The record for most expensive domain name ever sold changed hands again in late 2009, when internet marketing firm QuinStreet purchased **Insure.com** for $16 million. Other top dollar domain sales of 2009 include **Toys.com**, purchased by Toys 'R Us for $5.1 million in March of 2009, and **Candy.com**, sold for $3 million in June of 2009.

Enough with the preamble, though—check out the world's top ten most expensive domain names:

1. **Insure.com**, sold to QuinStreet for $16 million in 2009.
2. **Sex.com**, sold for $12-$14 million in 2006.
3. **Fund.com**, sold for $9.99 million in 2008.
4. **Porn.com**, sold for $9.5 million in 2007.
5. **Business.com**, sold for $7.5 million in 1999.
6. **Diamond.com**, sold to Ice.com for $7.5 million in 2006.
7. **Beer.com**, sold for $7 million in 2004.
8. **Israel.com**, sold for $5.88 million in 2004.
9. **Casino.com**, sold for $5.5 million in 2003.
10. **Toys.com**, sold to Toys 'R Us for $5.1 million in 2009.

### Related

○ Most Popular Web Site

## Vlp kdlu Srvww=

○ Most Expensive AdWords Keywords
○ Most Expensive Speeches
○ World's Most Expensive Commercial Real Estate
○ Most Expensive Office Location
○ Most Expensive Item on eBay
○ Most Expensive Streets in the UK

Like    21 people like this. Be the first of your friends.

## Frp p hqw +97,

Sort by:  Date  Rating  Last Activity

 john · 387 weeks ago                                    -7

bahah thats such as a waste of time, I hope no one buys it

Reply



. SR SXODU SR VWW

Car

Watch

iPhone Apps

iPhone Cases

iPad Apps

iPad Cases

Cell Phone

Coffee

College in the US

Diamond Ring

Computer

Laptops

Domain Name

Guitar

Dog Breed

Men's Suits

Champagne

Wine

Purse

Wedding Dress

Jeans

Headphones

Postage Stamp

Mattress

Motorcycles

Food

. UDQG RP SR VWW

21 Most Expensive Patek Philippe Watches

Most Expensive Artwork, Rothko's "Orange, Red, Yellow"

World's Most Expensive Cleats

Most Expensive Skateboards

Singhania Family, J.K House in Mumbai

Copyright © 2005-2013 The Most Expensive Journal

Contact    Disclaimer and Terms    Advertise    About

Reply

 **Martin** · *386 weeks ago*                                         +3

I think that a pricey domain name is not allways necessary - let's look at domains like amazon.com, google.com, yahoo.com - they are more succesful than ie books.com or search.com

Reply

 **Adi** · *358 weeks ago*                                            0

What about wallstreet.com?

Reply

 **Peter** · *315 weeks ago*                                          0

I wonder what this 2 digit domain can sell for?

Reply

 **Luca calzonu** · *292 weeks ago*                                  +2

This is wrong, the domain name http://www.italia.it was recently bought for 45 million dollars by the italian government. Yet though the website was closed after a couple of months due to a lack of popularity

Reply

 **Eko** · *288 weeks ago*                                           +1

wow... 45 millions dollar for nothing?

i guess that was a big loss for italian government

Reply

 elshan · *278 weeks ago*                                            +2

More than $4 Million in Domain Names Sold At Moniker's T.R.A.F.F.I.C WEST Live Auction

Families.com, Greeting.com, Blogster.com, RealEstate.mobi, and ET.com were among auction's big sellers

Reply

 RJB · *272 weeks ago*                                               +11

Wish I'd bought up a bunch of the simple ones way back in the day.....

Reply

 **Gemma** · *262 weeks ago*                                         +1

RJB, you are not alone...

Reply

 Eric · *225 weeks ago*                                              +2

My cousin is selling his domain votalk.com for $35,000 I should tell him to sell it for more after reading this. You could make a living on this

Reply

 GK · *220 weeks ago*                                              -6

How much should EASYWEAR.COM be worth ?

Any guesses ?

Reply

 donna · *218 weeks ago*                                            -5

how will you know the price of a domain name? Wow wish I can make my website as expensive as that! yay!

Reply

. UHFHQ W SR VWV

20 Most Expensive Celebrity Homes for Sale

First Book Printed In America, Bay Psalms Book

Most Expensive Home In Singapore

Most Expensive Letter, Francis Crick DNA Molecule

Most Expensive Drawing, Raphael's Head of an Apostle

. Ilqg xv rq Idfherrn





**donna** · *215 weeks ago*      -1

I will work hard to make my website pricey. hehehe. But i dont even know how to design it. How will we know the price of the site? Is there any calculator for that?

Reply

**Planet Orange** · *212 weeks ago*      -5

How much should WEBMASTERCAFE.ORG be worth ?

Reply

**Marc** · *211 weeks ago*      -4

Here is a name that will bring in millions in sales. The ultrasonic industry is a multi Billion dollar industry. The name ultrasonics.com will be to the ultrasonic world like cars.com is to the automobile industry

Reply

**udara** · *210 weeks ago*      -4

the most expensive domain is micheljackson.com for a cool 21 million

Reply

**Instant Site Machine** · *208 weeks ago*      -3

Anyone interested in moneypotential.com?

