Chad L. Belville, AZ Bar 020771
Attorney for Plaintiff Cybernet Entertainment.
4742 N. 24th Street, Suite 315
Phoenix, AZ 85016
Telephone: (602) 904-5485
Facsimile: (602) 291-6953
Email: cbelville@azbar.org

Spencer D. Freeman, WSBA#25069
Attorney for Plaintiff Cybernet Entertainment.
1107 ½ Tacoma Avenue South
Tacoma, WA 98402
Telephone: (253) 383-4500
Facsimile: (253) 383-4501
Email: sfreeman@freemanlawfirm.org
(Pro Hac Vice)

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA
PHOENIX DIVISION

| | |
|---|---|
| CYBERNET ENTERTAINMENT, LLC, a New York Company,<br><br>Plaintiff,<br><br>vs.<br><br>IG MEDIA INC., et al.,<br><br>Defendants. | Case No.: 2:12-cv-01101 SRB<br><br>**DECLARATION OF PETER ACWORTH IN SUPPORT OF PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER** |

I, Peter Acworth, declare:

1. I am a Citizen of the United Kingdom residing in the United States, am over the age of 18 years old, make this declaration based upon personal knowledge and, if called to testify could and would testify competently to the facts set forth herein.

2. I am the founder and owner of Plaintiff Cybernet Entertainment LLC d/b/a Kink.com (Cybernet). Cybernet Entertainment LLC (Cybernet) is the global leader in the production of legal, high quality, authentic adult fetish motion pictures.

3. I founded Kink.com in 1997 and grew it into the largest fetish adult entertainment company in the world. We proudly employ over 130 persons, with the majority of those being technical, high tech, programming, and white-collar positions. Cybernet, also known as Kink.com, has grown from a side project by a graduate student to the world's most recognized and respected company promoting the acceptance of human sexuality. Born in a Columbia University graduate dormitory in 1997, the company rapidly expanded, purchasing the Historic 200,000 square foot State Armory and Arsenal in San Francisco to locate our production studios, offices, and technology center only ten years later.

4. Cybernet's growth was due to very high *quality* production, attention to detail in sets, scenes, and procedures, exemplary customer service and successful business models.

5. We are engaged in the business of producing, distributing, and exhibiting our copyrighted motion pictures and/or other audiovisual works. We expend significant amounts of time, millions of dollars and other resources to produce high quality products, develop supply chains and distribution systems, and have built premium brand recognition of our trademarks and trademarked products.

6. I am personally aware of the methods utilized and due to its unique nature, I can attest to the facts and that our works require and have required great sums of money to create detailed story lines; film in locations; construct detailed and intricate sets; use period and niche authentic wardrobe, employ talented writers, directors, actors, and editors; use the highest quality

1  production and post-production equipment; and exceed the production value of typical adult
2  erotic entertainment.

3      7.    Cybernet has meticulously, and at great expense, complied with the various states,
4  local and federal laws, rules, and regulations imposed upon production of legitimate adult
5  entertainment and set a high bar for ethical conduct.

6      8.    We have registered with the United States Copyright Office our works identified
7  in the complaint and have taken above industry standard steps to identify our products, including
8  placing recorded warnings at the beginning and end of video productions that appear whenever
9  those videos play.

10     9.    We have produced and distributed over 10,000 adults-only or adult-oriented fetish
11 based audio-visual works and hold over 5,000 registered United States copyrights for our works
12 and 10 registered trademarks.

13     10.    Cybernet operates over twenty websites including a live cam site, distributes
14 DVD's and is available through major satellite providers around the globe.

15     11.    As a company that provides entertainment and education, the action of the
16 Defendants are in direct competition with our web properties and detrimental to a reputation we
17 have taken pride in producing and protecting.  Furthermore, it reduces the value of our products
18 and licensing agreements and it causes significant confusion through their representation of our
19 trademarks.

20     12.    Kink.com is unlike any other adult oriented company in the industry due to the
21 unique nature of our work. At our core, our mission is to demystify and celebrate alternative
22 sexualities by providing the most authentic kinky experiences. As a result, in order to maintain
23 our stature and purpose we are extremely protective of how we present ourselves to our fans and
24 the public at large. Additionally, we are protective of how our business relationships present our
25 company and its brands.
26

13. My staff and I have work extremely hard and expend large sums of money to ensure that our trademarks represent the finest experience in fetish videos be it on the internet or through another medium we distribute on. The same stands for our copyrighted videos; together that is our product.

14. Cybernet is the producer, distributor, and exclusive licensor of its own motion pictures in the United States. Cybernet is engaged in the business of producing, distributing, and/or licensing to others, the rights to copy, distribute, transmit and exhibit copyrighted *motion* pictures and/or other audio visual works. Cybernet expends significant amounts of time, money and other resources to produce high quality products, develop supply chains and distribution systems, and build premium brand recognition of their products. Cybernet, either directly or through its affiliates or licensees, distributes its copyrighted works in various forms over the Internet, pay-per-view, video on demand, download, and digital video discs (DVD's) by selling them directly to the home viewing market or licensing others to do so. Cybernet operates over twenty websites including a live cam site, and is available through major satellite television providers around the globe.

15. Cybernet, in part, markets through our affiliate program. Affiliates get paid to direct Internet traffic to Cybernet websites and generate sales. To do this, Affiliates are provided certain and specific short video clips, of approximately four minutes, for the Affiliate to entice an end user to desire access to the entire Cybernet video and other videos *produced* by Cybernet. Cybernet websites are paid membership websites. The intent is to limit viewing of Cybernet videos to only those persons that have paid to do so.

16. Websites that infringe Cybernets' copyrights and trademarks and provide free access to Cybernet videos are in direct competition with Cybernet's web properties. Further, the free access to the videos reduces the value of Cybernet products and licensing agreements, and causes significant confusion through their representation of our trademarks. In addition to Cybernet's own websites, Cybernet licenses, for a fee, its videos to major satellite provides

around the world for display on paid satellite television stations – available to users that pay for access. With Cybernet videos available free on infringing websites, users are less likely to pay membership at websites licensed to display the videos or pay satellite television services for such access. Accordingly, the value of Cybernet's licenses is *significantly* reduced with the availability of the videos for free on infringing sites. The infringement of Cybernet's copyright and trademark through the public display of its videos for free has a significant impact on Cybernet's business, reputation, brand, and it's counterproductive to all that the company does and presents.

17. Cybernet has NEVER had nor intended to allow the websites located on the World Wide Web at youjizz.com, jizzbo.com, jizzonline.com, jizzhut.com, onlyjizz.com, hotfunhouse.com or moviesguy.com to provide links to others that allow others to embed and distribute our registered videos and display our videos on others websites.

18. Having a company such as the Defendants wrongfully exploit our works has a significant impact on our business, our reputation, our brands, our licenses, relationships and is completely counterproductive to all that we present and do.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on the ___ day of August, 2013 in San Francisco, California.

Peter Acworth