Chad L. Belville, AZ Bar 020771
Attorney for Plaintiff Cybernet Entertainment.
4742 N. 24th Street, Suite 315
Phoenix, AZ 85016
Telephone: (602) 904-5485
Facsimile: (602) 291-6953
Email: cbelville@azbar.org

Spencer D. Freeman, WSBA#25069
Attorney for Plaintiff Cybernet Entertainment.
1107 ½ Tacoma Avenue South
Tacoma, WA 98402
Telephone: (253) 383-4500
Facsimile: (253) 383-4501
Email: sfreeman@freemanlawfirm.org

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA
PHOENIX DIVISION

| | |
|---|---|
| CYBERNET ENTERTAINMENT, LLC, a New York Company,<br><br>Plaintiff,<br><br>vs.<br><br>IG MEDIA INC., et al.,<br><br>Defendants. | Case No.: 2:12-cv-01101 SRB<br><br>**DECLARATION OF TERRANCE MUNDELL** |

I, Terrance Mundell, declare:

1. I am a United States Citizen, over the age of 18 years old, make this declaration based upon personal knowledge and, if called to testify could and would testify competently to the facts set forth herein.

- 1 -

2. I have been involved in the industry of legal adult erotic entertainment marketing and management at an executive level for over five (5) years serving for over two years as the Affiliate Manager for Cybernet Entertainment LLC d/b/a Kink.com aka Cybernet. I worked as the Affiliate Manager for Cybernet Entertainment LLC from 9/4/2007 until 6/25/2012. As of the date of this Declaration, I work as the Affiliate Manager for another company and no longer have a business relationship with Cybernet Entertainment LLC.

3. I am familiar with the corporate structure of Cybernet, specifically its Affiliate Program, Kinky Dollars, which allows webmasters the ability to promote over 20 individual subscription based websites.

4. I am familiar with the company methods, procedures, production, and the permitted use of Cybernet Entertainment LLC d/b/a Kink.com copyrighted and trademarked materials.

5. I am personally aware of the methods utilized by Cybernet Entertainment LLC d/b/a Kink.com and can attest to the facts and that Cybernet Entertainment LLC d/b/a Kink.com copyrighted works require and/or have required great sums of money to create detailed story lines; film in locations; construct detailed and intricate sets; employ talented writers, directors, actors, and editors; use the highest quality production and post-production equipment; and exceed the production value of typical adult erotic entertainment.

6. At Cybernet, it was my main job to sign up and provide support to affiliates that could send website traffic (end users) to Cybernet websites in an effort to generate website sales. Briefly, sales are tracked by providing a unique URL to an affiliate who uses this link coupled with banners or promotional video clips, which are limited to approximately 4 minutes in length. If a sale occurs through that unique URL then the affiliate is paid.

7. Subject to the terms of Kinky Dollars, if a registered Webmaster sends traffic to a site and generates a sale, they are paid a flat rate or a shared revenue percentage depending on what they agree to at the time of signing up to the program.

8. I have met and spoken in person, via internet chat and via email to the Defendant Igor Gens (youjizzadmin@gmail.com) who represented that he owned the website YouJizz.com and I have spoken with Mr. Chad Brachat (bramamar@gmail.com). It was represented to me by Igor Gens that Mr. Brachat worked for Igor and that it was Chad's job to upload videos to Youjizz.com for Igor.

9. At no time did I grant, allow, imply or authorize the use of any other videos other than promotional videos, which are limited in length to approximately six minutes to anyone.

10. At no time did I, nor would I, allow or authorize anyone to use scenes or content, like the ones I have seen are on Youjizz and other Defendant owned sites some of which are more than thirty minutes in length, on any website <u>even if</u> they were sending website traffic directly to Cybernet websites. Long or full scenes are not promotional material.

11. I have recently been to youjizz.com, jizzbo.com, onlyjizz.com, hotfunhouse.com, moviesguy.com, jizzhut.com and jizzonline.com and have seen videos that are clearly Cybernet videos but do not direct any traffic to Cybernet. I did so as recently as July 25, 2013. The length of the videos and the way they are displayed hurt website sales to Cybernet websites and devalue the marks and reputation Cybernet has expended so much time and effort to create.

12. Based upon my experience and judgment, I am certain that the Defendant's websites contain large amounts of unauthorized, copyrighted and trademark protected materials.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Execute on the 29th day of July, 2013

Terrance Mundell