Chad L. Belville, AZ Bar 020771
Attorney for Plaintiff Cybernet Entertainment.
4742 N. 24th Street, Suite 315
Phoenix, AZ 85016
Telephone: (602) 904-5485
Facsimile: (602) 291-6953
Email: cbelville@azbar.org

Spencer D. Freeman, WSBA#25069
Attorney for Plaintiff Cybernet Entertainment.
1107 ½ Tacoma Avenue South
Tacoma, WA 98402
Telephone: (253) 383-4500
Facsimile: (253) 383-4501
Email: sfreeman@freemanlawfirm.org
(Pro Hac Vice)

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA
PHOENIX DIVISION

| | |
|---|---|
| CYBERNET ENTERTAINMENT, LLC, a New York Company,<br><br>Plaintiff,<br><br>vs.<br><br>IG MEDIA INC., et al.,<br><br>Defendants. | Case No.: 2:12-cv-01101 SRB<br><br>**DECLARATION OF YAN HAREWICZ IN SUPPORT OF PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER** |

I, Yan Harewicz, declare:

1. I am a United States Citizen, over the age of 18 years old, make this declaration based upon personal knowledge and, if called to testify could and would testify competently to the facts set forth herein.

2. I am the System Administrator of Plaintiff Cybernet Entertainment LLC d/b/a Kink.com (Cybernet).

3. On November 3, 2009, Defendant Igor Gens signed up as a Cybernet affiliate, registering the website youjizz.com.

4. Gens logged into his account only once – the day it was registered. Gens never directed any Internet traffic to Cybernet sites, and was never paid as an affiliate.

5. Youjizz.com was also registered as a Cybernet affiliate On October 20, 2009 by Chad Brachat. This account was never logged into, and sent six joins into Cybernet. None of those joins came from any of the Defendants websites.

6. For violation of the programs terms, they were both terminated.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Execute on the 26 day of August, 2013 in San Francisco, Ca.

_____
Yan Harewicz