# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cybernet Entertainment LLC,<br><br>Plaintiff,<br><br>v.<br><br>IG Media Incorporated; International Media Limited; Igor Gens,<br><br>Defendants. | No. CV-12-01101-PHX-SRB<br><br>**ORDER** |

The Court has reviewed Plaintiff's *Ex Parte* Application for Temporary Restraining Order.

IT IS ORDERED setting Plaintiff's Application for Temporary Restraining Order for hearing on Friday, September 13, 2013 at 9:30 a.m.

IT IS FURTHER ORDERED that Defendants respond to Plaintiff's Application for Temporary Restraining Order no later than 4:00 p.m. on September 9, 2013. Defendants' Response must be hand delivered to chambers no later than 4:00 p.m. on September 9, 2013.

Dated this 4th day of September, 2013.

_____
Susan R. Bolton
United States District Judge