# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cybernet Entertainment LLC,<br><br>Plaintiff,<br><br>v.<br><br>IG Media Incorporated; International Media Limited; Igor Gens,<br><br>Defendants. | No. CV-12-01101-PHX-SRB<br><br>**ORDER** |

The Court having been advised by counsel for the Defendants that Plaintiff's Application for Temporary Restraining Order was set in conflict with the observance of Yom Kippur;

IT IS ORDERED resetting oral argument on Plaintiff's Application for Temporary Restraining Order from September 13, 2013 to **September 17, 2013 at 9:30 a.m.**

IT IS FURTHER ORDERED that Defendants' response to Plaintiff's Application for Temporary Restraining Order is due no later than 4:00 p.m. on September 12, 2013.

Dated this 4th day of September, 2013.

Susan R. Bolton
United States District Judge