John P. Flynn (# 015065)
Peter J. Moolenaar (# 024487)
**DIOGUARDI FLYNN LLP**
7001 N. Scottsdale Road, Suite 2060
Scottsdale, Arizona 85253
Telephone:      (480) 951-8800
Facsimile:      (480) 951-8824
jflynn@dioguardiflynn.com
pmoolenaar@dioguardiflynn.com

Evan Fray-Witzer (*pro hac vice*)
**CIAMPA FRAY-WITZER LLP**
20 Park Plaza, Suite 505
Boston, Massachusetts 02116
Telephone:      (617) 426-0000
Facsimile:      (617) 423-4855
evan@CFWlegal.com

Valentin David Gurvits (*pro hac vice*)
Matthew Shayefar (*pro hac vice*)
**BOSTON LAW GROUP, PC**
825 Beacon Street, Suite 20
Newton Center, Massachusetts 02459
Telephone:      (617) 928-1804
Facsimile:      (617) 928-1802
vgurvits@bostonlawgroup.com
matt@bostonlawgroup.com

*Attorneys for Defendants*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Cybernet Entertainment LLC, a New York Company | Case No. 2:12-cv-01101-SRB |
| Plaintiff, | **DECLARATION OF CHAD BRACHAT IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S APPLICATION FOR TEMPORARY RESTRAINING ORDER PURSUANT TO FED.R.CIV.P. 65** |
| -v.- | |
| IG Media Inc. and International Media Ltd. d/b/a YouJizz.com JizzHut.com, and JizzOnline.com and OnlyJizz.com and MoviesGuy.com and JizzBo.com and HotFunHouse.com and Igor Gens | |
| Defendants. | |

1

I, Chad Brachat, declare as follows based on my own personal knowledge and belief:

1.      I am over 18 years of age and I reside in Victoria, British Columbia, Canada.

2.      I am an independent contractor of International Media, Inc. ("International Media").

3.      International Media operates the websites YouJizz.com, Jizzhut.com, Jizzonline.com, Onlyjizz.com, Jizzbo.com, Moviesguy.com and Hotfunhouse.com (collectively, the "IM Websites").

4.      As part of my duties for International Media I am or have been in the past been responsible for (a) disabling access to links referenced in notices sent to International media pursuant to the Digital Millennium Copyright Act (the "DMCA") and (b) working with certain content producers to put their content on the IM Websites.

5.      In or about September of 2010, I began working with Mr. Terrance Mundell, who represented to me to be the affiliate manager for Plaintiff.

6.      Mr. Mundell authorized International Media on behalf of Plaintiff to upload promotional videos for Plaintiff's works onto the IM Websites.

7.      As part of Mr. Mundell's explicit authorization on behalf of Plaintiff, I placed 17 videos on the IM Websites which Plaintiff now claims to be infringing.

8.      Attached hereto as Exhibit A is a spreadsheet detailing the 17 files that Plaintiff authorized International Media to place on the IM websites, but now claims are infringing.  As the exhibit shows, the files are all under 6 minutes long and therefore fall within the boundaries that Mr. Mundell references in his Declaration.  *See* Mundell Decl., ¶ 9.

9.      Given the relationship between Plaintiff and International Media outside of Plaintiff's affiliate program referenced in Mr. Harewicz's Declaration, I do not see the relevance of Mr. Harewicz's declaration.

10.      In any case, the fact that Mr. Harewicz admits that youjizz.com sent at least six "joins" (individuals who joined Plaintiff's website) to Plaintiff through Plaintiff's affiliate

2

program proves that International Media was an authorized affiliate of Plaintiff.  Harewicz Decl., ¶ 5.

11.    I cannot account for the fact that Mr. Harewicz claims that "none of those joins came from any of the Defendants websites."  Harewicz Decl., ¶ 5.  The joins must have come from the IM Websites' traffic.

