John P. Flynn (# 015065)
Peter J. Moolenaar (# 024487)
**DIOGUARDI FLYNN LLP**
7001 N. Scottsdale Road, Suite 2060
Scottsdale, Arizona 85253
Telephone:     (480) 951-8800
Facsimile:     (480) 951-8824
jflynn@dioguardiflynn.com
pmoolenaar@dioguardiflynn.com

Evan Fray-Witzer (*pro hac vice*)
**CIAMPA FRAY-WITZER LLP**
20 Park Plaza, Suite 505
Boston, Massachusetts 02116
Telephone:     (617) 426-0000
Facsimile:     (617) 423-4855
evan@CFWlegal.com

Valentin David Gurvits (*pro hac vice*)
Matthew Shayefar (*pro hac vice*)
**BOSTON LAW GROUP, PC**
825 Beacon Street, Suite 20
Newton Center, Massachusetts 02459
Telephone:     (617) 928-1804
Facsimile:     (617) 928-1802
vgurvits@bostonlawgroup.com
matt@bostonlawgroup.com

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Cybernet Entertainment LLC, a New York Company | Case No. 2:12-cv-01101-SRB |
| Plaintiff, | **DECLARATION OF IGOR GENS IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S APPLICATION FOR TEMPORARY RESTRAINING ORDER PURSUANT TO FED.R.CIV.P. 65** |
| -v.- | |
| IG Media Inc. and International Media Ltd. d/b/a YouJizz.com JizzHut.com, and JizzOnline.com and OnlyJizz.com and MoviesGuy.com and JizzBo.com and HotFunHouse.com and Igor Gens | |
| Defendants. | |

1

I, Igor Gens, declare as follows based on my own personal knowledge and belief:

1.     I am over 18 years of age.

2.     I have dual citizenship in both Canada and Poland.  I do not live in Arizona or anywhere else in the United States.

3.     I have reviewed Plaintiff's Ex Parte Application for Temporary Restraining Order Pursuant to Fed.R.Civ.P. 65 (Docket No.86) (the "Application"), the proposed Order filed with the Motion (Docket No. 86-1) , the Declarations of Jason Tucker (Docket No. 87) ("Tucker Decl."), Peter Acworth (Docket No. 88) ("Acworth Decl."), Terrance Mundell (Docket No. 89) ("Mundell Decl.") and Yan Harewicz (Docket No. 90) ("Harewicz Decl."), each filed in the above captioned case.

4.     The Application, along with each of the supporting Declarations, is filled with false information and misrepresentations (in whole or in part) which I address in this Declaration.

**Background**

5.     I am the President of International Media, Inc. ("International Media"), which is incorrectly named in the above-captioned action as International Media, Ltd.

6.     International Media, Inc. operates the websites YouJizz.com, Jizzhut.com, Jizzonline.com, Onlyjizz.com, Jizzbo.com, Moviesguy.com, and Hotfunhouse.com (collectively, the "IM Websites").

7.     The IM Websites are open and free of charge to anyone accessing the Internet over the age of 18.

8.     The IM Websites generate revenue almost entirely from selling advertising space.  Most of the advertising on the IM Websites are handled by a third party advertising broker, though in a few cases International Media will work directly with an advertiser to place their advertisements on the IM Websites.  In cases where the broker is involved, the advertisers pay the fees for their advertising to the broker and the broker

1  remits a single monthly payment to International Media that combines all advertising

2  regardless of its source.

3        9.    International Media is a Bahamian corporation with a business address of

4  303 Shirley Street, P.O. Box N-492, Nassau, Bahamas.

5       10.    The Defendants in this case do not maintain any accounts with any

6  financial institutions in the United States and have not maintained any such accounts

7  since before the initiation of this lawsuit.

8  **Inflated Number of Alleged Infringements**

9       11.    I believe that Plaintiff has inflated the number of alleged infringements by a

10  multiple of 7 throughout the Application and supporting Declarations.

