**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**
**CIVIL MINUTES**

Phoenix Division

 **CIV-12-01101-PHX-SRB**        DATE: 9-17-13
Year    Case No.

HON: SUSAN R. BOLTON

Cybernet Entertainment LLC        v. IG Media Incorporated, et al.
Plaintiff(s)                                  Defendant(s)

Deputy Clerk: Maureen Williams     Court Reporter: Liz Lemke

Spencer Freeman with Plaintiff representative Jason Tucker
Plaintiff(s) counsel

John Flynn, Valentin Gurvits and Peter Moolenaar
Defense counsel
=======================================================================
**PROCEEDINGS**:  X  Open Court  _Chambers    _ SEALED

This is the time set for Hearing re: Plaintiff's Motion for Temporary Restraining Order [Doc. 86].  The Court declined to set this matter ex parte and notice was provided to Defense counsel.

Argument held.

IT IS ORDERED denying Plaintiff's Motion.  Plaintiff requests this matter be set for Preliminary Injunction. Plaintiff's counsel is directed to file a Motion for Preliminary Injunction.  Regarding Defense counsel Flynn's request for attorneys' fees, any such request must be made by written motion.

Hearing length:   1 hour