| | |
|---|---|
| **From:** | Peter Moolenaar |
| **Sent:** | Monday, October 21, 2013 11:33 AM |
| **To:** | LibbyBanks@yahoo.com |
| **Cc:** | John P. Flynn |
| **Subject:** | Gens/Cybernet - Jason Tucker Subpoena |

Libby,

We are in receipt of Jason Tucker's objection to the subpoena. Please provide the documents and privilege log so we may review and proceed with a meet and confer.

Sincerely,


**Peter J. Moolenaar**
Attorney at Law
**Dioguardi Flynn LLP**
7001 N. Scottsdale Road
Suite 2060
Scottsdale, Arizona 85253
P | 480-951-8806
F | 480-951-8824
www.DioguardiFlynn.com



RELATIONSHIPS • RESULTS

This electronic mail transmission contains information from the law firm Dioguardi Flynn LLP that may be confidential or privileged. Such information is solely for the intended recipient, and use by any other party is not authorized. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this message, its contents or any attachments is prohibited. Any wrongful interception of this message is punishable as a Federal Crime. If you have received this message in error, please notify the sender immediately by telephone (480-951-8806) or by electronic mail at pmoolenaar@dioguardiflynn.com.