**From:** Peter Moolenaar [mailto:pmoolenaar@dioguardiflynn.com]
**Sent:** Wednesday, October 30, 2013 10:30 AM
**To:** LibbyBanks@yahoo.com
**Cc:** John P. Flynn
**Subject:** RE: Gens/Cybernet - Jason Tucker Subpoena

Libby,

It has been over a week since I sent my below email to you and we still have not received the documents and privilege log. Please forward them immediately.

If we do not receive them by close of business on Friday, we will have no choice but to contact the court and seek sanctions.

Sincerely,

**Peter J. Moolenaar**
Attorney at Law
**Dioguardi Flynn LLP**
7001 N. Scottsdale Road
Suite 2060
Scottsdale, Arizona 85253
P | 480-951-8806
F | 480-951-8824
www.DioguardiFlynn.com
<image001.jpg>

This electronic mail transmission contains information from the law firm Dioguardi Flynn LLP that may be confidential or privileged. Such information is solely for the intended recipient, and use by any other party is not authorized. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this message, its contents or any attachments is prohibited. Any wrongful interception of this message is punishable as a Federal Crime. If you have received this message in error, please notify the sender immediately by telephone (480-951-8806) or by electronic mail at pmoolenaar@dioguardiflynn.com.