On Oct 30, 2013, at 10:55 AM, "Libby Banks" <LibbyBanks@yahoo.com> wrote:

Peter, I did not receive your earlier message. I had asked Jason to do a privilege log, but he was sick for about a week which delayed him. I will follow up to get the privilege log to you as soon as we can.
Thank you,

Libby Banks
The Law Office of Libby Banks
Attorney at Law
11120 North Tatum Blvd, Suite 101    ***Please note my new office address.***
Phoenix, AZ 85028

**OFFICE PHONE: (602) 375-6752**
Cell: (602) 228-4218
Fax: (602) 795-0072
Website: www.libbybanks.com

**Estate Planning, Probate, Civil Litigation**

The information contained in this e-mail message is privileged and confidential information, intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone (602) 375-6752 or reply by email and delete or discard the message. Thank you.