**From:** Libby Banks [mailto:LibbyBanks@yahoo.com]
**Sent:** Wednesday, October 30, 2013 3:10 PM
**To:** John P. Flynn
**Cc:** Peter Moolenaar; Toni Hannigan; Megan Barber
**Subject:** RE: Gens/Cybernet - Jason Tucker Subpoena

In order to produce the documents, Jason Tucker will be providing you with a DVD or stick drive with the PDF and JPEG documents by November 8.
However, the video files take up over 4TB of space. Further, they are not located in Arizona, where you issued the subpoena. They are not in the possession of Jason Tucker here in Arizona. Nevertheless, we will provide those documents to you if you provide a hard drive that can support 4TB of data and if you also permit the time necessary to ship the hard drive to Iowa, copy the videos and have it shipped back. Otherwise, you may need to issue a subpoena in Iowa, but you will probably still need to provide a way for the videos to be provided even if you subpoena the documents there.
I find it incredible that you are working on a motion to compel when you have not even seen the documents that we have already agreed to produce. It will be a meritless motion. Jason Tucker is not a party to the action, yet your subpoena reads like a request to a party to produce documents. Your subpoena is overbroad and extremely burdensome, and especially so given that Jason Tucker is a witness (albeit an expert witness). I suggest you ask the Defendant to produce these documents, not the Defendants' expert.
I would be very interested to know what on earth you are putting in your premature Motion to Compel given that you haven't seen the documents to be produced. Regarding the videos in Iowa, please advise if you will provide a hard drive or issue a subpoena in Iowa.

Libby Banks
The Law Office of Libby Banks
Attorney at Law
11120 North Tatum Blvd, Suite 101     *Please note my new office address.*
Phoenix, AZ 85028

**OFFICE PHONE: (602) 375-6752**
Cell: (602) 228-4218
Fax: (602) 795-0072
Website: www.libbybanks.com

**Estate Planning, Probate, Civil Litigation**

The information contained in this e-mail message is privileged and confidential information, intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone (602) 375-6752 or reply by email and delete or discard the message. Thank you.