**From:** John P. Flynn [mailto:jflynn@dioguardiflynn.com]
**Sent:** Tuesday, November 12, 2013 2:29 PM
**To:** Libby Banks
**Cc:** Peter Moolenaar; Toni Hannigan; Megan Barber; Client Filing
**Subject:** RE: Gens/Cybernet - Jason Tucker Subpoena

I am advised Mr. Tucker delivered a box to my firm which contained a hard drive. No cover letter or documentation was included with that delivery. I am advised the drive contains approx 1.5 terabytes of data. As you are aware, a single terabyte can hold approximately 3.6 million 300 Kilobyte images, approximately 300 hours of good quality video, or potentially 1,000 copies of the entire Encyclopedia Britannica. As such, the delivery of the drive, without any detailed explanation and accompanying organization which tracks to the item by item categories of documents set out in the SDT, effectively ensures the delivery of this drive constitutes the proverbial document/data dump which is strongly disfavored by the federal judiciary. Further, we note that we still have never received any form of a privilege log, notwithstanding prior representations that there was putatively privileged documentation which was being withheld from production.

As we proceed to prepare materials for the Court to consider relating to this matter, please provide confirmation that the drive is intended to constitute the one and only production of documentation purportedly responsive to the SDT served on Mr. Tucker. This representation is required because your earlier emails requested an extension of time so you could work with Mr. Tucker (when he back episode subsided) in order to pull together the responsive documentation, while separately mentioning the need to retrieve electronic data/ a drive from the Midwest. Certainly, delivery of the drive with nothing more conflicts with those prior representations.

We will need to hear from you promptly as we will be pressing forward with this matter to compel compliance (and fee/cost reimbursement) and/or an order prohibiting Mr. Tucker's further testimonial or other involvement in this matter.

Sincerely

**John P. Flynn**
Attorney at Law
**Dioguardi Flynn LLP**
7001 N. Scottsdale Road
Suite 2060
Scottsdale, Arizona 85253
P | 480-951-8803
F | 480-951-8824
**www.DioguardiFlynn.com**



This electronic mail transmission contains information from the law firm Dioguardi Flynn LLP that may be confidential or privileged. Such information is solely for the intended recipient, and use by any other party is not authorized. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of

this message, its contents or any attachments is prohibited. Any wrongful interception of this message is punishable as a Federal Crime. If you have received this message in error, please notify the sender immediately by telephone (480-951-8803) or by electronic mail at jflynn@dioguardiflynn.com.