**From:** Libby Banks [mailto:LibbyBanks@yahoo.com]
**Sent:** Wednesday, November 13, 2013 5:49 PM
**To:** John P. Flynn
**Cc:** Megan Barber; Peter Moolenaar; Toni Hannigan; Client Filing
**Subject:** RE: Gens/Cybernet - Jason Tucker Subpoena

John, these are produced as kept in the normal course of business. Can you advise when we can retrieve the hard drive this Friday?
Also, I am attaching the bill for Jason Tucker's time spent in gathering this information.

Libby Banks
The Law Office of Libby Banks
Attorney at Law
11120 North Tatum Blvd, Suite 101      *Please note my new office address.*
Phoenix, AZ 85028

**OFFICE PHONE: (602) 375-6752**
Cell: (602) 228-4218
Fax: (602) 795-0072
Website: www.libbybanks.com

**Estate Planning, Probate, Civil Litigation**

The information contained in this e-mail message is privileged and confidential information, intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone (602) 375-6752 or reply by email and delete or discard the message. Thank you.



837 Central Avenue, Northwood, Iowa, 50459 | Jason@BattleshipStance.com

# INVOICE

To

Date: November 13, 2013
INVOICE # 053056
IG Media et al, c/o
John P. Flynn
Attorney at Law
Dioguardi Flynn LLP
7001 N Scottsdale Road, #2060
Scottsdale, Arizona 85253
Customer ID: KINK

| DESCRIPTION | AMOUNT DUE |
|---|---|
| Case # 12-cv-01001 | |
| Initial review and answer to Subpoena questions for Attorney Libby Banks. 6hrs @ $25 | $150.00 |
| Purchasing of HD in Iowa. 2hrs @ $25 | $50.00 |
| Assembling and copying of materials (video, spreadsheets, etc) to Hard Drive in Iowa. 20hrs @ $25 | $500.00 |
| Review of Hard Drive materials in Arizona. 10hrs @ $25 | $250.00 |
| Assembling and copying of materials (video, spreadsheets, copyright forms, trademark forms, correspondence, etc.) in Arizona. 22hrs. @ $25 | $550.00 |
| Conference calls with Spencer Freeman, Libby Banks, Cybernet Entertainment. 4hrs @ $25 | $100.00 |
| Shipping Hard Drive from Iowa to Arizona via UPS. | $75.00 |
| Hard drive delivery to Flynn in AZ. .5hrs @ $25 | $12.50 |
| Legal and associated Fees. | $1,500.00 |
| **Total Due Upon Receipt** | $3,187.50 |

Wire Information:

Bank Name: Wells Fargo Bank

Address: 420 Montgomery Street, San Francisco, CA 94104

Beneficiary Name: BATTLESHIP STANCE LLC

Account: 3610207924

Routing: 121000248

Swift Code: WFBIUS6S

*Due in full on upon receipt.*

*Thank you for your business!*
TEL: +1.310.488.8017