Libby Banks
**The Law Office of Libby Banks**
State Bar No. 020767
11120 North Tatum Blvd., Suite 101
Phoenix, AZ 85028
Phone: 602-375-6752
Fax: 602-795-0072
Email: libby@libbybankscom
**Attorney for Jason Tucker**

**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA**

| | |
|---|---|
| Cybernet Entertainment LLC, a New York Company, <br><br>Plaintiff,<br><br>v.<br><br>IG Media Inc. and International Media Ltd. dba YouJizz.com JizzHut.com and JizzOnline.com and OnlyJizz.com and MoviesGuy.com and JizzBo.com and HotFunHouse.com and Igor Gens and DOES 1-10 inclusive and DOE COMPANIES 1-100 inclusive<br>_____ | No. CV 12-01101-PHX-SRB<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO MOTION TO COMPEL** |

Pursuant to Local Rule 7.3, the Parties stipulate to an extension of time for Jason Tucker to file a Response to Defendants' Motion to Compel (the "Response"). In support of this Motion, the Parties state as follows:

1. This is the first request for an extension of time to respond to the Motion to Compel.

1

2.      Tucker's wife is pregnant and expected to deliver any day.  Further, Tucker's grandfather, who raised him, is in the hospital.  As such, Tucker has been unable to assist counsel in preparing his Response, which was due on January 9, 2014.

3.      Defendants have agreed to Tucker's request to receive an additional 13 days (e.g., until January 22, 2012) for Tucker to file his Response.

Respectfully submitted this 10th day of January, 2014.

By:/s/ Libby Banks

Libby Banks, Attorney at Law
**The Law Office of Libby Banks**
State Bar No. 020767
11120 North Tatum Blvd., Suite 101
Phoenix, AZ 85028
Phone: 602-375-6752
Fax: 602-795-0072
Email: libbybanks@yahoo.com

**ATTORNEY FOR JASON TUCKER**

/s/ John P. Flynn
/s/ Peter Moolenaar
Attorney at Law
Dioguardi Flynn LLP
7001 N. Scottsdale Road
Suite 2060
Scottsdale, Arizona 85253

ATTORNEYS FOR DEFENDANTS

**CERTIFICATE OF SERVICE**

I, Libby Banks, do hereby certify that on January 10, 2014 I served the foregoing on Plaintiff's counsel of record:

Chad Belville, Attorney at Law
*Arizona Bar 020771*
4742 North 24th Street, Suite 315
Phoenix, AZ 85016

1  Spencer D. Freeman
   Freeman Law Firm, Inc.
2  1107 1/2 Tacoma Avenue South
   Tacoma, Washington 98402
3
   /s/ Libby Banks
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26