1

2

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

3

Cybernet Entertainment LLC,                )
a New York Company,                        )        **No. CV 12-01101-PHX-SRB**

4
                                           )

5
        Plaintiff,                         )
                                           )        **ORDER**

6
        v.                                 )
                                           )

7
                                           )

8
IG Media Inc. and International Media Ltd. )
dba YouJizz.com JizzHut.com                )

9
and JizzOnline.com  and OnlyJizz.com       )
and MoviesGuy.com and JizzBo.com           )

10
and HotFunHouse.com                        **)**
and Igor Gens                              )

11
and DOES 1-10 inclusive and                )

12
DOE COMPANIES 1-100 inclusive              )
                                           )

13
_____ )

14

15
        Pursuant to Local Rule 7.3, having reviewed the Stipulation to Extend Time to

16
Respond to Motion to Compel and good cause appearing, the Court finds that Jason

17
Tucker should be granted an extension of time to file a Response to the Motion to

18
Compel filed by Defendants.

19
        IT IS THEREFORE ORDERED, that Jason Tucker shall have until January 22,

20
2014 to file his Response to the Motion to Compel of Defendants.

21

22

23

24

25

26