**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Cybernet Entertainment LLC, a New York Company,         Plaintiff,         v. <br><br>IG Media Inc. and International Media Ltd. dba YouJizz.com JizzHut.com and JizzOnline.com and OnlyJizz.com and MoviesGuy.com and JizzBo.com and HotFunHouse.com and Igor Gens and Does 1-10 inclusive and Doe Companies 1-100 inclusive,         Defendants. | No. CV-12-01101-PHX-SRB <br><br> **ORDER** |

Pursuant to Local Rule 7.3, having reviewed the Stipulation to Extend Time to Respond to Motion to Compel Production [Doc. 99], and good cause appearing,

IT IS ORDERED that Jason Tucker shall have until **January 22, 2014,** to file his Response to the Motion to Compel Production [Doc. 98].

Dated this 13th day of January, 2014.

_____
Susan R. Bolton
United States District Judge