**Libby Banks**

| | |
|---|---|
| **From:** | John P. Flynn <jflynn@dioguardiflynn.com> |
| **Sent:** | Wednesday, October 30, 2013 3:25 PM |
| **To:** | Libby Banks |
| **Cc:** | Peter Moolenaar; Toni Hannigan; Megan Barber; Client Filing |
| **Subject:** | RE: Gens/Cybernet - Jason Tucker Subpoena |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Please provide whatever responsive documentation you have or will retrieve that is in your client's care/custody/control as required per the FRCP by next Friday. Even if you produce every item you described in your original response, the sum and substance of the stated objections are without factual or legal merit, depending upon which one we are dealing with at the moment. So yes – we are proceeding as noted, but that takes some time and work. My only point was that we would prefer to focus the Motion, if it is possible to limit certain portions, once we see what you are going to produce.

In any event, your client signed a substantial Declaration as a putative expert in support of this lawsuit (which he engineered) and the defeated efforts to impose a TRO/Prelim Injunction. As such, we are entitled to and will pursue (and we fully expect) retrieve all or most of the requested information as a prelude to taking his deposition. In the meantime, he certainly will be in no position to sign another expert declaration in this matter since the defense cannot receive the basic information which comprises the majority of the outstanding requests.

Let me know if you will physically deliver the identified documentation that is in your client's care/custody and control to our office by next Friday. If so, we will review it, have a discussion and proceed with the Motion unless your client's stated position is modified in the intervening period.

Thanks

**John P. Flynn**
Attorney at Law
**Dioguardi Flynn LLP**
7001 N. Scottsdale Road
Suite 2060
Scottsdale, Arizona 85253
P | 480-951-8803
F | 480-951-8824
www.DioguardiFlynn.com



This electronic mail transmission contains information from the law firm Dioguardi Flynn LLP that may be confidential or privileged. Such information is solely for the intended recipient, and use by any other party is not authorized. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this message, its contents or any attachments is prohibited. Any wrongful interception of this message is punishable as a Federal Crime. If you have received this message in error, please notify the sender immediately by telephone (480-951-8803) or by electronic mail at jflynn@dioguardiflynn.com.

**From:** Libby Banks [mailto:LibbyBanks@yahoo.com]
**Sent:** Wednesday, October 30, 2013 3:10 PM
**To:** John P. Flynn
**Cc:** Peter Moolenaar; Toni Hannigan; Megan Barber
**Subject:** RE: Gens/Cybernet - Jason Tucker Subpoena

1