Libby Banks
**The Law Office of Libby Banks**
State Bar No. 020767
11120 North Tatum Blvd., Suite 101
Phoenix, AZ 85028
Phone: 602-375-6752
Fax: 602-795-0072
Email: libbybanks@yahoo.com
**Attorney for Jason Tucker**

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| Cybernet Entertainment LLC, a New York Company, <br><br> Plaintiff, <br><br> v. <br><br> IG Media Inc. et al, <br><br> Defendants | No. CV 12-01101-PHX-SRB <br><br> **DECLARATION OF JASON TUCKER RE MOTION TO COMPEL** |

I, Jason Tucker, declare:

1. I am a United States Citizen, over the age of 18 and make this declaration based on my personal knowledge.

2. I am director of Battleship Stance, LLC and an expert witness in this litigation.

3. I received and reviewed the Subpoena from Defendants in this case.

4. I gathered and produced everything that I and Battleship Stance have regarding this case.

1

5. This includes producing everything responsive to Requests No. 1 and 15, to which I objected. If any of those documents requested are in existence, I produced them.

6. In gathering the documents produced, I retrieved documents from all computers/servers on which they were maintained in both Arizona and Iowa.

7. The documents I retrieved and produced were organized, transferred, presented and delivered by directory, folder, and file structure exactly as maintained on those computers and servers located in Iowa and in Arizona.

8. There is no difference between how I have the material and how Defendants now have the material, other than I put everything on one hard drive for Defendants.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated this 22nd day of January, 2014.

_____
Jason Tucker