

837 Central Avenue, Northwood, Iowa, 50459 | Jason@BattleshipStance.com

# INVOICE

Date: November 13, 2013
INVOICE # 053056
To
IG Media et al, c/o
John P. Flynn
Attorney at Law
Dioguardi Flynn LLP
7001 N Scottsdale Road, #2060
Scottsdale, Arizona 85253
Customer ID: KINK

| DESCRIPTION | AMOUNT DUE |
|---|---|
| Case # 12-cv-01001 | |
| Initial review and answer to Subpoena questions for Attorney Libby Banks. 6hrs @ $25 | $150.00 |
| Purchasing of HD in Iowa. 2hrs @ $25 | $50.00 |
| Assembling and copying of materials (video, spreadsheets, etc) to Hard Drive in Iowa. 20hrs @ $25 | $500.00 |
| Review of Hard Drive materials in Arizona. 10hrs @ $25 | $250.00 |
| Assembling and copying of materials (video, spreadsheets, copyright forms, trademark forms, correspondence, etc.) in Arizona. 22hrs. @ $25 | $550.00 |
| Conference calls with Spencer Freeman, Libby Banks, Cybernet Entertainment. 4hrs @ $25 | $100.00 |
| Shipping Hard Drive from Iowa to Arizona via UPS. | $75.00 |
| Hard drive delivery to Flynn in AZ. .5hrs @ $25 | $12.50 |
| Legal and associated Fees. | $1,500.00 |
| **Total Due Upon Receipt** | $3,187.50 |

Wire Information:

Bank Name: Wells Fargo Bank

Address: 420 Montgomery Street, San Francisco, CA 94104

Beneficiary Name: BATTLESHIP STANCE LLC

Account: 3610207924

Routing: 121000248

Swift Code: WFBIUS6S

*Due in full on upon receipt.*

*Thank you for your business!*
TEL: +1.310.488.8017