John P. Flynn (# 015065)
Peter J. Moolenaar (# 024487)
**DIOGUARDI FLYNN LLP**
7001 N. Scottsdale Road, Suite 2060
Scottsdale, Arizona 85253
Telephone:    (480) 951-8800
Facsimile:     (480) 951-8824
jflynn@dioguardiflynn.com
pmoolenaar@dioguardiflynn.com

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Cybernet Entertainment LLC, a New York Company<br><br>Plaintiff,<br><br>-v.-<br><br>IG Media Inc. and International Media Ltd. d/b/a YouJizz.com JizzHut.com, and JizzOnline.com and OnlyJizz.com and MoviesGuy.com and JizzBo.com and HotFunHouse.com and Igor Gens<br><br>Defendants. | Case No. 2:12-cv-01101-SRB<br><br>**DEFENDANTS' REQUEST FOR HEARING ON MOTION TO COMPEL** |

Defendants IG Media Inc., International Media Ltd. and Igor Gens, by and through undersigned counsel, hereby request the Court schedule a hearing or otherwise rule upon the pending Defendants' Motion to Compel filed on December 23, 2013. Third-party subpoena target, Jason Tucker, filed his Response to Defendants' Motion to Compel on January 22, 2014. Given that Defendants' Motion tracked and fully satisfied Local Rule 37.1 and walked through each outstanding and disputed response on an item-by-item basis, detailing the substantial deficiencies in Jason Tucker's subpoena production response, and because Jason Tucker's Response to Defendants' Motion to Compel failed to controvert those items in a compliant and substantive manner, no further

briefing was deemed appropriate from the Defendants. However, because the March 14, 2014 rebuttal expert report deadline is fast approaching, and because the Defendants require the missing information in order to prepare for and undertake Jason Tucker's deposition, along with Plaintiff's Rule 30(b)(6) designee deposition, so they may fully prepare documentation for their expert to work through in order to provide the requisite expert rebuttal opinions, time is of the essence.

Defendants request the Court set a hearing at its earliest opportunity in the event it believes a hearing will aid the Court in ruling on the pending Motion. In the event the Court determines that a hearing will not assist it in resolving the pending Motion to Compel, Defendants respectfully request the Court issue its dispositive ruling in short order so the above-noted tasks may be expeditiously undertaken and in order to avoid requesting additional time for the defense to disclose its expert rebuttal report.

**RESPECTFULLY SUBMITTED** this 7th day of February, 2014.

**DIOGUARDI FLYNN LLP**


By: /s/ John Flynn
John P. Flynn (# 015065)
Peter J. Moolenaar (# 024487)
*Attorneys for Defendants*

D0095497/10410-001

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of February, 2014, I transmitted the foregoing document to the Clerk of the United States District Court, District of Arizona, using the ECF System for filing and transmittal of a Notice of Electronic File to the following ECF registrants:

Chad L. Belville
Attorney at Law
4742 N. 24th Street, Suite 315
Phoenix, AZ 85016
cbelville@azbar.org
*Attorney for Plaintiff*

Spencer D. Freeman
Attorney at Law
1107 ½ Tacoma Avenue South
Tacoma, WA 98402
sfreeman@freemanlawfirm.org
*Attorney for Plaintiff*

I certify that a COPY of the foregoing is being sent via U.S. Mail on the 7th day of February, 2014 to:

Libby Banks
The Law Office of Libby Banks
11120 North Tatum Blvd, Suite 101
Phoenix, AZ 85028
*Attorney for Jason Tucker*

Honorable Susan R. Bolton
U.S. District Court for
the District of Arizona
401 W. Washington
Phoenix, AZ 85003


By: /s/ Megan Barber

D0095497/10410-001