IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cybernet Entertainment LLC,<br><br>                    Plaintiff,<br><br>v.<br><br>IG Media Incorporated, et al.,<br><br>                    Defendants. | No. CV-12-01101-PHX-SRB<br><br>**ORDER** |

The Court has received and considered Defendant IG Media and Igor Gens Request for Hearing on Motion to Compel.

If after the Court reviews the motion it believes oral argument would be helpful, oral argument will be scheduled.

IT IS ORDERED denying Defendants' Request for Hearing on Motion to Compel. (Doc. 102)

Dated this 10th day of February, 2014.

_____
Susan R. Bolton
United States District Judge