Libby Banks
**The Law Office of Libby Banks, PLLC**
State Bar No. 020767
11120 North Tatum Blvd., Suite 101
Phoenix, AZ 85028
Phone: 602-375-6752
Fax: 602-795-0072
Email: libby@libbybanks.com
**Attorney for Jason Tucker**

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Cybernet Entertainment LLC, a New York Company,<br><br>    Plaintiff,<br><br>    v.<br><br>IG Media Inc. and International Media Ltd. dba YouJizz.com JizzHut.com and JizzOnline.com and OnlyJizz.com and MoviesGuy.com and JizzBo.com and HotFunHouse.com and Igor Gens and DOES 1-10 inclusive and DOE COMPANIES 1-100 inclusive<br><br>_____ | No. CV 12-01101-PHX-SRB<br><br>**NOTICE OF COMPLIANCE AND REQUEST FOR AWARD OF FEES** |

Jason Tucker, non-party witness, files this Notice of Compliance to advise the Court that he has complied with this Court's Order dated March 20, 2014 by providing the information regarding Request #14 of the Defendant's Subpoena. After review of the records, it was determined that no documents regarding or

1

concerning "the Litigation, Cybernet, Igor Gens, IG Media, Inc., and/or International Media, Inc." were contained in the correspondence between Marc Randazza and Jason Tucker. The correspondence consisted of two emails setting up telephone and conference meetings, both of which were produced. Examination of the other items revealed that they only concerned or regarded matters not related to this litigation. Tucker has submitted a statement to this effect to Defendant's counsel.

The Court indicated in its Order that "Mr. Tucker's request for attorneys' fees and related costs is premature since he may incur additional compliance costs in determining whether there are responsive documents to Request 14 and, if so, to produce a privilege log. *See Legal Voice v. Stormans Inc.*, 738 F.3d 1178, 1184 (9th Cir. 2013) ("Rule 45(d)(2)(B)(ii) requires the district court to shift a non-party's costs of compliance with a subpoena, if those costs are significant.").

Mr. Tucker again requests that the Court award fees and requests a ruling on that issue so that he and his counsel may submit all costs of compliance with the Defendant's subpoena to the Court for an award of costs and fees.

Respectfully submitted this 26th day of March, 2014.

By:/s/ Libby Banks

Libby Banks, Attorney at Law
**The Law Office of Libby Banks, PLLC**
State Bar No. 020767
11120 North Tatum Blvd., Suite 101
Phoenix, AZ 85028
Phone: 602-375-6752
Fax: 602-795-0072
Email: libby@libbybanks.com

**ATTORNEY FOR JASON TUCKER**

## CERTIFICATE OF SERVICE

I, Libby Banks, do hereby certify that on this 26th day of March, 2014, I served the Notice of Compliance and Request for Award of Fees to:

John P. Flynn
Dioguardi Flynn LLP
7001 N. Scottsdale Road, Suite 2060
Scottsdale, AZ 85253

Chad L. Belville
4742 N. 24th Street Suite 315
Phoenix, AZ 85016

Spencer D. Freeman
1107 ½ Tacoma Ave. South
Tacoma, WA 98402

/s/ Libby Banks

3