1
2                    **IN THE UNITED STATES DISTRICT COURT**
                              **DISTRICT OF ARIZONA**
3
4   Cybernet Entertainment LLC,              )
    a New York Company,                      )     **No. CV 12-01101-PHX-SRB**
5                                            )
                                             )
6           Plaintiff,                       )
                                             )     **ORDER**
7           v.                               )
                                             )
8                                            )
    IG Media Inc. and International Media Ltd.)
9   dba YouJizz.com JizzHut.com              )
    and JizzOnline.com  and OnlyJizz.com     )
10  and MoviesGuy.com and JizzBo.com         )
    and HotFunHouse.com                      **)**
11  and Igor Gens                            )
    and DOES 1-10 inclusive and              )
12  DOE COMPANIES 1-100 inclusive            )
13                                           )
    _____  )
14

15
         In this case, Defendants moved to compel non-party Jason Tucker "to produce or
16
    otherwise make available documents and information requested" through a subpoena.
17
    (MTC at 1.) The Court denied the Motion as to Requests 2-9, 11, 21, 23-24 because
18
    Defendants did not seek evidence that is relevant to the lawsuit here. The Court denied
19
    the Motion for Requests 1 and 15 because any additional evidence beyond what Mr.
20
    Tucker had provided that was responsive to these requests should be available from the
21
    parties themselves.
22
23
24
25
26

The Court delayed an award of fees and costs pending Mr. Tucker's review and providing a privilege log as to Request #14. Mr. Tucker has complied with the Court's Order in this regard.

The Court finds that an award of costs and fees is appropriate. *See Legal Voice v. Stormans Inc.*, 738 F.3d 1178, 1184 (9th Cir. 2013) ("Rule 45(d)(2)(B)(ii) requires the district court to shift a non-party's costs of compliance with a subpoena, if those costs are significant."). Therefore, the Court directs Mr. Tucker to submit an Application for Costs and Fees for consideration by the Court.