1  John P. Flynn (# 015065)
   Peter J. Moolenaar (# 024487)
2  **DIOGUARDI FLYNN LLP**
   7001 N. Scottsdale Road, Suite 2060
3  Scottsdale, Arizona 85253
   Telephone:     (480) 951-8800
4  Facsimile:     (480) 951-8824
   jflynn@dioguardiflynn.com
5  pmoolenaar@dioguardiflynn.com

6  *Attorneys for Defendants*

7
                    **IN THE UNITED STATES DISTRICT COURT**
8
                              **DISTRICT OF ARIZONA**
9

10  Cybernet Entertainment LLC,
    a New York Company
11                                              Case No. 2:12-cv-01101-SRB
            Plaintiff,
12                                              **NOTICE OF SERVICE OF**
         -v.-                                   **DEFENDANT IGOR GENS'**
13                                              **INTERROGATORIES AND**
    IG Media Inc. and International Media       **REQUESTS FOR**
14  Ltd. d/b/a YouJizz.com JizzHut.com, and     **PRODUCTION TO PLAINTIFF**
    JizzOnline.com and OnlyJizz.com and
15  MoviesGuy.com and JizzBo.com and
    HotFunHouse.com and Igor Gens
16
            Defendants.
17

18

19       Defendant Igor Gens, by and through undersigned counsel, hereby served

20  Defendant Igor Gens' Interrogatories and Requests for Production to Plaintiff, by

21  United States Mail on April 17, 2014 to: Cybernet Entertainment LLC upon:

22
                              Chad L. Belville
23                            Attorney at Law
                       4742 N. 24th Street, Suite 315
24                         Phoenix, AZ 85016
                           *Attorney for Plaintiff*
25
                                  and
26
27  //

28  //

                                       1

Spencer D. Freeman
Attorney at Law
1107 ½ Tacoma Avenue South
Tacoma, WA  98402
*Attorney for Plaintiff*

**RESPECTFULLY SUBMITTED** this 17th day of April, 2014.

**DIOGUARDI FLYNN LLP**

By: /s/ John Flynn
John P. Flynn (# 015065)
Peter J. Moolenaar (# 024487)
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2014, I electronically transmitted the foregoing document to the Clerk of the United States District Court, District of Arizona, using the ECF System for filing and transmittal of a Notice of Electronic File to the following ECF registrants:

Chad L. Belville
Attorney at Law
4742 N. 24th Street, Suite 315
Phoenix, AZ  85016
cbelville@azbar.org
*Attorney for Plaintiff*

Spencer D. Freeman
Attorney at Law
1107 ½ Tacoma Avenue South
Tacoma, WA  98402
sfreeman@freemanlawfirm.org
*Attorney for Plaintiff*

By: /s/ Megan Barber

2