Libby Banks
**The Law Office of Libby Banks**
State Bar No. 020767
11120 North Tatum Blvd., Suite 101
Phoenix, AZ 85028
Phone: 602-375-6752
Fax: 602-795-0072
Email: libbybanks@yahoo.com
**Attorney for Jason Tucker**

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| Cybernet Entertainment LLC, a New York Company,  Plaintiff,  v.  IG Media Inc. and International Media Ltd. dba YouJizz.com JizzHut.com and JizzOnline.com and OnlyJizz.com and MoviesGuy.com and JizzBo.com and HotFunHouse.com and Igor Gens and DOES 1-10 inclusive and DOE COMPANIES 1-100 inclusive | No. CV 12-01101-PHX-SRB  **DECLARATION OF LIBBY BANKS IN SUPPORT OF JASON TUCKER'S APPLICATION FOR ATTORNEY'S FEES** |

Libby Banks, being first duly sworn, deposes and states as follows:

1. I am an attorney with the Law Office of Libby Banks, the attorneys of record for Jason Tucker in this matter, and I submit this Declaration in Support of Jason Tucker's Application for Attorney's Fees.

1

2. I have been personally involved in providing the legal services to Jason Tucker.

3. The substantive work in this matter was performed by me. I practice in the area of civil litigation and appeals. I was licensed to practice law in Oklahoma in 1982, and have been licensed to practice law in Arizona since 2001.

4. My billing rate in this case is $250 per hour. I consider this billing rate to be reasonable, giving due consideration for my ability, training, education, experience, skill and professional standing; and given the difficulty of the work performed, the time and skill required, and the result obtained. These hourly rates are comparable to the hourly rates prevailing in the community for similar work.

5. I billed a total of 20.5 hours and charged $5,125.00 for work related to responding to the Subpoena issued to Jason Tucker and responding to the Motion to Compel filed by Defendants.

6. Attached as Exhibit 1 is a recap Billing History and copies of my invoices for the work done for Jason Tucker on this matter. The detailed description of time in the invoices contains the amount of time expended in tenths of hours, a brief description of the work performed on a daily basis and the amount of charges made for the time involved.

7. Jason Tucker has agreed to pay my fees at a discounted $125 per hour and agreed that if attorney's fees are awarded, I should be awarded my full normal hourly fee of $250.

8. In my opinion, the expenses and services set forth in the Invoices were actually, reasonably and necessarily expended in this matter in representing Jason Tucker in this matter.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 22nd day of April, 2014.

By: /s/ Libby Banks

Libby Banks, Attorney at Law
**The Law Office of Libby Banks**
State Bar No. 020767
11120 North Tatum Blvd., Suite 101
Phoenix, AZ 85028
Phone: 602-375-6752
Fax: 602-795-0072
Email: libbybanks@yahoo.com

**ATTORNEY FOR JASON TUCKER**

**CERTIFICATE OF SERVICE**

I, Libby Banks, do hereby certify that on April 22, 2014 I served the Objection and Response of Jason Tucker to Subpoena to Produce Documents on:

John P. Flynn
Dioguardi Flynn LLP
7001 N. Scottsdale Road, Suite 2060
Scottsdale, AZ 85253

Chad L. Belville
4742 N. 24th Street Suite 315
Phoenix, AZ 85016

Spencer D. Freeman
1107 ½ Tacoma Ave. South
Tacoma, WA 98402

/s/ Libby Banks

3

# EXHIBIT 1

## TO DECLARATION OF LIBBY BANKS

## BILLING HISTORY, JASON TUCKER

| Date | Memo | Time | Hourly rate | Amount |
|---|---|---:|---:|---:|
| 10/21/2013 | Tcw/ Jason; Review Subpoena and Rule 45. | 0.70 | 250.00 | 175.00 |
| 10/21/2013 | Read Rule 45; E-mail to Jason; Prepare objection. | 2.50 | 250.00 | 625.00 |
| 10/21/2013 | Tcw/ Jason Tucker re responses. | 0.20 | 250.00 | 50.00 |
| 10/21/2013 | Review rules on specifying privileged material withheld; Revise Objection to Subpoena; E-mail to... | 0.50 | 250.00 | 125.00 |
| 10/21/2013 | Finalize response and objection to subpoena and e-mail to J. Flynn; Email correspondence with Ja... | 0.30 | 250.00 | 75.00 |
| 10/21/2013 | E-mail correspondence with Defendants' counsel re subpoena, and with Jason Tucker re providing d... | 1.00 | 250.00 | 250.00 |
| 10/21/2013 | Review e-mail from IG Media counsel; confer with Jason Tucker and e-mail response. | 0.30 | 250.00 | 75.00 |
| 10/21/2013 | Tcw/ Jason, e-mail to John Flynn | 0.20 | 250.00 | 50.00 |
| 02/01/2014 | Email to John Flynn re extension of time. | 0.20 | 250.00 | 50.00 |
| 02/01/2014 | Revise stipulation and order; File and send to judge for signature. | 0.50 | 250.00 | 125.00 |
| 02/01/2014 | Research for Response to Motion to Compel. | 1.50 | 250.00 | 375.00 |
| 02/01/2014 | Research and draft response to Motion to Compel. | 3.00 | 250.00 | 750.00 |
| 02/01/2014 | Draft Response to Motion to Compel | 0.70 | 250.00 | 175.00 |
| 02/01/2014 | Draft Response to Motion to Compel; Email correspondence with Jason to determine items for decla... | 4.50 | 250.00 | 1,125.00 |
| 04/22/2014 | Review court's decision; Email to Jason Tucker. | 0.80 | 250.00 | 200.00 |
| 04/22/2014 | Email to Jason; Review privilege log and comment. | 0.40 | 250.00 | 100.00 |
| 04/22/2014 | Review Court's order re privilege log; Review information from Jason regarding correspondence fr... | 1.00 | 250.00 | 250.00 |
| 04/22/2014 | Draft Notice of Compliance and request for fees; Draft Order and submit for filing. | 1.20 | 250.00 | 300.00 |
| 04/22/2014 | Prepare Reply to Response to Request for Fees. | 1.00 | 250.00 | 250.00 |
| | | **20.50** | | **5,125.00** |
| | | **20.50** | | **5,125.00** |

