| | |
|---|---|
| 1 | John P. Flynn (# 015065) |
| 2 | Peter J. Moolenaar (# 024487)<br>**DIOGUARDI FLYNN LLP** |
| 3 | 7001 N. Scottsdale Road, Suite 2060<br>Scottsdale, Arizona 85253 |
| 4 | Telephone:    (480) 951-8800<br>Facsimile:     (480) 951-8824 |
| 5 | jflynn@dioguardiflynn.com<br>pmoolenaar@dioguardiflynn.com |
| 6 | *Attorneys for Defendants* |

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Cybernet Entertainment LLC,<br>a New York Company | Case No. 2:12-cv-01101-SRB |
| Plaintiff, | **NOTICE OF SERVICE OF DEFENDANT IG MEDIA INC.'S RESPOSE TO PLAINTIFF CYBERNET ENTERTAINMENT LLC'S FIRST SET OF REQUEST FOR PRODUCTION PROPOUNDED TO DEFENDANT IG MEDIA, INC.** |
| vs. | |
| IG Media Inc. and International Media Ltd. d/b/a  YouJizz.com   JizzHut.com, and JizzOnline.com  and  OnlyJizz.com  and MoviesGuy.com  and  JizzBo.com  and HotFunHouse.com and Igor Gens | |
| Defendants. | |

Defendants IG Media Inc., by and through undersigned counsel, hereby served the Response to Plaintiff Cybernet Entertainment LLC's First Set of Request for Production Propounded to Defendant IG Media, Inc. to Plaintiff, by United States Mail on May 14, 2014 to: Cybernet Entertainment LLC upon:

Chad L. Belville
Attorney at Law
4742 N. 24th Street, Suite 315
Phoenix, AZ  85016
*Attorney for Plaintiff*

and

Spencer D. Freeman
Attorney at Law
1107 ½ Tacoma Avenue South
Tacoma, WA  98402
*Attorney for Plaintiff*

**RESPECTFULLY SUBMITTED** this 14th day of May, 2014.

**DIOGUARDI FLYNN LLP**

By: /s/ Peter Moolenaar
John P. Flynn (# 015065)
Peter J. Moolenaar (# 024487)
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 14, 2014, I electronically transmitted the foregoing document to the Clerk of the United States District Court, District of Arizona, using the ECF System for filing and transmittal of a Notice of Electronic File to the following ECF registrants:

Chad L. Belville
Attorney at Law
4742 N. 24th Street, Suite 315
Phoenix, AZ  85016
cbelville@azbar.org
*Attorney for Plaintiff*

Spencer D. Freeman
Attorney at Law
1107 ½ Tacoma Avenue South
Tacoma, WA  98402
sfreeman@freemanlawfirm.org
*Attorney for Plaintiff*

By: /s/ Megan Barber

2

D0099378/10410-001