IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cybernet Entertainment, LLC,<br><br>             Plaintiff,<br><br>vs.<br><br>IG Media Inc., et al.,<br><br>             Defendants. | No.  CV-12-01101-PHX-SPL<br><br>**ORDER** |

      This case was reassigned to this Court on July 1, 2014 (Doc. 112). Having reviewed the record, the deadlines in this case are modified as follows:

**IT IS ORDERED**:

1. That the deadlines for filing a Joint Proposed Pretrial Order and Motions in Limine are **vacated**;

2. That the Final Pretrial Conference presently scheduled for February 2, 2015, at 10:00 a.m. is **vacated**;

3. That Trial, presently scheduled for February 10, 2015, at 9:00 a.m. is **vacated;**

4. That, all parties and their counsel shall meet in person and engage in good faith settlement talks no later than **August 1, 2014**. Upon completion of such settlement talks, and in no event later than **five (5) working days** after the deadline for settlement talks, the parties shall file with the Court a joint report on settlement talks executed by or on behalf of all counsel. The report shall inform the Court that good faith settlement talks have been held and shall

report on the outcome of such talks. The parties shall indicate whether assistance from the Court is needed in seeking settlement of the case. The parties shall promptly notify the Court at any time when settlement is reached during the course of this litigation;

5. That the Dispositive Motion Deadline set for **August 15, 2014** (*see* Doc. 64) is affirmed; and

6. If no dispositive motions are pending before the Court after the dispositive motion deadline has passed, Plaintiff shall file and serve a Notice of Readiness for Final Pretrial Conference within **seven (7) days** of the dispositive motion deadline. If a dispositive motion is pending before the Court following the dispositive motion deadline, Plaintiff shall file and serve a Notice of Readiness for Final Pretrial Conference within **seven (7) days** of the resolution of the dispositive motion. Following the filing of the Notice, the Court will issue an Order Setting Final Pretrial Conference that: (1) sets deadlines for briefing motions in limine; (2) includes a form for the completion of the parties' joint proposed Final Pretrial Order; and (3) otherwise instructs the parties concerning their duties in preparing for the Final Pretrial Conference. A firm trial date will be set at the Final Pretrial Conference.

Dated this 10th day of July, 2014.

Honorable Steven P. Logan
United States District Judge