**From:** Peter Moolenaar
**Sent:** Tuesday, May 20, 2014 10:31 AM
**To:** 'Spencer Freeman'
**Cc:** John P. Flynn; Megan Barber
**Subject:** Cybernet Entertainment v. IG Media Inc., et al.

Spencer,

Please let us know available dates in June for depositions of the following:

1. Jason Tucker
2. Peter Acworth
3. Terry Mundell

We will likely have additional Cybernet representatives/potential witnesses that we will want to depose once we receive Cybernet's responses to the written discovery; however, in the meantime please let us know about the above so we can start locking down dates, etc.

Sincerely,

**Peter J. Moolenaar**
Attorney at Law
**Dioguardi Flynn LLP**
7001 N. Scottsdale Road
Suite 2060
Scottsdale, Arizona 85253
P | 480-951-8806
F | 480-951-8824
www.DioguardiFlynn.com



DIOGUARDI FLYNN LLP
ATTORNEYS AT LAW

RELATIONSHIPS • RESULTS

This electronic mail transmission contains information from the law firm Dioguardi Flynn LLP that may be confidential or privileged. Such information is solely for the intended recipient, and use by any other party is not authorized. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this message, its contents or any attachments is prohibited. Any wrongful interception of this message is punishable as a Federal Crime. If you have received this message in error, please notify the sender immediately by telephone (480-951-8806) or by electronic mail at pmoolenaar@dioguardiflynn.com.