**From:** Spencer Freeman [mailto:sfreeman@freemanlawfirm.org]
**Sent:** Thursday, May 29, 2014 9:51 AM
**To:** Peter Moolenaar
**Cc:** John P. Flynn; Megan Barber
**Subject:** RE: Cybernet Entertainment v. IG Media Inc., et al.

Peter,

My apologies, I wasn't ignoring your email. I have spent much of the last week in depositions. I have forwarded your request to get some dates and locations. We will also need to set up some depositions, initially of Igor Gens and Chad Brachat.

In addition, I need to schedule a telephone conference with you to discuss some issues with your client's discovery responses and document production. Monday and Tuesday are booked for me next week, can we please schedule a time in the later part of the week?

Our discovery responses to you are in process, as you had required an extension of time, we will also. I appreciate the mutual consideration.

Regards,

Spencer

Spencer D. Freeman
Freeman Law Firm, Inc.
1107 1/2 Tacoma Avenue South
Tacoma, Washington 98402
253-383-4500
253-383-4501 (facsimile)

CONFIDENTIALITY NOTICE: This e-mail and any attachments may contain privileged information generated by the Freeman Law Firm, Inc. that is protected by attorney-client, work product, and/or other privileges. If you are not the intended recipient, you are hereby notified that any review, disclosure, or taking of any action in reliance on the contents is strictly prohibited. Therefore, if you are not the intended recipient please do not read or review this e-mail or its attachments. Please also notify the sender of your receipt of this e-mail and delete all copies of the e-mail and its attachments from your system. Thank you.