**From:** Peter Moolenaar
**Sent:** Thursday, June 12, 2014 4:08 PM
**To:** 'Spencer Freeman'
**Cc:** John P. Flynn; Megan Barber
**Subject:** RE: Cybernet Entertainment v. IG Media Inc., et al.

Spenser,

It has now been over 3 weeks since we requested the availability of certain potential witnesses for depositions in this matter. Please provide their availability immediately or we will be forced to unilaterally notice the depositions. With regards to Igor Gens and Chad Brachat, they are both generally available for depositions in Phoenix. Please let me know what dates/times you have in mind.

Finally, it has been 3 weeks since Plaintiff's discovery responses were due. While we recognize that Plaintiff extended Defendants' responses by 8 days, I have not located any specific request for an extension from Plaintiff. The only mention of the responses I have found is the below email from 2 weeks ago (which was sent after the responses were already 9 days past due).

Given that the discovery deadline is next Friday, June 20, our client has been prejudiced by Plaintiff's failure to respond to the discovery responses and provide deposition availability. Assuming your client provides the requested deponents' availability and full and complete responses to the written discovery and production of documents by close of business tomorrow, we are willing to explore a stipulation to extend the discovery deadline with regards to depositions (while reserving all rights). However, if we do not receive the requested deponents' availability, full and complete written responses, and production of documents by close of business tomorrow, we will have no choice but to address this matter with the court.

Sincerely,


**Peter J. Moolenaar**
Attorney at Law
**Dioguardi Flynn LLP**
7001 N. Scottsdale Road
Suite 2060
Scottsdale, Arizona 85253
P | 480-951-8806
F | 480-951-8824
www.DioguardiFlynn.com



DIOGUARDI FLYNN llp
ATTORNEYS AT LAW

RELATIONSHIPS • RESULTS

This electronic mail transmission contains information from the law firm Dioguardi Flynn LLP that may be confidential or privileged. Such information is solely for the intended recipient, and use by any other party is not authorized. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this message, its contents or any attachments is prohibited. Any wrongful interception of this message is punishable as a Federal Crime. If you have received this message in error, please notify the sender immediately by telephone (480-951-8806) or by electronic mail at pmoolenaar@dioguardiflynn.com.