**From:** Spencer Freeman [mailto:sfreeman@freemanlawfirm.org]
**Sent:** Monday, June 16, 2014 8:41 AM
**To:** Peter Moolenaar
**Cc:** John P. Flynn; Megan Barber
**Subject:** RE: Cybernet Entertainment v. IG Media Inc., et al.

Peter,

I have been in court the last week or so, and will be the first part of this week. While I understand your position, Court involvement at this point is premature given the local requirement of an in person conference before filing any such motions. In my last correspondence to you I requested exactly that. I present that request again.

I think that we are in quite similar positions, as in my review your client hasn't really answered discovery either. I propose that we set a time to confer by phone to discuss the issues, including how to get the discovery done. We have a lot of time before trial.

I am available Thursday this week to confer.

Regards,

Spencer

Spencer D. Freeman
Freeman Law Firm, Inc.
1107 1/2 Tacoma Avenue South
Tacoma, Washington 98402
253-383-4500
253-383-4501 (facsimile)

CONFIDENTIALITY NOTICE: This e-mail and any attachments may contain privileged information generated by the Freeman Law Firm, Inc. that is protected by attorney-client, work product, and/or other privileges. If you are not the intended recipient, you are hereby notified that any review, disclosure, or taking of any action in reliance on the contents is strictly prohibited. Therefore, if you are not the intended recipient please do not read or review this e-mail or its attachments. Please also notify the sender of your receipt of this e-mail and delete all copies of the e-mail and its attachments from your system. Thank you.