**From:** Peter Moolenaar [mailto:pmoolenaar@dioguardiflynn.com]
**Sent:** Tuesday, June 17, 2014 10:50 AM
**To:** Spencer Freeman
**Cc:** John P. Flynn; Megan Barber
**Subject:** RE: Cybernet Entertainment v. IG Media Inc., et al.

Spencer,

I agree that we should discuss and am available on Thursday 10 a.m. – 11:30 or 2-4 p.m.  With regards to discovery, I disagree that the parties are even in remotely the same position.  Our clients timely responded to Plaintiff's discovery requests and Plaintiff has wholly failed to provide any written response to Defendants' discovery or any deposition dates for its disclosed potential witnesses.  With the discovery deadline this Friday I cannot agree to any extension and I note that you still have failed to identify a specific date when you plan to serve the responses.  Further, with regards to Defendants' written responses, we have not received any specific objections.

Again, we are willing to discuss these issues with you on Thursday.  Please let me know a time during the above windows that will work with your schedule for a call.

Sincerely,

**Peter J. Moolenaar**
Attorney at Law
**Dioguardi Flynn LLP**
7001 N. Scottsdale Road
Suite 2060
Scottsdale, Arizona 85253
P | 480-951-8806
F | 480-951-8824
www.DioguardiFlynn.com



RELATIONSHIPS • RESULTS

This electronic mail transmission contains information from the law firm Dioguardi Flynn LLP that may be confidential or privileged. Such information is solely for the intended recipient, and use by any other party is not authorized. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this message, its contents or any attachments is prohibited. Any wrongful interception of this message is punishable as a Federal Crime. If you have received this message in error, please notify the sender immediately by telephone (480-951-8806) or by electronic mail at pmoolenaar@dioguardiflynn.com.