**From:** Peter Moolenaar
**Sent:** Friday, June 27, 2014 4:07 PM
**To:** 'Spencer Freeman'
**Cc:** John P. Flynn; Megan Barber
**Subject:** RE: Cybernet Entertainment v. IG Media Inc., et al.

Spencer,

Someone named Jeff called from your office and left a message with my assistant indicating that he was seeking our approval to submit partial responses to Defendants' written discovery. As we discussed during our meet and confer call and as discussed in my June 17 email, below, Defendants object to the untimely responses (which were due May 20) and Plaintiff's further failure to submit the responses (and produce the previously identified potential witnesses for depositions) prior to the expiration of the Court's discovery cut off deadline—June 20. Therefore, I cannot give my approval of any late, partial responses.

Sincerely,

**Peter J. Moolenaar**
Attorney at Law
**Dioguardi Flynn LLP**
7001 N. Scottsdale Road
Suite 2060
Scottsdale, Arizona 85253
P | 480-951-8806
F | 480-951-8824
www.DioguardiFlynn.com



RELATIONSHIPS • RESULTS

This electronic mail transmission contains information from the law firm Dioguardi Flynn LLP that may be confidential or privileged. Such information is solely for the intended recipient, and use by any other party is not authorized. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this message, its contents or any attachments is prohibited. Any wrongful interception of this message is punishable as a Federal Crime. If you have received this message in error, please notify the sender immediately by telephone (480-951-8806) or by electronic mail at pmoolenaar@dioguardiflynn.com.