**From:** Jeff Cully [mailto:jcully@freemanlawfirm.org]
**Sent:** Thursday, July 17, 2014 11:40 AM
**To:** Peter Moolenaar; Spencer Freeman
**Subject:** Re: Cybernet v IG Media

Good morning,

Please find attached the missing pages.

Regards,

to Defendants in response to the Tucker subpoena. Defendants already have possession of these documents.

11. All Documents Related To any and all Communications between You and business affiliates of Defendants, including advertisers and advertising brokers of Defendants.

**RESPONSE:** Defendants have refused to produce any information or documentation pertaining to their advertisers or other business affiliates, including independent contractors. Therefore, Cybernet cannot know whether there has been any communication with these unknown persons or entities. Other than the subpoenas issued in this case, which Defendants have a copy of, Cybernet has not knowingly had any such contact.

12. All Documents Related To any confusion, mistake or deception as to Defendants' affiliations, connection, or association with You, or as to the origin, sponsorship or approval of their goods or commercial activities.

**RESPONSE:** Defendants have already been provided with copies of video and screen grabs documenting the unlawful display of Cybernet's copyrighted works and trademarks on the YouJizz Websites. These establish a perception that Cybernet gave away their content for free, which violates Cybernet's business model and implies that users do not have to pay to view Cybernet videos.

13. The copyright registration certificates for each of the Works.
**RESPONSE:** Produced herewith.

14. The trademark registration certificates for each of the Marks.

**RESPONSE:** Produced herewith.

15. All Documents Related To the registration of each of the Marks.

**RESPONSE:** All such documentation is retained by the U.S. Copyright Office, as the registrations were all done online.

16. All Documents Related To Your efforts to prevent or limit the unauthorized uploading, downloading or viewing of the Works on the Internet.

**RESPONSE:** Defendants already have copies of the DMCA take down notices relevant to the YouJizz Websites.

17. All Documents Related To Your efforts to have removed or have access disabled to the Works and/or Marks on the YouJizz Websites prior to the filing of the Litigation.

**RESPONSE:** Defendants already have copies of the DMCA take down notices relevant to the YouJizz Websites. Defendants also already have copies of the draft complaint sent to their then agent, Larry Walters.

18. All Documents Related To any and all Communications between You and Fraserside IP, LLC, Fraserside Holdings, Ltd and Private Media Group.

**OBJECTION.** Such documents that do not involve the Defendants in this action, or any of Defendants infringing activities cannot and do not have any relevance with regard to Defendants infringing activities and are not reasonably likely to lead to the discovery of any admissible evidence. Without waiving said objection, there are no such documents that involved piracy, copyright infringement, trademark infringement, the Defendants, this Litigation, or the YouJizz Websites.

Spencer D. Freeman, WSBA#25069
Attorney for Plaintiff Cybernet Entertainment.
1107 ½ Tacoma Avenue South
Tacoma, WA 98402
Telephone: (253) 383-4500
Facsimile: (253) 383-4501
Email: sfreeman@freemanlawfirm.org
(Pro Hac Vice)

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA
PHOENIX DIVISION

| | |
|---|---|
| CYBERNET ENTERTAINMENT, LLC, a New York Company,<br><br>Plaintiff,<br><br>vs.<br><br>IG MEDIA INC., et al.,<br><br>Defendants. | Case No.: 2:12-cv-01101 SRB<br><br>**PLAINTIFF CYBERNET ENTERTAINMENT LLC'S RESPONSES TO IGOR GENS' INTERROGATORIES AND REQUESTS FOR PRODUCTION TO PLAINTFF** |

Plaintiff Cybernet Entertainment LLC, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 26, 33 and 34, hereby serves the following Response to Defendant Igor Gens' Interrogatories and Requests for Production.

**INTERROGATORIES**

1. Identify each and every fact Related To Your allegation in the Complaint that Gens is individually liable for copyright infringement.

**RESPONSE:** Mr. Gens is an owner and director of IG Media, Inc. and is listed on the Alexa WHOIS information for some or all of the websites.

**RESPONSE:**  Every Document that Cybernet has in its possession or control pertaining to the infringement of its copyrighted works on the YouJizz Websites has been produced when its agent, Battleship Stance, produced documents in response to a subpoena.

8.     All Documents You intend to offer into evidence in this Litigation.

**RESPONSE:**  Every Document that Cybernet has in its possession or control pertaining to the infringement of its copyrighted works on the YouJizz Websites has been produced when its agent, Battleship Stance, produced documents in response to a subpoena.

9.     All Documents provided to, provided by, or created by any and all experts consulted by You in connection with this Litigation, whether or not such expert is expected to testify at trial.

**RESPONSE:**  As of this time, there are no such experts.

produce documentation and communications pertaining to programmers and independent contractors, thereby thwarting Plaintiff ability to prove this assertion. Investigations continue and this response will be updated upon new information.

(j) Defendants used the Cybernet videos to get a user to buy "premier access." Defendants get paid for each person that buys premier access.

2. Identify each and every fact Related To Your allegations in the Complaint, including in paragraph 507, that Defendants acted with "willful blindness and reckless disregard."

**RESPONSE:** See Response to Interrogatory No. 1.

3. Identify each and every fact Related To Your allegations in the Complaint, including in paragraph 508, that Plaintiff has suffered and will continue to suffer "substantial losses."

**RESPONSE:** Defendants continue to use Cybernet's trademarks on the YouJizz Websites, thereby drawing traffic of users looking for Cybernet's works to the YouJizz Websites and away from Cybernet. In addition, while the videos were and/or are enabled, each view of Cybernet's videos on Defendants Websites means that the user is not paying Cybernet to view the videos. Further, the user of the YouJizz Websites is provided with embed codes, meaning that the user can post the video anywhere on the Internet. Thus, the actual viewers of Cybernet videos without authorization by or payment to Cybernet cannot be known or calculated. Defendants actions permit an unknown and undetermined number of free views of Cybernet's videos.