1   John P. Flynn (# 015065)
    Peter J. Moolenaar (# 024487)
2   **DIOGUARDI FLYNN LLP**
    7001 N. Scottsdale Road, Suite 2060
3   Scottsdale, Arizona 85253
    Telephone:    (480) 951-8800
4   Facsimile:    (480) 951-8824
    jflynn@dioguardiflynn.com
5   pmoolenaar@dioguardiflynn.com

6   *Attorneys for Defendants*

7
              **IN THE UNITED STATES DISTRICT COURT**
8
                    **DISTRICT OF ARIZONA**
9

10    Cybernet Entertainment LLC,
      a New York Company                        Case No. 2:12-cv-01101-SPL
11
            Plaintiff,                           **NOTICE OF ERRATA RE:**
12                                               **DEFENDANTS' MOTION FOR**
            -v.-                                 **SUMMARY JUDGMENT AND**
13                                               **STATEMENT OF FACTS IN**
      IG Media Inc. and International Media      **SUPPORT OF DENFENDANTS'**
14    Ltd. d/b/a YouJizz.com JizzHut.com, and    **MOTION FOR SUMMARY**
      JizzOnline.com and OnlyJizz.com and        **JUDGMENT**
15    MoviesGuy.com and JizzBo.com and
      HotFunHouse.com and Igor Gens
16
            Defendants.
17

18

19          Defendants IG Media Inc., International Media Ltd. and Igor Gens

20   (collectively "Defendants"), by and through undersigned counsel, submits this

21   *Notice of Errata pertaining to Defendants' Motion for Summary Judgment*

22   *("Motion")(Document 114) and Statement of Facts in Support of Defendants'*

23   *Motion for Summary Judgment ("Statement of Facts") (Document 115).*

24          Defendants' inadvertently attached Exhibit 1 through 10 to the Motion

25   instead of the Statement of Facts. The corrected Motion is attached hereto as

26

27   //

28

                                      1

D0104784/10410-001

1    Exhibit A and the corrected Statement of Facts with all exhibits is attached hereto

2    as Exhibit B.

3

4            **RESPECTFULLY SUBMITTED** this 30th day of July, 2014.

5

6                                **DIOGUARDI FLYNN LLP**

7

8                        By:   /s/ Peter Moolenaar
                               John P. Flynn (# 015065)
                               Peter J. Moolenaar (# 024487)
9                              *Attorneys for Defendants*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

D0104784/10410-001

**CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of July, 2014, I transmitted the foregoing document to the Clerk of the United States District Court, District of Arizona, using the ECF System for filing and transmittal of a Notice of Electronic File to the following ECF registrants:

Chad L. Belville
Attorney at Law
4742 N. 24th Street, Suite 315
Phoenix, AZ  85016
cbelville@azbar.org
*Attorney for Plaintiff*

Spencer D. Freeman
Attorney at Law
1107 ½ Tacoma Avenue South
Tacoma, WA  98402
sfreeman@freemanlawfirm.org
*Attorney for Plaintiff*


By: /s/ Megan Barber

3