John P. Flynn (# 015065)
Peter J. Moolenaar (# 024487)
**DIOGUARDI FLYNN LLP**
7001 N. Scottsdale Road, Suite 2060
Scottsdale, Arizona 85253
Telephone:    (480) 951-8800
Facsimile:    (480) 951-8824
jflynn@dioguardiflynn.com
pmoolenaar@dioguardiflynn.com

*Attorneys for Defendants*

Spencer D. Freeman (WSBA # 25069)
Attorney at Law
1107 ½ Tacoma Avenue South
Tacoma, WA  98402
Telephone:    (253) 383-4500
Facsimile:    (253) 383-4501
sfreeman@freemanlawfirm.org
(Pro Hac Vice)

*Attorney for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Cybernet Entertainment LLC, a New York Company | Case No. 2:12-cv-01101-SPL |
| Plaintiff, | **JOINT REPORT** |
| -v.- | |
| IG Media Inc. and International Media Ltd. d/b/a YouJizz.com   JizzHut.com, and JizzOnline.com and OnlyJizz.com and MoviesGuy.com and JizzBo.com and HotFunHouse.com and Igor Gens | |
| Defendants. | |

In accordance with this Court's Order of July 10, 2014 (Doc. 113), the Parties hereby report as follows:

On July 30, 2014, the parties and their counsel engaged in good faith settlement talks. Present for the defendants, John Flynn, Esq., Peter Moolenaar,

Esq. and Igor Gens, individually and on behalf of IG Media Inc. and International Medial Ltd. Present for the Plaintiff, attorney Spencer Freeman, consultant Jason Tucker and Justin Byson, Vice President at Cybernet, on behalf of Cybernet Entertainment LLC. No settlement was reached. At this time, the parties do not currently believe assistance from the Court in seeking a settlement of this case is necessary.

**RESPECTFULLY SUBMITTED** this 8th day of August, 2014.

**DIOGUARDI FLYNN LLP**


By: /s/ John Flynn
    John P. Flynn (# 015065)
    Peter J. Moolenaar (# 024487)
    *Attorneys for Defendants*

**FREEMAN LAW FIRM, INC.**


By: /s/ Spencer Freeman (with permission)
    Spencer D. Freeman
    *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 8th day of August, 2014, I transmitted the foregoing document to the Clerk of the United States District Court, District of Arizona, using the ECF System for filing and transmittal of a Notice of Electronic File to the following ECF registrants:

Chad L. Belville
Attorney at Law
4742 N. 24th Street, Suite 315
Phoenix, AZ  85016
cbelville@azbar.org
*Attorney for Plaintiff*

Spencer D. Freeman
Attorney at Law
1107 ½ Tacoma Avenue South
Tacoma, WA  98402
sfreeman@freemanlawfirm.org
*Attorney for Plaintiff*


By: /s/ Megan Barber

D0105219/10410-001