Chad L. Belville, AZ Bar 020771
Attorney for Plaintiff Cybernet Entertainment.
4742 N. 24th Street, Suite 315
Phoenix, AZ 85016
Telephone: (602) 904-5485
Facsimile:  (602) 291-6953
Email: cbelville@azbar.org

Spencer D. Freeman, WSBA#25069
Attorney for Plaintiff Cybernet Entertainment.
1107 ½ Tacoma Avenue South
Tacoma, WA 98402
Telephone: (253) 383-4500
Facsimile:  (253) 383-4501
Email: sfreeman@freemanlawfirm.org
(Pro Hac Vice)

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA
PHOENIX DIVISION

| | |
|---|---|
| CYBERNET ENTERTAINMENT, LLC, a New York Company,<br><br>　　　Plaintiff,<br><br>vs.<br><br>IG MEDIA INC., et al.,<br><br>　　　Defendants. | **Case No.:  2:12-cv-01101 SPL**<br><br>**DECLARATION OF JASON TUCKER IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

　　　I, Jason Tucker, declare:

- 1

1. I am a United States Citizen, over the age of 18 years old, make this declaration based upon personal knowledge and, if called to testify could and would testify competently to the facts set forth herein.

2. I am a Director of Battleship Stance LLC, a leading intellectual property management and anti-piracy enforcement company. I have been and serve as a consultant and Enforcement Officer for major award winning entertainment studios including the publicly traded Private Media Groups' Fraserside IP LLC, Wicked Pictures, Channel One Communications, Cybernet Entertainment d/b/a Kink.com, and Zero Tolerance Entertainment, Third Degree Films, Black Ice Limited and others.

3. Battleship Stance LLC was retained by Cybernet Entertainment, LLC to investigate copyright and trademark violations and assist in enforcing their intellectual property rights. Accordingly, I have made myself familiar with the corporate structure of Cybernet Entertainment. I have made myself familiar with the company methods, procedures, production and ownership of their copyrighted and trademarked materials. I have been, on multiple occasions, to their headquarters and seen their production facilities and all areas of their production operations first hand.

4. I have reviewed and documented and/or supervised the review and documentation of the evidence of infringement committed by Defendants outlined in the Complaint, and of those infringements not specifically alleged in the Complaint.

5. I have reviewed and made myself familiar with Defendants' web sites at issue in the case, including YouJizz.com, JizzHut.com, JizzOnline.com, OnlyJizz.com, JizzBo.com, HotFunHouse.com, and MoviesGuy.com, each displaying free lengthy adult videos, most of which are illegally displayed.

6. In March 2012, a search of Defendant's websites revealed 840 separate instances of infringement of Cybernet's intellectual property. The original complaint in the instant matter

was filed in May 2012 asserted 420 of these separately documented instances of violating Cybernet's registered copyrights and trademarks.

7. Shortly after the instant lawsuit was filed, it appeared that the Defendants removed the infringing videos from their websites. However, in the fall of 2012, these videos were once again displayed on Defendants' websites. Accordingly, in December 2012, Cybernet sent Defendants' DMCA Registered Agent and their hosting company 840 DMCA compliant take-down notices – one for each of the infringing videos discovered on each of Defendants' websites.

8. Subsequent to the service of the DMCA take-down notices in December 2012, it was believed, and represented by Defendants, that Defendants had once again removed Cybernet's copyrighted videos and trademarks from the infringing web sites. My January 2013 review of Defendants' web sites indicated that these infringements were taken down.

9. However, in July 2013, my staff and I discovered that this simply was not true. In July, 2013 115 of Cybernet's videos - videos listed in the original complaint **and** subject to the December 2012 take-down notices - were discovered on Defendant's web sites. Each of these videos were located in the exact same URL (webpages) as they were when originally discovered, as listed in the complaint, and listed in the take-down notices.

10. It is my understanding that, by way of declarations filed with the Court in several motions, Defendants admitted to posting these 115 videos.

