# **<u>EXHIBIT A</u>**

**COPYRIGHT REGISTRATION FORM**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-766-566

**Effective date of registration:**

December 20, 2011

---

## Title

**Title of Work:** 11229_holly_heart

## Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** January 28, 2011   **Nation of 1st Publication:** United States

## Author

- **Author:** Cybernet Entertainment LLC

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States   **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Cybernet Entertainment LLC

1800 Mission St., San Francisco, CA, 94103, United States

## Rights and Permissions

**Name:** Peter  Acworth

**Email:** peter@kink.com

**Address:** 1800 Mission St.

San Francisco, CA 94103  United States

## Certification

**Name:** John Sander

**Date:** December 20, 2011

---

# TRADEMARK REGISTRATIONS



### United States Patent and Trademark Office

**Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help**

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Mar 15 04:35:46 EDT 2012*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST |
| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

**Logout**   Please logout when you are done to release system resources allocated for you.

**Start**   List At: _____   OR   **Jump**   to record: _____   **Record 11 out of 11**

---

| TARR Status | ASSIGN Status | TDR | TTAB Status |   *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | K |
| **Goods and Services** | IC 041. US 100 101 107. G & S: Entertainment Services namely providing a website featuring, photographic, audio, video and prose presentations featuring adult entertainment. FIRST USE: 20060101. FIRST USE IN COMMERCE: 20060918 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 03.13.25 - Ears of four-footed mammals or primates (excluding humans); Eyes of four-footed mammals or primates (excluding humans); Other parts of four-footed mammals or primates (excluding humans); Snouts of four-footed mammals or primates (excluding humans); Tails of four-footed mammals or primates (excluding humans); Teeth of four-footed mammals or primates (excluding humans); Tusks of four-footed mammals or primates (excluding humans) <br> 26.09.21 - Squares that are completely or partially shaded <br> 27.01.02 - Animals composed of letters or numerals; Letters forming animals; Numbers forming animals; Punctuation forming animals |
| **Trademark Search Facility Classification Code** | ANI-MISC Part of the animals including animal bones,horns,claws,shells,eyes,coral,paws,eggs, feathers,hides or skins <br> LETS-1 K A single letter, multiples of a single letter or in combination with a design <br> SHAPES-COLORS-2 Design listing or lined for two colors <br> SHAPES-GEOMETRIC Geometric figures and solids including squares, rectangles, quadrilaterals and polygons |
| **Serial Number** | 77001274 |
| **Filing Date** | September 18, 2006 |
| **Current Filing Basis** | 1A |

| | |
|---|---|
| **Original Filing Basis** | 1A |
| **Published for Opposition** | September 25, 2007 |
| **Registration Number** | 3396959 |
| **Registration Date** | March 18, 2008 |
| **Owner** | (REGISTRANT) **CyberNet Entertainment, LLC** LIMITED LIABILITY COMPANY NEW YORK 942 MISSION STREET San Francisco CALIFORNIA 94103 |
| **Attorney of Record** | Anthony J. Patek |
| **Description of Mark** | The color(s) red and black is/are claimed as a feature of the mark. The mark consists of The letter "K" in a graphical format, with the stem of the K stylized into a pointed tail. The color red appears as the stylized letter "K" over a black rectangle. |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG   TOP   HELP   PREV LIST   CURR LIST   NEXT LIST

FIRST DOC   PREV DOC   NEXT DOC   LAST DOC

| .HOME | SITE INDEX | SEARCH | *e*BUSINESS | HELP | PRIVACY POLICY



## United States Patent and Trademark Office

**Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help**

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Mar 15 04:35:46 EDT 2012*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST |
|---|---|---|---|---|---|---|---|---|---|---|
| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout   Please logout when you are done to release system resources allocated for you.

