# EXHIBIT AAA

**COPYRIGHT REGISTRATION FORM**



The Library of Congress catalogs will not be available between 9:00pm
and 10:00pm U.S. EDT on Tuesday, September 10 while the Library
performs maintenance. We regret any inconvenience to our users.

| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = PA0001736930
Search Results: Displaying 1 of 1 entries



**Labeled View**

*Kink.com movies 2009.*

|  |  |
|---|---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0001736930 / 2010-08-12 |
| **Application Title:** | Kink.com movies 2009. |
| **Title:** | Kink.com movies 2009. |
| **Description:** | DVD-ROM. |
| **Copyright Claimant:** | Cybernet Entertainment, LLC d.b.a. Kink.com. Address: 942 Mission Street, San Francisco, CA, 94103. |
| **Date of Creation:** | 2009 |
| **Date of Publication:** | 2009-11-10 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Cybernet Entertainment, LLC d.b.a. Kink.com, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture. |
| **Rights and Permissions:** | Harrison Wheeler, One Biscayne Tower, Suite 2680, 2 South Biscayne Blvd., Miami, FL, (305) 374-0501, harrison@markbryn.com |
| **Names:** | Cybernet Entertainment, LLC |
|  | Kink.com |



| Save, Print and Email (**Help Page**) |
|---|
| Select Download Format  Full Record    Format for Print/Save |
| Enter your email address:                    Email |

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page

# DMCA LETTER TO AGENT



December 4, 2012

International Media, Ltd.
Designated Agent: Lawrence G. Walters, Esquire
195 W. Pine Avenue
Longwood, Florida 32750

**DMCA Notice of Copyright and Trademark Infringement**

Dear International Media, Ltd.,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United States of America and the State of California that to the best of my knowledge and belief the foregoing is true and correct and I have the authority to act on behalf of the owner of the copyright(s) and trademarks involved.

I have a good faith belief that the items or materials listed below are not authorized by law for use by the above named domain name owner or their agents and therefore infringes the copyright and trademark owner's rights. I hereby demand that you act expeditiously to remove or disable access to the material or items claimed to be infringing.

My contact information is as follows:
Cybernet Entertainment LLC d/b/a Kink.com
Attn: Jason Tucker
Jason@kink.com
837 Central Avenue, Northwood, IA 50459

Allegedly Infringing items or materials: Check Out The Tongue Licking Machine

Infringing material that I demand be disabled or removed in consideration of the above:
http://www.onlyjizz.com/videos/check-out-the-tongue-licking-machine-2176469.html

Location of ORIGINAL WORKS:
http://www.kinkondemand.com/kod/shoot/6905

Furthermore, cease and desist use of Cybernet Entertainment LLC 's Exclusive Trade Marks and provide us with written proof of its removal from the Web site(s): 3396959, 3379745

This correspondence and all of its contents is without prejudice to Cybernet Entertainment LLC and/or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

Jason Tucker
for Cybernet Entertainment LLC d/b/a Kink.com

THE ARMORY  1800 MISSION ST  SAN FRANCISCO, CA 94103
STUDIO (415) 856.0771  FAX (415) 856.0772

**SAMPLES POST DMCA NOTIFICATION**



For an alternative, try our time widget page.



# EXHIBIT BBB

**COPYRIGHT REGISTRATION FORM**



The Library of Congress catalogs will not be available between 9:00pm
and 10:00pm U.S. EDT on Tuesday, September 10 while the Library
performs maintenance. We regret any inconvenience to our users.

| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = PA0001736930
Search Results: Displaying 1 of 1 entries



**Labeled View**

*Kink.com movies 2009.*

|  |  |
|---|---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0001736930 / 2010-08-12 |
| **Application Title:** | Kink.com movies 2009. |
| **Title:** | Kink.com movies 2009. |
| **Description:** | DVD-ROM. |
| **Copyright Claimant:** | Cybernet Entertainment, LLC d.b.a. Kink.com. Address: 942 Mission Street, San Francisco, CA, 94103. |
| **Date of Creation:** | 2009 |
| **Date of Publication:** | 2009-11-10 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Cybernet Entertainment, LLC d.b.a. Kink.com, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture. |
| **Rights and Permissions:** | Harrison Wheeler, One Biscayne Tower, Suite 2680, 2 South Biscayne Blvd., Miami, FL, (305) 374-0501, harrison@markbryn.com |
| **Names:** | Cybernet Entertainment, LLC |
|  | Kink.com |



| Save, Print and Email (**Help Page**) |
|---|
| Select Download Format  Full Record    Format for Print/Save |
| Enter your email address:                        Email |

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page

**DMCA LETTER TO AGENT**



December 4, 2012

International Media, Ltd.
Designated Agent: Lawrence G. Walters, Esquire
195 W. Pine Avenue
Longwood, Florida 32750

**DMCA Notice of Copyright and Trademark Infringement**

Dear International Media, Ltd.,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United States of America and the State of California that to the best of my knowledge and belief the foregoing is true and correct and I have the authority to act on behalf of the owner of the copyright(s) and trademarks involved.

