Chad L. Belville, AZ Bar 020771
Attorney for Plaintiff Cybernet Entertainment.
4742 N. 24th Street, Suite 315
Phoenix, AZ 85016
Telephone: (602) 904-5485
Facsimile:  (602) 291-6953
Email: cbelville@azbar.org

Spencer D. Freeman, WSBA#25069
Attorney for Plaintiff Cybernet Entertainment.
1107 ½ Tacoma Avenue South
Tacoma, WA 98402
Telephone: (253) 383-4500
Facsimile:  (253) 383-4501
Email: sfreeman@freemanlawfirm.org
(Pro Hac Vice)

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA
PHOENIX DIVISION

| | |
|---|---|
| CYBERNET ENTERTAINMENT, LLC, a New York Company,<br><br>    Plaintiff,<br><br>vs.<br><br>IG MEDIA INC., et al.,<br><br>    Defendants. | **Case No.:  2:12-cv-01101 SPL**<br><br>**DECLARATION OF YAN HAREWICZ IN OPPOSITION OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

I, Yan Harewicz, declare:

- 1

1. I am a United States Citizen, over the age of 18 years old, make this declaration based upon personal knowledge and, if called to testify could and would testify competently to the facts set forth herein.

2. I am the System Administrator of Plaintiff Cybernet Entertainment LLC d/b/a Kink.com (Cybernet).

3. I have been provided records that were produced by Reflected Networks on November 2013.

4. Included in these records is an originating contract between IGMedia, Inc. and Reflected Networks, dated December 17, 2011, and an effective service date of January 1, 2012.

5. The Reflected Network Records also included detailed records of all uploads to Defendants sites hosted by Reflected Networks, youjizz.com, jizzbo.com, jizzonline.com, onlyjizz.com, jizzhut.com, moviesguy.com, and hotfunhouse.com.

6. The date ranges on the upload records produced by Reflected Network are from January 2009 through October 2013.

7. It is common for a new server host, like Reflected Networks was for IG Media, Inc. in 2012, to obtain an entire copy of the server logs from the previous hosting company. In such a case, the upload records for the previous hosting company would be available – as was the case here.

8. Included in the Reflected Network upload records are a date and time for each upload to the Defendants' sites, as well as the IP address from which the upload originated.

9. I have also been provided records produced by the Defendants in this case, which were purported by Defendants to be the upload records for all of the Cybernet videos that were displayed on Defendants' sites.

10. The Defendants' upload records included IP addresses from which the upload purportedly originated.

11. There were only a few IP addresses associated with the hundreds of video uploads represented by the Defendants' upload records. These IP addresses are:

112.203.243.28

85.132.253.11

208.106.107.132

89.216.210.26

80.239.242.88

125.124.194.74

12. I have searched each IP address represented in Defendants' upload records with the upload records produced by Reflected Networks. Not one IP address represented in Defendants' upload records is contained in the Reflected Network records.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on the 28th day of August, 2014 in San Francisco, California.

_____
Yan Harewicz