John P. Flynn (# 015065)
Peter J. Moolenaar (# 024487)
**DIOGUARDI FLYNN LLP**
7001 N. Scottsdale Road, Suite 2060
Scottsdale, Arizona 85253
Telephone:   (480) 951-8800
Facsimile:   (480) 951-8824
jflynn@dioguardiflynn.com
pmoolenaar@dioguardiflynn.com

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Cybernet Entertainment LLC, a New York Company<br><br>   Plaintiff,<br><br>-v.-<br><br>IG Media Inc. and International Media Ltd. d/b/a YouJizz.com JizzHut.com, and JizzOnline.com and OnlyJizz.com and MoviesGuy.com and JizzBo.com and HotFunHouse.com and Igor Gens<br><br>   Defendants. | Case No. 2:12-cv-01101-SPL<br><br>**DEFENDANTS' MOTION FOR LEAVE TO FILE OVERSIZE BRIEF** |

Pursuant to Local Rule 7.2(e), Defendants respectfully request leave to file an oversized brief in support of their Response to Plaintiff's Motion for Partial Summary Judgment dated August 13, 2014. In support of this Motion, Defendants state as follows:

1. Defendants' Response to Plaintiff's Motion for Partial Summary Judgment dated September 15, 2014 is filed concurrently herewith, is approximately twenty-one (21) pages in length (excluding the caption, signature block and certificate of service).

2. The Response was required to first address Plaintiff's misstatements and false characterizations of the subject videos.

D0106833/10410-001

3. Further, Plaintiff's Motion for Partial Summary Judgment is premised upon an inaccurate assertion that Defendant Internal Media/ IG Media is not entitled to the safe harbor protections afforded an Internet Service Provider under the terms of the Digital Millennium Copyright Act ("DMCA"). The length of the Response is therefore principally driven by the required analysis of 17 U.S.C. § 512 and the impacted subsections.

4. No party will be prejudiced by the allowance of this Motion. Similarly, Defendants would have no objection if the Plaintiff were required similar additional minimal space in order to submit its Reply.

**RESPECTFULLY SUBMITTED** this 15th day of September, 2014.

**DIOGUARDI FLYNN LLP**

By: /s/ Peter Moolenaar
John P. Flynn (# 015065)
Peter J. Moolenaar (# 024487)
*Attorneys for Defendants*

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of September, 2014, I transmitted the foregoing document to the Clerk of the United States District Court, District of Arizona, using the ECF System for filing and transmittal of a Notice of Electronic File to the following ECF registrants:

Chad L. Belville
Attorney at Law
4742 N. 24th Street, Suite 315
Phoenix, AZ  85016
cbelville@azbar.org
*Attorney for Plaintiff*

Spencer D. Freeman
Attorney at Law
1107 ½ Tacoma Avenue South
Tacoma, WA  98402
sfreeman@freemanlawfirm.org
*Attorney for Plaintiff*


By: /s/ Megan Barber

3