John P. Flynn (# 015065)
Peter J. Moolenaar (# 024487)
**DIOGUARDI FLYNN LLP**
7001 N. Scottsdale Road, Suite 2060
Scottsdale, Arizona 85253
Telephone:    (480) 951-8800
Facsimile:    (480) 951-8824
jflynn@dioguardiflynn.com
pmoolenaar@dioguardiflynn.com

*Attorneys for Defendants*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Cybernet Entertainment LLC,<br>a New York Company<br><br>    Plaintiff,<br><br>-v.-<br><br>IG Media Inc. and International Media Ltd.<br>d/b/a YouJizz.com JizzHut.com, and<br>JizzOnline.com and OnlyJizz.com and<br>MoviesGuy.com and JizzBo.com and<br>HotFunHouse.com and Igor Gens<br><br>    Defendants. | Case No. 2:12-cv-01101-SPL<br><br>**DECLARATION OF IGOR GENS IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

I, Igor Gens, declare as follows based on my own personal knowledge and belief:

1.    I am over 18 years of age.

2.    I have dual citizenship in both Canada and Poland.  I do not live in Arizona or anywhere else in the United States.

3.    I am the President of International Media, Inc. ("International Media"), which is incorrectly named in the above-captioned action as International Media, Ltd.

4.    International Media is an internet service provider that operates the websites  YouJizz.com,  Jizzhut.com,  Jizzonline.com,  Onlyjizz.com,  Jizzbo.com, Moviesguy.com, and Hotfunhouse.com (collectively the "IM Websites").

5.    I am aware of the Declaration of Jason Tucker in Support of Plaintiff's Motion for Temporary Restraining Order (Doc. 87), the Declaration of Peter Acworth in

Support of Plaintiff's Motion for Temporary Restraining Order (Doc. 88), the Declaration of Terrance Mundell (Doc. 89), and the Declaration of Yan Harewicz in Support of Plaintiff's Motion for Temporary Restraining Order (Doc. 90), each filed in the above captioned case.

6.      I have reviewed Plaintiff's Motion for Partial Summary Judgment (Doc. 118) ("Cybernet's Motion"), Plaintiff's Statement of Facts in Support of their Motion for Partial Summary Judgment (Doc. 119), the Declaration of Jason Tucker in Support of Plaintiff's Motion for Partial Summary Judgment (Doc. 120), Plaintiff's Memorandum in Opposition to Defendants' Motion for Summary Judgment (Doc. 121), Plaintiff's Controverting Statement of Facts in Opposition to Defendants' Motion for Summary Judgment (Doc. 122), Declaration of Yan Harewicz in Opposition of Defendants' Motion for Summary Judgment (Doc. 122-1), and Declaration of Spencer Freeman in Opposition to Defendants' Motion for Summary Judgment (Doc. 122-2).

7.      Although Cybernet's Motion vaguely mentions 115 videos, it only provided copyright registrations for and identified 14 specific videos.

8.      In his Declaration in Support of Cybernet's Motion, Mr. Tucker identifies 14 specific videos. *See* analysis of specific videos identified in Mr. Tucker's Declaration in Support of Plaintiff's Motion for Partial Summary Judgment attached hereto as **"Exhibit A."**

9.      However, as he did in his prior Declaration in Support of Plaintiff's Motion for Temporary Restraining Order (Docket No. 87), Mr. Tucker lists the same videos numerous times in an attempt to inflate the number of videos from 14 to 60. See Exhibit A.

10.      Cybernet's Motion is limited to 14 of the more than 2 million videos on International Media's server.

11.      The 14 videos which are at issue in Cybernet's Motion were not posted on any IM Website by Chad Brachat.

D0089733/10410-001

12.     Instead, they were mistakenly removed from quarantine and re-enabled.

13.     There is a distinction between posting videos to the IM Websites versus re-enabling videos that were already uploaded to International Media's servers.

14.     While the urls were publicly available, they were not posted on any page on International Media's webistes, nor was it possible to locate the videos through browsing the website.

15.     The only way that the videos could have been accessed was if a person previously stored the exact url for the videos.

16.     In contrast, once new videos are uploaded by IM Websites users, they get posted on IM Website's busiest pages, with search results and are easily browsable and highly visible.  The erroneously re-enabled videos were not.

