IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cybernet Entertainment, LLC,<br><br>             Plaintiff,<br><br>vs.<br><br>IG Media, Inc., et al.,<br><br>             Defendants. | No. CV-12-01101-PHX-SPL<br><br>**ORDER** |

Before the Court is Defendant's Motion for Leave (Doc. 123), in which counsel requests permission to file a Response to Plaintiff's Motion for Partial Summary Judgment (Doc. 118) in excess of the page limitation. Finding good cause appearing, the motion will be granted. Accordingly,

**IT IS ORDERED** that the Motion for Leave (Doc. 123) is **granted.** The Clerk of Court shall file Defendants' proposed pleadings (lodged at Docs. 124, 126, 127).

Dated this 16th day of September, 2014.

Honorable Steven P. Logan
United States District Judge