# EXHIBIT A

# Megan Barber

| | |
|---|---|
| **From:** | Spencer Freeman <sfreeman@freemanlawfirm.org> |
| **Sent:** | Wednesday, June 18, 2014 3:02 PM |
| **To:** | Peter Moolenaar |
| **Cc:** | John P. Flynn; Megan Barber |
| **Subject:** | RE: Cybernet Entertainment v. IG Media Inc., et al. |

Peter,

I am available at 3:00 PM MST to confer. I believe that our responses will be done next week. There is a significant issue with responding because your client's production has failed in some material ways. (Also noteworthy is that your client received all documents relevant to this lawsuit in response to an earlier subpoena.)

With regard to your client's failure in the document production, here is a list of issues:

RFP No. 2 – states that all videos are uploaded to the same back end, and thus it is not tracked to what web site a video is uploaded. The production by Reflected Networks establishes that this is not the case, and this needs to be clarified.

RFP No. 4 – We need production of all 4,302 take down notices.

RFP No. 5 – there was no production, and we need production for each of the 1,158 infringers that have been stated to have been terminated.

RFP No. 6 – there was no production whatsoever. IMG 2029-2031 was cited, but these are not communications with IMG independent contractors. We need all communications between IG Media, Mr. Gens, and the independent contractors.

RFP No. 7 - -there was no production whatsoever. We need all communications between IG Media, Mr. Gens, and advertisers.

RFP Nos. 8, and 10-15 – it is absolutely unbelievable that IG Media and/or Mr. Gens does not have written agreements, had no invoices, and made no payments to independent contractors, advertisers, or programmers.

RFP Nos. 9, 19, and 20 – there was no production whatsoever. We get to review IG Media financial documents. This production needs to be made.

RRP No. 16 – there was no production whatsoever. We need all communications with programmers for the site at issue in this case.

I look forward to speaking with you tomorrow.

Regards,

Spencer

Spencer D. Freeman
Freeman Law Firm, Inc.
1107 1/2 Tacoma Avenue South
Tacoma, Washington 98402
253-383-4500
253-383-4501 (facsimile)

CONFIDENTIALITY NOTICE: This e-mail and any attachments may contain privileged information generated by the Freeman Law Firm, Inc. that is protected by attorney-client, work product, and/or other privileges. If you are not the intended recipient, you are hereby notified that any review, disclosure, or taking of any action in reliance on the contents is strictly prohibited. Therefore, if you are not the intended recipient

please do not read or review this e-mail or its attachments. Please also notify the sender of your receipt of this e-mail and delete all copies of the e-mail and its attachments from your system. Thank you.

---

**From:** Peter Moolenaar [mailto:pmoolenaar@dioguardiflynn.com]
**Sent:** Tuesday, June 17, 2014 10:50 AM
**To:** Spencer Freeman
**Cc:** John P. Flynn; Megan Barber
**Subject:** RE: Cybernet Entertainment v. IG Media Inc., et al.

Spencer,

I agree that we should discuss and am available on Thursday 10 a.m. – 11:30 or 2-4 p.m. With regards to discovery, I disagree that the parties are even in remotely the same position. Our clients timely responded to Plaintiff's discovery requests and Plaintiff has wholly failed to provide any written response to Defendants' discovery or any deposition dates for its disclosed potential witnesses. With the discovery deadline this Friday I cannot agree to any extension and I note that you still have failed to identify a specific date when you plan to serve the responses. Further, with regards to Defendants' written responses, we have not received any specific objections.

Again, we are willing to discuss these issues with you on Thursday. Please let me know a time during the above windows that will work with your schedule for a call.

Sincerely,

**Peter J. Moolenaar**
Attorney at Law
**Dioguardi Flynn LLP**
7001 N. Scottsdale Road
Suite 2060
Scottsdale, Arizona 85253
P | 480-951-8806
F | 480-951-8824
[www.DioguardiFlynn.com](www.DioguardiFlynn.com)



This electronic mail transmission contains information from the law firm Dioguardi Flynn LLP that may be confidential or privileged. Such information is solely for the intended recipient, and use by any other party is not authorized. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this message, its contents or any attachments is prohibited. Any wrongful interception of this message is punishable as a Federal Crime. If you have received this message in error, please notify the sender immediately by telephone (480-951-8806) or by electronic mail at pmoolenaar@dioguardiflynn.com.

---

**From:** Spencer Freeman [mailto:sfreeman@freemanlawfirm.org]
**Sent:** Monday, June 16, 2014 8:41 AM
**To:** Peter Moolenaar
**Cc:** John P. Flynn; Megan Barber
**Subject:** RE: Cybernet Entertainment v. IG Media Inc., et al.

Peter,

2

I have been in court the last week or so, and will be the first part of this week. While I understand your position, Court involvement at this point is premature given the local requirement of an in person conference before filing any such motions. In my last correspondence to you I requested exactly that. I present that request again.

I think that we are in quite similar positions, as in my review your client hasn't really answered discovery either. I propose that we set a time to confer by phone to discuss the issues, including how to get the discovery done. We have a lot of time before trial.

I am available Thursday this week to confer.

