IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cybernet Entertainment, LLC,<br><br>                Plaintiff,<br>vs.<br><br>IG Media, Inc., et al.,<br><br>                Defendants. | No. CV-12-01101-PHX-SPL<br><br>**ORDER** |

    Having reviewed the record in this matter,

    **IT IS ORDERED** that the parties shall *jointly* file no later than **March 25, 2015**, a Status Report regarding settlement discussions, including whether this matter is suitable for referral to a United States Magistrate Judge for the purpose of conducting a settlement conference. The report shall not set forth any confidential information concerning terms of settlement; the report shall only address the status of the parties' efforts to reach a resolution of this action through settlement.

    Dated this 18th day of March, 2015.

Honorable Steven P. Logan<br>
United States District Judge