Valentin David Gurvits (*pro hac vice*)
Matthew Shayefar (*pro hac vice*)
**BOSTON LAW GROUP, PC**
825 Beacon Street, Suite 20
Newton Center, Massachusetts 02459
Telephone:   (617) 928-1804
Facsimile:   (617) 928-1802
vgurvits@bostonlawgroup.com
matt@bostonlawgroup.com

Evan Fray-Witzer (*pro hac vice*)
**CIAMPA FRAY-WITZER LLP**
20 Park Plaza, Suite 505
Boston, Massachusetts 02116
Telephone:   (617) 426-0000
Facsimile:   (617) 423-4855
evan@CFWlegal.com

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Cybernet Entertainment LLC, a New York Company<br><br>Plaintiff,<br><br>-v.-<br><br>IG Media Inc. and International Media Ltd. d/b/a YouJizz.com JizzHut.com, and JizzOnline.com and OnlyJizz.com and MoviesGuy.com and JizzBo.com and HotFunHouse.com and Igor Gens<br><br>Defendants. | Case No. 2:12-cv-01101-SRB<br><br>**MOTION FOR WITHDRAWAL OF *PRO HAC VICE* ATTORNEYS OF DEFENDANTS** |

Valentin David Gurvits, Matthew Shayefar and Evan Fray-Witzer (the "Withdrawing Counsel"), current *pro hac vice* counsel to the Defendants IG Media Inc., International Media Ltd. and Igor Gens (the "Defendants") hereby move to withdraw as counsel for the Defendants. As ground therefore, the Withdrawing Counsel state as follows:

1. The Defendants are also represented in this action by attorneys John Patrick Flynn and Peter Jon Moolenaar of Dioguardi Flynn LLP in Scottsdale, Arizona (the "Arizona Counsel").

2. The co-counsel relationship between Withdrawing Counsel and the Arizona Counsel has deteriorated.

3. The Arizona Counsel have been acting as lead counsel in this litigation, and were solely responsible for (i) the Defendants' discovery in this litigation, (ii) the drafting and the filing of the Defendants' Motion for Summary Judgment, and (iii) the response to the Plaintiff's Motion for Summary Judgment – all to the extent that Withdrawing Counsel's names and signatures were not present on any such documents. *See, e.g.,* Docket Nos. 114 and 129.

4. Withdrawing Counsel have notified Defendants in writing of the status of the case, including the dates and times of any court hearings or trial setting, pending compliance with any existing court orders and the possibility of sanctions.

5. To the knowledge of Withdrawing Counsel, the Arizona Counsel will continue to represent Defendants in this action.

6. No party will be unduly prejudiced if this Motion is allowed.

WHEREFORE, Valentin David Gurvits, Matthew Shayefar and Evan Fray-Witzer respectfully request that this Honorable Court allow them to withdraw as counsel to Defendants.

Dated:       March 24, 2015

Respectfully Submitted,

_____
Valentin D. Gurvits (# 643572 - pro hac vice)

_____
Matthew Shayefar (# 685927 – pro hac vice)

_____
Evan Fray-Witzer (#564349 – pro hac vice)

### Certificate of Service

I hereby certify that the above document and the Certificate in Compliance with Local Rule 83.3(b)(2) in support of the above document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that a true copy was also served upon the Defendants in this action by email.

Dated: March 24, 2015

_____
Matthew Shayefar, Esq.