1 | Valentin David Gurvits (*pro hac vice*)
Matthew Shayefar (*pro hac vice*)
2 | **BOSTON LAW GROUP, PC**
825 Beacon Street, Suite 20
3 | Newton Center, Massachusetts 02459
Telephone:   (617) 928-1804
4 | Facsimile:   (617) 928-1802
vgurvits@bostonlawgroup.com
5 | matt@bostonlawgroup.com

6 | Evan Fray-Witzer (*pro hac vice*)
**CIAMPA FRAY-WITZER LLP**
7 | 20 Park Plaza, Suite 505
Boston, Massachusetts 02116
8 | Telephone:   (617) 426-0000
Facsimile:   (617) 423-4855
9 | evan@CFWlegal.com

10 | *Attorneys for Defendants*

11 | IN THE UNITED STATES DISTRICT COURT

12 | DISTRICT OF ARIZONA

| | |
|---|---|
| Cybernet Entertainment LLC, a New York Company | Case No. 2:12-cv-01101-SRB |
| Plaintiff, | **CERTIFICATE IN COMPLIANCE WITH LOCAL RULE 83.3(b)(2) IN SUPPORT OF MOTION FOR WITHDRAWAL OF *PRO HAC VICE* ATTORNEYS OF DEFENDANTS** |
| -v.- | |
| IG Media Inc. and International Media Ltd. d/b/a YouJizz.com JizzHut.com, and JizzOnline.com and OnlyJizz.com and MoviesGuy.com and JizzBo.com and HotFunHouse.com and Igor Gens | |
| Defendants. | |

1

I, Valentin David Gurvits, certify as follows:

1. I, Matthew Shayefar and Evan Fray-Witzer (the "Withdrawing Counsel") are counsel to the Defendants in the above captioned action.

2. The Defendants have been represented by attorneys John Patrick Flynn and Peter Jon Moolenaar of Dioguardi Flynn LLP in Scottsdale, Arizona (the "Arizona Counsel").

3. The co-counsel relationship between Withdrawing Counsel and the Arizona Counsel has deteriorated.

4. I have informed the Defendants that the Withdrawing Counsel will be withdrawing their representation of the Defendants in the above captioned action.

5. I have notified the Defendants in writing of the status of the case, including the dates and times of any court hearings or trial settings, pending compliance with any existing court orders and the possibility of sanctions.

_____     3-24-15
Valentin D. Gurvits                 Date