IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Cybernet Entertainment LLC,<br>a New York Company<br><br>    Plaintiff,<br><br>-v.-<br><br>IG Media Inc. and International Media Ltd.<br>d/b/a YouJizz.com JizzHut.com, and<br>JizzOnline.com and OnlyJizz.com and<br>MoviesGuy.com and JizzBo.com and<br>HotFunHouse.com and Igor Gens<br><br>    Defendants. | Case No. 2:12-cv-01101<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR WITHDRAWAL OF *PRO HAC VICE* ATTORNEYS OF DEFENDANTS** |

   This cause came before the Court upon Valentin David Gurvits, Matthew Shayefar and Evan Fray-Witzer's Motion for Withdrawal of *Pro Hac Vice* Attorneys of Defendants, and, the Court, having reviewed the Motion and being otherwise fully advised on the premises, hereby

   ORDERS:    The Motion is granted.  Attorneys Valentin David Gurvits, Matthew Shayefar and Evan Fray-Witzer are hereby withdrawn as the attorneys for the Defendants.

   Dated this ___ day of March, 2015.

_____
Honorable Steven P. Logan
United States District Judge