John P. Flynn (# 015065)
Peter J. Moolenaar (# 024487)
**DIOGUARDI FLYNN LLP**
7001 N. Scottsdale Road, Suite 2060
Scottsdale, Arizona 85253
Telephone:    (480) 951-8800
Facsimile:    (480) 951-8824
jflynn@dioguardiflynn.com
pmoolenaar@dioguardiflynn.com

*Attorneys for Defendants*

Spencer D. Freeman (WSBA # 25069)
Attorney at Law
1107 ½ Tacoma Avenue South
Tacoma, WA  98402
Telephone:    (253) 383-4500
Facsimile:    (253) 383-4501
sfreeman@freemanlawfirm.org
(Pro Hac Vice)

*Attorney for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Cybernet Entertainment LLC, a New York Company | Case No. 2:12-cv-01101-SPL |
| Plaintiff, | **JOINT STATUS REPORT** |
| -v.- | |
| IG Media Inc. and International Media Ltd. d/b/a  YouJizz.com   JizzHut.com,  and JizzOnline.com   and   OnlyJizz.com   and MoviesGuy.com   and   JizzBo.com   and HotFunHouse.com and Igor Gens | |
| Defendants. | |

      In accordance with this Court's March 18, 2015 Order (Doc. 136), the Parties hereby jointly report as follows:

      Pursuant to this Court's July 10, 2014 Order (Doc. 113), the Parties and their counsel not residing in Arizona traveled to Arizona for an in-person

1

settlement conference on July 30, 2014. The Parties participated in good faith in this face-to-face settlement conference, but were unfortunately unable to arrive at a satisfactory resolution of the present dispute.

      The Parties respectfully submit that referral of this matter to a United States Magistrate Judge for the purpose of conducting a confidential settlement conference would be appreciated at this juncture in the case. Recognizing that the scheduling of any such conference will be left to the discretion and challenging scheduling availability of the Magistrate Judge, the Parties respectfully request consideration in scheduling of a settlement conference for May 2015 based upon the foreign domicile of a party and the planned further overseas travel plans being formalized at this time.

**RESPECTFULLY SUBMITTED** this 25th day of March, 2015.

**DIOGUARDI FLYNN LLP**

By: /s/ John P. Flynn
John P. Flynn (# 015065)
Peter J. Moolenaar (# 024487)
*Attorneys for Defendants*

**FREEMAN LAW FIRM, INC.**

By: /s/ Spenser D. Freeman (with permission)
Spencer D. Freeman
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 25th day of March, 2015, I transmitted the foregoing document to the Clerk of the United States District Court, District of Arizona, using the ECF System for filing and transmittal of a Notice of Electronic File to the following ECF registrants:

Spencer D. Freeman
Attorney at Law
1107 ½ Tacoma Avenue South
Tacoma, WA  98402
sfreeman@freemanlawfirm.org
*Attorney for Plaintiff*


By: /s/Megan Barber

3