IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cybernet Entertainment, LLC, | No. CV-12-01101-PHX-SPL |
| Plaintiff, | |
| vs. | **ORDER** |
| IG Media, Inc., et al., | |
| Defendants. | |

Upon consideration of this matter,

**IT IS ORDERED** that this case is referred by random lot to United States Magistrate Judge Eileen S. Willett for the purpose of conducting a settlement conference.

**IT IS FURTHER ORDERED** that the parties shall contact the chambers of the Honorable Eileen S. Willett at telephone number (602) 322-7620 within **seven (7) days** of the date of this Order to schedule a settlement conference.

Dated this 25th day of March, 2015.

Honorable Steven P. Logan
United States District Judge