# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cybernet Entertainment, LLC, | No.  CV-12-01101-PHX-SPL |
| Plaintiff, | |
| vs. | **ORDER** |
| IG Media, Inc., et al., | |
| Defendants. | |

Before the Court is a Motion for Withdrawal of Pro Hac Vice Counsel (Doc. 137), requesting that attorneys Valentin David Gurvits, Matthew Shayefar and Evan Fray-Witzer be allowed to withdraw as counsel for Defendants IG Media, Inc., International Media, Ltd. and Igor Gens. Counsel advises the Court that Defendants will continue to be represented by local counsel John P. Flynn and Peter J. Moolenaar of Dioguardi Flynn LLP. Finding good cause appearing, and counsel having complied with the Local Rules of Civil Procedure 83.3(b)(2),

**IT IS ORDERED** that the Motion for Withdrawal (Doc. 137) is **granted.**

**IT IS FURTHER ORDERED** that Valentin David Gurvits, Matthew Shayefar and Evan Fray-Witzer are withdrawn as counsel for Defendants.

Dated this 31st day of March, 2015.

Honorable Steven P. Logan
United States District Judge