# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cybernet Entertainment LLC, | No. CV-12-01101-SPL |
| Plaintiff, | **ORDER SETTING SETTLEMENT CONFERENCE** |
| v. | |
| IG Media Inc., | |
| Defendants. | |

This case has been referred to United States Magistrate Judge Eileen S. Willett for a settlement conference (Doc. 139). The purpose of the settlement conference is to facilitate resolution of the referenced case.

Rule 408, Federal Rules of Evidence, applies to all aspects of the settlement conference. All communications and information exchanges made in the settlement process, not otherwise discoverable, will not be admissible in evidence for any purpose. At the conclusion of the settlement conference, all documents submitted by the parties shall be returned, destroyed, or otherwise disposed of in the manner directed by the settlement judge.

Pursuant to Rule 16, Federal Rules of Civil Procedure, and 28 U.S.C. §473(b)(5),

**IT IS ORDERED** that all parties and, if represented, their counsel, shall physically appear before United States Magistrate Judge Eileen S. Willett in Courtroom 606, Sandra Day O'Connor U.S. Courthouse, 401 West Washington Street, Phoenix,

Arizona, on **July 20, 2015 at 9:30 a.m.** The settlement conference shall continue until concluded by the court.

**IT IS FURTHER ORDERED** that each separately represented party and each unrepresented party, if any, shall submit a completed settlement statement form (a copy is attached for your use) in an envelope marked "Confidential" addressed to Honorable Eileen S. Willett, Settlement Conference Judge, United States District Court, 401 West Washington Street, SPC 13, Phoenix, Arizona, 85003-2120. The statement may be hand delivered or mailed; however, **it must be received by United States Magistrate Judge Eileen S. Willett on or before July 13, 2015.**

**IT IS FURTHER ORDERED THAT COUNSEL WHO WILL BE RESPONSIBLE FOR TRIAL OF THE LAWSUIT FOR EACH PARTY SHALL PERSONALLY APPEAR AND PARTICIPATE IN GOOD FAITH AT THE SETTLEMENT CONFERENCE.**

**IT IS FURTHER ORDERED** that **each party** shall attend the settlement conference **in person** unless the court finds good cause to permit a party to appear by telephone. A corporation, association, partnership, business entity, organization, governmental agency, or political body shall appear through a representative having full binding settlement authority in addition to counsel.

**IT IS FURTHER ORDERED THAT SANCTIONS MAY RESULT, <u>INCLUDING POSSIBLE DISMISSAL OF THE CASE</u>, IF A PARTY FAILS TO (1) APPEAR AT THE SETTLEMENT CONFERENCE, (2) PARTICIPATE IN GOOD FAITH AT THE SETTLEMENT CONFERENCE, (3) TIMELY SUBMIT THE CONFIDENTIAL SETTLEMENT STATEMENT ATTACHED HERETO, OR (4) COMPLY WITH ANY OTHER PORTION OF THIS ORDER.**

Dated this 2nd day of April, 2015.

*/s/ Eileen S. Willett*
Honorable Eileen S. Willett
United States Magistrate Judge

**CONFIDENTIAL SETTLEMENT STATEMENT**

IN RE: CV-

**THIS DOCUMENT IS CONFIDENTIAL AND SHOULD BE SENT DIRECTLY TO THE SETTLEMENT CONFERENCE JUDGE, HON. EILEEN S. WILLETT, UNITED STATES DISTRICT COURT, 401 WEST WASHINGTON STREET, SPC 13, PHOENIX, AZ 85003.  THIS DOCUMENT SHALL NOT BE SERVED ON THE OPPOSING PARTY NOR FILED WITH THE CLERK OF THE COURT. THIS DOCUMENT WILL BE DESTROYED AT THE CONCLUSION OF THE SETTLEMENT CONFERENCE PROCEEDINGS.  NO REFERENCE TO THIS DOCUMENT OR ITS CONTENTS SHALL BE MADE IN ANY MOTIONS, BRIEFS OR OTHER DOCUMENTS FILED IN THIS CASE.  THIS DOCUMENT SHALL BE INADMISSABLE IN EVIDENCE IN ANY JUDICIAL PROCEEDING.**

PARTY SUBMITTING STATEMENT:

NAME OF ATTORNEY SUBMITTING STATEMENT:
(OR PARTY IF UNREPRESENTED BY COUNSEL)

ADDRESS:

PHONE:

FAX:

FACTS

Give a brief statement of the undisputed facts.  Give a brief statement of the disputed facts.


ISSUES

List all issues to be negotiated:


HISTORY

Give a chronology of significant events involving any prior settlement discussions and mediations attended, including each offer or demand made.


CASE ANALYSIS:  Yours

Describe from your perspective the strengths and weaknesses of your case:


CASE ANALYSIS:  Theirs

Describe from their perspective the strengths and weaknesses of their case:


CRITERIA:

List the criteria you will use to decide if a proposal is acceptable:


List the criteria you believe they will use to decide if a proposal is acceptable:

OPTIONS:

Generate a list of possible options for each issue to be negotiated.

| ISSUES | OPTIONS |
|---|---|
|  |  |
|  |  |
|  |  |

ANY OTHER INFORMATION THAT YOU FEEL WOULD HELP THE SETTLEMENT CONFERENCE JUDGE:

     DATED this _____ day of _____, 2014.

                                Signature of Counsel or Party
                                _____

**Please use the format provided to answer the questions posed.  Please be courteous and reasonable in the length of your responses.**