IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cybernet Entertainment, LLC, | No. CV-12-01101-PHX-SPL |
| Plaintiff, | |
| vs. | **ORDER** |
| IG Media, Inc., et al., | |
| Defendants. | |

This matter has been scheduled for a Settlement Conference on July 20, 2015 (Doc. 141),

**IT IS ORDERED** that the Final Pretrial Conference set for June 23, 2015 is **vacated**.

**IT IS FURTHER ORDERED** that the parties shall file a joint status report no later than **July 27, 2015** notifying the Court as to whether a Final Pretrial Conference should be reset.

Dated this 13th day of May, 2015.

Honorable Steven P. Logan
United States District Judge