Spencer D. Freeman (WSBA # 25069)
Attorney at Law
1107 ½ Tacoma Avenue South
Tacoma, WA  98402
Telephone:     (253) 383-4500
Facsimile:      (253) 383-4501
sfreeman@freemanlawfirm.org
(Pro Hac Vice)

*Attorney for Plaintiff*

John P. Flynn (# 015065)
Peter J. Moolenaar (# 024487)
**DIOGUARDI FLYNN LLP**
7001 N. Scottsdale Road, Suite 2060
Scottsdale, Arizona 85253
Telephone:     (480) 951-8800
Facsimile:      (480) 951-8824
jflynn@dioguardiflynn.com
pmoolenaar@dioguardiflynn.com

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Cybernet Entertainment LLC,<br>a New York Company<br><br>　　　　Plaintiff,<br><br>　　　　-v.-<br><br>IG Media Inc. and International Media Ltd. d/b/a YouJizz.com JizzHut.com, and JizzOnline.com and OnlyJizz.com and MoviesGuy.com and JizzBo.com and HotFunHouse.com and Igor Gens<br><br>　　　　Defendants. | Case No. 2:12-cv-01101-SPL<br><br>**JOINT REPORT** |

In accordance with this Court's Order of May 13, 2015 (Doc. 143), the Parties hereby report as follows:

1

On July 20, 2015, the parties and their counsel engaged in a settlement conference with The Honorable Eileen Willett. Present for the defendants, John Flynn, Esq., Peter Moolenaar, Esq. and Igor Gens, individually and on behalf of IG Media Inc. and International Medial Ltd. Present for the Plaintiff, attorney Spencer Freeman and Peter Acworth, Founder of Cybernet, on behalf of Cybernet Entertainment LLC. Cybernet consultant Jason Tucker was present at the request of the Defendants. No settlement was reached. However, the parties have continued to engage in the settlement discussions from the Settlement Conference.

Accordingly, it is requested that the Court reset a Final Pretrial Conference.

**RESPECTFULLY SUBMITTED** this 27th day of July 2015.

**FREEMAN LAW FIRM, INC.**

By: /s/ *Spencer D. Freeman*
    Spencer D. Freeman
    *Attorney for Plaintiff*

**DIOGUARDI FLYNN LLP**

By: /s/ *John P. Flynn (per email approval)*
    John P. Flynn (# 015065)
    Peter J. Moolenaar (# 024487)
    *Attorneys for Defendants*