IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cybernet Entertainment, LLC,<br><br>           Plaintiff,<br><br>vs.<br><br>IG Media, Inc., et al.,<br><br>           Defendants. | No.  CV-12-01101-PHX-SPL<br><br>**ORDER** |

The parties have filed a Joint Report (Doc. 145), in which they notice the Court that settlement has not been reached and they are prepared to go to trial. Pursuant to Rule 56(f) of the Federal Rules of Civil Procedure,

**IT IS ORDERED:**

1. That, no later than **August 17, 2015**, Plaintiff shall file a memorandum, accompanied by a separate statement of facts and supporting affidavits or other appropriate exhibits, establishing that it has admissible evidence as to each of its five claims, proving that it is entitled to relief;

2. That Defendants must file a response to Plaintiff's memorandum, together with a separate statement of facts and supporting affidavits or other appropriate exhibits, no later than **twenty-one (21) days** after service of Plaintiff's memorandum;

3. That Plaintiff may file a reply within **fourteen (14) days** after service of Defendants' response; and

4. That the matter will be deemed ready for decision without oral argument on

1 | the day following the date set for filing a reply unless otherwise ordered by the Court.
2 | Dated this 28th day of July, 2015.

                                    Honorable Steven P. Logan
                                    United States District Judge