Spencer D. Freeman (WSBA # 25069)
Attorney at Law
1107 ½ Tacoma Avenue South
Tacoma, WA  98402
Telephone:     (253) 383-4500
Facsimile:      (253) 383-4501
sfreeman@freemanlawfirm.org
(Pro Hac Vice)

*Attorney for Plaintiff*

John P. Flynn (# 015065)
Peter J. Moolenaar (# 024487)
**DIOGUARDI FLYNN LLP**
7001 N. Scottsdale Road, Suite 2060
Scottsdale, Arizona 85253
Telephone:     (480) 951-8800
Facsimile:      (480) 951-8824
jflynn@dioguardiflynn.com
pmoolenaar@dioguardiflynn.com

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Cybernet Entertainment LLC, a New York Company | Case No. 2:12-cv-01101-SPL |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| -v.- | |
| IG Media Inc. and International Media Ltd. d/b/a YouJizz.com JizzHut.com, and JizzOnline.com and OnlyJizz.com and MoviesGuy.com and JizzBo.com and HotFunHouse.com and Igor Gens | |
| Defendants. | |

      The parties, through their undersigned counsel, hereby submit this Notice of Settlement with the Court.  As of August 3, 2015, the parties had agreed in principle on all major settlement terms.  The parties are currently working

1

diligently on language of a settlement agreement and anticipate filing proposed dismissal documents to the Court within the next ten business days.

**RESPECTFULLY SUBMITTED** this 5th day of August 2015.

**FREEMAN LAW FIRM, INC.**


By:  /s/ *Spencer D. Freeman*
 Spencer D. Freeman
 *Attorney for Plaintiff*


**DIOGUARDI FLYNN LLP**


By: */s/ John P. Flynn (per email authority)*
 John P. Flynn (# 015065)
 Peter J. Moolenaar (# 024487)
 *Attorneys for Defendants*