Spencer D. Freeman (WSBA # 25069)
Attorney at Law
1107 ½ Tacoma Avenue South
Tacoma, WA  98402
Telephone:     (253) 383-4500
Facsimile:      (253) 383-4501
sfreeman@freemanlawfirm.org
(Pro Hac Vice)

*Attorney for Plaintiff*


John P. Flynn (# 015065)
Peter J. Moolenaar (# 024487)
**DIOGUARDI FLYNN LLP**
7001 N. Scottsdale Road, Suite 2060
Scottsdale, Arizona 85253
Telephone:     (480) 951-8800
Facsimile:      (480) 951-8824
jflynn@dioguardiflynn.com
pmoolenaar@dioguardiflynn.com

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Cybernet Entertainment LLC,<br>a New York Company<br><br>            Plaintiff,<br><br>       -v.-<br><br>IG Media Inc. and International Media Ltd. d/b/a YouJizz.com JizzHut.com, and JizzOnline.com and OnlyJizz.com and MoviesGuy.com and JizzBo.com and HotFunHouse.com and Igor Gens<br><br>            Defendants. | Case No. 2:12-cv-01101-SPL<br><br>**JOINT REPORT REGARDING SETTLEMENT STATUS AND REQUEST TO RESET DEADLINE TO AUGUST 24, 2015**<br><br>**(First Request)** |

In accordance with this Court's Order of August 5, 2015 (Doc. 148), the Parties hereby report as follows:

The parties have had an agreement in principle to settle the case in its entirety since August 3, 2015. In the eleven (11) days since, the parties have been diligently working on drafts and final language of the settlement agreement. The settlement agreement involves multi-national and technical industry operational issues that the parties have been working through. Thus far, the parties have been working well together to resolve the issues. The parties are close to finalizing the agreement, with anticipation of having signatures by Tuesday, August 19, 2015.

Accordingly, it is respectfully requested that the Court amend its deadline for dismissal from August 17, 2015 to August 24, 2015.

**RESPECTFULLY SUBMITTED** this 14th day of August 2015.

**FREEMAN LAW FIRM, INC.**

By: /s/ *Spencer D. Freeman*
Spencer D. Freeman
*Attorney for Plaintiff*

**DIOGUARDI FLYNN LLP**

By: /s/ *John P. Flynn (per email approval)*
John P. Flynn (# 015065)
Peter J. Moolenaar (# 024487)
*Attorneys for Defendants*