# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Cybernet Entertainment LLC, a New York Company<br><br>　　　　Plaintiff,<br><br>　　　　-v.-<br><br>IG Media Inc. and International Media Ltd. d/b/a YouJizz.com JizzHut.com, and JizzOnline.com and OnlyJizz.com and MoviesGuy.com and JizzBo.com and HotFunHouse.com and Igor Gens<br><br>　　　　Defendants. | Case No. 2:12-cv-01101-SPL<br><br>**ORDER** |

　　　　The Court has been advised that the parties need more time to finalize settlement documents in this case. (Doc. 149.) Accordingly,

　　　　**IT IS ORDERED** that the deadline of August 17, 2015 is extended to August 24, 2015 and that this matter will be dismissed *with prejudice* on August 24, 2015, unless a request to reset this matter on the Court's calendar or a stipulation to dismiss is filed prior to the dismissal date.

　　　　Dated this ___ day of August, 2015.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Honorable Steven P. Logan
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge