IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cybernet Entertainment, LLC, | No.  CV-12-01101-PHX-SPL |
| Plaintiff, | |
| vs. | **ORDER** |
| IG Media, Inc., et al., | |
| Defendants. | |

Before the Court is the parties' Second Stipulation (Doc. 149), in which they seek an additional extension of the dismissal deadline to finalize settlement documents. Finding good cause appearing,

**IT IS ORDERED t**hat the Stipulation (Doc. 149) is **granted**.

**IT IS FURTHER ORDERED** that this matter will be dismissed with prejudice on **August 24, 2015**, unless a request to reset this matter on the Court's calendar or a stipulation to dismiss is filed prior to the dismissal date.

Dated this 17th day of August, 2015.

Honorable Steven P. Logan
United States District Judge