1 | Spencer D. Freeman (WSBA # 25069)
  | Attorney at Law
2 | 1107 ½ Tacoma Avenue South
  | Tacoma, WA  98402
3 | Telephone:     (253) 383-4500
  | Facsimile:      (253) 383-4501
4 | sfreeman@freemanlawfirm.org
  | (Pro Hac Vice)
5 |
  | *Attorney for Plaintiff*
6 |
7 | John P. Flynn (# 015065)
  | Peter J. Moolenaar (# 024487)
8 | **DIOGUARDI FLYNN LLP**
  | 7001 N. Scottsdale Road, Suite 2060
9 | Scottsdale, Arizona 85253
  | Telephone:     (480) 951-8800
10 | Facsimile:      (480) 951-8824
   | jflynn@dioguardiflynn.com
11 | pmoolenaar@dioguardiflynn.com
12 | *Attorneys for Defendants*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Cybernet Entertainment LLC, a New York Company | Case No. 2:12-cv-01101-SPL |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL** |
| -v.- | |
| IG Media Inc. and International Media Ltd. d/b/a YouJizz.com JizzHut.com, and JizzOnline.com  and  OnlyJizz.com  and MoviesGuy.com  and  JizzBo.com  and HotFunHouse.com and Igor Gens | |
| Defendants. | |

1

## STIPULATION

IT IS HEREBY STIPULATION by counsel for the parties hereto that all claims in this action should dismissed with prejudice.  Each party shall bear its own costs, attorneys' fees, and other litigation expenses in this matter.

**RESPECTFULLY SUBMITTED** this 24th day of August 2015.

**FREEMAN LAW FIRM, INC.**


By: /s/ *Spencer D. Freeman*
*Spencer D. Freeman*
*Attorney for Plaintiff*


**DIOGUARDI FLYNN LLP**


By: /s/ *John P. Flynn (per email approval)*
John P. Flynn (# 015065)
Peter J. Moolenaar (# 024487)
*Attorneys for Defendants*

## ORDER OF DISMISSAL

It is so Ordered.

DATED this ____ day of _____ 2015.

_____
Honorable Steven P. Logan
United States District Judge