IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cybernet Entertainment, LLC,<br><br>              Plaintiff,<br><br>vs.<br><br>IG Media, Inc., et al.,<br><br>             Defendants. | No. CV-12-01101-PHX-SPL<br><br>**ORDER** |

Before the Court is the parties' Stipulation for Dismissal (Doc. 151). Pursuant to the parties' stipulation,

**IT IS ORDERED:**

1. That the Stipulation for Dismissal (Doc. 151) is **granted**;
2. That this action is **dismissed in its entirety with prejudice**;
3. That each party shall bear its own costs and attorneys' fees; and
4. That the Clerk of Court shall terminate this action.

Dated this 24th day of August, 2015.

Honorable Steven P. Logan
United States District Judge