Reply

**John Gilbert** · *205 weeks ago*      +1

One controversial domain that made the news recently is

capitalismisevil.com because it was missed by Michael Moore for his upcoming movie theme.

Reply

**Ed** · *203 weeks ago*      -6

HEY GK, EASYWEAR.COM IS A NICE DOMAIN NAME AND YOU COULD SELL THAT AT LEAST A HUNDRED GRAND.

Reply

**amie** · *203 weeks ago*      +5

umm, easyear is not even worth 1 grand

Reply

**amie** · *203 weeks ago*      -2

john gilbert is just trying to hype up his domain name, michael moore didnt want that, stop lying.

Reply

**lonappan** · *202 weeks ago*      +2

What about science and geography domains

Reply

**foto** · *201 weeks ago*      0

unbelievable!! .. I just cannot imagine how...

Reply

**clavier arabe** · *200 weeks ago*      0

I will work hard to make my website pricey. hehehe. But i dont even know how to design it. How will we know the price of the site? Is there any calculator for that?

Reply

**hamed** · *197 weeks ago*      0

tell them to find some web designer.

Reply

**yazzy** · *192 weeks ago*         +1

How much do you think can be sold a website like diordesign.com? is it worth to put it on sale now?

Reply

**tony** · *189 weeks ago*         +2

anyone want to start bidding....

with alcohol sites selling for millions, and prescription sales being huge. what would you consider bidding on ReeferRX.com 14 some odd states have legalized medical marijuana sales, and many other countries have done the same already.

Reply     **1 reply** · *active less than 1 minute ago*

**B** · *187 weeks ago*         +3

The most expensive domain sales have not been published.

Super short generic 2 letter domains like LG.com

recently bought by million dollar companies like the korean technology conglomerate LG Corp

have reached much higher prices - vb.com/fame.htm

give a list of some of the most expensive domaines

Reply

**Stefan** · *187 weeks ago*         +1

what do you think about abord.org could it be sold for a good price ?

Reply

**Luiz H.** · *184 weeks ago*         +1

How much should YARDRAY.COM be worth ?

Reply

**Nards** · *184 weeks ago*         0

I have two great domains for sale:

finishbook.com and friedchickenstrips.com

How much does anyone think I could get for each one?

Reply     **1 reply** · *active 32 weeks ago*

Alex · *180 weeks ago*         0

I have DealGarant. com

Does anyone know, how much I could get for them?

Reply

**SL** · *176 weeks ago*         0

What website do you go to, to buy domains?

Reply

**Eric Lituchy** · *176 weeks ago*         0

SL - look at Sedo.com. Anyone interested in GourmetMeals.com? Get domain for a food company or recipes!

Reply

**Jake** · *175 weeks ago*         +1

Most of the sold domain names are dot com. But there is few "not .com" domain names which break the record, for example bank.ht was sold for USD 1.4 million, inn.im for USD 1.8 million and motorcycle.se for USD 1.1

million

Reply

Robert · *174 weeks ago*              0

How about ipriceonline.com, eflybay.com, ideasbay.com, churps.com, Dealsviaweb.com, offers welcome....

Reply

Shay · *174 weeks ago*              0

This site is for sale right now for $10 million!

palazzo-versace.com

Reply

BD · *172 weeks ago*              +1

Does anyone think U-OK.com

would sell ?

Reply

Dental jobs · *171 weeks ago*            +1

I remember the sale of 21st Century fox. I think if you have a good domain nowadays then your in for the money, or if you search for new businesses and hope they become successful - purchase the domains now

Reply

dentist jobs · *169 weeks ago*            0

man if i could sell my domain for 10K i would be over the moon!

Reply

Jorge · *167 weeks ago*              +1

You can check the real value of your domains with a proper domain appraisal in sedo , my domain MuscleTypes.com is worth about 7k using a free appraisal service, but I will definitly purchase a proper domain appraisal if i ever decide to sell my site!

Reply

3Jlou_OguHo4ka · *167 weeks ago*          +1

Such interesting information, thanks a lot! These are really big prices, but domains are really useful, they cost it!

Reply

türker · *164 weeks ago*             -2

nexglosser.com it is an kodak's big machine but i bought that domain

Reply

Eric delvam · *164 weeks ago*           +1

wow... 45 millions dollar for nothing?

Reply

website designer delhi · *163 weeks ago*        0

great when my site will be sold

Reply

CCW · *162 weeks ago*              0

publicaccess.com is going on the block. Looking forward to see what it will bring. Perfect for global communication and wifi. Hopefully make this list:)

Reply

brad · *162 weeks ago*              -1

i got THISISNOTREALLYAWEBSITEatall.com, if anyone is interested., think it is work a trillion easy!

Reply

Luiz H. · *155 weeks ago*                                                      0

Stefan, I also have a dot org domain (thecolor.org) and I intend get $ 3,500 USD for it .Unfortunately there is no more dot com good and cheap at market.

Reply

gnaumov · *155 weeks ago*                                                      +2

Wow, fixed assets on the internet. I've never imagined that they can have prices like 12m :)

Reply

1  2  Next »

## Srvwd qhz frp p hqw

Enter text right here!

Comment as a Guest, or login:

Name                                          Email

*Displayed next to your comments.*            *Not displayed publicly.*

Subscribe to  None                                                Submit Comment