12.    One possible explanation however is based on the fact that promotional videos often have a unique URL watermarked on them which is associated with a particular affiliate. This unique URL is not based on the affiliate's URL, but usually some URL similar to the content being promoted.  When a user types this unique URL into their Internet browser, it takes them to the website of the promotional video's producer and the affiliate associated with that URL is credited with a join if that particular user joins.  In such cases, although the producer would associate the join to the affiliate, it would look like the join came from the unique URL and not the affiliate's website.

13.    In December of 2012, after International Media received DMCA 512(c) Notices from Plaintiff for the allegedly infringing files as described in paragraph 26 of Mr. Tucker's Declaration, I completely disabled access to the allegedly infringing videos on the IM Websites, but did not delete the underlying videos in consideration of the litigation hold resulting from this lawsuit.

14.    However, sometime between December 2012 and July 15, 2013, I, unintentionally and against International Media's rules and procedures, re-enabled access to approximately 21 of the files that I had disabled in December of 2012.  These 21 files correspond to the "115" videos Mr. Tucker references in his Declaration.  *See* Tucker Decl., ¶ 29.

15.    On July 15, 2013, after International Media was notified that the videos were re-enabled, I realized my mistake and immediately disabled access again to the files to which I had unintentionally re-enabled access.

16.    My re-enabling of those files were neither intentional nor willful.

1    I declare under penalty of perjury that the foregoing is true and correct to be best of my

2 personal knowledge and belief.

3    DATED this 12 day of September, 2013.

4

5

6    By _____

Chad Brachat

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

# Exhibit
# A

| Length (min) | Name | URL |
|---|---|---|
| 4:02:00 | A fucken corner store fuck | http://www.youjizz.com/videos/a-fucken-corner-store-fuck-2174275.html |
| 4:00:00 | Gorgeous brunette first time machine fuck | http://www.youjizz.com/videos/gorgeous-brunette-first-time-machine-fuck-2179752.html |
| 3:59:00 | Nice girl gets machine fucked | http://www.youjizz.com/videos/nice-girl-gets-machine-fucked-2173716.html |
| 3:57:00 | Check out the tongue licking machine | http://www.youjizz.com/videos/check-out-the-tongue-licking-machine-2176469.html |
| 3:56:00 | Two lezbos elbow deep in love | http://www.youjizz.com/videos/two-lezbos-elbow-deep-in-love-2172748.html |
| 3:54:00 | Hot first time machine fucker | http://www.youjizz.com/videos/hot-first-time-machine-fucker-2173305.html |
| 3:54:00 | Awesome Ass and pussy play | http://www.youjizz.com/videos/awesome-ass-and-pussy-play-2179899.html |
| 3:53:00 | Crazy slut gets fucked in a cake factory | http://www.youjizz.com/videos/crazy-slut-gets-fucked-in-a-cake-factory-2174274.html |
| 3:52:00 | Geek girl prefers machines to cock | http://www.youjizz.com/videos/geek-girl-prefers-machines-to-cock-2177573.html |
| 3:52:00 | Machine DPs the shit out of her | http://www.youjizz.com/videos/machine-dps-the-shit-out-of-her-2173709.html |
| 3:52:00 | Eva gets her ass handed to her | http://www.youjizz.com/videos/eva-gets-her-ass-handed-to-her-2179786.html |
| 3:52:00 | Cute brunette gets fucked by machines | http://www.youjizz.com/videos/cute-brunette-gets-fucked-by-machines-2181142.html |
| 3:50:00 | Kinky ass lovers threesome | http://www.youjizz.com/videos/kinky-ass-lovers-threesome-2180549.html |
| 3:50:00 | Wrestling: Winner fucks the losers pussy | http://www.youjizz.com/videos/wrestling:-winner-fucks-the-losers-pussy-2177644.html |
| 3:49:00 | Two chicks battle will Lorena be 0 2 | http://www.youjizz.com/videos/two-chicks-battle-will-lorena-be-0-2-2177643.html |
| 3:49:00 | Kinky orgy breaks out in operation room | http://www.youjizz.com/videos/kinky-orgy-breaks-out-in-operation-room-2247177.html |
| 3:45:00 | Slut forced to fuck in public | http://www.youjizz.com/videos/slut-forced-to-fuck-in-public-2173306.html |