11       12.    Each of the IM Websites shares and draws from the exact same servers and

12  database.  Therefore, if a video is uploaded on Jizzhut.com, for instance, that video is

13  placed in a shared location and made available on each of the other 7 IM Websites at a

14  similar URL (only the part of the URL before the ".com" is different).  Similarly, when a

15  video is removed from any one of the IM Websites, it is by its very nature removed from

16  all the other IM Websites.

17       13.    The IM Websites do not each have their own separate servers or databases,

18  nor do the IM Websites keep their own separate copy of any of the videos available on

19  them.  Whatever videos are on the centralized server are accessible through any and all of

20  the IM Websites.

21       14.    For all intents and purposes, all of the IM Websites are the same website

22  with the same content.  A simple visual inspection of the IM Websites confirms this fact.

23  They just have a different domain name and presentation styles, for the otherwise same

24  URLs for the same files located on the same servers.

25       15.    Even the view counters on the videos are shared between the IM Websites.

26  For example, when a user views a video on Moviesguy.com, not only is the view counter

27  on Moviesguy.com incremented by one, but the view counter on all of the other IM

28

Websites are also incremented by one.  Therefore, the view counter on any of the IM Websites represents the aggregate view of each particular video on all of the IM Websites.

16.    The differences between the IM Websites are analogous to a house with multiple entrances: each of the doors may be on a different side of the house and they may each be decorated differently, but you're still entering the same house.  In the same way, each of the IM Websites has a different color scheme and a different name, but they're all the same website on the inside.

17.    Another way of looking at this issue is to consider each of the IM Websites as portals to a single and central repository of content on the servers used by International Media.

18.    The Tucker Declaration acknowledges the accuracy of the description above.  *See* Tucker Decl., ¶ 17 ("[T]he respective Defendant websites draw from a centralized database . . . .").  Regardless of this operational and technical posting reality, I believe that Plaintiff is wrongfully asserting that each website is a separate infringement so that it can improperly inflate its numbers by a multiple of 7.

19.    For example, Plaintiff and handful of other parties working with Jason Tucker are virtually the only parties who send seven putative DMCA 512(c) Notices for the same file on each of the IM Websites.  Virtually every other party that sends International Media a DMCA 512(c) Notice, sends a single notice for each video which International Media acts upon in a lawful, commercially reasonable and technically feasible manner.  It bears repeating that when a party sends a DMCA 512(c) Notice for a file on one of the IM Websites, it is by its very nature removed from all the IM Websites simultaneously.

20.    Even accepting Plaintiff's intentionally inflated numbers, its putative "Notices" account for approximately 1% of the DMCA 512(c) Notices sent to the IM Websites.  Further, the allegedly infringing videos complained of by the Plaintiff account

for approximately 0.017% of the number of videos posted and displayed on the IM Websites since this lawsuit was filed.

**International Media Does Not Own or Operate YouJizzPremium.com**

21.    International Media does not own or operate YouJizzPremium.com – a fact Plaintiff was notified of over a year ago in my Declaration filed in this case on August 6, 2012 (Docket No. 14-1, ¶ 17).

22.    Further, a cursory review of that website confirms that YouJizzPremium.com is owned and operated by Manwin Billing Ireland, Manwin Billing MU and Manwin Billing US.  This ownership is confirmed at the bottom of the home page when you visit YouJizzPremium.com, a screen capture of which is attached hereto as Exhibit A.  The Privacy Policy for YouJizzPremium.com available at http://tour.youjizzpremium.com/terms/#policy, a copy of which is attached hereto as Exhibit B, also confirms this unrelated ownership.

23.    International Media's only relationship with YouJizzPremium.com concerned the purchase of advertising.  In 2011, YouJizzPremium.com purchased advertising space on the IM Websites.  This affiliation lasted for approximately five months.

24.    International Media never received any sort of direct financial benefit from sales to YouJizzPremium.com.  YouJizzPremium.com only ever paid a flat fee as any other advertiser on the IM Websites.

25.    Therefore, there is no basis for Mr. Tucker's references to YouJizzPremium.com in his Declaration.  For instance, each and every allegation in paragraphs 22 through 24 of Mr. Tucker's Declaration is simply wrong.  Except for the five months of flat-fee advertising revenue YouJizzPremium.com paid, International Media did not benefit in any way from users signing up for YouJizzPremium.com.