# Libby Banks

The Law Office of Libby Banks
11120 N. Tatum Blvd., Suite 101
Phoenix, AZ 85028

Phone: (602) 375-6752

Libbybanks@yahoo.com

# Invoice

**Invoice Date:** 10/21/2013

**Bill To:**
Tucker, Jason

| Client | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| Cybernet v. IG ... | 10/8/2013 | Tcw/ Jason; Review Subpoena and Rule 45. | 0.7 | 250.00 | 175.00 |
| Cybernet v. IG ... | 10/9/2013 | Read Rule 45; E-mail to Jason; Prepare objection. | 2.5 | 250.00 | 625.00 |
| Cybernet v. IG ... | 10/10/2013 | Tcw/ Jason Tucker re responses. | 0.2 | 250.00 | 50.00 |
| Cybernet v. IG ... | 10/11/2013 | Review rules on specifying privileged material withheld; Revise Objection to Subpoena; E-mail to Jason. | 0.5 | 250.00 | 125.00 |
| Cybernet v. IG ... | 10/14/2013 | Finalize response and objection to subpoena and e-mail to J. Flynn; Email correspondence with Jason re producing documents. | 0.3 | 250.00 | 75.00 |
| Cybernet v. IG ... | 10/30/2013 | E-mail correspondence with Defendants' counsel re subpoena, and with Jason Tucker re providing documents. | 1 | 250.00 | 250.00 |
| Cybernet v. IG ... | 11/12/2013 | Review e-mail from IG Media counsel; confer with Jason Tucker and e-mail response. | 0.3 | 250.00 | 75.00 |
| Cybernet v. IG ... | 11/13/2013 | Tcw/ Jason, e-mail to John Flynn | 0.2 | 250.00 | 50.00 |

**Total** $1,425.00

**Payments/Credits** $0.00

**Balance Due** $1,425.00

# Libby Banks

The Law Office of Libby Banks
11120 N. Tatum Blvd., Suite 101
Phoenix, AZ 85028

Phone: (602) 375-6752

Libbybanks@yahoo.com

# Invoice

**Invoice Date:** 2/1/2014

**Bill To:**
Tucker, Jason

| Client | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| Cybernet v. IG ... | 1/7/2014 | Email to John Flynn re extension of time. | 0.2 | 250.00 | 50.00 |
| Cybernet v. IG ... | 1/10/2014 | Revise stipulation and order; File and send to judge for signature. | 0.5 | 250.00 | 125.00 |
| Cybernet v. IG ... | 1/18/2014 | Research for Response to Motion to Compel. | 1.5 | 250.00 | 375.00 |
| Cybernet v. IG ... | 1/20/2014 | Research and draft response to Motion to Compel. | 3 | 250.00 | 750.00 |
| Cybernet v. IG ... | 1/21/2014 | Draft Response to Motion to Compel | 0.7 | 250.00 | 175.00 |
| Cybernet v. IG ... | 1/22/2014 | Draft Response to Motion to Compel; Email correspondence with Jason to determine items for declaration; Prepare declaration; Revise and finalize Motion to Compel and file. | 4.5 | 250.00 | 1,125.00 |

| | |
|---|---|
| **Total** | $2,600.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $2,600.00 |

# Libby Banks

The Law Office of Libby Banks
11120 N. Tatum Blvd., Suite 101
Phoenix, AZ 85028

Phone: (602) 375-6752

Libbybanks@yahoo.com

# Invoice

**Invoice Date:** 4/22/2014

**Bill To:**
Tucker, Jason

| Client | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| Cybernet v. IG ... | 3/22/2014 | Review court's decision; Email to Jason Tucker. | 0.8 | 250.00 | 200.00 |
| Cybernet v. IG ... | 3/24/2014 | Email to Jason; Review privilege log and comment. | 0.4 | 250.00 | 100.00 |
| Cybernet v. IG ... | 3/25/2014 | Review Court's order re privilege log; Review information from Jason regarding correspondence from Marc Randazza; Draft email to Defendant's counsel regarding privilege log and material already produced. | 1 | 250.00 | 250.00 |
| Cybernet v. IG ... | 3/26/2014 | Draft Notice of Compliance and request for fees; Draft Order and submit for filing. | 1.2 | 250.00 | 300.00 |
| Cybernet v. IG ... | 4/21/2014 | Prepare Reply to Response to Request for Fees. | 1 | 250.00 | 250.00 |

| | |
|---|---|
| Total | $1,100.00 |
| Payments/Credits | $0.00 |
| **Balance Due** | **$1,100.00** |