11. "Holly Heart BDSM" is one of the Defendant posted videos, posted on jizzbo.com. Attached hereto as Exhibit A is a true and correct copy of (1) copyright registration; (2) trademark registration; (3) December 2012 DMCA compliant take down notices; and (4) screen captures showing the first discovered posting and the posting in July 2013. In comparing the early screen capture with the July 2013 screen capture, it shows that Defendants posting resulted in over 13,000 public views.

1     12.   "Skin Diamond BDSM" is one of the Defendant posted videos, posted on jizzbo.com. Attached hereto as Exhibit B is a true and correct copy of (1) copyright registration; (2) trademark registration; (3) December 2012 DMCA compliant take down notices; and (4) screen captures showing the first discovered posting and the posting in July 2013. In comparing the early screen capture with the July 2013 screen capture, it shows that Defendants posting resulted in over 46,000 public views.

    13.   "Babydoll BDSM" is one of the Defendant posted videos, posted on jizzonline.com. Attached hereto as Exhibit C is a true and correct copy of (1) copyright registration; (2) trademark registration; (3) December 2012 DMCA compliant take down notices; and (4) screen captures showing the first discovered posting and the posting in July 2013. In comparing the early screen capture with the July 2013 screen capture, it shows that Defendants posting resulted in over 39,000 public views.

    14.   "Female Wrestling" is one of the Defendant posted videos, posted on jizzonline.com. Attached hereto as Exhibit D is a true and correct copy of (1) copyright registration; (2) trademark registration; (3) December 2012 DMCA compliant take down notices; and (4) screen captures showing the first discovered posting and the posting in July 2013.

    15.   "The Training of a Slave" is one of the Defendant posted videos, posted on jizzbo.com. Attached hereto as Exhibit E is a true and correct copy of (1) copyright registration; (2) trademark registration; (3) December 2012 DMCA compliant take down notices; and (4) screen captures showing the first discovered posting and the posting in July 2013.

    16.   "Sindee Jennings Fucking Machines" is one of the Defendant posted videos, posted on jizzbo.com. Attached hereto as Exhibit F is a true and correct copy of (1) copyright registration; (2) trademark registration; (3) December 2012 DMCA compliant take down notices; and (4) screen captures showing the first discovered posting and the posting in July 2013. In comparing the early screen capture with the July 2013 screen capture, it shows that Defendants posting resulted in over 90,000 public views.

17. "The Training of a Slave" is one of the Defendant posted videos, posted on jizzhut.com. Attached hereto as Exhibit G is a true and correct copy of (1) copyright registration; (2) trademark registration; (3) December 2012 DMCA compliant take down notices; and (4) screen captures showing the first discovered posting and the posting in July 2013.

18. "BDSM Big Tit Teen" is one of the Defendant posted videos, posted on jizzbo.com. Attached hereto as Exhibit H is a true and correct copy of (1) copyright registration; (2) trademark registration; (3) December 2012 DMCA compliant take down notices; and (4) screen captures showing the first discovered posting and the posting in July 2013. In comparing the early screen capture with the July 2013 screen capture, it shows that Defendants posting resulted in over 6,000 public views.

19. "The Training of a Slave" is one of the Defendant posted videos, posted on jizzonline.com. Attached hereto as Exhibit I is a true and correct copy of (1) copyright registration; (2) trademark registration; (3) December 2012 DMCA compliant take down notices; and (4) screen captures showing the first discovered posting and the posting in July 2013

20. "Babydoll BDSM" is one of the Defendant posted videos, posted on onlyjizz.com. Attached hereto as Exhibit J is a true and correct copy of (1) copyright registration; (2) trademark registration; (3) December 2012 DMCA compliant take down notices; and (4) screen captures showing the first discovered posting and the posting in July 2013.

21. "Babydoll BDSM" is one of the Defendant posted videos, posted on moviesguy.com.com. Attached hereto as Exhibit K is a true and correct copy of (1) copyright registration; (2) trademark registration; (3) December 2012 DMCA compliant take down notices; and (4) screen captures showing the posting in July 2013.