Start   List At:          OR   Jump   to record:          **Record 10 out of 11**

TARR Status   ASSIGN Status   TDR   TTAB Status   *( Use the "Back" button of the Internet Browser to return to TESS)*

# kink.com

| | |
|---|---|
| **Word Mark** | KINK.COM |
| **Goods and Services** | IC 041. US 100 101 107. G & S: Entertainment Services namely providing a website featuring, photographic, audio, video and prose presentations featuring adult entertainment. FIRST USE: 20060101. FIRST USE IN COMMERCE: 20060210 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Trademark Search Facility Classification Code** | NOTATION-SYMBOLS Notation Symbols such as Non-Latin characters,punctuation and mathematical signs,zodiac signs,prescription marks |
| **Serial Number** | 77001285 |
| **Filing Date** | September 18, 2006 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Date Amended to Current Register** | September 14, 2007 |
| **Registration Number** | 3379745 |

Case 2:12-cv-01101-SPL   Document 120-1   Filed 08/13/14   Page 8 of 75

| | |
|---|---|
| **Registration Date** | February 5, 2008 |
| **Owner** | (REGISTRANT) **CyberNet Entertainment, LLC** LIMITED LIABILITY COMPANY NEW YORK 942 MISSION STREET San Francisco CALIFORNIA 94103 |
| **Attorney of Record** | Anthony J. Patek |
| **Type of Mark** | SERVICE MARK |
| **Register** | SUPPLEMENTAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST
FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

**SAMPLES PRE DMCA NOTIFICATION**





**DMCA LETTER TO AGENT**



December 4, 2012

International Media, Ltd.
Designated Agent: Lawrence G. Walters, Esquire
195 W. Pine Avenue
Longwood, Florida 32750

**DMCA Notice of Copyright and Trademark Infringement**

Dear International Media, Ltd.,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United States of America and the State of California that to the best of my knowledge and belief the foregoing is true and correct and I have the authority to act on behalf of the owner of the copyright(s) and trademarks involved.

I have a good faith belief that the items or materials listed below are not authorized by law for use by the above named domain name owner or their agents and therefore infringes the copyright and trademark owner's rights. I hereby demand that you act expeditiously to remove or disable access to the material or items claimed to be infringing.

My contact information is as follows:
Cybernet Entertainment LLC d/b/a Kink.com
Attn: Jason Tucker
Jason@kink.com
837 Central Avenue, Northwood, IA 50459

Allegedly Infringing items or materials: 11229_holly_heart.

Infringing material that I demand be disabled or removed in consideration of the above:
http://www.jizzbo.com/videos/holly-heart-bdsm-2305868.html

Location of ORIGINAL WORKS:
http://www.kinkondemand.com/kod/shoot/11229

Furthermore, cease and desist use of Cybernet Entertainment LLC 's Exclusive Trade Marks and provide us with written proof of its removal from the Web site(s): 3396959, 3379745

This correspondence and all of its contents is without prejudice to Cybernet Entertainment LLC and/or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

Jason Tucker
for Cybernet Entertainment LLC d/b/a Kink.com

THE ARMORY   1800 MISSION ST   SAN FRANCISCO, CA 94103
STUDIO (415) 856.0771   FAX (415) 856.0772

**SAMPLES POST DMCA NOTIFICATION**





# **EXHIBIT B**

**COPYRIGHT REGISTRATION FORM**

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

# PA 1-762-437

**Effective date of
registration:**

November 21, 2011

---

## Title

Title of Work: 14418_skin

## Completion/Publication

Year of Completion: 2011

Date of 1st Publication: August 8, 2011          Nation of 1st Publication: United States

## Author

- Author: Cybernet Entertainment LLC

Author Created: entire motion picture

Work made for hire: Yes

Citizen of: United States          Domiciled in: United States

## Copyright claimant

Copyright Claimant: Cybernet Entertainment LLC

1800 Mission St., San Francisco, CA, 94103, United States

## Rights and Permissions

Name: Peter Acworth

Email: peter@kink.com

Address: 1800 Mission St.

San Francisco, CA 94103 United States

## Certification

Name: John Sander

Date: December 19, 2011

---

Correspondence: Yes

Copyright Office notes: Regarding certification: Certification affirmed by email with John Sander
on 12/19/2011.

**TRADEMARK REGISTRATIONS**



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Thu Mar 15 04:35:46 EDT 2012*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST |
| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout    Please logout when you are done to release system resources allocated for you.