I have a good faith belief that the items or materials listed below are not authorized by law for use by the above named domain name owner or their agents and therefore infringes the copyright and trademark owner's rights. I hereby demand that you act expeditiously to remove or disable access to the material or items claimed to be infringing.

My contact information is as follows:
Cybernet Entertainment LLC d/b/a Kink.com
Attn: Jason Tucker
Jason@kink.com
837 Central Avenue, Northwood, IA 50459

Allegedly Infringing items or materials: Cute Brunette Gets Fucked By Machines

Infringing material that I demand be disabled or removed in consideration of the above:
http://www.onlyjizz.com/videos/cute-brunette-gets-fucked-by-machines-2181142.html

Location of ORIGINAL WORKS:
http://www.kinkondemand.com/kod/shoot/6999

Furthermore, cease and desist use of Cybernet Entertainment LLC 's Exclusive Trade Marks and provide us with written proof of its removal from the Web site(s): 3396959, 3379745

This correspondence and all of its contents is without prejudice to Cybernet Entertainment LLC and/or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

Jason Tucker
for Cybernet Entertainment LLC d/b/a Kink.com

THE ARMORY  1800 MISSION ST  SAN FRANCISCO, CA 94103
STUDIO (415) 856.0771  FAX (415) 856.0772

**SAMPLES POST DMCA NOTIFICATION**





# EXHIBIT CCC

# COPYRIGHT REGISTRATION FORM

![Copyright United States Copyright Office]

| Help | Search | History | Titles | Start Over |

---

# Public Catalog

Copyright Catalog (1978 to present)

Search Request: Left Anchored Copyright Number = PA0001736931

Search Results: Displaying 1 of 1 entries



---

Labeled View

*Kink.com movies 2007.*

|  |  |
|---|---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0001736931 / 2010-08-12 |
| **Application Title:** | Kink.com movies 2007. |
| **Title:** | Kink.com movies 2007. |
| **Description:** | DVD-ROM. |
| **Copyright Claimant:** | Cybernet Entertainment, LLC d.b.a. Kink.com. Address: 942 Mission Street, San Francisco, CA, 94103. |
| **Date of Creation:** | 2007 |
| **Date of Publication:** | 2007-12-18 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Cybernet Entertainment, LLC d.b.a. Kink.com, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture. |
| **Rights and Permissions:** | Harrison Wheeler, One Biscayne Tower, Suite 2680, 2 South Biscayne Blvd., Miami, FL, (305) 374-0501, harrison@markbryn.com |
| **Names:** | Cybernet Entertainment, LLC |
|  | Kink.com |



| **Save, Print and Email (Help Page)** |
|---|
| Select Download Format  Full Record   Format for Print/Save |
| Enter your email address:                Email |

---

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |

Copyright Office Home Page  |  Library of Congress Home Page

**DMCA LETTER TO AGENT**



December 4, 2012

International Media, Ltd.
Designated Agent: Lawrence G. Walters, Esquire
195 W. Pine Avenue
Longwood, Florida 32750

**DMCA Notice of Copyright and Trademark Infringement**

Dear International Media, Ltd.,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United States of America and the State of California that to the best of my knowledge and belief the foregoing is true and correct and I have the authority to act on behalf of the owner of the copyright(s) and trademarks involved.

I have a good faith belief that the items or materials listed below are not authorized by law for use by the above named domain name owner or their agents and therefore infringes the copyright and trademark owner's rights. I hereby demand that you act expeditiously to remove or disable access to the material or items claimed to be infringing.