17.     As soon as International Media was made aware of Mr. Brachat's error, which concerned 21 of the over 2 million videos on International Media's servicers, the 21 videos were immediately disabled.

18.     International Media has a repeat infringer policy.  A true and correct copy of International Media's repeat infringer policy is attached hereto as "**Exhibit B**."

19.     International Media's repeat infringer policy, which is described in writing on the IM Websites, provides, among other things, that any user that engages in repeat infringement—defined as more than nine (9) valid DMCA notices received by International Media's Designated Agent resulting in the removal or disabling of identified infringing material—shall be subject to having any and all accounts known to belong to the repeat infringer terminated. *See* Exhibit B.

20.     During 2012 and 2013, International Media received approximately 2,730 copyright infringement notices and as a result removed or disabled access to 29,002 videos.

21.     To date International Media has banned 2,132 repeat infringers.

22.     The 14 videos that are the subject of Cybernet's Motion were only on International Media's servers because they were uploaded by users—six of which were uploaded at the request of Cybernet.

23.     The Reflected Networks logs for the relevant period are FTP and ssh logs.

24.     Defendants' upload mechanism uses http protocol.

25.     Only http logs from Reflected Networks could be expected to match the http logs produced by Defendants.

26.     None of the logs, regardless of the protocol, suggest that the videos were not uploaded by third party users.

I declare under penalty of perjury that the foregoing is true and correct to be best of my personal knowledge and belief.

DATED this 15th day of September, 2014.


By: _Igor Gens_____

Igor Gens, President
International Media, Inc.

D0089733/10410-001

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of September, 2014, I transmitted the foregoing document to the Clerk of the United States District Court, District of Arizona, using the ECF System for filing and transmittal of a Notice of Electronic File to the following ECF registrants:

Chad L. Belville
Attorney at Law
4742 N. 24th Street, Suite 315
Phoenix, AZ  85016
cbelville@azbar.org
*Attorney for Plaintiff*

Spencer D. Freeman
Attorney at Law
1107 ½ Tacoma Avenue South
Tacoma, WA  98402
sfreeman@freemanlawfirm.org
*Attorney for Plaintiff*

By: /s/ Megan Barber

# EXHIBIT A

Filed 08/13/14   Date at the bottom 13th day of August, 2013

| Paragraph from Tucker Declaration | Link to Video Online | Title | Sites | International Media Record Number |
|---|---|---|---|---|
| 11 | http://www.kinkondemand.com/kod/shoot/11229 | Holly Heart Bdsm | Jizzbo | 2305868 |
| 12 | http://www.kinkondemand.com/kod/shoot/14418 | Skin Diamond Bdsm | Jizzbo | 2303116 |
| 13 | http://www.kinkondemand.com/kod/shoot/603 | Babydoll Bdsm | Jizzonline | 2293258 |
| 20 | http://www.kinkondemand.com/kod/shoot/603 | Babydoll Bdsm | Onlyjizz | 2293258 |
| 21 | http://www.kinkondemand.com/kod/shoot/603 | Babydoll Bdsm | Moviesguy | 2293258 |
| 23 | http://www.kinkondemand.com/kod/shoot/603 | Babydoll Bdsm | Jizzhut | 2293258 |
| 50 | http://www.kinkondemand.com/kod/shoot/603 | Babydoll Bdsm | Hotfunhouse | 2293258 |
| 14 | http://www.kinkondemand.com/kod/shoot/3998 | Female Wrestling | Jizzonline | 2268766 |
| 41 | http://www.kinkondemand.com/kod/shoot/3998 | Female Wrestling | Jizzbo | 2268766 |
| 47 | http://www.kinkondemand.com/kod/shoot/3998 | Female Wrestling | Moviesguy | 2268766 |
| 52 | http://www.kinkondemand.com/kod/shoot/3998 | Female Wrestling | Hotfunhouse | 2268766 |
| 59 | http://www.kinkondemand.com/kod/shoot/3998 | Female Wrestling | Onlyjizz | 2268766 |
| 65 | http://www.kinkondemand.com/kod/shoot/3998 | Female Wrestling | Youjizz | 2268766 |
| 69 | http://www.kinkondemand.com/kod/shoot/3998 | Female Wrestling | Jixxhut | 2268766 |
| 15 | http://www.kinkondemand.com/kod/shoot/4936 | The Training Of A Slave | Jizzbo | 2283240 |
| 17 | http://www.kinkondemand.com/kod/shoot/4936 | The Training Of A Slave | Jizzhut | 2283240 |
| 19 | http://www.kinkondemand.com/kod/shoot/4936 | The Training Of A Slave | Jizzonline | 2283240 |
| 48 | http://www.kinkondemand.com/kod/shoot/4936 | The Training Of A Slave | Moviesguy | 2283240 |
| 51 | http://www.kinkondemand.com/kod/shoot/4936 | The Training Of A Slave | Hotfunhouse | 2283240 |
| 60 | http://www.kinkondemand.com/kod/shoot/4936 | The Training Of A Slave | Onlyjizz | 2283240 |
| 61 | http://www.kinkondemand.com/kod/shoot/4936 | The Training Of A Slave | Youjizz | 2283240 |