Regards,

Spencer

Spencer D. Freeman
Freeman Law Firm, Inc.
1107 1/2 Tacoma Avenue South
Tacoma, Washington 98402
253-383-4500
253-383-4501 (facsimile)

CONFIDENTIALITY NOTICE: This e-mail and any attachments may contain privileged information generated by the Freeman Law Firm, Inc. that is protected by attorney-client, work product, and/or other privileges. If you are not the intended recipient, you are hereby notified that any review, disclosure, or taking of any action in reliance on the contents is strictly prohibited. Therefore, if you are not the intended recipient please do not read or review this e-mail or its attachments. Please also notify the sender of your receipt of this e-mail and delete all copies of the e-mail and its attachments from your system. Thank you.

---

**From:** Peter Moolenaar [mailto:pmoolenaar@dioguardiflynn.com]
**Sent:** Thursday, June 12, 2014 4:08 PM
**To:** Spencer Freeman
**Cc:** John P. Flynn; Megan Barber
**Subject:** RE: Cybernet Entertainment v. IG Media Inc., et al.

Spenser,

It has now been over 3 weeks since we requested the availability of certain potential witnesses for depositions in this matter. Please provide their availability immediately or we will be forced to unilaterally notice the depositions. With regards to Igor Gens and Chad Brachat, they are both generally available for depositions in Phoenix. Please let me know what dates/times you have in mind.

Finally, it has been 3 weeks since Plaintiff's discovery responses were due. While we recognize that Plaintiff extended Defendants' responses by 8 days, I have not located any specific request for an extension from Plaintiff. The only mention of the responses I have found is the below email from 2 weeks ago (which was sent after the responses were already 9 days past due).

Given that the discovery deadline is next Friday, June 20, our client has been prejudiced by Plaintiff's failure to respond to the discovery responses and provide deposition availability. Assuming your client provides the requested deponents' availability and full and complete responses to the written discovery and production of documents by close of business tomorrow, we are willing to explore a stipulation to extend the discovery deadline with regards to depositions (while reserving all rights). However, if we do not receive the requested deponents' availability, full and complete written responses, and production of documents by close of business tomorrow, we will have no choice but to address this matter with the court.

3

Sincerely,

**Peter J. Moolenaar**
Attorney at Law
**Dioguardi Flynn LLP**
7001 N. Scottsdale Road
Suite 2060
Scottsdale, Arizona 85253
P | 480-951-8806
F | 480-951-8824
www.DioguardiFlynn.com



This electronic mail transmission contains information from the law firm Dioguardi Flynn LLP that may be confidential or privileged. Such information is solely for the intended recipient, and use by any other party is not authorized. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this message, its contents or any attachments is prohibited. Any wrongful interception of this message is punishable as a Federal Crime. If you have received this message in error, please notify the sender immediately by telephone (480-951-8806) or by electronic mail at pmoolenaar@dioguardiflynn.com.

---

**From:** Spencer Freeman [mailto:sfreeman@freemanlawfirm.org]
**Sent:** Thursday, May 29, 2014 9:51 AM
**To:** Peter Moolenaar
**Cc:** John P. Flynn; Megan Barber
**Subject:** RE: Cybernet Entertainment v. IG Media Inc., et al.

Peter,

My apologies, I wasn't ignoring your email. I have spent much of the last week in depositions. I have forwarded your request to get some dates and locations. We will also need to set up some depositions, initially of Igor Gens and Chad Brachat.

In addition, I need to schedule a telephone conference with you to discuss some issues with your client's discovery responses and document production. Monday and Tuesday are booked for me next week, can we please schedule a time in the later part of the week?

Our discovery responses to you are in process, as you had required an extension of time, we will also. I appreciate the mutual consideration.

Regards,

Spencer

Spencer D. Freeman
Freeman Law Firm, Inc.
1107 1/2 Tacoma Avenue South
Tacoma, Washington 98402
253-383-4500
253-383-4501 (facsimile)

CONFIDENTIALITY NOTICE: This e-mail and any attachments may contain privileged information generated by the Freeman Law Firm, Inc. that is protected by attorney-client, work product, and/or other privileges. If you are not the intended recipient, you are hereby notified that any review, disclosure, or taking of any action in reliance on the contents is strictly prohibited. Therefore, if you are not the intended recipient please do not read or review this e-mail or its attachments. Please also notify the sender of your receipt of this e-mail and delete all copies of the e-mail and its attachments from your system. Thank you.

---

**From:** Peter Moolenaar [mailto:pmoolenaar@dioguardiflynn.com]
**Sent:** Tuesday, May 20, 2014 10:31 AM
**To:** Spencer Freeman
**Cc:** John P. Flynn; Megan Barber
**Subject:** Cybernet Entertainment v. IG Media Inc., et al.

Spencer,

Please let us know available dates in June for depositions of the following:

1. Jason Tucker
2. Peter Acworth
3. Terry Mundell

We will likely have additional Cybernet representatives/potential witnesses that we will want to depose once we receive Cybernet's responses to the written discovery; however, in the meantime please let us know about the above so we can start locking down dates, etc.

Sincerely,

**Peter J. Moolenaar**
Attorney at Law
**Dioguardi Flynn LLP**
7001 N. Scottsdale Road
Suite 2060
Scottsdale, Arizona 85253
P | 480-951-8806
F | 480-951-8824
www.DioguardiFlynn.com



RELATIONSHIPS • RESULTS

This electronic mail transmission contains information from the law firm Dioguardi Flynn LLP that may be confidential or privileged. Such information is solely for the intended recipient, and use by any other party is not authorized. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this message, its contents or any attachments is prohibited. Any wrongful interception of this message is punishable as a Federal Crime. If you have received this message in error, please notify the sender immediately by telephone (480-951-8806) or by electronic mail at pmoolenaar@dioguardiflynn.com.