**The IM Websites Host Content Uploaded By Third Parties**

26.     Mr. Tucker falsely asserts that the IM Websites do not host third party uploaded videos.  *See,* Tucker Decl., ¶ 14-17.  The IM Websites are populated by a mixture of videos uploaded by individual third party users and videos uploaded at the request and direction of content producers working in affiliation with International Media.

27.     Mr. Tucker boldly and incorrectly opines in his Declaration that because the names of the users aren't listed next to the videos they upload, there must be no way for International Media to identify the user uploading videos.  However, International Media keeps records of every user who uploads every video.

28.     International Media has the ability to list user names next to the videos the user uploads and has done so in the past at the request of such users.  However, most users do not request this listing.

29.     International Media does not compensate any such users for uploading videos to the IM Websites.

**The YouJizz "Content Partner" Program**

30.     In addition to material uploaded by individual users, International Media works with certain third parties to drive users to their websites by uploading their promotional material to the IM Websites through International Media's "Content Partner Program," which we started in May of 2012.

31.     In order to participate in the Content Partner Program, third parties must apply to International Media and supply International Media with videos for it to place on the IM Websites.

32.     Only videos placed on the website through the Content Partner Program will receive a "link back" to their own website.  A screen capture of one example of what a link back looks like on the IM Websites is attached hereto as Exhibit C.

33.     Given that International Media has not worked with YouJizzPremium.com since approximately March 1, 2012 (and only as a flat-rate advertiser in any case) and that the Content Partner program was started two months afterwards, there is no basis for Mr. Tucker's allegation that "[t]he only promotional links are to YouJizz Premium." Tucker Decl., ¶ 16.

**Embedded Videos**

34.     Mr. Tucker's declaration makes much of the fact that the IM Websites allow third parties to embed videos from the IM Websites on their own websites. However, there is nothing particular about this feature, which is commonplace for streaming video websites of every variety (including YouTube, for example).

35.     Mr. Tucker statement that embeddable videos create "an uncontrollable virus like experience" is therefore not only incorrect, but irrelevant to the matters before this Court.  Tucker Decl., ¶ 18.

36.     To the contrary, International Media retains the same ability to disable embedded videos as it has over videos viewed directly on the IM Websites.  All that the ability to embed a video does is provide a sort of viewing screen to the IM Website server where the video is hosted, so that the video can play without returning to the IM Website itself.  This means that when International Media disables or deletes videos on the IM Websites, all embedded versions of those deleted videos, regardless of where they are embedded elsewhere on the Internet, are also disabled.  There is no out of control virus, despite Mr. Tucker's histrionics to the contrary.

**Plaintiff Authorized the Uploading of Allegedly Infringing Videos Identified in the Complaint**

37.     Plaintiff authorized International Media to host 17 of the exact videos alleged to be infringing in this lawsuit (or 119 videos, if using Plaintiff's multiplier of 7).

38.     In or about September of 2010, Mr. Terrance Mundell, represented to me to be Plaintiff's affiliate manager, approached me and asked whether International Media was willing to host Plaintiff's files on the IM Websites.

39.     I was not aware that Plaintiff existed until Mr. Mundell approached me in September of 2010.

40.     After my initial encounter with Mr. Mundell, he began working with an independent contractor of International Media, Mr. Chad Brachat, to present Plaintiff's videos via the IM Websites.

41.     Attached hereto as <u>Exhibit D</u> is email correspondence between Mr. Mundell and me referencing the affiliation, wherein Mr. Mundell states that he will "get started with giving [Mr. Brachat] special access to the longer clips."

42.     In the same email chain attached hereto as Exhibit D, Mr. Mundell contacted me once again on January 18, 2011 and stated that "[w]e are looking to buy some pops and live traffic from YJ [YouJizz].  How should we get started?"

43.     As part of the explicit authorization that Mr. Mundell gave International Media on behalf of Plaintiff, Mr. Brachat placed 17 videos on the IM Websites which Plaintiff now claims to be infringing.