22. "Slut Forced To Fuck In Public" is one of the Defendant posted videos, posted on moviesguy.com. Attached hereto as Exhibit L is a true and correct copy of (1) copyright registration; (2) trademark registration; (3) December 2012 DMCA compliant take down notices; and (4) screen captures showing the posting in July 2013.

1    23.    "Babydoll BDSM" is one of the Defendant posted videos, posted on jizzhut.com.
2    Attached hereto as Exhibit M is a true and correct copy of (1) copyright registration; (2)
3    trademark registration; (3) December 2012 DMCA compliant take down notices; and (4) screen
4    captures showing the posting in July 2013.

5    24.    "Eva Gets Her Ass Handed to Her" is one of the Defendant posted videos, posted
6    on moviesguy.com. Attached hereto as Exhibit N is a true and correct copy of (1) copyright
7    registration; (2) trademark registration; (3) December 2012 DMCA compliant take down notices;
8    and (4) screen captures showing the posting in July 2013.

9    25.    "Cute Brunette Gets Fucked By Machines" is one of the Defendant posted videos,
10   posted on moviesguy.com. Attached hereto as Exhibit O is a true and correct copy of (1)
11   copyright registration; (2) trademark registration; (3) December 2012 DMCA compliant take
12   down notices; and (4) screen captures showing the posting in July 2013.

13   26.    "Sydnee Capri BDSM 4" is one of the Defendant posted videos, posted on
14   youjizz.com. Attached hereto as Exhibit P is a true and correct copy of (1) copyright registration;
15   (2) trademark registration; (3) December 2012 DMCA compliant take down notices; and (4)
16   screen captures showing the posting in July 2013.

17   27.    "Slut Forced to Fuck In Public" is one of the Defendant posted videos, posted on
18   youjizz.com. Attached hereto as Exhibit Q is a true and correct copy of (1) copyright
19   registration; (2) trademark registration; (3) December 2012 DMCA compliant take down notices;
20   and (4) screen captures showing the posting in July 2013.

21   28.    "A Fucken Corner Store Fuck" is one of the Defendant posted videos, posted on
22   jizzbo.com. Attached hereto as Exhibit R is a true and correct copy of (1) copyright registration;
23   (2) trademark registration; (3) December 2012 DMCA compliant take down notices; and (4)
24   screen captures showing the posting in July 2013.

25   29.    "Two Chicks Battle Will Lorena" is one of the Defendant posted videos, posted
26   on jizzhut.com. Attached hereto as Exhibit S is a true and correct copy of (1) copyright

1  registration; (2) trademark registration; (3) December 2012 DMCA compliant take down notices;
2  and (4) screen captures showing the posting in July 2013.

3      30.    "Cute Brunette Gets Fucked By Machines" is one of the Defendant posted videos,
4  posted on jizzhut.com. Attached hereto as Exhibit T is a true and correct copy of (1) copyright
5  registration; (2) trademark registration; (3) December 2012 DMCA compliant take down notices;
6  and (4) screen captures showing the posting in July 2013.

7      31.    "A Fucken Corner Store Fuck" is one of the Defendant posted videos, posted on
8  jizzonline.com. Attached hereto as Exhibit U is a true and correct copy of (1) copyright
9  registration; (2) trademark registration; (3) December 2012 DMCA compliant take down notices;
10 and (4) screen captures showing the posting in July 2013.

11     32.    "Cute Brunette Gets Fucked By Machines" is one of the Defendant posted videos,
12 posted on jizzbo.com. Attached hereto as Exhibit V is a true and correct copy of (1) copyright
13 registration; (2) trademark registration; (3) December 2012 DMCA compliant take down notices;
14 and (4) screen captures showing the posting in July 2013.

15     33.    "Two Chicks Battle Will Lorena" is one of the Defendant posted videos, posted
16 on jizzonline.com. Attached hereto as Exhibit W is a true and correct copy of (1) copyright
17 registration; (2) trademark registration; (3) December 2012 DMCA compliant take down notices;
18 and (4) screen captures showing the posting in July 2013.