Start   List At:        OR   Jump   to record:        **Record 8 out of 11**

TARR Status   ASSIGN Status   TDR   TTAB Status   *( Use the "Back" button of the Internet Browser to return to TESS)*

# Hogtied

| | |
|---|---|
| **Word Mark** | HOGTIED |
| **Goods and Services** | IC 041. US 100 101 107. G & S: entertainment services namely providing a website featuring, photographic, audio, video and prose presentations featuring adult entertainment; providing on-line information, instruction, and commentary in the field of adult entertainment; entertainment services, namely, providing a web site featuring adult performances, adult videos, adult film clips, adult photographs, and other adult multimedia materials; motion picture film production; and production and distribution of motion pictures. FIRST USE: 19970731. FIRST USE IN COMMERCE: 19970731 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 77110175 |
| **Filing Date** | February 17, 2007 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | September 4, 2007 |
| **Registration Number** | 3338653 |
| **Registration Date** | November 20, 2007 |

| | |
|---|---|
| **Owner** | (REGISTRANT) **CyberNet Entertainment, LLC** LIMITED LIABILITY COMPANY NEW YORK 942 MISSION STREET San Francisco CALIFORNIA 94103 |
| **Attorney of Record** | Anthony J. Patek |
| **Prior Registrations** | 3155377 |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL-2(F) |
| **Live/Dead Indicator** | LIVE |

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG   TOP   HELP   PREV LIST   CURR LIST   NEXT LIST
FIRST DOC   PREV DOC   NEXT DOC   LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Thu Mar 15 04:35:46 EDT 2012*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST |

| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout   Please logout when you are done to release system resources allocated for you.

Start   List At:           OR   Jump   to record:        **Record 11 out of 11**

---

TARR Status   ASSIGN Status   TDR   TTAB Status   *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | K |
| **Goods and Services** | IC 041. US 100 101 107. G & S: Entertainment Services namely providing a website featuring, photographic, audio, video and prose presentations featuring adult entertainment. FIRST USE: 20060101. FIRST USE IN COMMERCE: 20060918 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 03.13.25 - Ears of four-footed mammals or primates (excluding humans); Eyes of four-footed mammals or primates (excluding humans); Other parts of four-footed mammals or primates (excluding humans); Snouts of four-footed mammals or primates (excluding humans); Tails of four-footed mammals or primates (excluding humans); Teeth of four-footed mammals or primates (excluding humans); Tusks of four-footed mammals or primates (excluding humans)<br>26.09.21 - Squares that are completely or partially shaded<br>27.01.02 - Animals composed of letters or numerals; Letters forming animals; Numbers forming animals; Punctuation forming animals |
| **Trademark Search Facility Classification Code** | ANI-MISC Part of the animals including animal bones,horns,claws,shells,eyes,coral,paws,eggs, feathers,hides or skins<br>LETS-1 K A single letter, multiples of a single letter or in combination with a design<br>SHAPES-COLORS-2 Design listing or lined for two colors<br>SHAPES-GEOMETRIC Geometric figures and solids including squares, rectangles, quadrilaterals and polygons |
| **Serial Number** | 77001274 |
| **Filing Date** | September 18, 2006 |
| **Current Filing Basis** | 1A |

| | |
|---|---|
| **Original Filing Basis** | 1A |
| **Published for Opposition** | September 25, 2007 |
| **Registration Number** | 3396959 |
| **Registration Date** | March 18, 2008 |
| **Owner** | (REGISTRANT) **CyberNet Entertainment, LLC** LIMITED LIABILITY COMPANY NEW YORK 942 MISSION STREET San Francisco CALIFORNIA 94103 |
| **Attorney of Record** | Anthony J. Patek |
| **Description of Mark** | The color(s) red and black is/are claimed as a feature of the mark. The mark consists of The letter "K" in a graphical format, with the stem of the K stylized into a pointed tail. The color red appears as the stylized letter "K" over a black rectangle. |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST

FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Thu Mar 15 04:35:46 EDT 2012*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST |
| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At:    OR  Jump  to record:    **Record 10 out of 11**

TARR Status  ASSIGN Status  TDR  TTAB Status  *( Use the "Back" button of the Internet Browser to return to TESS)*

# kink.com

| | |
|---|---|
| **Word Mark** | KINK.COM |
| **Goods and Services** | IC 041. US 100 101 107. G & S: Entertainment Services namely providing a website featuring, photographic, audio, video and prose presentations featuring adult entertainment. FIRST USE: 20060101. FIRST USE IN COMMERCE: 20060210 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Trademark Search Facility Classification Code** | NOTATION-SYMBOLS Notation Symbols such as Non-Latin characters,punctuation and mathematical signs,zodiac signs,prescription marks |
| **Serial Number** | 77001285 |
| **Filing Date** | September 18, 2006 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Date Amended to Current Register** | September 14, 2007 |
| **Registration Number** | 3379745 |

| | |
|---|---|
| **Registration Date** | February 5, 2008 |
| **Owner** | (REGISTRANT) **CyberNet Entertainment, LLC** LIMITED LIABILITY COMPANY NEW YORK 942 MISSION STREET San Francisco CALIFORNIA 94103 |
| **Attorney of Record** | Anthony J. Patek |
| **Type of Mark** | SERVICE MARK |
| **Register** | SUPPLEMENTAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST
FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