My contact information is as follows:
Cybernet Entertainment LLC d/b/a Kink.com
Attn: Jason Tucker
Jason@kink.com
837 Central Avenue, Northwood, IA 50459

Allegedly Infringing items or materials: Female Wrestling

Infringing material that I demand be disabled or removed in consideration of the above:
http://www.youjizz.com/videos/female-wrestling--2268766.html

Location of ORIGINAL WORKS:
http://www.kinkondemand.com/kod/shoot/3998

Furthermore, cease and desist use of Cybernet Entertainment LLC 's Exclusive Trade Marks and provide us with written proof of its removal from the Web site(s): 3396959, 3379745, 3273365

This correspondence and all of its contents is without prejudice to Cybernet Entertainment LLC and/or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

Jason Tucker
for Cybernet Entertainment LLC d/b/a Kink.com

THE ARMORY  1800 MISSION ST  SAN FRANCISCO, CA 94103
STUDIO (415) 856.0771  FAX (415) 856.0772

**SAMPLES POST DMCA NOTIFICATION**





# EXHIBIT DDD

# COPYRIGHT REGISTRATION FORM



The Library of Congress catalogs will not be available between 9:00pm
and 10:00pm U.S. EDT on Tuesday, September 10 while the Library
performs maintenance. We regret any inconvenience to our users.

| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = PA0001738616
Search Results: Displaying 1 of 1 entries

◀ previous   next ▶

Labeled View

*Kink.com movies 2008.*

**Type of Work:** Motion Picture
**Registration Number / Date:** PA0001738616 / 2010-08-12
**Application Title:** Kink.com movies 2008.
**Title:** Kink.com movies 2008.
**Description:** DVD-ROM.
**Copyright Claimant:** Cybernet Entertainment, LLC d.b.a. Kink.com. Address: 942 Mission Street, San Francisco, CA, 94103.
**Date of Creation:** 2008
**Date of Publication:** 2008-11-21
**Nation of First Publication:** United States
**Authorship on Application:** Cybernet Entertainment, LLC d.b.a. Kink.com, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture.
**Rights and Permissions:** Harrison Wheeler, One Biscayne Tower, Suite 2680, 2 South Biscayne Blvd., Miami, FL, (305) 374-0501, harrison@markbryn.com
**Names:** Cybernet Entertainment, LLC
Kink.com



◀ previous   next ▶

| Save, Print and Email (**Help Page**) | |
|---|---|
| Select Download Format  Full Record | Format for Print/Save |
| Enter your email address: | Email |

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page

**DMCA LETTER TO AGENT**



December 4, 2012

International Media, Ltd.
Designated Agent: Lawrence G. Walters, Esquire
195 W. Pine Avenue
Longwood, Florida 32750

**DMCA Notice of Copyright and Trademark Infringement**

Dear International Media, Ltd.,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United States of America and the State of California that to the best of my knowledge and belief the foregoing is true and correct and I have the authority to act on behalf of the owner of the copyright(s) and trademarks involved.

I have a good faith belief that the items or materials listed below are not authorized by law for use by the above named domain name owner or their agents and therefore infringes the copyright and trademark owner's rights. I hereby demand that you act expeditiously to remove or disable access to the material or items claimed to be infringing.

My contact information is as follows:
Cybernet Entertainment LLC d/b/a Kink.com
Attn: Jason Tucker
Jason@kink.com
837 Central Avenue, Northwood, IA 50459

Allegedly Infringing items or materials: Two Chicks Battle Will Lorena Be 0-2

Infringing material that I demand be disabled or removed in consideration of the above:
http://www.youjizz.com/videos/two-chicks-battle-will-lorena-be-0-2-2177643.html

Location of ORIGINAL WORKS:
http://www.kinkondemand.com/kod/shoot/5023

Furthermore, cease and desist use of Cybernet Entertainment LLC 's Exclusive Trade Marks and provide us with written proof of its removal from the Web site(s): 3396959, 3379745, 3273365

This correspondence and all of its contents is without prejudice to Cybernet Entertainment LLC and/or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

Jason Tucker
for Cybernet Entertainment LLC d/b/a Kink.com

THE ARMORY  1800 MISSION ST  SAN FRANCISCO, CA 94103
STUDIO (415) 856.0771  FAX (415) 856.0772

**SAMPLES POST DMCA NOTIFICATION**






DISABLE JAVA ANIMATION

Right now, the official U.S. time is:

## 14:20:25
### Wednesday, June 26, 2013
Accurate within 0.2 seconds

Change timezone

You have chosen the **Central time zone**
Coordinated Universal Time -5 hours
Daylight Saving Time

Problems/ Questions?