| # | URL | Title | Site | Number |
|---|-----|-------|------|--------|
| 16 | http://www.kinkondemand.com/kod/shoot/7137 | Sindee Jennings Fucking Machines | Jizzbo | 2258555 |
| 18 | http://www.kinkondemand.com/kod/shoot/9849 | Bdsm Big Tit Teen | Jizzbo | 2291487 |
| 22 | http://www.kinkondemand.com/kod/shoot/5776 | Slut Forced To Fuck In Public | Moviesguy | 2173306 |
| 27 | http://www.kinkondemand.com/kod/shoot/5776 | Slut Forced To Fuck In Public | Youjizz | 2173306 |
| 40 | http://www.kinkondemand.com/kod/shoot/5776 | Slut Forced To Fuck In Public | Onlyjizz | 2173306 |
| 43 | http://www.kinkondemand.com/kod/shoot/5776 | Slut Forced To Fuck In Public | Jizzonline | 2173306 |
| 54 | http://www.kinkondemand.com/kod/shoot/5776 | Slut Forced To Fuck In Public | Hotfunhouse | 2173306 |
| 24 | http://www.kinkondemand.com/kod/shoot/5045 | Eva Gets Her Ass Hand To Her | Moviesguy | 2179786 |
| 34 | http://www.kinkondemand.com/kod/shoot/5045 | Eva Gets Her Ass Hand To Her | Jizzonline | 2179786 |
| 53 | http://www.kinkondemand.com/kod/shoot/5045 | Eva Gets Her Ass Hand To Her | Hotfunhouse | 2179786 |

from the original decoration, they incorrectly mention this video is belonging to this : http://www.kinkondemand.com/kod/shoot/5023

| # | URL | Title | Site | Number |
|---|-----|-------|------|--------|
| 58 | http://www.kinkondemand.com/kod/shoot/5045 | Eva Gets Her Ass Hand To Her | Onlyjizz | 2179786 |
| 25 | http://www.kinkondemand.com/kod/shoot/6999 | Cute Brunette Gets Fucked By Machines | Moviesguy | 2181142 |
| 30 | http://www.kinkondemand.com/kod/shoot/6999 | Cute Brunette Gets Fucked By Machines | Jizzhut | 2181142 |
| 32 | http://www.kinkondemand.com/kod/shoot/6999 | Cute Brunette Gets Fucked By Machines | Jizzbo | 2181142 |
| 36 | http://www.kinkondemand.com/kod/shoot/6999 | Cute Brunette Gets Fucked By Machines | Jizzonline | 2181142 |
| 56 | http://www.kinkondemand.com/kod/shoot/6999 | Cute Brunette Gets Fucked By Machines | Hotfunhouse | 2181142 |
| 64 | http://www.kinkondemand.com/kod/shoot/6999 | Cute Brunette Gets Fucked By Machines | Onlyjizz | 2181142 |
| 68 | http://www.kinkondemand.com/kod/shoot/6999 | Cute Brunette Gets Fucked By Machines | Youjizz | 2181142 |
| 26 | http://www.kinkondemand.com/kod/shoot/2891 | Sydnee Capri Bdsm 4 | Youjizz | 2203078 |
| 28 | http://www.kinkondemand.com/kod/shoot/6424 | A Fucken Corner Store Fuck | Jizzbo | 2174275 |

from the original decoration, they listed this same video from the same site twice.