44.     Attached hereto as <u>Exhibit E</u> is a spreadsheet detailing the 17 files that Plaintiff authorized International Media to place on the IM Websites, but now claims are infringing.  As Exhibit E shows, the files are all under 6 minutes long and therefore fall within the boundaries that Mr. Mundell references in his Declaration.  *See,* Mundell Decl., ¶ 9.

45.     Given the relationship between Plaintiff and International Media outside of Plaintiff's affiliate program referenced in Mr. Harewicz's Declaration, I do not see the relevance of Mr. Harewicz's declaration.

46.     In any case, the fact that Mr. Harewicz admits that youjizz.com sent at least six "joins" (individuals who joined Plaintiff's website) to Plaintiff through Plaintiff's

affiliate program proves that International Media was an authorized affiliate of Plaintiff. Harewicz Decl., ¶ 5.

47.     I cannot account for the fact that Mr. Harewicz claims that "none of those joins came from any of the Defendants websites." Harewicz Decl., ¶ 5.  The joins must have come from the IM Websites' traffic.

48.     One possible explanation however is based on the fact that promotional videos often have a unique URL watermarked on them which is associated with a particular affiliate.  This unique URL is not based on the affiliate's URL, but usually some URL similar to the content being promoted.  When a user types this unique URL into their Internet browser, it takes them to the website of the promotional video's producer and the affiliate associated with that URL is credited with a join if that particular user joins.  In such cases, although the producer would associate the join to the affiliate, it would look like the join came from the unique URL and not the affiliate's website.

**International Media Disables Access to Files it is Notified to be Allegedly Infringing**

49.     It is International Media's standard operating procedure to delete from its servers files that it is notified are allegedly infringing.  However, in situations when there is active litigation pending against International Media, it instead institutes a "quarantine" to limit or disable access to the allegedly infringing materials until it receives a DMCA 512(c) compliant Notice to completely remove or disable access to the infringing material.

50.     Following Plaintiff's filing the Complaint in this action, International Media placed in "quarantine" each of the videos identified in the Complaint as being allegedly infringing.  As part of quarantine procedures, International Media removed the ability of users to search for or browse to the identified videos on the IM Websites.

51.     In December of 2012, after International Media received DMCA 512(c) Notices from Plaintiff for the allegedly infringing files as described in paragraph 26 of

Mr. Tucker's Declaration, Mr. Brachat completely disabled access to the allegedly infringing videos on the IM Websites, but did not delete the underlying videos in consideration of the litigation hold resulting from this lawsuit.

52.     Sometime between December 2012 and July 15, 2013, Mr. Brachat unintentionally, and against International Media rules and procedures, re-enabled access to approximately 21 of the files that had been disabled in December of 2012. *See* Brachat Decl., ¶ 14.  These 21 files correspond to the "115" videos Mr. Tucker references in his Declaration. *See* Tucker Decl., ¶ 29.

53.     On July 15, 2013, International Media was notified that the videos were re-enabled and Mr. Brachat realized he had made a mistake.  Mr. Brachat then immediately disabled access again to the files he had unintentionally re-enabled.  Brachat Decl., ¶ 15.

54.     The re-enabling of access to those files was neither intentional nor willful.

55.     I have inspected the list of those "115" videos Mr. Tucker attached as Exhibit D to his Declaration.  First, it seems that Mr. Tucker has listed at least one of the alleged infringements twice (not even including his usual practice of multiplying by 7).  Lines 11 and 12 both refer to the same Link: http://www.hotfunhouse.com/videos/eva-gets-her-ass-handed-to-her-2179786.  Second, and more importantly, 6 out of the 21 distinct files represented on that list are files that Plaintiff authorized for upload on the IM Websites.  This fact can be confirmed by comparing the file names in Exhibit E hereto to the file names in Exhibit D to Mr. Tucker's Declaration.

56.     Each of the videos identified by Plaintiff as being allegedly infringing were promptly disabled following notification, including the "364" (or 52, when divided by 7) videos referenced by Mr. Tucker in paragraph 31 of his Declaration.