19     34.    "Eva Gets Her Ass Handed To Her" is one of the Defendant posted videos, posted
20 on jizzonline.com. Attached hereto as Exhibit X is a true and correct copy of (1) copyright
21 registration; (2) trademark registration; (3) December 2012 DMCA compliant take down notices;
22 and (4) screen captures showing the posting in July 2013.

23     35.    "Check Out The Tongue Licking Machine" is one of the Defendant posted videos,
24 posted on jizzonline.com. Attached hereto as Exhibit Y is a true and correct copy of (1)
25 copyright registration; (2) trademark registration; (3) December 2012 DMCA compliant take
26 down notices; and (4) screen captures showing the posting in July 2013.

36. "Cute Brunette Gets Fucked By Machines" is one of the Defendant posted videos, posted on jizzonline.com. Attached hereto as Exhibit Z is a true and correct copy of (1) copyright registration; (2) trademark registration; (3) December 2012 DMCA compliant take down notices; and (4) screen captures showing the posting in July 2013.

37. "A Fucken Corner Store Fuck" is one of the Defendant posted videos, posted on onlyjizz.com. Attached hereto as Exhibit AA is a true and correct copy of (1) copyright registration; (2) trademark registration; (3) December 2012 DMCA compliant take down notices; and (4) screen captures showing the posting in July 2013.

38. "Two Chicks Battle Will Lorena" is one of the Defendant posted videos, posted on moviesguy.com. Attached hereto as Exhibit BB is a true and correct copy of (1) copyright registration; (2) trademark registration; (3) December 2012 DMCA compliant take down notices; and (4) screen captures showing the posting in July 2013.

39. "Check Out The Tongue Licking Machine" is one of the Defendant posted videos, posted on moviesguy.com. Attached hereto as Exhibit CC is a true and correct copy of (1) copyright registration; (2) trademark registration; (3) December 2012 DMCA compliant take down notices; and (4) screen captures showing the posting in July 2013.

40. "Slut Forced To Fuck In Public" is one of the Defendant posted videos, posted on onlyjizz.com. Attached hereto as Exhibit DD is a true and correct copy of (1) copyright registration; (2) trademark registration; (3) December 2012 DMCA compliant take down notices; and (4) screen captures showing the posting in July 2013.

41. "Female Wrestling" is one of the Defendant posted videos, posted on jizzbo.com. Attached hereto as Exhibit EE is a true and correct copy of (1) copyright registration; (2) trademark registration; (3) December 2012 DMCA compliant take down notices; and (4) screen captures showing the posting in July 2013.

42. "Check Out The Tongue Licking Machines" is one of the Defendant posted videos, posted on jizzbo.com. Attached hereto as Exhibit FF is a true and correct copy of (1)

1  copyright registration; (2) trademark registration; (3) December 2012 DMCA compliant take
2  down notices; and (4) screen captures showing the posting in July 2013.

3      43. "Slut Forced To Fuck In Public" is one of the Defendant posted videos, posted on
4  jizzonline.com. Attached hereto as Exhibit GG is a true and correct copy of (1) copyright
5  registration; (2) trademark registration; (3) December 2012 DMCA compliant take down notices;
6  and (4) screen captures showing the posting in July 2013.

7      44. "A Fucken Corner Store Fuck" is one of the Defendant posted videos, posted on
8  hotfunhouse.com. Attached hereto as Exhibit HH is a true and correct copy of (1) copyright
9  registration; (2) trademark registration; (3) December 2012 DMCA compliant take down notices;
10 and (4) screen captures showing the posting in July 2013.

11     45. "A Fucken Corner Store Fuck" is one of the Defendant posted videos, posted on
12 jizzhut.com. Attached hereto as Exhibit II is a true and correct copy of (1) copyright registration;
13 (2) trademark registration; (3) December 2012 DMCA compliant take down notices; and (4)
14 screen captures showing the posting in July 2013.

15     46. "A Fucken Corner Store Fuck" is one of the Defendant posted videos, posted on
16 moviesguy.com. Attached hereto as Exhibit JJ is a true and correct copy of (1) copyright
17 registration; (2) trademark registration; (3) December 2012 DMCA compliant take down notices;
18 and (4) screen captures showing the posting in July 2013.