**SAMPLES PRE DMCA NOTIFICATION**





**DMCA LETTER TO AGENT**



December 4, 2012

International Media, Ltd.
Designated Agent: Lawrence G. Walters, Esquire
195 W. Pine Avenue
Longwood, Florida 32750

**DMCA Notice of Copyright and Trademark Infringement**

Dear International Media, Ltd.,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United States of America and the State of California that to the best of my knowledge and belief the foregoing is true and correct and I have the authority to act on behalf of the owner of the copyright(s) and trademarks involved.

I have a good faith belief that the items or materials listed below are not authorized by law for use by the above named domain name owner or their agents and therefore infringes the copyright and trademark owner's rights. I hereby demand that you act expeditiously to remove or disable access to the material or items claimed to be infringing.

My contact information is as follows:
Cybernet Entertainment LLC d/b/a Kink.com
Attn: Jason Tucker
Jason@kink.com
837 Central Avenue, Northwood, IA 50459

Allegedly Infringing items or materials: 14418_skin.

Infringing material that I demand be disabled or removed in consideration of the above:
http://www.jizzbo.com/videos/skin-diamond-bdsm-1-2303116.html

Location of ORIGINAL WORKS:
http://www.kinkondemand.com/kod/shoot/14418

Furthermore, cease and desist use of Cybernet Entertainment LLC 's Exclusive Trade Marks and provide us with written proof of its removal from the Web site(s): 3396959, 3379745, 3338653

This correspondence and all of its contents is without prejudice to Cybernet Entertainment LLC and/or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

Jason Tucker
for Cybernet Entertainment LLC d/b/a Kink.com

**SAMPLES POST DMCA NOTIFICATION**





# **EXHIBIT C**

**COPYRIGHT REGISTRATION FORM**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-780-912

**Effective date of registration:**

March 14, 2012

## Title

**Title of Work:** 6303_CeciliaVega

## Completion/Publication

**Year of Completion:** 2009

**Date of 1st Publication:** March 12, 2009      **Nation of 1st Publication:** United States

## Author

■      **Author:** Cybernet Entertainment LLC

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States      **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Cybernet Entertainment LLC

1800 Mission St., San Francisco, CA, 94103, United States

## Rights and Permissions

**Name:** Peter Acworth

**Email:** peter@kink.com

**Address:** 1800 Mission St.

San Francisco, CA 94103 United States

## Certification

**Name:** John Sander

**Date:** March 13, 2012

# TRADEMARK REGISTRATIONS



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

TESS was last updated on Thu Mar 15 04:35:46 EDT 2012

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | | HELP | | PREV LIST | CURR LIST | NEXT LIST |
| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout   Please logout when you are done to release system resources allocated for you.

Start   List At:         OR   Jump   to record:         **Record 8 out of 11**

TARR Status | ASSIGN Status | TDR | TTAB Status   *( Use the "Back" button of the Internet Browser to return to TESS)*

# Hogtied

| | |
|---|---|
| **Word Mark** | HOGTIED |
| **Goods and Services** | IC 041. US 100 101 107. G & S: entertainment services namely providing a website featuring, photographic, audio, video and prose presentations featuring adult entertainment; providing on-line information, instruction, and commentary in the field of adult entertainment; entertainment services, namely, providing a web site featuring adult performances, adult videos, adult film clips, adult photographs, and other adult multimedia materials; motion picture film production; and production and distribution of motion pictures. FIRST USE: 19970731. FIRST USE IN COMMERCE: 19970731 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 77110175 |
| **Filing Date** | February 17, 2007 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | September 4, 2007 |
| **Registration Number** | 3338653 |
| **Registration Date** | November 20, 2007 |

| | |
|---|---|
| **Owner** | (REGISTRANT) **CyberNet Entertainment, LLC** LIMITED LIABILITY COMPANY NEW YORK 942 MISSION STREET San Francisco CALIFORNIA 94103 |
| **Attorney of Record** | Anthony J. Patek |
| **Prior Registrations** | 3155377 |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL-2(F) |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST
FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Mar 15 04:35:46 EDT 2012*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST |

| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout  Please logout when you are done to release system resources allocated for you.