Sun is shining in light region

It is night in dark region

THE U.S. TIME IS PROVIDED BY NIST & USNO
ABOUT THIS SITE    TIME ZIHERETE

For an alternative, try our time widget page.



# EXHIBIT EEE

**COPYRIGHT REGISTRATION FORM**



The Library of Congress catalogs will not be available between 9:00pm
and 10:00pm U.S. EDT on Tuesday, September 10 while the Library
performs maintenance. We regret any inconvenience to our users.

| Help | Search | History | Titles | Start Over |
|------|--------|---------|--------|------------|

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = PA0001736930
Search Results: Displaying 1 of 1 entries

◄ previous    next ►



***Kink.com movies 2009.***

|  |  |
|---|---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0001736930 / 2010-08-12 |
| **Application Title:** | Kink.com movies 2009. |
| **Title:** | Kink.com movies 2009. |
| **Description:** | DVD-ROM. |
| **Copyright Claimant:** | Cybernet Entertainment, LLC d.b.a. Kink.com. Address: 942 Mission Street, San Francisco, CA, 94103. |
| **Date of Creation:** | 2009 |
| **Date of Publication:** | 2009-11-10 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Cybernet Entertainment, LLC d.b.a. Kink.com, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture. |
| **Rights and Permissions:** | Harrison Wheeler, One Biscayne Tower, Suite 2680, 2 South Biscayne Blvd., Miami, FL, (305) 374-0501, harrison@markbryn.com |
| **Names:** | Cybernet Entertainment, LLC |
|  | Kink.com |

◄ previous    next ►



| Save, Print and Email (**Help Page**) | |
|---|---|
| Select Download Format  Full Record | Format for Print/Save |
| Enter your email address: | Email |

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page

**DMCA LETTER TO AGENT**



December 4, 2012

International Media, Ltd.
Designated Agent: Lawrence G. Walters, Esquire
195 W. Pine Avenue
Longwood, Florida 32750

**DMCA Notice of Copyright and Trademark Infringement**

Dear International Media, Ltd.,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United States of America and the State of California that to the best of my knowledge and belief the foregoing is true and correct and I have the authority to act on behalf of the owner of the copyright(s) and trademarks involved.

I have a good faith belief that the items or materials listed below are not authorized by law for use by the above named domain name owner or their agents and therefore infringes the copyright and trademark owner's rights. I hereby demand that you act expeditiously to remove or disable access to the material or items claimed to be infringing.

My contact information is as follows:
Cybernet Entertainment LLC d/b/a Kink.com
Attn: Jason Tucker
Jason@kink.com
837 Central Avenue, Northwood, IA 50459

Allegedly Infringing items or materials: A Fucken Corner Store Fuck

Infringing material that I demand be disabled or removed in consideration of the above:
http://www.youjizz.com/videos/a-fucken-corner-store-fuck-2174275.html

Location of ORIGINAL WORKS:
http://www.kinkondemand.com/kod/shoot/6424

Furthermore, cease and desist use of Cybernet Entertainment LLC 's Exclusive Trade Marks and provide us with written proof of its removal from the Web site(s): 3396959, 3379745, 3899554

This correspondence and all of its contents is without prejudice to Cybernet Entertainment LLC and/or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

Jason Tucker
for Cybernet Entertainment LLC d/b/a Kink.com

THE ARMORY  1800 MISSION ST  SAN FRANCISCO, CA 94103
STUDIO (415) 856.0771  FAX (415) 856.0772

**SAMPLES POST DMCA NOTIFICATION**



For an alternative, try our time widget page.



# EXHIBIT FFF

**COPYRIGHT REGISTRATION FORM**



**The Library of Congress catalogs will not be available between 9:00pm and 10:00pm U.S. EDT on Tuesday, September 10 while the Library performs maintenance. We regret any inconvenience to our users.**

| Help | Search | History | Titles | Start Over |
|------|--------|---------|--------|------------|

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = PA0001736930
Search Results: Displaying 1 of 1 entries

◀ previous    next ▶



*Kink.com movies 2009.*

|  |  |
|---|---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0001736930 / 2010-08-12 |
| **Application Title:** | Kink.com movies 2009. |
| **Title:** | Kink.com movies 2009. |
| **Description:** | DVD-ROM. |
| **Copyright Claimant:** | Cybernet Entertainment, LLC d.b.a. Kink.com. Address: 942 Mission Street, San Francisco, CA, 94103. |
| **Date of Creation:** | 2009 |
| **Date of Publication:** | 2009-11-10 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Cybernet Entertainment, LLC d.b.a. Kink.com, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture. |
| **Rights and Permissions:** | Harrison Wheeler, One Biscayne Tower, Suite 2680, 2 South Biscayne Blvd., Miami, FL, (305) 374-0501, harrison@markbryn.com |
| **Names:** | Cybernet Entertainment, LLC |
|  | Kink.com |