| # | URL | Title | Site | Number |
|---|-----|-------|------|--------|
| 31 | http://www.kinkondemand.com/kod/shoot/6424 | A Fucken Corner Store Fuck | Jizzonline | 2174275 |
| 37 | http://www.kinkondemand.com/kod/shoot/6424 | A Fucken Corner Store Fuck | Onlyjizz | 2174275 |
| 44 | http://www.kinkondemand.com/kod/shoot/6424 | A Fucken Corner Store Fuck | Hotfunhouse | 2174275 |
| 45 | http://www.kinkondemand.com/kod/shoot/6424 | A Fucken Corner Store Fuck | Jizzhut | 2174275 |

| 46 | http://www.kinkondemand.com/kod/shoot/6424 | A Fucken Corner Store Fuck | Moviesguy | 2174275 |
| 67 | http://www.kinkondemand.com/kod/shoot/6424 | A Fucken Corner Store Fuck | Youjizz | 2174275 |

from the original decoration, they listed this same video from the same site twice.

| 29 | http://www.kinkondemand.com/kod/shoot/5023 | Two Chicks Battle Will Lorena | Jizzhut | 2177643 |
| 33 | http://www.kinkondemand.com/kod/shoot/5023 | Two Chicks Battle Will Lorena | Jizzonline | 2177643 |
| 38 | http://www.kinkondemand.com/kod/shoot/5023 | Two Chicks Battle Will Lorena | Moviesguy | 2177643 |
| 57 | http://www.kinkondemand.com/kod/shoot/5023 | Two Chicks Battle Will Lorena | Hotfunthouse | 2177643 |

this is not listed in the original decoration.

| 66 | http://www.kinkondemand.com/kod/shoot/5023 | Two Chicks Battle Will Lorena | Youjizz | 2177643 |
| 70 | http://www.kinkondemand.com/kod/shoot/5023 | Two Chicks Battle Will Lorena | Onlyjizz | 2177643 |

| 35 | http://www.kinkondemand.com/kod/shoot/6905 | Check Out The Tongue Licking Machine | Jizzonline | 2176469 |
| 39 | http://www.kinkondemand.com/kod/shoot/6905 | Check Out The Tongue Licking Machine | Moviesguy | 2176469 |
| 42 | http://www.kinkondemand.com/kod/shoot/6905 | Check Out The Tongue Licking Machine | Jizzbo | 2176469 |
| 49 | http://www.kinkondemand.com/kod/shoot/6905 | Check Out The Tongue Licking Machine | Jizzhut | 2176469 |
| 55 | http://www.kinkondemand.com/kod/shoot/6905 | Check Out The Tongue Licking Machine | Hotfunthouse | 2176469 |
| 62 | http://www.kinkondemand.com/kod/shoot/6905 | Check Out The Tongue Licking Machine | Youjizz | 2176469 |
| 63 | http://www.kinkondemand.com/kod/shoot/6905 | Check Out The Tongue Licking Machine | Onlyjizz | 2176469 |

# EXHIBIT B

1. Any user that engages in "repeat infringement" shall be subject to having any and all accounts known to belong to the repeat infringer terminated, in accordance with this policy.

2. "Repeat infringement" shall be defined as more than nine (9) Final Infringement Notifications from any source.

3. "Final Infringement Notification" shall be defined as a valid, compliant DMCA Notice received by our Designated Agent and which results in the removal or disabling of the identified infringing material (or any part of it), or which results in a Final Judgment of copyright infringement against the user responsible for the content at issue after a counter-notification and subsequent lawsuit. DMCA Notifications that result in a counter-notification but no subsequent judgment of infringement shall not constitute a "Final Infringement Notification" for purposes of this Policy.

4. A "valid, compliant DMCA Notice" shall be defined as a notification sent to our Designated Agent which substantially complies with the elements set forth in 17 U.S.C. § 512(c)(3).

5. Termination of a user's account under this policy shall be subject to an informal appeal process, whereby the user shall be entitled to show good cause why the account should not be terminated. In the event that we are satisfied, in our discretion, that good cause is shown, we may choose not to terminate the user's account, but shall be within our rights to do so in accordance with this Policy and the associated terms of service. Uniform standards and criteria will be utilized in resolving any informal appeal.

6. This Policy is subject to revision or amendment at any time in the discretion of Youjizz Network or based on changes in the law or other circumstances impacting this Policy.