57.     International Media has taken and will continue to take all reasonable steps to ensure that the identified files will not be re-enabled and that the underlying video files will not be posted during the course of this litigation, regardless of the merits, or lack thereof, concerning the alleged infringements.

## International Media Qualifies for the Safe Harbor Provisions of 17 U.S.C. 512(c)

58.     The IM Websites allow users to view streaming adult oriented videos which are, as describe in detail above, uploaded either by (i) other users of the IM Websites or (ii) by International Media's staff at the direction and with the authority of the producers of the videos.

59.     With regards to the videos uploaded by users, International Media is a "service provider" as defined by 17 U.S.C. § 512(k)(1)(B) and, as set out below, qualifies for the safe harbor provisions set out in 17 U.S.C. § 512(c).

60.     Upon obtaining knowledge or awareness of infringing material on the IM Websites (or in the absence of such knowledge, becoming aware of facts or circumstances from which infringing activity is apparent), International Media acts expeditiously to remove or disable access to the material.

61.     International Media does not receive a financial benefit directly attributable to infringing activity on the IM Websites, if any such activity exists.

62.     International Media has designated an agent with the United States Copyright Office in accordance with 17 U.S.C. § 512(c)(2), and upon notification in accordance with 17 U.S.C. § 512(c)(3), responds expeditiously to remove or disable access to the material that is claimed to be infringing.

63.     International Media has adopted, reasonably implemented and notified its users of its repeat infringer policy in accordance with 17 U.S.C. § 512(i)(A).

64.     International Media also goes above and beyond the requirements of 17 U.S.C. § 512(i)(B) and in early 2011 implemented the industry standard digital video fingerprinting service made by Vobile to identify potentially infringing materials on the IM Websites.  Unfortunately, I do not believe that Plaintiff has provided fingerprints to Vobile to protect its works despite the fact that (a) it is free and relatively easy to do and (b) would eliminate or substantially lessen any risk of infringement.

**Change of the IM Websites' Registrar**

65.     In or about October of 2012, the IM Websites' registrar was changed from GoDaddy.com, LLC to Eurodns S.A.

66.     Contrary to the allegations in the Application and the Tucker Declaration, the transfer was not an attempt to transfer assets beyond the jurisdiction of this Court.  On the contrary, the transfer was done in the ordinary course of business and to obtain better service.

67.     Moreover, International Media was concerned about privacy and security issues related to registering domains with a United States based registrar.  International Media believes that Eurodns S.A., a Luxembourgian company, is a safer company to do business with.

**The Requested Injunctive Relief**

68.     I am aware of the injunctive relief Plaintiff has requested in its Application.

69.     As I understand the requested relief, although the alleged infringing materials represented less than 1/50th of one percent (that is, seventeen thousandths of a percent – 0.017%) of the files on the IM Websites, Plaintiff nevertheless seeks to completely freeze all of the Defendants' funds and prohibit the Defendants from "disgorging or dissipating any funds, property, domain names, or other assets."

70.     If the Court were to grant such relief, it would make it virtually impossible for Defendants to continue their business in any manner.  In fact, such an extraordinary order would quite quickly destroy International Media as it would immediately and severely limit, if not completely disable, its ability to pay its substantial monthly operating costs.

71.     Moreover, it would immediately and severely limit, if not completely disable, Defendants' abilities to pay their counsel in this lawsuit and therefore effectively defend themselves in order to establish the lack of merit of Plaintiff's allegations and the application of the safe harbor provisions of the DMCA.

72.    I believe that Plaintiff's requested relief is unnecessary and simply another attempt by Plaintiff to improperly disrupt the legitimate business of International Media.

I declare under penalty of perjury that the foregoing is true and correct to be best of my personal knowledge and belief.

DATED this 12th day of September, 2013.


By: _____
        Igor Gens, President
        International Media, Inc.