19     47. "Female Wrestling" is one of the Defendant posted videos, posted on
20 moviesguy.com. Attached hereto as Exhibit KK is a true and correct copy of (1) copyright
21 registration; (2) trademark registration; (3) December 2012 DMCA compliant take down notices;
22 and (4) screen captures showing the posting in July 2013.

23     48. "The Training of a Slave" is one of the Defendant posted videos, posted on
24 moviesguy.com. Attached hereto as Exhibit LL is a true and correct copy of (1) copyright
25 registration; (2) trademark registration; (3) December 2012 DMCA compliant take down notices;
26 and (4) screen captures showing the posting in July 2013.

49. "Check Out The Tongue Licking Machine" is one of the Defendant posted videos, posted on jizzhut.com. Attached hereto as Exhibit MM is a true and correct copy of (1) copyright registration; (2) trademark registration; (3) December 2012 DMCA compliant take down notices; and (4) screen captures showing the posting in July 2013.

50. "Babydoll BDSM" is one of the Defendant posted videos, posted on hotfunhouse.com. Attached hereto as Exhibit NN is a true and correct copy of (1) copyright registration; (2) trademark registration; (3) December 2012 DMCA compliant take down notices; and (4) screen captures showing the first discovered posting and the posting in July 2013.

51. "Training Of A Slave" is one of the Defendant posted videos, posted on hotfunhouse.com. Attached hereto as Exhibit OO is a true and correct copy of (1) copyright registration; (2) trademark registration; (3) December 2012 DMCA compliant take down notices; and (4) screen captures showing the first discovered posting and the posting in July 2013.

52. "Female Wrestling" is one of the Defendant posted videos, posted on hotfunhouse.com. Attached hereto as Exhibit PP is a true and correct copy of (1) copyright registration; (2) trademark registration; (3) December 2012 DMCA compliant take down notices; and (4) screen captures showing the first discovered posted and the posting in July 2013.

53. "Eva Gets Her Ass Handed To Her" is one of the Defendant posted videos, posted on hotfunhouse.com. Attached hereto as Exhibit QQ is a true and correct copy of (1) copyright registration; (2) trademark registration; (3) December 2012 DMCA compliant take down notices; and (4) screen captures showing the posting in July 2013.

54. "Slut Forced to Fuck In Public" is one of the Defendant posted videos, posted on hotfunhouse.com. Attached hereto as Exhibit RR is a true and correct copy of (1) copyright registration; (2) trademark registration; (3) December 2012 DMCA compliant take down notices; and (4) screen captures showing the posting in July 2013.

55. "Check Out The Tongue Licking Machine" is one of the Defendant posted videos, posted on hotfunhouse.com. Attached hereto as Exhibit SS is a true and correct copy of (1)

1    copyright registration; (2) trademark registration; (3) December 2012 DMCA compliant take
2    down notices; and (4) screen captures showing the posting in July 2013.

3        56.    "Cute Brunette Gets Fucked By Machines" is one of the Defendant posted videos,
4    posted on hotfunhouse.com. Attached hereto as Exhibit TT is a true and correct copy of (1)
5    copyright registration; (2) trademark registration; (3) December 2012 DMCA compliant take
6    down notices; and (4) screen captures showing the posting in July 2013.

7        57.    "Two Chicks Battle Will Lorena" is one of the Defendant posted videos, posted
8    on hotfunhouse.com. Attached hereto as Exhibit UU is a true and correct copy of (1) copyright
9    registration; (2) trademark registration; (3) December 2012 DMCA compliant take down notices;
10   and (4) screen captures showing the posting in July 2013.

11       58.    "Eva Gets Her Ass Handed To Her" is one of the Defendant posted videos, posted
12   on onlyjizz.com. Attached hereto as Exhibit VV is a true and correct copy of (1) copyright
13   registration; (2) trademark registration; (3) December 2012 DMCA compliant take down notices;
14   and (4) screen captures showing the posting in July 2013.