Start   List At:        OR   Jump   to record:        **Record 11 out of 11**

---

| TARR Status | ASSIGN Status | TDR | TTAB Status |  *( Use the "Back" button of the Internet Browser to return to TESS)*



| **Word Mark** | K |
|---|---|
| **Goods and Services** | IC 041. US 100 101 107. G & S: Entertainment Services namely providing a website featuring, photographic, audio, video and prose presentations featuring adult entertainment. FIRST USE: 20060101. FIRST USE IN COMMERCE: 20060918 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 03.13.25 - Ears of four-footed mammals or primates (excluding humans); Eyes of four-footed mammals or primates (excluding humans); Other parts of four-footed mammals or primates (excluding humans); Snouts of four-footed mammals or primates (excluding humans); Tails of four-footed mammals or primates (excluding humans); Teeth of four-footed mammals or primates (excluding humans); Tusks of four-footed mammals or primates (excluding humans) <br> 26.09.21 - Squares that are completely or partially shaded <br> 27.01.02 - Animals composed of letters or numerals; Letters forming animals; Numbers forming animals; Punctuation forming animals |
| **Trademark Search Facility Classification Code** | ANI-MISC Part of the animals including animal bones,horns,claws,shells,eyes,coral,paws,eggs, feathers,hides or skins <br> LETS-1 K A single letter, multiples of a single letter or in combination with a design <br> SHAPES-COLORS-2 Design listing or lined for two colors <br> SHAPES-GEOMETRIC Geometric figures and solids including squares, rectangles, quadrilaterals and polygons |
| **Serial Number** | 77001274 |
| **Filing Date** | September 18, 2006 |
| **Current Filing Basis** | 1A |

| | |
|---|---|
| **Original Filing Basis** | 1A |
| **Published for Opposition** | September 25, 2007 |
| **Registration Number** | 3396959 |
| **Registration Date** | March 18, 2008 |
| **Owner** | (REGISTRANT) **CyberNet Entertainment, LLC** LIMITED LIABILITY COMPANY NEW YORK 942 MISSION STREET San Francisco CALIFORNIA 94103 |
| **Attorney of Record** | Anthony J. Patek |
| **Description of Mark** | The color(s) red and black is/are claimed as a feature of the mark. The mark consists of The letter "K" in a graphical format, with the stem of the K stylized into a pointed tail. The color red appears as the stylized letter "K" over a black rectangle. |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME  NEW USER  STRUCTURED  FREE FORM  BROWSE DICT  SEARCH OG  TOP  HELP  PREV LIST  CURR LIST  NEXT LIST

FIRST DOC  PREV DOC  NEXT DOC  LAST DOC

| .HOME | SITE INDEX| SEARCH | *e*BUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Mar 15 04:35:46 EDT 2012*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST |

| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout   Please logout when you are done to release system resources allocated for you.

Start   List At:          OR   Jump   to record:          **Record 10 out of 11**

| TARR Status | ASSIGN Status | TDR | TTAB Status |   *( Use the "Back" button of the Internet Browser to return to TESS)*

# kink.com

| | |
|---|---|
| **Word Mark** | KINK.COM |
| **Goods and Services** | IC 041. US 100 101 107. G & S: Entertainment Services namely providing a website featuring, photographic, audio, video and prose presentations featuring adult entertainment. FIRST USE: 20060101. FIRST USE IN COMMERCE: 20060210 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Trademark Search Facility Classification Code** | NOTATION-SYMBOLS Notation Symbols such as Non-Latin characters,punctuation and mathematical signs,zodiac signs,prescription marks |
| **Serial Number** | 77001285 |
| **Filing Date** | September 18, 2006 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Date Amended to Current Register** | September 14, 2007 |
| **Registration Number** | 3379745 |

| | |
|---|---|
| **Registration Date** | February 5, 2008 |
| **Owner** | (REGISTRANT) **CyberNet Entertainment, LLC** LIMITED LIABILITY COMPANY NEW YORK 942 MISSION STREET San Francisco CALIFORNIA 94103 |
| **Attorney of Record** | Anthony J. Patek |
| **Type of Mark** | SERVICE MARK |
| **Register** | SUPPLEMENTAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