◀ previous    next ▶

| Save, Print and Email (**Help Page**) |
|---|
| Select Download Format  Full Record    Format for Print/Save |
| Enter your email address:                              Email |

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page

**DMCA LETTER TO AGENT**



December 4, 2012

International Media, Ltd.
Designated Agent: Lawrence G. Walters, Esquire
195 W. Pine Avenue
Longwood, Florida 32750

**DMCA Notice of Copyright and Trademark Infringement**

Dear International Media, Ltd.,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United States of America and the State of California that to the best of my knowledge and belief the foregoing is true and correct and I have the authority to act on behalf of the owner of the copyright(s) and trademarks involved.

I have a good faith belief that the items or materials listed below are not authorized by law for use by the above named domain name owner or their agents and therefore infringes the copyright and trademark owner's rights. I hereby demand that you act expeditiously to remove or disable access to the material or items claimed to be infringing.

My contact information is as follows:
Cybernet Entertainment LLC d/b/a Kink.com
Attn: Jason Tucker
Jason@kink.com
837 Central Avenue, Northwood, IA 50459

Allegedly Infringing items or materials: Cute Brunette Gets Fucked By Machines

Infringing material that I demand be disabled or removed in consideration of the above:
http://www.youjizz.com/videos/cute-brunette-gets-fucked-by-machines-2181142.html

Location of ORIGINAL WORKS:
http://www.kinkondemand.com/kod/shoot/6999

Furthermore, cease and desist use of Cybernet Entertainment LLC 's Exclusive Trade Marks and provide us with written proof of its removal from the Web site(s): 3396959, 3379745

This correspondence and all of its contents is without prejudice to Cybernet Entertainment LLC and/or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

Jason Tucker
for Cybernet Entertainment LLC d/b/a Kink.com

THE ARMORY   1800 MISSION ST   SAN FRANCISCO, CA 94103
STUDIO (415) 856.0771   FAX (415) 856.0772

**SAMPLES POST DMCA NOTIFICATION**



For an alternative, try our time widget page.



# **EXHIBIT GGG**

**COPYRIGHT REGISTRATION FORM**



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = PA0001736931
Search Results: Displaying 1 of 1 entries



Labeled View

*Kink.com movies 2007.*

| | |
|---|---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0001736931 / 2010-08-12 |
| **Application Title:** | Kink.com movies 2007. |
| **Title:** | Kink.com movies 2007. |
| **Description:** | DVD-ROM. |
| **Copyright Claimant:** | Cybernet Entertainment, LLC d.b.a. Kink.com. Address: 942 Mission Street, San Francisco, CA, 94103. |
| **Date of Creation:** | 2007 |
| **Date of Publication:** | 2007-12-18 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Cybernet Entertainment, LLC d.b.a. Kink.com, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture. |
| **Rights and Permissions:** | Harrison Wheeler, One Biscayne Tower, Suite 2680, 2 South Biscayne Blvd., Miami, FL, (305) 374-0501, harrison@markbryn.com |
| **Names:** | Cybernet Entertainment, LLC |
| | Kink.com |



| Save, Print and Email (**Help Page**) | |
|---|---|
| Select Download Format   Full Record | Format for Print/Save |
| Enter your email address: | Email |

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |

Copyright Office Home Page  |  Library of Congress Home Page

**DMCA LETTER TO AGENT**



December 4, 2012

International Media, Ltd.
Designated Agent: Lawrence G. Walters, Esquire
195 W. Pine Avenue
Longwood, Florida 32750

**DMCA Notice of Copyright and Trademark Infringement**

Dear International Media, Ltd.,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United States of America and the State of California that to the best of my knowledge and belief the foregoing is true and correct and I have the authority to act on behalf of the owner of the copyright(s) and trademarks involved.

I have a good faith belief that the items or materials listed below are not authorized by law for use by the above named domain name owner or their agents and therefore infringes the copyright and trademark owner's rights. I hereby demand that you act expeditiously to remove or disable access to the material or items claimed to be infringing.