# Exhibit
# A



# Exhibit
# B

Privacy policy

PLEASE READ THIS PRIVACY POLICY STATEMENT CAREFULLY. BY YOUR SUBSCRIPTION TO AND USE OF THIS SITE YOU WILL BE EXPRESSLY SIGNIFYING THAT YOU AGREE WITH THE POLICIES AND PRACTICES SET FORTH IN THE PRESENT PRIVACY POLICY STATEMENT AND THAT YOU ASSENT TO THE USE OF ANY PERSONAL INFORMATION THAT YOU SUPPLY OR THAT IS COLLECTED ABOUT YOU AS DETAILED IN THIS PRIVACY POLICY STATEMENT.

IF YOU DO NOT EXPRESSLY AGREE WITH ALL OF THE TERMS OF THIS PRIVACY POLICY STATEMENT YOU SHOULD NOT SUBSCRIBE TO OR USE THIS SITE.

The present Privacy Policy Statement details important information regarding the use and disclosure of user information and/or data gathered regarding subscriber ("you") and members of YOUJIZZPREMIUM ("our", "we", "us" the "site") websites including but not limited to YOUJIZZPREMIUM.com. In addition, this Privacy Policy sets forth all relevant policies and practices for the sites.

USE

This is an adult site that expressly and strictly limits its membership to adults. This site does not knowingly seek or collect any personal information or data from persons under the age of 18. All persons under the age of 18 are strictly prohibited from accessing or viewing the contents on this site without exception. If you are under the age of 18 and/or under the age of majority in the jurisdiction you reside and from which you access the website, then your account will be terminated without notice or delay.

INFORMATION COLLECTED FROM SUBSCRIBERS

Any customer that joins/signs up as a subscriber of the site will be required to provide personal information as well as demographic information which may include the subscriber's name, physical address, e-mail address, zip code, country, username, and password. The site collects any and all such information and includes it in its customer database. In addition, other information such as IP address(es), referring website information, browser information, and other related data may be collected.

USE OF PERSONAL SUBSCRIBER INFORMATION

If the site features or conducts any special events, special promotions or offers, contests or polls, a subscriber of the site may be asked to provide information in order to participate, if the subscriber voluntarily provides that information, all such information may be collected by the site and included in its customer database.

If a subscriber sends any personal communication or correspondence by any means, to the site, or any of its employees, agents or representatives, the site may collect the information regarding that communication and include that information in its customer database.

The site may also automatically collect traffic and click-through data as well as information regarding the online behavior of subscribers by the use of "cookies" or other programming means - any information about subscribers collected by the site through the use of cookies or other programming means will generally not be associable to the specific user in any way.

USE OF YOUR EMAIL ADDRESS

Your email address will be used to contact you when we have information to provide you. Such information may include, but is not limited to, special offers, new services and promotions, information relating to your account as well as any other subscription-related information. We may send you emails both before and after you have terminated your membership with us. This may happen until you advise us, in accordance with the procedures explained below, that you no

longer wish to receive email from us and/or from third parties with whom we have a direct or indirect relationship. We will periodically share your email address with other third parties, with whom we have a direct or indirect relationship with, for the purposes of sending you special advertisements or promotions.

Both we and our advertising partners comply fully with the federal CAN-SPAM Act, and as such all emails from us and our advertising partners will always, among other required disclosures, have a place for you to opt out of receipt of further email correspondence. Please note you will never receive emails from our advertising partners without your consent. Please report any unauthorized emails that you receive without your prior authorization.

DISCLAIMER

By the subscriber's use of the site, the subscriber expressly agrees that the site may use any personal information that has been provided by the subscriber or that has been collected by the site about the subscriber for any purpose, including without limitation, technical, administrative, research and development, customer administration, marketing, trading of personal data, age verification, promotional and advertising use by the site or third parties authorized to use the information by the site.

By the subscriber's use of the site, the subscriber expressly agrees that the site may, in its sole discretion share, disclose, transfer, rent, license or sell any of the personal information about subscribers that it has gathered or collected with affiliated or unaffiliated third parties.

All personal information about a subscriber may be collected by a third-party web service provider that has an advertising banner or link on the site.