15       59.    "Female Wrestling" is one of the Defendant posted videos, posted on
16   onlyjizz.com. Attached hereto as Exhibit WW is a true and correct copy of (1) copyright
17   registration; (2) trademark registration; (3) December 2012 DMCA compliant take down notices;
18   and (4) screen captures showing the posting in July 2013.

19       60.    "The Training of a Slave" is one of the Defendant posted videos, posted on
20   onlyjizz.com. Attached hereto as Exhibit XX is a true and correct copy of (1) copyright
21   registration; (2) trademark registration; (3) December 2012 DMCA compliant take down notices;
22   and (4) screen captures showing the posting in July 2013.

23       61.    "The Training of a Slave" is one of the Defendant posted videos, posted on
24   youjizz.com. Attached hereto as Exhibit YY is a true and correct copy of (1) copyright
25   registration; (2) trademark registration; (3) December 2012 DMCA compliant take down notices;
26   and (4) screen captures showing the posting in July 2013.

62. "Check Out The Tongue Licking Machine" is one of the Defendant posted videos, posted on youjizz.com. Attached hereto as Exhibit ZZ is a true and correct copy of (1) copyright registration; (2) trademark registration; (3) December 2012 DMCA compliant take down notices; and (4) screen captures showing the posting in July 2013.

63. "Check Out The Tongue Licking Machine" is one of the Defendant posted videos, posted on onlyjizz.com. Attached hereto as Exhibit AAA is a true and correct copy of (1) copyright registration; (2) trademark registration; (3) December 2012 DMCA compliant take down notices; and (4) screen captures showing the posting in July 2013.

64. "Cute Brunette Gets Fucked By Machines" is one of the Defendant posted videos, posted on onlyjizz.com. Attached hereto as Exhibit BBB is a true and correct copy of (1) copyright registration; (2) trademark registration; (3) December 2012 DMCA compliant take down notices; and (4) screen captures showing the posting in July 2013.

65. "Female Wrestling" is one of the Defendant posted videos, posted on youjizz.com. Attached hereto as Exhibit CCC is a true and correct copy of (1) copyright registration; (2) trademark registration; (3) December 2012 DMCA compliant take down notices; and (4) screen captures showing the posting in July 2013.

66. "Two Chick Battle Will Lorena" is one of the Defendant posted videos, posted on youjizz.com. Attached hereto as Exhibit DDD is a true and correct copy of (1) copyright registration; (2) trademark registration; (3) December 2012 DMCA compliant take down notices; and (4) screen captures showing the posting in July 2013.

67. "A Fucken Corner Store Fuck" is one of the Defendant posted videos, posted on youjizz.com. Attached hereto as Exhibit EEE is a true and correct copy of (1) copyright registration; (2) trademark registration; (3) December 2012 DMCA compliant take down notices; and (4) screen captures showing the posting in July 2013.

68. "Cute Brunette Gets Fucked By Machines" is one of the Defendant posted videos, posted on youjizz.com. Attached hereto as Exhibit FFF is a true and correct copy of (1) copyright

1  registration; (2) trademark registration; (3) December 2012 DMCA compliant take down notices;
2  and (4) screen captures showing the posting in July 2013.
3       69.   "Female Wrestling" is one of the Defendant posted videos, posted on jixxhut.com.
4  Attached hereto as Exhibit GGG is a true and correct copy of (1) copyright registration; (2)
5  trademark registration; (3) December 2012 DMCA compliant take down notices; and (4) screen
6  captures showing the posting in July 2013.
7       70.   "Two Chicks Battle Will Lorena" is one of the Defendant posted videos, posted
8  on onlyjizz.com. Attached hereto as Exhibit HHH is a true and correct copy of (1) copyright
9  registration; (2) trademark registration; (3) December 2012 DMCA compliant take down notices;
10 and (4) screen captures showing the posting in July 2013.

12   I declare under the penalty of perjury under the laws of the United States of America that
13 the foregoing is true and correct.
14   Execute on the 13th day of August, 2013 at Phoenix, Arizona.

                                            */s/ Jason Tucker*
                                            Jason Tucker