# SAMPLES PRE DMCA NOTIFICATION



**DMCA LETTER TO AGENT**



December 4, 2012

International Media, Ltd.
Designated Agent: Lawrence G. Walters, Esquire
195 W. Pine Avenue
Longwood, Florida 32750

**DMCA Notice of Copyright and Trademark Infringement**

Dear International Media, Ltd.,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United States of America and the State of California that to the best of my knowledge and belief the foregoing is true and correct and I have the authority to act on behalf of the owner of the copyright(s) and trademarks involved.

I have a good faith belief that the items or materials listed below are not authorized by law for use by the above named domain name owner or their agents and therefore infringes the copyright and trademark owner's rights. I hereby demand that you act expeditiously to remove or disable access to the material or items claimed to be infringing.

My contact information is as follows:
Cybernet Entertainment LLC d/b/a Kink.com
Attn: Jason Tucker
Jason@kink.com
837 Central Avenue, Northwood, IA 50459

Allegedly Infringing items or materials: Babydoll BDSM

Infringing material that I demand be disabled or removed in consideration of the above:
http://www.jizzonline.com/videos/babydoll-bdsm--2293258.html

Location of ORIGINAL WORKS:
http://www.kinkondemand.com/kod/shoot/603

Furthermore, cease and desist use of Cybernet Entertainment LLC 's Exclusive Trade Marks and provide us with written proof of its removal from the Web site(s): 3396959, 3379745, 3338653

This correspondence and all of its contents is without prejudice to Cybernet Entertainment LLC and/or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

Jason Tucker
for Cybernet Entertainment LLC d/b/a Kink.com

THE ARMORY  1800 MISSION ST  SAN FRANCISCO, CA 94103
STUDIO (415) 856.0771  FAX (415) 856.0772

**SAMPLES POST DMCA NOTIFICATION**







# **<u>EXHIBIT D</u>**

**COPYRIGHT REGISTRATION FORM**

![Copyright — United States Copyright Office]

**Help**    **Search**    **History**    **Titles**    **Start Over**

# Public Catalog

Copyright Catalog (1978 to present)

Search Request: Left Anchored Copyright Number = PA0001736931

Search Results: Displaying 1 of 1 entries



**Labeled View**

*Kink.com movies 2007.*

| | |
|---|---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0001736931 / 2010-08-12 |
| **Application Title:** | Kink.com movies 2007. |
| **Title:** | Kink.com movies 2007. |
| **Description:** | DVD-ROM. |
| **Copyright Claimant:** | Cybernet Entertainment, LLC d.b.a. Kink.com. Address: 942 Mission Street, San Francisco, CA, 94103. |
| **Date of Creation:** | 2007 |
| **Date of Publication:** | 2007-12-18 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Cybernet Entertainment, LLC d.b.a. Kink.com, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture. |
| **Rights and Permissions:** | Harrison Wheeler, One Biscayne Tower, Suite 2680, 2 South Biscayne Blvd., Miami, FL, (305) 374-0501, harrison@markbryn.com |
| **Names:** | Cybernet Entertainment, LLC |
| | Kink.com |



| Save, Print and Email (**Help Page**) |
|---|
| Select Download Format   Full Record    Format for Print/Save |
| Enter your email address:     Email |

Help    Search    History    Titles    Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |

Copyright Office Home Page  |  Library of Congress Home Page

**SAMPLES PRE DMCA NOTIFICATION**



For an alternative, try our [time image] page.



# DMCA LETTER TO AGENT



December 4, 2012

International Media, Ltd.
Designated Agent: Lawrence G. Walters, Esquire
195 W. Pine Avenue
Longwood, Florida 32750

**DMCA Notice of Copyright and Trademark Infringement**

Dear International Media, Ltd.,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United States of America and the State of California that to the best of my knowledge and belief the foregoing is true and correct and I have the authority to act on behalf of the owner of the copyright(s) and trademarks involved.

I have a good faith belief that the items or materials listed below are not authorized by law for use by the above named domain name owner or their agents and therefore infringes the copyright and trademark owner's rights. I hereby demand that you act expeditiously to remove or disable access to the material or items claimed to be infringing.