My contact information is as follows:
Cybernet Entertainment LLC d/b/a Kink.com
Attn: Jason Tucker
Jason@kink.com
837 Central Avenue, Northwood, IA 50459

Allegedly Infringing items or materials: Female Wrestling

Infringing material that I demand be disabled or removed in consideration of the above:
http://www.jizzhut.com/videos/female-wrestling--2268766.html

Location of ORIGINAL WORKS:
http://www.kinkondemand.com/kod/shoot/3998

Furthermore, cease and desist use of Cybernet Entertainment LLC 's Exclusive Trade Marks and provide us with written proof of its removal from the Web site(s): 3396959, 3379745, 3273365

This correspondence and all of its contents is without prejudice to Cybernet Entertainment LLC and/or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

Jason Tucker
for Cybernet Entertainment LLC d/b/a Kink.com

THE ARMORY  1800 MISSION ST  SAN FRANCISCO, CA 94103
STUDIO (415) 856.0771  FAX (415) 856.0772

**SAMPLES POST DMCA NOTIFICATION**





For an alternative, try our time widget page.



# EXHIBIT HHH

# COPYRIGHT REGISTRATION FORM



**The Library of Congress catalogs will not be available between 9:00pm and 10:00pm U.S. EDT on Tuesday, September 10 while the Library performs maintenance. We regret any inconvenience to our users.**

| Help | Search | History | Titles | Start Over |
|------|--------|---------|--------|------------|

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = PA0001738616
Search Results: Displaying 1 of 1 entries

◀ previous     next ▶

Labeled View

*Kink.com movies 2008.*

**Type of Work:** Motion Picture
**Registration Number / Date:** PA0001738616 / 2010-08-12
**Application Title:** Kink.com movies 2008.
**Title:** Kink.com movies 2008.
**Description:** DVD-ROM.
**Copyright Claimant:** Cybernet Entertainment, LLC d.b.a. Kink.com. Address: 942 Mission Street, San Francisco, CA, 94103.
**Date of Creation:** 2008
**Date of Publication:** 2008-11-21
**Nation of First Publication:** United States
**Authorship on Application:** Cybernet Entertainment, LLC d.b.a. Kink.com, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture.
**Rights and Permissions:** Harrison Wheeler, One Biscayne Tower, Suite 2680, 2 South Biscayne Blvd., Miami, FL, (305) 374-0501, harrison@markbryn.com
**Names:** Cybernet Entertainment, LLC
Kink.com

◀ previous     next ▶

| Save, Print and Email (**Help Page**) | |
|---|---|
| Select Download Format  Full Record | Format for Print/Save |
| Enter your email address: | Email |

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page

**DMCA LETTER TO AGENT**



December 4, 2012

International Media, Ltd.
Designated Agent: Lawrence G. Walters, Esquire
195 W. Pine Avenue
Longwood, Florida 32750

**DMCA Notice of Copyright and Trademark Infringement**

Dear International Media, Ltd.,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United States of America and the State of California that to the best of my knowledge and belief the foregoing is true and correct and I have the authority to act on behalf of the owner of the copyright(s) and trademarks involved.

I have a good faith belief that the items or materials listed below are not authorized by law for use by the above named domain name owner or their agents and therefore infringes the copyright and trademark owner's rights. I hereby demand that you act expeditiously to remove or disable access to the material or items claimed to be infringing.

My contact information is as follows:
Cybernet Entertainment LLC d/b/a Kink.com
Attn: Jason Tucker
Jason@kink.com
837 Central Avenue, Northwood, IA 50459

Allegedly Infringing items or materials: Two Chicks Battle Will Lorena Be 0-2

Infringing material that I demand be disabled or removed in consideration of the above:
http://www.onlyjizz.com/videos/two-chicks-battle-will-lorena-be-0-2-2177643.html

Location of ORIGINAL WORKS:
http://www.kinkondemand.com/kod/shoot/5023

Furthermore, cease and desist use of Cybernet Entertainment LLC 's Exclusive Trade Marks and provide us with written proof of its removal from the Web site(s): 3396959, 3379745, 3273365

This correspondence and all of its contents is without prejudice to Cybernet Entertainment LLC and/or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

Jason Tucker
for Cybernet Entertainment LLC d/b/a Kink.com

THE ARMORY  1800 MISSION ST  SAN FRANCISCO, CA 94103
STUDIO (415) 856.0771  FAX (415) 856.0772

**SAMPLES POST DMCA NOTIFICATION**