The site is not responsible or liable for the use of any information that a subscriber may provide, or that is gathered by third-party websites that have banner ads or links on the site. The site shall not be responsible for the privacy policy or the content of other such websites. This site does not control, monitor or endorse the information gathering practices or privacy policies of any of those third-party websites.

Whenever applicable, each subscriber should seek to read the privacy policy of any third-party website provider that has an advertising banner, advertises or has a link on the site.

All information collected may be shared when necessary to comply with applicable law and /or to cooperate with law enforcement agencies and the courts/tribunals.

A subscriber's IP address may be used to diagnose problems with the server and all other technical issues and to administer the websites.

SECURITY OF INFORMATION COLLECTED BY THE SITE

The site has adopted and implemented reasonable and technologically feasible procedures for maintaining the security, accuracy and integrity of all personal information relating to subscribers that is collected by the site.

While the website uses commercially reasonable physical, managerial and technical safeguards to preserve the integrity and security of your personal information, the transmission of information via the Internet is not completely secure. All subscribers should consider any information provided to or collected by the site as non-confidential, and consequently the site assumes no liability or responsibility if any information relating to any subscriber is intercepted and/or used by an unintended recipient.

Unfortunately, the transmission of information via the Internet is not completely secure. The website uses commercially reasonable physical, managerial and technical safeguards to preserve the integrity and security of your personal information.

FINANCIAL INFORMATION

All financial data will only be shared with the site's third party processors in order to initiate and complete any orders placed on your account. All credit card transactions and such are processed with industry standard encryption through third party processors. Said processors only use your information for that purpose. All financial data and information shall be considered private information and will not be shared by the site with third parties except with your authorization or when necessary to carry out all and any transactions requested by the user with the understanding that such transactions may be subject to rules, terms, conditions and policies of a third party. All such information provided to a third party and all transactions are not governed by this Privacy Policy. All such information provided to a third party is subject to their terms and conditions. Subscriber's e-mail address may be used by the site to communicate special offers and other relevant information such as new services, subscription information, etc. In addition, there may be occasions when a subscriber will be presented with special offers either from the operators of the site or from third-party service or content providers, which may include consent to receive e-mail solicitations, communications, newsletters, commercial advertising, or other promotional or special event materials.

"OPT-IN" & "OPT-OUT" PROVISIONS

"OPT-IN" -- Some offers may be presented to the subscriber with the option to express the subscriber's preference by either clicking or entering "accept" (alternatively "yes") or "decline" (alternatively "no"). By selecting or clicking the "accept" or "yes", the subscriber indicates that the subscriber "OPTS-IN" to that offer and thereby agrees and assents that the subscriber's personal information and data may be disclosed to third-parties.

"OPT-OUT" -- Other offers may be presented with a pre-selected preference or choice. If the subscriber does not deselect the pre-selected preference of choice (i.e. "OPT-OUT" of the offer) then the site may transfer the subscriber's personal profile information to the third-party service or content provider making the offer. If the subscriber deselects the pre-selected preference then no personal information about the subscriber may be disclosed to any third-party service or content provider.

CHANGES/MODIFICATIONS TO PRIVACY POLICY

This privacy policy may be changed, modified or edited at any time. It is the subscriber's responsibility to verify the Privacy Policy intermittently to see if there has been any change. All changes to the privacy policy shall be in effect thirty days after it is posted, unless the terms of the privacy policy indicate otherwise.

TERMS AND CONDITIONS OF MEMBERSHIP

Each subscriber should carefully read each of the terms and conditions of membership for the site. By accepting membership to this site, you are unconditionally accepting all of those terms and conditions. Some of those terms and conditions may also affect the right of this site to use information that it has gathered from subscribers.

OWNERSHIP

The website is owned and operated by Manwin Billing Ireland, Manwin Billing MU and Manwin Billing US.

THIRD-PARTY WEB BEACONS

We use third-party web beacons from Google to help analyze where visitors go and what they do while visiting our website. Google may also use anonymous information about your visits to this and other websites in order to improve its products and services and provide advertisements about goods and services of interest to you.