My contact information is as follows:
Cybernet Entertainment LLC d/b/a Kink.com
Attn: Jason Tucker
Jason@kink.com
837 Central Avenue, Northwood, IA 50459

Allegedly Infringing items or materials: Female Wrestling

Infringing material that I demand be disabled or removed in consideration of the above:
http://www.jizzonline.com/videos/female-wrestling--2268766.html

Location of ORIGINAL WORKS:
http://www.kinkondemand.com/kod/shoot/3998

Furthermore, cease and desist use of Cybernet Entertainment LLC 's Exclusive Trade Marks and provide us with written proof of its removal from the Web site(s): 3396959, 3379745, 3273365

This correspondence and all of its contents is without prejudice to Cybernet Entertainment LLC and/or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

Jason Tucker
for Cybernet Entertainment LLC d/b/a Kink.com

THE ARMORY  1800 MISSION ST  SAN FRANCISCO, CA 94103
STUDIO (415) 856.0771  FAX (415) 856.0772

**SAMPLES POST DMCA NOTIFICATION**



For an alternative, try our time widget page.



# **EXHIBIT E**

# COPYRIGHT REGISTRATION FORM



The Library of Congress catalogs will not be available between 9:00pm
and 10:00pm U.S. EDT on Tuesday, September 10 while the Library
performs maintenance. We regret any inconvenience to our users.

| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = PA0001738616
Search Results: Displaying 1 of 1 entries



Labeled View

*Kink.com movies 2008.*

| | |
|---|---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0001738616 / 2010-08-12 |
| **Application Title:** | Kink.com movies 2008. |
| **Title:** | Kink.com movies 2008. |
| **Description:** | DVD-ROM. |
| **Copyright Claimant:** | Cybernet Entertainment, LLC d.b.a. Kink.com. Address: 942 Mission Street, San Francisco, CA, 94103. |
| **Date of Creation:** | 2008 |
| **Date of Publication:** | 2008-11-21 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Cybernet Entertainment, LLC d.b.a. Kink.com, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture. |
| **Rights and Permissions:** | Harrison Wheeler, One Biscayne Tower, Suite 2680, 2 South Biscayne Blvd., Miami, FL, (305) 374-0501, harrison@markbryn.com |
| **Names:** | Cybernet Entertainment, LLC |
| | Kink.com |



| Save, Print and Email (**Help Page**) |
|---|
| Select Download Format   Full Record     Format for Print/Save |
| Enter your email address:                Email |

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page

# SAMPLES PRE DMCA NOTIFICATION





**DMCA LETTER TO AGENT**



December 4, 2012

International Media, Ltd.
Designated Agent: Lawrence G. Walters, Esquire
195 W. Pine Avenue
Longwood, Florida 32750

**DMCA Notice of Copyright and Trademark Infringement**

Dear International Media, Ltd.,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United States of America and the State of California that to the best of my knowledge and belief the foregoing is true and correct and I have the authority to act on behalf of the owner of the copyright(s) and trademarks involved.

I have a good faith belief that the items or materials listed below are not authorized by law for use by the above named domain name owner or their agents and therefore infringes the copyright and trademark owner's rights. I hereby demand that you act expeditiously to remove or disable access to the material or items claimed to be infringing.

My contact information is as follows:
Cybernet Entertainment LLC d/b/a Kink.com
Attn: Jason Tucker
Jason@kink.com
837 Central Avenue, Northwood, IA 50459

Allegedly Infringing items or materials: The Training Of A Slave

Infringing material that I demand be disabled or removed in consideration of the above:
http://www.jizzbo.com/videos/the-training-of-a-slave--2283240.html

Location of ORIGINAL WORKS:
http://www.kinkondemand.com/kod/shoot/4936

Furthermore, cease and desist use of Cybernet Entertainment LLC 's Exclusive Trade Marks and provide us with written proof of its removal from the Web site(s): 3396959, 3379745, 3899553

This correspondence and all of its contents is without prejudice to Cybernet Entertainment LLC and/or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

Jason Tucker
for Cybernet Entertainment LLC d/b/a Kink.com

THE ARMORY  1800 MISSION ST  SAN FRANCISCO, CA 94103
STUDIO (415) 856.0771  FAX (415) 856.0772

**SAMPLES POST DMCA NOTIFICATION**