# Exhibit C



# Exhibit
# D

From: terrencemundell@kink.com <mailto:terrencemundell@kink.com>
To: igorgens@hotmail.com<mailto:igorgens@hotmail.com>
CC: yan@kink.com<mailto:yan@kink.com>
Date: Tue, 18 Jan 2011 18:28:27 -0800
Subject: RE: DMCA

Hey Igor,


We are looking to buy some pops and some live traffic from YJ. How should we get started?


Thanks,


Terry

Kink.com<http://Kink.com>

Kinkydollars.com<http://Kinkydollars.com>

415-856-0766

ICQ: 410353788


From: Igor Gens [mailto:igorgens@hotmail.com]
Sent: Thursday, September 23, 2010 6:48 PM
To: Terrence Mundell
Subject: RE: DMCA


hey brotha, yep chad's working with us now...thanks!

_____

From: terrencemundell@kink.com <mailto:terrencemundell@kink.com>
To: igorgens@hotmail.com<mailto:igorgens@hotmail.com>
Date: Thu, 23 Sep 2010 14:23:55 -0700
Subject: RE: DMCA

Hi Igor,


Nice chatting with you in Miami. We have a new affiliate here that said he is part of your team. The email
is bramamar@gmail.com<mailto:bramamar@gmail.com>. Can you confirm this? If so, we will get started with giving him special
access to the longer clips.


Cheers!


Terry

# Exhibit
# E

| Length (min) | Name | URL |
|---|---|---|
| 4:02:00 | A fucken corner store fuck | http://www.youjizz.com/videos/a-fucken-corner-store-fuck-2174275.html |
| 4:00:00 | Gorgeous brunette first time machine fuck | http://www.youjizz.com/videos/gorgeous-brunette-first-time-machine-fuck-2179752.html |
| 3:59:00 | Nice girl gets machine fucked | http://www.youjizz.com/videos/nice-girl-gets-machine-fucked-2173716.html |
| 3:57:00 | Check out the tongue licking machine | http://www.youjizz.com/videos/check-out-the-tongue-licking-machine-2176469.html |
| 3:56:00 | Two lezbos elbow deep in love | http://www.youjizz.com/videos/two-lezbos-elbow-deep-in-love-2172748.html |
| 3:54:00 | Hot first time machine fucker | http://www.youjizz.com/videos/hot-first-time-machine-fucker-2173305.html |
| 3:54:00 | Awesome Ass and pussy play | http://www.youjizz.com/videos/awesome-ass-and-pussy-play-2179899.html |
| 3:53:00 | Crazy slut gets fucked in a cake factory | http://www.youjizz.com/videos/crazy-slut-gets-fucked-in-a-cake-factory-2174274.html |
| 3:52:00 | Geek girl prefers machines to cock | http://www.youjizz.com/videos/geek-girl-prefers-machines-to-cock-2177573.html |
| 3:52:00 | Machine DPs the shit out of her | http://www.youjizz.com/videos/machine-dps-the-shit-out-of-her-2173709.html |
| 3:52:00 | Eva gets her ass handed to her | http://www.youjizz.com/videos/eva-gets-her-ass-handed-to-her-2179786.html |
| 3:52:00 | Cute brunette gets fucked by machines | http://www.youjizz.com/videos/cute-brunette-gets-fucked-by-machines-2181142.html |
| 3:50:00 | Kinky ass lovers threesome | http://www.youjizz.com/videos/kinky-ass-lovers-threesome-2180549.html |
| 3:50:00 | Wrestling: Winner fucks the losers pussy | http://www.youjizz.com/videos/wrestling:-winner-fucks-the-losers-pussy-2177644.html |
| 3:49:00 | Two chicks battle will Lorena be 0 2 | http://www.youjizz.com/videos/two-chicks-battle-will-lorena-be-0-2-2177643.html |
| 3:49:00 | Kinky orgy breaks out in operation room | http://www.youjizz.com/videos/kinky-orgy-breaks-out-in-operation-room-2247177.html |
| 3:45:00 | Slut forced to fuck in public | http://www.youjizz.com/videos/slut-forced-to-fuck-in-public-2173306.html |